# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| JOSHUA SITZER AND AMY WINGER, SCOTT AND RHONDA BURNETT, AND RYAN HENDRICKSON, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> THE NATIONAL ASSOCIATION OF REALTORS, REALOGY HOLDINGS CORP., HOMESERVICES OF AMERICA, INC., BHH AFFILIATES, LLC, HSF AFFILIATES, LLC, RE/MAX LLC, and KELLER WILLIAMS REALTY, INC. <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No: 4:19-cv-00332-SRB <br><br> **CLASS ACTION** <br><br> Judge Stephen R. Bough |

## JOINT MOTION FOR ENTRY OF REMOTE DEPOSITION PROTOCOL

Plaintiffs, Joshua Sitzer, Amy Winger, Scott and Rhonda Burnett, and Ryan Hendrickson ("Plaintiffs"), and Defendants, The National Association of Realtors, Realogy Holdings Corp., HomeServices of America, Inc., BHH Affiliates, LLC, HSF Affiliates, LL, RE/MAX LLC, and KELLER WILLIAMS REALTY, INC. ("Defendants") (collectively the "Parties"), jointly move the Court for entry of a Stipulated Order Governing the Taking of Remote Depositions (the "Remote Deposition Protocol"). Good cause exists for the entry of the Remote Deposition Protocol. In support of this Motion, the Parties state:

1. The Parties are currently engaged in discovery and desire to depose witnesses in this Action.

1

2. The Remote Deposition Protocol will facilitate depositions that are conducted via video and where the witness and one or more examining attorneys are in different physical locations at the time of the deposition.

3. The Parties have met and conferred in good faith and agreed upon the parameters for the parameters set forth in the proposed Remote Deposition Protocol. As the Court will recall, the Parties previously sought the Court's resolution of one issue in the Protocol concerning exhibits. The Court's order on that issue (Dkt. 420) has been incorporated into the Remote Deposition Protocol. All remaining issues have now been resolved by the Parties.

4. The Parties state that good cause exists for the entry of the proposed Remote Deposition Protocol to specify the procedure for remote depositions.

5. Pursuant to the CM/ECF Administrative Procedures Manual and Users Guide for the Western District of Missouri, the proposed Remote Deposition Protocol is not attached to this Motion but is submitted to the Court in Word format via email to Tracey_Richard@mow.uscourts.gov.

WHEREFORE, for the reasons set forth above, the Parties request that this Motion be granted and the Court enter the proposed Stipulated Order Governing the Taking of Remote Depositions.

Dated: February 10, 2021                                    Respectfully submitted,

*Counsel for Plaintiffs*                                    *Counsel for HomeServices of America, Inc.*

/s/ Matthew L. Dameron                                      /s/ Brian C. Fries
Matthew L. Dameron                                          Brian C. Fries
  matt@williamsdirks.com                                      bfries@lathropgage.com
Eric L. Dirks                                               LATHROP GAGE LLP - KCMO
  dirks@williamsdirks.com                                   2345 Grand Avenue
Amy R. Jackson                                              Suite 2200
  amy@williamsdirks.com                                     Kansas City, MO 64108-2618
Courtney M. Stout

cstout@williamsdirks.com
WILLIAMS DIRKS DAMERON LLC
1100 Main Street, Suite 2600
Kansas City, MO 64105
(816) 945-7110

Brandon J.B. Boulware
  brandon@boulware-law.com
Jeremy M. Suhr
  jeremy@boulware-law.com
Erin D. Lawrence
  erin@boulware-law.com
BOULWARE LAW LLC
1600 Genessee, Suite 416
Kansas City, MO  64102
(816) 492-2826

(816) 292-2000

Jennifer M. Keas, *pro hac vice*
  jkeas@foley.com
Jay N. Varon, *pro hac vice*
  jvaron@foley.com
FOLEY & LARDNER
3000 K Street NW
Suite 600
Washington, DC 20007-5109
(202) 672-5436

Matthew T. Ciulla, *pro hac vice*
  matthew.ciulla@btlaw.com
Robert D. MacGill, *pro hac vice*
  robert.macgill@btlaw.com
MACGILL PC
55 Monument Circle, Suite 1200c
Indianapolis, IN 46204
(317) 721-1253

