# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 20-1779
_____

Joshua Sitzer, on behalf of themselves and all others similarly situated; Amy Winger, on behalf of themselves and all others similarly situated; Scott Burnett; Rhonda Burnett; Ryan Hendrickson

Plaintiffs - Appellees

v.

National Association of Realtors

Defendant

HomeServices of America, Inc.

Defendant - Appellant

Keller Williams Realty, Inc.; Realogy Holdings Corp.; RE/MAX Holdings, Inc.

Defendants

BHH Affiliates, LLC; HSF Affiliates, LLC

Defendants - Appellants

The Long & Foster Companies, Inc.; RE/MAX LLC

Defendants

_____

Appeal from U.S. District Court for the Western District of Missouri - Kansas City
(4:19-cv-00332-SRB)
_____

**JUDGMENT**

Before SMITH, Chief Judge, ARNOLD, and STRAS, Circuit Judges.

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

September 10, 2021

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Michael E. Gans