UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| JOSHUA SITZER AND AMY WINGER, SCOTT AND RHONDA BURNETT, AND RYAN HEDRICKSON, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE NATIONAL ASSOCIATION OF REALTORS, REALOGY HOLDINGS CORP., HOMESERVICES OF AMERICA, INC., BHH AFFILIATIES, LLC, HSF AFFILIATES, LLC, THE LONG & FOSTER COMPANIES, INC., RE/MAX, LLC, and KELLER WILLIAMS REALTY, INC.<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No: 4:19-cv-00332-SRB<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT RE/MAX LLC'S CERTIFICATE OF SERVICE
OF DISCOVERY RESPONSES TO PLAINTIFF**

Defendant RE/MAX, LLC, hereby notifies the Court that RE/MAX, LLC, served its Objections and Responses to Plaintiffs' Third Set of Requests for Production of Documents on all counsel of record via electronic mail on the 30th day of December 2021.

Dated: January 5, 2022                    Respectfully submitted,

        */s/ Danne W. Webb*
        Danne W. Webb (MO #39384)
        Andrea S. McMurtry (MO#62495)
        HORN AYLWARD & BANDY, LLC
        2600 Grand Blvd., Suite 1100
        Kansas City, MO 64108
        Telephone: (816) 421-0700
        Facsimile: (816) 421-0899
        Email: dwebb@hab-law.com
        Email: amcmurtry@hab-law.com

and

Jeremy J. Gray (Pro Hac Vice)
Erin L. Shencopp (admitted *pro hac vice*)
Eddie Hasdoo (admitted *pro hac vice*)
JONES DAY
77 West Wacker Drive, Suite 3500
Chicago, IL 60601-1692
Telephone: (312) 782-3939
Facsimile: (312) 782-8585
Email: jjgray@jonesday.com
Email: eshencopp@jonesday.com
Email: ehasdoo@jonesday.com

Jeffrey A. Levee (*Pro Hac Vice*)
JONES DAY
555 Flower St
Los Angeles, California 90071
Chicago, Illinois 60601
Tel: (213) 489-3939
Fax: (213) 243-2539
Email: jlevee@jonesday.com

*Counsel for Defendant*
*RE/MAX, LLC*

# CERTIFICATE OF SERVICE

I hereby certify that on January 5, 2022, the foregoing was served by operation of the Court's CM/ECF system upon counsel of record.

**PLAINTIFFS**
Amy R. Jackson
Courtney Marie Stout
Eric L. Dirks
Matthew Lee Dameron
WILLIAMS DIRKS DAMERON LLC
1100 Main St, Suite 2600
Kansas City, MO 64105
Telephone: (816) 945-7118
Email: amy@williamsdirks.com
Email: cstout@williamsdirks.com
Email: dirks@williamsdirks.com
Email: matt@williamsdirks.com

Erin D. Lawrence
Jeremy M. Suhr
Brandon J.B. Boulware
BOULWARE LAW LLC
1600 Genessee, Suite 416
Kansas City, MO 64102
Telephone: (816) 492-2826
Email: erin@boulware-law.com
Email: jeremy@boulware-law.com
Email: brandon@boulware-law.com

Michael S. Ketchmark
Ben H. Fadler
KETCHMARK & McCREIGHT
11161 Overbrook Rd., Suite 210
Leawood, KS 66211
Telephone: (913) 266-4500
Email: mike@ketchmclaw.com
Email: bfadler@ketchmclaw.com

Matthew T. Ciulla
Robert D. MacGill
MacGILL PC
55 Monument Circle, Suite 1200c
Indianapolis, IN 46204
Telephone: (317) 721-1253
Email: matthew.ciulla@macgilllaw.com

**NATIONAL ASSOCIATION OF REALTORS**
Charles W. Hatfield
Alex Barrett
STINSON LLP – JC
230 W McCarty St
Jefferson City, MO 65101
Telephone: (573) 636-6263
Email: chuck.hatfield@stinson.com
Email: alexander.barrett@stinson.com

Jack R. Bierig
SCHIFF HARDIN LLP
233 S Wacker, Suite 6600
Chicago, IL 60606
Telephone: (312) 258-5641
Email: jbierig@schiffhardin.com

Suzanne L. Wahl
350 S. Main St., Suite 210
Ann Arbor, MI 48104
Telephone: 734-222-1517
Email: swahl@schiffhardin.com

**HOMESERVICES OF AMERICA, INC.**
Brian C. Fries
LATHROP GAGE LLP
2345 Grand Ave, Suite 2200
Kansas City, MO 64108
Telephone: (816) 292-2000
Email: bfries@lathropgage.com

Martin G. Durkin, Jr.
Timothy Ray
William F. Farley
HOLLAND & KNIGHT LLP
150 N Riverside Plaza, Suite 2700
Chicago, IL 60606
Telephone: (312) 263-3600
Email: martin.durkin@hklaw.com
Email: timothy.ray@hklaw.com

Email: robert.macgill@macgilllaw.com

Jay N. Varon
FOLEY AND LARDNER LLP
111 Huntington Ave., Suite 2600
Boston, MA 02199
Telephone: (202) 672-5380
Email: jvaron@foley.com

Jennifer M. Keas
3000 K Street NW, Suite 600
Washington, DC 20007
Telephone: (202) 672-5436
Email: jkeas@foley.com

**KELLER WILLIAMS REALTY, INC.**
David R. Buchanan
BROWN & JAMES, PC
2345 Grand Blvd, Suite 2100
Kansas City, MO 64108
Telephone: (816) 472-0800
Email: dbuchanan@bjpc.com

Anna P. Hayes
David C. Kully
HOLLAND & KNIGHT LLP
800 17th St NW, Suite 1100
Washington, DC 20006
Telephone: (202) 469-5441
Email: anna.hayes@hklaw.com
Email: david.kully@hklaw.com

Email: william.farley@hklaw.com

**REALOGY HOLDINGS CORP.**
Kenneth M. Kliebard
MORGAN, LEWIS & BOCKIUS, LLP
77 W Wacker Dr
Chicago, IL 60601
Telephone: (312) 324-1774
Email: Kenneth.kliebard@morganlewis.com

Stacey A. Mahoney
MORGAN, LEWIS & BOCKIUS, LLP
101 Park Ave
New York, NY 10178
Telephone: (212) 209-6000
Email: Stacey.mahoney@morganlewis.com

Megan J. Ochs
Karrie J. Clinkinbeard
ARMSTRONG TEASDALE LLP
2345 Grand Blvd, Suite 1500
Kansas City, MO 64108
Telephone: (816) 221-3420
Email: mochs@armstrongteasdale.com
Email: kclinkinbeard@armstrongteasdale.com

/s/ Danne W. Webb
Danne W. Webb
*Counsel for Defendant RE/MAX, LLC*