UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| SCOTT AND RHONDA BURNETT, RYAN HENDRICKSON, JEROD BREIT, SCOTT TRUPIANO, and JEREMY KEEL, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE NATIONAL ASSOCIATION OF REALTORS, REALOGY HOLDINGS CORP., HOMESERVICES OF AMERICA, INC., BHH AFFILIATES, LLC, HSF AFFILIATES, LLC, THE LONG & FOSTER COMPANIES, INC., RE/MAX LLC and KELLER WILLIAMS REALTY, INC.<br><br>Defendants. | Case No: 4:19-CV-00332-SRB |

## NOTICE OF FILING

Attached are public versions of certain exhibits attached to ECF No. 556, which correspond to ECF Nos. 556-3 (Ex. A), 556-6 (Ex. D), and 556-13 (Ex. K).

Dated: January 6, 2022

Respectfully submitted,

/s/ Karrie Clinkinbeard
Karrie Clinkinbeard
kclinkinbeard@armstrongteasdale.com
Megan J. Ochs
mochs@armstrongteasdale.com
ARMSTRONG TEASDALE LLP-KCMO
2345 Grand Boulevard
Suite 1500
Kansas City, MO 64108
(816) 221-3240

1

Kenneth Michael Kliebard, pro hac vice
kenneth.kliebard@morganlewis.com
MORGAN LEWIS & BOCKIUS LLP
110 North Wacker Drive, Suite 2800
Chicago, IL 60606
(312) 324-1000

Stacey Anne Mahoney, pro hac vice
stacey.mahoney@morganlewis.com
Jonathan M. Justl, pro hac vice
jonathan.justl@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178
(212) 309-6000

William T. McEnroe, pro hac vice
william.mcenroe@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103-2921
215-963-5000

*Counsel for Realogy Holdings Corp.*

## CERTIFICATE OF SERVICE

I, Karrie Clinkinbeard, an attorney, certify that on January 6, 2022, I caused the foregoing Notice of Filing Of Defendant Realogy Holdings Corp. to be filed via this Court's CM/ECF system and served via electronic mail on all parties of record.

Dated: January 6, 2022  /s/ Karrie Clinkinbeard
Karrie Clinkinbeard