IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| SCOTT AND RHONDA BURNETT, RYAN HENDRICKSON, JAROD BREIT, SCOTT TRUPIANO, JEREMY KEEL, FRANCES HARVEY, HOLLEE ELLIS, and SHELLY DREYER, on behalf of themselves and all others similarly situated, <br><br>　　　　　Plaintiffs, <br><br>　v. <br><br>THE NATIONAL ASSOCIATION OF REALTORS, REALOGY HOLDINGS CORP., HOMESERVICES OF AMERICA, INC., BHH AFFILIATES, LLC, HSF AFFILIATES, LLC, RE/MAX LLC, and KELLER WILLIAMS REALTY, INC. <br><br>　　　　　Defendants. | Case No.: 4:19-cv-00332-SRB <br><br>**CLASS ACTION** |

## CERTIFICATE OF SERVICE

I hereby certify that on June 13, 2022, Defendant Keller Williams Realty, Inc. ("Keller Williams") served a production of documents consisting of documents numbered KWRI-WDMO-00215013 through KWRI-WDMO-00215022 via electronic mail and secure file transfer to all counsel of record.

Respectfully submitted by:

**BROWN & JAMES, P.C.**

/s David R. Buchanan
David R. Buchanan,　MO #29228
2345 Grand Boulevard, Ste. 2100
Kansas City, MO 64105
Ph:　816.472.0800
Fax:　816.421.1183
Email: dbuchanan@bjpc.com

AND

**HOLLAND & KNIGHT, LLP**

Timothy Ray (*pro hac vice*)
David Kully (*pro hac vice*)
Anna Hayes (*pro hac vice*)
150 N. Riverside Plaza, Suite 2700
Chicago, IL 60606
Ph: 312.928.6042
Fax: 312.578.6666
Email: timothy.ray@hklaw.com
　　　david.kully@hklaw.com
　　　anna.hayes@hklaw.com
**ATTORNEYS FOR DEFENDANT
KELLER WILLIAMS REALTY, INC.**

2

Case 4:19-cv-00332-SRB   Document 800   Filed 06/14/22   Page 2 of 3

## **CERTIFICATE OF SERVICE**

I HEREBY certify that on this 14th day of June, 2022, I electronically filed the above and foregoing using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ David R. Buchanan
**ATTORNEYS FOR DEFENDANT
KELLER WILLIAMS REALTY, INC.**