IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| SCOTT AND RHONDA BURNETT, RYAN HENDRICKSON, JAROD BREIT, SCOTT TRUPIANO, JEREMY KEEL, FRANCES HARVEY, HOLLEE ELLIS, and SHELLY DREYER, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> THE NATIONAL ASSOCIATION OF REALTORS, REALOGY HOLDINGS CORP., HOMESERVICES OF AMERICA, INC., BHH AFFILIATES, LLC, HSF AFFILIATES, LLC, RE/MAX LLC, and KELLER WILLIAMS REALTY, INC. <br><br> Defendants. | Case No.: 4:19-cv-00332-SRB <br><br> **CLASS ACTION** |

## NOTICE TO TAKE VIDEOTAPED DEPOSITION OF ROGER ALFORD

TO:  ALL COUNSEL OF RECORD

Please take notice that counsel for Defendant Keller Williams Realty, Inc. will take the deposition by oral examination of Roger Alford on July 1, 2022, beginning at 9:00 a.m. Central and will continue from day to day until completed. The deposition will take place at Holland & Knight LLP, 150 N. Riverside Plaza, Suite 2700, Chicago, IL 60606.

The deposition will be by oral examination before a notary public or other official authorized by law to administer oaths and will be recorded using video and stenographic means.

Dated: June 21, 2022                    Respectfully submitted by:

**BROWN & JAMES, P.C.**

/s / David R. Buchanan
David R. Buchanan,   MO #29228
2345 Grand Boulevard, Ste. 2100
Kansas City, MO 64105
Ph:      816.472.0800
Fax:    816.421.1183
Email: dbuchanan@bjpc.com

AND

**HOLLAND & KNIGHT, LLP**

Timothy Ray (*pro hac vice*)
David Kully (*pro hac vice*)
Anna Hayes (*pro hac vice*)
150 N. Riverside Plaza, Suite 2700
Chicago, IL 60606
Ph: 312.928.6042
Fax: 312.578.6666
Email: timothy.ray@hklaw.com
          david.kully@hklaw.com
          anna.hayes@hklaw.com
**ATTORNEYS FOR DEFENDANT
KELLER WILLIAMS REALTY, INC.**

## CERTIFICATE OF SERVICE

I HEREBY certify that on this 21st day of June, 2022, I electronically filed the above and foregoing using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s / David R. Buchanan
**ATTORNEYS FOR DEFENDANT**
**KELLER WILLIAMS REALTY, INC.**
