# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| JOSHUA SITZER AND AMY WINGER, SCOTT AND RHONDA BURNETT, AND RYAN HEDRICKSON, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE NATIONAL ASSOCIATION OF REALTORS, REALOGY HOLDINGS CORP., HOMESERVICES OF AMERICA, INC., BHH AFFILIATIES, LLC, HSF AFFILIATES, LLC, THE LONG & FOSTER COMPANIES, INC., RE/MAX, LLC, and KELLER WILLIAMS REALTY, INC.<br><br>Defendants. | Case No: 4:19-cv-00332-SRB |

## CONSENT MOTION FOR EXTENSION OF TIME FOR DEFENDANTS RE/MAX, LLC, THE NATIONAL ASSOCIATION OF REALTORS, KELLER WILLAMS REALTY, INC. AND REALOGY HOLDINGS CORP. TO FILE THEIR REPLY SUGGESTIONS IN SUPPORT OF MOTION TO COMPEL ARBITRATION

Defendants RE/MAX, LLC, The National Association of Realtors, Keller Williams Realty, Inc. and Realogy Holdings Corp. (the "moving parties") respectfully request that this Court enter an Order extending until Thursday, July 7, 2022, the time to file their reply in support of its Motion to Compel Arbitration or, in the Alternative, to Stay Proceedings Pending Arbitration ("Motion to Compel Arbitration").

For their suggestions in support of this Consent Motion, the moving parties state as follows:

1. The moving parties filed their Motion to Compel Arbitration on May 27, 2022 [DOC 784 and 785].

2. Plaintiffs filed their Suggestions in Opposition to the Motion to Compel on June 16, 2022, after receiving a brief extension of time to do so (which the moving parties consented to).

3. The moving parties' reply suggestions are currently due tomorrow, June 30, 2022.

4. The moving parties request an additional seven days to finalize their reply suggestions, through July 7, 2022. No prior extensions of this deadline have been requested.

5. Counsel for RE/MAX consulted with counsel for Plaintiffs, who do not oppose the requested extension of time.

6. This Motion for Extension is not filed for the purpose of delay or harassment, and will not cause any prejudice as Plaintiffs' counsel have consented to it.

WHEREFORE, the moving parties respectfully requests that this Court enter an Order granting the moving parties an extension of time up to and including July 7, 2022, to file their reply in support of the Motion to Compel Arbitration.

Dated: June 29, 2022                                   Respectfully submitted,


                                                       */s/ Danne W. Webb*
                                                       Danne W. Webb (MO #39384)
                                                       Andrea S. McMurtry (MO#62495)
                                                       HORN AYLWARD & BANDY, LLC
                                                       2600 Grand Blvd., Suite 1100
                                                       Kansas City, MO  64108
                                                       Telephone: (816) 421-0700
                                                       Facsimile: (816) 421-0899
                                                       Email: dwebb@hab-law.com
                                                       Email: amcmurtry@hab-law.com

                                                       Eddie Hasdoo *(Pro Hac Vice)*
                                                       JONES DAY
                                                       110 North Wacker Drive, Suite 4800
                                                       Chicago, Illinois 60606
                                                       Tel: (312) 782-3939
                                                       Fax: (312) 782-8585
                                                       Email: ehasdoo@jonesday.com

                                                       *Counsel for Defendant RE/MAX, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on June 29, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to counsel of record for this case.

                                      */s/ Danne W. Webb*
                                      Danne W. Webb
                                      *Counsel for Defendant RE/MAX, LLC*