# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| SCOTT and RHONDA BURNETT, RYAN HENDRICKSON, JEROD BREIT, SCOTT TRUPIANO, JEREMY KEEL, SHELLY DREYER, HOLLEE ELLIS, and FRANCES HARVEY on behalf of themselves and all others similarly situated, <br><br>　　　　　Plaintiffs, <br><br>　v. <br><br>THE NATIONAL ASSOCIATION OF REALTORS, REALOGY HOLDINGS CORP., HOMESERVICES OF AMERICA, INC., BHH AFFILIATES, LLC, HSF AFFILIATES, LLC, RE/MAX LLC, and KELLER WILLIAMS REALTY, INC. <br><br>　　　　　Defendants. | Case No. 19-CV-332-SRB |

## MOTION TO WITHDRAW AS COUNSEL

COMES NOW, Amy R. Jackson of Williams Dirks Dameron LLC and respectfully requests the Court allow her to withdraw from further representation of Plaintiffs in this matter. In support of her Motion to Withdraw, she states as follows:

1. Ms. Jackson is leaving Williams Dirks Dameron LLC to join another law firm.

2. Ms. Jackson's last day of employment with Williams Dirks Dameron LLC will be July 1, 2022. Upon her departure from Williams Dirks Dameron LLC, she will have no relationship with Plaintiffs and no additional interest in the matter at hand.

3. No parties will be prejudiced by her withdrawal, and Plaintiffs will continue to be represented by attorneys from Williams Dirks Dameron LLC, Boulware Law LLC, and Ketchmark and Mccreight P.C. as noted below.

WHEREFORE, Ms. Jackson respectfully requests the court grant her leave to withdraw as counsel for Plaintiffs.

Dated: July 1, 2022

Respectfully submitted:

**WILLIAMS DIRKS DAMERON LLC**

*/s/Amy R. Jackson*
| | |
|---|---|
| Amy R. Jackson | MO # 70144 |
| Matthew L. Dameron | MO # 52093 |
| Eric L. Dirks | MO # 54921 |
| Courtney M. Stout | MO # 70375 |

1100 Main Street, Suite 2600
Kansas City, Missouri 64105
Tele: (816) 945-7110
Fax: (816) 945-7118
amy@williamsdirks.com
matt@williamsdirks.com
dirks@williamsdirks.com
cstout@williamsdirks.com

| | |
|---|---|
| Brandon J.B. Boulware | MO # 54150 |
| Jeremy M. Suhr | MO # 60075 |
| Erin D. Lawrence | MO # 63021 |

**BOULWARE LAW LLC**
1600 Genessee, Suite 416
Kansas City, Missouri 64102
Tele: (816) 492-2826
Fax: (816) 492-2826
brandon@boulware-law.com
jeremy@boulware-law.com
erin@boulware-law.com

| | |
|---|---|
| Michael Ketchmark | MO # 41018 |
| Scott McCreight | MO # 44002 |

**KETCHMARK AND MCCREIGHT P.C.**
11161 Overbrook Rd. Suite 210
Leawood, KS 66211
Tel: (913) 266-4500
mike@ketchmclaw.com
smccreight@ketchmclaw.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of July 2022, a copy of the foregoing was filed using this Court's CM/ECF service, which will send notification of such filing to all counsel of record.

*/s/ Amy R. Jackson*
**Attorney for Plaintiffs**