# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| SCOTT and RHONDA BURNETT, RYAN HENDRICKSON, JEROD BREIT, SCOTT TRUPIANO, JEREMY KEEL, HOLLEE ELLIS, and FRANCES HARVEY on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE NATIONAL ASSOCIATION OF REALTORS, REALOGY HOLDINGS CORP., HOMESERVICES OF AMERICA, INC., BHH AFFILIATES, LLC, HSF AFFILIATES, LLC, RE/MAX LLC, and KELLER WILLIAMS REALTY, INC.<br><br>Defendants. | Case No.: 4:19-cv-00332-SRB |

## FIRST AMENDED NOTICE TO TAKE
## VIDEOTAPED DEPOSITION OF STEPHEN MCWILLIAM

TO:   ALL COUNSEL OF RECORD

Please take notice that counsel for Plaintiffs will take the deposition by oral examination of Stephen McWilliam on August 30, 2022, beginning at 9:00 a.m. Eastern and will continue from day to day until completed. The deposition will take place at Veritext, 1 East Broward Blvd., Suite 902, Fort Lauderdale, FL 33301.

The deposition will be by oral examination before a notary public or other officer authorized by law to administer oaths and will be recorded using video and stenographic means.

1

Dated: August 26, 2022

Respectfully submitted by:

BOULWARE LAW LLC

/s/ Brandon J.B. Boulware
| | |
|---|---|
| Brandon J.B. Boulware | MO # 54150 |
| Jeremy M. Suhr | MO # 60075 |
| Erin D. Lawrence | MO # 63021 |

1600 Genessee, Suite 416
Kansas City, MO 64102
Tele: (816) 492-2826
Fax: (816) 492-2826
brandon@boulware-law.com
jeremy@boulware-law.com
erin@boulware-law.com

KETCHMARK & McCREIGHT
| | |
|---|---|
| Michael S. Ketchmark | MO # 41018 |
| Scott A. McCreight | MO # 44002 |
| Ben H. Fadler | MO # 56588 |

11161 Overbrook Road, Suite 210
Leawood, KS 66211
Tele: (913) 266-4500
Fax: (913) 317-5030
mike@ketchmclaw.com
smccreight@ketchmclaw.com
bfadler@ketchmclaw.com

WILLIAMS DIRKS DAMERON, LLC
| | |
|---|---|
| Matthew L. Dameron | MO # 52093 |
| Eric L. Dirks | MO # 54921 |
| Courtney M. Stout | MO # 70375 |

1100 Main Street, Suite 2600
Kansas City, MO 64105
Tele: (816) 945-7110
Fax: (816) 945-7118
matt@williamsdirks.com
dirks@williamsdirks.com
cstout@williamsdirks.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

   I hereby certify that on this 26th day of August 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to counsel of record for this case.

                /s/ Brandon J.B. Boulware
                *Attorney for Plaintiffs*