UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| SCOTT and RHONDA BURNETT, RYAN HENDRICKSON, JEROD BREIT, SCOTT TRUPIANO, JEREMY KEEL, FRANCES HARVEY, and HOLLEE ELLIS, on behalf of themselves and all others similarly situated, <br><br>Plaintiffs,<br><br>vs.<br><br>NATIONAL ASSOCIATION OF REALTORS, REALOGY HOLDINGS CORP., HOMESERVICES OF AMERICA, INC., BHH AFFILIATES, LLC, HSF AFFILIATES, LLC, RE/MAX LLC, and KELLER WILLIAMS REALTY, INC.,<br><br>Defendants. | Case No. 19-CV-332-SRB |

## DEFENDANT KELLER WILLIAMS REALTY, INC.'S
## MOTION FOR SUMMARY JUDGMENT

Defendant Keller Williams Realty, Inc. ("KWRI") hereby respectfully moves the Court for an Order granting summary judgment in favor of KWRI on all of Plaintiffs' claims. KWRI's Suggestions in Support of this Motion are filed contemporaneously herewith.

Dated: August 29, 2022

Respectfully submitted:

*Counsel for Keller Williams Realty, Inc.*

/s/ *David R. Buchanan*
David R. Buchanan
dbuchanan@bjpc.com
BROWN & JAMES, PC-KCMO
2345 Grand Boulevard

1

Suite 2100
Kansas City, MO 64108
(816) 472-0800

Timothy Ray, *pro hac vice*
timothy.ray@hklaw.com
HOLLAND & KNIGHT LLP
150 North Riverside Plaza, Suite 2700
Chicago, IL 60606
(312) 263-3600

David C. Kully, *pro hac vice*
david.kully@hklaw.com
Anna P. Hayes, *pro hac vice*
anna.hayes@hklaw.com
HOLLAND & KNIGHT LLP
800 17th Street NW, Suite 1100
Washington, DC 20530
(202) 469-5415

Jennifer Lada, *pro hac vice*
jennifer.lada@hklaw.com
HOLLAND & KNIGHT LLP
31 West 52nd Street, 12th Floor
New York, NY 10019
(212) 513-3513

Dina W. McKenney, *pro hac vice*
dina.mckenney@hklaw.com
HOLLAND & KNIGHT LLP
1722 Routh Street, Suite 1500
Dallas, Texas 75201
214-969-1757

2

**CERTIFICATE OF SERVICE**

I hereby certify that on August 29, 2022, a copy of the foregoing document was electronically filed through the ECF system and will be sent electronically to all persons identified on the Notice of Electronic Filing.

*/s/ David R. Buchanan*
