UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| SCOTT and RHONDA BURNETT, RYAN HENDRICKSON, JEROD BREIT, SCOTT TRUPIANO, JEREMY KEEL, FRANCES HARVEY, and HOLLEE ELLIS, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> NATIONAL ASSOCIATION OF REALTORS, REALOGY HOLDINGS CORP., HOMESERVICES OF AMERICA, INC., BHH AFFILIATES, LLC, HSF AFFILIATES, LLC, RE/MAX LLC, and KELLER WILLIAMS REALTY, INC., <br><br> Defendants. | Case No. 19-CV-332-SRB |

**DEFENDANTS' MOTION TO EXCLUDE OPINION TESTIMONY OF ROGER ALFORD**

HomeServices of America, Inc., BHH Affiliates, LLC, HSF Affiliates, LLC, RE/MAX, LLC, Realogy Holdings Corp., Keller Williams Realty, Inc., and the National Association of REALTORS® (collectively "Defendants") respectfully move the Court to exclude the opinion testimony of Roger Alford pursuant to Daubert v. Merrell Dow Pharmaceuticals, Inc., 509 U.S. 579 (1993) and Federal Rule of Evidence 702 because his testimony is unreliable, irrelevant, and unhelpful.

In Support of their Motion, Defendants state as follows:

1. Suggestions in Support of this Motion and supporting evidence are filed contemporaneously and incorporated into this Motion.

Dated: August 29, 2022

Respectfully submitted,

***Counsel for HomeServices of America, Inc., BHH Affiliates, LLC, HSF Affiliates, LLC***

*/s/ Robert D. MacGill*_____
Robert D. MacGill, *pro hac vice*
Scott E. Murray, *pro hac vice*
Matthew T. Ciulla, *pro hac vice*
MacGill PC
156 E. Market St. Suite 1200
Indianapolis, IN 46204
robert.macgill@macgilllaw.com
scott.murray@macgilllaw.com
matthew.ciulla@macgilllaw.com

Brian C. Fries
Lathrop GPM LLP
2345 Grand Avenue, Suite 2200
Kansas City, MO 64108-2618
brian.fries@athropgpm.com

Jay N. Varon, *pro hac vice*
Jennifer M. Keas, *pro hac vice*
Foley & Lardner LLP
3000 K Street NW
Washington, DC 20007
jvaron@foley.com
jkeas@foley.com

***Counsel for RE/MAX, LLC***

*/s/ Jeffrey A. LeVee*_____
Jeffrey A. LeVee, *pro hac vice*
jlevee@jonesday.com
Eric P. Enson, *pro hac vice*
epenson@jonesday.com
Kelly M. Watne, *pro hac vice*
kwatne@jonesday.com
JONES DAY
555 South Flower Street, 50th Floor
Los Angeles, CA 90071
Tel: (213) 489-3939
Fax: (213) 243-2539

Eddie Hasdoo, *pro hac vice*

***Counsel for Keller Williams Realty, Inc.***

*/s/ Timothy Ray*_____
Timothy Ray, *pro hac vice*
Holland & Knight
150 N. Riverside Plaza, Suite 2700
Chicago, IL 60606
timothy.ray@hklaw.com

David C. Kully, *pro hac vice*
Anna P. Hayes, *pro hac vice*
Holland & Knight LLP
800 17th Street NW, Suite 1100
Washington, DC 20006
anna.hayes@hklaw.com

Jennifer Lada
Holland & Knight LLP
31 West 52nd Street
New York, NY
jennifer.lada@hlaw.com

David R. Buchanan
Brown & James PC
2345 Grand Boulevard, Suite 2100
Kansas City, MO 64108
dbuchanan@bjpc.com

***Counsel for Realogy Holdings Corp. (n/k/a Anywhere Real Estate, Inc.)***

*/s/ Kenneth M. Kliebard*_____
Karrie Clinkinbeard
kclinkinbeard@atllp.com
Megan J. Ochs
mochs@atllp.com
ARMSTRONG TEASDALE LLP-KCMO
2345 Grand Boulevard, Suite 1500
Kansas City, MO 64108
(816) 221-3240

