| | |
|---|---|
| SCOTT AND RHONDA BURNETT, RYAN HENDRICKSON, JEROD BREIT, SCOTT TRUPIANO, JEREMY KEEL, HOLLEE ELLIS, and FRANCES HARVEY, on behalf of themselves and all others similarly situated,<br><br>            Plaintiffs,<br><br>    v.<br><br>THE NATIONAL ASSOCIATION OF REALTORS, REALOGY HOLDINGS CORP., HOMESERVICES OF AMERICA, INC., BHH AFFILIATES, LLC, HSF AFFILIATES, LLC, RE/MAX LLC, and KELLER WILLIAMS REALTY, INC. | Case No. 4:19-cv-00332-SRB<br><br>Judge Stephen R. Bough |

**DEFENDANTS' MOTION TO EXCLUDE
EXPERT TESTIMONY OF JEFFREY ROTHBART**

    Defendants National Association of Realtors ("NAR"), Realogy Holdings Corp., HomeServices of America, Inc., BHH Affiliates, LLC, HSF Affiliates, LLC, RE/MAX LLC, and Keller Williams Realty, Inc. (collectively, "Defendants"), by and through their undersigned counsel, hereby move pursuant to Fed. R. Evid. 403 and 702, and according to the scheduling order set by the Court, to strike the Expert Report and exclude the opinions and testimony of Jeffrey Rothbart, whom Plaintiffs have proffered as an expert witness.

    In support of their Motion, and as grounds therefor, Defendants submit that:

    1.    Plaintiffs have proffered Jeffrey Rothbart, a lawyer, businessman, and real estate broker licensed in Illinois, as an expert to opine on (1) numerous factual background matters related to the residential real estate market, and (2) legal conclusions about the "Challenged

1

Restraints" as alleged by Plaintiffs in this matter. Rothbart's opinions are improper and should be excluded for several reasons.

2. First, Rothbart's opinions lack any discussion of the analysis or methodology employed by Rothbart in reaching his conclusions, as is required by Federal Rule of Evidence 702.

3. Second, Rothbart is unqualified to opine about residential real estate matters in this case because he has little actual experience as a residential real estate broker and no experience as a real estate broker in Missouri, where this case is based.

4. Third, Rothbart's opinions are not based on any citations to the record and are based on insufficient facts, to the extent it has any factual foundation whatsoever.

5. Fourth, most of Rothbart's opinions amount to factual background rather than specialized expert testimony and, accordingly, are not helpful to the trier of fact.

6. Finally, to the extent Rothbart's opinions regarding the Challenged Restraints are legal conclusions, they are improper and inadmissible.

7. In further support of its Motion, and as grounds therefor, Defendants rely upon their Suggestions in Support and the exhibits thereto, which are being filed simultaneously herewith.

WHEREFORE, the Court should exclude the opinions and testimony of Jeffrey Rothbart pursuant to Federal Rules of Evidence 403 and 702.

Dated: August 29, 2022

Respectfully submitted,

*/s/ Stacey Mahoney*
Stacey Anne Mahoney (*pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178
(212) 309-6000
stacey.mahoney@morganlewis.com

Karrie Clinkinbeard
Megan J. Ochs
ARMSTRONG TEASDALE LLP-KCMO
2345 Grand Boulevard, Suite 1500
Kansas City, MO 64108
(816) 221-3240
kclinkinbeard@atllp.com
mochs@atllp.com

Kenneth Michael Kliebard (*pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
110 N. Wacker Drive, Suite 2800
Chicago, IL 60606-1511
(312) 324-1000
kenneth.kliebard@morganlewis.com

William T. McEnroe (*pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103-2921
(215) 963-5000
william.mcenroe@morganlewis.com

Steven F. Molo (*pro hac vice*)
Eugene A. Sokoloff (*pro hac vice*)
Pamela I. Yaacoub (*pro hac vice*)
Matthew J. Fisher (*pro hac vice*)
MOLOLAMKEN LLP
300 N. LaSalle Street, Suite 5350
Chicago, IL 60654
(312) 450-6700
smolo@mololamken.com
esokoloff@mololamken.com
pyaacoub@mololamken.com
mfisher@mololamken.com

*/s/ Ethan Glass*
Ethan Glass (*pro hac vice*)
Deepti Bansal (*pro hac vice*)
Samantha Strauss (*pro hac vice*)
COOLEY LLP
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC 20004-2400
(202) 776-2244
eglass@cooley.com
dbansal@cooley.com
sastrauss@cooley.com

