# Exhibit 2

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| SCOTT AND RHONDA BURNETT, ) | |
| RYAN HENDRICKSON, JEROD BREIT, ) | Civil Action No. |
| SCOTT TRUPIANO and JEREMY ) | 4:19-cv-00332-SRB |
| KEEL, on behalf of themselves ) | |
| and all others similarly ) | |
| situated, ) | |
| Plaintiffs, ) | |
| v. ) | |
| THE NATIONAL ASSOCIATION OF ) | |
| REALTORS, REALOGY HOLDINGS ) | |
| CORP., HOMESERVICES OF ) | |
| AMERICA, INC., BHH AFFILIATES, ) | |
| LLC, HSF AFFILIATES, LLC, ) | |
| RE/MAX LLC, and KELLER ) | |
| WILLIAMS REALTY, INC. ) | |
| Defendants. ) | |

DEPOSITION OF JEFFREY ROTHBART

CHICAGO, ILLINOIS

Wednesday, June 22, 2022

8:11 a.m. Central

MAGNA®
LEGAL SERVICES

```
 1       A   Gold Years Advisors, LLC, and Real Estate
 2   Dispute Mediation, LLC.
 3       Q   All right.  Do you own an interest in each
 4   of those entities as well?
 5       A   I do.
 6       Q   What does Stack Real Estate do?
 7       A   Stack Real Estate is the primary umbrella
 8   under which I conduct real estate development and
 9   acquisition opportunities.
10       Q   What is real estate development?
11       A   What is real estate development?  I would
12   say -- well, that's a very general question.
13           I would say that real estate development
14   is generally the process of taking underutilized
15   or underdeveloped land and developing it to its
16   highest and best use.
17       Q   And what is real estate acquisition?
18       A   We look to acquire existing assets that
19   we like from a cash flow or value-added
20   perspective.
21       Q   Does Stack Real Estate have any
22   residential real estate developments?
23       A   No.
24       Q   Does it have any commercial real estate
25   developments?
```

MAGNA LEGAL SERVICES

 1     A   Well, it does not.  Through affiliated
 2   entities and project-specific entities, Stack does
 3   own indirectly about a hundred acres of raw land
 4   for development.
 5     Q   Does Stack indirectly own any residential
 6   real estate?
 7     A   Well, what I would say is a lot of the
 8   land that we currently own is zoned agricultural
 9   and would be rezoned in the process of developing
10   that parcel.  And some of the land that we do own,
11   I think you could make a strong argument that the
12   highest and best use on some of these parcels
13   would be residential.
14     Q   Has Stack Real Estate ever owned directly
15   or indirectly residential real estate?
16     A   Yes.
17     Q   What was that?
18     A   So Stack worked indirectly, was associated
19   with two residential subdivision development
20   projects, both located here in the Chicago MSA.
21     Q   Did those developments have names?
22     A   Yes.
23     Q   What were those names?
24     A   One was called Elysian Way, E-L-Y-S-I-A-N
25   Way, and that's located in Deerfield, Illinois.

MAGNA© LEGAL SERVICES

1     A   Correct.
2     Q   Is MRED the only Multiple Listing Service
3  you have access to?
4     A   Yes.
5     Q   Have you ever practiced real estate in
6  Missouri?
7     A   Define "practice."
8     Q   Have you ever -- you're not a licensed
9  broker in the state of Missouri, correct?
10    A   Correct.
11    Q   Have you ever represented a seller of a
12 residential property in Missouri?
13    A   No.
14    Q   Have you ever represented a buyer of a
15 residential property in Missouri?
16    A   No.
17    Q   Have you ever done any commercial
18 transactions in Missouri?
19    A   Yes.
20    Q   What was that?
21    A   I have owned several office buildings and
22 shopping centers and in quasi-industrial buildings
23 throughout the Kansas City MSA.
24    Q   And did you serve as the listing broker
25 when those properties were sold?

MAGNA○ LEGAL SERVICES

Page 42

1     A  Yes.
2     Q  Do any of the publications, the articles
3  listed in your appendix discuss residential real
4  estate?
5     A  I don't believe so.  I believe that when I
6  published those articles, I was working in the
7  commercial side of the business, and those
8  articles relate to my then current activities of
9  commercial real estate.
10    Q  Five says:  You've been consulted, either
11 as an expert witness or third-party --
12        THE REPORTER:  I'm sorry, Counsel.  I'm
13 having trouble hearing.
14        MR. GLASS:  I'm sorry.  I'll slow down.
15        (Outside audio interference.)
16        MR. GLASS:  Airport noise.
17 BY MR. GLASS:
18    Q  "I have consulted, either as an expert or
19 on a third-party basis, in over one hundred
20 matters.
21        That's paragraph 5.  Are you with me?
22    A  Yes.
23    Q  Did any of those matters involve
24 residential real estate?
25    A  Yes.

```
 1     Q   How many?
 2     A   I don't know.
 3     Q   Approximately how many?
 4     A   I don't know.
 5     Q   Can you name the ones that you're thinking
 6  of when you say that they did involve residential
 7  real estate?
 8     A   There's way too many for me to name.
 9     Q   Let's start with the first one that comes
10  to mind.
11     A   It was a case White v. Hewitt.
12     Q   H-E-W-E-T-T?
13     A   I don't recall.
14     Q   What was the issue in that case?
15     A   That case was about breach of
16  representation and warranty in the purchase of a
17  residential home.
18     Q   What is the next one that comes to mind?
19     A   I don't -- I don't recall all the entity
20  names, sir, or all the case names.
21     Q   Do any of them -- did any of the cases
22  involve residential real estate brokerage?
23     A   Yes.
24     Q   Which ones?
25     A   I don't recall.
```

