IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| SCOTT and RHONDA BURNETT, RYAN HENDRICKSON, JEROD BREIT, SCOTT TRUPIANO, JEREMY KEEL, SHELLY DREYER, HOLLEE ELLIS, and FRANCES HARVEY on behalf of themselves and all others similar situated,<br><br>    Plaintiffs,<br><br>v.<br><br>THE NATIONAL ASSOCIATION OF REALTORS, REALOGY HOLDINGS CORP., HOMESERVICES OF AMERICA, INC., BHH AFFILIATES, LLC, HSF AFFILIATES, LLC, RE/MAX LLC, and KELLER WILLIAMS REALTY, INC.,<br><br>    Defendants. | Civil Action No.: 4:19-cv-322-SRB<br><br>**ORAL ARGUMENT REQUESTED** |

## HOMESERVICES DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56, Defendants HomeServices of America, Inc., BHH Affiliates, LLC, and HSF Affiliates, LLC (collectively, the "HomeServices Defendants") join and incorporate the arguments made in the motion and suggestions of the National Association of Realtors in its motion for summary judgment and separately move for summary judgment with respect to the element of conspiracy critical to Plaintiffs' federal and Missouri antitrust claims (Counts I and III) and Plaintiffs' Missouri Merchandising Practices Act claim (Count II).

The grounds that support the HSD's motion here are set forth in the accompanying HomeServices Defendants' Suggestions in Support their Motion for Summary Judgment.

1

4854-4038-7120.2

Dated: August 29, 2022			Respectfully submitted,

<div style="margin-left: 40%;">

*/s/Jennifer M. Keas*
Jay N. Varon, *pro hac vice*
Jennifer M. Keas, *pro hac vice*
FOLEY & LARDNER LLP
3000 K Street NW, Ste. 600
Washington DC 20007
jvaron@foley.com
jkeas@foley.com

LATHROP GPM LLP
Brian C. Fries MO # 40830
2345 Grand Ave., Ste. 2200
Kansas City, MO 64108
brian.fries@lathropgpm.com

Robert D. MacGill, *pro hac vice*
Scott E. Murray, *pro hac vice*
Matthew T. Ciulla, *pro hac vice*
MACGILL PC
156 E. Market St., Ste. 1200
Indianapolis, IN 46204
robert.macgill@macgilllaw.com
scott.murray@macgilllaw.com
matthew.ciulla@macgilllaw.com

***Attorneys for Defendants HomeServices of America, Inc., BHH Affiliates, LLC, and HSF Affiliates, LLC***

</div>

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of August 2022, I electronically filed the foregoing **HomeServices Defendants' Motion for Summary Judgment** with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to counsel of record for this case.

*/s/ Jennifer M. Keas*
An attorney for Defendants HomeServices of America, Inc., HSF Affiliates, LLC, and BHH Affiliates, LLC