UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| SCOTT AND RHONDA BURNETT, RYAN HENDRICKSON, JEROD BREIT, SCOTT TRUPIANO, JEREMY KEEL, HOLLEE ELLIS, and FRANCES HARVEY, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> THE NATIONAL ASSOCIATION OF REALTORS, REALOGY HOLDINGS CORP., HOMESERVICES OF AMERICA, INC., BHH AFFILIATES, LLC, HSF AFFILIATES, LLC, RE/MAX, LLC, and KELLER WILLIAMS REALTY, INC., <br><br> Defendants. | No: 4:19-cv-00332-SRB <br><br> Judge Stephen R. Bough |

**STATUS REPORT**

Defendants HomeServices of America, Inc; BHH Affiliates, LLC; and HSF Affiliates, LLC (together, the "HomeServices Defendants") hereby submit the following Eighth Circuit Status Report pursuant to the Court's Order at Doc. 916 at 3. The Appellants' Brief and Appendix were filed October 19, 2022. The Appellees' Brief and Separate Appendix were filed November 18, 2022. The Appellants' Reply Brief is due to be filed on December 12, 2022.

Dated: November 28, 2022

/s/Matthew T. Ciulla
Robert D. MacGill, *pro hac vice*
Matthew T. Ciulla, *pro hac vice*
Scott E. Murray, *pro hac vice*
Robert.MacGill@MacGillLaw.com
Matthew.Ciulla@MacGillLaw.com
MacGILL PC
156 E. Market St.
Suite 1200
Indianapolis, IN 46204
(317) 721-1253

Jay N. Varon, *pro hac vice*
Jennifer M. Keas, *pro hac vice*
jvaron@foley.com
jkeas@foley.com
FOLEY & LARDNER LLP
3000 K Street NW, Suite 600
Washington, DC 20007
(202) 672-5300

Brian C. Fries
bfries@lathropgage.com
LATHROP GAGE LLP - KCMO
2345 Grand Avenue, Suite 2200
Kansas City, MO 64108-2618
(816) 292-2000

*Counsel for Defendants HomeServices of America, Inc., BHH Affiliates, LLC, and HSF Affiliates, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served upon all counsel of record by virtue of the Court's CM/ECF system on November 28, 2022.

*/s/Matthew T. Ciulla*
One of HomeServices of America, Inc.'s Attorneys
