UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| SCOTT AND RHONDA BURNETT, RYAN HENDRICKSON, JEROD BREIT, SCOTT TRUPIANO, JEREMY KEEL, SHELLY DREYER, HOLLEE ELLIS, and FRANCES HARVEY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE NATIONAL ASSOCIATION OF REALTORS, REALOGY HOLDINGS CORP., HOMESERVICES OF AMERICA, INC., BHH AFFILIATES, LLC, HSF AFFILIATES, LLC, RE/MAX, LLC, and KELLER WILLIAMS REALTY, INC.,<br><br>Defendants. | Case No: 4:19-cv-00332-SRB<br><br>Judge Stephen R. Bough |

## UNOPPOSED MOTION TO FILE UNDER SEAL

Defendants National Association of REALTORS® ("NAR"), Realogy Holdings Corp. ("Realogy"), HomeServices of America, Inc., BHH Affiliates, LLC, HSF Affiliates, LLC, RE/MAX, LLC, and Keller Williams Realty, Inc. (collectively "Defendants") respectfully request that the Court enter an Order to provide leave to file under seal Defendants' Supplemental Summary Judgment Briefs. In Support of this Motion, Defendants state as follows:

1. On November 17, 2022, at the hearing on Defendants' Motions for Summary Judgment and Motions to Exclude Expert Witness Testimony, the Court ordered that the parties shall file supplemental summary judgment briefing on or before December 1, 2022, addressing "(1) what a non-cooperative transaction is; (2) whether the Defendants trained brokers and agents to provide specific compensation rates; and (3) the implication of the stay implemented on August 29, 2022." (Dkt. 999).

2. All Defendants seek leave to file under seal, as necessary, Defendants' Supplemental Summary Judgment Briefing. According to the Court's Protective Order, information designated as "Confidential" or "Highly Confidential – Outside Counsel Eyes Only" shall be filed with the clerk under seal (Dkt. No. 92).

3. In their forthcoming Supplemental Summary Judgment Briefing, Defendants rely on, cite to, and incorporate various materials that have been designated as "Confidential" or "Highly Confidential – Outside Counsel Eyes Only" under the Protective Order. Accordingly, Defendants seek leave to submit these documents under seal as needed.

4. Counsel for Defendants has consulted with counsel for Plaintiffs as to this request and Plaintiffs have consented to this request.

5. This Motion is not filed for the purpose of delay or harassment and will not cause prejudice as the Motion is consented to by all parties in this matter.

6. WHEREFORE all Defendants request that this Court enter an Order to provide leave to file their Supplemental Summary Judgment Briefing under seal on the Court's ECF system.

Dated: November 30, 2022

*/s/ Stacey Mahoney*
Stacey Anne Mahoney (*pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178
(212) 309-6000
stacey.mahoney@morganlewis.com

Karrie Clinkinbeard
Megan J. Ochs
ARMSTRONG TEASDALE LLP
2345 Grand Boulevard, Suite 1500
Kansas City, MO 64108
(816) 221-3240
kclinkinbeard@atllp.com
mochs@atllp.com

Kenneth Michael Kliebard (*pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
110 N. Wacker Drive, Suite 2800
Chicago, IL 60606-1511
(312) 324-1000
kenneth.kliebard@morganlewis.com

William T. McEnroe (*pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103-2921
(215) 963-5000
william.mcenroe@morganlewis.com

Steven F. Molo (*pro hac vice*)
Eugene A. Sokoloff (*pro hac vice*)
Pamela I. Yaacoub (*pro hac vice*)
Matthew J. Fisher (*pro hac vice*)
MOLOLAMKEN LLP
300 N. LaSalle Street, Suite 5350
Chicago, IL 60654
(312) 450-6700
smolo@mololamken.com
esokoloff@mololamken.com
pyaacoub@mololamken.com
mfisher@mololamken.com

Respectfully submitted,

*/s/ Ethan Glass*
Ethan Glass (*pro hac vice*)
Deepti Bansal (*pro hac vice*)
Samantha Strauss (*pro hac vice*)
COOLEY LLP
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC 20004-2400
(202) 776-2244
eglass@cooley.com
dbansal@cooley.com
sastrauss@cooley.com

Beatriz Mejia (*pro hac vice*)
COOLEY LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
(415) 693-2000
mejiab@cooley.com

