UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| SCOTT and RHONDA BURNETT, RYAN HENDRICKSON, JEROD BREIT, SCOTT TRUPIANO, JEREMY KEEL, SHELLY DREYER, HOLLEE ELLIS, and FRANCES HARVEY on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>NATIONAL ASSOCIATION OF REALTORS, REALOGY HOLDINGS CORP., HOMESERVICES OF AMERICA, INC., BHH AFFILIATES, LLC, HSF AFFILIATES, LLC, RE/MAX LLC, and KELLER WILLIAMS REALTY, INC.<br><br>        Defendants. | Case No. 4:19-cv-00332-SRB |

**DEFENDANTS' MOTION *IN LIMINE* NO. 10 TO EXCLUDE REFERENCES TO CERTAIN DISCUSSIONS OF COMMISSION RATES**

The undersigned Defendants move this Court *in limine* for an order barring Plaintiffs from introducing evidence of or making reference to (1) economic models published or presented by Keller Williams Realty, Inc. ("Keller Williams") or its employees identifying agent business metrics, including average commissions, and how those metrics relate to agents' incomes;[1] and (2) national average commission rates collectively earned by independent contractor agents affiliated with Keller Williams' franchisee brokerages across the United States that were reported during Keller Williams events.[2]

---

[1] Evidence includes Plaintiffs' exhibits 479 and 491.
[2] Evidence includes Plaintiffs' exhibits 506, 1370, 1631, 1632, 1636, 1637, 1638, and 1640.

1

# ARGUMENT

The conspiracy Plaintiffs challenge in this case relates only to the adoption and enforcement of MLS rules requiring listing agents to offer compensation to buyer agents. Plaintiffs have expressly disavowed any intention of asserting the existence of a conspiracy to charge specific commission rates, making evidence of Keller Williams' references to commission rates, which are unrelated to the challenged rules, irrelevant to any issues in this lawsuit. In their Suggestions in Opposition to the Motions for Summary Judgment, Plaintiffs stated:

> Some Defendants characterize Plaintiffs' claims as involving concerted action to follow fixed uniform pricing and charge specific commission rates. It's true that the evidence shows a remarkably uniform set of commission rates charged by Defendants in the Subject MLSs. But those uniform commissions are evidence of the anti-competitive *effects* of the challenged rules. They help show that the rules are an unreasonable restraint of trade, as well as the cause of Plaintiffs' damages.

Dkt. 956 at 6 n.6 (citations omitted) (emphasis in original). Plaintiffs instead challenge only a conspiracy among Defendants "to restrain trade by following and enforcing" what Plaintiffs refer to as the "Mandatory Offer of Compensation Rule." Pls' Proposed Jury Instructions at 35 ("Existence of Conspiracy"). Thus—according to Plaintiffs' own theory of liability—the alleged conspiracy relates only to the challenged NAR rules, not to set commissions rates or cooperative compensation offers. Accordingly, that individuals associated with Keller Williams might have (1) published or presented economic models that include three percent average commissions as examples or (2) might have reported average commissions rates earned on a nationwide basis (and not in any specific market in Missouri) by agents affiliated with Keller Williams' franchisee brokerages is irrelevant to Plaintiffs' conspiracy allegations and should be excluded. Fed. R. Evid. 402 (irrelevant evidence is inadmissible).

The court should reject Plaintiffs' argument that these references to average commission rates are relevant because they support Plaintiffs' allegations of the *effect* of the alleged conspiracy

2

or the "cause" of Plaintiffs' alleged damages. Mere references to commission rates, without any connection to the rules at issue in this litigation, do not show the effect of the alleged conspiracy or the cause of Plaintiffs' alleged damages. Plaintiffs' experts possess data from MLSs and Defendants that show offered cooperative compensation and actual commissions earned by agents in Missouri, and Plaintiffs can use that data as part of their efforts to show that the challenged NAR rules led to the claimed inflated commissions. But the same cannot be said of evidence of Keller Williams' use of a three percent average commission rate as an illustration in economic models to be customized to each agent's actual experience or its reporting of average nationwide commission rates (which are not necessarily reflective of rates actually offered or received in Missouri). This evidence would reveal nothing about the effect of the alleged conspiracy in Missouri and is therefore irrelevant to this case.

