# EXHIBIT C

**From:** John Erickson <johndericksonjr@gmail.com>
**Sent:** Wednesday, May 24, 2017 1:18 PM
**To:** Somerville, Amy
**Subject:** New To Real Estate
**Attachments:** REMAX Jump Start drft3.docx

Hi Amy,

Attached is the latest version. It is really coming along and I am excited to see what you thoughts are. I am still in Sellers section but near the end. At the end is information on Contracts etc. that is just pasted in and not formatted and re-written. everything that proceeds is in good shape. I know we will add and subtract but since I am not in tomorrow and Friday wanted you to have this version.

I am going to keep writing today but felt I should get you this now.

Helen has 8th grade continuation so I am leaving at 3 today. Take a look if you have time and we can discuss.

John

John Erickson
JohnDEricksonJr@gmail.com
303-618-5415



**EXHIBIT**
**954**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

RMLLC-WDMO-00225208

**Now that you're a Realtor® what should you know?**

What are the key components of being a Realtor?

Buying or selling a home is an emotional experience, and your job is to help your clients through one of the largest transactions they will have in their lives. In both the buying and selling situation, your client will struggle with conflicting feelings and even experience second thoughts. Your clients will rely on your negotiation skills, market and marketing knowledge, attention to detail and global connections to get them the best deal.

**Trustworthiness**

Trust is earned through actions. No house is ideal and they all have imperfections. The more balanced your presentation to clients the more trustworthy you are perceived to be. Honesty is telling the truth about something in the past.  Integrity is saying you will do something and then delivering.

Activities that can build Trust:
- Align yourself with a trusted brand or organization
- Support by a trusted organization
- Saying what you will do and doing what you say
- 3rd Party Testimonials – Utilize online reviews, letters and other mediums to convey what others have to say about you.

**Market expertise**

Starting out, you can demonstrate you are a neighborhood specialist by sharing information on your marketplace, schools, parks, organizations and government. Once established, utilize your sales data to demonstrate further credibility. You can also prepare neighborhood brochures or offer information on your website that ranges from highlighting events in the area, to for sale or sold data.

As you build your market knowledge, devote enough time to learning the following:
- Average sale price for different types and sizes of homes e.g. three-bedroom bungalow, two story, town house, average sized lot, river/lake property, condo's, etc.
- Schools – information on where they are, what types: charter, magnet, immersion, high school, public, private, etc.
- Rental availability and vacancy rates, average rents
- Who you top three competitors are and their business model, strengths and weaknesses
- New home construction – top developers, builders
- City development – planning, zoning, coming projects
- Hospitals, churches, shopping, police, fire department
- Proximity to downtown, recreation, entertainment, parks, children play grounds, public transportation – driving distances
- Property taxes
- Current listings – time on market, reason for sale
- Number of homes sold per year, number of homes in development
- Historical increases in value, price ranges in neighborhood
- Age and style of developments

Raise your profile in a neighborhood or area by promoting and holding open houses, door knocking, advertising and sponsoring locally, joining boards or community organizations or working with builders and businesses to promote their products.

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION

Practice your conversational skills and know your information so you sound are natural and feel genuine when you are discussing the business with someone.

## Listening Skills

Selling is asking questions. Consumers want to know you are listening, so ask questions. To ask good questions you have to listen. What are you looking for? Why are you moving? What is your time frame? What is a must in your home search? Have a system for interviewing both buyers and sellers that guides them through the process.

## Accessibility

Consumers want to know you will respond in a timely manner and can react negatively when you don't return phone calls or emails. Make sure you set expectations and ask the customer how they want to be communicated with, whether it is email, phone or text messaging. Ensure you discuss holidays and vacations planned for you or them.

Let your clients know ahead of time those periods when you will not be accessible. Let them know that you don't take calls after 10 p.m. or on the day each week you take off. Few will begrudge you time for rest and family as long as they know when you are working or who they can call as a backup.

## Helpfulness

You want to instill an "it's my pleasure" attitude in yourself. Provide literature that supports this position of helpfulness e.g. how to guides, just moved cards, advice on how to select lawyers, home inspectors, insurance, schools etc. Try to be helpful in areas where other Sales Associates are not, thereby differentiating your service. Understand that it is often the little things we do that generate the referral.

## Professionalism

The Internet may have allowed customers to research locations and neighborhoods; however, negotiation skills, attention to details, market knowledge, marketing expertise combined with your network connections are highly valued professional attributes.

## Knowing Your Why

Why do you work? Do you work to live or live to work? It's important that you have balance and goals in your life. In Real Estate there will be times that you will have to work and you will need to remind yourself of your "why" so that you will persevere and succeed.

It is important to have goals for all areas of your life:
- Real estate career
- Spiritual
- Health
- Family
- Social
- Recreation

Your goals should be written down. By writing them down you acknowledge that you expect to achieve them and that you are committed to them. Expectation is critical because it changes the mindset. If you expect something and you are committed to doing whatever it takes to achieve it, you immediately focus on how to achieve it. Otherwise, your goal becomes replaced by competing ideas or distractions.

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION          RMLLC-WDMO-00225210

**BUSINESS PLAN**

Your business plan should begin with a clear statement of the client you want to work for and what you are striving to achieve and deliver to them with your business.

**Your Mission Statement**

A mission statement for your real estate practice is one of the most important declarations you can create. If constructed with thought, it will communicate your business purpose to your customers and guide you in making critical strategic decisions about the direction of your company.

A mission statement should be no more than a few sentences long, and it must be written with your clients in mind. You can develop it by answering these guideline questions:

- What does your business do, what is the reason for your businesses existence?
- Who benefits from your business products or services, what are you trying to achieve on behalf of your customers?
- Why is your service better than other businesses products or services in the marketplace?
- What do you do well?
- Who do you serve best?
- What actions would you like to be distinguished for?
- Where would you like your business to be going?

**Example of a mission statement that focuses on a technique:**

My mission is to make sure that sellers in South Chicago *sell at the highest possible price in the least amount of time*. My *thorough pricing techniques* help my clients *set the price right* from the beginning of the process. I measure my success by the number of people I have helped.

**Example of a mission statement that focuses on a unique niche and skillset:**

My business purpose is to help clients from different cultures buy and sell houses in the Denver area. I guarantee a good business experience by communicating with them in their own language and by helping them to overcome cultural barriers every time that this is needed.

**Example of a mission statement that focuses on a market segment and opportunity:**

I specialize in helping buyers from overseas purchase a property in my beautiful part of the world. I accomplish this by providing abundant information not only about real estate, but about the entire experience of living abroad.

**Example of a mission statement that focuses on a market segment and offering connections:**

I am in business to make sure that first-time buyers have a great experience in their transaction. This includes knowledge of specialized financing.

**Example of a mission statement that focuses on a distinct demographic:**

I cater to high-tech clients, providing them the kind of service that they expect from a modern real estate Sales Associate. If you consider yourself high-tech, I am the Sales Associate you want to work with.

Your Mission Statement should reflect how you are relevant and bring value to your customer, driven by your desire to discover their needs and wants of and how you satisfy them.

**Preparing for Success**

Success as a Realtor® demands many things; Commitment to hard work, working efficiently, having capital for living expenses and business expenses and possessing a desire to learn and grow are the most important. The biggest reason people fail is a lack of prospects and unrealistic expectations on what it will take in terms of time and effort to gain traction and success.

Another big reason people fail in Real Estate is the lack of working capital.

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION          RMLLC-WDMO-00225211

Entering the business without calculating adequate financial resources can lead to failure. It's not just having enough cash on hand to make it to your first commission. It's also not creating a plan and a budget that is realistic in estimating expenses, allowing for the unforeseen and including a budget for marketing yourself.

With the need to plan for your success in mind, the next section will take you through a basic financial planner to assist you in identifying your basic needs as you begin this career. The following Personal Expense planner is meant to assist you in identifying the expenses we all typically expect to encounter.

**PERSONAL EXPENSE BUDGET**

| Account: | Monthly Amount: | Yearly Amount: |
|---|---|---|
| Rent/Mortgage | $ | $ |
| Insurance | $ | $ |
| Health Insurance | $ | $ |
| Car Payment | $ | $ |
| Car Insurance | $ | $ |
| Heat | $ | $ |
| Electric | $ | $ |
| Retirement | $ | $ |
| Investments | $ | $ |
| Laundry | $ | $ |
| Groceries | $ | $ |
| Dining out | $ | $ |
| Haircuts | $ | $ |
| Beauty | $ | $ |
| Doctor | $ | $ |
| Dentist | $ | $ |
| Medicine | $ | $ |
| Glasses | $ | $ |
| Entertainment (TV, Internet, Movies, Publication) | $ | $ |
| Vacation | $ | $ |
| TOTAL EXPENSES | | |

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION
RMLLC-WDMO-00225212

The following Business Expense planner is meant to assist you in identifying the expenses you typically can expect to encounter as you build your business. Once you have completed filling in as much of the information that is possible, you will have a clear picture of what it will take to begin your career in Real Estate.

**BUSINESS EXPENSE BUDGET**

| Account: | Monthly Amount: | Yearly Amount: |
|---|---|---|
| Accounting | | |
| Advertising | | |
| Automobile: | | |
| Fuel | | |
| Insurance | | |
| Lease | | |
| Repair/Maintenance | | |
| Tolls | | |
| Bank Charges | | |
| Broker | | |
| Computer Software | | |
| Contract Labor | | |
| Copies | | |
| Depreciation | | |
| Dues: | | |
| Board | | |
| MLS | | |
| E&O Insurance | | |
| Equipment | | |
| Gifts | | |
| Health Insurance | | |
| Internet | | |
| Lock Boxes | | |
| Meals | | |
| Miscellaneous | | |
| Office Fees | | |
| Printing | | |
| Postage | | |
| Rent | | |
| Riders | | |
| Salaries | | |
| Signs | | |
| Supplies | | |
| Telephone | | |
| TOTAL BUSINESS EXPENSES | | |

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION          RMLLC-WDMO-00225213

## ECONOMIC MODEL

Having identified both your personal and business expense needs it is time to define your economic model. This is the amount of money you need to make in order to succeed in your business.

In order to build the economic model to achieve your goals it is necessary to understand the daily, weekly and monthly activities you will need to execute to create transactions. Your ability to execute these activities will have a direct impact on your ability to make your economic plan a success.

Real Estate is a contact sport. It demands that you engage in contacting people, offering assistance and value so you can set appointments, reach agreements and attend closings. The more people you stay in touch with the more business you will do. Contacts, Appointments, Agreements, Closings are the business you are in.

To estimate how many people you will need to be in touch with to meet your economic goals, you will need to define the "average" income that will come from each of your closings. The number of transactions you will need is determined by dividing the total of your personal and business expenses with this number.

To determine your average commission, define your targeted segment of the market and its average sales price and then use the example below to determine your average commission minus expenses and the commission split you have with your broker.

Example:



$300,000 Sale

3% commission for the Selling Agent      3% commission for the Buyer Agent
$9,000 @ 50% Split                        $9,000 @ 50% Split

Agent          Broker          Agent          Broker
$4,500         $4500           $4,500         $4500

Utilizing your personal and business expense information, you can now estimate the number of transaction you will need to close during a year to meet your financial goals.

**NOTE**: It is important to set your economic model up in such a way that it is not only realistic but also aspirational. This will ensure you are committed to getting up each day knowing what you are striving for and engaged in reaching your goal.

Use the Economic Model tool to build a picture of what you are striving to achieve.

| ECONOMIC MODEL | |
|---|---|
| Financial Goal | $ |
| Budgeted Expenses | $ |
| Average Commission Rate | % |
| Average Sale Price | $ |
| Average Commission | $ |
| Budgeted Expenses | $ |
| Transactions Needed | # |

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION          RMLLC-WDMO-00225214

## CALCULATING FOR SUCCESS

Now that you have your economic model, its time to design a strategy you can use to achieve it. Remember Real Estate is a Contact Sport. The next step is to establish the number of contacts you will need to make in order to create the opportunities for closed transactions.

A few basic rules come into play when you begin to calculate your strategy for building business. Rule 1 is you have to proactively tell people what you do. Rule 2 is your efforts must be consistent so you give them a chance to pay off over time. Your success depends on knowing what you need to do and how successful you are at doing it.

As someone new to Real Estate you will have to commit to doing the work of making calls, sending notes and reaching out to your personal friends, business associates and people in the community that you want to work with. This is where having a clear "Mission Statement" will assist you in defining "the how" of building your business.

For new(er) agents data has shown that for every 160 interactions (calls, meetings, emails, etc.) they can achieve 1 sale. At 5 minutes per interaction that translates into 32 hours of lead generation activity. That means that an agent starting out, has the potential to generate 4 viable leads a month if they work consistently. Conversion rates will vary on the market size, agent skill set and quality of the interactions.

## ECONOMIC PLANNING TEMPLATE

|                    | New Agent | Mid Level Skills | Expert Skills |
|--------------------|-----------|------------------|---------------|
| **Weeks**          | 45        | 45               | 45            |
| **Dials per Week** | 50        | 50               | 50            |
| **Total Dials**    | 2,250     | 2,250            | 2,250         |
| **Response Rate**  | 15%       | 15%              | 15%           |
| **Total Talks**    | 338       | 338              | 338           |
| **Set Rate**       | 7.5%      | 12.5%            | 20%           |
| **Total Sets**     | 25        | 42               | 68            |
| **Cancellation Rate** | 30%    | 20%              | 10%           |
| **Total Meetings** | 18        | 34               | 61            |
| **Conversion Rate**| 50%       | 70%              | 85%           |
| **Total Listings** | 9         | 24               | 52            |
| **Sales Percentage**| 50%      | 67%              | 90%           |
| **Total Sold**     | 5         | 16               | 47            |
| **Average GCI**    |           |                  |               |
| **Total Income**   |           |                  |               |

Use the economic Plan Template to determine the number of calls and transaction needed to achieve your economic model.