*Counsel for Keller Williams Realty, Inc.*

/s/ David R. Buchanan
David R. Buchanan
  dbuchanan@bjpc.com
BROWN & JAMES, PC-KCMO
2345 Grand Boulevard
Suite 2100
Kansas City, MO 64108
(816) 472-0800

Timothy Ray, *pro hac vice*
  timothy.ray@hklaw.com
Martin G. Durkin, *pro hac vice*
  martin.durkin@hklaw.com
William F. Farley, *pro hac vice*
  william.farley@hklaw.com
HOLLAND & KNIGHT LLP
131 South Dearborn Street
30th Floor
Chicago, IL 60603
(312) 263-3600

*Counsel for National Association of Realtors*

/s/ Charles W. Hatfield
Charles W. Hatfield
  Chuck.hatfield@stinson.com
Alexander C. Barrett
  Alexander.barrett@stinson.com
STINSON LLP
230 W. McCarty Street
Jefferson City, MO  65101

Jack R. Bierig, *pro hac vice*
  jbierig@schiffhardin.com
Gregory B. Dickinson, *pro hac vice*
  gdickinson@schiffhardin.com
SCHIFF HARDIN LLP
233 South Wacker Dr., Suite 7100
Chicago, Illinois  60606
(312) 258-5500

Suzanne L. Wahl, *pro hac vice*
  swahl@schiffhardin.com
SCHIFF HARDIN LLP
350 South Main Street, Suite 210

3

David C. Kully, *pro hac vice*
  david.kully@hklaw.com
Anna P. Hayes, *pro hac vice*
  anna.hayes@hklaw.com
HOLLAND & KNIGHT LLP
800 17th Street NW, Suite 1100
Washington, DC 20530
(202) 469-5415

*Counsel for Realogy Holdings Corp.*

/s/ Karrie Clinkinbeard
Karrie Clinkinbeard
  kclinkinbeard@armstrongteasdale.com
Megan J. Ochs
  mochs@armstrongteasdale.com
ARMSTRONG TEASDALE LLP-KCMO
2345 Grand Boulevard
Suite 1500
Kansas City, MO 64108
(816) 221-3240

Kenneth Michael Kliebard, *pro hac vice*
  kenneth.kliebard@morganlewis.com
MORGAN LEWIS & BOCKIUS LLP
77 West Wacker Drive, Suite 500
Chicago, IL 60601-5094
(312) 324-1000

Stacey Anne Mahoney, *pro hac vice*
  stacey.mahoney@morganlewis.com
Jonathan M. Justl, *pro hac vice*
  jonathan.justl@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178
(212) 309-6000

William T. McEnroe
  william.mcenroe@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
(215) 963-5000

Ann Arbor, Michigan 48104
(734) 222-1517

*Counsel for RE/MAX LLC*

/s/ Danne W. Webb
Danne W. Webb
  dwebb@hab-law.com
Andrea S. McMurtry
  amcmurtry@hab-law.com
HORN AYLWARD & BANDY, LLC
2600 Grand Blvd., Suite 1100
Kansas City, MO 64108
(816) 421-0700

Jeremy J. Gray, *pro hac vice*
  jjgray@jonesday.com
Odeshoo Hasdoo, *pro hac vice*
  ehasdoo@jonesday.com
Megan E. Ryan, *pro hac vice*
  mryan@jonesday.com
JONES DAY
77 W Wacker, Suite 3500
Chicago, IL 60605
(312) 782-3939

Jeffrey A. LeVee, *pro hac vice*
  jlevee@jonesday.com
JONES DAY
555 South Flower Street, 50th Floor
Los Angeles, CA 90071
(213) 243-2572

Stephen James Miller, *pro hac vice*
  sjmiller@jonesday.com
JONES DAY
901 Lakeside Ave.
Cleveland, OH 44114
(440) 376-2207

## CERTIFICATE OF SERVICE

I hereby certify that on February 10, 2021, a copy of the foregoing document was filed with the court's electronic filing system which will send a notification of the filing to all counsel of record.

/s/ Kenneth M. Kliebard
Kenneth M. Kliebard