Stacey Anne Mahoney, *pro hac vice*
stacey.mahoney@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP

2

ehasdoo@jonesday.com
JONES DAY
110 N Wacker Drive, Suite 4800
Chicago, IL 60606
Tel: (312) 782-3939
Fax: (312) 782-8585

Danne W. Webb (MO #39384)
Andrea S. McMurtry (MO #62495)
HORN, AYLWARD & BANDY, LLC
2600 Grand Boulevard, Suite 1100
Kansas City, MO 64108
Telephone: (816) 421-0700
Facsimile: (816) 421-0899
dwebb@hab-law.com
amcmurtry@hab-law.com

*Counsel for National Association of REALTORS®*

/s/ Ethan Glass_____
Ethan Glass (*pro hac vice*)
Deepti Bansal (*pro hac vice*)
Samantha Strauss (*pro hac vice*)
COOLEY LLP
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC 20004-2400
Phone (202) 776-2244
Fax (202) 842-7899
eglass@cooley.com
dbansal@cooley.com
sastrauss@cooley.com

Beatriz Mejia, *pro hac vice*
COOLEY LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
Phone (415) 693-2000
Fax (415) 693-2222
mejiab@cooley.com

Anne Bigler, *pro hac vice*
COOLEY LLP
55 Hudson Yards

101 Park Avenue
New York, NY 10178
(212) 309-6000

Kenneth Michael Kliebard, *pro hac vice*
kenneth.kliebard@morganlewis.com
MORGAN LEWIS & BOCKIUS LLP
110 N. Wacker Drive, Suite 2800
Chicago, IL 60606-1511
(312) 324-1000

William T. McEnroe, *pro hac vice*
william.mcenroe@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103-2921
(215) 963-5000

Steven F. Molo, *pro hac vice*
smolo@mololamken.com
Eugene A. Sokoloff, *pro hac vice*
esokoloff@mololamken.com
Pamela I. Yaacoub, *pro hac vice*
pyaacoub@mololamken.com
Matthew J. Fisher, *pro hac vice*
mfisher@mololamken.com
MOLOLAMKEN LLP
300 N. LaSalle St., Suite 5350
Chicago, IL 60654
(312) 450-6700

Lauren M. Weinstein, *pro hac vice*
lweinstein@mololamken.com
MOLOLAMKEN LLP
600 New Hampshire Ave., N.W., Suite 500
Washington, D.C. 20037
(202) 556-2000

Justin M. Ellis, *pro hac vice*
jellis@mololamken.com
MOLOLAMKEN LLP
430 Park Avenue, Floor 6
New York, NY 10022
(212) 607-8160

New York, NY 10001
Phone (212) 479-6000
Fax (212) 479-6275
abigler@cooley.com

Elizabeth Wright, *pro hac vice*
Cooley LLP
500 Boylston Street
Boston, MA 02116
Phone (617) 937-2300
Fax (617) 937-2400
ewright@cooley.com

Jack R. Bierig, *pro hac vice*
ARENTFOX SCHIFF LLP
233 S. Wacker Drive, Suite 7100
Chicago, IL 60606
Phone (312) 258-5500
Fax (312) 258-5600
jack.bierig@afslaw.com

Charles W. Hatfield (MO Bar # 40363)
Alexander C. Barrett (MO Bar # 68695)
STINSON LLP
230 W. McCarty Street
Jefferson City, MO 65101
Phone (573) 636-6263
Fax (573) 636-6231
chuck.hatfield@stinson.com
alexander.barrett@stinson.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 29, 2022, a copy of the foregoing document was electronically filed through the ECF system and will be sent electronically to all persons identified on the Notice of Electronic Filing.

*/s/ Timothy Ray*