Beatriz Mejia (*pro hac vice*)
COOLEY LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
(415) 693-2000
mejiab@cooley.com

Anne Bigler (*pro hac vice*)
COOLEY LLP
55 Hudson Yards
New York, NY 10001
(212) 479-6000
abigler@cooley.com

Elizabeth Wright (*pro hac vice*)
COOLEY LLP
500 Boylston Street
Boston, MA 02116
(617) 937-2300
ewright@cooley.com

Jack R. Bierig (*pro hac vice*)
ARENTFOX SCHIFF LLP
233 S. Wacker Drive, Suite 7100
Chicago, IL 60606
(312) 258-5500
jack.bierig@afslaw.com

Lauren M. Weinstein (*pro hac vice*)
MOLOLAMKEN LLP
600 New Hampshire Avenue, NW
Suite 500
Washington, DC 20037
(202) 556-2000
lweinstein@mololamken.com

Justin M. Ellis (*pro hac vice*)
MOLOLAMKEN LLP
430 Park Avenue, Floor 6
New York, NY 10022
(212) 607-8160
jellis@mololamken.com

***Attorneys for Defendant Realogy Holdings Corp.***

*/s/ Jeffrey A. Levee*
Jeffrey A. Levee (*pro hac vice*)
Eric P. Enson (*pro hac vice*)
Kelly M. Watne
JONES DAY
555 Flower St
Los Angeles, CA 90071
(213) 489-3939
jlevee@jonesday.com
epenson@jonesday.com
kwatne@joensday.com

Eddie Hasdoo (*pro hac vice*)
JONES DAY
110 N. Wacker Drive
Chicago, IL 60606
(312) 782-3939
ehasdoo@jonesday.com

Danne W. Webb (MO #39384)
Andrea S. McMurtry (MO #62495)
HORN AYLWARD & BANDY, LLC
2600 Grand Blvd., Suite 1100
Kansas City, MO 64108
(816) 421-0700
dwebb@hab-law.com
amcmurtry@hab-law.com

***Attorneys for Defendant RE/MAX LLC***

Charles W. Hatfield (MO Bar # 40363)
Alexander C. Barrett (MO Bar # 68695)
STINSON LLP
230 W. McCarty Street
Jefferson City, MO 65101
(573) 636-6263
chuck.hatfield@stinson.com
alexander.barrett@stinson.com

***Attorneys for Defendant NATIONAL ASSOCIATION OF REALTORS®***

*/s/ Robert D. MacGill*
Robert D. MacGill (*pro hac vice*)
Matthew T. Ciulla (*pro hac vice*)
Scott E. Murray (*pro hac vice*)
MACGILL PC
156 E. Market St.
Suite 1200
Indianapolis, IN 46204
(317) 721-1253
Robert.MacGill@MacGillLaw.com
Matthew.Ciulla@MacGillLaw.com

Jay N. Varon (*pro hac vice*)
Jennifer M. Keas (*pro hac vice*)
FOLEY & LARDNER LLP
3000 K Street NW, Suite 600
Washington, DC 20007
(202) 672-5300
jvaron@foley.com
jkeas@foley.com

Brian C. Fries
LATHROP GAGE LLP - KCMO
2345 Grand Avenue, Suite 2200
Kansas City, MO 64108-2618
(816) 292-2000
bfries@lathropgage.com

***Attorneys for Defendants HomeServices of America, Inc., BHH Affiliates, LLC, and HSF Affiliates, LLC***

*/s/ Timothy Ray*
Timothy Ray (*pro hac vice*)
David Kully (*pro hac vice*)
Anna Hayes (*pro hac vice*)
HOLLAND & KNIGHT LLP
150 N. Riverside Plaza, Suite 2700
Chicago, IL 60606
(312) 928-6042
timothy.ray@hklaw.com
david.kully@hklaw.com
anna.hayes@hklaw.com

David R. Buchanan (MO Bar #29228)
BROWN & JAMES, P.C.
2345 Grand Boulevard, Ste. 2100
Kansas City, MO 64105
(816) 472-0800
dbuchanan@bjpc.com

***Attorneys for Defendant Keller Williams Realty, Inc.***

# CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of August 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to counsel of record for this case.

*/s/ Ethan Glass*
*Attorney for Defendant NATIONAL ASSOCIATION OF REALTORS®*