MAGNA® LEGAL SERVICES

1    Q   Can you name one?
2    A   Not off the top of my head.
3    Q   Is there anything in your report that
4    could help you remember that?
5    A   Well, there is -- as part of my exhibits
6    to my report, there is an abbreviated list of the
7    cases of which I've testified or given testimony
8    in the last four years pursuant to the federal
9    rules.
10        I don't know that this -- this is not a
11   complete and exhaustive list of the matters in
12   which I've worked, and so I don't -- you know, I
13   can go through here and try to tell you which ones
14   I recall being residential, but by no means is
15   this an exhaustive representation of my
16   experience.
17        Spector versus Hammer was a residential
18   transaction.  It didn't have to do with brokerage
19   but it was a residential transaction.
20        Brian Germain and Rita Germain was also a
21   residential transaction, but, again, did not have
22   to do with brokerage.  But, again, this isn't a
23   full list so I can't answer that question.
24   Q   Okay.  So based on the list that's
25   attached to your expert report, there's two that

```
 1  dealt with residential real estate at all, and
 2  neither of those involved residential real estate
 3  brokerage; is that correct?
 4      A  I would say that if you want to narrow my
 5  experience to only these to only residential and
 6  to only brokerage, it appears that that is
 7  correct.
 8          THE REPORTER:  May we go off the record
 9  for a moment?
10          MR. GLASS:  Yeah, let's go off the record.
11          THE VIDEOGRAPHER:  Off the record,
12  9:04 a.m.
13          (Recess taken from to 9:04 a.m. to
14  9:09 a.m.)
15          THE VIDEOGRAPHER:  On the record, 9:09.
16  BY MR. GLASS:
17      Q  Let's look back at Exhibit 1, which is
18  your report.  Paragraph 6 says you have a B.A.
19  from Emory.
20          Did you have a major?
21      A  Political science.
22      Q  You have a Juris Doctor from IIT-Chicago.
23  Did you have a focus in your law school studies?
24      A  I would say I focused on -- I went to law
25  school knowing that I didn't want to be a
```

1    that you have served as a hired broker in
2    residential real estate transactions, correct?
3        A    Correct.
4        Q    And could you remind me approximately how
5    many transactions you served as a buyer broker in
6    residential transactions?
7        A    I don't recall the exact number, but I
8    would say plus or minus five.
9        Q    And did you have any preexisting
10   relationship with the clients, the buyers you
11   represented in those transactions?
12       A    I did.
13       Q    What was that relationship?
14       A    Well, the two that are most popping into
15   my head are when I purchased my own home after my
16   divorce, and I helped my cousin and his -- or her
17   husband purchase their home as well.
18       Q    Okay.  So -- so the plus or minus five,
19   one of those transactions was your own
20   transaction?
21       A    Yes.
22       Q    Okay.  And you had another -- was it one
23   or two that you said for a cousin?
24       A    I believe it was one.  I don't recall the
25   other ones I've been involved in.

1     Q   Explain that answer, please.
2     A   Through my brokerage, we made a deal with
3   my cousin that he would receive back as a credit
4   at closing 50 percent of the fee that I was to
5   earn.
6     Q   Okay.  So -- so part of the commission
7   that was offered to you through the brokerage, you
8   agreed to share part of that with your cousin as
9   the buyer?
10    A   Correct.
11    Q   Have you been involved in any residential
12  transactions as a buyer broker where you didn't
13  have a personal connection, like a family
14  connection, with the buyer you represented?
15    A   I seem to recall doing more than those two
16  buyer broker transactions, but I can't recall the
17  other ones with specificity so it's a hard
18  question for me to answer.
19    Q   And did you advertise your services as a
20  buyer broker?
21    A   No.
22    Q   Did you ever attempt to get business as a
23  buyer broker by claiming your services were free
24  to the buyer?
25    A   I don't believe so.

1  but how did it come to be that you were affil- --
2  became affiliated with the Berkshire related
3  entity versus some other brand?
4      A   So I interviewed top four, five largest
5  brokerage firms in the Chicagoland area with
6  offices locally by where the development project
7  that I was working on was, and I felt most
8  comfortable with the managing broker at Berkshire
9  Hathaway.  I liked him the best of the managing
10 brokers.  The commission splits were all
11 substantially similar, so I went with the managing
12 broker who I felt I liked the best, and that was
13 at Berkshire.
14     Q   And how long have you been affiliated with
15 that Berkshire entity now?
16     A   My best guess is 2016-ish.
17     Q   The residential transactions that -- where
18 you were a buyer broker, did those occur during
19 the time period you were affiliated with the
20 Berkshire entity?
21     A   I believe so, yes.
22     Q   And on the list side for residential
23 transactions, approximately how many list side
24 residential transactions have you handled?
25     A   I'm going to go with that same five to ten

1  number that I provided earlier today.
2      Q   And when was the most -- when was the last
3  such transaction that you were involved in, last
4  list side residential transaction?
5      A   Several years ago.  It was part of the
6  Elysian Way development.
7      Q   And was that before or after you became
8  affiliated with Berkshire?
9      A   After.
10     Q   And were your list side transactions all
11 MLS transactions?
12     A   Yes.
13     Q   And you offered compensation in those
14 transactions, cooperative compensation in those
15 transactions?
16     A   You have to under the current scheme to be
17 competitive.
18     Q   And what amount did you offer?
19     A   I don't recall.
20     Q   Did you offer the same amount in each
21 transaction?
22     A   I don't recall.
23     Q   How did you set the amount that you
24 offered?
25     A   I took guidance from my managing broker.