Anne Bigler (*pro hac vice*)
COOLEY LLP
55 Hudson Yards
New York, NY 10001
(212) 479-6000
abigler@cooley.com

Elizabeth Wright (*pro hac vice*)
COOLEY LLP
500 Boylston Street
Boston, MA 02116
(617) 937-2300
ewright@cooley.com

Jack R. Bierig (*pro hac vice*)
ARENTFOX SCHIFF LLP
233 S. Wacker Drive, Suite 7100
Chicago, IL 60606
(312) 258-5500
jack.bierig@afslaw.com

Lauren M. Weinstein (*pro hac vice*)
MOLOLAMKEN LLP
600 New Hampshire Avenue, NW
Suite 500
Washington, DC 20037
(202) 556-2000
lweinstein@mololamken.com

Justin M. Ellis (*pro hac vice*)
MOLOLAMKEN LLP
430 Park Avenue, Floor 6
New York, NY 10022
(212) 607-8160
jellis@mololamken.com

***Attorneys for Defendant Realogy Holdings Corp.***

/s/ Jeffrey A. Levee
Jeffrey A. Levee (*pro hac vice*)
Eric P. Enson (*pro hac vice*)
Kelly M. Watne
JONES DAY
555 Flower St
Los Angeles, CA 90071
(213) 489-3939
jlevee@jonesday.com
epenson@jonesday.com
kwatne@joensday.com

Eddie Hasdoo (*pro hac vice*)
JONES DAY
110 N. Wacker Drive
Chicago, IL 60606
(312) 782-3939
ehasdoo@jonesday.com

Danne W. Webb (MO #39384)
Andrea S. McMurtry (MO #62495)
HORN AYLWARD & BANDY, LLC
2600 Grand Blvd., Suite 1100
Kansas City, MO 64108
(816) 421-0700
dwebb@hab-law.com
amcmurtry@hab-law.com

***Attorneys for Defendant RE/MAX LLC***

Charles W. Hatfield (MO Bar # 40363)
Alexander C. Barrett (MO Bar # 68695)
STINSON LLP
230 W. McCarty Street
Jefferson City, MO 65101
(573) 636-6263
chuck.hatfield@stinson.com
alexander.barrett@stinson.com

***Attorneys for Defendant NATIONAL ASSOCIATION OF REALTORS®***

/s/ Robert D. MacGill
Robert D. MacGill (*pro hac vice*)
Matthew T. Ciulla (*pro hac vice*)
Scott E. Murray (*pro hac vice*)
MACGILL PC
156 E. Market St.
Suite 1200
Indianapolis, IN 46204
(317) 721-1253
Robert.MacGill@MacGillLaw.com
Matthew.Ciulla@MacGillLaw.com

Jay N. Varon (*pro hac vice*)
Jennifer M. Keas (*pro hac vice*)
FOLEY & LARDNER LLP
3000 K Street NW, Suite 600
Washington, DC 20007
(202) 672-5300
jvaron@foley.com
jkeas@foley.com

Brian C. Fries
LATHROP GAGE LLP - KCMO
2345 Grand Avenue, Suite 2200
Kansas City, MO 64108-2618
(816) 292-2000
bfries@lathropgage.com

***Attorneys for Defendants HomeServices of America, Inc., BHH Affiliates, LLC, and HSF Affiliates, LLC***

*/s/ Timothy Ray*
Timothy Ray (*pro hac vice*)
David Kully (*pro hac vice*)
Anna Hayes (*pro hac vice*)
HOLLAND & KNIGHT LLP
150 N. Riverside Plaza, Suite 2700
Chicago, IL 60606
(312) 928-6042
timothy.ray@hklaw.com
david.kully@hklaw.com
anna.hayes@hklaw.com

David R. Buchanan (MO Bar #29228)
BROWN & JAMES, P.C.
2345 Grand Boulevard, Ste. 2100
Kansas City, MO 64105
(816) 472-0800
dbuchanan@bjpc.com

***Attorneys for Defendant Keller Williams Realty, Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2022, a copy of the foregoing document was electronically filed through the ECF system and will be sent electronically to all persons identified on the Notice of Electronic Filing.

/s/ *Ethan Glass*
Ethan Glass (*pro hac vice*)
1299 Pennsylvania Avenue, N.W.
Suite 700
Washington, DC 20004-2400
Phone (202) 776-2244
Fax (202) 842-7899
eglass@cooley.com

*Attorney for Defendant National Association of REALTORS®*