These references to average commission rates also should be excluded pursuant to Rule 403 because any alleged probative value of such references is substantially outweighed by a danger of unfair prejudice, confusing the issues, or misleading the jury. Given that Plaintiffs have disclaimed a theory of conspiracy based on concerted action regarding fixed uniform pricing and specific commission rates, and because they have other, more reliable data showing actual commissions charged (and cooperative compensation offered), it would be unduly prejudicial to allow these commission references, unrelated to the challenged NAR rules, to be presented to the jury. There would be no purpose for presenting these references to the jury but to insinuate that Keller Williams is colluding with others in a manner Plaintiffs are not asserting in this case. Because Plaintiffs' theory of liability is focused not on collusion in setting commission rates, but on NAR rules that merely require *some* cooperative compensation offer, there is a significant risk that these mere references to commissions will confuse and mislead the jury.

## CONCLUSION

The Court should preclude Plaintiffs from referencing or mentioning the discussions of commissions rates discussed above in *voir dire* or at trial.

Dated: August 24, 2023

| | |
|---|---|
| /s/ *Robert D. MacGill* | /s/ *David R. Buchanan* |
| Robert D. MacGill, *pro hac vice* | David R. Buchanan |
| Scott E. Murray, *pro hac vice* | dbuchanan@bjpc.com |
| Matthew T. Ciulla, *pro hac vice* | BROWN & JAMES, PC-KCMO |
| Patrick J. Sanders, *pro hac vice* | 2345 Grand Boulevard |
| MACGILL PC | Suite 2100 |
| 156 E. Market St. | Kansas City, MO 64108 |
| Suite 1200 | (816) 472-0800 |
| Indianapolis, IN 46204 | |
| (317) 721-1253 | Timothy Ray, *pro hac vice* |
| robert.macgill@macgilllaw.com | timothy.ray@hklaw.com |
| matthew.ciulla@macgilllaw.com | HOLLAND & KNIGHT LLP |
| scott.murray@macgilllaw.com | 150 North Riverside Plaza, Suite 2700 |
| patrick.sanders@macgilllaw.com | Chicago, IL 60606 |
| | (312) 263-3600 |
| Jay N. Varon, *pro hac vice* | |
| Jennifer M. Keas, *pro hac vice* | David C. Kully, *pro hac vice* |
| jvaron@foley.com | david.kully@hklaw.com |
| jkeas@foley.com | Anna P. Hayes, *pro hac vice* |
| FOLEY & LARDNER LLP | anna.hayes@hklaw.com |
| 3000 K Street NW, Suite 600 | HOLLAND & KNIGHT LLP |
| Washington, DC 20007 | 800 17th Street NW, Suite 1100 |
| (202) 672-5300 | Washington, DC 20530 |
| | (202) 469-5415 |
| Brian C. Fries | |
| bfries@lathropgage.com | Jennifer Lada, *pro hac vice* |
| LATHROP GAGE LLP - KCMO | jennifer.lada@hklaw.com |
| 2345 Grand Avenue, Suite 2200 | HOLLAND & KNIGHT LLP |
| Kansas City, MO 64108-2618 | 31 West 52nd Street, 12th Floor |
| (816) 292-2000 | New York, NY 10019 |
| | (212) 513-3513 |
| *Attorneys for HomeServices of America, Inc., BHH Affiliates, LLC, and HSF Affiliates, LLC* | Dina W. McKenney, *pro hac vice* |
| | dina.mckenney@hklaw.com |
| | HOLLAND & KNIGHT LLP |
| | 1722 Routh Street, Suite 1500 |
| | Dallas, Texas 75201 |
| | (214) 969-1757 |
| | |
| | *Counsel for Keller Williams Realty, Inc.* |