## A WARNING ON PART TIME WORK

Many new Sales Associates, because they are undercapitalized hedge their bets by keeping their day jobs. This is especially true if they are secretly afraid that they might not make it, but you can't serve two masters. Imagine telling your current employer you can't come to work because you have a listing appointment. Having two jobs is a sure reason you won't be successful as a Sales Associate. Not everyone has the qualities to be an entrepreneur and has the self-discipline to work at this business everyday as they learn the business and build a client base.

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION          RMLLC-WDMO-00225215

**A WARNING ON BURNOUT**

One reason given by Sales Associates who've left the business is they just burned out. It's usually in relation to working with buyers for long stretches without a deal. The temptation for a new Sales Associate is to take any prospect that comes along, hoping for a deal at the end.  To get started with someone you know is selling or buying but is uncomfortable working with a beginner, you can always offer to bring in a more experienced Sales Associate and split the sale with him or her in exchange for letting you learn under their wing. This approach offers your client the expertise they are seeking and you receive much needed experience and tutelage. Plus, the more experienced Sales Associate may refer business to you once you've proven yourself.

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION                    RMLLC-WDMO-00225216

## MARKETING

Marketing a service is not the same as marketing a product. Real Estate as a service industry doesn't have inventory costs, making it an inexpensive and potentially crowded field to get into. The Services you offer your clients are intangible – They can't be held, touched before a decision to work with you is made. Therefore, you need to make the services you offer visually tangible by showing the benefits of using your service.

Remember, you don't sell property – you sell trust! Surveys tell us clients do business with you because they like their relationship with you and they trust you. You make them feel comfortable. It is not necessarily the superiority or excellence of the service.

If prospects like you and trust you, they will do business with you. Service marketing is a popularity contest. The competent and likeable Sales Associate will attract much more business than the socially deficient one. Service is about relationships and relationships are about trust.

## FOCUS ON IMAGE

**Consumers evaluate you based on what they can see, e.g. appearance, promotion pieces, advertising, signage, office space, car, clothes, stationary, and website. –** Everything visually associated with you sends clues to the prospect. These clues should be consistent in their look and feel. Stationery, business cards, brochures all should reinforce one another and portray the image you want to project which should be an image of success and confidence.

**Dress for success –** A listing/buyer presentation is show time is n opportunity for business so make sure to dress for success. You may know your client really well, but don't allow this to justify casual attire. How you look has an enormous impact on your success. So make sure you are communicating your professionalism at all times.

Remember, because services are intangible, consumers turn to personal sources of information such as friends and family, social media and industry reviews, so make sure you review your testimonials to ensure positive word of mouth referrals.

## SPECIALIZE

Great ideas do not necessarily have to be completely revolutionary. It is good, solid, oftentimes simple ideas, implemented consistently, that yield the best results. T**hink about things you can offer to your customer as part of your marketing and something you can become known for.**

**Action**: Define the market you are directing your efforts to serve through your marketing efforts: waterfront, condominiums, 1st time buyers, expired listings, FSBOs, investment properties, apartments, low cost housing, luxury homes, new homes, vacation homes, ethnic groups, seniors, renters, developers, foreclosures, etc.

Phrases like "I never sleep" or "10-minute call back" imply benefits. The buying and selling public is suspicious. They tend to disbelieve most product claims. "I am the most trustworthy." "I care the most." "If I don't sell it, then I will buy it." Credentials are the collateral you put up to guarantee the performance of your brand. When you have the right credentials, your prospect is likely to believe almost anything you say about your brand.

## SHARE YOUR MESSAGE
## PROMOTE YOUR SUCCESS

It is difficult to build a lot of trust in the small time we spend with a client. Therefore, you must **promote your success**. Show your current and past client world what you have done. If a client gets a good deal – make sure the client knows and then make sure the world knows too. The same is true if a home sells fast

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION          RMLLC-WDMO-00225217

or if you are proud of something you have done – make sure the client knows and the world knows too! You must stay present in your client's mind and through regular advertising and publicity with the rest of the world. This assures the client and potential clients that you are around, viable and successful.

## LEVEL THE PLAYING FIELD
Remember, "**Enthusiasm beats out ability**". Enthusiasm comes from confidence. Confidence comes from knowledge. Knowledge comes from experience ... **SO WORK ON GETTING EXPERIENCE!** People want to work with people who are fun and enthusiastic about their work.

## LEVERAGE THE BRAND
The RE/MAX brand should be a foundational piece in your marketing. With billions of dollars invested building the brand over four decades, the name RE/MAX has become synonymous with quality in real estate. It makes the consumer's choice easier when they have positive associations with a brand. The stronger the brand, the more you stand out.

## BUILD YOUR BRAND
As a Sales Associate, you also have a personal brand. It separates you from other RE/MAX Sales Associates and makes you special. You want to differentiate yourself and become the Sales Associate of choice in your marketplace.

Your personal brand will not be built overnight. A brand cannot get into the mind of a consumer unless it stands for something specific. Markets may change but a brand or the essential characteristics of your personal brand should never change. The marketing law that is most consistently violated is the law of consistency.

## BUILD YOUR TOOLBOX
Successful marketing involves finding creative ways of presenting your service to consumers. Here are a few low to no cost personal marketing activities you might use to build your business. Remember to choose just one or two so you can begin to execute against it consistently:
1. Publish a neighborhood or industry information blog post twice per week.
2. Knock on 50 doors per week.
3. Distribute 25 business cards per week.
4. Send industry update e-mail to the sphere of influence every month.
5. Get involved in your community.
6. Share testimonials from your past clients.
7. Become known for the videos that you create.
8. Present seminars for buyers and/or sellers.
9. Write a real estate column in local newspapers.
10. Always deliver a closing gift after a closing.

**Action**: Write a brief paragraph describing the purpose of your marketing program, the methods you intend to use to inform consumers, and how you will present your ideas.

## DESIGN CENTER
https://remax.imprev.net/ui/#home
Guess what? There's no need to hire a graphic designer! (You'll need to add your profile information here as well see How to Access below.)
Meet your personal marketing assistant! Offering thousands of free, easily customizable templates for flyers, postcards, virtual tours, websites, presentations and more.
Once signed up, Design Center will automatically pull information from the MLS to auto-populate your designs with property details and images. Plus, all projects are instantly branded with your photo and contact information from your profile.
Complete your **Design Center Profile** with your contact information to automatically brand your designs.

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION          RMLLC-WDMO-00225218

Explore all available project types and designs, and "Favorite" those that speak to you for easy access in the future.
Try creating a flyer! Get your hands dirty to see how quickly and easily you can create projects.
If you want to dive deeper, check out our Design Center guides with project-specific walkthroughs on flyers, Single Property Websites and Digital Listing presentations – plus learn how to use the MLS data integration, numerous distribution options, and more.

## CONSISTENCY COUNTS
Your marketing should work in tandem with your public activities to maintain awareness. Get involved in the community, volunteer with a charity, run a marathon, join a church group, participate in a ski club, teach a course - get people to notice you. Invest the time to get the word out about you.

When it comes to personal promotion, advertising books often emphasize the adage "Out of sight, out of mind." The more customers you acquire, the more important it is that you remain in touch with them over a longer period of time. Personal promotion lets people who know you, know that you are in this business.

## RESPONDING TO MARKET TRENDS
Today's housing consumer is able to gather most of the information they believe they need. Having access to the Internet, they can research and become knowledgeable about the market, the types of homes that are available and the types of agents that are in the marketplace. They read reviews and they expect quick responses to their inquiries.

## WEB PRESENCE
Because of the way consumers gather information, it is important that you have a strong and clean web presence. From your RE/MAX agent website to your social media pages it is important that you communicate your professional way of conducting business. Similar looks and appearance and consistent messages can go a long way to gaining the confidence of a prospect. The addition of positive reviews as you build your business will only add to the perception of your professionalism.

Utilize good photography of yourself and your properties so they see the quality of your work. Create target posts to attract prospects to your unique value or neighborhood expertise. Share the experiences of your other clients so prospects can project themselves into the success that comes from working with you.

Provide information that builds on the information they already have and seek to become an interpreter of your local market and the real estate transaction.

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION                    RMLLC-WDMO-00225219

**BUSINESS PROSPECTING**

Real Estate has unlimited potential as a business. The only limit to what you achieve is the effort you put in and the systems you use. One of the first things you will need to do is communicate to the world that you are a Realtor®.

**Prospecting is:**
- Giving a business card to everyone you meet.
- Letting everyone you meet know you are a RE/MAX Sales Associate
- Asking for business
- Farming and personal leads
- Preparing a personal brochure
- Advertising
- Sending thank-you cards to everyone who helps you

**There are 3 basic groups of people that are immediate sources for your prospecting.**

Friends, Family and Acquaintances who:
Know you
Like you
Given the opportunity would do business with you
Given the opportunity may do business with others

Past and Present Work Relationships who are:
Co-Workers
Buyers
Sellers
FSBOs
Participants in all listing and buyer conversations

Advocates who:
Know you
Like you
Tell others about you
Choose to work with you above all others

Everyone knows someone who needs help with his or her housing needs. In fact, inside of a year they probably know more than one person who will need help with housing, so ask everybody if you can help them or anyone they know - friends, relatives, the dentist, you name it. Ask everybody.

There are three methods of prospecting – passive, active and purchase.
1. **Passive** – Waiting for business to come to you - floor time, website leads, and open houses.
2. **Active** – Referrals, FSBO's, expired listings, canvassing - door knocking, cold calls, etc.
3. **Purchase** – Ads, signs, flyers, personal brochures, media - radio, TV, billboards, ad words.

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION          RMLLC-WDMO-00225220

The best part of passive and active prospecting is that they require almost no dollars to begin. **Here is a list of potential areas and people for you to begin your prospecting with.** You should choose only a few at a time and make sure you are participating with the intention of bringing value to the audience you choose.

**Geographic Farming**
1.   Condo/CO-OP Complexes
2.   Apartment Complexes
3.   Neighborhoods
4.   Farm Districts

**Interest Networking**
5.   Recreation Centers
6.   Local Gyms
7.   Exercise Clubs
8.   Exercise Groups
9.   Bike Clubs
10.  Running Clubs
11.  Car Clubs
12.  Flying Clubs
13.  Climbing Clubs
14.  Quilting/Sewing Clubs
15.  Wine Clubs
16.  Investing Clubs
17.  Bird Clubs
18.  Gun Clubs
19.  Book Clubs

**Business Networking**
20.  Realtor Associations
21.  Attorneys
22.  Divorce Attorneys
23.  Estate Attorneys
24.  Financial Advisors
25.  Bank Loan Officers
26.  Mortgage professionals
27.  Title agents
28.  Home inspectors
29.  Insurance Agents
30.  Home Warranty Representatives
31.  Human Resource Directors
32.  Recruiters and Headhunters
33.  Property Managers
34.  Absentee Owners
35.  Homebuilders
36.  Remodelers
37.  Carpenters
38.  Plumbers
39.  Electricians
40.  Roofers
41.  Home Stagers
42.  Cleaners

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION                    RMLLC-WDMO-00225221

43. Landscapers
44. Wedding Planners
45. Florists
46. Mortuaries
47. Bars/Restaurants
48. Bakeries
49. Auto Repairs
50. Car Dealers
51. Taxi/Limousine Drivers

**Media Networking**
52. Television
53. Newspapers
54. Bloggers – Community, Food, Interests

**Luxury Networking**
55. Architects
56. Engineers
57. Golf and Tennis Clubs
58. Interior designers
59. Sports/Celebrity Agents
60. Professional Sports Teams
61. Attorneys
62. Divorce Attorneys
63. Estate Attorneys
64. Doctors
65. Financial Advisors
66. Home Furnishers
67. Custom Cabinet Makers
68. Galleries
69. Luxury Car Dealers

**Youth Organizations**
70. Sport Teams
71. Dance Groups
72. Theater Groups
73. Boy Scouts
74. Girl Scouts

**Community Organizations**
75. Churches
76. Synagogues
77. Mosques
78. Shrines
79. Town and City Councils
80. Chamber of Commerce
81. Economic Development Corporations
82. Hospitals
83. Schools – Pre-School, Elementary, Middle, High school, Trade Schools and Universities
84. Armed Forces Bases
85. Charities

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION     RMLLC-WDMO-00225222

86. Rotary Club
87. BNI Chapters
88. Elks Club
89. Lions Club
90. Odd Fellows
91. Shriners
92. Moose Lodge
93. Free Masons
94. Knights of Columbus
95. Habitat for Humanity
96. Food Banks

**Real Estate Networking**
97. Realtor Associations
98. Government Agencies – HUD, FHA, Fannie Mae, Ginny Mae, VA
99. Relocation Firms
100. Auction Houses
101. Retired Agents
102. Network Agents
103. Brokers
104. Name Badge
105. Open Houses
106. Floor Duty
107. Out of Market Agents
108. Commercial Agents
109. CE Class Associates
110. Trade Shows and Conferences

**Sphere Networking**
111. Friends
112. Family
113. Associates
114. Repeat clients

**Market Prospecting**
115. Expired listings
116. For sale by Owner
117. Lost Leads
118. Cold Calling
119. Just listed mailing campaign
120. Just sold mailing campaign
121. New to the Neighborhood Mailing Campaign

**Online Marketing**
122. Zillow Profile
123. Realtor.com Profile
124. Google Adwords
125. Craigslist Ads
126. Email marketing
127. Website
128. Blogging

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION                RMLLC-WDMO-00225223

129. Facebook
130. Twitter
131. LinkedIn
132. Instagram
133. Pinterest
134. YouTube & Vimeo

Prospecting is work but it does not have to be viewed as all hard work. Many of the best prospecting activities are linked to things an agent does everyday. Picking up the phone to see how people in your life are doing and offering your assistance is prospecting - as long as you are communicating that you are in Real Estate and available to help anyone in need.