/s/ Ethan Glass
Ethan Glass (*pro hac vice*)
Samantha Strauss (*pro hac vice*)
COOLEY LLP
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC 20004-2400
(202) 776-2244
eglass@cooley.com
sastrauss@cooley.com

Beatriz Mejia (*pro hac vice*)
COOLEY LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
(415) 693-2000
mejiab@cooley.com

Charles W. Hatfield (MO Bar # 40363)
Alexander C. Barrett (MO Bar # 68695)
STINSON LLP
230 W. McCarty Street
Jefferson City, MO 65101
(573) 636-6263
chuck.hatfield@stinson.com
alexander.barrett@stinson.com

*Attorneys for Defendant NATIONAL ASSOCIATION OF REALTORS®*

/s/ Jeffrey A. LeVee
Jeffrey A. LeVee (*Pro Hac Vice*)
jlevee@jonesday.com
Eric P. Enson (*Pro Hac Vice*)
epenson@jonesday.com
Kelly M. Watne (*Pro Hac Vice*)
kwatne@jonesday.com
JONES DAY
555 Flower St
Los Angeles, California 90071
Tel: (213) 489-3939
Fax: (213) 243-2539

Eddie Hasdoo (*Pro Hac Vice*)
ehasdoo@jonesday.com
JONES DAY
110 N Wacker Drive, Suite 4800
Chicago, Illinois 60606
Tel: (312) 782-3939
Fax: (312) 782-8585

Danne W. Webb (MO #39384)
Andrea S. McMurtry (MO#62495)
HORN AYLWARD & BANDY, LLC
2600 Grand Blvd., Suite 1100
Kansas City, MO 64108
Telephone: (816) 421-0700
Facsimile: (816) 421-0899
Email: dwebb@hab-law.com
Email: amcmurtry@hab-law.com

*Counsel for Defendant RE/MAX, LLC*

/s/ Steven F. Molo

Karrie Clinkinbeard
ARMSTRONG TEASDALE LLP-KCMO
2345 Grand Boulevard, Suite 1500
Kansas City, MO 64108
Telephone: (816) 221-3240
kclinkinbeard@atllp.com

Steven F. Molo, *pro hac vice*
Eugene A. Sokoloff, *pro hac vice*
Pamela I. Yaacoub, *pro hac vice*
Matthew J. Fisher, *pro hac vice*
MOLOLAMKEN LLP
300 N. LaSalle St., Suite 5350
Chicago, IL 60654
Telephone: (312) 450-6700
smolo@mololamken.com
esokoloff@mololamken.com
pyaacoub@mololamken.com
mfisher@mololamken.com

Lauren M. Weinstein, *pro hac vice*
Robert Y. Chen, *pro hac vice*
MOLOLAMKEN LLP
600 New Hampshire Ave., N.W., Suite 500
Washington, D.C. 20037
Telephone: (202) 556-2000
lweinstein@mololamken.com
rchen@mololamken.com

Justin M. Ellis, *pro hac vice*
MOLOLAMKEN LLP
430 Park Avenue, Floor 6
New York, NY 10022
Telephone: (212) 607-8160
jellis@mololamken.com

Stacey Anne Mahoney, *pro hac vice*
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178
Telephone: (212) 309-6000
stacey.mahoney@morganlewis.com

Kenneth Michael Kliebard, *pro hac vice*
MORGAN LEWIS & BOCKIUS LLP
110 N. Wacker Drive, Suite 2800
Chicago, IL 60606-1511
Telephone: (312) 324-1000
kenneth.kliebard@morganlewis.com

William T. McEnroe, *pro hac vice*
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103-2921
Telephone: (215) 963-5000
william.mcenroe@morganlewis.com

*Counsel for Realogy Holdings Corp. (n/k/a Anywhere Real Estate, Inc.)*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 24, 2023, a copy of the foregoing document was electronically filed through the ECF system and will be sent electronically to all persons identified on the Notice of Electronic Filing.

/s/ *David R. Buchanan*
David R. Buchanan