## 6 STEPS TO GETTING STARTED
### 1. Get your current contacts in one place.
This is a big task, but it's also one of the most important steps you will take in starting out.  You'll be surprised at how large your sphere of influence is. It is comprised of your family, friends, old schoolmates, previous business associates, soccer buddies, etc. These are people that know you and people that have some influence over.

Start collecting your sphere's names, phone numbers, addresses, email addresses and other information such as birthday, spouse, children, interests, etc. into a single place. This can be inside of a document or Outlook or a contact database like LeadStreet's CRM (Customer Relationship Management) program. LeadStreet is one of the most robust tech tools you have. It's the pipeline that delivers leads generated from all the RE/MAX lead generation platforms, including your RE/MAX website to you.

The system also provides a full **CRM** to manage contacts and automated marketing with alerts for saved searches and sending out drip e-mail campaigns. Once you have your contact names inside of your account you should plan to grow this group and stay in touch with them faithfully. This will become a huge source of repeat and referral business over time.

### 2. Categorize your contacts by how you know them.
As you progress in your career and your knowledge of contact management grows, you'll find that you want to have ways to communicate with different contact types. Go ahead and start working toward that now. If you're using Outlook, you can use the "Categories" function for this. You could have categories such as Friends, Family, Vendors (doctor, lawyer, etc.), Buyer Prospect, Seller Prospect, and so on. The buyer and seller prospect categories are for those new contacts you're about to get.

### 3. Develop your announcement content.
If you're contacting via several methods, such as some email, some mail and some phone, develop scripts for each and let them know about your new business. A simple message might be:

"Hi (name), I've started a new career and wanted to let you know about it. I've gotten my license and I'm now a real estate Sales Associate with RE/MAX (name) in town. Please think of me if you're planning a real estate transaction or if you know someone who is."

You can also develop an announcement that speaks to your area of specialization or your mission statement:

"Hi (name), I wanted to let you know that I have started a new career in Real Estate and I am focusing on making sure that first-time buyers have a great experience in their search for a new home. This includes knowledge of specialized financing. If you know of anyone who would benefit from a consultation on financing options, please don't hesitate to put him or her in touch with me. If there is anything I can assist you with as well please don't hesitate to ask."

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION
RMLLC-WDMO-00225224

Once you have the content you feel good about ... **send it out!**

**4. Make contact the way you usually do.**
If you're making a large contact list, many of the people on it will be people you usually talk to via email, text messaging, social media and phone. To make things feel natural and to keep cost low, its okay and even recommended that you contact them the way you always have. For people on your list that you have not been in contact with recently or don't have a preferred method of contact, add them to your communication announcement list that will be delivered either by e-mail, Social Media or mail. To keep things organized, split your list into groups by contact method.

**5. Plan ongoing contact and do it!**
Now that you've sent out your "New Real Estate Career" announcement, map out a plan for how you will continue to be in contact with your sphere. How often you contact people in your sphere will be determined by who they are and the relationship you have with them. Family will not need a lot of follow-up, but a lawyer or builder, may need more. Try to keep your plan simple enough that you can execute on a regular basis. There's nothing worse than finding out a good friend bought a home with another Sales Associate because they forgot about that first announcement a year ago! Utilize Birthdays, Holidays, Events and industry insights to keep in contact with people in a natural way.

**6. Engage in list-building activities.**
Make sure you are constantly adding to your center of influence by getting involved in community activities, going to homeowner association meetings and giving your business card to everyone you meet - even the person behind the dry cleaner counter. If you go for coffee in the mornings – don't go alone. Use every opportunity you have to strike up a conversation with the person next to you.

**List of Sales Associate Tools**
Use this checklist as a starting point to everything you need to have or do during your first week as a RE/MAX Sales Associate:

- ☐ Login name and password to access RE/MAX Mainstreet
- ☐ RE/MAX lapel pins
- ☐ RE/MAX yard signs
- ☐ Photo to be used for business cards and personal promotion
- ☐ Appointment scheduler
- ☐ Contact management system
- ☐ Business cards, preferably with photo
- ☐ Tape measure or electronic measuring device
- ☐ Thank-you notes
- ☐ Contact cards
- ☐ Listing presentation
- ☐ Buyer presentation
- ☐ SMART phone for mapping
- ☐ Laptop computer

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION   RMLLC-WDMO-00225225

- ☐ Digital Camera
- ☐ Listing agreement form
- ☐ Buyer agreement form
- ☐ Open house signs
- ☐ Flashlight
- ☐ Basic tool kit (to install yard signs, etc.)

## PERSONALITY MATTERS

Recognizing a prospect's preferred way to communicate has a lot to do with their personality. Recognizing a prospects personality type and how they tend to communicate can enhance your ability to connect with them and communicate effectively.

DISC profiling is one way to recognize a person's preferred way to communicate. In Disc there are 4 quadrants of personality. Everyone has a bit of each in them but most people have "dominant" personality traits that once recognized can help you in conversations with the. Recognizing the dominant traits takes practice but it can lead to increased satisfaction for your clients when they interact with you and it can increase your ability to serve them effectively and generate more business.

Quadrant 1: DOMINANT - Productive, competitive, aggressive, headstrong
Quadrant 2: INFLUENCING – Talkative, enthusiastic, spontaneous, persuasive
Quadrant 3: STEADY – Peaceful, loyal, listener, dependable
Quadrant 4: CONSCIENTIOUS – Systematic. Detailed, organized, orderly

To begin to recognize whom you are speaking with, notice the pace they are speaking at. Pay attention to their choice of words. Observe whether they are listening or leading. Are they taking notes or building the level of excitement? The objective is not to match their energy but to recognize it and provide them with information in the manner that best fits their needs.

WHAT IS YOUR DISC PROFILE?
Are you hard charging, competitive and determined? Are you outgoing and talkative? Someone who likes to take on new projects with enthusiasm? Are you steady dependable, someone who cares about others and what they have to say? Are you organized and able to stay on track as you work toward a goal?

Everyone has a little bit of each quadrant but typically you will be able to recognize traits in yourself and in others that will make it easier to match their pace and energy. This applies to your clients and even the other agents you interact with during transactions. With practice you will be able to quickly adjust to listening and supporting Influencing people or providing details the facts that a Conscientious person needs.

INSERT DISC QUIZ HERE

## PROSPECTING - TAKING ACTION

Prospecting for clients and a sale doesn't have to be a painful experience. The best way to think about it is that you are in the business of assisting people with one of the largest decisions and purchases in their lives. It is your expertise and professionalism that will set you apart and build your personal brand over

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION          RMLLC-WDMO-00225226

time. You must let people know what you do and how you can assist them. Once you have assisted them they can become your advocate for more referrals and increased business.

A great way to think of prospecting is to consider a political campaign. Whenever an election is called the candidates hit the streets cultivating votes. What methods do they use? They mail flyers to their constituency (your farming). They rally their base (your past clients). They door knock. They have a well thought out message (your Mission Statement). They try to differentiate themselves from their competitor through their policies (how you position yourself and your area of expertise). They use Public Relations (you can be a spokesperson on market conditions). They post a lot of signage (your sale signs, bus benches, or billboards). They shake a lot of hands and ask people to remember them on voting day (your networking and calling). They strive for name recognition and want to be top of mind when it is time to vote (your sphere should think of you when it's time to buy or sell).

What prospecting is:
- Giving a business card to everyone you meet.
- Letting everyone you meet know you are a RE/MAX Sales Associate
- Offering to Help and Asking for business
- Farming your chosen geography with postcards, flyers and news letters
- Calling and generating personal leads
- Calling and generating Expired and For Sale By Owner leads
- Preparing a professional brochure/presentation
- Sending personal notes and cards to your sphere on a regular basis
- Sending thank-you cards to everyone who helps you

Remember, if you don't ask, the answer is always "no!" If someone says "no," move on to the next prospect. Don't get fixated on any one prospect and remember that it isn't personal. The answer isn't really "no" its just "not today", so make sure you stay proactively "in flow" with friends, family and past clients through mailings, phone calls and social media.

Research has found that a marketing message must penetrate the mind of a prospect a total of six to nine times before becoming top of mind. To get in front of your prospect six to nine times you need to send out as many as four times that i.e. 24 - 36, as your message may get lost or picked up by others.

**PLAN, SCRIPT AND CONNECT**
Birthday Cards, Holiday Cards, Thank You, Thinking of You, Telephone Calls. Each of these basic contact strategies can yield big results if they are executed with consistency. Remember it takes multiple touches to become top of mind. If you execute, results will begin to show up.

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION          RMLLC-WDMO-00225227

**CALLING DIALOGUES**

In this section you will find several dialogues for you to use as a starting point to develop your own dialogues. The tone should be conversational, not like you are reading from a textbook. Try to do prospecting that can give you leverage. Send out a mailer to people who can make a difference then follow up with a call.

**Energy is the Key!**
1. **Stand** when making calls (Invest in a cordless headset!)
2. Remain upbeat, positive and confident (**Warning:** Do not go into "cheerleader" mode)
3. Sound genuinely interested in helping others (don't sound desperate)
4. Stay hydrated (Your brain is approximately 80% water)

**Sphere Permission Call**
Hi this is (name) How's the family? How's the job? Great!
The reason I'm calling is because I attended a seminar the other day and learned that every person I know will know five people this year who want to buy or sell real estate.
Well that got me to thinking ... why don't I just put together a list of the people I know who wouldn't mind helping me grow my business. And your name is one of the first that came to mind.

Would you be offended if I put you on that list?

**If they ask, "What's involved?" then say:**

All that's required is that you let me know when you hear of someone wanting to buy or sell a home and/or you refer my name to people asking if you know a good Realtor.
Great! I also want to stay in contact with you through the mail and maybe even give you a phone call now and then. Are you okay with that? Great.

When is your birthday? What about 's? (Spouse's name)

I really appreciate you agreeing to this. It truly means a lot!

**Invitation to an Open House dialogue**
Hi, my name is (name) and I'm calling on behalf of RE/MAX (office name).
We just listed a home for sale at (address).  This home has (X) bedrooms, and (X) baths and is on the market at $(X).  We would like to invite you to attend our open house this Sunday from (X) to (X).  If you cannot attend and would like information on this or another home in the area we would be pleased to send it out to you.

**Sold dialogue**
Hi, my name is (name) and I am calling on behalf of RE/MAX (office name).
We recently sold a home in your area on (address). This home had (X) bedrooms and (X) baths and sold for $(X).

We know that when a home is sold, that information may be of value to neighbors in the area, especially if they are planning a move.
- Have you considered moving?
- When do you plan on moving?
- How long have you lived at this address?
- Where did you move from?
- How did you happen to pick this area?

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION                    RMLLC-WDMO-00225228

- If you were to move ... where would you go next?
- And when would that be?

**Survey Dialogue**

Hi, my name is (name) and I am calling on behalf of RE/MAX (office name).

We are conducting a survey of on owner intentions and would like your permission to ask you a few questions?

- Are you happy with the neighborhood you live in?
- What would you say is the best or worst part of the neighborhood?
- Have you considered living somewhere else?
- How long have you lived at this address?
- When do plan on buying your next home?
- If you were to move, where would you go next?

**Cold calling dialogue**

Hello, this is _____ with RE/MAX _____.

I am calling to inquire as to whether there is a possibility of your moving within the next year?

**No**      Thank you for your time.

**Yes**     When do you plan on moving?

Are you presently looking for another home?

Would you like a complementary evaluation of your home?

**Yes**     Would it be possible to see it tonight at 7 p.m. or would tomorrow at 8 p.m. be better?

Would you like to receive our complimentary market report?

These are just a few conversational ways to begin calling prospects. You should seek out more from your broker and fellow agents. You should also practice these and other dialogues until they feel natural.

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION          RMLLC-WDMO-00225229

**EXPIRED LISTINGS**

Expired listings are those that have not sold during the period contracted under the listing agreement. The reason they haven't sold is the price is too high, which usually means the Sales Associate they had took an overpriced listing and did not bother to reduce it during the listing period.

Approximately 90% of expired listings still have a desire to sell their home, making them prime candidates to self-discover and appreciate your unique value proposition.

**ANSWERED CALL SCRIPT**

Hi, my name is (name), with RE/MAX (Office Name). I noticed your home listing expired today and was calling to see if you still have a desire to sell your home?

**OR**

Hi, my name is (name), with RE/MAX (Office Name). I noticed your home listing expired today and was calling to see if you are still serious about selling your home?

**Dialogue**

Hi, my name is (name), with RE/MAX (Office Name). I noticed your home is no longer on the market and was wondering if it is sold or is it still available? Are you still interested in selling? There is only one reason why your home hasn't sold and that's because of the marketing.

Add to lead list if applicable. They are then entered into the appropriate database and a call back date set.

**Exploratory Questions:**
- Have your plans changed?
- Why do you feel your home did not sell?
- If you could sell your home tomorrow would you?

**Situational Questions:**
- Did you have a lot of showings?
- What was the feedback from those showings?
- Did any of the buyers who came through your home buy another home?
- Did any home similar to yours sell while yours was on the market?
- How did you arrive at your price?
- Do you know the pricing benchmarks and trends that exist in your area?
- Are you aware of any quarterly trends that may exist in your neighborhood?
- Did you have a price reduction while your home was on the market?
- Were you informed of the consequences of pricing too high in your neighborhood?
- Are you aware of the price/foot ranges of sold and expired homes in your area?
- I can give you my opinion on why it didn't sell.
- When would be a good time for me to come out and share this information with you? I have tonight at 7:00. Does that work for you?

Once you have ended the call send a personalized letter to the prospect including:
- Recent stats (monthly average sales prices in area, number of new listings, number of sales)
- Free Market Evaluation Certificate

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION          RMLLC-WDMO-00225230

**Call back dialogue:**
- Ask if they have listed their home
- Ask if they received your letter
- Ask if they would like a complimentary market evaluation and a copy of your marketing plan

Many times you will not be able to speak to the homeowner but will want to leave a message that you are interested in their home and helping them.

**ANSWERING MACHINE SCRIPTS**
**Message 1**
Hi, my name is (name), with RE/MAX (Office Name), and I'm calling in regards to your home for sale. Please return my call at your earliest convenience at (phone number). **Thanks and I hope you are having a great day!**

**Message 2**
Hi, my name is (name), with RE/MAX (Office Name), and I specialize in homes that should have sold but didn't. Please return my call at (phone number) so we can discuss other options you have for getting your home sold. Thanks and I hope you are having a great day!
**OR**
Hi, my name is (name), with RE/MAX (Office Name), and I would like to talk to you about a more effective (proactive) way to sell your home. Please return my call at (phone number) so we can discuss other options you have in getting your home sold. Thanks and I hope you are having a great day!

**STAY ENGAGED**
Stay in contact with your expired homeowners. Work old expired listings not just recent ones. You would be surprised how many people still want to or have to sell their homes. Allocate spending 30 minutes each day prospecting expired listings.

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION          RMLLC-WDMO-00225231

**OPEN HOUSES**

As an agent who is new to the business your primary goal is to connect with people in as many ways as you can and open houses are he perfect way to get started. As long as you're properly prepared, you may find that representing another agent's listing for your open house can have an enormous impact on your career! The chart below is a great illustration of the potential business that can come from consistently working open houses.

|  | New to Open Houses | Experienced at Open Houses | Expert at Open Houses |
|---|---|---|---|
| **Weeks in Year** | 45 | 45 | 45 |
| **Opens per Week** | 2 | 2 | 2 |
| **Total Opens** | 90 | 90 | 90 |
| **Avg. # Attendees** | 5 | 5 | 5 |
| **Total Talks** | 450 | 450 | 450 |
| **Meeting Set Rate** | 10% | 15% | 20% |
| **Total Meeting Sets** | 45 | 68 | 90 |
| **Show-up Rate** | 50% | 60% | 70% |
| **Total Meetings** | 23 | 41 | 63 |
| **Conversion Rate** | 45% | 55% | 65% |
| **Total Buyers Signed** | 10 | 23 | 41 |
| **Average GCI** |  |  |  |
| **Total Income** |  |  |  |

**GETTING STARTED**

Working with open houses is as simple as offering to assist a more experienced or busy agents with their workload. Holding frequent open houses is a great way to meet clients, grow your business, and help increase community familiarity with you and your reputation. Before you ask an agent in your office to work an open house for them, make sure you talk to your broker about your office's rules or policies for hosting an open house.

**Note**: Weekends are when buyers usually have free time and are together as a family. If you can talk to both the husband and wife at an open house that is always better, but nothing stops you from holding open houses during the week; just make sure you advertise them well. The key to all you do in your new career is to have people see you working out in public. If they see the ads in the paper, announcements on social media, the open house signs and your activity, there is a good chance they will remember you when it comes time to sell their home.

**OPEN HOUSE MARKETING**

Getting the most out of an open house means work and should begin as many as two weeks ahead of time. One of the first things you will want to do is promote the open house to the neighborhood.

**Step 1:** In most instances the listing agent will allow you to market their property's open house and keep all of the leads that come through the property on the day of the event. Some agents are even willing to let you put your name on the marketing materials as long as you foot the bill. If this is the case try creating a flyer, open house postcard, or biz-prop card that says "Listed by: [**Listing agent's name**]. Presented to you today by: [**Your name**]". Make sure the ad shows the address and the price.

**Note**: Hosting two open houses can be more effective than one long one, say 1:00 - 3:00pm and 3:30 - 5:00pm. Twilight and evening open houses can also be an option.

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION
RMLLC-WDMO-00225232

**Step 2:** Place signs with the open house times posted throughout the neighborhood at least three days ahead of the event. The signs should provide the date and time of the open house so neighbors become aware, as well as anyone who is driving through the neighborhood.

**Step 3:** Door knocking at least 50 of the neighbor doors to let them know that your providing the value added services of inviting them to a VIP open house for your client's home.  Set the VIP showing an hour before your public open house time. This will ensure that they are able to see the property ahead of time and when it comes to word-of-mouth marketing for your listings, nothing beats the power of engaged neighbors.

**Door Knock Dialogue:**
Hi, my name is (name) and I am with RE/MAX (office name), and I was stopping by to let you know I'll be holding an open house at the Smith's home at 123 Easy Street, Sunday from 3:00-6:00.
**As an extra service** to the Smiths, I am informing their closest neighbors in case you may know of someone who is interested in moving into the area. If you do, I would love to see them at the open house on Sunday!

Here's my card. If you **or anyone you know** ever has a real estate related need, please don't hesitate to call. Here is a feature sheet (Give them a feature sheet) you might like to take a look at or even post at work. After all, you will have an opportunity to see the property yourself this Sunday and now you might even be able to choose your new neighbors.

It was a pleasure meeting you and I hope you have a great evening!

**Step 4:** Advertising and promoting the Open House online. The listing agent you are working with will want to ensure that their client knows all they are doing to sell their property, so they should be able to assist with the promotion of the Open house on Realtor.com, Zillow, Trulia and the MLS. You can further assist with the promotion of the event via social media outlets such as Twitter, Facebook, Instagram, blogs, etc.

**Open House Preparation for the Seller**
It is important to remind the seller that Buyers decide which home to purchase based on comparison. Use this list to highlight a few of the most important things the seller can do to create a positive atmosphere for the open house:

- Curb appeal is real! Make sure lawns are freshly cut and trimmed.
- Remove any unnecessary items from the front of the house.
- Consider washing down the sidewalks, turning the soil in bordering flower gardens.
- If it snows, please make certain there is clear walkway from the parking area to the front door. A doormat may come in handy as well.
- Cleanliness is imperative. The most important rooms in the home are the kitchen and bathrooms. Extra effort in these rooms will go a long way toward a favorable impression.
- Check to see that all the lights work in your home, including garage and closets. During the open house and during all showings, make sure to have all the lights on.
- Doors should open and slide freely. Lubricate where needed.
- Most important is to leave the home during the hours of an open house. Prospective buyers are more comfortable when the seller is not present.
- Put away/lock up keepsakes and valuables.
- Turn the air conditioner down low during summer months.
- If it is cold outside a roaring fire can set a wonderful tone in your home. Have adequate firewood available for the afternoon.

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION          RMLLC-WDMO-00225233

## HOLDING THE OPEN HOUSE

The goal of the open house is to attract prospects and demonstrate the value you have to offer in the home selling and buying process. This is accomplished in a few ways.

**Step 1**: Make sure you are dressed as a professional, are knowledgeable about the property, have information on the neighborhood and can provide insights on the local market.

**Step 2:** Start out by putting your open house directional signs up ahead of time, put up a lot ... start them from the closest busy road and put them up on every corner. There is nothing more frustrating for a buyer than to be following your signs, and the trail comes to an end, when they have not yet arrived at the house. You can even check other open houses in the area and place your signs strategically to attract their visitors.

**Step 3**: When you arrive at the house (early) turn all of the lights on – even closet lights. Open the shades on windows, flush the toilets, even light a nice smelling candle if it is needed. Set up your home and market information packets and layout your clipboard and pen for the visitors to add their information as they arrive to view the property.

Remember, there are many kinds of people who attend open houses, some are genuine buyer leads, some people are out looking and others may be "engaged" neighbors, all are names you want to add to your database.

**Note: Inclement weather = great prospects.** There are many buyers who are so well motivated that nothing will deter their desire to acquire a home. This is the reason that Sales Associates love to get prospects during inclement weather conditions. If a prospect will come out on a rainy or snowy day, he or she is a serious buyer. It should also be understood that the prospect is seeing the property under its worst conditions, and should be so advised.

**Step 4**: Welcome visitors to the open house and ask them to sign in. It is best to communicate this is for security reasons as well as for the purpose finding out how they found out about the open house. **This will assist you in improving the marketing that you provide your clients in the future.**

**Note**: Have all people who attend your open house register so you'll have their contact information. If they are unwilling to sign in and they seem safe, allow them to view the property. If you feel at all uncomfortable with them then insist that this is a requirement for viewing the property. You'll find most visitors are willing to give you their contact information.

**Registration Information/Checklist**
- Name, address, email address, phone number.
- Would you like a complementary market evaluation of your home?
- Would you like a complementary Home Buyers Guide?
- Would you like to be notified when similar homes come on the market? (Note area and price)
- Would you like a complementary Home Sellers Guide?
- Please let me know the sale price of this home when it sells.
- Are you currently working with another Sales Associate?

**Step 5**: Engage visitors by providing with something of value: a map of other open houses in the area, a list of local foreclosures, or a snapshot of recent market activity. You could even consider having a lender partner available to speak with them on qualifications for a home purchase. Even after they've moved on, they'll remember the helpful information you gave them.

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION                    RMLLC-WDMO-00225234

**LABEL THE LOOKER**

People come to an open house for a reason. Your job is to find out what that reason is. It is immaterial whether an open house brings in two people or 20. It is the quality of the customer that matters. If you can connect with one or two new clients from an open house, then you have accomplished your goal. If you get a serious buyer or seller – **make sure you get the appointment.**

**Step 6**: Qualifying the visitor after they viewed the property is the key to any successful open house. Asking questions will assist you in understanding what type of prospect you are dealing with. Listen carefully to what the lookers say and ask a lot of questions.

Ask where they are currently living. It is amazing how with this question; they will often give you a lot more information than you asked for. If you know the other homes in the neighborhood currently on the market or coming onto the market, offer to show them. Ask what they are currently looking for in a home, and what features of the marketing brought them to this particular open house.

**Sample Dialogue:**

- Hi, thanks for coming by today. My name is _____ and your name is?
- Did you find the home through the ad or from the signs? (An ad tells you they are actively looking, and in the price range and area of the open house. If they saw the signs, they want to know the price right away.)
- Here is some information I put together on the home. As you wander through the home you may find it helpful. Please let me know if I can help in any way. (Stay out of their way. Let them know you are there to help them.)
- Are you from the area? (If not, can you help them with schools, community clubs, restaurants, or any other information)?
- Would you like a map of the area? (Have your name and phone number and if possible your picture on each map you give away. Open it up and show them where they are as it relates to any other place they would like to know.)
- Have you seen any other homes in the area? (If yes, are they working with any other Sales Associates or have they visited other open houses?)
- Is this the type of home you've been looking for? (Don't ask them if they like the home.)
- When would you like to be in your next home?
- Have you narrowed your search to this specific area?
- Have you discussed your possible purchase with a bank? I can arrange to have them meet with you to assess what you qualify for in terms of a mortgage.
- If I hear of a similar home in the area, would you like to know about it?
- Are you working with someone? (If yes ask if they signed anything. If the answer is yes do not pursue. If no, then continue)
- What system are you using to ensure you find the home you want?
- Did you fill out a buyer criteria sheet to guide the search process?
- If no, offer to help them fill out the buyer sheet at a future time.
- Attempt to book appointment for first meeting

The goal is to expose them to your value and expertise as an agent who knows the area and can assist them with their home search. Don't give it all away, just a hint that you can offer even more that they can benefit from. If they are in a relationship with another agent (sign agreement) it is not worth risking your reputation to try and recruit them as clients. Simply thank them and let them go on their way.

**Open house checklist:**

- Ask the seller to leave before the open house

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION          RMLLC-WDMO-00225235

- Dress professionally with a name tag
- Open house signs placed
- Arrive Early
- Turn lights on and open shades on windows
- Flush Toilets
- Light Candles
- Business cards
- Laptop computer connected to Internet
- Printed feature sheets that are up to date with the correct price
- Have monthly payment analysis for financing
- Area Information sheet
  - Schools
  - Commute
  - Shopping
  - Parks
- Directional signs with your name and photo on them
- Market Information
  - For Sale
  - Sold
  - Expired
  - Inventory
- A file for each of the following for the house:
  - Gas bills
  - Water bills
  - Electric Bills
  - Tax Information

**After the Open House**
Call all open house registrants within three days and thank them for attending, offer further assistance, and qualify. If qualified, set up a meeting to provide complimentary material, review their needs, preview their home for market evaluation, and to show them comparable homes.  Send all open house registrants a thank you card for visiting your open house.

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION          RMLLC-WDMO-00225236

## GEOGRAPHIC FARMING

Farming is a tried and true method of prospecting. Farming is soliciting business from people you don't know or have a relationship with. You may farm a geographic area or neighborhood or a niche market.

## A farming system:

### 1. Keeps your sales volume consistent.

You don't deal with high peaks and low valleys like many Sales Associates do. While you are busy working with customers and clients, your prospecting system is still working for you. Often, people ignore prospecting when they get busy showing and marketing houses. After they've sold the houses of their current clients, they find themselves without any prospects.

### 2. Helps avoid burn out.

A business cycle with high peaks and low valleys is like a roller coaster. A constant roller coaster ride in business can be emotionally, physically and mentally draining, causing burn-out, which ultimately causes people to leave the business. A farming system frees you from having to deal with high rejection types of prospecting, which is another cause of burn-out.

### Neighborhood farm

Professional mailers can get you going quickly with your sphere or in a farming area. You may have a neighborhood that you know a lot about. You my live in an apartment complex that you have joined the tenants board on. You may have expertise in co-op or condominium living that would be valuable to owners. There may have been recent sales that are creating market opportunities or you may simply have an item of value to offer your sphere. Whatever the information, utilize it to connect with mailers or on social media.

**Start Small:** If you start with too many homes or contacts, the expense will break you and you will have to quit prematurely. It takes a while to get a response, so budget to be able to continue to mail without a return for up to nine months. Decide on an amount you are willing to invest per month and then calculate how many mailers per month that would allow. Send at least once a month but more frequently as you start and less often once established. When the farm starts to work for you, expand to include more homes.

### Look for Good Turnover

Choose an area that has good turnover. These are usually homes where the sale price is lower than average and the demographic is younger. Younger people tend to move more often and can afford less.

### Know Your Competition

Know how they are marketing themselves, and stay one step ahead of them. Don't let them intimidate you or convince you not to farm an area.

### Consider Distance

Your farm does not have to be close to your office. You are likely to offer better service to homeowners if they live close to your own home or office.

### Effective mailers

You should understand that your mailers are going to be thrown out. Your goal is to have the homeowner register your name and face on the way to the garbage can. To keep cost low and increase impact:
- Use postcards
- Include your picture on everything you mail, because people focus more on images than they do on words. Companies have logos for this reason, and your photo is your personal logo.

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION                    RMLLC-WDMO-00225237

- Having a distinctive slogan is a good idea, and be sure to put it on every mailer.
- Create a distinct look & format that is identifiable as you.
- Keep your message very short and have a call to action such as call now!

**The communication must:**
- Be professional in appearance
- Be of value to the recipient
- Be consistent (mailed every 21 days)

**Examples of proven communications:**
- Home Ownership Tips/Articles
- Free market evaluation
- Newsletters containing: Just-sold homes for the month
- Sales-price to List-price ratio
- Average days-to-offer and days-to-close
- Book of the month
- Recipe of the month
- Quote of the month
- Homeowner tip of the month
- Inspirational story
- Real estate article
- Client of the month (most referrals)
- Updates about you and your family

**ITEM OF VALUE STRATEGY**
If you have the budget, you can also consider sending your farm area an item that is useful and has an increased likelihood of staying in front of potential clients.

**Ideas:**
- Magnetic calendars
- Co-op business offers on flyers or postcards
- Branded Notepads
- Emergency (police, fire) contact phone numbers on a magnet or a letter opener
- Magnetic memo pad

**Results of farming**
Don't expect results immediately. It may be at least a few months before you see results. Farming takes time to be effective, however, it can be rewarding as time goes by and the response becomes greater.

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION                    RMLLC-WDMO-00225238

**REFERRALS**

You already know the importance of aligning with a global network. Having access to over 110,000 RE/MAX associates is invaluable to your business. Being in the most productive and professional agent network presents you with the potential to send buyers or seller referrals to other agents and collect a referral fee.

Each and every time you have a client in a conversation the question should be "how else may I help you"? Remember, if they are buying they are probably selling. If they are selling, they are probably buying. In some cases, you may even be able to handle both sides of a transaction. So make sure you engage them in this conversation and strive to make them clients for life. By staying engaged in their entire move and facilitating their satisfaction with a referral to a top RE/MAX agent you are proving your value once again.

**LOCATING AGENTS**
**RE/MAX MainStreet**

Mainstreet is the historical portal to RE/MAX resources. However, it is slowly being phased out with assets migrating to MAX/Center. During this transition, many resources are still only available on Mainstreet. If you are interested in seeing agents from a particular area and their qualifications, you can log-in to Mainstreet using Maxcntr and then search under the "connect" tab.

**RE/MAX Referral Exchange https://www.resaas.com/remax**

The RE/MAX Referral Exchange makes referrals social, all over the web, giving you the ability to engage in discussion, exchange business and obtain leads in multiple languages with RE/MAX agents around the world.

You can search for referral partners based on a geographic location, then send a referral that is automatically translated into the language of the recipient. You can also post questions and socially interact with like-minded professionals worldwide.

How to Access: Log in to MAX/Center, and select the REFERRAL EXCHANGE tile

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION          RMLLC-WDMO-00225239

**WORKING WITH BUYERS**

Congratulations you have a buyer prospect! There are a number of things to learn and remember to effectively work with a buyer. The first step is to set a meeting with the intent of building a relationship, setting the parameters for the search and assisting them in defining their needs, wants and desires for their future home.

**Step 1:** Set the Meeting. Many prospects will call with an interest in seeing a particular property they have found on-line or from a sign that is out in front of a property. The obvious reaction may be to agree to show the property as soon as possible. However, the better strategy is to get into a conversation around the prospects needs. This will allow you to achieve a few milestones in assessing the buyer's motivation, financial ability and placement in the home search process.

**Inquiring Sample Questions:**
- How long have you been searching for a home?
- Are you looking for a home in this particular neighborhood?
- What types of things are most important in a home for you?
- What process are you using to find the home you want?

Using this last open ended question in your inquiring question strategy will allow you to move to the primary objective, which is to have the prospect meet with you in your office and have them sign a buyer's representation agreement before you invest your valuable time in them.

In the event that they do not want to meet in the office you have two options. One is to ask follow up questions to encourage them to meet in the office. The other is to conduct the buyer qualification in the field while you show them the property. The second option requires skill in the buyer qualification process and should only be attempted when you feel confident in your ability to size up a serious buyer prospect vs. a looker who will steal your valuable time and utilize you as a taxi service.

**Meeting Set Dialogue:**
Would you be interested in creating a clear process for finding the home that you want?
**Prospect**: Yes
Terrific! We would need to get together for about an hour so we can define exactly what you are looking for in a home, what you can afford and how we would work together to reach your goals. I can meet with you tomorrow afternoon.

Would you be interested in creating a clear process for finding the home that you want?
**Prospect**: No
What is stopping you from getting together to explore your needs and working to find your perfect home?
**Prospect**: Other agents have not asked me to do this.
I'm sure they haven't. You see I am intent on working with you to find the perfect home and I do that by making sure I know exactly what you want.

This is the best way to do that and it has worked well for all of my clients. I also want you to know that I am serious about finding you the home you want as quickly as is possible because your and my time is valuable. Going through this initial meeting will contribute to our success.

So let's get together. I can meet with you tomorrow.

If the prospect says no again it really is best to move on.

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION          RMLLC-WDMO-00225240

However, **IF THEY ARE A SIGN CALL OR AN INTERNET LEAD** you can exercise the option to show them the property they are inquiring on **"IF"** you remember to focus on the following buyer profiling and qualification questions during the showing.

**BUYER MEETING:**
Once you have a prospect in your office conference room, one of the most important things to remember are the DISC profiles. Buyers are as different as houses, so make sure you take the time to "listen" and match the prospects pace and identify their style of dealing with information.

**Clues to look for:**
- Are they leading the conversation? This Points to **Decisive**
- Are they sharing stories? - This Points to **Interactive**
- Are they deferential to you and your opinions? - This Points to **Stabilizing**
- Do they move at a slower pace and listen for information? - This Points to **Cautious**

There is a real advantage in listening beyond understanding who you are speaking with, it is the information that you gain from listening that will lead you to assisting the client in the way they are most comfortable with.

**Building Rapport Questions:**
- Are you from the area?
- What drew you to this area?
- What do you do for a living?
- Do you have family? Kids?
- Do you have hobbies?

The goal of the rapport questions is to develop a sense of who you're dealing with and their motivations. The purpose of the business building dialogue is to set up the guidelines for a successful relationship.

**Business Relationship Dialogue:**
Thank you for taking the time to get together with me.

The reason this meeting is so important is it offers us the ability to understand what each of us is setting out to do.

My goal is to make sure we find you the home you want and we do it in a way that we both win. That is why it is so important that before we get in a car we take the time to discover what you are looking for – NEED, WANT, DESIRE – how much you can afford and what you can expect from me and what I can expect from you.

I would like to have you start by answering some initial buyer's questions. (If you have set the appointment ahead of time it is possible to send a document with these questions to the prospect ahead of time)

**SAMPLE BUYER'S QUESTIONS:**
- Why are you wanting to purchase a home?
- Where are you living now?
- Have you owned a home before?
- How long have you been looking?
- What are your reasons for moving?
- What are your real estate goals for this property?

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION          RMLLC-WDMO-00225241

- o Buy your dream home and live in it forever
- o Buy a starter home to build equity
- o Buy a fixer and work on it while you live there
- o Buy a property that will allow you to earn rental income

What type of properties are you interested in seeing? Check all that apply:
- ☐ Single Family Home
- ☐ Loft
- ☐ Condo
- ☐ Coop

How many bedrooms/baths do you need?

_____Bedrooms _____Bathrooms

How large of a garage?

_____Spaces

What property condition are you looking for? Check all that apply:
- ☐ Move-in ready
- ☐ I'm willing to do some cosmetic upgrades
- ☐ I am willing to fix roofs, windows, floors, mechanical systems
- ☐ I am willing to take on big projects such as foundation work, clean out, tear down

What type of neighborhood do you prefer? _____

Do you have a particular subdivision/neighborhood you want to look in? _____

The reason it's important to get answers to these questions is it will ensure you only look at homes that meet the client's criteria - saving time and effort.

Think of it as going to the grocery store with a list and a budget. This will allow you to bring clarity to the search process once it has begun and will allow you to help your buyer **recognize the home they want** once you have located it.

**BUYER MOTIVATION**
It is important to follow the criteria questions with a question that qualifies the buyer and their motivation. Your time is valuable and you do not want to work with a buyer who is not serious about buying.

**Motivation Dialogue:**
When are you looking to move?
Right now (0-30 days)
Soon (1-3 Months)
Later (3-6 Months)
Not Now (6+ Months)

If the buyer answers with anything but "NOW" answer with:

"Given that the housing market moves at such a fast pace and circumstances can change I would suggest we stay in touch and wait until you can act on the home we find then. Would that work?"

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION

If the buyer insists on just looking now remind them that you are looking for a win-win relationship that demands, you put %100 of your effort into finding them the home they want. If you are to do that, then you must know they will act when you have met that goal. If they still insist on just looking … move on.

**FINANCES**

Qualifying a buyer prospect before you invest valuable time into a home search is critical to using your time effectively. Begin by establishing the buyer's intent to pay cash or obtain a loan. If they are cash buyers, ask for proof of funds and speak with your Broker about procedures for ensuring the validity of the claim. Qualification questions can include:

- Are you currently preapproved for financing? If they answer yes, ask:
- Who is your lender?
- Can you provide me with the bank name and agent's name?
- Did they issue a pre-approval letter?
- Can I get a copy of that letter?
- What is your price range?
- How much do you have for down payment?

If the buyer answers "no" to the financing or pre-approval letter questions enter into a qualifying dialogue.
- May can recommend someone I think you might be comfortable with? You do not have to use them. it is your choice.
- When do you think you can meet with LENDER'S NAME.
- Do you have reserve funds for a down payment and other costs?

**BUYERS REPRESENTATION AGREEMENT**

It is important once you have qualified your buyer to set down the basis of the buyer agent agreement. This agreement assures you that your efforts are going to be compensated and it assures the buyer that you are acting as a professional.

**"This is How I Make My Living".** Let the buyer know that you want to help them to find the home of their dreams, and will dedicate and devote the time necessary to locate it. Because this is your business and time is valuable you expect to execute a buyer representation agreement which will help to assure you a commission when you find them the home they want to buy.

If the buyer does not want to sign an agreement remind them of the value of their and your time and the need for a win-win relationship that benefits both of you. If they are still not willing to sign the agreement … move on! Once the agreement has been signed you can show them homes.

Before you jump in the car and look for homes the last and most important thing to do is set expectations based on the **BUYERS CRITERIA WORK SHEET.**

Tell your buyer that it may make sense to let you take time to research the market and locate all of the potential properties that match their needs, wants and desires. By putting the brakes on now you accomplish two goals.
1. Is it will reassure them of the level of work you are willing to perform for them.
2. It will ensure you show them only homes that meet the criteria they have laid out.

This will aid them in the decision making process and it will cut down on wasted trips to properties that do not fit their needs.

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION          RMLLC-WDMO-00225243

remax.com

Remember, because you are a part of RE/MAX you also have the option of having your buyers visit your Agent website and begin their online search there. When they begin this way and register to save their favorite properties it will tag them to you and offer you the ability to see and catalog the types of homes and neighborhoods they like.

This can be a tremendous help in narrowing the search of properties you build out into a schedule for property showings. You can also send them a link to your personal RE/MAX search app for their smart phone searches. This too, will allow you to see what homes they are interested in as you build a showing schedule.

## SHOWING PROPERTIES

Remember that as a courtesy you should always try to book showing at least 24 hours in advance.

To make best use of your time, schedule numerous properties for showings and map them out in an efficient way that cuts down on travel overlap. Remember your and your client's time is valuable. Having used the Buyer Criteria sheet (depending on inventory) it is unlikely that you will be showing many more than 2-4 homes. Seek to accomplish your showings in as short a timeframe as possible and only show homes that meet the majority (60% or higher) of the buyer's needs.

Before you show properties it is important that you are prepared for all likelihoods. You may find a home that is perfect and you will want to make an offer. You may have questions asked that demand you have data and answers on hand. You may have to know what properties in the area sold for and when.

**Showing Checklist:**
- Property data sheet - consider highlighting the criteria on each sheet that matches the buyer's criteria for the home they want.
- Listing Agent Contact Information
- Offer Sheet (complete with lender and banking information)
- Area Information sheet
  - Schools
  - Commute
  - Shopping
  - Parks
- Market Information
  - For Sale
  - Sold
  - Expired
  - Inventory
- Cost Calculator

When showing homes, it is important that you ask very clear questions that will allow you to uncover the buyer's likes and dislikes. Even with the Buyer Criteria sheet it is important that you build a larger vocabulary of their needs, wants and like and dislikes.

If they don't like a homes curb appeal from the start do not waste time showing it or selling it. Rarely will a person purchase a home they don't like the look of from the start. Likewise, if they don't like the neighborhood they won't want the home so move on.

## SHOWING A PROPERTY

If your client likes the home and the neighborhood, then show them the home.

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION          RMLLC-WDMO-00225244

**DO NOT PLAY TOUR GUIDE** instead trail behind them and turn off lights and only point out features that match their criteria or go beyond the basic.

Once they are done seeing the property ask questions that are meant to uncover their likes and dislikes. Always focus on the positives as this home may end up being the choice in the end. Never push a buyer to purchase. Remember you are working to find them the home they want.

## CLOSING TO MAKE AN OFFER

As you are showing homes, it is important to be able to sense when a home has the potential to be the one your client wants. Ask questions that encourage them to make decisions.

- Does this home fit your criteria?
- Could you see yourself living here?
- If this were the only home available would you buy it?

If they answer no to these questions it is probably best to move on. You can test with questions built around the criteria sheet to ensure they are clear on their needs.

Is it too small? What is it missing? Etc. The idea is to ensure that this home is not an option before you eliminate it. This is especially important in low inventory marketplaces.

If they answer yes, then you have established the property as the property that all other properties should be compared to.

In fact, if they are enthusiastic, you can even ask your client if they would like to work the numbers on the home. Even if you have 4 more homes to view it makes sense to work towards making an offer since this may be their home.

Never negotiate further if your client is sold on a property. Simply sit down and work the numbers out so you can make an offer.

## MAKING OFFERS

When preparing to make an offer, it is always important to have market data on hand to support your conversation with buyers on what will constitute an acceptable opening offer.

If you are in an accelerating marketplace a full offer or even an escalating offer may be in order (Discuss these types of escalating offers with your broker or other experienced agents in your office). In a slow or balanced marketplace, time on market, comparable sales, property condition, repairs and other factors will influence the correct offer price.

Working with an eye on securing the home for the best possible price is your goal. Creating a win win situation is also your goal. Try to avoid Low-Ball offers because they can create an immediate adversarial relationship between the two parties and make it difficult to secure the property or obtain concessions for repairs or included items later on.

As an agent, you are committed to submitting your client's offer but, it makes sense to discuss making "the best offer" rather than one that could cost your client the home. Much like the win-win relationship you established with your clients at the beginning, it is also important that your client understand that the seller needs to win too.

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION          RMLLC-WDMO-00225245

Getting a seller to their rock-bottom price line will generally ensure that they will not agree to further concessions for repairs or money to correct inspection problems.

**SUBMITTING OFFERS**

Once you have agreed on an opening offer, prepare the offer sheet and have your clients sign it.

Set the expectations on the time frames for formally submitting the offer (usually that day) and the expectation for hearing back.

In a fast paced market, it is advisable that you call the listing agent and inform them that you are submitting an offer. This way you can judge if there is competition and address time frames for a response.

Once an offer has been submitted it should become a priority to have the listing agent follow up with you. Without being overly aggressive make sure you do not put the response on the back burner. Call and encourage a response after submission and ask for a timeframe for a response.

**At a Minimum Offers should include:**
- Offer Party Names and Information
- Buyer Representative Information
- Offer Price
- Possession and Closing Date
- Earnest Money Amount
- Contingencies
- Property to be Included in Sale
- Request for Seller to Cover Closing Costs
- Commissions

**Negotiation**

What is the key to negotiating?
- Winning?
- Winning for your client?
- Winning for Yourself?

Remember that every person in a transaction has their own interest in mind so the goal of negotiating is to find your way to a Win-Win situation. Stick to business and stay away from emotions relying on facts instead. Remember to label the person you are negotiating with. Are they:

> **DOMINANT** - Productive, competitive, aggressive, headstrong
> **INFLUENCING** - Talkative, enthusiastic, spontaneous, persuasive
> **STEADY** - Peaceful, loyal, listener, dependable
> **CONSCIENTIOUS** - Systematic. Detailed, organized, orderly

Utilize your data on the marketplace and listen so you can understand what the selling agent is focused on.

It could be time frames for moving that is most important. It may be the need to find a new home for his sellers and the closing date. It could be known repairs. Each of these and other considerations can assist you in obtaining the best possible terms for your clients while satisfying the seller.

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION          RMLLC-WDMO-00225246

Negotiation is a skill of listening and one that develops over time. Public speaking classes can help you gain confidence and of course experience will result in more confidence too. In the end, the key to negotiating anything is knowing what is fair and working towards a Win-Win agreement.

**Don't Buy That New Furniture Until After Closing**
With many of today's buyers purchasing homes at the top end of what they can afford, there isn't any room left in their loan qualification score. Advise your buyers to make no significant credit changes or purchases in this critical pre-closing phase.

**Basics of Mortgages**
Once you have an accepted offer you will need to move to the next step of letting the lender know that a contract to purchase has been signed. There are many loan types and in most cases you will have determined this when you qualified your buyer in your first conversation. Let's review the traditional mortgage programs and requirements available to buyers.

| Type | Insurance | Down Payment | Loan to Value |
|------|-----------|--------------|---------------|
| Conventional | NO | 20% | 80% |
| Insured Conventional | PMI | 5% | 95% |
| FHA | MIP | 3.5% | 96.5% |
| VA | GAURANTEED | 0% | 100% |

**CONVENTIONAL MORTGAGE**
A conventional loan is a mortgage that is originated by a private lender that is not guaranteed or insured by any government agency.

It is typically fixed in its term and interest rate. Fixed rate mortgages are the most popular conventional mortgages, representing about three quarters of all mortgages. They typically come in terms of 30, 15, or 10 years. While the 30-year option is the most popular, a 10 or 15-year term builds homeowner equity faster.

The biggest advantage of a fixed rate conventional loan is knowing exactly what the payment will be for the length of the loan. Remember conventional loans require a 20 percent or more down payment but eliminate mortgage insurance premiums. Conventional loans often feature lower interest rates than jumbo loans, FHA loans or VA loans.

Another use of the term "Conventional" is related to a mortgage that can be sold to government-sponsored enterprise, or GSE, Fannie Mae (Federal National Mortgage Association) or the Federal Home Loan Mortgage Corporation (Freddie Mac). The number one requirement GSE's put in place on these "conventional mortgages" is the size of the mortgage that they will purchase, the loans limits are determined by region and county.

**INSURED CONVENTIONAL**
An insured conventional loan is a mortgage that is originated by a private lender that is not guaranteed or insured by any government agency but is instead insured through a Private Mortgage Insurance company.

These loans are again typically fixed rate and term loans. They allow lower down payments in return for the payment of a monthly PMI or Private Mortgage Insurance premium. The can be good alternatives when a buyer cannot qualify for a FHA for any number of reasons.

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION          RMLLC-WDMO-00225247

## FHA MORTGAGE

**Fannie Mae**, the commonly used nickname for the Federal National Mortgage Association, is a government-sponsored enterprise, or GSE. The mission of the FHA is to bringing liquidity to lenders, stability to the housing market and affordability to the U.S. housing market.

Because the FHA is not a lender, but rather an insurer, FHA loans are obtained through FHA-approved lenders. Remember that in the open marketplace, FHA-approved lenders will offer different interest rates and costs -- even on the same FHA loan, so it's important for your borrowers to shop around.

An FHA loan is a mortgage insured by the Federal Housing Administration. Borrowers with FHA loans pay for mortgage insurance, which protects the lender from a loss if the borrower defaults on the loan.

No matter the amount of down payment two mortgage insurance premiums are required on all FHA loans: an upfront premium and also a monthly premium. The upfront premium is 1.75 percent of the loan amount -- $1,750 for a $100,000 loan. This upfront premium is paid when the borrower gets the loan. It can be financed as part of the loan amount. The second is called the annual premium, although it is paid monthly. It varies based on the length of the loan, the loan amount and the initial loan-to-value ratio, or LTV.

Minimum credit scores for FHA loans depend on the type of loan the borrower is seeking. To get a mortgage with a down payment as low as 3.5 percent, the borrower needs a credit score of 580 or higher. Those with credit scores between 500 and 579 must make down payments of at least 10 percent. FHA borrowers can use their own savings to make the down payment. But other allowed sources of cash include a gift from a family member or a grant from a state or local government down-payment assistance program.

The FHA allows home sellers, builders and lenders to pay some of the borrower's closing costs, such as an appraisal, credit report or title expenses. For example, a builder might offer to pay closing costs as an incentive for the borrower to buy a new home.

Lenders typically charge a higher interest rate on the loan if they agree to pay closing costs. Borrowers can compare loan estimates from competing lenders to figure out which option makes the most sense.

The FHA also has a special loan product (the203(k)) for borrowers who need extra cash to make repairs to their homes. This loan allows the borrower to base the borrowed amount on the projected value of the home *after* the repairs are completed. A so-called "streamlined" 203(k) allows the borrower to finance up to $35,000 for nonstructural repairs, such as painting and replacing cabinets or fixtures.

## VA MORTGAGE

No Down Payment is the signature benefit of Veterans Administration home loans. Qualified veterans and their families can purchase homes up to $424,100 in most parts of the country before needing to put money down. That figure is even higher in costlier housing markets.

Another big expense that VA buyers don't face is Mortgage Insurance. They do however have an upfront funding fee that they can choose to roll into the loan itself. This Funding Fee is paid to the VA and helps keep the loan program running. Veterans who receive compensation for a service-connected disability are exempt from this cost.

There is no credit score requirement for VA loans but the private lending companies typically will have a score cutoff.  Typically, the credit scores required for qualification on a VA loan are still lower one than a conventional lender would require.

Veterans and military members also have access to some of the lowest-rate loan product in the

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION                RMLLC-WDMO-00225248

marketplace. Just like conventional and FHA loans, VA loan rates vary depending on the applicant's credit score, and the lender offerings.  Base Qualifications are:

- You have served 90 consecutive days of active service during wartime, **OR**
- You have served 181 days of active service during peacetime, **OR**
- You have more than 6 years of service in the National Guard or Reserves, **OR**
- You are the spouse of a service member who has died in the line of duty or as a result of a service-related disability.

**Jumbo Mortgage**

A jumbo mortgage is a loan that's too big to be bought by Fannie Mae and Freddie Mac. FHA limits are determined limits by county. Jumbo mortgage rates generally are higher than rates on loans that conform to FHA loan limits.

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION

**WORKING WITH SELLERS**

In today's world sellers know a lot about the marketplace and a lot about agents before they ever meet them.

Even if you are meeting with a potential client that came to you through a personal referral it is a safe assumption that the prospect will search for you online before you ever meet. It is for this reason you web presence should be very strong. In turn, you should also try and get as much information as possible about your seller prospect before you meet.

This can be done on the phone or it can be done by providing your prospect with a questionnaire that they can fill out and send to you so you have it on hand at the meeting.

Asking them to fill out a **Seller Questionnaire** form accomplishes two objectives. One, is to provide you with the information you need to create listing conversation that is personalized the seller's current circumstances. The second reason to send out the questionnaire is that it communicates that you will be focused on their personal needs and not a canned presentation.

**Determine the seller's motivation**

Most sellers want to sell their home for the most money in the least amount of time and with the least inconvenience. Use this motivation to entice your seller into providing you with information that will help them achieve this goal.  Let the seller know that it will benefit them to provide as much information as possible before the listing appointment.

**SAMPLE SELLER LEAD SHEET**
**General Information**
- Today's Date:
- Seller's Name:
- Property:
- Mailing Address:
- Phone (H):
- Phone (W):
- Pager/Cell:
- Fax:
- E-mail:
- Preferred method of contact (Email/Phone/Text)
- Birthday (MM/DD)

**Circumstances**
- When do you need to move by?
- Why is that an important time to move?
- What are your plans after the property sells?
- Would your plans be affected if you moved later?

**Property Overview**
- What condition would you say your home is in? Excellent, Good. Fair, Poor
- What originally attracted you to your home? Price, Location, Amenities, Other.
- What attracted you to this Area(s)?
- How long have you lived in your home?
- What upgrades have been added since purchase?
- What are the main selling features of your home?
- What is the price range you are expecting for your home?

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION          RMLLC-WDMO-00225250

- If I sold your home in a few days, would that be acceptable, or too fast?
- How would you describe the perfect Real Estate Agent?
- What are the most important factors to you in selecting an agent?
- Will you be interviewing other agents?

**Financial Information:**
How much do you owe on the property?

| 1st Mortgage: | $ |
|---|---|
| Monthly payment: | $ |
| 2nd Mortgage: | $ |
| Monthly payment: | $ |

**Select What You Would Be Willing to Do to Prepare Your Home for Sale:**
- ☐ You Can Select Multiple Choices
- ☐ Have an Appraisal Completed by A Licensed Appraiser
- ☐ Have A Home Inspection by A Licensed Inspector
- ☐ Conduct A Title Search
- ☐ Get A Survey
- ☐ Stage Your Home
- ☐ Landscaping
- ☐ Interior/Exterior Paint
- ☐ Upgrade Appliances
- ☐ Upgrade Kitchen
- ☐ Upgrade/Remodel Bathroom(s)
- ☐ Upgrade/Change Flooring
- ☐ I Am Open to Any of These
- ☐ I Am Not Sure
- ☐ None of The Above

**How did you hear about us? Please check all that apply.**
- ☐ Referred by friend
- ☐ Open House
- ☐ Print Ad
- ☐ Direct Mail
- ☐ Blog
- ☐ Website
- ☐ Online Search
- ☐ Facebook
- ☐ Twitter
- ☐ Other

**PRE-LISTING PREPARATION:**
Once you have received the information back from your prospect, the real work to winning the listing begins. Utilizing your MLS to prepare a CMA (Comparative Market Analysis) package of similar properties that have; Sold, Expired, and are currently on the market.

Sellers want work with someone who knows the local market and has good knowledge of the target neighborhood. Take the time to search for properties that have similar features and have been on the market within 90 days of the potential listing. If you cannot find more than three properties that match

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION          RMLLC-WDMO-00225251

inside of 90 days widen the area search and add 30 more days. Organize properties in brackets that are below, match and are above the seller's property in terms of price, features and amenities.

Consider taking exterior photos of the prospect's property and visiting Design Center to use these photos in a listing presentation. There are both digital and print options available and they possess the correct branding for RE/MAX and can be personally branded for you.

Continue to set the stage for the client meeting by sending out a customized Pre-Listing package with the seller's information as a way to demonstrate the value of working with a proactive real estate agent.

**Pre-Listing Package**
Here are a few things that you should consider including in your pre-listing packet:
- Your biography
- Testimonials from your clients
- Information about your brokerage
- A complete marketing plan
- Affiliations and distribution channels
- Examples of your digital and print marketing materials
- A list of questions every seller should ask their Realtor
- Anything else that can differentiate you and help the seller get ready to market their property

**LISTING PRESENTATION:**
**Before the Listing Appointment Call and confirm**
- Share with the seller your goals and agenda for the appointment.
- Be on time and have a professional appearance.
- Be personable and professional – establish rapport.
- Note their hobbies and interests, children, pets, leisure activities, career.

The goal of a listing presentation is to list the home on your first visit. To do this you need to prepare in advance in order to help your seller determine their listing price and see the value of working with you. When you arrive always begin any presentation with questions.

- Tell me about yourself and your family?
- What are the main things you'd like me to cover today?

**Before sitting down:**
- Preview the home – note features, why sellers bought initially
- Further explore timelines, motivation

Once you're sitting down remember that a good real estate consultant spends twice as much time listening as they do talking. By having your prospect answer questions, you will help them uncover their goals and begin to answer questions on price and marketing expectations.

**PRICING CONVERSATION:**
Price is the dominant reason a home sells or fails to sell. Although the seller sets the price, it is the market that dictates the value.

To begin the pricing conversation, utilize your prepared CMA and bracketed properties and have the seller identify similar homes listed and recent sales in the neighborhood. Utilize these recent sales and current listings to create a base value in the initial conversation.

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION                    RMLLC-WDMO-00225252

Once you have identified similar properties, have the seller point out similar amenities and their sale prices. Now explore properties that did not sell and have the seller identify them as being overpriced or in poor condition.

Remember, your knowledge and presentation of this information positions you as the expert information provider. The better your data and comparables, the more accurate your seller's listing perspective will be.

Remind your seller that **t**he most important marketing period is when the seller's home first hits the market. A large group of waiting buyers will decide whether it warrants a viewing. Most property views will happen in the first two weeks and drop off from there. If the home doesn't sell then, the seller must wait for new buyers to enter the market and decide on a viewing. Remind your client that homes that are priced right and marketed to the right buyers will sell fast, and that less days on the market is a good indicator of an agent who is great at his or her job.

It's very important to set a competitive price when you place their home on the market in order to sell at the best price. If it stays on the market and experiences price drops, consumers will begin to wonder what is wrong with the property. Getting the price right for the market means a sale is virtually guaranteed.

**PROPERTY CONDITION**
The next part of the conversation on price revolves around matching the condition of the property to the the market comps. When selecting comparables for your CMA, you will base your selections on location, size, amenities and condition.

Condition means the seller won't get a second chance to make a first impression with a buyer prospect. Be sure your client's property looks fresh, uncluttered and inviting from the curb, because that's the point at which many buyers decide whether or not to view the property. The appearance and condition of a property will attract or discourage buyers.

**MARKET CONDITIONS:**
Market conditions do play a role in time on market. Inventory - the lack of it or the abundance of it will dictate the days on market and conversations with clients on the time for an expected sale.

Discussing the current market conditions is a good way to end the pricing conversation for a property. Utilize the time frames the seller has in mind for their move and balance it against the market condition. If you are operating in a buyer's market and your client wants to move quickly it may mean a lower than market price is required to meet their schedule. If you are operating in a seller's market you can probably count on listing at market value and still meet their schedule goals.

**Buyer's market** – This occurs when there are many homes on the market for the buyer to choose from. It is basic supply and demand economics. An over-supply will drive the demand down. A buyer's market is when the number of homes on the market exceeds five or six month's supply. For example, if there are 1000 homes on the market and 150 homes a month are selling, there is 1000/150 = 6.6 months supply and a buyer's market.

**Balanced market** - Occurs when the supply of homes equals about 4 – 6 month's supply. For example if there are 1000 homes on the market and 250 homes per month are selling 1000/250 = 4 months supply and a balanced market.

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION                    RMLLC-WDMO-00225253

**Seller's market** - occurs when there are many buyers and few sellers. For example, if there are 1000 homes on the market and 500 homes sell every month, there is a 1000/5000 = 2-month supply and a seller's market exists.

**SETTING THE LISTING PRICE**

Setting the listing price is now completed. Your seller has self-discovered their properties value with your CMA analysis. Before you move on ask a variation of the questions you asked in the pre-listing questionnaire.

### "If I sold your home in a few days, how would you feel?"

If the seller answers "Great" move on. If the seller answers "Maybe, we did not ask enough" stop and review the fat that properties that are priced properly and staged correctly sell quickly. Gain agreement and move to answering questions on the next steps and marketing of the property.

**THE DANGER OF TAKING OVERPRICED LISTINGS**

A good Sales Associate has the ability to persuade a seller to avoid trouble by asking too much for their property. When a seller says "let's try it at a higher price because we can always come down" remind them that by the time they come down to the proper price for the property it may be too late, especially in a buyer's market.

Setting a high price may mean **your potential buyer never sees the property** and chooses another. You must make the seller understand that the longer a home is on the market, the less its perceived value. Again this comes down to the trust you have established and your ability to show the seller that the CMA reflects the correct price for their property.

**Example**: A home is priced at $500,000 and is $50,000 higher than market comparable properties. When home searches are conducted by buyers in the $400,000 - $475,000 range your clients house is never viewed. On the other end of the spectrum when home searches are conducted buyers in the $500,000 - $550,000 range your clients home is included BUT it does not measure up and is viewed as not having similar value so no showing will be scheduled.

**Other potential dangers, problems and liabilities in an overpriced listing:**
- It can result in a home not selling at all.
- It can result in very few, if any, showings.
- It can result in a home selling for less money than it should.
- It can result in a home sitting on the market for long periods of time, resulting in a very frustrated seller.
- It can result in numerous price reductions which will eventually make buyers wonder what is wrong with the property.
- It can lead to a difficult, emotional and unsuccessful negotiation process.
- It can hurt the overall image of a real estate firm and listing Sales Associate.
- It can cause a home to become stale on the market.
- It helps realistically priced homes to sell faster by acting as a negative comparison.
- It can result in the seller wanting to cancel their listing agreement, because the first thing that sellers blame when their home does not sell is the Sales Associate - not the price!
- This will then cause a loss of referral business.

**PROPERTY MARKETING**

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION          RMLLC-WDMO-00225254

Properties can be marketed in multiple ways and you should be prepared to show how you plan to market to your buyer prospects. Seller want to know that you can do much more for them than they could ever do themselves. It is important that you emphasize your access to the market's agents and buyers. It is also important that you demonstrate your system for generating interest across multiple platforms and mediums.

**A basic marketing plan should include:**
- Sign in Yard
- Photography
- Property Description/Features
- Color Featured Property Flyer
- Electronic Flyer
- Placement on MLS
- Placement on remax.com
- Placement on major Real Estate search portals (Zillow, Trulia, Homes, Etc.)
- Just-Listed E-Mail Announcement
- Just-Listed Social Media exposure
- Just-Listed Post Card Campaign
- Office Associate Tour
- Market Associate Tour
- Open House Promotion
- Door Knock 25 Closest Neighbors
- Call 50 Neighbors
- Open House

Discuss how comprehensive exposure combined with the a properly priced house will lead to a timely sale. Ask them if they believe this plan will gain the right amount of exposure for their property. Inquire if there is anything they think is missing?

**CLOSING CONVERSATION**
When beginning to close the listing conversation it is important to clearly define the complexity of the transaction and the work you will be doing for your client beyond the marketing of your property.

It is critical to convey that they see the marketing as just the first step in a multi-step process that will have then planning for the next phase of their life.

**The should know during the sales process you will:**
- Place Lock Box
- Solicit Feedback from Showing Agents
- Prepare Weekly Update Sheet
- Call them with weekly update(s)
- Solicit Offers
- Present Offer(s)/Counteroffer(s)
- Change Status in MLS and on Other Websites
- Deliver Accepted Contracts
- Negotiate Repairs
- Copy Repair Invoices
- Schedule Closing
- Communicate with Selling Agent

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION          RMLLC-WDMO-00225255

- Review Title Commitment
- Review HUD Statement
- Attend Closing

Once you have outlined the the sales process, ask the seller, **"Do you believe I can sell your home?"** or **"Can you see yourself working with me?"** If the answer is yes. Move directly to the conversation on timing for the listing and preparation for the property being entered on the MLS and your marketing efforts.

## POTENTIAL SELLER OBJECTIONS

There are many objections a seller may have for not moving ahead at the end of your listing conversation. It is important you anticipate these objections and are prepared to answer them. As a new(er) agent you may need to **be prepared to answer questions like:**

### You're too new, or inexperienced.

That is a valid concern. Let me ask you a question; are you aware there are two kinds of real estate Sales Associates? There are passive and active...not new versus experienced. I am an active Sales Associate, which means that when you sign that contract, I will spend all of my time marketing your home to the public and to the other Sales Associates in the town. Isn't that what you want?

You want someone who will actively and aggressively get your home sold, right? We have incredible training at RE/MAX and are known to be the best at what we do.

**NOTE**: Remember that clients look for honesty, credibility and professionalism and many times that can come in the form of ongoing education and familiarity market conditions. Even when you are new to the business you can gain trust by connecting your prior area of expertise and career as the advantage you offer to your client. Technology, sales, teaching, bartending, all have connections to community, organizational skills, know how that can set you apart and make you the right choice to be a client's agent.

### We have an appointment with another Realtor.

You can inquire if they believe the other Realtor will offer more than you have? If the answer is "no" offer to call the Realtor for them and cancel the appointment. If they hesitate then offer to leave them with an executed Listing agreement that they can sign and you will pick up as soon as they are ready to move on to the next phase of their lives.

### We want to look before we list.

I can certainly understand that. Are you open to carrying two mortgages? Unfortunately, once you've found a home, there often isn't enough time to list your house and get it sold in time to secure the one you liked. May I make a suggestion? I presume you'd like to get as much for your current home as possible. And, you'd also like to get the best value out of your next purchase? Yes. Why don't we discuss a strategy that does just that?

### I have a friend or relative in the business.

Most people have friends in the real estate business. Why did you happen to call us? Articulate advantages you have such as the fact that you specialize in the area, your experience and your track record. Advise the seller you will be happy to work with their friend if they have a buyer for their property. It can be disconcerting to enter business relationships with friends. The need to discuss financing issues, pricing and negotiation issues is better with someone at more arm's length.

### We need to find our new home first.

Many people will want to find the home they are moving to before they sell their current home. This can put undue pressure on them and make it difficult to close with a buyer who see the term "Sale Subject To" on the listing description. It can also hamper your seller in acquiring their new property for the same

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION          RMLLC-WDMO-00225256

reason. If a property offer is made contingent on the sale of another property, the seller may take a lesser offer in order to have a clear path to closing. By having your seller's sold first you place them in a position to write a "clean" offer. Also, by selling first the seller is under no pressure to accept a lower offer because they want to finalize a purchase.

**But What if I can't find a House?**
This is an often asked question and we can answer it this way. Every year hundreds of families move with only 2 or 3 days to find a home. You will have a lot more time than that!
You will find there are many homes listed at any given time so there will always be homes to choose from. You will know how much you have to spend and may even have more to spend because of your decision to sell your house first.

**We want to think it over.**
You're right; this is a big decision, isn't it? Yet the decision must be made based upon what you want, correct? Let's do this, sign the contract tonight, contingent upon your approval within 24 hours, that way we both win. Can I tell you how? You have 24 hours with no pressure, so you can feel comfortable and sleep on it tonight, then I'll call you in the morning and you simply tell me yes or no. If you say no, I'll rip up the contract, and you have no obligation to me, if you say yes, I'll begin marketing your property immediately without having to come back and take up more of your time. All we need to do now is simply sign the contract, so I can help you to get what you want, in the time that you want.

**We need more money.**
I can certainly relate to that. Unfortunately, however, what you need has no bearing on price. Do you understand why? Let's imagine that the home you want to buy is worth $150,000 and I come to you and explain that some really nice people have owned the house and they are moving to Hawaii. Hawaii is really expensive and although their home is only worth $150,000 they need $175,000. Would you help them out?

**We want to only give you a 30/60 day listing.**
You must know the average days on market for homes in your area. If they want to list for less time, ask why they need the home sold quickly and reiterate that to sell fast they will need to price accordingly.
The normal recommended time is 90 days, but if it is not sold by then we can always extend the listing.

**I want you to cut your commission.**
When a client asks about your commission or fees are you are now heading in the right direction. The question indicates there is real interest in doing business with you.

**No ... any other questions?** No is an answer! When asked to reduce your commission, simply say no and wait for the client to talk further. (Negotiators will tell you that the first person to talk in this situation loses). Most of the time the client will say "well, you can't blame me for asking" and move on. If your presentation is great, it probably won't even come up. The biggest problem is that Sales Associates cave in too quickly. If you look after your clients and they keep coming back, then commission will come up less and less.

**REMEMBER**: Always want a listing or sale, but never need one! If a customer senses need, they will attack your commission rate as it shows lack of confidence on the part of the Sales Associate and it puts the seller in control of the negotiation.

I Understand you desire to get a deal but I want you to know that I charge everyone the same and let them know it; family and friends included. And as we discussed we want to be in a win-win relationship. If I cut my commission what does it say about me and my dedication to getting you the best price for your property. An agent who is willing to work for less is also likely to discount other things – such as your home.

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION                    RMLLC-WDMO-00225257

How does that benefit you? Having laid out all that I have in terms of getting you the right exposure and price for you home.

**FINALLY** remind your seller needs to know that you will only be paid in the event the home sells.

**NOTE**: One key to getting a full commission is to provide great service. Service levels in the real estate industry are very inconsistent. Sales Associates who don't know heating costs on their listings, put lock boxes in awkward places or not at all, don't return calls, don't warn their sellers of showings, don't report back or make it generally difficult to sell their listings are not giving the industry a good name.

**SETTING EXPECTATIONS:**
As you close it is important to remind your new client what they can expect from you.
- Treat all parties honestly.
- Always ensure we keep a win-win relationship.
- Respect their time, needs and finances.
- Stay focused on satisfying their needs.
- Communicate openly and frequently.
- Represent their best interest in any and all negotiations.
- Put their interest above all others, including your own.
- Provide continuous comprehensive market information and recommend the best pricing strategy.
- Help prepare their home for effective staging and showing.
- Market and promote their home in a professional manner.
- Proactively solicit offers.
- Respond to and resolve all issues quickly and timely.
- Follow up with other agents who show their home.
- Provide post-closing information and consulting services, and assist them with all future real estate needs.

You should also review your expectations for them s you prepare to sell their property:
- Keep home available, presentable, neat and smelling nice at all times.
- Follow the agreed upon staging plan.
- Complete all repairs as agreed.
- Keep yard mowed.
- Keep all valuables and prescriptions in a safe place.
- Leave home for all showings.
- Don't discuss terms with buyers or their agent without me present.
- Don't call other agents for feedback.
- Be completely honest on the Seller's Disclosure.
- Keep all marketing information displayed and inform me if it is running low.
- Market your home to friends and acquaintances.
- Inform me if leaving the home for more than one week.
- Notify me immediately if your needs or expectations change.
- Be brutally honest with me if you feel I am not meeting your expectations.

**LISTING AGREEMENT**
Your office and broker will train you in the particulars of a listing agreement but you should know that the easiest signature to get on a listing or offer is the first one and that should be yours. The best way to do this is to review the total document with the customer point by point and get agreement. Start to fill in the blanks sign the agreement and then turn the document and pen over to the customer.

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION          RMLLC-WDMO-00225258

**Seller's checklist to start marketing process**
Collect these documents in preparation for going to market. Make sure they are in place before you enter property onto the MLS as they can impact the ability to perform a quick sale.

**Documents**

- ____ Evidence of Title
- ____ Building location (survey) certificate
- ____ Most recent property tax bill
- ____ Mortgage document
- ____ Lender's name, address, phone, contact person, mortgage account number, and present balance.
- ____ If there are other loans/mortgages against the property, supply same information as above.
- ____ If property is held in trust, provide name of trustee, trust account number and contact information.
- ____ Your lawyer's name, address and phone number
- ____ House keys

**For Condominiums or semi-detached homes**

- ____ Association Declaration and By-Laws
- ____ Current Financial Statements
- ____ Party-wall Agreements

**GOING TO MARKET**
There are a few key areas to focus on as you market a listing. Constant communication with sellers (without annoying or overwhelming them) is essential so they have a better sense of receiving value and service inside the sales process.

**STAGING**
This is the only area where your seller can make a substantial impact on the salability of their property. To paint the picture of what buyers are seeing, consider taking your seller to a currently listed home that is well staged or brand new. Explain to them that it is the standard and that they can improve their chances by staging. Staged homes sell faster and for more money and the seller's home becomes the best value in their price range or the seller's home becomes the least expensive in a higher price range.

**Photography**
Photography is important to buyer and agent prospects. It should be professional looking. If you believe you can show a property off at its best and have the skills to do so then it is acceptable to take the photos. If there is any question on whether you can accomplish this, then it may be best to hire a professional. These photos will be used in numerous marketing materials for the property and then will be sued to showcase your marketing prowess to other listing prospects. Make sure you put your best foot forward.

**Property Description**
Go beyond just listing features but try to convey the highlights and amenities of the property. Call out the things that will appeal to the target buyer. If it is a family home focus on space and organization features. If it is a condominium for young professionals emphasize amentias like Gyms and commute. Take the time to make the property description appeal to the potential buyer.

Love of family can be satisfied by referring to the schools in the area, playgrounds, tennis courts, swimming pool, number of bedrooms, family room, etc. Health can be satisfied with such references to recreational facilities, outdoor living, barbecue on patio, etc. Good address in an impressive area can satisfy the appeal to the ego.

**Feature Sheets**

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION          RMLLC-WDMO-00225259

Feature/ highlight sheets or brochures are excellent tools to promote a house. Display exterior and interior photos with special emphasis on the most attractive part of the home. Include information you would have in an ad for the property – room sizes, square footage/meters, recent upgrades, financing available, address, your contact information and photo. Leave these with the seller to display where they can easily be seen and accessed by a buyer or their Sales Associate. Ensure that they are replaced as they are used up.

**Place Sign**
Placing the RE/MAX "For Sale" sign is one of the most powerful ways of promoting the property status and your name.

**Place Lock Box**
Make sure you have the key and lockbox in place before you place the listing on the MLS.

**Multiple Listing Service**
Place Listing on MLS - A Multiple Listing Service, or MLS (if applicable), makes it easier to reach a large number of prospective buyers and dramatically increase the property's exposure. This is a Sales Associate's best resource for finding their buyers a home.

**Exposure to the RE/MAX Network**
RE/MAX has 110,000 Sales Associates in over 7,000 offices spanning over 110 countries. Make sure you share the placement of your client's property with them.

**Market to Office Associates**
Make sure you let all of your office associates know about the listing and organize a tour so they can better understand the properties features and value. Include them just listed in email campaigns and post your feature flyer in an area where people can see it.

**Market to Sales Associates**
Consider offer the same type of tour to marketplace agent's so they can better understand the properties features and value. Include them just listed in email campaigns.

**BUILDING BUSINESS WITH A LISTING**
Your listing is your best tool for generating new business. All of the market exposure the proceeding marketing activities created can be amplified by the following activities. Building interest in the property and interest in you.

**Just-Listed Social Media Exposure**
Utilize your photography to create a just listed announcement for social media outlets.

**Just-Listed Post Card Campaign**
Create and mail out 200+ just listed post cards to the neighborhood

**Open House Promotion**
Schedule and promote your open house and build your data base with attendees

**Door Knock 25 Closest Neighbors**
Practice your dialogues and invite neighbors to the open house and the listing flyer with people who may want to live in the neighborhood

**Call 50 Neighbors**
Reach out to the surrounding area with your just listed dialogue and prospect for potential buyers and

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION                    RMLLC-WDMO-00225260

sellers

**FOLLOW UP**
**Progress Reports**
Make sure you have a plan for following up with your seller and agents that show your listing. There is nothing more frustrating for a seller than to have you place a sign in their yard and disappear. Schedule a time to make calls to agents who have shown the property and send out emails asking for their feedback.

Applications like "Showing Desk" allow this to be an automated procedure. If you have the budget to utilize this type of service it can make receiving feedback from showing agents much simpler. However, you gather feedback compile it into a weekly report and share it with your client.


**Fielding Offers**

**Negotiating a low offer or price reduction with seller**.
Don't be upset at these people. They're trying to buy your home. If you want to be upset at anyone, be mad at the 15 to 20 people that traipsed through your home, and didn't even have the courtesy to make you an offer.
We have 3 options: We can accept it, reject it or counter it. If only part of it is acceptable, why don't we counter it?
I'm really excited for you. I think your counter offer is a good one. If these buyers don't go for it, would you sell your property to another qualified buyer for the same price tomorrow? Yes, of course. Okay, then with your permission, I'm going to change the price on the listing to the same price as your counter offer. That way, if these negotiations don't work out, at least we got something accomplished, and you'll get more activity at this new price.

**Negotiation**
The outcome of any successful negotiation is a WIN-WIN situation. All parties involved should experience a certain level of satisfaction.

**Appraisals and Inspections**

**Closing Contracts/Title**

**Title Representations**
It is important that your title and the disclosure of any easements, encroachments and building restriction violations be represented correctly to prospective buyers.
A title search may be ordered as it will show active title charges that will stay on the title and appear in the buyer's new title after closing - caveats for easements, zoning agreements, encroachment arguments, building restrictions, right of way agreements, leases, option to purchase, etc.  If you know of any charges (often these can be found in the solicitor's reporting letter when the property was purchased) you should provide them.

**Delivery of the Contract**
A copy of the finalized contract will be delivered to both buyer and seller by their respective real estate Sales Associates.  All pertinent legal documents are delivered to your lawyer.

**Finalizing all Conditions**
If the contract states financing will be provided by a lender, it is the buyer's responsibility to make an application for the mortgage loan as soon as possible.  The buyer will have a set number of days to procure

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION          RMLLC-WDMO-00225261

the loan, as stated in the contract.  The lending institution will verify the buyer's credit, work records, and determine his/her ability to meet the monthly obligations.

Since the buyer's mortgage loan is to be secured by the house itself, the lending institution may assign an appraiser to visit your home to determine its value is enough to secure the loan they are making to your buyer.  When all the information is received, the mortgage loan underwriter will either approve or disapprove the loan.

After the loan is approved, more legal work is necessary, though you will have very little involvement.  The land title will be searched, title insurance will be ordered and an updated survey of the property may need to be ordered. If the property is a condominium, your Association may have to be contacted.

The Offer may be subject to any one of a number of inspections satisfactory to the buyer. An appointment will be set up through our office.

Keys will be delivered to the buyer at possession.

**The Cost of Selling**

**Legal Fees and Disbursements**
The difference between legal fees and disbursements is analogous to the parts and labor you pay when getting your car fixed.  The mechanic is paid for his labor (fees) and is reimbursed for the parts which had to be bought (disbursements).

**Real Estate Tax Adjustment**
A seller or buyer of a property pays taxes for only the portion of the year that they own the property.  If possession date is October 1, the seller pays for 9 months and the buyer pays for 3 months.  If the seller has not paid the tax bill, he will be responsible to pay his portion of taxes to the buyer.  But if he has already paid the whole tax bill, he will be entitled to a refund credit from the buyer.

**Home Improvement Contracts**
These represent improvements made under government programs which are paid over time through hydro or gas bills.  They must be paid out on a sale of a property and cannot usually be transferred to a new owner.

**Mortgage Balance**
The actual balance remaining on an existing mortgage must be paid at the time of sale by the seller's lawyer.

**Mortgage Penalties**
Depending on the type of mortgage, a penalty may have to be paid to the mortgage company for discharging the mortgage before the term is up. This penalty may be 3 months interest or it may be an Interest Rate Differential or loss of interest to the lender in respect to the prevailing interest rate as of the date the mortgage is paid out.

**Mortgage Tax Account**
Where the seller has been paying his taxes with his mortgage, he/she will generally have a pool of funds to his credit.  However, if the seller is purchasing another home, these funds will be needed for the tax account on the new property.

All of these items must be considered when a seller tries to determine the equity of the net sale proceeds that he will receive from the sale of his home.

**Estimated Seller's Proceeds**
This is market specific and your broker and lender will work to provide breakdown with you

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION          RMLLC-WDMO-00225262

**MARKETING YOUR SALE**
- Mail Customer Survey
- Change Status in MLS and Remove from Websites
- Order Just-Sold Cards
- Door Knock 50 Closest Neighbors
- Call 100 Neighbors
- Mail 300 Just-Sold Cards

**Activities Management**

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION          RMLLC-WDMO-00225263