# EXHIBIT D

| | |
|---|---|
| **From:** | Hope Cudd <hopecudd@gmail.com> |
| **Sent:** | Tuesday, November 13, 2012 1:32 PM |
| **To:** | Somerville, Amy |
| **Subject:** | Fireup program from Hope |
| **Attachments:** | FireupPDF for new agents.pdf |

Tom & Amy,
Attached is the Fireup program.

*Regards,*
*Hope C Cudd*
*Broker*
*Re/Max First*
www.MaryvilleProperties.com
*www.blountcohomesforsale.com*
*hopecudd@gmail.com*
*865-809-9300*
*865-981-1004*
*Check out my profile:* http://www.google.com/profiles/hopecudd.

--
*Regards,*
*Hope C Cudd*
*Broker*
*Re/Max First*
www.MaryvilleProperties.com
*www.blountcohomesforsale.com*
*hopecudd@gmail.com*
*865-809-9300*
*865-981-1004*
*Check out my profile:* http://www.google.com/profiles/hopecudd.



**EXHIBIT**

**939**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

RMLLC-WDMO-00019807



# RE/MAX®

# FIRE/UP PROGRAM

## FUNDAMENTALS IN REAL ESTATE/
## UNIVERSAL PRINCIPLES



Outstanding Agents.
Outstanding Results.®

Case 4:19-cv-00332-SRB   Document 1076-4   Filed 06/24/23   Page 3 of 172
HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION          RMLLC-WDMO-00019808

**Confidential**

For use by RE/MAX personnel only. Materials are the confidential property of RE/MAX, LLC.
Any possession is considered a loan of assets and trade secrets and must be returned to
RE/MAX, LLC should recipient's association with RE/MAX terminate.

RE/MAX, LLC
5075 South Syracuse Street
Denver, CO 80237
An Equal Opportunity Employer

**Each RE/MAX® office is independently owned and operated.**

Case 4:19-cv-00332-SRB   Document 1076-4   Filed 08/24/23   Page 4 of 172
HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION                    RMLLC-WDMO-00019809



## Course Outline

### Lesson 1:  Getting Started
- Nature of the work
- Office orientation
- Planning
- Analyze the situation
  - a) Overall vision
  - b) Analyze yourself
  - c) Competition
  - d) Trends
  - e) Identify the opportunity
    - Define the problem your service solves
    - Be prepared to take a risk
- Sales Associate selection
  - a) Trustworthy
  - b) Market expertise
  - c) Listening skills
  - d) Accessibility
  - e) Being helpful
  - f) Professionalism
- Goals
- Goal setting
- Goal & objectives when starting out
  - a) Accountability
  - b) Behavioral objectives
  - c) Financial
  - d) Setting targets
  - e) Initial budget
  - f) Neighborhood expertise
  - g) List of Sales Associate tools
- Weekly guide
- To do list

### Lesson 2:  Marketing
- The brand
- Marketing a service

Case 4:19-cv-00332-SRB   Document 1076-4   Filed 08/24/23   Page 5 of 172
HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION           RMLLC-WDMO-00019810

- a) Inventory
- b) Services are intangible
  - Dress for success
  - The anchoring principle
  - Familiarity breeds success
  - Brand name
- c) Services are inconsistent
- d) Services are inseparable
  - Capacity management
  - Perishable
- Build relationships
  - a) Promote your success
- Marketing rules
- Marketing plan
  - a) Sales production goals
  - b) Professional development goals
  - c) Business schedule goal
  - d) Mentors and coaches
    - What mentors do
    - Working with a mentor
    - Coach
- Personal promotion
- Targeting
  - Position statement
  - Unique selling proposition
  - Find the difference in your service
  - Specialize
  - Tactics/marketing weapons
- Promotion alternatives
- Real estate advertising
  - a) Writing MLS and classified ads
  - b) Create positive impressions
  - c) Price
  - d) Heading
  - e) Call to action
  - f) Feature sheets
  - g) Mailers
  - h) Signs
  - i) Business cards
  - j) Website

# Lesson 3: Prospecting Systems
- Repetition

Case 4:19-cv-00332-SRB   Document 1076-4   Filed 08/24/23   Page 6 of 172
HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION          RMLLC-WDMO-00019811

- Seek opportunities for leverage
- Prospecting by the numbers
- Center of influence
- Farming – geographic and demographic
  - a) Neighborhood farm
  - b) Results of farming
  - c) Effective mailers
  - d) Direct response marketing
  - e) Direct mail campaigns
- Dialogues
- Expired
  - a) Expired listing system
  - b) Dialogue
  - c) Expired listing letter
- For Sale By Owner system
- Ad/sign call system
- Open houses
  - a) Why open houses are important
  - b) Open house system
  - c) Open house checklist
  - d) Open house preparation for the seller
  - e) How to make the most of an open house
  - f) Open house dialogue
  - g) Ways to increase attendance
  - h) After the open house

## Lesson 4:  Working with Sellers
- Presentation to a seller
- Pre-listing package
- Listing package
- Presentation steps
  - a) Create trust
  - b) Determine seller's motivation
  - c) Experience and expectations
  - d) Length of your presentation
  - e) Seller questions
  - f) Listing plan
- Pricing
  - a) Current market conditions
    - Buyers market
    - Sellers market
    - Balanced market
    - Trading up in a buyer's market

Case 4:19-cv-00332-SRB   Document 1076-4   Filed 08/24/23   Page 7 of 172
HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION          RMLLC-WDMO-00019812

- Sale to list price
- Average sale price trend
- Total homes listed versus sold
- Seasonality
  b) Condition of the property
- Staging
  c) Other factors in pricing
  d) Initial impression
  e) Taking overpriced listings
  f) Dangers of overpriced listings
- Negotiating with sellers
  a) Overcoming objections
  b) Seller objections
  c) Cutting commissions
  d) Commission objections
- Follow-up system
- After closing
  a) Customer satisfaction
- How to avoid the eight biggest selling mistakes
- Negotiation rules of thumb

## Lesson 5: Working with Buyers
- Where do you find them
- What can be done to attract them
- Qualifying buyers
- The buyer interview
  a) Purpose
  b) Presentation package
  c) Obtain client information
  d) Discuss finances
  e) Identifying needs and wants
  f) Buyer representation
- Property selection
- Showing property
- Sample due diligence checklist
- Overcoming objections
- Safety considerations
- The lowball offer
- Seminar selling
- Six mistakes buyers make

## Lesson 6: Generating Referrals

Case 4:19-cv-00332-SRB   Document 1076-4   Filed 08/24/23   Page 8 of 172
HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION          RMLLC-WDMO-00019813

- Past clients
    - a) Client feedback
    - b) Client expectations
    - c) Contacting past clients
    - d) Client parties
    - e) Keeping your customers
    - f) Factors on perception
    - g) Post purchase evaluation
    - h) Contact frequency
    - i) Client follow-up
    - j) Creating raving fans
- International referrals
- Networking conventions

## Lesson 7: Budgeting and Organization
- Set the budget
- Why sales associates fail
- Time management
- Strategies to grow your business

## Appendix
- Sample Marketing Program
- Top Reasons to use a Sales Associate
- Answers to FAQ
- Helpful Selling Hints
- 20 Secrets to Improve your Home's Value
- Tips on low Cost Improvements
- Overview of Selling Process
- Sample Buyer's Agreement
- For Sale by Owner Letters
- Suggested Readings
- B/O Welcome Kit Checklist for new Sales Associates

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION          RMLLC-WDMO-00019814

# Lesson 1: Getting Started

**Nature of the Work**

One of the most complex and significant financial events in peoples' lives is the purchase or sale of a home or investment property. Because of the complexity and importance of this transaction, people typically seek the help of Sales Associates when buying or selling real estate. Sales Associates therefore must have a thorough knowledge of the real estate market in their communities. They must know which neighborhoods will best fit clients' needs and budgets. They must be familiar with local zoning and tax laws and know where to obtain financing for the purchase of property.

When selling property, Sales Associates verify ownership and act as intermediaries in negotiating sales between buyers and sellers during which they agree to the details of the transactions. In a final meeting or closing, the buyers take possession of the property. They may help to arrange financing from a lender for the prospective buyer, which may make the difference between success and failure in closing a sale. In some cases, Sales Associates assume primary responsibility for finalizing or closing sales, but typically this function is done by lenders or lawyers.

Sales Associates spend a significant amount of time looking for properties to buy or sell. They obtain listings—agreements by owners to place properties for sale with the firm. When listing a property for sale, Sales Associates compare the listed property with similar properties that recently sold to determine a competitive market price for the property. Following the sale of the property, both the Sales Associate who sold it and the Sales Associate who obtained the listing receive a portion of the commission. Thus, Sales Associates who sell a property that they themselves have listed can increase their commission.

Before showing residential properties to potential buyers, Sales Associates meet with them to get an idea of the type of home the buyers would like, and how much the buyers can afford to spend. They may make arrangements to have the buyer pre-qualified for a mortgage. They may also ask buyers to sign a Buyer Representation Agreement, which states that the Sales Associate will be the only one to show houses to the buyer. A Sales Associate apprises buyers of properties for sale, their location and description, and available sources of financing.

Sales Associates may meet numerous times with prospective buyers to discuss and visit available properties and will identify and emphasize the most pertinent selling details. To a young family looking for a house, for example, the Sales Associate may emphasize the convenient floor plan, the area's low crime rate, and the proximity to schools and shopping. To a potential investor, they may point out the tax advantages of owning a rental property and finding a renter. If negotiation over price becomes necessary, Sales Associates must follow their client's instructions thoroughly and may present counteroffers to reach the final sales price.

Case 4:19-cv-00332-SRB   Document 1076-4   Filed 08/24/23   Page 10 of 172
HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION        RMLLC-WDMO-00019815

Once the buyer and seller have signed a contract, the Sales Associate must ensure that all terms of the contract are met before the closing date. Increasingly, Sales Associates must deal with environmental issues as well, such as advising buyers about lead paint on the walls. In addition, the Sales Associate must make sure that any legally mandated or agreed-upon inspections, such as house and radon inspections, take place. Mortgage brokers, lawyers, and other people handle many details during the closing process, but the Sales Associate must ensure that they are carried out.

Most Sales Associates sell residential property. A small number—usually employed in large or specialized firms—sell commercial, industrial, agricultural, or other types of real estate. Every specialty requires knowledge of that particular type of property and clientele. Buying, selling, or leasing business property requires an understanding of leasing practices, business trends, and the location of the property. Sales Associates who buy, sell, or lease industrial properties must know about the region's transportation, utilities, and labor supply. Whatever the type of property, the Sales Associate must know how to meet the client's particular requirements.

In the U.S. and Canada, Sales Associates must obtain a real estate license prior to offering their services to buyers and sellers. A real estate licensing course includes an overview of real estate, evaluating property, representing the buyer, representing the seller, the contract of purchase and sale and other applicable forms plus mortgage qualifying. Sales Associates must work for a broker for a certain amount of time once they obtain their license.

The purpose of this course is to give you an understanding of real estate fundamentals you must know to have a successful career with RE/MAX.

New Sales Associates should start by completing the Welcome Kit Checklist
The broker, administrator or mentor reviews the checklist with the new associate and ensures completion. Sample business cards, announcement ads and letters announcing moves should be in a binder and made available to the new Associate to select from.

**List of Sales Associate Tools**
- Photo to be used for business cards and personal promotion. (dark suit with white blouse recommended for women, dark suit with white shirt and tie for men)
- Appointment scheduler – Day Timer, Outlook etc.
- Map Book
- Business Cards – with Photo
- Tape measure or electronic measuring devise – minimum of 50 ft.
- Amortization Book
- Thank-you/Contact cards
- Lock Boxes
- Contact management system – Rolodex, Top Producer or equivalent computer software
- Database by contact type
- Listing presentation binder
- Buyer presentation binder

Case 4:19-cv-00332-SRB   Document 1076-4   Filed 08/24/23   Page 11 of 172
HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION                RMLLC-WDMO-00019816

- Cell Phone
- Computer – Personal or office may provide for access to listing information etc.
- Digital Camera
- Listing Agreements and Sale Contracts
- Open house signs-minimum of three
- Open house sign in cards/sheets and name badge
- Scripts

## Office Orientation

You should be given a full orientation to the office. The details of the orientation should include but is not limited to:

- Introduction to support staff and Sales Associates
- Review of Policy and Procedure manual
- Codes and demonstration on use of equipment – photo-copiers, fax machines
- Info on where to obtain pagers/cell-phones.
- Where to find documents/supplies
- Office training tapes and materials
- Review job descriptions of support staff
- Desk assignment
- Computer training*
  1. Learn how to complete a CMA (Comparative Market Analysis)
  2. Find new listings
  3. Join RE/MAX Mainstreet
  4. Obtain a remax.net email address
  5. How to login and use Design Center
  6. Obtain required access codes
  7. Upload listing data to – MLS, company website
  8. Demonstrate/select a contact management system for building a data base of clients

*Training for the above should be spread out over a few days depending on your technological skills.

## Planning

**"Plans are nothing, planning is everything" – Dwight Eisenhower**

The goal of a marketing plan is to develop a strategy for reaching and maintaining your sales goals, now and in the future.

### Have a plan - begin with the end in mind

It is possible to be busy, very busy, without being very effective. To be effective you must know what you are trying to accomplish, you must have a vision. The first step is to visualize and the second step is to materialize.

### Apply this to Marketing

2011-08-05

10

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION          RMLLC-WDMO-00019817

The first step is to envision a service or philosophy for your business. You may want to be known as a first time buyer specialist and only work with first time home buyers. You may want to be the #1 Sales Associate in your market or you may want to only sell recreational property. Whatever your plan is, develop a mission/marketing mission statement around it. The second step is to make it happen.

**Try to find answers to these key questions:**

- Where am I now?
- Where do I want to go?
- How do I allocate my resources to get to where I want to go?
- How do I convert my plans into actions?
- How do my results compare with my plans, and do deviations require new plans and actions?

## Analyze the Situation

A strategic plan starts with a SWOT analysis, an appraisal of your Strengths, Weaknesses, Opportunities and Threats. The ultimate goal is to identify critical factors affecting your business while building on strengths, correcting weaknesses, exploiting opportunities and avoiding threats. This analysis forms the basis for action plans that are put into place to ensure you meet the objectives you set.

A SWOT analysis is based on an exhaustive study of four areas that are the foundation to build your marketing plan upon.

1. **Analyze yourself**
2. **Analyze your competition**
3. **Identify trends in the industry**
4. **Research present and future customers**

## Overall Vision

A vision sets the overall direction. A vision is something to be pursued as opposed to a mission, which is something to be accomplished. A vision is meant to inspire employees, investors and customers.

**Coke's vision – "..to put a Coke within arm's reach of every consumer in the world."**
**Best known mission statement, "To explore strange new worlds, to seek out new life and new civilizations, to boldly go where no one has gone before."**

Having an overall vision of what you are trying to accomplish is not part of a marketing plan but is necessary to tell you what your marketing plan needs to accomplish. Why do you work? Do you work to make money? Money is a means to an end. How much money do you need and why? Add up your expenses for the lifestyle you desire, and then set this as a goal. Be sure to include vacations and retirement allowance in this figure. If you want to make more than this figure, ask yourself why? Human tendency is to quit when the target number is reached. (Or they work to that number, which is why it is so easy to predict what a Sales Associate will earn in a given year). Experience tells us Sales Associates who jump to another level of production have thought through this process and have a reason for doing it – it doesn't just happen!

Case 4:19-cv-00332-SRB   Document 1076-4   Filed 08/24/23   Page 13 of 172
HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION                    RMLLC-WDMO-00019818

You may be motivated to be #1 in your market, or to receive other forms of recognition. Just know what you are trying to accomplish as it forms the foundation of the marketing plan you will put in place.

If your goal is to make $100,000, it is easy to break down how many transactions are needed to achieve that goal. Divide $100,000 by the average commission in your market. You can then break it down further until you reach the number of calls you need to make.

We are all motivated and driven by different things. We all may have a different vision. But having a vision of what you are trying to accomplish is an important step to take as your plan will emanate from it. It is necessary to have if you want to know when you have achieved what you have set out for. Your vision does not have to be monetary and indeed it is better if it isn't. Work for recognition, lifestyle or values – to own a cottage, to retire early, for financial freedom but do **Decide What You Want!**

**Analyze Yourself**

You must know your product – **YOU,** in order to market yourself effectively. A self-analysis will dictate how you set-up and manage your business. In real estate sales there are a myriad of ways to earn commissions and be successful. For example, there are sales associates specializing in open houses while others won't do them. It is pointless to build a marketing plan based on cold calling if you refuse to do it.

Examine yourself along the following dimensions: interests, abilities, education, experience, personality, desired job environment, and personal goals.

A self-analysis, in part, entails asking some important and difficult questions of yourself.

**Interests**
- How do I like to spend my time?
- Do I enjoy being with people?
- Am I a member of many organizations?

**Abilities**
- Am I adept at working with numbers? Computers?
- Do I have good verbal and written communication skills?
- What special talents do I have?
- At which abilities do I wish I were more adept?

**Education**
- How have my courses and extracurricular activities prepared me for real estate?
- What courses do I need to further my skills?
- Do I need or should I consider a mentor or coach?

**Experience**
- Were any of my jobs or positions applicable to my real estate career?
- What did I like the most about my previous jobs? The least?

Case 4:19-cv-00332-SRB   Document 1076-4   Filed 08/24/23   Page 14 of 172
HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION          RMLLC-WDMO-00019819

**Personality**
- What are my good and bad traits?
- Am I competitive?
- Do I work well with others?
- Do I work well under pressure?
- Do I work quickly or am I methodical?
- Do I work well independently of others?

**Desired job environment**
- What characteristics should it have?
- How important is a large income to me?
- Do I prefer working with buyers or sellers?
- Am I interested in commercial real estate?
- Do any of the many real estate niches interest me?
- What part of the city geographically interests me?

**Personal Goals**
- What are my short-term and long-term goals? Why?
- Am I career motivated or do I have broader interests?
- What are my career goals?
- What do I hope to be doing in five years? 10 years?
- What do I want out of life?
- Do I want to own my own franchise at some point?

**Past Performance**
- # and % of listings
- # and % of listings sold
- appointment/listing ratio
- show/close ratio
- % of sale to list price
- Average days to sell
- Average sale price
- market share
- List/sale ratio
- Sales in an area
- Experience
- Website, Internet exposure
- Relocation experience

A self-analysis is important and you may want to discuss different questions with friends and family to obtain their input. After you have addressed the questions, you are ready to identify your strengths and weaknesses.

Case 4:19-cv-00332-SRB   Document 1076-4   Filed 08/24/23   Page 15 of 172
HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION          RMLLC-WDMO-00019820

A self-analysis is also helpful in preparing a for a listing or buyer presentation. There isn't a better analogy for a presentation than that of a **job interview** because in essence that is what you are doing – applying for a job. Employers look for the following personal characteristics when hiring – honesty, integrity, motivation, initiative, self-confidence, flexibility, enthusiasm and work experience. Compare this with what customers look for in selecting a Sales Associate – honesty, integrity, listening skills, accessibility, helpfulness and neighborhood experience. You can see that the characteristics an employer and customer are looking for are very similar.

**Resume, Bio, Meet (your name here).**
A short resume or bio is important for Sales Associates as it communicates who you are. A resume answers two questions for a customer:

- **Who are you?**
- **What can you do for me?**

It does not have to be long or detailed; it can be a one-page sheet with a picture and the heading **Meet (your name here).** These are effective when written in the third person e.g. When you meet (your name here); you will be impressed by his/her warmth and knowledge, etc. This resume can be used in a number of places such as the pre-listing package, relocation package, open house handout, or given to buyer prospects.

Know that the key factor you bring to the table is your unique skills and ability. Once you obtain your real estate license, you are "just another Sales Associate," albeit one without a history as you don't have any experience, training or clients. Why would anyone use you? Sales Associates fail before they start if they can't answer a customer's question, "why should I use you and not someone more experienced."

Your opportunities for growth lie outside the description "Sales Associate". Your opportunities lie with the answer to the question "What am I good at?" So focus on your skills.

The problem for most sales associates is they do what everyone else appears to be doing with no thought as to what they are trying to accomplish other than to get the bills paid by the end of the month. Then after six months or six years they look up and can't figure out why they haven't achieved their goals, even though they never set them out to begin with or if they did "I want to make a lot of money" didn't set out a plan to achieve them.

**If you want to be average do what everyone else does.**

So, how do you start? If you are new to real estate, you should be asking yourself, where do I see an opportunity to succeed? Experienced Sales Associates may see an opportunity to open up and ask,"How can I make money from it"?

Case 4:19-cv-00332-SRB   Document 1076-4   Filed 08/24/23   Page 16 of 172
HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION          RMLLC-WDMO-00019821

## Competition

Experienced or not, you want to assess the benefits you have over your competition, so you must know their strengths and weaknesses.

### Who is your competition?
- Other RE/MAX Associates
- Other Sales Associates
- For Sale By Owners
- Owners who don't move
- Indifference

### Your customer has four options:
- Use your service
- Use someone else
- Do it himself
- Not do it at all – why you may need a plan to stimulate them to action

## Indifference – Your greatest competitor

Your prospect has a dozen or more things competing for his/her attention. The world is one busy place. Your message is easily lost. The prospect may not even stop to hear it because it simply doesn't concern them. It concerns you. Too many Sales Associates talk about themselves, how great and successful they are. You need to talk about the customer, show what you are prepared to do for **them**. People are interested in themselves and their interests, not yours.

In marketing we want to be dominating – attack <u>weaknesses</u> in competition (but don't disparage them). If you disparage your competitor you may reinforce a customer's belief that we as an industry can't provide the service and value needed. Similarly, by questioning the prospects option of doing it himself, you may criticize the prospect. If you see weaknesses in the competition – How can you make it your strength? Make a list of your competitor's strengths and weaknesses.

## Exclusivity

Learn from the competition. What are they doing better? One of the differences between marketing a service and a product is that for many products a manufacturer can get a patent and thereby protect their product from being copied by competitors. As a service provider, you don't have any exclusivity when it comes to your service and neither does your competitor. You are able to steal and copy good ideas at will. And everyone does it.

## Trends

Trends focus on the external environment. The process of continually acquiring information to identify and interpret potential trends is called **environmental scanning**.

There are five sources of this information:

Case 4:19-cv-00332-SRB   Document 1076-4   Filed 08/24/23   Page 17 of 172
HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION                    RMLLC-WDMO-00019822

1. Social – demographics, cultural changes
    • Growing # and importance of older consumers
2. Economic – consumer income
    • Low interest rates, buying of revenue properties vs. stock market
3. Technological – changes, impact on consumer values
    • Internet consumers / social media
4. Competitive – new forms of competition
    • The eSales Associate, internet referrals
5. Regulatory – laws, consumerism

Trends need to be looked at for their threats and the opportunities they provide. Many Sales Associates have developed careers by taking advantage of developing trends where expertise is often a factor. Condominiums are a prime example. Some trends you might examine for opportunities include:

- Demographics e.g. more seniors – baby boom generation aging
- More gated communities
- More strata titles, condos
- More life lease complexes
- Vacation or recreational properties
- Investment in real estate – market decline
- Interest rates
- Relocation to resort communities – retirement, lifestyle, technology considerations
- Trends in new home construction
- Internet/technology trends – use by customers
- Heightened personal reliance & self-empowerment
- Social networking – LinkedIn, Facebook

**Identify the Opportunity**
From a study of you, your competition, trends and customers, you will have identified threats and opportunities. It is important for you to realize that there are enormous opportunities.

**When it comes to service ask yourself who has set the bar – you, your industry or your clients?**

You are looking for an opportunity that fills the needs of the customer in an innovative way. How will you stand out from the rest? As Michael Gerber explains in **The E MYTH,** entrepreneurs typically pursue their own business because they believe they can do better than the company they are working for. The same attitude is required here. Ask yourself the following questions:

- **Who is doing more business than me and what are they doing something different?**
- **Ask sellers, why did you pick that Sales Associate to market your house/condo project?**

Look beyond the obvious for ideas to expand your production.

Case 4:19-cv-00332-SRB   Document 1076-4   Filed 08/24/23   Page 18 of 172
HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION          RMLLC-WDMO-00019823

- You see an opportunity and believe you would be successful implementing it.
- Another business is doing something you believe would be great for real estate.
- A customer leads you into an area of the business you see as an opportunity.
- Customers complain about the lack of a service you believe you could step in and fill.
- You see the competition doing something better than you.
- You are at a conference and a Sales Associate from another city is explaining how she became successful. You see an opportunity to do the same in your market.
- A Sales Associate leaves the business.
- A new niche opens up.
- A new technology surfaces.

Sources you may want to examine for opportunities include: RE/MAX Mainstreet and RE/MAX conventions. Opportunities can come from anywhere at any time. It is up to you to identify it.

When you see an opportunity present itself, the first step is to examine it based on your vision and goals. Then ask yourself, "How can I make money from it?"

It is important that if this is successful, there are enough customers to make it worth your while. Therefore, you must clearly identify your customer and your customer needs to clearly identify the opportunity you are presenting.

**Define problem your service solves (identify opportunity)**
- Define groups of people that need your solution and can pay for it (target)
- Decide how to reach them (marketing weapons/strategy)
- Present your solution
- Use a well-planned follow-up program to ensure they are satisfied and will refer others to you

**Be prepared to take a risk**
No genuine satisfaction in life can ever be obtained by you, or anyone else, who simply refuses to take risks. Unless you are willing to take a risk and make some changes, you will only get what you have gotten before. As soon as you seriously set a big goal for yourself, you are going to become involved in the process of risk-taking, which will add a dimension of excitement, indeed a whole new flavor, to the course of your life.

Do you remember as a child swimming at a pool with 3-meter, 5-meter, and 10-meter diving platforms? Remember the challenge of jumping off each of those levels? How out of peer pressure or sheer embarrassment you progressively tried higher and higher boards. Remember how good you felt when you finally made the plunge and proved to the world and yourself you could do it?

You have to be prepared to go for it. Being a risk taker doesn't mean acting irresponsibly but to act courageously. Risk takers are knowledgeable people who study situations carefully, have confidence in their own abilities, and have a healthy self-image.

**Look for New Opportunities to Grow your Business**

Case 4:19-cv-00332-SRB   Document 1076-4   Filed 08/24/23   Page 19 of 172
HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION          RMLLC-WDMO-00019824

There is a great cartoon of two people pushing a cart with square wheels. The cart is full of round wheels. The point is, many of us either know of or have access to, systems and ideas that will make our jobs easier, but because we are making progress doing things the old way we blind ourselves to new opportunities. Only when we are forced to change, or we can no longer compete, do we look to new ways of doing things. This is the reason why new Sales Associates can come in and do extremely well because they are not limited by the paradigm of the old way of doing things. The point is to look for ways to do your business more effectively and don't let the fact you are doing well or getting by dissuade you from the possibility of doing great!

You also need to know when to ignore what the customer wants if their needs do not fit into the business you are building. You can't be all things to all people, which is why your plan and vision are important. Know there is a limit to the service you can afford to offer. An example of this: **McDonald's doesn't serve hot dogs.**

## Sales Associate Selection
According to surveys, customers are looking for the following characteristics when selecting a Sales Associate:
- **Trustworthy**
- **Market expertise**
- **Listening skills**
- **Accessibility**
- **Helpfulness**
- **Professionalism**

When designing your marketing plan, focus on how you can demonstrate and promote these skill sets.

### Trustworthy
One of the reasons referrals are the backbone of the real estate business is consumers believe they can trust the Sales Associate. Trust is earned through actions like showing homes that have qualities your buyer is looking for which demonstrates you listened. In fulfilling the marketing plan you set out for a seller's property. Trust comes from developing rapport and chemistry with a client. It is reaffirmed or developed through actions like promptness, politeness and follow-through.

Buyers and sellers believe they can trust a Sales Associate if they perceive they are getting a balanced view. No house is ideal and they all have imperfections. The more balanced your presentation the more trustworthy you are perceived to be. The more you pressure a customer the less trustworthy you will be perceived.

Another way of understanding trust is that consumers are looking for honesty and integrity in a Sales Associate. Honesty is telling the truth about something in the past. Integrity is saying you will do something and then delivering. Obviously they believe these characteristics are not easy to find or they wouldn't be concerned. Ask yourself: how can you mitigate this fear?

Case 4:19-cv-00332-SRB   Document 1076-4   Filed 08/24/23   Page 20 of 172
HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION            RMLLC-WDMO-00019825

As in all service industries, much of the success of the Sales Associate will depend on their ability to connect with the client, and meet unspoken expectations.

**A key attribute of trustworthiness is grounded in the client's perception that the Sales Associate understood them and responded to their needs. In order to develop this understanding, listening and empathizing is necessary.**

- **Give a guarantee** – put a guarantee of performance or satisfaction in writing, sign it and give it to the consumer.
- **Testimonials** – have a page of quotes from satisfied customers or better yet, have videos of testimonials on your web site. Show either their names (very effective if they are from leaders in the community, but have permission) or their niche e.g. move up buyer, first time buyer etc.
- **Company you keep** – position yourself with companies or individuals who have the kind of reputation you want to project e.g. fire department, police force, neighborhood watch, citizen groups etc. Consumers naturally assume these organizations would not endorse or be associated with someone not of good character. If you can get letters of reference from these groups, to your character or real estate skills, that is even better.
- **Positions held** – have you held a position of trust? Chair for a well-known charity or real estate ethics committee are examples of appointments that would not be made unless the organization felt you are of good character.
- **Be up front** – "Show your warts" – makes the balance of your presentation more believable. Cleveland State University once produced two identical resumes, except one contained the following statement: "Sometimes John can be difficult to work with." They then asked personnel directors whom they would rather work with. Most chose John. Why? The criticism made the reference's praise more believable. E.g. I will be on holiday in a month and here is how you will be looked after in my absence. By being up front, the consumer is more willing to trust you.
  Different buyers and sellers will require different levels of service and trust. For example, a first time buyer or a relocation buyer from another country will rely heavily on being able to trust you. They have limited knowledge of the laws, the transaction system, the area itself, and housing options.

## Market Expertise

We discussed neighborhood expertise and some of the activities you need to work on to develop it. It is critical to your own confidence and to consumer trust and with the advent of the Internet, consumers are able to be much better informed about the home buying and selling process and market conditions. However, surveys still come back with consumers demanding market expertise on two levels:

1. Neighborhood expertise
2. Homes or dwellings in general

This includes insight into the neighborhood – schools, crime, activities, events, demographics and being able to refer local renovators or landscapers, mortgage brokers and cleaning services.

- Demonstrate you are a neighborhood specialist by providing a list of homes you have sold in the area.
- Prepare neighborhood brochures on what a client would like to know e.g. history, schools, churches, languages, growth, commercial activity, zoning, community clubs etc.

Case 4:19-cv-00332-SRB   Document 1076-4   Filed 08/24/23   Page 21 of 172
HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION                RMLLC-WDMO-00019826

- Send out regular mailings highlighting events in the area and real estate activity/statistics.
- Have visible open houses and invite/promote to residents
- Co-op advertise with businesses in the area
- Advertise in the community newsletter
- Support local events
- Sit on local committees e.g. neighborhood watch, community center board
- Tie in with a builder for cross promotion
- Incorporate testimonials from area residents using name and street.
- Promote the area in your web site, listings taken in the area; length of time lived in the area; video of the neighborhood

Neighborhood expertise can be critical in establishing trust – and you are selling trust! It can be an enormous difference maker for the new Sales Associate. Suppose you are brand new to real estate and are competing for a listing against an experienced Sales Associate. Your opponent is going to tout their experience – number of homes sold, awards won etc. How can you compete with that? You do it by demonstrating expertise that the customer will value and allow him or her to trust you.

"Mr. Seller, five homes have sold in your area over the past two months out of the 17 on the market. Three of the homes sold were bungalows like yours and were on the market an average of 45 days and sold for 97% of asking price. Over the past year the homes in this area have appreciated 5% which is 2% less than the city as a whole. There are currently three bungalows on the market like yours. I would like to show them to you before we list the property so you know exactly what we need to do as far as inexpensive improvements and pricing so that you get the top dollar for your home etc."

Neighborhood information and statistics are readily available and can set you apart. Be an information provider. Ask permission to send prospects and past clients monthly market reports. Create a blog using sources like bank economists, trade groups e.g. NAR, CREA, local boards, MLS statistics newspaper accounts.

**Listening skills**
The complaint many consumers have is that Sales Associates don't listen to what they are telling them. Sales Associates don't take the necessary time to ask questions and get to the bottom of their needs and concerns. The result is miscommunication and complaints. Buyers find they are being shown two stories homes after stating they are looking for a bungalow.

How do you demonstrate your listening skills?
- Ask questions. Why do you need three bedrooms? Why do you want a two car garage? The answer may seem obvious, however, assume at your peril. The more you know about why they need what they say, the better able you are to suggest alternatives and get to the bottom of what is a "must have" and what is a "would like to have". It is wise to involve the client by having them write down their ultimate scenario. What would you like in your home? What would you like to spend? Where would you like to live? What are the things that you like least in a home? What school district would you like your children to go to?

Case 4:19-cv-00332-SRB   Document 1076-4   Filed 08/24/23   Page 22 of 172
HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION          RMLLC-WDMO-00019827

- By including as part of a testimonial e.g. "John listened to our needs and saved us time by…"
- Have a buyer interview process you follow that covers set topics e.g. needs, agency, price, area, Sales Associate communication, negotiations etc. Many Sales Associates hurry through a presentation and hit on only a few points needed to obtain the listing. On the buying side there is little discussion beyond the price range and area wanted. The better Sales Associate spends the time to inquire about the consumers needs. You are able to ask for referrals if they are happy with the process.

Your attitude and questions tell the consumer whether or not you are interested in them. Every time you show a buyer a home, they assess whether you have listened. Take notes during the interview and follow up in writing with your understanding of their requirements if necessary.

David Knox in his Mentor Series argues that selling is asking questions. He uses the example of buying a camera. He went to a number of stores until a sales clerk asked him a series of questions; "What are you taking photos of?", "What will be done with them?" etc. He then used the information to show him two cameras in which he bought one of them. Questions keep you in control of the process. A good Sales Associate is always in control and does this by asking questions of their customers. To ask good questions you have to listen, because questions are all about the customer and what they want.

You need to be aware there are times the consumer may change their requirements half way through the process. You need to be listening to hear about such developments so you are not taken by surprise when they suddenly opt to buy the complete opposite to what they told you, and buy it from your competition. **Remember to be constantly asking questions!**

**Accessibility**
Consumers need to know how to reach you and that you will respond in a timely manner. They expect you to take initiative and not require prompting. They get insulted when you don't return phone calls or emails. Seek to ascertain the method a customer wants to be communicated with, whether it is email, phone, text etc. Have an emergency hotline or backup phone number. Some Sales Associates make accessibility part of their marketing e.g. "10 minute call back guarantee."

**Part of your presentation should cover how you are reached and how and when you will contact the client e.g. feedback on showings.**

Set a minimum contact period e.g. once a week. This feature of your business can also be featured in testimonials e.g. "John was always there to answer our questions." Ensure you discuss holidays and vacations planned for you or them. Let your clients know ahead of time those periods when you will not be accessible. Let them know that you don't take calls after 10 p.m. or on the day each week you take off. Few will begrudge you time for rest and family as long as they know when it is and when you are working or who to call as back up. For those with assistants, you can use that fact to your advantage.

Case 4:19-cv-00332-SRB   Document 1076-4   Filed 08/24/23   Page 23 of 172
HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION          RMLLC-WDMO-00019828

Many experienced Sales Associates have difficulty being accessible due to their volume of business. You need to be conscious of the fact this may be perceived by the client as your having achieved a level of success associated with complacency. Many experienced Sales Associates have teams and clients may raise questions about a Sales Associate's need for their business when a team is used. They find it frustrating to sign a listing agreement with you, only to end up working with a team member. Be sure to explain your process and its advantages in advance.

**Being Helpful**

This is another feature of your business you can market. What do you do to make moving a positive experience? You want to instill an "it's my pleasure" attitude in yourself and your staff. This may be especially useful when returning calls. Understand there is a difference between being helpful and being overly intrusive.

Provide literature e.g. how to guides, just moved cards, advice on how to select lawyers, home inspectors, insurance, schools etc. Provide a video on how to set up their home for showings. Ensure your marketing plan/presentation has lots of helpful ideas and refer them to web sites where they can get more. Try to be helpful in areas where other Sales Associates are not, thereby differentiating your service. Understand that it is often the little things we do that generate the referral.

**The best way to get what you want is by helping others get what they want.**

**Professionalism**

Being a professional is a catch-all term for all of the above but including some very valuable attributes.

- Negotiation skills are perceived as a very valuable skill as consumers still do not feel comfortable doing the negotiating on their own. The Internet has allowed them to research locations and neighborhoods; however, they still felt they need you to get them the best deal.
- Buying or selling a home is an emotional experience, and consumers want someone who will give them the time to adapt. In both the buying and selling situation, consumers struggle with conflicting feelings and experience second thoughts. Any perceived pressure to settle on a location or finalize a deal is viewed as extremely negative. It is important to be patient and flexible. The consumer knows their ideas and specifications may change as they go through the buying process, and they want a professional who can adapt to those changes. They do not want to have to argue with their Sales Associate should they decide to change their mind.
- Consumers want a Sales Associate who pays attention to details. At a time when sellers or buyers are trying to work through all the aspects of a sale or purchase, a good Sales Associate makes sure all of the small and large issues get the proper attention and nothing falls through the cracks.
- Hardworking - sellers want to make sure that their properties stand out and you are doing everything possible to emphasize the advantages of their property. They expect you to work hard at promoting the property or alternatively finding a suitable property for them to buy. They want Sales Associates who have done their homework.
- Networked - sellers like the fact their RE/MAX Sales Associate is connected throughout their town or city and indeed the world and consequently could bring clients to their homes before they hit the market. A Sales Associate also needs to have connections in a range of related fields like financing, repairs and renovations, landscaping, paving etc.

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION     RMLLC-WDMO-00019829

- Diligence - Buyers and sellers want to know you have a passion for the business that extends beyond a defined work week. They are looking for someone who is enthusiastic about the work they do and looks after their interests.

**Why Sales Associates fail**

Sales Associates fail for many reasons. They don't work hard enough. They don't work efficiently or effectively. They are under-capitalized. They don't get sufficient training. The biggest reason boils down to lack of prospects. So when they do have a good prospect they put all their hopes and dreams into them. When they don't work out, the new Sales Associate is devastated. The stress finally causes them to seek out a different career.

**Are your expectations realistic?**

Being good with people and having a lot of friends does help but is not enough. New Sales Associates over estimate the amount of business their friends will bring. Only a small fraction may buy or sell property in any given year. Further, many will wait to see whether you "make it" in the real estate business. This is why it is so important to advertise and promote your success to your centers of influence.

**Be financially prepared**

Not entering the business with adequate financial resources is a common reason for failure. It's not just having enough cash on hand to make it to the first commission. It's also making a plan and a budget that is realistic in estimating expenses, allows for the unforeseen and hopefully includes a budget for marketing. Don't rely only on your broker for prospects and business. Make a marketing plan and develop a budget to fund that plan through the first year.

**Avoid burn-out**

One reason given by Sales Associates who've left the business is they just burned out. It's usually in relation to working with buyers for long stretches without a deal. The temptation for a new Sales Associate is to take any prospect that comes along, hoping for a deal at the end.

If someone you know is selling or buying and is uncomfortable about working with you, you can always offer to bring in a more experienced Sales Associate and split the sale with him or her in exchange for letting you learn under his or her wing. Then you receive much needed experience and tutelage. Plus, the more experienced Sales Associate may refer business to you once you've proven yourself.

Many new Sales Associates, because they are undercapitalized hedge their bets by keeping their day jobs. This is especially true if they are secretly afraid that they won't be successful. But you can't serve two masters. Imagine telling your other employer you can't come to work because you have a listing appointment. Having two jobs is a sure reason you won't be successful as a Sales Associate.

The biggest reason for new Sales Associate failure is to not understand the amount of hard work that is necessary in the beginning. The first two or more years will entail long hours and dedication. Not everyone has the qualities to be an entrepreneur and has the self discipline to work seven days a week for a couple of years to learn the business and to build a pipeline. Many never cut the cord from other careers

Case 4:19-cv-00332-SRB   Document 1076-4   Filed 08/24/23   Page 25 of 172
HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION          RMLLC-WDMO-00019830

and aren't able to make the full-time plus commitment it takes. For many Sales Associates, it takes 4-5 years to make a good, after-tax income.

## Goals

A goal is a targeted level of performance set in advance of work. There are several types of goals with the following being most common:

- Profit – achieve as high a financial return as possible
- Commission revenue
- Market share
- Unit sales
- Service quality level
- Social responsibility

As part of your overall business plan you will have goals. Your goals should be written down. By writing it down you acknowledge that you **expect** to achieve it. Expectation is critical because it changes the mindset. If you expect something you immediately focus on **how**. Otherwise, your goal becomes replaced by competing ideas.

**Desire + Expectation = Motivation**

For example, "I want to buy a new house" is a different statement than "I expect to be in a new house." Your mind fills in when and how, and expects answers. Goals can be financial and non-financial.

- Non-financial
  - Education - Take a course on RE/MAX University and/or attend a RE/MAX convention
  - To promote myself as a condo expert
  - To add a new niche market
  - To be one of the top three Sales Associates in market share in my chosen neighborhood
- Financial
  - To make the 100% club in my first full year
  - To make a return of at least 4-1 on all marketing efforts
  - To obtain an after expense return of 70%
  - To grow commissions by 20% per year

## Goal Setting

In order to become and remain a top Sales Associate and to avoid the income cycles of real estate, you must allot a certain amount of your time each day to your career in the following areas:

- 1/3 Existing business
- 1/3 Prospecting for new business
- 1/3 Contacting past clients and centers of influence

Goals should be:

- Predetermined
- Written down

Case 4:19-cv-00332-SRB   Document 1076-4   Filed 08/24/23   Page 26 of 172
HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION          RMLLC-WDMO-00019831

- Realistic

Goals should include:
- Lifetime goals
- Yearly goals
- Monthly goals
- Weekly goals
- Daily goals

It is important to include and devote time to other areas of your life which are important to you, such as:
- Health and wellness
- Family
- Social
- Marital/Partner relationship
- Recreational/Lifestyle

**Develop a Marketing Plan**

John Steinbeck once said that the first step to writing a successful novel is to write a one-page statement of purpose. If you can't get the one page clear, the book won't come together.

The purpose or objective of your marketing plan is to set targets to be reached in an effort to achieve your overall goals or mission. The purpose of a plan answers the question, "I am going to create a marketing plan and I will know it is successful when_____?"

**Selling objectives** can be:
- **Output related** and focus on dollar or unit sales volume (number of transactions), numbers of new customers added, and profit
- **Input related** and emphasize the number of sale calls and selling expenses
- **Behavioral** in nature and includes market knowledge, customer service, selling and communication skills

Objectives should possess three important qualities:
1. Be measurable and precise
2. Specify the time period over which they are to be achieved
3. Be designed for a well-defined target audience

The objective or purpose might focus on these areas:
- I will have __ % market share in (niche market).
- I will receive 70 % of my business from past clients and referrals.
- I will generate 20 % of my commissions from condo sales
- I will generate a return on investment from marketing of 4:1
- I will increase my business by 20%
- I will work five days a week
- I will take one month off each year

Case 4:19-cv-00332-SRB   Document 1076-4   Filed 08/24/23   Page 27 of 172
HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION          RMLLC-WDMO-00019832

The purpose of the plan must take into account where you are today and how that will change. What is your definition of a successful real estate business? You need to focus on one of two things:

1. Increase your sales
2. Increase your customer base

**Sales production goals**

**Objectives**

- # of transactions                    _____
- commission goal                      _____
- to work an average of 60 hrs/week    _____
- weeks holiday                        _____
- hours prospecting each week          _____
- # of bank referrals                  _____
- budget for personal promotion        _____

**Sales and Prospecting Goals**

|  | Week | Year | Month |
|---|---|---|---|
| Commission Goal | _____ | _____ | _____ |
| Average Commission | _____ | _____ | _____ |
| # of contracts/deals - as selling Sales Associate | _____ | _____ | _____ |
| # of contracts/deals - as listing Sales Associate | _____ | _____ | _____ |
| # of closed contracts #1/#2 | _____ | _____ | _____ |
| # of leads to obtain one listing appointment | _____ | _____ | _____ |
| # of contacts to obtain a lead | _____ | _____ | _____ |

**Professional development goals**

- Attend RE/MAX Conferences
  - Networking
  - Education
  - Personal Promotion
- Read and listen to motivational books/tapes and watch RE/MAX University
- Pay yourself first
- Expose yourself to people who are successful.
- "It's my pleasure" - should be your motto - make consumers want to do business with you
- Exercise your body and mind
- Take a course every year
  - Broker
  - CRES
  - ABR
  - CCIM
  - FRI

2011-08-05                                                                     26

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION                RMLLC-WDMO-00019833

- Have a written, professional marketing plan
- Pick one person and ask them to hold you responsible for the goals that you set (mentor)
- Be upbeat - All the time!
  - Have you ever run into Sales Associates who you are afraid must either bore their clients to death or worse, depress them? People don't want to listen to your personal problems. Your friends won't refer you if they believe there is any chance you will be negative on your city, politics, religion, personal problems, and finances. Demonstrate, at every opportunity, you are upbeat.
- Hire an Assistant
  - To move to a higher level you need to stop doing the $8 - $10/hour jobs and do the $40 - $50/hour jobs. Start by adding a part time office assistant. When you do hire an assistant be sure to advertise and promote this - notify your assistant's Center of influence too.
- Develop inter-office referrals with Sales Associates you work with. If you can't get the listing, refer it to someone who can.
- Develop a lead follow up system
  - Delegate to staff
  - Use a contact management system
  - Commit time each day for lead follow-up and prospecting
- Develop system for generating more referral business
  - Try to get an outgoing referral on every transaction.
  - Don't simply ask for business, ask clients to identify people in specific groups they know, they could refer to you. e. g. Mary is there someone in your golf club thinking of buying or selling?

**Business Schedule Goal**

In the first year I will work an average of ____ hours per week and take ____ weeks holiday and take one day a week, _____ off. Average Sales Associates are separated from top producers by what they do on a daily basis. That is why a daily planner that works for you is crucial!

You must start prioritizing your day, and prioritizing your life. You can only do this by:
- Implementing effective time management
- Being comfortable with implementing delegation

Goal is to spend 50% of my time with a customer either listing or selling real estate.

NOTE: RE/MAX statistics show 100% club members work a minimum of 60 hrs/week and spend 50% of their time with customers. When planning for the following year the first item should always be to schedule your time off. You always need to have something to look forward to as a reward and to recharge. Top Sales Associates take a lot of time off, it allows them the energy to work and they work very hard before and after their break.

**Mentors and Coaches**

A mentor or coach can fast track the process of learning the skills needed to be a successful Sales Associate. Mentors are usually an experienced Sales Associate in your office who provides a new Sales

Case 4:19-cv-00332-SRB   Document 1076-4   Filed 08/24/23   Page 29 of 172
HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION                    RMLLC-WDMO-00019834

Associate with hands-on experience. A coach is someone you hire to hold you accountable and is typically with a real estate training organization.

Mentors should be selected based on their experience and ability to teach and inspire new Sales Associates. These Sales Associates must have time available to work with new licensees. Ideal mentors are former teachers or older sales associates who may be close to retirement. Patience would be a key attribute. In some instances, the mentor will be the Broker/Owner or Manager.

**What Mentors Do**
- Indoctrinate new salespeople to the profession and the company
- Walk you through first-time experiences
- Make helpful suggestions so you avoid unnecessary pitfalls
- Act as a sounding board for your business plan
- Hold you accountable for your business plan goals
- Be there when you need them with helpful advice and encouragement
- Familiarizing the new associate with listing services
- Provide information and insight on RE/MAX tools and resources

**Begin Working with a Mentor**
- Accompany them to an open house and do an open house
- Accompany them to a listing presentation
- Accompany them to a selling presentation
- Preparation of C.M.A.'s
- Previewing and measuring properties
- Installation of lock boxes
- Preparation of listing presentations
- Selecting homes to show buyers, scheduling and showing properties
- Work with and accompany them with buyers
- Computer searches and financial functions

**Coach**
Find professional assistance. Most of the top real estate trainers have coaching program for new and experienced Sales Associates. Many top Sales Associates take advantage of using a coach and 98% of clients of the International Coaching Federation felt their investment was well worth the money. A coach increases your self-awareness, helps you attain a better balance, helps you set more effective goals, and lowers stress levels.
- Find a professional financial planner to help you with that aspect of your business.
- Find a coach or mentor to help you stay on track and keep your commitments.
- You should meet or talk weekly and your coach should offer solutions to help you better manage your time, and personal life. They should make you stretch. They serve the same purpose as a coach or trainer does for an athlete.

Case 4:19-cv-00332-SRB   Document 1076-4   Filed 08/24/23   Page 30 of 172
HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION          RMLLC-WDMO-00019835

Coaches can help you overcome your fears, e.g. of rejection, and can hold you accountable to your commitments.

### Goals and objectives starting out

Meet with your manager and review your goals and objectives. These should be for the first 3-4 months during which time your performance will be closely monitored and measured.

### Accountability

Sales associates need someone to hold them accountable. New licensees especially, need someone to keep them on task and focused. Ask your manager, get a mentor or partner with another new Sales Associate. Ask about training available.

### Behavioral Objectives

Knowledge breeds confidence, which is critical to success. Behavior goals are important. They center on developing a business or marketing plan and would include:

- Neighborhood expertise
- Customer service standards
- Selling, communication and presentation skills
- Knowledge of competition

All goals and objectives need to be precise, measurable and achievable.

### Setting Targets

Sales targets fall into two categories – input (prospecting) and output (sales/commission volume). Both need to be measurable and precise.

- Prospecting/Input = Number of calls made, doors knocked, contacts made, selling expenses
- Output= Dollar or unit sales volume, number of new clients, profit

Don't just measure your output (sales/commissions earned), measure your input as this is the key measurement that must be made. It will all come down to your willingness to prospect – massively – over the first three months. This needs to become a habit and you need to see success.

### Financial

Your first objective is to earn income. The sooner you do your first deal the better. Develop a system to ensure this occurs.

- If you haven't already done so, review your financial resources
- How long can you last without receiving commission income?
- What are your monetary obligations i.e. car, mortgage payment etc.?
- How much money have you set aside and how much time are you prepared to give to your new career?
- Review the compensation package you will be under with the manager i.e. monthly investment, R.A.P.P

Case 4:19-cv-00332-SRB   Document 1076-4   Filed 08/24/23   Page 31 of 172
HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION          RMLLC-WDMO-00019836

**Set a commission goal**

At your goal setting meeting it is important to set realistic numbers. Start by determining your financial resources and commitments.

- Actual total cost of living - total of rent/mortgage, utilities, taxes, vacation, retirement savings, business expenses
- Subtract outside income – spouse, investments, pension
- Break-even or amount you must earn
- Average commission per transaction for your area.
    - (Average sale price x average commission per end) e.g. $300,000 x 2% = $6000.
- Number of transactions needed

The number of transactions established should be discussed with your manager or mentor. Set a reasonable target e.g. three ends over the first four months, one end per month for the next three months and then one end every three weeks thereafter for the balance of the year. That would result in 14 transactions in the first year. 14 transactions x $6000 = $84000.

Next, translate into prospecting required to achieve this objective. This is where you establish the input or prospecting requirements.

| | |
|---|---|
| Commission Goal | $84000 |
| Average Commission | $6000 |
| # of sales to achieve your goal #1/#2 | 14 |
| # of buyer transactions – you are selling Sales Associate | 7 |
| # of seller transactions – you are listing Sales Associate | 7 |
| Sales/listings ratio - % listings that sell | ____ |
| % of contracts that close | ____ |
| # of sales contracts required #4/#7 | ____ |
| # of appointments needed to obtain a listing | ____ |
| # of contacts to obtain one listing appointment | ____ |
| # of listings required #5/#6 | ____ |
| # of listing appointments required #11 x #9 | ____ |
| # of listing appointments per month #12/12 | ____ |
| # of listing appointments per week | ____ |
| # of contacts per week #14 x #10 | ____ |

Complete this form with your manager/mentor using local market data or industry averages. The number of contacts to obtain one listing will depend on type of contact and the Associate such as seven to eight FSBOs, expired listings and 15-16 cold calls to get one lead, five to six leads to get one appointment. You may need three appointments to obtain a listing.

For buyers the industry average is eight showing appointments (different buyers) = one transaction. Therefore, seven buyer transactions = 56 buyer appointments /12 = 5/month = one per week minimum.

The average expenses for Sales Associates to run their business – 25% of their gross commissions.

Case 4:19-cv-00332-SRB   Document 1076-4   Filed 08/24/23   Page 32 of 172
HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION              RMLLC-WDMO-00019837

**Rule of Thumb**: the number of contacts made per day will equal the number of deals done each year. The function of this exercise is to give you a formula and have you understand that real estate sales can be predictable, provided you do the work.

**Neighborhood Expertise**
Review target markets. You must become a neighborhood expert as soon as possible. Knowledge gives confidence.

Ascertain the following for your target market for: RE/MAX – all offices, your office, competitors and total board (MLS if applicable) or market:

- # of transactions
- sales to listing ratio
- days on market stats
- % of sale price received

Do an analysis of your city and neighborhood and know the following - all the time:

- Average sale price for different types and sizes of homes e.g. three bedroom bungalow, two story, town house, average sized lot, river/lake property, condo's
- Schools – info on where they are, what types: linguistic e.g. French immersion, high school, public, private, Catholic or other religions, grades
- Rental availability and vacancy rates
- Top three competitors – Sales Associates, market share
- New home construction – developers, builders
- New development – plan, zoning
- Hospitals, churches, shopping, police, fire
- Proximity to downtown, recreation, entertainment, parks, children play grounds, public transportation – driving distances
- Property taxes
- Current listings – time on market, reason for sale
- Number of homes sold per year, Number of homes in development
- Historical increases in value, price ranges in neighborhood
- Age and style of development – adult, children, retirees

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION                    RMLLC-WDMO-00019838

**It is critical for a new Sales Associate to know their neighborhood statistics.** Home sellers and buyers will use you if you can demonstrate that your market knowledge is equivalent to that of an experienced Sales Associate. If you don't know something when asked – say you'll find out and get back to them and do so quickly.

## Weekly Guide

### Week 1

- Time management – prepare a work schedule for the following week for your mentor's review. Remember to log and time block:
  - Office scheduled events – meetings, caravans/tours, floor time
  - Open houses
  - Meetings – mentor
  - Prospecting time
- Prepare a database by making a list of people you know (100-200).
- Prepare a telephone script announcing you are now selling real estate.
- Send out an Announcement Letter to your database.
- Prospecting
  - Make 100 calls
    - 25 to database
    - 50 to farm area
    - 25 to FSBOs/expired listings
  - Get two qualified leads - buyer
  - Get two qualified leads – seller
  - Show two qualified groups homes
  - Go on at least one listing appointment
- Select a farm/target market and obtain the following information.
  - Turnover ratios
  - Competitor info
- Ensure you have a working knowledge of the listing agreement and the information sources for that agreement.
- Prepare a CMA on your own or one of your mentor's listings. Ensure you are aware of information sources and computer software to prepare the analysis.
- Learn how to package a CMA
- Review overcoming pricing objections
- Interview three RE/MAX associates on how they prepare for an open house. Visit five. Take note of how they get appointments.

### Week 2

- Time management – prepare a work schedule for the following week for your mentor's review. Remember to log and time block:
  - Office scheduled events – meetings, caravans/tours, floor time
  - Open houses

Case 4:19-cv-00332-SRB   Document 1076-4   Filed 08/24/23   Page 34 of 172
HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION          RMLLC-WDMO-00019839

- - o Meetings – mentor
    - o Prospecting time
  - Prospecting
    - o Make 100 calls
      - 25 to data base
      - 50 to farm area
      - 25 to FSBOs/expired listings
    - o Get two qualified leads - buyer
    - o Get two qualified leads – seller
    - o Show two qualified groups homes
    - o Go on one listing appointments
  - Assemble listing presentation materials
  - Assemble buyer presentation materials
  - Review and select a contact management system based on discussions with your broker, mentor and sales associates in your office.

**Week 3**
- Time management – prepare a work schedule for the following week for your mentor's review. Remember to log and time block:
  - o Office scheduled events – meetings, caravans/tours, floor time
  - o Open houses
  - o Meetings – mentor
  - o Prospecting time
- Prospecting
  - o Make 100 calls
    - 25 to data base
    - 50 to farm area
    - 25 to FSBOs/expired listings
  - o Get two qualified leads - buyer
  - o Get two qualified leads – seller
  - o Show two qualified buyers homes
  - o Go on two listing appointments
  - o List one property
- Prepare a seller marketing plan. ( part of your listing presentation)
- Prepare a buyer presentation
- Enter your database into your contact management system.

**Week 4**
- Time management – prepare a work schedule for the following week for your mentor's review. Remember to log and time block:
  - o Office scheduled events – meetings, caravans/tours, floor time
  - o Open houses
  - o Meetings – mentor

Case 4:19-cv-00332-SRB   Document 1076-4   Filed 08/24/23   Page 35 of 172
HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION          RMLLC-WDMO-00019840

- Prospecting time
- Prospecting
  - Make 100 calls
    - 25 to data base
    - 50 to farm area
    - 25 to FSBOs/expired listings
  - Get two qualified leads - buyer
  - Get two qualified leads – seller
  - Show two qualified groups homes
  - Go on two listing appointments
  - Get one listing
- Create a lead follow-up plan and incorporate into your contact management system
- Review your marketing plan of action with your mentor and incorporate you're your contact management system.

**To Do List**

Ask and answer these questions as you start your career:
- What resources do I have available (not necessarily money) I can use to promote my business? How will I use them?
- Business cards ordered – How should they look?
- Prepare an announcement letter to send to your centers of influence.
- Prepare an announcement ad and decide what publications to run it in.
- Order open house signs – What design and how many?
- Prepare a one page resume to be included in your listing presentation.
- Client list – Start a database of centers of influence.
- Begin working with a mentor. Be sure to cover the following with your mentor.
  - Accompany to an open house
  - Accompany to a listing presentation
  - Accompany to a selling presentation
  - Preparation of CMA's
  - Previewing and measuring properties
  - Installation of lock boxes
  - Preparation of listing presentation
  - Help selecting homes, scheduling and showing
  - Accompany with buyers
  - Computer searches and financial functions
- What are your goals for the next year?
- What are your goals for the next month?
- What are your goals on a daily basis?
- Income tax
  - Itemize expenses already incurred and file receipts
  - Develop systems to maintain records
  - Started a log-book?

Case 4:19-cv-00332-SRB   Document 1076-4   Filed 08/24/23   Page 36 of 172
HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION          RMLLC-WDMO-00019841

- How are you currently networking and how can you maximize these opportunities?
- How are you planning to make your service different from the next Sales Associate?
- Develop a "Thank-you" note strategy.
- How can I streamline? What am I currently doing that is a waste of time or can be delegated?

Case 4:19-cv-00332-SRB   Document 1076-4   Filed 08/24/23   Page 37 of 172
HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION          RMLLC-WDMO-00019842

## Lesson 2:  Marketing

Many times, more money is wasted on marketing than just about any other aspect of running a business. It is a difficult and vague science that many companies get wrong. The first lesson of marketing is to be careful about listening to experts.  Companies have decided that celebrity spokespersons don't work – tell that to Nike. They have decided that taste tests prove the latest product is the best – tell that to Coke.  That customer surveys are the way to go – tell that to the Ford Motor Company who released the Edsel which became the most well done marketing disaster in the late '50s. The Ford Motor Company lost millions of dollars on the Edsel's development, manufacture, and marketing. The name "Edsel" has since become synonymous with commercial failure. Even common sense doesn't always lead to the right conclusion – just ask Burger King; Common sense says:

> People come to us for food
> Flame-broiled is better – people prefer the taste
> Therefore – stress flame-broiled

Sounds like common sense, but it didn't work.  Why? Because people don't go to Burger King for the food – they come because it is fast, cheap and palatable.

These examples are to show that even large organizations can get marketing wrong, although many do get it right.  This lesson will discuss marketing as it applies to real estate and will give you the fundamentals and understanding as to why real estate is marketed like it is.  Hopefully, this lesson will save you from making costly mistakes or give you the knowledge on which to base sound marketing decisions; whether you are new to the business or attempting to expand your customer base.

Marketing by definition is to discover the needs and wants of prospective customers and satisfy them. What is important is to recognize that marketing is your dominant function.  Marketing is what ultimately separates the great Sales Associate from the rest.

### Needs and Wants of Customers are Changing

The Internet and other technologies have caused the role of the Sales Associate to change. The Sales Associate was at one time the gate keeper of information to which only we had access. With the Internet, that is no longer the case. This has caused the consumer to take a closer look at the services and value of the services a Sales Associate provides.

How a consumer will access this value often depends on their individual needs and the transaction itself. Given the importance of referrals in the selection process, it is necessary to understand how to show your value i.e. if your client doesn't value your service, they won't refer you.

Case 4:19-cv-00332-SRB   Document 1076-4   Filed 08/24/23   Page 38 of 172
HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION          RMLLC-WDMO-00019843

In real estate surveys, value for money is often rated last by consumers. Many consumers do not use the services of a Sales Associate to sell their property due to the cost involved. Also, with the advent of the Internet and the more knowledge the consumer now has, there is a perception that the real estate transaction is less difficult now than it once was.

Our challenge is to be relevant and to bring value to the process. One of the most effective ways of doing this is to have a brand that conveys leadership, value and customer satisfaction. In our advertising and promotion, RE/MAX is doing exactly that.


## The Brand

A brand identifies you and the services you represent. When you tell someone you are a RE/MAX Sales Associate, they identify what service you represent. The brand also differentiates you from your competition. The brand establishes your credibility. Every action you do will then strengthen or weaken the brand in the mind of the consumer. Think of yourself as an ambassador of the RE/MAX brand.

The RE/MAX brand should be a foundational piece in your marketing. With billions of dollars invested building the brand over four decades, the name RE/MAX has become synonymous with quality in real estate. It makes the consumers choice easier when they have positive associations with a brand. The stronger the brand, the more you stand out.

Marketing and branding correlate as marketing establishes the brand's value.

**The better the marketing, the better the perceived value**
As a Sales Associate, you also have a brand. The RE/MAX name will tell a consumer what services you offer. **Your name is also a brand**. It separates you from other RE/MAX Sales Associates and you must promote what makes you special. You want to differentiate yourself and become the Sales Associate of choice in your marketplace. Your branding campaign should be designed to separate your service from other Sales Associates.

While building a brand is the goal of all marketing, the branding exercise involves more than just putting your name on flyers and in newspapers. It is a fact that most products today are bought and not sold – in other words, consumers know what they want and they go out to get it. Branding greatly facilitates this process.

A couple is driving through a small town and has lots of time on their hands. They decide to stop for a burger. They choose Burger King over two small independent restaurants. Why? The two independents make far better burgers than Burger King. But the consumer doesn't know that. They choose Burger King to minimize their risk of a bad **experience.**

A brand "pre-sells" you. Take a supermarket shelf for example. A lot of buying takes place there but where is the selling? In fact, the only selling that takes place as customers pick and choose between

Case 4:19-cv-00332-SRB   Document 1076-4   Filed 08/24/23   Page 39 of 172
HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION          RMLLC-WDMO-00019844

products is in the brand. Many sellers and buyers will already have prejudged you before they have even spoken to you.

A successful branding program is based on the concept of singularity. It creates in the mind of the consumer a perception that there is no service on the market quite like your service. The way to build a better brand is to build a better quality product. In real estate, that means improving the service.

Your personal brand will not be built overnight. The law that is most consistently violated is the law of consistency. A brand cannot get into the mind of a consumer unless it stands for something. Markets may change but a brand or the essential characteristics of the brand should never change. Your customers will only refer you if they believe you will deliver consistent high quality service.

Branding is always important, but there are times in real estate when it becomes critical. Branding today is usually associated with a business that makes something, like cars or shoes or food. But branding is about making your product or service known on a consistent basis to the greatest number of potential clients. Branding is about referrals, repeat business and effective marketing which are critical in a real estate career.

## Marketing a service

Marketing a service is not the same as marketing a product. Because so much of marketing applies to products, it is important to understand the difference, especially as to how the consumer sees it.

**Inventory** – most services don't have inventory because they aren't selling a product. In real estate, the consumer owns our inventory and therefore the cost to providing the service is quite low. You don't have to finance the production or storage of inventory. This makes real estate an inexpensive field to get into and why many people attempt real estate as a career. Keep this in mind when dealing with builders or customers who are selling. They are financing a big-ticket item and it is very expensive and therefore very stressful.

**Services are intangible** – they can't be held, touched or seen before the purchase decision. Therefore, a major marketing need for services is to make them tangible and to show the benefits of using the service. Because services are intangible, it is more difficult for the consumer to evaluate them before the purchase versus a purchase for goods they can touch, see, smell, etc. This forces the consumer to make a pre-purchase examination of the service by examining tangible characteristics that are part of or surround the service.

**Consumers evaluate you based on what they can see, e.g. appearance, promotion pieces, advertising, signage, office space, car, clothes, stationary, and website.**

Everything visually associated with you sends clues to the prospect. These clues should be consistent as to their look and feel. Stationery, business cards, brochures all should reinforce one another and portray the image you want to project which should be an image of success and confidence.

Case 4:19-cv-00332-SRB   Document 1076-4   Filed 08/24/23   Page 40 of 172
HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION          RMLLC-WDMO-00019845

**Dress for success -** Know that a listing/buyer presentation is show time so make sure to dress for success. You may know your client really well, but don't allow this to justify casual attire. How you look has an enormous impact on your success. We all run into people every day we wouldn't do business with because of how they look. Because we know and like them we will do business with some - but - would we refer them?

Also, because services are intangible, consumers turn to personal sources of information such as friends and family who have used the service. They review your testimonials and therefore, customer satisfaction is critical to ensure positive word of mouth referrals.

**The Anchoring Principal** – your friends and acquaintances anchor you in your old job or position. They still see you as a police officer, school teacher etc. and hesitate to use you. To counter this you must promote and advertise your achievements. Strive to show them that you are now a successful Sales Associate by sending listings, newsletters, promo items which project your new image and career. Social networking is an ideal vehicle for this.

According to a RE/MAX Angus Reid Poll, 50% of consumers used friends, family and word of mouth when looking for a Sales Associate.

**Familiarity breeds business.** People will choose the most familiar. There is evidence to suggest that it is better to be known badly than not at all. We are not suggesting you do something to be front-page news, but look for opportunities for good publicity and name promotion.

**Brand Name -** Because services are intangible and therefore difficult to describe, the brand name or identifying logo (RE/MAX balloon) is particularly important when a consumer makes a purchase decision. A well-established brand reputation makes it easier to market services as it conveys credibility and image of quality. Fortunately RE/MAX has the best-known brand name and logo in real estate.

**Services are inconsistent** – they depend on people and the quality varies with each person's capabilities and day-to-day performance. As Sales Associates, we attempt to reduce or mitigate inconsistency through training and standardization. Standardization is achieved through licensing, board membership, automation/technology e.g. pagers, cell phones, MLS (IF APPLICABLE) etc. It is because services are inconsistent that Sales Associates advertise how great their service is.

**To be consistent you must have systems.**

At the core of every great customer service organization is a package of systems and a training program to inculcate those systems into the soul of the company. Systems (rules create robots) are predetermined ways to achieve a result.

**Customer satisfaction** = the gap between service they expect and what they get. Make sure to under promise and over deliver.

Case 4:19-cv-00332-SRB   Document 1076-4   Filed 08/24/23   Page 41 of 172
HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION                    RMLLC-WDMO-00019846

Developing systems and maintaining consistency is done by working on your business rather than in it. Project yourself physically apart from your business and build systems that will allow your business to flow whether you are there or not.

**Consistency, ongoing improvement and the ability to adapt to changing circumstances are the keys to creating repeat customers and referrals.**

Past clients want to know that the person they refer to you will receive the same level of service. You must assure them of this and don't offer a service that you can't consistently deliver. Start small and slowly build towards your vision.

**Customers will refer you only when they believe you deliver consistent service levels.**

**Services are inseparable**. There are two dimensions to inseparability: production and consumption.

1. Goods are produced, then sold, then consumed.
2. Services are sold, then produced and consumed at the same time.

When the client signs a buyer agreement or listing contract, they have contracted for a service that has yet to be delivered. You may look on that contract as a win – you have won the battle of securing that client over a competitor or they are selling their home themselves. The client, on the other hand, does not look at it that way. **The client views the listing contract as giving you the right to earn their business.** They have contracted for a service that has yet to be delivered. The client believes that in return for signing a contract they are entitled to see a service performed.

**Every time they don't get their call returned or you don't follow through on what was promised you fail to live up to your end.**

This will cause them to take the opportunity not to do business with you or not to refer business to you. Because services are sold and then delivered, service is all about trust. Trust is delivering on your promises.

The second dimension of inseparability is the fact that the consumer cannot (and does not) separate the deliverer of the service from the service itself. In real estate, the consumer buying or selling a property will evaluate that service by looking directly at how well **you** did the job. You and the resulting sale are inseparable.

Because the consumer cannot separate you from your service, you market yourself.
Because you are your service, everyone touched by you is a customer.
Because you are the service, everything you do is seen as critical in the eyes of the consumer.

**Capacity Management** – it is important for you to also realize that because you are inseparable from your service, your business capacity is limited by how much **you** can do. If you have five buyers all arriving from out of town on one day, odds are you will lose some of them. It is one of the reasons why

Case 4:19-cv-00332-SRB   Document 1076-4   Filed 08/24/23   Page 42 of 172
HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION        RMLLC-WDMO-00019847

real estate incomes can have a roller coaster effect. You prospect, make the sale, and then go back to prospecting in an endless cycle. Capacity Management is why technology and systems are important in your business and why top Sales Associates have assistants and teams. Obviously, this is why Sales Associates work 60-80 hours a week during peak seasons.

Services are **perishable**; if you and your client aren't available at the same time the service capacity is lost. For example, if you are available to show homes today and your client isn't, your capacity to provide a service is lost. As a Sales Associate, you want to maximize your service capacity to the point where you are only showing homes, writing listings and contracts.

Service quality is the basis for relationship marketing where you and the customer become tied together. Studies have shown customers are interested in establishing a close relationship provided it is balanced in terms of respect for privacy, loyalty and benefits.


## Build Relationships

Relationships are about feelings. If prospects like you, they will do business with you. Customers often can't tell the difference between a greatly worded offer and one that is average. What they can tell is whether they have calls returned and if they are treated well and with respect.

Despite the thought that a Sales Associate will disappear due to technology, it hasn't happened. This is still a people business. Many experts in technology do not understand this is still a business relying on face to face customer relationships. What technology will do, however, is give the tech savvy Sales Associate more time to take clients away from those who do not get up to speed and thereby neglect their client base.

In order to maintain and service client relationships, technology is important. More and more customers want to communicate using email, text and social networks. They see your use of technology as an indication that you are up to speed in the industry. They will notice and judge you by what they see and indicators such as having or not having an email address and/or a web presence.

How important are client relationships? In ranking investment firms, clients put "return on investment" below "trust and relationship issues." In one survey they rated "track record" 9th out of 17 attributes and below "a sincere desire for a long-term relationship." You may have the most technically competent, expert, knowledgeable doctor or lawyer in the world, but if they can't relate to you, the client will go elsewhere.

**If prospects like you and <u>trust</u> you, they will do business with you.** Service marketing is a popularity contest. The competent and likeable Sales Associate will attract much more business than the socially deficient one. Service is about relationships and relationships are about trust.

**You don't sell property – you sell trust!**

Case 4:19-cv-00332-SRB   Document 1076-4   Filed 08/24/23   Page 43 of 172
HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION          RMLLC-WDMO-00019848

Surveys tell us clients do business with you because they like their relationship with you and they trust you. You make them feel comfortable. It is not necessarily the superiority or excellence of the service.

**Superior expertise is not critical to success in services**
We live in a competitive world where we all strive to be #1. In marketing, however, it is not a necessary position.

How often are you really looking for the very best service?
How often will you know the best service when you find it?
How often will you look for the very best when someone very good is available?
How much will you pay for the very best when someone very good is available?
How much do you trust other people's assessment of the very best?

o How do you respond when a service tells you it is the very best? Skeptically, and not very well as it often sounds like bragging and puffery.

"**Enthusiasm beats out ability**"
Enthusiasm comes from confidence. Confidence comes from knowledge. Knowledge comes from experience … **SO WORK ON GETTING EXPERIENCE!**

People want to work with people who are fun and enthusiastic about their work.

**Service doesn't sell houses – price does! Service cements relationships!**

It is much easier to be seen as having failed in your service than it is to be seen as having succeeded. A client knows when something goes wrong, but often can't tell when something is done right. A client knows if they are faced with a lawsuit due to an improperly prepared contract. A smooth transaction is taken for granted in most instances.

**Promote Your Success**
It is difficult to build a lot of trust in the small time we spend with a client. Therefore, you must **promote your success**. Show your client what you have done. If your client gets a good deal – tell them. If their home sells fast – tell them. If you are proud of something you have done – make sure the client knows. This is important because they won't know otherwise. Your service is not there after the sale to remind them of the job you did as with a product they could see constantly. Clients don't associate the home they bought with you. You must stay present in the client's mind through regular advertising and publicity. This assures the client you are around, viable and successful. You must communicate your successes - new awards, new recognition, new testimonials etc. This must be done with appropriate modesty. **Remember, out of sight is out of mind.**

Selling a service is not the same as selling a product and you must differentiate yourself from the competition, develop a consistent service and project a positive image.


# Marketing Rules

Case 4:19-cv-00332-SRB   Document 1076-4   Filed 08/24/23   Page 44 of 172
HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION          RMLLC-WDMO-00019849

Recognize that marketing is your dominant function. Marketing is what ultimately separates the great Sales Associate from the rest. Marketing is not complex; rather it is built around a number of basic, common sense rules.

**Rule #1. You cannot market effectively without marketing research.**
Talk to customers, call prospects, get feedback after closing, call or have someone else    call    and ask a series of questions about your service and how it could be improved.

**Rule #2. Consider how marketing interacts with other parts of your business.**
Your staff, your contact management system, suppliers etc. all should be on the same page -    have  a marketing plan and build in technology, assistants etc. Send out a mailer to your  assistants   friends   and family, stating who they are working for and the fact you want their    business. The  assistant  should be trained to answer calls correctly and get appointments.

**Rule #3. The antithesis factor.**
The best strategies are often counter-cyclical and contrary to traditional behavior such as  spending  when others cut back.  The worst thing you can do is cut back on advertising and    promotion    during difficult times.

**Rule #4. Combine the interaction of three basic concepts**.

- **Innovation -** is the heart of marketing. The more innovative you are and the more you stand out; the harder it is for the competition to catch up.
- **Aggression - is** a must for successful marketing. You are trying to create a psychological monopoly in your customer's minds.
- **Domination -** try to be market dominant, not just get a piece of the pie. Learn the weaknesses of the competition and promote your solutions.  Know the strengths of your competition.

Marketing success must be built on the needs of the marketplace. Get the marketing right and success and profit will follow.

**Rule #5. Steal ideas from other businesses.**
Other Sales Associates have good ideas.  Use these ideas, but improve on them if you can. Also look at non-real estate businesses and see if they have ideas you can use.

**Rule # 6. Be able to answer the question "Why should I choose you?"**
Talk to your clients and find out why they do business with you. You need to promote your strengths. What is your **USP - Unique Selling Proposition**?

Successful advertising involves finding creative ways of presenting your service to consumers.    Write  a brief paragraph describing the purpose of your advertising program, the methods you     intend  to use to inform consumers, and how you will present your ideas. Use statistics to back up claims such as days on market and testimonials to back up experience, integrity, etc.

Case 4:19-cv-00332-SRB   Document 1076-4   Filed 08/24/23   Page 45 of 172
HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION              RMLLC-WDMO-00019850

**Rule #7. There are no magic answers leading to bigger production.**
Often it is little things that can make a difference so don't underestimate their value. Larry Winget tells the story of why he uses his bank. It's because of red suckers. Every time he goes to the bank they give him a red sucker. According to Larry, he doesn't know if his bank has rates. What they do is offer a small, unique customer service that he places a high value on. It is important for you to know if there are things you do your customers value.

**Rule #8. You should also think about things you can offer to your customer as part of your marketing and something you can become known for.**

Artwork - tag could be "the Art of selling"
Champagne - champagne service
Become known as the _____ guy or gal
Give something collectable - then keep adding every time they send a referral.

**Rule #9. Any good marketing piece is better if it is specialized.**
There are a number of niche markets you can develop through your marketing efforts:

| | | | |
|---|---|---|---|
| Waterfront | Hobby Farms | Condominiums | 1st time buyers |
| Military | Expired | FSBO's | Investment |
| Apartments | Low Cost | Luxury Homes | New homes |
| Relocation | Vacation Homes | Ethnic groups | Mobile homes |
| Divorcees | Gays | Life Lease | Seniors |
| Renters | Home buyers plan | Developers | Foreclosures |
| Commercial | Corporate transfers | Geographic Farm | |

**Rule #10. Market yourself to RE/MAX Sales Associates.**
Send marketing pieces to RE/MAX Sales Associates you meet at conferences promoting the unique service you offer. Take Sales Associate's pictures at RE/MAX Conventions and sales rallies then send them a copy or put on Facebook and text them to take a look. Marketing to RE/MAX Sales Associates should be as methodical as your other prospecting. Decide how often you are going to farm this group and do it! Use email to exchange marketing ideas which can offer value to a referral relationship.

**Rule #11. Develop a lead generating website.**
Offer assistance in finding the right home, new listing watch, best buy list, pre-qualifying for a mortgage, etc.

**Rule #12. Your image is everything - Don't settle for second best.**

- Use high quality, clean signs.
- Have an up-to-date professional photo.
- Dress for success.
- Have personalized stationary.

Case 4:19-cv-00332-SRB   Document 1076-4   Filed 08/24/23   Page 46 of 172
HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION          RMLLC-WDMO-00019851

**Rule #13. For every $1.00 spent on promotion you must get back $4.00.**
Use this rule of thumb to track return on dollars invested e. g. calendars, flyers, notepads, magnets,　bus benches, etc. If you are not getting this return, examine why and then move on to something that works.

**Rule #14. To increase the amount of marketing you can do, co-op your advertising**.
Nail down suppliers who are willing to:

Be known as part of your team (home inspector/lawyer/mortgage broker)
Contribute to co-op advertising
Will show you as part of their team (cross promote)

**Rule #15. Get a second opinion - Ask your manager or mentor**.
Every marketing piece should be reviewed for RE/MAX standards

**Rule #16. Cause Marketing.**
Donate a portion of your commissions to charity and include a note as part of your presentation.　It　may be the difference in your getting the listing.

# Personal Promotion

**Targeting-** Targeting is going after a small but highly motivated group of key people who will use you, make referrals and ideally become loyal supporters of your business.  Targeting is identifying key people through research, learning about their needs, and then aiming your marketing directly at them and their needs and desires.

Sales Associates target any number of different markets or niches.  Typically a niche is a segment of the market chosen by:

- **Geography-** e.g. a farm
- **Demographics-** e.g. age, gender, income, occupation, home ownership
- **Behavior** – Past client, FSBO, expired listing, builder, 1st time homebuyer
- **Psychographics -** Personality and lifestyle

Segments may be combined for instance; gender and occupation or age, income and home ownership. Once a niche has been selected, it must be judged to determine if it fits into your overall vision and planning using a variety of criteria you establish.
- **Size** – is the group large enough to produce the number of sales required. What market share do you need to reach your goal?
- **Turnover/Expected Growth** – Are the properties moving and will this niche grow over time or is it shrinking?  Get the real estate statistics such as the number of transactions over the past 3 years.  Check for builders in the area and their use of Sales Associates to market their product. If area is being developed, find out how many homes are planned, if there are commercial areas or schools being built.  Are there site maps and zoning info available?

Case 4:19-cv-00332-SRB   Document 1076-4   Filed 08/24/23   Page 47 of 172
HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION              RMLLC-WDMO-00019852

- **Competitive Position** – How many competitors are there now and who could be a competitor in the future? What is their market share? What are the strengths and weaknesses of all competing Sales Associates?
- **Cost of reaching the segment** – Postcards or addressed mail vs. television.

**Position statement**
This is a sentence or two that defines who you are by telling your target audience what you offer, how people will benefit by relying on you and what makes you unique.

Position yourself in the prospects mind.
Position statement should be one message.
Position must set you apart from your competition.
You must sacrifice as you can't be all things to all people.

Find one distinctive thing that will give you the edge, the competitive advantage. It does not mean how your target sees you now but how you want him or her to see you in the future. Ultimately, your positioning should become the place you occupy in your target's mind, so when they decide they're ready to buy or sell a property they think of you first.

To build a positioning statement, answer four basic questions:
- Who is your target — that is, the people you most want as clients?
- What is your product or service?
- What benefits do you bring to your target clients?
- What makes you different from your competitors in the market?

What does a typical positioning statement look like?
- Hallmark - "When you care enough to send the very best!"
- RE/MAX – "Above the Crowd" and "Outstanding Agents, Outstanding results"

You may already know who your target audience is. If you specialize in executive homes, your target is obviously not newlyweds seeking their first home. Likewise, if you specialize in commercial real estate, your target is not the suburban homeowner. As obvious as this may be, people forget when the time comes to deliver the message and buy advertising.

Make sure the medium you've chosen to deliver your message is designed to reach your target audience. Before buying media ask yourself if it reaches your target market.

You probably also have a fairly good idea of the nature of your product or service. Write down the benefits you offer. Make sure you are actually listing benefits and not just features. In a car, power steering is a feature. The benefits are easier handling and less exertion for the driver. In a pair of sunglasses, UV protection is a feature. The benefits are eye protection and safety for the wearer. No matter how impressive your features, they won't mean anything to the consumer unless you spell out the benefits - even if they seem to be obvious to you.

2011-08-05

46

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION          RMLLC-WDMO-00019853

- "I will call you each week for the duration of the listing." This is a feature of your service.
- "I do this so that you know exactly what is happening and to provide feedback from prospective purchasers." This is a benefit.

## USP - Unique Selling Proposition
The final component of your positioning statement is your Unique Selling Proposition, or USP. It's the factor that makes you different from your competitors in the market.

**Be able to answer the question "Why should I choose you?"**

Create a one-sentence description of your service. Imagine you are speaking to someone who knows nothing about your business. Stress solutions rather than how wonderful and skilled you are. Try to emphasize something interesting about your work. Pick one of your strengths to emphasize. Your USP may vary depending on to whom you are speaking. Here are some examples:

> "When you hire me, you hire my entire team for the same price."
> Guaranteed Sales Program – "Move up to anyone of my listings and I will buy your home for cash."
> 24 Hour Talking Ads – "Get complete information without ever talking to a Sales Associate."
> Sunday tour of homes – "View 24 homes in one afternoon."
> Buyer/seller match service – "You get to pick out the homes you want to see, not us."

**Grocery list problem**- Saying too many things usually communicates nothing. Send a child to the store for milk and they bring home milk. Send them for 5 or 6 items and they forget the milk. You need to emphasize one point in order to get through.

Your prospect has one question – "Why should I choose you?" You need to give them a reason why. You can be the neighborhood specialist or have years of experience. Say one thing and repeat it often. It's like a song; if you hear it enough times you remember the words.

Tied together, these two last elements — benefit and USP — are keys in driving your targeted customers to your doorstep.

An effective USP can move you to the head of the class. It will distinguish you from every other Sales Associate. Before you develop your own USP, you also need to be aware of what your competition is up to. How are they marketing themselves? Is their advertising and promotion all over the map or is it well-positioned? Is their branding clear? What are their claims? And do these claims have any value to potential customers?

Take a look at their advertising and promotion. Zero in on their key messages. Are they consistent? Are they effective? Odds are you'll be surprised by what you find. The competition may not be what you believed it to be, or even who you thought. The insight will enable you to clarify and exploit your own niche in the marketplace.

Case 4:19-cv-00332-SRB   Document 1076-4   Filed 08/24/23   Page 49 of 172
HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION         RMLLC-WDMO-00019854

Do you really need a positioning statement? Why not just run ads with a picture of yourself and your team? Or pictures of houses with your phone number?" You can, but that's what most real estate advertising is today. And yes, it works! But a strong positioning statement coupled with the RE/MAX brand works significantly better. By creating a brand, every ad and every photo you run will have an added dimension - one that sets you apart and, hopefully, puts you ahead in the eyes of the consumer.

Someone with a positioning statement is someone who knows where they're going.

**Don't say you give great service.** It doesn't work because there is no one with the opposing view. It has too broad a focus and does nothing to differentiate you from any other Sales Associate. If you want to talk about how great your service is then create the evidence. You need surveys and testimonials.

**Find the difference in your service.** Often, if you ask a real estate Sales Associate what makes their service different – you get a disappointing response. Every service is different and communicating this is effectively marketing.

Marketing is a battle of ideas. So, if you are to succeed, you must have an idea or attribute of your own to focus your efforts around.

**Specialize.** Many real estate Sales Associates don't want to market themselves as a "River Specialist" and if they do, don't want to become known for it. They are afraid someone not on the river won't list with them. The truth is that by narrowing your target or focus you may attract business. If you market yourself as a "River Specialist" you attract people who believe you have high-end buyers.

For instance, Marlboro doesn't market cigarettes to cowboys but to an image. Pepsi markets to people who want to feel young. This is why it takes thought to establish your identity and to decide on a market. Many Sales Associates use words or phrases to market their service. Phrases like "I never sleep" or "10-minute call back" imply benefits. Customers believe that real estate Sales Associates are slow to respond and therefore you are focusing on a benefit that is the opposite of their belief.
Domino's marketing does not focus on quality, price or value. Instead they relentlessly stressed speed "30 minutes or it's on us." Domino's owns the distinctive concept of speed in pizza delivery.

When Dave Liniger started RE/MAX he had a vision.
- To create a company where Sales Associates worked for maximum commissions.
- Where office expenses were divided equally among all Sales Associates.
- Where top Sales Associates would receive all of the services they need.
- Where only the most productive, ethical and professional Sales Associates would be members.
- And where the Sales Associate is free to run their business their way.

Dave narrowed his focus (specialized), set his targets and set himself apart from the competition. By doing so he achieved spectacular results. RE/MAX focused on top producers – the top 10 %. He attracted to the top 40% which included those who wanted to get to the top.

Case 4:19-cv-00332-SRB   Document 1076-4   Filed 08/24/23   Page 50 of 172
HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION                    RMLLC-WDMO-00019855

The fact is he took the time to work out a vision and focus for his business. He didn't jump into being a just another real estate broker and if he had he wouldn't have achieved the level of success that he did. Focusing your efforts in a specific area of real estate allows you to not only develop expertise but also the critically important perception of having expertise.

If you specialize, tell consumers that in your marketing:

> Example: Jim Jones is a Sales Associate who helps small businesses find commercial space at cost-effective rates. Unlike other real estate Sales Associates, Jones specializes in small businesses.

Most people confuse paid advertising with good publicity. What others say about you is so much more important than what you have to say about yourself. That is why public relations (PR) in general is more powerful than advertising. So generate some publicity. Get involved in the community, volunteer with a charity, run a marathon, join the church group, participate in a ski club, teach a course - get people to notice you. Invest the time to get the word out about you.

Most Sales Associates know word of mouth, not billboards, accounts for their client list. Do not limit your exposure in the community to advertising alone. Your advertising should work in tandem with your public relations activities to maintain awareness.

However, in advertising it is the message that is most important. What happens in a consumer's mind when the message is "I am better than the rest."? What does the reader, the listener or the viewer counter when they hear this? Probably something like "That's what they all say."

But what happens when the message is "I am the leader. I am a specialist."? The prospect's mental response is "That must mean they are better."

Remember, the responses from research tell us consumers want expertise and knowledge.
Being able to claim leadership in any area implies this very attribute, but it must be based on fact.

The buying and selling public is suspicious. They tend to disbelieve most product claims. "I am the most trustworthy." "I care the most." "If I don't sell it, then I will buy it." Credentials are the collateral you put up to guarantee the performance of your brand. When you have the right credentials, your prospect is likely to believe almost anything you say about your brand.

For almost every person there is at least one credential that can be exploited. And if there isn't one readily apparent in the typical categories, consider a new category. Do you have a higher closing rate or better sale prices in a particular area? Have you been a Sales Associate for many years? Have you taught real estate sales? Some might think that this is counterintuitive to the law of advertising, particularly the part about the message. But in fact, it is not. "I am the leader"compared to "I am the best" is precisely what the law of advertising is referring to. You see credentials at work in everyday life. How many times have you walked away from a new restaurant because it was empty? Most people prefer a table at a more crowded restaurant because the thought is "if this place was really good, there would be a line out the door."

Case 4:19-cv-00332-SRB   Document 1076-4   Filed 08/24/23   Page 51 of 172
HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION               RMLLC-WDMO-00019856

In real estate, the thinking goes, "If this Sales Associate was really good, they would have achievements they could boast about".

**Tactics/Marketing Weapons**
The following are elements in your marketing plan that you should focus on to differentiate yourself.

**Niche market**
- Select a specific customer segment and focus on the segment.
- Strategy is built on how to serve the segment's needs.
- Be either the big fish in a little pond or create a niche and own the pond.
- 

**Identity** – Conveys your personality throughout your marketing. Identity should realistically reflect who you are. Are you warm and outgoing? Make sure it reflects your personality.
**Attire** – People will develop attitudes based on what you wear.
**Pricing** – Decide what you will charge for your service.
**Business Card** – Include style, content, benefits of working with you; make it a mini brochure.
**Stationery** – Important if you use in mass mailings – picture.
**Signs** – Include content plus a photo.
**Business plan – marketing plan** – Sets your direction and goals.
**Advertising** – An important part of your marketing plan.
**Service** – You are the service, so what are you prepared to do.
**Follow-up** – Marketing often begins after the sale. This is the key to a loyal customer base.
**Customer recourse** – What will you do if your customer is not satisfied – e.g. during a listing period and after a sale? You want to convert dissatisfied customers into loyal customers – have a plan.
**Community Involvement** – Time commitment, cause marketing - giving something back can be profitable.
**Co-op advertising and promotion** – Or even quid pro quo – display other businesses ads in return for their displaying yours. Reduces your cost. To increase the marketing you can do, target suppliers who are willing to: Be known as part of your team (home inspector/lawyer/loans officer), contribute to co-op advertising, or will show you as part of their team (cross promote).
**Public relations** – Get publicity for anything noteworthy that you do. Be on the interview list when reporters want a comment on local market conditions.
**Special events** – Staging unusual events is a great way to get publicity – pumpkin give-away, movie preview, party for prospects/clients, donate a trophy.
**Testimonials** – Free, easy to obtain and considered very valuable by prospects for services. Use titles instead of names where appropriate and have a system to obtain them.
**Incentives** – For giving you a referral. Incentives without a shelf life are recommended because the referrer will come back for more e.g. trips, tickets, and gift certificates. Choose items that are luxuries that someone might not buy.
**Personality** – Smile often and have an "it's my pleasure" attitude.
**Contact time with customer** – Every time you are with a customer, use it as a marketing opportunity. There is a direct correlation between the amount of time you spend with a customer and your income.
**Sales Training** – The more the better.

Case 4:19-cv-00332-SRB   Document 1076-4   Filed 08/24/23   Page 52 of 172
HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION          RMLLC-WDMO-00019857

**Sales presentation** – The best presentations are memorized and delivered with enthusiasm.

**Club and association memberships** – Join to be part of the community and make friends. Great niche marketing opportunity.

**Team sponsorships** –Involves you in the community – but must show-up at games to get the business.

**Seminars** – Great way to expand your business and establishes authority.

   1st time homebuyers

   Condominium ownership for seniors

   Life leases

   Relocation e.g. retiring to warmer community (with Sales Associate from there)

   Recreation property

   Investing in real estate

   - This marketing strategy is built around:

   Direct Mail – postal walks and/or newspaper flyers and client mailers

   Radio and newspaper advertising

   Cold Calling

   Word of mouth/personal invitations

**Classified ads** – Some Sales Associates use this as a prospecting tool with great success. Classifieds are inexpensive to test which is important because the message is critical as is the telephone response. Most effective if targeted.

**Newspaper/magazine display ads** – More expensive but effective for establishing your identity but needs to be tested. Gives you credibility.

**Direct response marketing**

This marketing is targeted, measurable and personal.

**Direct marketing coupons** – Coupon books can be effective and low cost.

**Direct-mail postcards** – Effective for farming a neighborhood or for staying in touch with past clients.

**Direct-mail letters** – Very effective for past clients. These can be done in the form of a newsletter and the more personal the better. Clients are far more interested in what you have to say than in various articles, especially if your humor and personality come through. Include current market statistics.

**Newsletters** – Effective and can be used instead of postcards and/or letters.

**Other marketing vehicles**

**Billboards** – Key to success is great locations, a photo and short copy. Expensive but effective.

**Bus Benches** – Target market e.g. "Serving (neighborhood)" at entrance to the community. Use a photo.

**Specialty items** – Myriad of gifts imprinted with your name, most common are fridge magnets, calendars and note pads. Need to be part of an overall client retention or farming program.

**Radio Commercials** – Image or institutional ads can be expensive. Radio can be effective for marketing development projects where the cost is shared.

**Television** – Often used when there is a real estate channel with a voice over. Pay attention to your message and focus on a direct response such as "call now".

**Convenience** – Make it easy for a customer to buy, for example, at an open house have material on other homes for sale in the area or in the same price range. This is often taken for granted by real estate Sales Associates but shouldn't be. For example, a homeowners marketing service did a study and found that

2011-08-05                                                                                  51

Case 4:19-cv-00332-SRB   Document 1076-4   Filed 08/24/23   Page 53 of 172
HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION          RMLLC-WDMO-00019858

66% of Sales Associates don't ask for caller's phone number, 46 % don't ask for appointment, 80% don't ask if property is currently listed, 75% tell their customers they should sell their home before looking for a new one. That IS NOT making it easy to do business with you.

**Responsiveness** – Ensure speed in returning calls and messages.

**Reputation** – Critical in a service business.

**Brand-name awareness** – Businesses that have a brand name have the best chance of success. Use the power of the RE/MAX brand.

**Customer mailing list** – Get a contact manager such as Top Producer and use it from day one. The key to success in real estate is building a referral base of past clients.

**Cause Marketing** - Donate a portion of your commissions to a charity such as CMN and include as part of your presentation.

**Market yourself to RE/MAX Sales Associates** - Send marketing pieces to people you meet at conferences promoting the unique service you offer. Marketing to RE/MAX Sales Associates should be as methodical as your other prospecting. Use email to exchange marketing ideas - offer value to a referral relationship.

**Open Houses** - Do open houses only if you will do them enthusiastically. Remember, their primary purpose is to give you exposure. Go prepared to exploit your assets. Listen to and show interest in the attendees and ask qualifying questions. You only need to pick up one client for it to be successful. Be sure to follow up.

### Website-tips for online marketing success

Focus on lead capture - To profit from a real estate internet marketing program, you need to make every effort to turn website traffic into web leads. Getting people to your website is only half of the real estate internet marketing equation. Once they get there, you need to offer some form of reciprocation to get them to provide their contact information. Offer access to exclusive listings or virtual tours in exchange for signing in or a detailed report on local schools in exchange for joining your newsletter. Otherwise, your website is merely a reference source -- helpful for readers, but not very profitable for you.

Create a unique report based on a hot topic or current events in your area. Use your report to connect these events to real estate, home values etc. Give your report a memorable title, create a graphic to promote it, and offer it to your website visitors in exchange for joining your newsletter. Use lead generation techniques on all key pages of your website.

Pay-per-click is one of many ways you can start generating leads and growing your business via the internet. Only you will know if it is right for your marketing program. But with the ease of entry and pricing flexibility of a program like Google Ad Words, there is nothing to prevent you from experimenting with pay-per-click.

Get a search engine optimization (SEO) program. You can't generate leads without traffic and search engines are the best way to produce a steady stream of traffic.

Learn to capitalize on the web traffic you have right now before trying to boost your traffic. Put your lead-generation strategies in place first and then work on boosting your website visibility and traffic. You must convert traffic into real estate leads, and then you must follow up with those leads to turn them into clients. Constantly add useful content and resources to your website. Experiment with FAQ

Case 4:19-cv-00332-SRB   Document 1076-4   Filed 08/24/23   Page 54 of 172
HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION                    RMLLC-WDMO-00019859

programs. These are software tools that you can install onto your blog or website. It adds interactivity to your site, which increases the likelihood that people will contact you in some way.

- o Experiment with chat programs.
- o Start a real estate blog - it's a great way to encourage participation from readers.
- o Create landing pages to capture more real estate leads through your website. A landing page is a "stripped down" web page that presents something of value and asks for a certain action on the visitor's part. It removes all distractions and thereby increases the likelihood of a conversion.
- o Put your phone number in a prominent location on every page. People tend to look for it in the upper-right section of your header.
- o Launch a second website for a niche market, blog or web forum.
- o Use your website in conjunction with offline events, such as home buyer seminars and other educational events. Experiment with online "webinars" using a software product like GoToMeeting.
- o Partner with local mortgage brokers, home appraisers and others in related fields. When used properly, cross-marketing can be an effective tool for business growth. And you can take this technique onto your website as well, by creating a separate "pitch" page for each professional in your network. Of course, they would do the same for you.

Know your website analytics as they provide valuable information about your website visitors. Tracking the way people use your real estate website is the first step to web marketing success.

**Remember – Great marketing separates the great Sales Associate from the rest! Get the marketing right and success will follow.**

## Promotion alternatives

To communicate with consumers, a company can use one or more of **five promotional alternatives.**

Advertising
Personal selling
Sales promotion
Public relations
Direct marketing

## Real Estate Advertising

**Advertising -** Non-personal and is not directed to one individual.
**Personal selling** – Your listing and buyer presentation is an example of personal selling, one on one.
**Public Relations** – Seeks to influence feelings, opinions, and beliefs like a blog.
**Sales promotion** – Short-term inducements – coupons, rebates etc.
**Direct Marketing** – Uses communication to generate a response – an order, request for more information or visit, and includes door knocking, seminars, direct mail, telephone solicitations, direct response ads.

Case 4:19-cv-00332-SRB   Document 1076-4   Filed 08/24/23   Page 55 of 172
HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION          RMLLC-WDMO-00019860

**"Doing business without advertising is like winking at a girl in the dark. You know what you're doing but nobody else does."**   Stewart Henderson Britt

## Writing MLS (if applicable) and Classified Ads

Advertising, for most Sales Associates, represents a large expense item in their operation.

The goal of real estate advertising is to reach as many buyers and sellers as quickly and as inexpensively as possible. House ads compete for the buyers' attention. Skill in advertising not only involves selecting the best advertising media, but more importantly, it is the art of composing a message designed to attract attention, to appeal and stimulate action on the part of the buyer.

Many Sales Associates use classified advertising as their media preference. It is by no means the only or the best advertising media, but, it is a way for a Sales Associate to keep his/her name in front of the public on a regular basis. Although this is not the primary goal of real estate advertising, it has some value.

You should understand the cost involved and which words are effective and which are not. You must understand that the only purpose of the ad is to motivate a buyer to respond - not necessarily sell the property. Even to an experienced person, this requires time.

Too often the person writing the ad waits until he/she has only ten minutes before a deadline, and the results are ineffective, conveying a vague impression, little enthusiasm and resulting in little to no response. Sufficient time should be taken by the person writing the ad copy to thoroughly inspect the subject property, take notes on the most outstanding features of the property in order to make an appeal to buyers looking for these features.

Remember enthusiasm is contagious and can be communicated in the written as well as the spoken word. Assume you are talking directly to a buyer, giving a brief description of the highlights and amenities of the property.

Proof of successful ad writing is in the results. If the ad generates substantial response, it is undoubtedly worth the investment; conversely, if it generates little or no response, it is ineffective.

## Create positive impressions

Stimulate the imagination of the reader, describing a warm, pleasant picture. Tease the buyer, arousing his/her curiosity for further questions. Communicate enthusiasm and action. Appeal to the basic human needs such as love of family, health, ego, profit and avoidance of loss.

The more qualities a property has that appeal to these basic human needs, the more acceptable it is to the buyer. Love of family can be satisfied by referring to the schools in the area, playgrounds, tennis courts, swimming pool, number of bedrooms, family room, etc. Health with such references to recreational facilities, outdoor living, barbecue on patio, etc. Good address in an impressive area can satisfy the appeal to the ego. Romantic atmosphere with such words as hideaway, fireplace, candlelight and wine, cozy for two, seclusion, inspiring view and quiet, spacious master bedroom. Price and terms - emphasize in specific terms

The important thing is not to dwell on the negative features in advertising; merely point out the positives.

Case 4:19-cv-00332-SRB   Document 1076-4   Filed 08/24/23   Page 56 of 172
HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION          RMLLC-WDMO-00019861

## Price

Price is always an advantage in advertising. There is substantial evidence that there is 60% to 70% less response to an ad without a price.

Attractive financial terms are always of great interest, they should be emphasized wherever possible. Attract buyers who are economically minded with phrases such as **$629 PAYS ALL -** Principal, interest, and taxes.

Don't advertise more than one home in the same price range in the same media. The idea of advertising is to reach as many prospects as possible, and a variety of prices makes this easier. Distress sales, foreclosures or a drastically reduced price may entice some price conscious buyers while causing others to stay clear of someone else's misfortune. They fear the emphasis on price reduction indicates poor quality, poor value or a combination of both.

## Heading

The heading in an ad is the eye opener - the attention getter. It describes, in a few words, what the reader is going to read. It should be brief, simple and emphasize at least one key selling point in the property, such as "Elegance you can afford." Humorous headlines are catchy and interesting. The heading should be presented attractively and preferably with a lot of white space. A lot of white space around the headline draws the eye like a magnet.

## Call to action

Aim to generate a response. It is often desirable and extremely effective to place the strongest selling feature at the end of the ad in or near the action line. This is the line in which you suggest or spell out the action for the buyer, such as – "pick up the phone"; "now is the time to act"; "hurry, this won't last"; "this special property can be shown by appointment only"; "this home is for the selective buyer."

Remember, the purpose of the headline is to attract attention in a unique, imaginative or humorous way. The body of the ad should create desire and arouse sufficient curiosity on the part of the reader to respond to the ad and to take action now!

An ad that has proven to be effective can be run over and over again and probably with very little change. The price or location may change, but the basic ad can be used over and over again if it is producing effective results. Don't fool around with success. Remember, readership is constantly rotating with new prospects continually coming into the market.

Be careful of abbreviations. Unless you are confident the buyer understands the meaning of an abbreviation, don't use it. Beware of representing false claims. Don't describe a home as immaculate, if in fact, it is just the opposite. This is important when describing a home to buyer Sales Associates also. You will develop a reputation, not to be trusted.

Each Sales Associate should assess his own operation and decide upon an advertising program that is effective for them. Have a budget, have a plan and keep your sellers informed as to how and what you are doing to advertise their home.

Case 4:19-cv-00332-SRB   Document 1076-4   Filed 08/24/23   Page 57 of 172
HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION          RMLLC-WDMO-00019862

Mail a copy of the advertising schedule for each property to the homeowner. Clip out a copy of the ad and include it in the communication.

## Track results

Analyzing advertising results is one of the most important phases of a successful advertising campaign. It is expensive and foolish to spend money in advertising without knowing what kind of results this investment is producing. Every Sales Associate should keep careful records of the number of inquiries produced by each ad. In addition, you should try to ascertain from the prospect what specifically appealed to him in the ad. This way you can continue to use words, phrases and formats that produce successful results.

**Remember, when the prospect reads your ad and calls your office, that ad has done all it was supposed to do...the rest is up to you.**

## Type and layout tips

Good ads need carefully chosen words but even the best copy can be mangled by poor design. Good graphic design is at least as important as ad copy and arguably much more. While you may be limited in how you present an ad in a newspaper or on MLS (if applicable), often you do control how a property appears e.g. on your website or feature sheets. Here are tips from Type & Layout by Colin Wheildon:

- Readers are more comfortable within a range of 10 points on an 11 point body to 12 point on a 14 point body.
- Body text set in a serif typeface (such as New Times Roman) is 5 times more likely to be understood than text set in sans-serif typeface (such as Helvetica or Arial). Books are always written in serif type.
- Headings set in all-caps cuts comprehension by as much as twenty percent (look at any newspaper; you won't see ALL CAPS HEADLINES).
- Color attracts readers, however, comprehension drops significantly.
- Black headlines are understood by nearly four times as many readers as brightly colored headlines.
- Reverses – Putting white text on a dark background is effectively impossible to read and comprehend.
- Ragged right text (aligned on the left but ragged on the right) cuts comprehension in half. Readers prefer fully justified text – aligned on both sides.
- Never put periods at the end of a headline. It cuts comprehension by nearly twenty percent, because a period tells the reader to stop reading.

## Feature Sheets

Feature/ highlight sheets or brochures are excellent tools to promote a house. Display exterior and interior photos with special emphasis on the most attractive part of the home. Include information you would have in an ad for the property – room sizes, square footage/meters, recent upgrades, financing available, address, your contact information and photo. Leave these with the seller to display where they can easily be seen and accessed by a buyer or their Sales Associate. Ensure that they are replaced as they are used up.

Case 4:19-cv-00332-SRB   Document 1076-4   Filed 08/24/23   Page 58 of 172
HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION                RMLLC-WDMO-00019863

**Mailers**
Whenever you get a new listing, you should send a mailer to the surrounding homes. Often neighbors have friends and family they know who may be interested in moving into their neighborhood (or may be interested themselves). Also, seeing a home go up for sale gets people discussing their own plans and it is often the case that when one home goes for sale on a street it is closely followed by another. In your mailer you might ask the question "If you have any friends or acquaintances who are interested in locating in this neighborhood, please call me. Choose your own neighbors." Send a mailer to invite neighbors to attend your open house. They are interested in home values where they live and also check on you as a possible Sales Associate should they be interested in selling.

**Signs**
Signs are critical when it comes to marketing homes and the RE/MAX sign with its distinctive red over white over blue is easily recognizable and effective. Sellers give preference to the firm whose SOLD signs indicate it is producing much of the selling action in a specific community or neighborhood.

**Business cards**
Your business card is another effective marketing tool which you should always have on hand and in quantity. The RE/MAX logo will instantly tell the prospect what you do. Your photo is your own personal logo in a personal selling business. The contact phone number you want used should be large so anyone can read it preferably without glasses. Sales Associates use the back of the card in many creative ways. Some use it to remind people they are looking for referrals, some display mortgage or similar information to entice the holder to keep it. Whenever you get a business card, make sure to look at it for creative ideas. The photo on your card will tell the holder a lot about you. Many Sales Associates like to have a white shirt with dark suit, others are more casual. Whatever you do should be part of an overall marketing strategy for your business. Remember, business cards don't do any good in a drawer. Hand out many and often.

**Website**
The internet has brought sweeping changes to how we market ourselves as real estate Sales Associates and to how we market our clients' listings. The change is getting faster and never ends. Keep up with what's happening so that you're not spending money on less effective marketing methods.

All Sales Associates should have a website which has been designed to generate leads. While it provides you with branding, it should not just be a personal brochure. To be effective it must market your services while generating contacts. You must look on it as an opportunity to provide consumers with real estate information in return for their contact data.

Many of the features once available only on costly custom sites are now available to you via template sites and new Sales Associates should take advantage of them. New Sales Associates often don't have the funds to invest in a custom site nor should they.
It is very difficult for an individual Sales Associate to compete against some of the major real estate sites on the web today so that shouldn't be your goal. Your goal should be to develop a niche site or sites targeting your specific market.

Case 4:19-cv-00332-SRB   Document 1076-4   Filed 08/24/23   Page 59 of 172
HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION          RMLLC-WDMO-00019864

Your site needs to be targeted, uncluttered, easy to navigate and searchable. It also must provide leads. Make it easy for the customer to understand by avoiding use of real estate terms or abbreviations that only industry insiders understand. Register your name as a Domain name e.g. www.yourname.com, but also register any local specific or niche market names as applicable. Ideally, you will have all the properties in your town or city available to search but so will many other sites. So how do you set yourself apart? Your marketing should direct people to your website where they will find more information e.g. pictures than is available elsewhere.

**Website features**
- All listings in your market where possible
- All your companies listings
- All your listings
- Ability to register to receive instant notification on properties that meet the buyers set criteria
- Information on your community/neighborhood
- School information
- Information on the home buying process – buying and selling - especially local requirements
- Ability for sellers to request a market evaluation
- Market statistics and information
- Your listings - same detail as available on MLS (if applicable) but including:
  - More photos
  - Video or virtual tour
  - Maps

**Search engine placement**
It is difficult and expensive to get top search engine placement for the individual Sales Associate. You are competing against franchise sites, industry sites and real estate service providers. You can invest in pay per click but this can be very expensive. You need to be very specific in your marketing to attract customers to your website.

Put your internet address on everything – signs, MLS (if applicable) ads, business cards, promo pieces, letterhead, emails, direct mail, flyers and brochures etc. You must be able to measure traffic to your site so you know what prospects are viewing, what is working etc. Google Analytics provides a tool for this. Capture customers by making it easy for them to register to receive information, home valuations, pre-qualifying for mortgages etc.

Think of your website as a marketing farm where you offer information and services in return for contact data. Some examples include: "Would you like our report on avoiding mistakes when buying?" "Would you like to receive our weekly "Best Buy" report?" "Would you like to be updated weekly on what sold in this area?" Once they make the request it is up to you to respond quickly and then to have a program to follow-up. Offer community calendars, mortgage calculators, market forecasts.

Case 4:19-cv-00332-SRB   Document 1076-4   Filed 08/24/23   Page 60 of 172
HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION          RMLLC-WDMO-00019865

Finally, include videos on your website. RE/MAX has videos you may easily incorporate. More and more Sales Associates are doing videos tours of homes, testimonials with customers etc. and including on their website and YouTube.

**Marketing, prospecting & personal development**
- What are you selling?
- Is there a niche market that you are going to target primarily?
- What innovative ideas can you think of to be dominant in your chosen market niche?
- Find at least 3 ideas from other Sales Associates – RE/MAX or not.
- Why should they choose you? What is your USP (Unique Selling Proposition)?
- Decide on a particular gift for clients after purchase or sale you will become known for but don't need to spend a lot.
- Plan what you are going to do to market yourself to RE/MAX Sales Associates for referrals.
- Research the cost of setting up an Internet website.
- Review other Sales Associates' websites and make notes, especially of lead generation features.
- Review websites from real estate website suppliers providing templates for a monthly fee.
- Design your personal stationery – or get it done!
- Find suppliers who will do co-op advertising with you. Call your banker and lawyer today for an appointment regarding marketing and prospecting.
- Download a copy of the RE/MAX Trademark Standards.
- Investigate cause marketing.
- Make a list of lawyers, bankers, condo developers and builders etc. you intend to prospect. Plan how you intend to do this, including contact frequency and method.
- Make a list of past clients, friends and acquaintances. How often do you intend to do this? How are you going to keep this list up to date?
- Set your marketing goals and plans for the next year.
- What are your prospecting and marketing goals and plans for the next month?
- What is your daily schedule for prospecting and marketing?
- Who have you dealt with this week that you could send thank you notes to?
- How many friends and family members are you going to call today? What will you ask them?
- What areas would you consider farming? Find out what kind of turnover there has been in those areas in the last year or two. Decide on the quantity/size of your farm.
- Decide on your lead follow up plan.
- Identify the different types of leads and then plan a strategy for each kind of lead e.g. web lead, referral, sign call, open house.
- Plan your contact strategy to keep in contact with your active listings. Use your daily planner!
- What could you offer people to get them to respond to a direct response mailing? By when do you plan to have this ready and in place?
- What strategies are you going to put in place to keep in contact long term with the responses you get?
- The USP you decided on... Where and how are you going to use it?
- How are you planning to make yourself the community real estate expert and what useful information do you have to give your buyers and sellers to illustrate this?

Case 4:19-cv-00332-SRB   Document 1076-4   Filed 08/24/23   Page 61 of 172
HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION         RMLLC-WDMO-00019866

- Call people you know and tell them you are a RE/MAX Sales Associate. Always ask if they know of anyone thinking of selling or buying.
- Start working on your listing presentation. Remember to incorporate your marketing features in your presentation packages.
- Plan your strategy with expired listings.
- What are you going to do with FSBOS?
- Plan where to get buyers for the next month.
- Develop your Marketing Plan for buyers...what are you going to do that will make you different?
- Plan a seminar.
- What due diligence services will you use?
- Plan your next 4 weekends. How many open houses can you do? Ask other Sales Associates if you don't have any yourself...book them now, if possible.
- Get copies of a Buyer's Agreement.
- Plan what to put in your buyer's packages.
- Write an advertisement for your own house. Does it make you want to pick up the phone?
- Complete a personal profile for presentations - Meet _____, see sample.
- Register for the next RE/MAX convention. Decide what to achieve there and how to do it.
- Plan your post presentation system.
- Role-play handling specific objections.
- Plan your open house registration forms or cards and strategy.
- What will you have at open houses to give away?
- What will you have at open houses to inform buyers and sellers?
- How can you make your open houses different?
- Plan a flyer program.

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION          RMLLC-WDMO-00019867

## Lesson 3: Prospecting Systems

The key to success in real estate is lead generation, turning those leads into appointments, appointments into contracts and contracts into sales.

Prospecting is searching for and qualifying potential customers. There are three types of prospects:
1. **Leads** – Someone who may be a possible customer (you must have contact        information).
2. **Prospect** – Customer who wants or needs to buy or sell property.
3. **Qualified prospect** – Decision maker - ready, willing and able to buy.

Sales Associates want to generate as many leads as possible, in the shortest amount of time and at the least expense.

There are three methods of prospecting – passive, active and purchase.
1. **Passive** – Waiting for business to come to you - floor time, website leads, and open houses.
2. **Active** – Referrals, FSBO's, expired listings, canvassing – door knocking, cold calls.
3. **Purchase** – Ads, signs, flyers, personal brochures, media – radio, TV, billboards, ad words.

Passive and active prospecting may be done with little or no expense to the Sales Associate. There is prospecting done by phone to FSBO's, expired listings, past clients, centers of influence and prospecting done in-person by door knocking, open houses, client parties, networking events, seminars, promotion booths and teaching or speaking opportunities.

Walk into a deli at lunch hour and you will find a long line of customers. You will take a number and stand in line. As you near the front of the line, the counterman will call the number before yours. If no one answers, the counterman will call it once more, then immediately call your number. He won't run out onto the sidewalk, looking for this customer who had given up his place. He doesn't waste an instant on the customer who left. He knows there are other prospects right there in front of him, waiting for service.

The moral of the story is prospecting for a sale doesn't have to be a painful experience. There are always more prospects. Sooner or later you'll meet one who says "yes." Don't get hung up on the "no's." Just politely thank them for their time and move on. It also tells us that you need to generate a steady stream of prospects.

A great way to think of prospecting is to consider a political campaign. Whenever an election is called the candidates hit the streets cultivating votes. What methods do they use? They mail flyers to their constituency (farm). They rally their base (past clients). They door knock. They have a well thought out message (USP). They try to differentiate themselves from their competitor through their policies (position

Case 4:19-cv-00332-SRB   Document 1076-4   Filed 08/24/23   Page 63 of 172
HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION        RMLLC-WDMO-00019868

themselves). They use Public Relations (spokesperson on market conditions). They post a lot of signage (for sale, bus benches, and billboards). They shake a lot of hands and ask people to remember them on voting day. They sell their brand – liberal, conservative, democrat or republican. They strive for name recognition by using these tools.

Prospecting is:
- Giving a business card to everyone you meet.
- Letting everyone you meet know you are a RE/MAX Sales Associate
- Asking for business
- Farming and personal leads
- Preparing a personal brochure
- Advertising
- Sending thank-you cards to everyone who helps you

Ask everybody for business - friends, relatives, the dentist, everybody. Remember, if you don't ask, the answer is always "no!" Realize that prospecting is a numbers game. There are always more prospects. If someone says "no," you can immediately find a dozen more prospects. Don't get fixated on any one prospect. Just move on.

## Repetition

There are lots of myths about prospecting, like the one that you can only call a prospect once. Jim Good once did a training seminar for E.F. Hutton brokers in Southern California. Jim had the stockbrokers work with a real phone list drawn from a small town. When E.F. Hutton asked Jim back to run the same seminar each month, Jim thought he'd get a different phone list. Instead, Hutton provided the same list from the same small town for each meeting. Well, the surprise was that the list just got better and better. Jim's trainees called the list once a month for three years, and it kept generating more and more business. Why? Because people eventually were ready to buy what the brokers were selling. Because initially people don't think about what you are selling but by keeping in front of them your message starts to resonate. Your prospect doesn't want to buy from you today but they may tomorrow.

Research has found that a marketing message must penetrate the mind of a prospect a total of six to nine times before becoming top of mind. To get in front of your prospect six to nine times you need to send out as many as four times that i.e. 24 - 36, as your message may get lost or picked up by others.

## Seek opportunities for leverage

You may prospect by holding open houses, sending flyers, knocking doors or cold calling or you could work on having past clients and centers of influence identify prospects and send them to you. Although you will do both, the latter gives you leverage.

Some people are able to send you a lot more referrals than others due to the nature of their work or their connections:

Case 4:19-cv-00332-SRB   Document 1076-4   Filed 08/24/23   Page 64 of 172
HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION          RMLLC-WDMO-00019869

- Lawyers - especially divorce lawyers
- Mortgage brokers and bankers – foreclosures, prequalifying
- Builders and developers (people who must sell their current home to buy theirs)
- Companies needing relocation services such as professional sports franchises and companies with branch offices
- Human resource personnel
- RE/MAX Sales Associates across the system
- Property managers
- Military bases
- Immigration contacts

Try to do prospecting that can give you leverage. Send your mailer to people who can make a difference then follow up with a calls or an email.

Decide what prospecting method you are good at and become the best at it:
- FSBO (For Sale By Owner)
- Expired Listings
- Mailers
- Open Houses
- Past clients and centers of influence
- Door knocking
- Farming

## Prospecting by the numbers

The average American moves 11.7 times in a lifetime. By the age of 19 they have 9.2 moves left.
One in six (16.8% of the population) moves every year and one in 10 (9.1%) move from owner occupied homes. Your job is to get in front of these people and get their business. Determine the statistics for your city and neighborhood and then design a plan to prospect for their leads.

### Number of daily contacts = Number of deals per year
For example: 25 contacts daily (five days/week) = 25 closed transactions
These numbers are based on cold calls, door knocking etc, i.e. personal but not "warm" contacts. You need fewer contacts to get the same results if you are contacting friends, relatives, former business associates and past clients. The point, however, is that prospecting can bring predictable results.

Two listing appointments/week = 25 closed transactions. Two listing appointments should result in one listing. If it doesn't then you need to work on your presentation. Two thirds of all buyers and sellers only interview one Sales Associate and half of the remainder interviews two. Therefore, it is critical to be first or second. You need to know what to say and how to say it so work on scripts and dialogues. Best practice? Go on lots of appointments.

Case 4:19-cv-00332-SRB   Document 1076-4   Filed 08/24/23   Page 65 of 172
HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION          RMLLC-WDMO-00019870

Most of your day should be prospecting, following up on leads, going on listing appointments, negotiating contracts and previewing property. Get into the habit of time blocking. Set three hours aside each day for prospecting. Prospecting must take precedence over dealing with ongoing business. All top producing Sales Associates have a consistent lead generation system.

You will average 10 - 15 contacts per hour of prospecting
- On average 12.5 contacts = 1 lead
- On average 5 leads = 1 appointment
- On average 2 appointments = 1 listing
- On average 2 listings = 1 sale

Therefore, 15 hours prospecting = 1 sale
Your goal should be 2 appointments per week = 26 sales per year
Prospect at minimum 15 hours per week
Always call 25 - 50 homes around listings and sales. Call the FSBO and expired listings in your market place. Call back every other week.

**Keep a record**:
- # of attempts daily
- # of contacts daily
- # of leads daily
- # of appointments daily

# Centers of Influence

- Former business associates
- Family
- Clubs & organizations
- Suppliers – mortgage broker, lawyer, inspectors
- Builders and developers
- Neighbors and friends

**By allotting a certain portion of every day to creating new business, you guarantee yourself future income.**

**Getting started**
First, realize that you already have a center of influence which consists of family, friends, old schoolmates, previous business associates, soccer buddies, and more. These are people that know you and people you have some influence over. Start collecting names, phone numbers, addresses, email addresses and other information from your friends, family, co-workers, high school class, health club, church and other places. Throughout your career in real estate, you should always have a plan to grow this group and implement it faithfully. This will become a huge source of repeat and referral business over time.

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION          RMLLC-WDMO-00019871

**1. Get your current list all in one place.**
This is a big task, but it's important and requires planning to avoid duplicate work later. You'll be surprised at how large a list you can come up with when you start pulling in your friends, old classmates, sports team members, business associates, your doctor, lawyer and others. What is important is to hopefully start with something more than a list on paper. Use Outlook or a contact database like it to get people into a system for management.

**2. Make contact the way you usually do.**
This has to do with being effective, but also saving some money. There are plenty of advisors out there that will suggest you develop a really nice letter in envelopes and mail via first class mail. This may be how you do it for some of your list. However, if you're making a really large contact list, many of them will be people you usually talk to via email, text messaging or phone. It's okay to contact them the way you always have. Just split your list into groups by contact method.

**3. Go ahead and categorize by how you know them.**
As you progress in your career and your knowledge of contact management, you'll find that you want to have certain common types by which to identify contacts. Go ahead and start working toward that now. If you're using Outlook, you can use the "Categories" function for this. You could have categories such as Friends, Family, Vendors (doctor, lawyer, etc.), Buyer Prospect, Seller Prospect, and so on. The buyer and seller prospect categories are for those new contacts you're about to get.

**4. Develop your announcement content and send it out.**
If you're contacting via several methods, such as some email, some mail and some phone, develop scripts for each and let them know about your new business. It's as simple as: "Hi (name), I've started a new career and wanted to let you know about it. I've gotten my license and I'm now a real estate Sales Associate with RE/MAX (name) in town. Please think of me if you're planning a real estate transaction or if you know someone who is."

**5. Plan ongoing contact and do it!**
Now that you've sent out your "new Sales Associate career" announcement to your center of influence, make a plan for how often you want to contact them. This can vary by type, such as family will not need a lot of follow-up, but your lawyer, probably not as much. Follow the plan and make regular contact. There's nothing worse than finding out a good friend bought a home with another Sales Associate because they forgot about that first announcement a year ago.

**6. Do some quick list-building activities.**
Get started immediately and constantly add to your center of influence list. Get involved in community activities, go to homeowner association meetings and give your business card to the person behind the dry cleaner counter. If you go for coffee in the mornings alone, stop getting a table and sit at the counter. Strike up a conversation with the person next to you.

# Farming

Farming is a tried and true method of prospecting. Farming is soliciting business from people you don't know or have a relationship with. You may farm a geographic area or neighborhood or a niche market.

Case 4:19-cv-00332-SRB   Document 1076-4   Filed 08/24/23   Page 67 of 172
HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION          RMLLC-WDMO-00019872

A farming system:

**1. Keeps your sales volume consistent.**
You don't deal with high peaks and low valleys like many Sales Associates do. While you are busy working with customers and clients, your prospecting system is still working for you. Often, people ignore prospecting when they get busy showing and marketing houses. After they've sold the houses of their current clients, they find themselves without any prospects.

**2. Avoids burn out.**
A business cycle with high peaks and low valleys is like a roller coaster. A constant roller coaster ride in business can be emotionally, physically and mentally draining, causing burn-out, which ultimately causes people to leave the business. A farming system frees you from having to deal with high rejection types of prospecting, which is another cause of burn-out.

**3. Increases your income.**
If you have a substantial income now and are not farming, you can increase it by having a farm.

**4. Offers you a better quality of life.**
If you want to continue at the level of income you are already at, but with less work, farming is your ticket.

**Neighborhood farm**
Start Small: If you start with too many homes or contacts, the expense will break you and you will have to quit prematurely. It takes a while to get a response, so budget to be able to continue to mail without a return for up to nine months. Decide on an amount you are willing to invest per month and then calculate how many mailers per month that would allow. Send at least once a month but more frequently as you start and less often once established. When the farm starts to work for you, expand to include more homes.

**Look for Good Turnover**
Choose an area that has good turnover. These are usually homes where the sale price is lower than average and the demographic is younger. Younger people tend to move more often and can afford less.

**Know Your Competition**
Know how they are marketing themselves, and stay one step ahead of them. Don't let them intimidate you or convince you not to farm an area.

**Consider Distance**
Your farm does not have to be close to your office. You are likely to offer better service to homeowners if they live close to your own home or office.

**Printing companies**

Case 4:19-cv-00332-SRB   Document 1076-4   Filed 08/24/23   Page 68 of 172
HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION          RMLLC-WDMO-00019873

You will be relying on their expertise, quality, creativity, and fair pricing, so take some serious time at the beginning interviewing printers. Choose not just by price, but also by knowledge and service.

**Send items of value**
Choose items that are useful and will stay in front of potential clients.
Ideas:

- Magnetic business cards or calendars
- Promotional flyers or postcards
- Notepads
- Just listed/just sold cards
- Free market evaluation certificates
- Emergency (police, fire) contact phone numbers on a magnet or a letter opener
- Magnetic memo pad

**Effective mailers**
Your mailers are going to be thrown out. Your goal is to have the homeowner register your name and face on the way to the garbage can.

- Use postcards. Choose not to use an envelope as people generally don't open junk mail.
- Maintain a balance between cost effective, attention grabbing and a professional look.
- Consistency is crucial. You need to send a postcard at least once a month.
- Include your picture on everything you mail, because people focus more on images than they do on words. Companies have logos for this reason, and your photo is your personal logo.
- Having a distinctive slogan is a good idea, and be sure to put it on every mailer.
- Create a distinct look & format that is identifiable as you.
- Keep your message very short and have a call to action such as call now!
- Just Listed and Just Sold Cards make great mailers. Every time you take a listing, you can send out a "Just Listed" and when it sells you can send out a "Just Sold" card.

**Results of farming**
Don't expect results immediately. It may be a few months before you have results. Farming takes time to be effective, however, will be rewarding as time goes by and the response becomes greater. Investing in a farm will eventually generate a return which you should expect to be a minimum of four times your cost.

**Direct response marketing**

- Targeted
- Measurable
- Personal – you know who gets it
- Testable – test headers, copy, color
- Flexible – you can change it easily

Your goal is to get your customers to act; your objective should be attainable, specific and measurable. You want them to call or visit your website.

Case 4:19-cv-00332-SRB   Document 1076-4   Filed 08/24/23   Page 69 of 172
HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION           RMLLC-WDMO-00019874

**Direct mail campaigns**

- **Identify your objectives.** What do you want to communicate? What action do you want the customer to take? You want to build a relationship.
- **Sell benefits not features.** A feature tells what your service does, while a benefit tells how your service satisfies a need or overcomes a problem. Customers want to know, "What's in it for me?"
- **Include an offer. Give your prospects a reason to respond—now.** Make it relevant, irresistible and worth their time and effort.
- **Personalize.** Personalization has a tendency to increase response. Why? Because the recipient is more likely to read your message when you use their name and personalize the offer to them.
- **Keep it simple.** Get to the point and make it easy for your audience to find out what you're saying or selling. Pay attention to the language; if something is free, say it's free.
- **Always include a call to action (CTA).** Tell your target what you want them to do. If you don't and ask for the sale or order, you may not get it.
- **Include a response device.** Make it easy for your target to respond either with a business reply card, a prepaid envelope, a toll-free number or a website address.
- **Deliver.** Only make promises you know you can keep. If you say they'll receive something in a week, ensure you have the process in place to do so.
- **Use targeted lists.** Direct Mail that is targeted to the right audience is more relevant to that audience and is more likely to generate the kind of response you want.
- **Track and measure your results.** Test different offers, formats, lists and more. Your communications should evolve as you learn about what's working and what's not. Use a headline that targets specific prospects for example: Free to Home Buyers.
- **Mention your offer immediately** in your headline. Example: Free "How to Prepare Your Home For Sale" Video. (Make a compelling offer for a free report, video, etc).
- **Test** many different ads in order to find your best pulling ad.
- **Show a picture** of your offer - booklet, video or sample.
- **Feature words** like "Free, Guaranteed, No Obligation, and No-Charge".
- **Use testimonials.** Example: "My home sold for full price in just one week".

Be a resource for information on buying and selling by keeping several information brochures and videos available for the public. These may be offered on your website or in flyers, ads etc. Many of the leads you generate are not of high quality, therefore a consistent and systematic follow-up system is required if you want to turn these prospects into customers. Many can take up to six months to finally get into the market, but they will do so. Patience is the key.

Ideas for brochures and information pamphlets you can make available:

- Home expired? How to Sell a House That Didn't Sell
- 27 Free, Easy Fixups to Sell Your Home for the Best Price
- First-time Buyer information booklet
- Home makeovers that every seller should know
- Relocation Handbook
- Condo buyers guide

Case 4:19-cv-00332-SRB   Document 1076-4   Filed 08/24/23   Page 70 of 172
HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION                RMLLC-WDMO-00019875

Your marketing must include a call to action. You must motivate the reader to act – call, come in etc. Basic motivators are greed, fear, security, success, recognition, problem solutions and ways to save time, money and effort.

## Dialogues

**Invitation to an Open House dialogue**
Hi, my name is _____ and I'm calling on behalf of RE/MAX _____.
We just listed a home for sale at _____. This home has ___ bedrooms, and ___ baths and is on the market at $ _____. We would like to invite you to attend our open house this Sunday from __ to __. If you cannot attend and would like information on this or other homes in the area we would be pleased to send it out to you.

**Sold dialogue**
Hi, my name is _____ and I am calling on behalf of RE/MAX _____.
We recently sold a home in your area on _____. This home had ___ bedrooms and ___ baths and sold for $_____.

We know that when a home is sold, that information may be of value to neighbors in the area, especially if they are planning a move.
- When do you plan on moving?
- How long have you lived at this address?
- Where did you move from?
- How did you happen to pick this area?
- If you were to move…where would you go next?
- And when would that be?

Thank you for your time.

**Buyer dialogue**
Hi, my name is _____ and I am calling on behalf of RE/MAX _____.
We are conducting a survey of homebuyer intentions and would like your permission to ask you a few questions?
- When do plan on buying your next home?
- If you were to move, where would you go next?
- How long have you lived at this address?

Thank you for your time.

**Survey dialogue**
Hi, my name is _____ and I am calling on behalf of RE/MAX _____.
We are surveying market activity and would like to ask you a few questions, with your permission.

Case 4:19-cv-00332-SRB   Document 1076-4   Filed 08/24/23   Page 71 of 172
HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION                 RMLLC-WDMO-00019876

- When do you plan on moving?
- How long have you lived at this address?
- Where did you move from?
- How did you happen to pick this area?
- If you were to move, where would you go next?
- And when would that be?

Thank you for your time.

**Cold calling**
Hello, this is _____ with RE/MAX _____.
I am calling to inquire as to whether there a possibility of your moving within the next year?
No      Thank you for your time.
Yes     When do you plan on moving?
        Are you presently looking for another home?
        Would you like a complementary evaluation of your home?
Yes     Would it be possible to see it tonight at 7 p.m. or would tomorrow at 8 p.m. be better?
        Would you like to receive our complimentary brochure?

**Pre-qualify all leads when setting up an appointment**
- Are you planning on listing your home?
- Are you planning on interviewing more than one Sales Associate?
- Where are you moving?
- When do you have to be there?
- How much do you plan on spending?
- Have you thought of selling yourself?
- Will you describe your property with as much detail as possible?

# Expired listings

Expired listings are those that have not sold during the period contracted under the listing agreement. The reason they haven't sold is the price is too high, which usually means the Sales Associate they had took an overpriced listing and did not bother to reduce it during the listing period.

Many Sales Associates like working expired listings because by reducing the price, the property usually sells and they can point to the previous Sales Associate's marketing efforts as the reason the property didn't sell. It also helps because the client has been through the process and knows what to expect.

Other Sales Associates avoid this business for the same reason. The client is upset with Sales Associate for not having sold their home as promised.

**Expired listing system**

2011-08-05                                                                                          70

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION              RMLLC-WDMO-00019877

Each day, do an expired listings run. All listings for areas you prospect should be added to your telephone list and called. Always ask to view home.

**Dialogue**
"Hello, is this Mrs. _____? This is _____ with RE/MAX _____. I noticed your home is no longer on the market and was wondering if it is sold or is it still available? Are you still interested in selling? There is only one reason why your home hasn't sold and that's because of the marketing. I can give you my opinion on why it didn't sell. May I stop by at 6 or would 7 be better?"

Add to lead list if applicable. They are then entered into the appropriate database and a call back date set. Send a personalized letter to the prospect including:
- recent stats (monthly average sales prices in area, number of new listings, number of sales)
- Free Market Evaluation Certificate

**Call back dialogue:**
- Ask if they have listed their home
- Ask if they received your letter
- Ask if they would like a complimentary market evaluation and a copy of our marketing plan

Work old expired listings not just recent ones.
Spend 30 minutes each day prospecting expired listings.
Develop four letters to send the expired listings each week until they relist or a month has passed.

**Expired listings letter**
Dear Homeowner,

We have been recently notified your home is no longer being marketed on the Multiple Listing System. As your home did not sell during the listed period you may have some questions as to why and what could be done differently to ensure a sale. We would appreciate the opportunity to speak with you with regard to what should be done to get our home sold.

Homes in _____ and elsewhere, do not sell for three reasons:

1. The asking price is above market
2. The condition of the property
3. The marketing plan

We provide you with a quick opinion on which of these were the reasons your home did not sell and how to remedy the situation. Please call me at _____ to set up an appointment to review our plan.
RE/MAX _____ sells 30% of all homes sold in _____ and we are confident we have the answer to your home sale.

Should you have already re-listed your home, please disregard this letter.

Case 4:19-cv-00332-SRB   Document 1076-4   Filed 08/24/23   Page 73 of 172
HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION          RMLLC-WDMO-00019878

**Expired listing letter 2**
Dear Homeowner,

Since we last wrote to you, we have noticed that your home is not back on the market. Should you still desire to sell your property, we would appreciate the opportunity to show you our marketing plan.

After first letter, call and see if it was received and ask for an appointment.

# For Sale by Owner (FSBO) System

Each day FSBO ads are pulled and names and addresses obtained from classified ads, flyers and Internet sites. Identify all listings in the area you are working and add to telephone list and call. Be sure to ask to view the home and if they would like to be added to your mailing list. Enter these listings into the appropriate database and set a call back date.

Mail them a personalized letter and include:
- Recent stats like monthly average sale prices in the area, number of new listings and number of new sales.
- Free Market Evaluation Certificate

Diarize for following Monday morning and call.
- Ask whether they have listed their home
- Ask if they received any of the information you have sent
- Ask if they would like a complimentary market evaluation and a copy of your marketing plan

Call each Monday until listed, sold or off the market as many people will decide to list their home as a result of poor weekend results.

Email your presentation to private sales on the Internet and include:
- Why use a Sales Associate
- Resume
- Perils of selling yourself

# Ad/Sign Call System

A high percentage of your sign calls are going to be from sellers, not just buyers. When the call comes in, before asking any questions, make sure to find out "which home in the area do you own?"

Dialogue
Greeting       Good morning, may I help you?
               Describe ad/house
               Ask them to hold while you get information
               Offer your name - ask for their name, phone number

2011-08-05                                                                                      72

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION        RMLLC-WDMO-00019879

| Qualify | What was it about that ad/house that caught your eye? |
|---|---|
| | How long have you been looking? |
| | Are you working with a Sales Associate? |
| | How many homes have you looked at? |
| | Why didn't you buy one of those? |
| | Do you own your present home or are you renting? |
| Trade Info | Is that what you are looking for? |
| | Do you have any other ads circled? |
| Close for Appt | Why don't we get together? |

# Open houses

## Why Open Houses are Important

Despite the popularity of the internet and its ability to open the doors of listed homes to the viewer with multiple photos and video tours, nothing takes the place of the buyer being able to see the home in person. For that reason alone, the open house will continue to be one of the most effective marketing tools for Sales Associates, and a compelling reason to have a real estate Sales Associate involved in the transaction. According to the conversion ratios as taught in the CRS classes by the Residential Sales Council, (U.S.A.) Sales Associates who hold open houses sell the home one in 10 times, making it still one of the most effective ways to initiate and close a transaction. This is much more effective than telemarketing (1:500), door knocking (1:100), classified ads (1:25), and calls from signage (1:20).

But open houses have other uses. Not only does it convey to your seller, in a concrete way, that you are actively working to sell the home, it gives an equally favorable impression to potential buyers and other Sales Associates who may attend. Open houses are important business builders. If you don't have active referrals, you have to obtain new customers somehow.

An open house perfectly demonstrates your services in action. Potential buyers meet you and immediately know whether or not they would enjoy working with you to find a home.

Home buyers across the board use a variety of methods to search for a home, with over 39% saying they attend open houses. By comparison, 82% use real estate Sales Associates, 51% use newspaper ads, 38% use yard signs, 34% use home books or magazines, 24% use friends, neighbors or relatives, and 18% use on-line services and the internet. With open homes selling one out of 10, and 39% of home buyers using open houses as a means to search for a home, the odds are definitely in favor of the Sales Associate who holds open houses as part of their overall marketing plan. Sales Associates should use all resources available to them in order to market the listing and themselves. One never knows where the buyer will come from for that particular property.

## Open House System

The ad should show the address and the price. Two open houses could be scheduled 1:00 - 3:00pm and 3:30 - 5:00pm. Evenings can also be an option.

Case 4:19-cv-00332-SRB   Document 1076-4   Filed 08/24/23   Page 75 of 172
HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION          RMLLC-WDMO-00019880

Many successful and experienced Sales Associates do not do open houses, because they don't rely on this prospecting source. For new Sales Associates they are a valuable prospecting tool. Be prepared for your open house. If there are obvious repairs required, try to have an estimate available for the cost of repair but do not speculate! Arrive on time, be dressed for success and have work to do for the quiet times. Put your signs up ahead of time, put up a lot...start them from the closest busy road and put them up on every corner. There is nothing more frustrating for a buyer than to be following your signs, then the trail comes to an end, and they have not yet arrived at the house. Check other open houses in the area and place your signs strategically to attract their visitors.

**Open house checklist**
- Ask the seller to leave before the open house.
- Lights should be on.
- Have monthly payment analysis for financing.
- Name tag.
- Thank you card to leave for the seller.
- Business cards.
- Feature sheets that are up to date with the correct price.
- Directional signs with your name and photo on them.
- Invitations for the neighbors – put in mailboxes in advance.
- Open house sign and/or borrow an 8' RE/MAX balloon.
- Listing catalogue or laptop computer.
- Print out of similar homes for sale in the area. (Which you may choose to show them by appt.)
- The open house section of the newspaper.
- A file for each of the following for the house, with 6 months records in them:
  - Gas bills
  - Water bills
  - Hydro bills

Make sure to have a sign-in sheet (register). This could be a separate card to be completed by each customer with the following detail:
- Name, address, postal code and phone number.
- Would you like a complementary market evaluation of your home?
- Would you like a complementary Home Buyers Guide?
- Would you like to be notified when similar homes come on the market? (Note area and price)
- Would you like a complementary Home Sellers Guide?
- Please let me know the sale price of this home when it sells.
- Are you currently working with another Sales Associate?

Qualify as many visitors as possible - this is done by asking questions. Watch for buying signals. Anticipate objections, such as high property taxes or needed repairs, and know how to deal with them.

**After the Open House**

2011-08-05

74

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION          RMLLC-WDMO-00019881

Call all open house registrants within three days and thank them for attending, offer further assistance, and qualify. If qualified, set up a meeting to provide complimentary material, review their needs, preview their home for market evaluation, and to show them comparable homes. If a meeting is arranged, send them a thank-you note for visiting your open house.

Call the seller and report on activity, make suggestions based on comments from the public, schedule an appointment for review of marketing/price reduction.

## Open House Preparation for the Seller

**Send the seller a note advising:**
Buyers decide which home to purchase based on comparison. When holding our open house, it is critical that the home is in its best condition. The following are a few of the most important things you can do to create a positive atmosphere for the open house:

- Curb appeal is of the utmost importance! The lawns should be freshly cut and trimmed. Remove any unnecessary items from the front of the house. Most important is to have a "fresh" appearance as the prospective buyers approach the home. This can be accomplished by washing down the sidewalks, turning the soil in bordering flower gardens and watering the lawn just prior to the open house itself.
- If snow exists, make certain you have a clear walkway from the parking area to the front door. A door mat may come in handy as well.
- Allow for your air conditioner to be turned down low during summer months. If you have this feature in your home, you want the prospective buyer to notice it the minute he/she walks in the door. In colder months, a roaring fire will set a wonderful tone in your home. Have adequate firewood available for the afternoon.
- Obviously, the cleanliness of the home is imperative. The most important rooms in the home are the kitchen and bathrooms. Extra effort in these rooms will go a long way toward a favorable impression.
- Check to see that all the lights work in your home, including garage and closets. During the open house and during all showings, make sure to have all the lights on.
- Doors should open and slide freely. Lubricate where needed.
- Most important is to leave the home during the hours of an open house. Prospective buyers are more comfortable when the seller is not present.
- Put away/lock up keepsakes and valuables

## How to make the most of an open house
Open houses are a tool. They not only supply buyers for a particular home, but you can pick up buyers and sellers for other homes as well. In short, this is a market place. You need to be there! What do we have to sell except service? How do you get inventory without meeting people? Weekends are when buyers are together as a family. If you can talk to both the husband and wife that is always better.

Case 4:19-cv-00332-SRB   Document 1076-4   Filed 08/24/23   Page 77 of 172
HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION          RMLLC-WDMO-00019882

Nothing stops you from holding open houses during the week; just make sure you advertise them well. The key is to have people see you working. You are out in public. They see the ads in the paper, and open house signs. They see your activity and will remember it when it comes time to sell their home.
Listen carefully to what the lookers say and ask a lot of questions.

If the house is sold at the open house (or after), canvass the neighbors and tell them several people have expressed an interest in the area. Tell them you have obtained the names of potential prospects, and ask if they are thinking of selling. Ask whether they saw the ad in the paper and if they did, they are actively looking and in the price range and area of the home. Ask where they are currently living. It is amazing how with this question, they will often give you a lot more information than you asked for. If you know the other homes in the neighborhood currently on the market or coming onto the market, offer to show them. Ask what they are currently looking for in a home, and what features of the ad brought them to this particular open house.

If they are just driving by, ask if they live in the area and are thinking of selling or buying a home. You will know they don't know the price or anything about the home, so are starting from a different point. Maybe they are just thinking about buying or selling and they are exploring the neighborhood, either to get an idea of what their home might be worth or to see what is available. Ask if this is the neighborhood they want to live in. If they are neighbors and are just curious to see the inside of the home, then that is fine, too. Ask if they are thinking of selling and would they like a market analysis of their home.
Ask if they know anyone in their neighborhood or elsewhere who is thinking of selling. This is an excellent way to meet people one on one, but be careful not to hover over them.

**People come to an open house for a reason. Your job is to find out what that reason is.**

It is immaterial whether an open house brings in two people or 20. It is the quality of the customer that matters. If you can pick up one or two new clients from an open house, that is wonderful. If you get a serious buyer or seller **- get the appointment.**
To summarize, when a potential client comes into your open house or calls you from an ad, you must ask questions.

- Where did you hear about the open house?
- Where are you currently living?
- May I show you through the home?
- Are you working with another Sales Associate?
- What about the ad appealed to you?
- What are you looking for in a home?
- Are you looking particularly for this area?
- Do you mind signing my attendance register?

**Inclement weather = great prospects**
There are many buyers who are so well motivated that nothing will deter their desire to acquire a home. This is the reason that Sales Associates love to get prospects during inclement weather conditions. If a prospect will come out on a rainy or snowy day, he or she is a serious buyer. It should also be understood that the prospect is seeing the property under its worst conditions, and should be so advised.

Case 4:19-cv-00332-SRB   Document 1076-4   Filed 08/24/23   Page 78 of 172
HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION          RMLLC-WDMO-00019883

**Open house dialogue**

- Hi, thanks for coming by today. My name is _____and your name is? (Common courtesy. Shake hands with both husband and wife.)
- Did you find the home through the ad or from the signs? (An ad tells you they are actively looking, and in the price range and area of the open house. If they saw the signs, they want to know the price right away).
- Here is some information I put together on the home. As you wander through the home you may find it helpful. Please let me know if I can help in any way. (Stay out of their way. Let them know you are there to help them.)
- Are you from the area? (If not, can you help them with schools, community clubs, restaurants, or any other information).
- Have you seen any other homes in the area? (If yes, are they working with any other Sales Associates or have they visited other open houses?)
- Would you like a map of the area? (Have your name and phone number and if possible your picture on each map you give away. Open it up and show them where they are as it relates to any other place they would like to know.)
- Would you like a list of other homes currently for sale in the area?
- Is this is the type of home you've been looking for? (Don't ask them if they like the home.)
- The sellers have asked that visitors fill in the guest register.
- Why don't I do this for you? Tell me what you're looking for and I'll keep my ears and eyes open. If something comes up that I think fits, I'll give you a call, and tell you where it is. You drive by, take a look, and if you like, we'll make an appointment, and look inside. Does that sound like something that would benefit you?
- Have you discussed your possible purchase with a bank? I can arrange to have them meet with you to assess what you qualify for in terms of a mortgage.
- If I hear of a similar home in the area, would you like to know about it?
- Have you seen the house around the corner that is currently for sale? Would you like me to arrange to show it to you next week?
- Why are you thinking of selling?
- When would you like to be in your next home?
- Have you narrowed it down to a specific area?

## Ways to increase attendance

- Select the right listing:
  - New to the market.
  - High traffic area.
  - Attractive to many buyers.
  - Make sure of the condition. How does it show?
  - Select a home with curb appeal.
  - Two short open houses are more effective than one long afternoon open house.
  - Traditionally Sunday is the most successful; in the summer time Monday night is also effective.

Case 4:19-cv-00332-SRB   Document 1076-4   Filed 08/24/23   Page 79 of 172
HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION           RMLLC-WDMO-00019884

- Invite the neighbors
  - Phone them (during the open house) or send an invitation mailer.
  - Put on a sign rider – "open house this Sunday 1 to 3 pm."
  - They get to know you, who you are and how you work.
  - This is an opportunity to have them help you market the house. Give them a feature sheet and ask to post it at work and talk about it to anyone that is house hunting. After all, they've seen the product and now they can choose their new neighbors.

**Lead follow-up**

There is no point to prospecting if you don't follow up on your leads. The object is to obtain appointments.

**Lead follow-up plan**

Outline your lead follow up system in detail:

- Define Lead Types: Buyer, Seller, Referral, Past-client, Cold call, Sign call, Ad call, Open house, People farm, Expired, FSBO, Hot, Warm, Cold etc.
- Set up your follow up cycles for calls and letters.
- Write a script for each type of lead call.
- Create or review all your follow up letters

Block out a one hour appointment each day for lead follow up calls. Once again this appointment is no different than a listing appointment. No distractions during this time and no excuse not to do it!

Note: Always say thank you for the business and always ask them to remember you if someone they know is looking to buy or sell a home.

2011-08-05

78

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION        RMLLC-WDMO-00019885


## Lesson 4: Working with Sellers

## Presentation to a seller

The appointment with a buyer or seller is something you need to prepare for and what many Sales Associates take for granted. If you are not closing at least 50% of your appointments you need to re-evaluate your presentation. If you have done a good job with your presentation, the customer should enter into a contract with you. Presentations must be the same every time to develop a selling system that can produce predictable results. Once you have made the appointment ask the seller the following questions in preparation:

- Are you planning to list your home?
- Are you planning to interview more than one Sales Associate?
- Where are you moving to?
- When do you have to be there?
- How much do you plan on spending?
- Will you describe the property in as much detail as possible?
- What improvements have been made to the property?

**Two step listing process** - Some Sales Associates do a two step listing presentation. The first step would be to gather information, look at the house, meet the sellers and take some pictures. The second step would be to return with a prepared market analysis. The advantage of the two step method is having a better relationship with the seller and more information for pricing.

**One step listing process** - The goal of a one step listing presentation is to list the home on your first visit. To do this you need to prepare in advance in order to determine an approximate listing price. The advantage of a one step presentation is it does not allow competitors to compete for the listing which will save you valuable time and get the home on the market sooner. You will need to experiment to decide which process works best for you.

## Pre-listing package

Some Sales Associates will send or drop off a pre-listing package. The customer learns about you and RE/MAX beforehand which enables you to spend less time on this during your listing presentation. A pre-listing package may have all the elements of a listing presentation without the market analysis. A pre-listing package should include:

- Introductory letter
- Past client list
- Testimonials/references
- Performance history - Yours, RE/MAX office, Market, Competition

2011-08-05

79

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION          RMLLC-WDMO-00019886

- o Market share graph
- o Sales to list ratio
- o Time on market
- o Sales volume
- Information on pricing (Dangers of Overpricing)
- Promo pieces on you and/or RE/MAX
- Sample marketing pieces
- Sample copy of listing

## Listing package

- Letter to client from you
- Listing agreement
- Disclosure forms
- Comparative Market Analysis
- Company Brochure
- Personal Brochure or Resume (information on you and why client should use you.)
- Sample property brochures, feature sheets, flyers
- Testimonials/letters of reference
- Information pieces
  - o Why use a Realtor?
  - o Remodel or Sell?
  - o Dangers of Overpricing
  - o RE/MAX market share graph
- Market statistics
- A market share graph to show the RE/MAX market share in your community.
- Your marketing plan
- Service guarantee
- Performance History - for the experienced Associate
  - o A new Sales Associate may use RE/MAX statistics for your area and compare to competitors/total market.
  - o # of transactions
  - o Sales to listing ratio
  - o Days on market stats
  - o % of sale price received
- Professional designations, education courses and certificates received.
- Seller's Guide - May include information described above plus:
  - o Steps in the selling process
  - o Preparing your home for sale
  - o The agency relationship
  - o Pricing
  - o Seller's Checklist - items you need to market home
  - o Showing information

2011-08-05

80

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION          RMLLC-WDMO-00019887

- o   Open House procedure information
- o   Lawyers
- o   Cost of Selling
- o   Deducting your move (tax information)

## Presentation steps

- Preparation and research
  - o   Prepare your listing package including marketing plan and CMA to take with you or mail/deliver if you use a pre-listing package.
  - o   Customize to the seller based on information gathered focusing on sellers needs and wants.
- Call and confirm appointment
  - o   Share with the seller your goals and agenda for the appointment.
  - o   Be on time and have a professional appearance.
  - o   Be personable and professional – establish rapport.
    - i.   Note their hobbies and interests, children, pets, leisure activities, career.
- Establish seller's objectives
  - o   Preview the home – note features, why sellers bought initially.
  - o   Timelines, motivation
  - o   Base your presentation content on this information.
- Presentation
  - o   Present your marketing plan and CMA.
  - o   Keep seller involved by asking questions as you go.
- Sales Associate selection
  - o   Present your credentials, RE/MAX credentials.
  - o   Ask "Can you see us working together?"
  - o   Handle objections
- Confirm asking price
- Explain & sign the listing agreement
  - o   Ask for house key

Without a standardized presentation with a set series of questions, you will have a tendency to take listings for too high a price, too short a term, or with people whose expectations are not compatible with what your skills and experience can offer them.

Explain the features of your marketing program in terms of benefits to the seller. I do this SO THAT…
For example, I will call you each week through the listing period SO THAT you know exactly what is happening and how prospective buyers are reacting to your property.

Identify prospective buyer – age, marriage status and lifestyle and show the seller how your marketing plan will reach these customers. Be sure to address any issues the sellers have brought forward in your

2011-08-05                                                                                             81

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION                    RMLLC-WDMO-00019888

discussions with them. Show the seller the benefit of working with you. This is, after all, what they will be paying for. You need to show them how your skills, experience and strategy will benefit them. They need to know and understand the benefits of your approach to selling their home. Differentiate yourself as much as possible!

Create a step-by-step presentation that is well prepared, concise, price focused and clear about what service you offer to the client.
For every listing appointment, showing appointment and contract negotiation, you must be 100% prepared each and every time. Preparation is achieved through:

- Planning
- Practice and Repetition - Knowing your scripts and presentations well.
- Anticipation/Pre-Qualification - Asking the right questions and listening to the answers.

Prospecting and lead follow up will get you there. Knowing what to say will give you the confidence and ability to perform.

Please keep in mind … Making mistakes will be part of the game. You will learn more from your mistakes than anything else you can do. The more presentations you make … the quicker you will perfect your presentation!

**Establish trust**
The seller will list with you only if they trust you. If you know of any reasons why the seller may be hesitant to list with you, make sure your presentation covers them. For example:

- You are new to the industry.
- You are unfamiliar with their neighborhood.
- You have vacation plans during the listing period.

Don't let the seller's questions bring out these negatives as this will lessen the trust factor. Bring out the negatives early and have solutions.

**Determine the seller's motivation**
Most sellers want to sell their home for the most money in the least amount of time and with the least inconvenience.

- Why have you chosen to move now?
  - Reasons are numerous and include job relocation, family expansion, functional obsolescence, foreclosure, retirement/death
- What would happen if you didn't sell?
- Are there any issues which need to be resolved before making a move?
- Have you definitely decided to move at this time?

**Experience and expectations**
"Tell me about your experience in buying and selling?" Some Sales Associates like to go through a listing package as part of the actual presentation while others will leave the information with the seller once the

2011-08-05                                                                                                          82

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION                    RMLLC-WDMO-00019889

listing has been signed. Create a form that asks for all the improvements/features of the home to be completed by the seller and include it as part of the pre-listing package. This helps you identify why they like the home and their perception of its selling features. Use this information in your feature sheet.

**Length of your presentation**
It is important you respect the consumer's time and your own as time is money, however, this is an excellent time to build rapport. A good listing package will answer many of the questions your clients have. While you do need to build rapport with your client you don't want to overstay your welcome. So, while it is good to show an interest in them as people, focus on your presentation. Maintain control by asking questions. Sell yourself and RE/MAX first - keep the price for last. Be positive and assume they will list with you and act accordingly.

**Seller questions**
During the listing presentation you will receive a number of questions from the sellers. As much as possible, anticipate them and include in your presentation.

Be able to answer the following questions for a very professional presentation.
- How long have you been in real estate?
- What is the average number of days on the market for your listings?
- What is your list to sale price ratio?
- May I have a copy of your marketing plan?
- For corporate transfers; do you understand the Corporate Buy-out Agreement?
- What do you know about our area?
- Have you sold any homes in our area?
- What is your professional fee?
- What is the standard duration of a listing contract?
- Does my home need any repairs?
- At what price range would you market my home?
- Do you have any references?
- If you don't have a track record, use your office statistics

These are some of the things that you can put into your personal brochure.

**Sell your credentials and marketing plan**
- Community expertise
- Many satisfied customers (use testimonials)
- Personalized service
- Company that has listings/out of town buyers in their price range
- Successful marketing plan
- Outstanding feature sheets
- Call back service
- Open houses

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION                RMLLC-WDMO-00019890

**Listing or marketing plan**

This is a list of steps to be taken from signing the listing all the way to offer acceptance. Ensure you have the contact information and documentation to complete them.

- Sign installed
- Title search
- Lockbox installed
- Enter listing into computer/MLS (IF APPLICABLE)/website
- Notify your buyers
- Thank-you for the listing card
- Feature sheet
- Progress report – form
- Advertising – when, where
- Follow-up on all showings
- Price reduction

When competing for a listing, ask the seller, "Do you believe I can sell your home?" or "Can you see yourself working with me?" Always want a listing or sale, but never need one! If a customer senses need, they will attack your commission rate as it shows lack of confidence on the part of the Sales Associate and it puts the seller in control of the negotiation.

Sellers look for a Sales Associate who is positive, upbeat and enthusiastic about selling their home. Enthusiasm is contagious and can be the key to your success. Never disclose your personal problems - credit or otherwise. Remember the customer is hiring you to sell their home, not to chase buyers away. Selling is transference of feeling. You need to believe in yourself and then you must convince your customer to have the same belief. You must demonstrate to them why you should sell their home.

Follow-up to a presentation is critical as you can still have an impact on a customer after it is over. Sales Associates have found that their success rate improves 50-80% with a good follow-up program.

Customers will take advantage of the most recent information; therefore, you always want to be the last person to present. Be last even if you are scheduled to be first. If you can't be last, your follow-up must be as powerful as your presentation. This is basically the principal that you will find something in the last place you look. The customer will eventually get the last bit of information he/she needs to make a decision. They will hire whoever is there when they do.

Most customers will only interview one or two Sales Associates. If your presentation is first and you sense the customer is not signing because of a previous commitment to another Sales Associate, tell the seller you will advise the other Sales Associate they have already signed with you. Make it easy for the seller to sign!

# Pricing

Case 4:19-cv-00332-SRB   Document 1076-4   Filed 08/24/23   Page 86 of 172

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION        RMLLC-WDMO-00019891

As you gather information from the sellers, keep in mind that presentations should be focused on price, rather than on secondary issues such as marketing or advertising. Price is the dominant reason a home sells or fails to sell. Your presentation needs to reflect this reality. 80% of the marketing takes place the moment the asking price is set.

Aside from getting the listing signed, the most important part of a listing presentation is determining an asking price. To prepare for this discussion you need to prepare a Comparative Market Analysis or CMA. A CMA compares the seller's home to recent sales in the neighborhood, homes currently listed and possibly homes that did not sell due to being overpriced. The better your analysis and salesmanship, the better your pricing will be.

Although it is the seller who sets the price, it is the market that dictates the value. If the home is listed at an inflated price, it will take longer to sell than if it was priced correctly to start with. Most failed listings are the result of too high a price or poor servicing. The other factors related to price are current market conditions and the condition of the property.

**Current Market Conditions**
Real estate markets fall into three categories – Buyers Market, Balanced Market and Sellers Market.
**Buyer's market** – This occurs when there are many homes on the market for the buyer to choose from. It is basic supply and demand economics. An over-supply will drive the demand down. A buyers market is when the number of homes on the market exceeds five or six month's supply. For example, if there are 1000 homes on the market and 150 homes a month are selling, there is 1000/150 = 6.6 months supply and a buyer's market.

**Balanced market** - Occurs when the supply of homes equals about 4 – 6 month's supply. For example if there are 1000 homes on the market and 250 homes per month are selling 1000/250 = 4 months supply and a balanced market.

**Seller's market** - occurs when there are many buyers and few sellers. For example if there are 1000 homes on the market and 500 homes sell every month, there is a 1000/5000 = 2 month supply and a seller's market exists.

In a **buyer's market**, the buyer has many homes to choose from and a seller must price his home competitively. **Prices go down**. But in a **seller's market**, the buyer has few homes to choose from and is competing with other buyers to get one. **Prices go up.**

These factors need to be taken into account when pricing the seller's home. In either a buyer's or seller's market, a Sales Associate must look at trends – how fast are homes appreciating or depreciating? How much has the average sale price gone up or down in this city or neighborhood? Since last month? Since last year?

**A buyer's market is ideal when a seller is trading up!**

Case 4:19-cv-00332-SRB   Document 1076-4   Filed 08/24/23   Page 87 of 172
HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION              RMLLC-WDMO-00019892

In a buyer's market, prices are going down and the seller will be required to take less for his/her home. However, if the seller is moving up, they will pay less for their next home…and will save more.

For example:
A seller's home was $200,000 and based on the current buyer's market must take 5% less or $190,000, a loss of $10,000. Their next home would have had a purchase price of $400,000, however, due to the buyer's market they can buy it for 5% less or $380,000 – a saving of $20,000.

The seller saves $10,000 by selling and moving up in a buyer's market.

Now if prices bounce back and go up 5%, your seller will gain $380,000 x 5% = $19,000 whereas if they stayed where they were they would only gain $190,000 x 5% = $9500. A net gain of $9500 (double)!

**Sale to List Price**
The other factor in assessing market conditions is sale to list price. Your objective as a Sales Associate is to have these ratios as close to 100% as possible. For example a home listed at $500,000 may attract offers of $475,000 or 95% of asking price. You need to know this when establishing an asking price. In a seller's market you will be relying on comparative data that is historical such as a similar home to your sellers sold for $500,000 four months ago. But home prices are going up. You can, therefore, ask a higher price.

**Average Sale Price Trend**
Statistical data on the rise and fall of home prices over the last few years helps to set up the discussion about price. It's important to show prospects what has happened since their purchase so they can understand -relative to when they bought - how much they can hope to make or lose on the sale of their property.

Help them understand this is an issue that is governed by the marketplace, and not something you have control over. You can't help sway the market, but you can help them understand it and position their home optimally within it.

**Total Homes Listed Versus Sold**
Many home sellers automatically assume if they put their home on the market, it will sell.
You know this is not always the case. This is an important wake-up call to give your prospects, which will set up your discussion about how important it is to select the right price and Sales Associate.
Use statistics once you have been in the business for a year or two to show how your listings sell quicker and for a higher percentage of list prices than the average. Alternatively, use your office statistics.

**Seasonality**
Peak sales periods are spring and fall. Again, this information is used to help the prospect make the right decision and set realistic expectations with respect to the sale of their home. Remember, your knowledge and presentation of this information positions you as the expert information provider.

**Condition of the Property**

Case 4:19-cv-00332-SRB   Document 1076-4   Filed 08/24/23   Page 88 of 172
HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION              RMLLC-WDMO-00019893

The price must match the condition of the property. Homes that show better sell faster and for more money. Make sure your seller is fully informed on how condition affects price. Fastidious buyers simply won't buy homes that aren't in prime condition which results in less demand and therefore, a lower price.

**Staging**
This has made home staging an important industry and an essential part of the marketing process. Staged homes sell faster and for more money. When selecting comparables for your CMA, you will base your selections on location, size, amenities and condition. The only area where the seller can make a substantial impact is on condition. Have the seller view a show home and explain to them that it is the standard. Staging results in one of two things:
- The seller's home becomes the best value in their price range.
- The seller's home becomes the least expensive in a higher price range.

Either way, the seller comes out ahead and receives full value for their property. They won't get a second chance to make a first impression. Some buyers will look past the condition of a home and will buy it, although they will reduce their offer price accordingly. Other buyers, the Felix Unger's of the world will simply not even consider it. Fewer buyers = less price.
Review with the seller what they need to do to make their home show its best, starting with curb appeal.

**Other Factors in Pricing – Location, Size and Amenities**
Location contributes the most to price such as waterfront homes or those with views have much higher prices, followed by size. Contributing least are amenities and condition. Amenities often don't make the house worth more. They will, however, increase the salability of the home.

**Initial Impression**
The most important marketing period is when the seller's home first hits the market. A large group of waiting buyers will decide whether it warrants a viewing. If the home doesn't sell then, the seller must wait for new buyers to enter the market and decide on a viewing. If the home is priced and staged correctly, it will attract offers. If not, it is very hard to get these buyers interested, even later when the price has been reduced or improvements made. You must make the seller understand that the longer a home is on the market, the less its perceived value. Again this comes down to the trust you have established and your ability to convince the seller your CMA reflects the correct price. The great Sales Associate has the ability to persuade a seller of the need to act in their best interest by not "trying it at a higher price because we can always come down". By then it may be too late, especially in a buyer's market. If it is priced too high you should know quickly based on showings and feedback from other Sales Associates. Get the priced reduced as soon as possible.

**Taking Overpriced Listings**
Some Sales Associates won't take an overpriced listing for the following reasons:
- It reflects badly on their image
- They cost more to market
- They monopolize your time

Case 4:19-cv-00332-SRB   Document 1076-4   Filed 08/24/23   Page 89 of 172
HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION                    RMLLC-WDMO-00019894

These are all valid concerns, especially in a buyers' market. On the other hand many Sales Associates will take an overpriced listing:

- They provide a marketing opportunity
- When the seller is motivated and must sell
- Price may be reduced

A new Sales Associate should take advantage of all marketing opportunities as it provides an opportunity to attract buyers. After three weeks an appointment must be made to review the price. Schedule this right at the beginning when you get the listing. Many Sales Associates leave this too long and upset their sellers who realize that an absence of offers means the price must be reduced. There is nothing worse than letting a listing expire, only to have the next Sales Associate reduce the price and sell it quickly.

**Dangers of Overpriced Listings**

An overpriced listing is one in which the asking price is clearly above what comparable sales information and current and projected market conditions justify. Pricing is a critical part of your presentation and one you should spend some time on. This entails a thorough review of the Comparative Market Analysis (CMA). Always remember that the price is the only determining factor in selling a home. You don't want to take overpriced listings and you should only take them when the seller is highly motivated or will agree to a prompt price reduction. Market conditions also need to be taken into account. Take a longer listing time frame if possible under these circumstances. An overpriced listing with an unmotivated seller can cost you time and money. As part of your marketing plan, have time lines for price reductions.

The only reason a property doesn't sell is price. Show your seller the competition his home is entering into. What has sold in the area lately and what do those homes offer? Show what is currently on the market and how these properties compare.

There are numerous potential dangers, problems and liabilities in taking and attempting to market overpriced listings such as:

- It can result in a home not selling at all.
- It can result in very few, if any, showings.
- It can result in a home selling for less money than it should.
- It can result in a home sitting on the market for long periods of time, resulting in a very frustrated seller.
- It can result in numerous price reductions which will eventually make buyers wonder what is wrong with the property.
- It can lead to a difficult, emotional and unsuccessful negotiation process.
- It can hurt sellers, because Sales Associates are not motivated to list or show their home.
- It can hurt the overall image of a real estate firm and listing Sales Associate, because of having a reputation for overpricing.
- It can result in a real estate firm and listing Sales Associate receiving less call-in and walk-in leads.
- It can cause a home to become stale on the market.
- It helps realistically priced homes to sell faster by acting as a negative comparison.

Case 4:19-cv-00332-SRB   Document 1076-4   Filed 08/24/23   Page 90 of 172
HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION           RMLLC-WDMO-00019895

- It can lead to serious listing Sales Associate frustration.
- It can lead to the seller wanting to take their house off the market.
- It can result in the seller wanting to cancel their listing agreement, because the first thing that sellers blame when their home does not sell is the Sales Associate - not the price!
- This will then cause a loss of referral business.
- If you do get an accepted offer, it could lead to numerous appraisal problems.
- It can lead to extreme emotionalism and anxiety - selling your home ranks in one of the top ten most stressful things people do - and a home not selling makes it even worse!
- It can result in real estate firms and Sales Associates having to agree to reduce their listing and sales commissions which is unfair as an overpriced listing gets advertised for longer.
- It can result in real estate Sales Associates having very short careers.

## Negotiating with sellers

Negotiation is the ability to influence the opinions, decisions or actions of others. Negotiation is as much an attitude as a skill. Remember everything is negotiable at some level. Make this thought pattern a habit. Negotiation involves changes in thought and the ability to be flexible. The outcome of any successful negotiation is a WIN-WIN situation. All parties involved should experience a certain level of satisfaction.

### Overcoming Objections

**Typical objections:**
- Price is too high
- Commission is too high.
- Need to speak to my lawyer
- Bad market

**How to handle:**
- Echo (Question back objection) - Find out what the objection really means.
- Paraphrase - be more specific.
- Advise / Counsel - "seek to understand" what the objection means and how it will affect them.
- Sell features and benefits. Deal with the objections rather than avoid them and then move on to the benefits and the wonderful features.
- Negotiate - look for the solution and as a final step give concession for concession.
- Know when to walk away and find new prospects...there are plenty more.

### Seller Objections
- **We want to look before we list.**
  I can certainly understand that. Are you open to carrying two mortgages? Unfortunately, once you've found a home, there often isn't enough time to list your house and get it sold in time to secure the one you liked. May I make a suggestion? I presume you'd like to get as much

Case 4:19-cv-00332-SRB   Document 1076-4   Filed 08/24/23   Page 91 of 172
HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION          RMLLC-WDMO-00019896

for your current home as possible. And, you'd also like to get the best value out of your next purchase? Yes. Why don't we discuss a strategy that does just that?

- **I have a friend or relative in the business.**

  Most people have friends in the real estate business. Why did you happen to call us? Articulate advantages you have such as the fact that you specialize in the area, your experience and your track record.

  Do NOT in any way denigrate the friend or their company. You need to find out why you are there if indeed they have a friend in the business. They may be looking to you for an answer that they can give their friend when he/she finds out that you have the listing. Focus on selling RE/MAX and your marketing plan. Advise the seller you will be happy to work with their friend if they have a buyer for their property. It can be disconcerting to enter business relationships with friends. The need to discuss financing issues, pricing and negotiation issues is better with someone at more arms length.

- **Can't we just try it at this price? They can make an offer.**
  - That's true, they could make an offer. That is, if they see your home. If you were going to look at homes that met your specifications and some were under $120,000 and some were over $120,000, which ones would you look at first? Don't you feel most buyers would do the same things as you? Let's do this: price it at $119,000 and hold tight. I'd rather see you get 10 offers and have to turn them all down than get no offers. Make sense?
  - Even if I could find a buyer to pay that price, we have a problem. Let's look at it together. Do most buyers purchasing a home today pay cash, or do they get financing? Financing. What's the first thing a bank does to protect their investment? They do an appraisal, right? The appraiser's job is to look at the same information we have here. Now, put yourself in the shoes of a buyer that has just been told you overpaid for the house. How would you feel?

- **Another Sales Associate said they would list for a higher price.**
  - Make it part of your listing presentation to explain the dangers of overpricing. Go back to the market analysis and review its findings to substantiate your price. That your price is based on comparables, the current market conditions and a sale within a reasonable time.
  - Are you planning on selecting your Sales Associate based on experience, performance and what they can do for you or based on the price they tell you?

- **We need more money**.
  - I can certainly relate to that. Unfortunately, however, what you need has no bearing on price. Do you understand why? Let's imagine that the home you want to buy is worth $150,000 and I come to you and explain that some really nice people have owned the house and they are moving to Hawaii. Hawaii is really expensive and although their home is only worth $150,000 they need $175,000. Would you help them out?

- **Negotiating a low offer or price reduction with seller**.

Case 4:19-cv-00332-SRB   Document 1076-4   Filed 08/24/23   Page 92 of 172
HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION              RMLLC-WDMO-00019897

- o Don't be upset at these people. They're trying to buy your home. If you want to be upset at anyone, be mad at the 15 to 20 people that traipsed through your home, and didn't even have the courtesy to make you an offer.
- o We have 3 options: We can accept it, reject it or counter it. If only part of it is acceptable, why don't we counter it?
- o I'm really excited for you. I think your counter offer is a good one. If these buyers don't go for it, would you sell your property to another qualified buyer for the same price tomorrow? Yes, of course. Okay, then with your permission, I'm going to change the price on the listing to the same price as your counter offer. That way, if these negotiations don't work out, at least we got something accomplished, and you'll get more activity at this new price.

- **We want to only give you a 30/60 day listing.**
  - o You must know the average days on market for homes in your area. If they want to list for less time ask why they need the home sold quickly and attempt to price accordingly.
  - o The normal recommended time is 90 days, but if it is not sold by then we can always extend the listing.
- **I've never heard of you before.**
  - o Maybe not, but you have heard of RE/MAX and we offer world class service. Advise the seller you are part of a larger team of Sales Associates from your office. Buyers also like to deal with RE/MAX Sales Associates as they know that we offer high standards when it comes to service.

- **Let's list high; we can always come down later.**
  - o That's a valid point. Are you aware that only 3% of buyers in today's market will even look at a property that is 10% overpriced. Can I explain? 17% of today's buyers will look at properties that are priced fairly. 80% of today's buyers are looking for properties that are priced 5-10% below fair market value. If you were a buyer, which properties would you look at? In today's market we can't afford to lose 80% of the potential buyers. Let's start at $_____. Are you prepared to list your home at that price tonight? All we need to do now is simply sign the contract, so that I can help you get what you want, in the time you want.

- **We want to think it over.**
  - o You're right; this is a big decision, isn't it? Yet the decision must be made based upon what you want, correct? Let's do this, sign the contract tonight, contingent upon your approval within 24 hours, that way we both win. Can I tell you how? You have 24 hours with no pressure, so you can feel comfortable and sleep on it tonight, then I'll call you in the morning and you simply tell me yes or no. If you say no, I'll rip up the contract, and you have no obligation to me, if you say yes, I'll begin marketing your property immediately without having to come back and take up more of your time. All we need to do now is simply sign the contract, so I can help you to get what you want, in the time that you want.

Case 4:19-cv-00332-SRB   Document 1076-4   Filed 08/24/23   Page 93 of 172
HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION                    RMLLC-WDMO-00019898

- **You're too new, or inexperienced versus other experienced Sales Associates.**
  - That is a valid concern. Let me ask you a question; are you aware there are two kinds of real estate Sales Associates? There are passive and active...not new versus experienced. I am an active Sales Associate, which means that when you sign that contract tonight, I will spend all of my time marketing your home to the public and to the other Sales Associates in the town. Isn't that what you want?
  - You want someone who will actively and aggressively get your home sold, right? We have incredible training at RE/MAX and are known to be the best at what we do.

- **I want you to cut you commission.**
  - No ... any other questions?

## Cutting Commissions

Once you start cutting commissions, you can never stop. The key is never to start and never to play favorites. Charge everyone the same and let them know it; family and friends included. You will get a reputation for not allowing it and even past clients when they refer you will tell their friends "He/she will never cut their commission, so don't even try."

If RE/MAX Sales Associates don't get full commission, who will? We are the best and are supposed to be the best negotiators. We tell our clients we will get them the best price and the best terms at the least inconvenience to them and certainly not at the least amount of money to us! Assume you will receive your asked commission and don't invite negotiation - inform the seller as a matter of course.

One key to getting a full commission is to provide great service. Service levels in the real estate industry are very inconsistent. Sales Associates who don't know heating costs on their listings, put lock boxes in awkward places or not at all, don't return calls, don't warn their sellers of showings, don't report back or make it generally difficult to sell their listings are not giving the industry a good name.

You have to believe in your service if you are going to believe in your fee; otherwise you get what you deserve. The most important factor in getting a full commission is having a good listing presentation that is convincing. Have your service critiqued by asking your clients to rate you on the following:
- Overall impression
- Did I look after special needs?
- Would you use me again?
- Product Knowledge
- Would you refer me?
- Response time
- Professionalism
- Listing presentation

Finally - Did I earn my commission? This becomes a powerful weapon in commission negotiation. Explain the commission breakdown to your clients.

Case 4:19-cv-00332-SRB   Document 1076-4   Filed 08/24/23   Page 94 of 172
HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION          RMLLC-WDMO-00019899

- 50% to outside Sales Associates
- X% for expenses
- Balance to associate

Develop a pie chart to show where the commission goes. Explain that a lot of the commission goes into paying the expenses for marketing the home.
- Selling Company
- Selling Sales Associate
- Listing Sales Associate
- Advertising/Sign
- Gas
- Printing
- Office Expenses

Your seller needs to know that you will only be paid in the event the home sells.

No is an answer! When asked to reduce your commission, simply say no and wait for the client to talk further. (Negotiators will tell you that the first person to talk in this situation loses). Most of the time the client will say "well, you can't blame me for asking" and move on. If your presentation is great it probably won't even come up. The biggest problem is that Sales Associates cave in too quickly. If you look after your clients, they keep coming back and commission will not come up. Tell your customer that if a Sales Associate can't even negotiate their own commission, how do you expect them to get you the most money for your home?  Be sure to charge extra to clients for hard to sell properties, out of town properties etc. Have the commission typed into the listing agreement before you go on the call.
"This is what my company charges."

**Commission Objections**

**Seller asks you to do it for less.**
I only get paid if and when I sell your home. Let's figure out what you need to walk away with, and let me negotiate a price that's acceptable to you and a fee that's acceptable to me.  Ask the customer what services they want to cut like feature sheets, advertising etc. The money has to come from somewhere.

**If you both list and sell our home will you cut the commission?**
 No. Note this is often a closing question from the customer, and the Sales Associate, recognizing it as such, will give in as they know the next thing to happen is the listing is signed.

**The other Sales Associate will do it for less.**
If the other Sales Associate is capable of negotiating the same price as me, then you should list with them. Our track record shows that we get our sellers 98.2% of their asking price, versus the board average of 94%. That's 4.2% more on average. Even if we are one percent higher, you're still 3.2% ahead with us, isn't that right?  Or which scenario works best for you? Do you want to save 1% and lose 4.2%, or do you want to invest 1% and gain 4.2%. What does 3.2% net for you?

Case 4:19-cv-00332-SRB   Document 1076-4   Filed 08/24/23   Page 95 of 172
HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION         RMLLC-WDMO-00019900

**We'll save the commission by selling it ourselves.**

If the seller is selling the property themselves as a For Sale by Owner (FSBO), you need a system of regular contact to build rapport. Explain to the seller that most buyers use the services of a Sales Associate. Buyers will reduce their offer price by the commission so the seller is no further ahead. That your job as their Sales Associate is to negotiate the top dollar for their home and buyers prefer to negotiate through a Sales Associate than directly with the seller. Would the seller pay a commission to a Sales Associate with a buyer? If so, they are paying ½ the commission without any representation for themselves. Discuss how many homes are selling in the area and what percentage of sales are by Sales Associates.

**Don't open the commission cutting door.**

It is important to have confidence in yourself and your abilities. This confidence and self assurance, plus the knowledge you have and the service and professionalism to back it up, is the reason why you never have to compromise.

**Sales Associate's signature first.**

The easiest signature to get on a listing or offer is the first one. The best way to do this is to review the total document with the customer point by point and get agreement. Start to fill in the blanks and then turn the document and pen over to the customer.


# Follow-up System

Have two systems that are implemented after a listing presentation, one for if you were successful and one for if you were not. If you don't get the listing, have a post presentation follow-up plan. Over the next 10 days, the seller receives four mailings. This information is in addition to the pre-listing package they received.
1. Thank you letter
2. Information or graphs comparing you to other Sales Associates in the market place
3. Info on preparing their home for sale
4. Info on the team

Then call the customer. The result of this system is an increase from 5/10 to 8/10 listings taken (if they list). It also helps to sell your services and shows sellers you have an efficient follow-up system.
Once they list, follow up with a thank you note or card and info on how to prepare their homes for sale, make an appointment to measure, photograph etc.

**Set up a weekly or bi-weekly market report for your active listings.**

Send each client a report with the following:
- Number of homes currently listed
- Number of pending sales in the last 30 days
- Percentage of homes selling per month
- Average sales price over the last 30 days

Case 4:19-cv-00332-SRB   Document 1076-4   Filed 08/24/23   Page 96 of 172
HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION          RMLLC-WDMO-00019901

- Number of days on market for homes sold over the past 30 days
- A list of your marketing activities over the past two weeks to get their home sold

Note: Your local board or MLS (IF APPLICABLE) should be able to provide you with statistics.

Set up an aggressive price reduction campaign.
- Call after every bi-weekly status report and ask for a price reduction.
- Include an addendum in the listing contract where the seller agrees to meet with you in your office every month to review the price.

Make your daily contacts as outlined in month one or assigned by your business planner. Send copies of new listings to:
- Client mailing list
- Lead list
- Top Sales Associates
- Lower priced listings in the area

# After closing

Exceptional after sale service the first 60 days after closing:
- Call your clients the day of closing to make sure that there isn't anything that they need before going to the closing.
- Call them the morning after closing to make sure that everything appears in order. Most real estate Sales Associates dread making this call. Don't be one of them.
- Call them, either on moving day or shortly thereafter, to find out if they have found anything that might require your assistance.
- Call or e-mail them at week two to make sure that everything is still OK and if there is anything you can do for them.
- Call or e-mail them at week four to find out how they like their new neighborhood.
- At week six and week eight do a quick e-mail or call to make sure that everything is in order, and then transfer the closed client to your "past client" care program.
- Call them and sincerely thank them for the business.

Send a handwritten note thanking them. Thanking them in person is even better.

### Customer Satisfaction
At the end of this process, if you have done your job correctly, the seller will be happy to refer you. What makes satisfied customers?
- Results – their home sells faster than the market standard at the time.
- The process was one with little inconvenience and problems were dealt with quickly.
- As their Sales Associate, you were knowledgeable, professional and thorough.
- Regular communication- .accessibility.

Case 4:19-cv-00332-SRB   Document 1076-4   Filed 08/24/23   Page 97 of 172
HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION            RMLLC-WDMO-00019902

- They feel respected
- You appreciate the business and followed-up after the closing and thanked them.

**Handling Complaints**

In a service industry such as ours which is heavily reliant on referrals, the ability to handle complaints with tact is critical skill. If you receive a complaint, use the opportunity to turn a negative into a positive by conveying your genuine concern and demonstrating your competence in problem-solving. Follow these six steps to successfully handle a complaint:

- Respond quickly. Don't let the issue fester and blow itself out of proportion.
- Handle the situation in person. Don't delegate.
- Stay calm, even if you feel the complaint is not justified.
- Show genuine concern. Ask what the client feels should be done.
- Accept responsibility to clarify or rectify the situation even if responsibility for creating the problem is not directly yours (e.g., It was created by another party to the transaction).
- Negotiate and settle the problem promptly.
- Follow up after the fact.

## How to Avoid the 8 Biggest Selling Mistakes

**Mistake #1. Wrong Price**

Experience shows the right price sells a house faster than any other factor. When the listing price is more than 5% over market value, the price alone discourages buyers. This is because overpriced homes scare away potential buyers who think they can't even afford to look. Buyers who do look at an over- priced house know they can get more house for their money elsewhere. THE MARKET SETS THE PRICE!

**Mistake #2. As-Is Condition**

In today's competitive market buyers won't even consider a house that needs fixing up. In contrast a sparkling showcase home gets top dollar. What most buyers are looking for is an inviting home in move in condition, one that looks as good as a model home. Buyers who are willing to make the repairs after moving in automatically subtract the cost of needed fix ups from the price they offer. Either way you save nothing by putting off fix ups and it will likely slow the sale of your home.

**Mistake #3. No Curb Appeal**

Your house only gets one chance to make a good first impression. That's why curb appeal is one of the most critical points in selling. Buyers are apt to fall in love at first glance - or not at all. If your home lacks curb appeal chances are the first impression will not be counteracted by a perfect floor plan or tasteful interior. Spruce up the view of the house from the street including shrubs, lawn, shutters, windows, front door and mailbox. Add potted flowers out front, a wreath on the door, outdoor lighting fixtures - whatever will enhance your home and say "buy me."

**Mistake #4. Not Making Your Home "Fit to Sell"**

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION          RMLLC-WDMO-00019903

A clean bright decor is what buyers want. Perhaps the best dollar for dollar investment for selling your home is fresh paint. Neutral colors are best. Next to fresh paint, new carpeting, replaced for either wear or color - makes a big difference. Elbow grease can be as effective as spending cash to brighten your home. Start by ruthlessly getting rid of the junk you've accumulated. Clean each room top to bottom. Dare to make your home look better than you've ever had it looking before. Focus on three rooms most inspected - kitchen, master bedroom and bathroom. Forget those and you may as well forget the buyer too.

**Mistake #5. Lavishly Over Improving**
While it is important to fix whatever needs fixing to get your home ready for sale, undertaking a major project can cost more money than you could recover from the sale. Spending too much on a remodeling project drains money out of your pocket. If your improvements will push your home's value more than 20% over the average neighborhood house values, don't expect to recoup the entire cost. Some major projects, however, like replacing a roof should be undertaken if they are needed.

**Mistake # 6. Not Using a Professional**
Without professional advice, you probably won't sell. Even if you do, surveys indicate sellers often net less from the sale than those who use a real estate Sales Associate. Selling a house is a team effort between you and the listing Sales Associate. You'll find Sales Associates do a lot more than most people think - from bringing qualified buyers to keeping things on track until possession date.

**Mistake #7. Not Disclosing Defects**
Make sure you disclose any hidden or material defects to prospective buyers. When you know there is a problem, don't keep it to yourself and risk being a party to a misrepresentation lawsuit. If there is a defect, obtain a quote to get it fixed and either get it done or pass this information to a purchaser. Water seepage, foundation problems and a leaky roof are the ones that are the most critical to deal with.

**Mistake #8. Play Hardball**
When you put your home on the market, it will attract waiting buyers looking for a home in your neighborhood. Your Sales Associate will use the newness of your listing to attract showings and offers. Sometimes a seller will decide to play hardball assuming other offers will be forthcoming. This can backfire. Too often we see sellers take months to sell their home at a much lower price after rejecting early offers. No one wins if you approach negotiations with boxing gloves on. Treat every offer with respect. These are buyers who want to make your home their own. Do negotiate the best terms possible and rely on the advice of your Sales Associate.

# Negotiation Rules of Thumb

- You negotiate all the time.
- Anything you want is presently owned by someone else.
- There are predictable responses to strategic maneuvers in negotiating.
- There are three critical factors to every negotiation: awareness, information and timing.

Case 4:19-cv-00332-SRB   Document 1076-4   Filed 08/24/23   Page 99 of 172
HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION          RMLLC-WDMO-00019904

**Three stages in negotiation**
- Establish criteria
- Get information
- Reach for compromise

Always keep calm and in control of yourself and the situation. Lose control of yourself or the situation and you will lose the negotiation. Always be asking yourself – "What if?" For example, you're very close on price but can't get the buyer or seller to move. Ask "What if:"
- Possession was earlier?
- We finance through seller's bank to save penalties?
- We exclude the fridge and stove?

**Negotiation tactics**
- **Tactic:** I love you, you are a great guy, but I need you to cut the commission.
  **Response:** I love you too, but no!

- **Tactic:** There is a promise of future business - reduce the commission on this one as I have got more business coming your way.
  **Response:** Don't give concessions unless the future business is contracted now. Always give concession on the last transaction as there are no guarantees that the future business will be forthcoming.

- **Tactic:** They tell you that you are competing with other Sales Associates.
  **Response:** Highlight the benefits of your service, that you want their business but are prepared to walk away.

- **Tactic:** They give you a deadline but you need more time.
  **Response:** Test by asking for a minor extension and ask why they have the deadline. You may be able to offer an alternative if you know the reasoning.

- **Tactic:** Emotion. The first meeting is very warm and responsive. When you come with the offer they become unpleasant. This is designed to make you emotionally unbalanced and get you emotionally involved.
  **Response:** Stay calm and in control no matter what is thrown at you. You need to be the director of events.

- **Tactic:** They start to sign and then stop to see if they can get one more concession.
  **Response:** Resist reopening the negotiations in a calm, but firm manner.

- **Tactic:** They use the begging approach.
  **Response:** You need help too.

- **Tactic:** They nibble away at you, asking for one concession after another.
  **Response:** Either resist and say no or use moral appeal and say that this is the last concession, but ask for a concession in exchange.

Case 4:19-cv-00332-SRB   Document 1076-4   Filed 08/24/23   Page 100 of 172
HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION            RMLLC-WDMO-00019905

## Lesson 5:  Working with Buyers

When you first begin your career in real estate, you will more than likely start working with buyers. There are many reasons for this which is centered on your prospecting and trust issues. Typically sellers pay the commission and look for more experience which is why a Sales Associates will usually start out working on a team and as buyer Sales Associate. Regardless, you are a Sales Associate who wants to build a business and the buyers you work with will be your future sellers. It is important to build a good relationship with them so they will trust you with the sale of their home in the future.  Being friendly, helpful, understanding, listening to their needs and maintaining constant communication and service are the keys to success. You want to become the buyer's Sales Associate for life.

Try to be discerning and to establish as early as possible in the game how serious this buyer is. They are more likely genuine buyers if:

- They are an out of town buyer due to a work transfer.
- Their home is listed or sold.
- Someone has referred you or past client.
- They have been pre-approved for financing.
- They sign a buyer representation agreement.
- You can establish a sense of urgency for the above or other reasons.

## Where do you find Them?

There are numerous ways to find buyers. Typically, they come to light in your day to day business through such vehicles as:

- Calls on property ads – newspaper/magazine
- Sign calls
- Former clients, friends, center of influence, etc.
- Open houses
- Door knocking and cold calling
- Clients with homes currently listed
- Website inquiries (buy ad words, through Search Engine Optimization-SEO)
- Generic promotion ads - bus benches, billboards, etc.
- Referrals
- Flyers, Just Sold/Just Listed inquiries
- Office call duty inquiries
- Office leads
- Relocation referrals (why you should work RE/MAX conventions)

Case 4:19-cv-00332-SRB   Document 1076-4   Filed 08/24/23   Page 101 of 172
HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION    RMLLC-WDMO-00019906

- Social networking sites like Facebook
- Referrals from veteran Sales Associates

Many successful Sales Associates have more business than they know what to do with and if they don't have a team, they will drop buyers first due to their time requirements and lack of control. You should make a conscious effort to work with these Sales Associates and let them know you will work their buyer leads and pay them a referral fee.

Others Sales Associates specialize in working with buyers either because they enjoy the effort in finding them homes or they want to build a client base and see this area as an opportunity to do so. The question then becomes how can I attract as many as possible and then ensure that I make maximize the use of my time? Many new Sales Associates start by going after buyers, however, fail to qualify them and spend countless hours with poor results.

An excellent way to pick up buyers in the beginning when you don't have listings of your own is to do open houses for other Sales Associates. Speak to the other Sales Associates in your office and see what they have available. However, don't take just any open house. Look for a new listing in a high traffic area at a price point that will attract many buyers and ideally in your farm area.

Remember, you are not selling real estate; essentially you are selling yourself, your services and building trust. You need to be constantly meeting people and building relationships. Join clubs or a church, association to get involved in your community. Go where you will find people and make sure that they all know what you do and that you need and appreciate their referrals.


## What can be done to Attract Them?

Start by looking at the typical sources of obtaining buyers and then develop a prospecting plan to target them. Decide on the services you can offer buyers. Options available may include:
- Home matching service - where you have a system to email new listings, meeting the buyer's criteria of price range, neighborhood etc., as they come on the market. Offer this service on your website to buyers who provide contact information.
- Market evaluation of their present home.
- Sign on to your mailing list for market updates.
- Provide them with a buyer information booklet on various topics
- Offer buyer "due diligence" services.
- Home search plan - actively target homes that meet their needs by letters to specific neighborhoods "I have a buyer looking for a home in your area."
- Pre-qualifying or assistance arranging financing.
- Buyer seminars – for first time buyers, investment property buyers, recreational property etc.
- Expertise in the neighborhood they desire - pricing, schools, listings not yet on the market.

Case 4:19-cv-00332-SRB   Document 1076-4   Filed 08/24/23   Page 102 of 172
HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION          RMLLC-WDMO-00019907

- Have a marketing plan for buyers. What is a buyer's greatest fear? Buying the money pit or paying too much? Market the fact that you have a program to make their purchase "lemon proof." Do the things on the due diligence list.

You may be interested in attracting a specific type of buyer:
- First time buyer
- Condominium buyer
- Buyers looking in a specific neighborhood area
- Buyers who sign representation agreements
- New construction home buyer
- Executive homes

There are numerous niche markets which may be pursued. By doing so you will naturally attract those buyers by offering expertise in the area and property they are looking for.


## Qualifying Buyers

It is frustrating and disheartening to spend long hours with a buyer only to have them:
- Decide not buy.
- Buy a directly from a For Sale by Owner (FSBO).
- Buy from another Sales Associate.
- Buy and not qualify for the mortgage.

There are four ways of dealing with this problem:
1. Have the buyer pre-qualified for financing.
2. Have the buyer sign a representation agreement.
3. Pre-qualify for urgency.
4. Obtain a commitment for loyalty.

You need to find buyers that are ready, willing and able to buy. To be able to buy they must have the ability to finance their purchase. The first step then is to have them pre-qualified for a loan. There is no point showing $500,000 homes to a buyer qualified to buy a $400,000 house. You may qualify the buyer yourself or better still, refer them to their bank or a mortgage broker who has access to credit records and can give you a letter stating what they qualify for.

To find out if a buyer is actually ready to buy, you need to know their motivation. Why are they looking? This is important in order to find them the right home and then to sell them on it. Buyer's remorse is a real concern and you can overcome it by reiterating the reasons they were looking to buy in the first place. Finally, you may show a buyer many homes that meet their needs and wants only to have them not make an offer. They need to be willing to buy. Buyers get concerned when they think the price is too high and that if they wait, the price may come down. They also care about what their parents or friends will think or that they will make a mistake. You overcome this with trust. They need to trust you in order to clear this last hurdle. This means holding their hand through the process. Being positive and supporting them

Case 4:19-cv-00332-SRB   Document 1076-4   Filed 08/24/23   Page 103 of 172

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION          RMLLC-WDMO-00019908

throughout the process, not taking them for granted, following up continually and building their confidence will overcome their reluctance. Sometimes people need someone to tell them it's okay; that they are doing the right thing. Never lose sight that you are that professional.

Be strong throughout the process. Buyers are looking for leadership. Buyers will lose their trust if you don't exude confidence. They want a strong ally who represents their interest. Remember, "People don't care how much you know until they know how much you care."

Whenever a buyer calls from an ad/sign etc. you should have a script handy or memorized that pre-qualifies them for urgency.

**Ask the Following Qualifying Questions:**
- When do you want/have to move?
- Why is that an important time?
- How would your plans be affected if you moved sooner? Later?
- If you found a home today, are you prepared to purchase it?
- Where are you currently living?
- Do you own your present home or are you renting?
- Will you need to sell your current home before you purchase?
- Have you been pre-qualified for a loan with a lender?
- How long have you been looking for a new home?
- How many homes have you looked at?
- Why didn't you buy one of those?
- Is there anyone else who is going to be purchasing this home with you?
- Are you working with a Sales Associate? If yes, have you signed an exclusive buyer representation agreement? Is the agreement current or has it expired?
- Do you have any other ads circled that you were planning to call for information? If yes, please give me the names and addresses, I'll research and provide the information when we meet.

**Financial Qualifying**
- What price range do you have in mind?
- How did you decide on that amount?
- How much over that amount would you go if the home was really appealing?
- What monthly payment are you comfortable with?
- Do you know about different down payments and closing costs?
- Is your down payment a gift from someone?
- Do you have the down payment in your own savings account?

**Needs and Priorities**
- What will this move accomplish for you?
- What neighborhoods interest you?
- How far from work do you want to be?
- What items must be present in your new home?

2011-08-05

102

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION          RMLLC-WDMO-00019909

- What feature, or lack thereof, would immediately rule out a home?
- What type of home are you looking for? What size?
- Are you moving up or scaling down?

Use the information that you gather to decide whether these are people you want to show a home to now or get pre-qualified first. Have an arrangement with a favorite lender to call them and have that lender sell them on you. Pre-qualifying for a loan tells you that they are serious about purchasing.

**Sign Calls** - A high percentage of your calls are going to be from sellers, not just buyers. When the call comes in, before asking any other questions, ask the following: "Do you own a home in the area?" This will help you to know if you are speaking to a potential seller. When doing open houses, use plenty of directional signage. They are great and inexpensive personal promotion as they have your name and photograph on them. The For Sale sign outside the house should also have a picture of you on it.

**Ad Calls** - Spend extra time writing and designing your ads. Know that the headline sells the ad. Keep in mind that you are in the personal promotion business, not the property advertising business. Try and keep your advertising consistent and include your name and photograph on everything as you want to make an impact.

Your advertising will attract buyers with and without homes to sell. Make the best use of the calls you receive by having a script to get their business. If you don't want to handle the customer, pass them on for a referral fee.

### Relocation Buyers

Out of town buyers may be referred to you by RE/MAX Sales Associates or by other means. They require a different level of attention. For one thing, they will have a small window in which to buy. You need to prepare for this business by having additional information available such as maps, neighborhood data, school data, brochures on your city, website recommendations and a personal brochure or business card on you.

Referrals from RE/MAX Sales Associates, either to you or from you, should be done through RE/MAX Mainstreet so the information is on file. The information on the buyer may be set out on the forms provided. Be sure to promote your city! This is especially important when spouses and children are involved due to a corporate transfer.


## The Buyer Interview

The purpose of a buyer interview is to find out how best to assist your client and to build client loyalty and rapport. Buyer interviews are important in building a real estate business. They build a foundation of clients upon which you can expect years of future business and loyalty.
- **Where**: The buyer interview should be held at your office, unless the buyer has a home to sell, in which case you will be doing a listing presentation and that is done at the buyer's home.

Case 4:19-cv-00332-SRB   Document 1076-4   Filed 08/24/23   Page 105 of 172
HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION                    RMLLC-WDMO-00019910

- **When**: The interview should be conducted before showing a buyer any homes, except a home you have for sale. The interview will take one to two hours.

You have a number of objectives during the interview, but most important is to establish trust and a great rapport.

Determine the "why?" behind the move and the emotions that they are using to make the buying decision. We all buy things because it appeals to our emotions. We then rationalize our emotions through logic. To create long-term satisfied clients, a great salesperson makes sure the buyers' emotions are met.

**A Buyer Presentation Package Includes:**
- Offer of purchase and sale agreement
- Mortgage rate/financing information
- Articles on market conditions and statistics
- Your newsletter
- Testimonials
- Title insurance information
- Area information
- Relocation information Utilities info, moving with kids' info, property tax info
- Schools, Utilities, Amenities information
- Home Buyer Plan (Canada)
- Buyer representation Agreement
- Want / needs form
- Buyer Guide
- Closing cost information
- Agency brochure
- Your resume, personal brochure or "Meet _____" with contact information
- Company brochure
- Map Book

**Obtain Client Information:**
- Names (correct spelling)
- All pertinent phone numbers incl. business, fax, emergency
- E-mail address
- Employment details, where, for how long
- Family members names and ages, education requirements
- If out of town, where family and friends are located

**Discuss Finances**
Clients are qualified based on three criteria and you need to know details of each to ascertain where to have them pre-qualified.

2011-08-05

104

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION          RMLLC-WDMO-00019911

- **Employment history** - Have they been in same occupation for at least 1 year and if not, in the same industry? If self-employed, what was their total income? The bank will credit for deductible self-employed expenses such as car lease, etc.
- **Down payment** - How much and do they have access for more?
- **Credit** - Are they aware of anything that may be a concern?

Advise buyer of mortgage options, pre-qualifying procedure and establish price range.

**Discuss Buyers' Needs and Wants**
- Have them describe their present home in detail, lot size, number of rooms, best feature and why, worst feature and why, style of roof, type, etc. Have them bring a photo or copy of listing if from out of town. What do they like about it? What don't they like about it?
- Have you seen any homes recently that you really liked?
- What did you especially like about them, what did you dislike, what was the reason you didn't buy it?
- Describe home/community they grew up in. What did they like/dislike about that home?
- Describe your ideal home.
- Details needs and wants for home. What must you have and why? What would you like to have and why?
- Review city map and discuss areas that meet their price range, schools, transportation services, kind of neighborhoods, lifestyle issues.
- Advise buyer of fact they may not get everything they want.
- Advise buyer they won't need to see 60 - 70 homes and you will narrow to three-four.
- If you a found a home that had everything you were looking for but didn't have what you must have, do you want me to show it to you or do you want me to take it off the list of possibilities?
  - The answers will tell you if it is a 'must' or 'would like' item.

**Discuss and Sign Buyer Representation Agreement**
How you promote and protect your client's interests:
- Recommend home inspections, advise that this is necessary to avoid larger problems and that resale homes can expect minor deficiencies.
- Due diligence, what steps you take to protect them.
- At open houses advise them to tell every Sales Associate they have an agreement with you, also, not to fall for sales pitches like "there is an offer coming and you have to buy now" or "this is an exclusive listing and you have to buy from me."
- Advise them not to leave name and phone number when calling on an ad.
- FSBO's, explain you can show these to them and not to call direct.
- New homes, explain you need to introduce them.
- Advise the buyer they are to only deal through you and then look them in the eye and get a pledge of loyalty.
- Ask: What services is the buyer looking for from their buyer representative?
- Ask: What are the buyer's expectations of their buyer representative?

Case 4:19-cv-00332-SRB   Document 1076-4   Filed 08/24/23   Page 107 of 172
HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION                RMLLC-WDMO-00019912

**Review Purchase Agreement**

If you review the purchase agreement then there are no shocks or surprises later in the deal. Make sure that you review:

- Clause by clause
- Deposit requirements
- Interim financing requirements
- Importance of making a fair offer

Review closing costs:

- Legal fees
- Property tax adjustment
- Land transfer tax
- Condo fees - common element

**Discuss Procedure Followed for Viewing Homes**

Point out it won't take long to buy. Give buyer print out of available listings plus, brochures on yourself/city, map of city, MLS Catalog (if applicable). If they have a fax machine, fax them the listings to review. Keep using the process of elimination. Give them a supply of your business cards should they decide to go to an open house. Advise the buyer to drive by and make a list of the homes they want to see so you can make appointments for viewing. Be sure to find out when the best time is for them to see homes.

**Keep in Constant Contact**

You need to be so busy with your buyer that they never feel neglected. If you are, they will never feel the need for any other Sales Associate.

# Property Selection

Your job is to find a home based on the buyer's expectations which hopefully have been set out in the buyer interview. Your first avenue will be a home the buyers may have already selected through searching the web. This will be followed by homes you search on the local multiple listing service. Discuss your property requirement at your sales meeting. Contact your center regularly with needs and desires of your buyer clients as they may just know of a property you are not aware of. Contact recently expired listings if the home meets their needs. Check for FSBO's. Use classified ads to place property wanted ads on behalf of your buyer clients. Look in internet sites. Keep abreast of the new home market, foreclosures, etc. Contact owners in neighborhoods which are of interest to your buyer client. Resources are endless to find properties.

Make an objective evaluation of each shown property, including positives and negatives. Make objective comparison with competing properties.

# Showing Property

Case 4:19-cv-00332-SRB   Document 1076-4   Filed 08/24/23   Page 108 of 172
HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION          RMLLC-WDMO-00019913

Please review each point carefully before taking your buyer out to sell them a home!

- Show your own personal listings first.
- As quickly as possible, separate the looker from the buyer.
- Listen for buying signals.
- Make it as easy as possible to buy from you.
- Always call first before showing the property.
- Always call back and explain why you didn't show a home you were supposed to.
- Don't oversell the home prior to the showing.
- Select a good route to the home.
- As you approach the front door say, "Let's look at this home as if it were vacant."
- Once inside the front door say, "Make yourselves at home, I'm here just to answer your questions."
- Try to save something good for last. But show it to them first. Drive by or show the listing.
- Be enthusiastic.
- Encourage the customer to take notes while showing property.
- Never make statements, only ask questions while showing property.
- Be conscious of personal safety (see Safety Considerations below).
- If you pre-screen homes, advise sellers on making their home presentable for your buyer.

## Sample due Diligence Checklist:

- Conduct title search/ verify property owners.
- Obtain copies of easements, zoning and building restrictions, development agreements, etc.
- Examine location of easements to see if they affect development plans.
- Obtain existing building location certificate and verify lot size through available building survey or search of the plan at the municipality.
- Check for easements and encroachments on building survey and verify encroachments onto property from adjacent structures or onto adjacent property by existing structures.
- Obtain existing zoning and examine to confirm if location of structures complies with zoning by-law.
- Verify zoning and the existing as well as permitted use of property.
- Check current real property tax and assessments. Check deadline for appealing tax assessments.
- If available, obtain and examine the seller's property disclosure form through the listing Sales Associate.
- Ask about any existing homeowner's warranty and check square footage for accuracy.
- Verify age of structure and confirm if connected to water and sewer.
- Verify utilities and estimate their costs.
- Check with local planning authority for future development plans in area.
- If near a river or stream, check for building permits.
- Check for future street expansion and verify building permits used for any prior modifications.
- Check for proximity to high voltage power lines and for sources of potential pollution or potential hazardous conditions.

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION          RMLLC-WDMO-00019914

- Noise pollution. Check for proximity to subways, airports, railways and confirm that the property complies with by-laws.
- Check for commercial development nearby.
- Check comparable values and prepare a Comparative Market Evaluation
- Recommend re-keying the locks (and, where applicable, re-coding the security system).
- Check roof condition, landscaping, busy corners
- Verify if any damage history due to fire, wind, moisture, insects or rodents.
- Identify all the necessary contingencies.

**Recommend Professional Property Inspections to Cover:**

| | |
|---|---|
| Structural condition of property | Radon |
| Foundation / structure / basement water seepage | Condition of appliances |
| Roof condition and remaining life | Presence of excess moisture |
| HVAC system | Existence of aluminum wiring |
| Electrical capacity | Presence of lead based paint |
| Plumbing systems | Lead in water |
| UFFI or asbestos insulation | Pool pump, heater and liner |
| Extent of adequate insulation | Well capacity |
| Asbestos in ceiling or around plumbing | Septic system |
| Water purity | Water drainage |
| Mold damage | Condition of wood stove/fireplace |

**Protect Yourself and Your Client:**
- Ensure the offer contains the same information as the feature sheet and MLS (IF APPLICABLE) agreement.
- Ensure that any fixtures the buyer is relying on are included. Sellers, simply put, do not know what a fixture is and remove kitchen cabinets, mirrors, shelves, etc.
- Advise your buyer, in writing, to get a home inspection.
- Record in the offer every representation the buyer is relying on.
- Personally check representations buyers are relying on - see due diligence list.

**Presenting an Offer**
- Determine the seller's motivation.
- Discuss the qualifications of your buyer.
- Discuss the deposit.
- Review the benefits of your offer.
- Ask for the signature.

**Negotiation**
You have a responsibility to protect your buyer client's interests in the negotiating process. In addition to the items noted in the Due Diligence section, obtain and provide as much information on the seller, the seller's motivations, the seller's real estate needs, financial status, etc. Do not disclose to the seller any information about your buyer's position such as whether the buyer has an option on an adjoining

2011-08-05                                                                 108

Case 4:19-cv-00332-SRB   Document 1076-4   Filed 08/24/23   Page 110 of 172
HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION          RMLLC-WDMO-00019915

property, buyer identity etc. if this would help the seller in negotiations. Provide price counseling to the buyer, including providing a CMA. Suggest to the buyer financing alternatives. In the offer ensure you have the required terms and conditions to protect the buyer client including inspection clauses. Buyer should pay for all inspections so they can trust the results.

The amount of the deposit should be based on:
- Availability of money to the buyer client.
- Activity in the marketplace.
- Potential competing buyers.
- The property purchased.

If the buyer client has a home to sell, discuss this with your buyer and put in the requisite clauses.

## Overcoming Objections

Objections are fundamental to the selling process and Sales Associates should welcome them. They provide needed information on the buyer's thought process and allow you to narrow your focus on property selection. Without an objection you would be at a loss to know what your buyer was thinking and why they were rejecting properties you are showing. They help you clearly define your buyer's wants and needs.

A great Sales Associate will anticipate objections and be ready to handle them. Experience will teach you what objections typically come up. You should have answers for these and if possible address them in the buyer interview. Also understand that from a buyer's perspective, home buying is a learning process and they may change their needs and wants as they see houses.

**Typical Objections:**
- Price too high
- Talk to lawyer
- Bad market
- Too much taxes

**Handling Objections:**
- Ask questions!
- Echo (Question back objection) - Find out what the objection really means.
- Para Phrase - be more specific.
- Advise / Counsel - "seek to understand" what the objection means and how it will affect them.
- Sell features and benefits. Deal with the objections rather than avoid them, and then move on to the benefits and the wonderful features.
- Negotiate - look for the solution and as a final step give concession for concession.
- Know when to walk away and find new prospects. There are plenty more!

**Other Buyer Objections**

Case 4:19-cv-00332-SRB   Document 1076-4   Filed 08/24/23   Page 111 of 172
HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION          RMLLC-WDMO-00019916

- We want our parents to see it.
  - Ask if the parents okay the house if they are prepared to purchase.
- We want to think about it.
  - Ask probing questions – what do you need to think about?
  - Would you like me to arrange a second viewing?
- We would like to see other homes first.
  - Overcome through their trust in your market knowledge.
  - What is it you don't like about this home?
  - Does this style of home suit you?
  - How do you feel about the price?
- We haven't sold our present home yet.
  - Not an objection but a condition and may be but as a condition in the offer (this should have come up in the buyer interview).
- House needs work.
  - Is this an affordability concern?
  - Who would be doing any needed renovations (buyer or contractor)?
- House is too big/small.

**Commission Cutting**

A key to getting a full commission is to provide good service. Service levels in the real estate industry in many cases are appalling. Sales Associates who don't know heating costs on their listings, who put lock boxes in awkward locations, who don't return calls, who don't give their office a copy of their listings, who don't have keys, who in general make it hard to sell their listings. You have to believe in your service if you are going to believe in your fee.

The most important factor in getting a full commission is having a good listing presentation that is convincing. Sends a questionnaire to your clients asking to be rated 1-5 on:
- Overall Impression
- Product Knowledge
- Professionalism
- Listing Presentation
- Response Time
- Did we look after special needs?
- Would you refer us?
- Would you use us again?
- Finally - Did we earn our commission?

This becomes a powerful weapon in commission negotiation. Explain the commission breakdown to all of your clients. Have a pie chart to show where the commission goes.

**No is an answer!** When asked if you will reduce your commission simply say no and wait for the client to talk further. Negotiators will tell you that the first person to talk in this situation loses. Most of the time, the client will say "Well, you can't blame me for asking" and moves on.

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION                    RMLLC-WDMO-00019917

If your presentation is great the commission probably won't even come up. The biggest problem is agents cave in too quickly. If you look after your clients, they keep coming back and will have totally forgotten the difference in fees (let alone how much they even bought the home for). Inform your customer that if an agent can't even negotiate their own commission, how do you expect them to get you the most money for your home? **Charge extra to clients for hard to sell properties,** out of town properties, etc. Have the commission typed in the listing before you go on the call. You will be surprised how infrequently the topic of commission arises if you do a good presentation. You may ask the customer what services they want to cut, the money has to come from somewhere?

**"If you double end (find the buyer) will you cut the commission?" NEVER**.
This is a closing question from the customer, and the agent, recognizing it as such, often will give in as they know the next thing to happen is the listing is signed. Reject reducing commission for double ends for a number of reasons. One, it gives the listing agent unfair advantage when competing. Also, it acts as an inducement to sell a competing agent's property down the street where you get a full fee. The difference in getting the extra 1% can be substantial.

Have confidence in yourself and your abilities. Know that when you go in you will get a full commission. This confidence and self assurance, plus the knowledge you have the service and professionalism to back it up, is the reason why you never have to compromise.

Recognize that sometimes one objection may hide another. For example the request to see more homes may be because they feel the price is too high. This is why it is important to get to the bottom of the objection. Sell the buyer to the seller – that they really like the home. Never run down or denigrate a seller's home – it is unprofessional in addition to cause them not to want you to own it.
Be prepared to negotiate – speak to the other Sales Associate on price, possession date, terms and motivation to find ways to bring deals together.
Above all - be patient!


# Safety Considerations

One of the reasons you ask a lot of questions when receiving calls from buyers is to get a feel for the customer. Trust your instincts! Do their responses ring with credibility?

RE/MAX has a safety awareness program **S.A.F.E.R.** – Safety Awareness for Every Realtor. Here are some tips:

- Don't show a home without knowing the client. Hold a pre-showing interview with every client in the office or a public place.
- Give someone at the office your plan for the day which outlines where you will be at what time. Be sure to check in regularly.
- If you call 911 while at a showing, try to do so using the house phone, not a cell phone, as emergency responders can more easily trace a call from a land line. If the home has a cordless phone, carry it during the showing.

Case 4:19-cv-00332-SRB   Document 1076-4   Filed 08/24/23   Page 113 of 172
HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION                    RMLLC-WDMO-00019918

- If possible, put the garage-door opener of the house you are showing in your pocket. If you feel threatened or in danger, discreetly open the garage and say the owners must be returning.

The National Association of Realtors' (US) Field Guide to Realtor Safety is another resource. Here is a sampling of its tips:
- Never show a property alone at night or advertise it as vacant.
- If you must show a property that doesn't have a phone, bring along a cell phone. Tell someone at your office that you will call every hour and do it so that the person will know right away if something is wrong.
- Always take your own car for showings. When you leave your car, lock it.
- Let potential buyers take the lead when exploring a home, with you following behind.
- Avoid going into the basement or confined areas with a prospect.
- Ask prospects for identification. If they question you about it, say it is company policy.
- Find out as much as you can about prospects, such as where they work, what they do and how much they earn.
- Ask lots of questions and be a good listener.
- Preview the property if possible so that you are familiar with the area.
- If you are suspicious, it's better to walk away from the listing or a showing; it's not worth your life.


## The Lowball Offer

When does it makes sense to make a lowball offer? You can't blame someone for trying to strike a bargain. Here are five signs that a property might be ripe for a lowball bid:
- The seller has to move, or has already vacated the property. Sometimes the seller's Sales Associate will disclose that a client has a firm date by which he must relocate or that he's already bought a new home and moved. (In general, if a house is empty, there's a better chance the seller is flexible.) These situations make for extremely motivated sellers, who may accept a low offer.
- The home has been listed 90 days with no price change. Few sellers are going to take a lowball offer right out of the gate. On the other hand, if they've been seeing little activity at the listed price and are considering dropping the list price anyway, a low offer may seem more enticing.
- The seller has plenty of equity in the property and isn't at risk for being "underwater." In most areas, it's relatively easy to use public records find out the amount of a homeowner's outstanding mortgage; for a would-be homebuyer, this can be key information. A homeowner who has listed a property for far more than the amount they owe the bank has more flexibility than a seller who owes the bank nearly the full value of the home. For most homebuyers, submitting a lowball offer that's less than the seller's mortgage balance isn't a strategy with great odds of success.
- The home is the last one in a new development. Developers that are pessimistic about the housing market may want to get unsold homes off their books. That's particularly true if it's the last unsold property in a development and as soon as the builder moves it, he can close up shop, move his sales rep to a new location, etc. That's a huge incentive to cut a deal.

Case 4:19-cv-00332-SRB   Document 1076-4   Filed 08/24/23   Page 114 of 172
HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION          RMLLC-WDMO-00019919

- The home is being sold as part of a divorce or estate sale. Particularly in a contentious divorce, soon-to-be exes may be willing to take a discount just to get on with their lives (and apart from their ex). And in an estate sale, inheritors with no sentimental attachment to a property would probably love to have if off their hands, and since an inheritance is often treated like "found money" anyway, they may be less inclined to hold firm for a particular price.

## Seminar Selling

Seminar selling involves developing and marketing a special public presentation, which can range from one hour up to a full evening, for the purpose of creating sales leads. The seminar is designed to present new information or knowledge to a specific, targeted group of individuals. The Sales Associate leads the event. People will be attracted by the well-known personality of the speaker or their interest in the theme of the seminar.

The key to a successful seminar is planning well in advance. You need to work out the best date, the location, your target audience, the message, who will deliver it, the budget, how you will market it and any handouts. If you are planning on a computer or video presentation, ensure you have the necessary equipment, phone lines etc. Just in case something goes wrong, have a back-up plan ready.

Typically, people respond by calling and registering their attendance. At this time you should gather information about them such as name, address and telephone number which will be important for maintaining contact after the event. Seminars are almost always free of charge, which is an attractive incentive to get people to attend. The audience is normally targeted and specific.

Seminars can be planned any number of topics including:
- First time homebuyers
- Condominium Ownership for Seniors
- Life Leases
- Relocation
- Buying a cottage/recreation property
- Real estate as an investment
- Buying property internationally

The marketing strategy to attract prospects is built around:
- Direct Mail – postal walks and/or newspaper flyers and client mailers
- Radio and Newspaper Advertising
- Community event listings
- Cold Calling
- Word of mouth/personal invitations

Targeting the appropriate section of the newspaper with a picture of you or a speaker increases the probability of a strong response. The larger the ad and the more diversified you are, the better. You may

Case 4:19-cv-00332-SRB   Document 1076-4   Filed 08/24/23   Page 115 of 172
HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION            RMLLC-WDMO-00019920

want to include a partner or sponsors. This allows you to offer attendees more expertise on the selected topic. It also helps by sharing costs. Sales Associates often include a mortgage specialist, lawyer and home inspector. You will have to arrange your program to accommodate additional speakers if necessary. Know what each is contributing or paying for. Costs for a seminar vary, depending on the cost of facilities and whether speaker fees, refreshments and handouts are included.

At the seminar, ensure you deliver a structured well-planned message. Those in attendance should be asked to complete information cards about themselves, and to induce people to return those cards you may offer a door prize. Alternatively you may ask people to sign in.

Do not oversell the expectations for the seminar. Such overselling may leave people disappointed and less receptive to the message of the seminar. Prompt follow-up to response cards is critical – 24 to 72 hours is ideal. Participants also like handouts and information packages to take home and read. With a professional approach, you should expect to convert many attendees to buyers and sellers. It is absolutely essential to always follow a totally ethical, honest and professional approach to seminar selling.

Here is the timeline for a seminar:
- Get in contact with potential partners
- Create plan to hold seminar
  - Time
  - place
- Establish team structure
  - Speakers
  - Timing – who will do what when?
- Establish a budget
  - Who is paying for what
  - Refreshments, hall, a/v, advertising
- Select a date and location
  - Book well in advance
  - Plan audio video requirements
- Plan the seminar
  - Agenda
  - Videos
  - Registration
  - Guest speakers
  - Subjects covered

# 6 Mistakes Buyers Make

**Mistake #1. Not Pre-qualified**.
Before looking for a home, take the time to get your buyer pre-qualified by the bank of his/her choice. This can save you hours of searching for homes in the wrong price range or worse, they want to purchase

Case 4:19-cv-00332-SRB   Document 1076-4   Filed 08/24/23   Page 116 of 172
HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION                    RMLLC-WDMO-00019921

a home and then find out they don't qualify for financing. Pre-qualifying gives you peace of mind and helps narrow your search criteria.

**Mistake #2. Don't shop for a mortgage**.
All mortgages aren't created equally. Rates are negotiable and banks will sharpen their pencils to get your buyer's business. This is especially true if they bring other business to them like RRSP's, general account, savings, etc. Also, ensure the mortgage is portable so you can move their rate if they have to move. Ask about buy-out fees, penalties, payment options, etc. The time spent can save your buyer thousands of dollars over the life of the mortgage.

**Mistake #3. Don't get professional inspections**.
Nobody wants to purchase a home only to find out later there are defects, latent or otherwise. Ensure you obtain inspections where needed, home inspection, structural engineer, etc. You need to advise your buyer on options they should consider.

**Mistake #4. Don't use a professional Sales Associate.**
It is important that buyers obtain the services of a professional who can help them make a purchase with the least amount of problems. Ensure that the price your buyer pays is market value. You need to offer expert advice on what to look for, conditions to include, negotiation strategy, etc. Make sure that you are a Professional for your buyer and not just a house finder/detective.

**Mistake #5. Buy first.**
If price is important your buyer should always sell their present home before ordering another to save the most money. It also, has the advantage in letting you know exactly how much money your buyer will have available for their next purchase. Selling their home first allows you to place fewer conditions on their purchase which makes their offer more attractive to a seller. They often will demand more money to take a "subject to" offer which takes their home off the market. The other advantage is if you find a terrific house, chances are others will also find it attractive and they stand to lose it if you can't make an unconditional offer.

**Mistake #6. Don't know the cost of buying**.
Know the costs associated with their purchase. Consider the following costs: legal fees, transfer tax, property tax, new home landscaping, fencing, appliances, window coverings, etc.

Case 4:19-cv-00332-SRB   Document 1076-4   Filed 08/24/23   Page 117 of 172
HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION              RMLLC-WDMO-00019922

## Lesson 6:  Generating Referrals

## Past Clients

The mark of a professional is to get repeat business. The best source of future business is from past clients and referrals from former clients. These referrals are what your career will be based on so it is critical you have a plan as to harvest this business. By focusing on your best customers and offering superlative service while staying in touch and asking for referrals, you can build a strong business from very few contacts. This process starts from the time you are introduced to the customer. To get a customer's future business, you must deliver excellent service. Once the client has bought or sold and the transaction nears completion, you enter a critical period. These are the appropriate and important next steps:

- Thank the client for their business.
- Advise them your business is built on client referrals and you would appreciate if they could refer your services to their friends and family.
- Ask for a letter of reference. This is very important. Having the client write a testimonial will lock in the clients mind the fact you did a great job for them. It reinforces their endorsement of your services. Even better, if the client is willing, record a video of your client's testimonial that you can post to your website.
- As soon as the client agrees to give you a letter of reference, tell them you or your assistant will pick it up the next day.
- Put the letter in a binder and use as part of your listing or buyer presentation.

A letter is preferable to an email; however, either is better than nothing. The process of writing a letter will remind your client about the job you did for them while reinforcing the message that referrals are needed by you to build your business. You need them to become invested in your success as much as possible.

If you had a friend who you knew was thrilled to receive something and you could give it to them at no cost to you, wouldn't you be excited to give it? When you receive a referral from a client, you need to make them feel great by showing your appreciation. In other words, encourage good behavior. You may do this by offering a referral fee (if permitted by your Licensing body) or a gift.

Keep your referring client informed of your progress. For example," I just listed Bill & Mary's home and wanted to thank-you again for the referral." Or, "Bill & Mary just completed the purchase of a beautiful new home and I wanted to call and thank-you again."  Following -up with past clients is critical as you need to consistently remind them of their pledge to send referrals. This can be done through social networking sites, calls, letters, annual calendars, etc. Inform your clients of your success in the business and tell them about referrals you have received from other clients. This is critical for new Sales

Case 4:19-cv-00332-SRB   Document 1076-4   Filed 08/24/23   Page 118 of 172
HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION          RMLLC-WDMO-00019923

Associates. But don't forget to reciprocate! You need to know your client's business and if possible, send business their way, use their services or buy their product yourself. Ask your client; "Of all your friends and family, who do you think will be the next to buy or sell their house?"

## Client Feedback

For your business to grow and prosper, you must focus on delivering customer satisfaction. From the customer's perspective, satisfaction occurs when you meet or exceed their expectations. To deliver customer satisfaction, the first step is to determine a customer's expectations about real estate service. To accomplish this, you must listen to your customers to find out what they want. Why do they do business with you? What do they say your strengths and weaknesses are? Within six months after closing, you need to call or have someone else call and ask a series of questions about your service and how it could be improved. A past client who is silent on your service or says it is "fine" must be scrutinized as they may be at best "satisfied customers." You need to probe further. Past clients will open up if you show your sincerity and are credible. You are relying on these people to build your business through referrals so their feedback is important.

If you don't listen to your customers' feedback to learn their needs and desires, you will ultimately fail to serve them properly because you simply won't know what their need really is. You must ask, listen, and respect their opinions. Review RE/MAX and other industry surveys for feedback customers have given on service.

### For services, a customer's expectations are:

- Keep promises (reliability and integrity).
- Offer honest communications, materials and clean comfortable facilities – your office and your car (tangibles).
- Prompt service (responsiveness).
- Competency and courtesy (assurance).
- Caring, individual attention (empathy).

What is most important is that you focus on delivering a highly reliable service - consistently. If you can't be relied on, you won't be used again nor will you receive any referrals. It doesn't matter how much you apologize, customers will remember unreliable service.

Your mission is to not make any mistakes in the first place. But if you do, correct them swiftly. Today's customer expects more convenience, information, responsiveness and access than ever before. Everyone has become spoiled by the speed technology has provided in communication and that technology has and will continue to play a key role in satisfying customers demands.

## Client Parties

Client parties are great referral generators although expensive for the newer Sales Associate and require planning and careful budgeting. Be sure to have a presence at events by arranging for a RE/MAX tent and giving out RE/MAX branded items. There are a great many different events Sales Associates plan for their clients including:

- Skating parties

Case 4:19-cv-00332-SRB   Document 1076-4   Filed 08/24/23   Page 119 of 172
HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION                RMLLC-WDMO-00019924

- Pumpkin giveaways
- Picnics
- Movie matinees
- Backyard barbeques
- Christmas parties
- New year kick-off
- Super Bowl or World Cup parties

**These events/parties give you a great excuse to contact your client base, have fun and maintain your relationships!**

**Keeping your Customers**

If you are like most Sales Associates, your underlying goal will be to build a business based on referrals from past customers but it is important to understand why businesses lose customers.

- 3%   Move away or pass away.
- 5%   Friends refer them elsewhere.
- 9%   Competitors provide a better offer.
- 14% Experience product dissatisfaction – didn't like your service.
- 69% Indifference makes them believe no one cares about them.

You need to fight for the 80% who are either dissatisfied or indifferent.

**Post Purchase Evaluation**

Consumers judge service quality along 5 key dimensions: tangibles, reliability, responsiveness, assurance and empathy. The importance of each depends on the type of service offered.

- **Tangibles** – Appearance of you and your office, equipment and materials
- **Reliability** – Did you perform service right the first time? – dependably and accurately
- **Responsiveness** – Willingness to help customers and provide prompt service.
- **Assurance** – Respectful, considerate, listen to customer and answer their questions
- **Empathy** – Knowing the customer and understanding their needs. Approachable and available. This is an attitude – "It's my pleasure" should be part of your vocabulary.

As you are being judged based on how you perform in each of these areas it is important for you to know how you rate in order to address problem areas.

**It is absolutely critical for you to deliver quality service consistent with customer expectations. They will not refer you otherwise.**

Consumers are reluctant to provide feedback to service providers – typically only 5-10% offer direct feedback. Unhappy consumers don't respond; they will just take their business elsewhere. Feedback is important to obtain as both the customer and you benefit when service goes up.

Case 4:19-cv-00332-SRB   Document 1076-4   Filed 08/24/23   Page 120 of 172
HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION          RMLLC-WDMO-00019925

**Customer** – returns and gets benefit of a single service provider, customized service potential, no need to research new provider. For a customer having to go through the whole interview process again to find someone who will meet their expectations is a stressful and time consuming process.

**You** – retain customer – less costly than finding new one, better time management and much more profitable through repeat business and referrals.

Almost all services have stereotypes. Accountants are humorless, lawyers are greedy, collection agencies are bullies, and doctors keep you waiting. Real estate Sales Associates are pushy and unethical?
A recent study found 24% of respondents had these troubles with a real estate Sales Associate.

- 16% - Dishonest, unethical, not straightforward
- 12% - Pushy, too aggressive
- 10% - Didn't work or promote listing hard enough
- 8%  - Misrepresented property
- 6%  - Only interested in commission, making sale
- 5%  - Fees too high

Here are some factors that helped develop the overall perception of a Sales Associate:

**Personality**
The consumer perception of a Sales Associate starts with their personality, and whether there is the overall impression of an organized and effective marketing expert.

**Length of the Transaction Time**
Clearly, the length of time that the transaction takes directly affects the consumer perception of the transaction and the services provided by a Sales Associate. In the selling process the longer it takes, the more negative the reaction to the process. When buying a house, the more pressure there is to close quickly or to make the offer, the greater the anxiety associated with the process.

**Buying Versus Selling**
For some consumers the selling of a house was much more stressful than the buying. Sellers become attached to their homes and the memories they provide. As a Sales Associate, it is important that you recognize this and offer the appropriate empathy. Other consumers have a greater difficulty with the buying process. The fear of spending a large amount of money and potentially making a mistake created a great deal of anxiety. For some, the first time was clearly the most stressful because their experiences were out of line with their expectations.

**Market Conditions**
The type of market or the market condition was also critical to the perception of the work of the Sales Associate. If the market was slow for selling, people were left with a deflated view of the sale.
If the market was hot and properties were moving, the selling experience was generally rated more positively. Similarly, people who bought in a buyer's market had more positive feelings about their transaction. People who had been involved in multiple biddings on houses were also more likely to rate the overall experience lower.

Case 4:19-cv-00332-SRB   Document 1076-4   Filed 08/24/23   Page 121 of 172
HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION                    RMLLC-WDMO-00019926

**Post Purchase Experience**

A few of the homeowners received some surprises when they moved into their new property, and that led them to reassess the transaction and the services received from their Sales Associate.

To generate future referrals it is critical for the Sales Associate to follow-up through the post purchase. Clients appreciate and have come to expect house warming gifts such as gift baskets, plants and wine. Even a telephone call to see how they are doing or enjoying their home is an excellent example of service and makes your buyer feel much more positive about the transaction and your role as the Sales Associate. The value of follow-up cannot be underestimated because the reason often stated for not using the same Sales Associate again is "I could not remember their name" or "I didn't know if they were still in the business".

Sales Associates need to follow-up, even for years after the transaction has been completed. Whether it is through telephone calls, holiday greetings, a calendar or flyers; the customer expects to hear from you. Continuing communications should be done in a reasonable and respectful manner. No communication to the customer means they are no longer a priority.

**Example of How to Lose a Customer without even knowing it**

You are showing your client's home to someone who called on the sign. The consumer walks through the home and because the homeowner is listening, makes a point of saying that the kitchen is nice, master bedroom is a good size and how clean and well-kept the home looks. After he gets in the car, however, he says, "Why did you show me that house? It doesn't have a 2 car garage and the yard is too small?" You proceed to show him other homes. But what about your client? Your client thinks that he/she may be getting an offer. The longer you don't get back to him/her, the more he/she will question whether his/her trust is well placed in you. And many Sales Associates will forget to provide this valuable feedback to the client.

In Australia they have a name for this. They call it having a "**wheelbarrow Sales Associate**". A wheelbarrow Sales Associate is one that a customer constantly has to push. They have to call the Sales Associate to get feedback. The Sales Associate doesn't work unless the customer pushes.

You can be very profitable with a few customers if they refer you. This must to be a well planned and thought out part of your business. Some past clients have the potential to refer you numerous times, rule of thumb - each customer has the potential to influence 100 people – their wedding list.

**Client Follow-up**

We continually stress the need to call your past clients and centers of influence quarterly to maximize business. The question often asked is," What would I say?" The following is a list of possibilities. A contact management system makes this much easier as you have detailed information on your clients at your fingertips.

Reasons to Call:
- I was in your neighborhood and just wanted to see how you were doing.
- Anniversary of purchase (why you need contact manager).
- Birthdays (why you need contact manager).

Case 4:19-cv-00332-SRB   Document 1076-4   Filed 08/24/23   Page 122 of 172
HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION          RMLLC-WDMO-00019927

- Market Update - how real estate is selling in their area.
- Follow up on mailer - did you get it/read it/like it?
- Have buyers for your area, do you know anyone who is thinking of selling or just listed a home in your area. Do you know of any people interested in moving to your area?
- I am putting together a personal brochure/flyer and wanted your ideas on how I could do a better job for my clients, etc. or would you mind giving a testimonial?
- Invitation - to lunch, client appreciation party, etc., give away tickets.
- If they have given you names, etc. - follow up report on what you have done.
- To advise them on how you are doing, e.g. awards received, courses taken, conventions attended. This can be done without sounding self serving and people like to hear from people excited over achievements.

## Contacting Past Clients
- Create an "A" client list. Develop a plan to obtain referrals.
- Call your clients four times a year
  1. Anniversary of Purchase
  2. Christmas/New Year
  3. "I just listed a great house in your neighborhood"
  4. "Just driving by thought I'd call and say hello"
- Send out client mailer every month or at least every second month.
- Entice past clients to move. You can do this by keeping in touch and promoting properties they may desire, on a regular basis. This is the new frontier. You can cause your clients to move if you make it easy for them and lure them with properties you know they could be interested in.
- Make sure you educate your clients on why your service is valuable and more valuable than a competitor. Again, set yourself apart and ensure your customers know that they need to refer people to you because a referral to anyone else, or worse, allowing their friends and family to go off and select someone at random, would not be in their best interest. This is where due diligence can be promoted. Explain to clients why you do certain things to protect them and that not all Sales Associates do them.
- Hold a special event for past clients.
- Use Email
  - to contact clients with market updates
- to send birthday cards
- ensure your signature file has:
  - Website address
  - Phone and fax numbers
  - Name/Address/Postal Code
- Give a gift to every client after purchase.

A thank-you gift may be related to your client's hobbies or interests. If you do give a nice gift with purchase - market that fact. An example would be Sales Associates in Atlantic Canada who offer Lobster with referrals. Sales Associates living in wine country offering wine. Be creative!
- Follow Up!

2011-08-05

121

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION   RMLLC-WDMO-00019928

Eight out of 10 people would use the same associate if they followed up right after the sale. With no follow up for six months only two out of 10 people would use the same Associate.
- Ask your client "is there is any one thing I could do to do a better job for you."

**Creating "A" List Clients**
- Ensure customer knows how you make a living i.e. from referrals
- Decide on level of service you will provide.  Ensure you can deliver it consistently.
- Obtain feedback from your clients on service and use this information to redefine your service.
- Look for points of difference with other real estate Sales Associates to make your service stand out.
- Find a system you can use to connect with the customer
    - Gift at closing
    - Thank you note through process
    - Gift for referrals
    - Client parties
    - Hand deliver annual gift
    - Call after closing to ask how it went etc.
    - Advertise their services/ companies
    - Client mailings (personal)
- Continually improve your service
- Monitor feedback from clients and determine why they would definitely use you again – promote this – TO THEM
- Review client responses – VERY CAREFULLY – if your client is "satisfied" and not "very satisfied" ask yourself why and what can be done to improve the perception
- Remember the little things – prompt return of calls, advertising schedule, dress, etc. may be extremely important to a client and need to be consistent
- Memorize referral dialogue to be included in your presentation e.g. I make a living from referrals; I am excited to get them.
- When you get a referral – Be excited! Keep the person who made referral appraised of your progress.  They should be so happy about your reaction they can't wait to send you another one.
- Use your monthly newsletter to promote referrals, e.g. "just sold a home to x whom…" "want to thank Mr. & Mrs. _____ for the referral" etc.  Use it to promote expanded services you are offering.
- If you referred someone to your car dealer or insurance Sales Associate how would you expect them to be treated?  Thank by phone, card, after initial meeting, on conclusion. HAVE A SYSTEM!


# International Referrals

Case 4:19-cv-00332-SRB   Document 1076-4   Filed 08/24/23   Page 124 of 172
HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION          RMLLC-WDMO-00019929

In today's changing economic times, real estate Sales Associates everywhere are looking for new ways to generate and capture solid business leads. While you might search for these leads in your own service area, have you ever considered working with RE/MAX Associates in other countries to find new clients?

Many baby boomers are looking for a slower pace of life, but might have had their retirement plans derailed by recent financial losses. Instead, they are looking for less expensive options to enjoy their golden years. And in many cases, they are finding these affordable alternatives overseas.

By exchanging international referrals with other RE/MAX Sales Associates, you will benefit in a variety of ways:

- Cultivate positive working relationships and network with RE/MAX Associates overseas.
- Create a virtually effortless source of income through referral fees.
- Establish yourself as an international real estate expert. Clients will refer you to friends and family who are buying or selling internationally.
- Develop an entirely new database of clients you would otherwise miss out on.
- Expand your promotional reach to other countries by getting referrals from overseas Associates.

Do you hear clients and friends talking about their recent vacations to the same popular destination? Have you noticed a large influx of certain expatriates settling in your area? Paying attention to these details can guide you to the countries that might yield the most international business for you.

Here are some other suggestions:

- Look at which international routes serve your local airport.
- Surf online or check nearby community centers and churches to find out if there is a sizeable expatriate group that regularly meets in your community.
- Talk to neighbors, clients, friends, family and other Sales Associates about where the hot vacation destinations are located. Also, draw on your own vacation experiences – are there places you would love to relocate to?
- If you are fluent in another language, reach out to Sales Associates in countries that speak that language to learn about their markets. Then narrow down your target area to the places that have the most activity.

Once you have decided on a target area or country, it is time to connect with Sales Associates. You can easily find RE/MAX Associates in other countries by searching Mainstreet. Simply hover over the "Connect" tab on the Mainstreet home page then select "Find Sales Associates & Offices." From there, click on "Find People," then select the country of your choice from the dropdown menu. You also can search for Sales Associates who speak certain languages, specialize in certain areas or hold specific international real estate designations.

You are no stranger to self-promotion. And when it comes to letting everyone know that you can help with international referrals and purchases, there are plenty of ways to catch people's attention. Before promoting international listings, however, make sure you get the listing Sales Associate's permission in writing.

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION                    RMLLC-WDMO-00019930

**Business cards** – A one-line tag such as "Ask me about Costa Rica" can pique curiosity and grab attention. You could even make double-sided cards with one side dedicated to your international referral business. See if you can leave your business cards at local travel agencies or tourism offices that might send you referrals (and kindly return the favor).

**Online** – Create a tab on your Website about your international specialization, and link to multiple resources that visitors can check out. This is a great place to post some overseas listings, as long as you have permission from the listing Sales Associate. Write about the target country on your blog or discuss it on your Facebook or Twitter page. Use Search Engine Optimization techniques to put your name at the forefront of international property searches in your area.

**Informational seminars or mixers** – Host an info seminar or a social mixer, such as a wine and cheese party, and talk international real estate. Make sure you provide resources for them to get more information and contact you directly about buying abroad.

**RE/MAX International Convention** – Exchange referrals and learn about markets in other countries at the RE/MAX International Convention. During the Global Referral Exchange, you can meet with Sales Associates from more than 85 countries worldwide and establish long-lasting relationships with those Sales Associates.

**Email and/or Postcard Campaigns** – Send your top clients emails or postcards promoting your international focus. Get their attention with pictures and taglines that would make them want to visit – and ultimately buy – in another country.

**Media promotion** – Spread the word about your international business with a press release.

**Share a video with your clients** – Show your clients the benefits of buying internationally with a two-minute video from RE/MAX International. It's an easy-to-use tool for promoting your international business. Forward the video link to your database, add it to your email signature and link to the video from your Website.


## Networking Conventions

**Working Conventions - The key word is work.**
One of the great benefits of working for RE/MAX is the ability to generate Sales Associate to Sales Associate referrals. To take advantage of this you first need to build relationships with other RE/MAX Sales Associates. The best place to do this is to regularly attend RE/MAX conferences and conventions. Relocation referrals are excellent buyers to work with as they invariably have to buy and they usually have a time pressure so they are not going to be time wasters especially if you can keep their loyalty. Unless you go with a plan to work the conference you will not get the results you are looking for. Before you can work you need a plan and before deciding on a plan you need a goal.

**Goal**

Case 4:19-cv-00332-SRB   Document 1076-4   Filed 08/24/23   Page 126 of 172
HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION           RMLLC-WDMO-00019931

Your goal for the conference can be any of the following and may vary, depending on whether this is your first conference or you have attended many in the past.

- To meet new Sales Associates.
- To establish a group of 6-12 Sales Associates you can develop a connection with professionally and socially.
- To have fun.
- To get promotional ideas.
- To speak to top Sales Associates from other cities and learn what they did to develop their careers.
- To listen to the speakers - if you pick up even one good idea to put into practice it will be worth it.
- To renew old acquaintances and re-establish referral connections.

**Plan**
First decide which conferences you want to attend when setting your goals for the year. In addition to RE/MAX conferences, there may be one or two real estate industry conferences. For each of these conferences you need to:

- Take advantage of seat sales or other travel arrangements
- Reserve your hotel
- Car rental
- Register for the conference

Plan your vacation (if any) for after the conference and your work is done. This makes your airfare dual purpose. Make arrangements with a Sales Associate in the office to look after your business. Call Sales Associates in the Host City you want to meet while there.

**What to take**

**Business Cards**
Picture business cards are ideal for conferences. Take lots of them to hand out and to put in supplier booth draws. On your business card you include the office toll free number, your email address and your website. Cards with a backdrop your city and/or specific to the conference you are attending are excellent.

**Promotional material**
A simple brochure or flyer is the least you should do. These may be distributed on chairs before events and arrange with the host hotels to place under the door of convention attendees (there is a fee for this). You can also try to have your brochure placed in the conference handout by contacting well in advance. You will also want to take an afternoon to visit RE/MAX offices in the host city, remember, these Sales Associates are also anxious to meet you as the relationship is usually mutually beneficial.
Try to think of a giveaway item that captures everyone's attention. Leave time for production if you are having an item custom made e.g. a special marketing postcard designed to generate referrals.

**Digital Camera**

Case 4:19-cv-00332-SRB   Document 1076-4   Filed 08/24/23   Page 127 of 172
HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION          RMLLC-WDMO-00019932

Or use your cell phone to take pictures of Sales Associates you meet, awards night photos, sites at the new city, pictures with speakers or presenters. Some Sales Associates upload these photos on their websites or social media like Facebook or email to Sales Associates they met together with a short note.

## Personal Promotion Booths

This is a terrific way to meet Sales Associates. Design a booth and have a draw to entice Sales Associates to leave their business card. Sales Associates also may have promo items to give away. If you plan on doing this often, give the promo item a lot of thought. It is best if the item offered is consistent so that you become identified with it. As promo items take some time to arrange you must plan for them well in advance. Sales Associates often try to find something inexpensive, but unique, that Sales Associates might keep and possibly display on their desk or in their office e.g. Letter openers, magnets, coasters, rulers and mugs etc.

The business cards entered in the drawing are used by the Sales Associate to send a follow-up letter, usually extolling the virtues of the conference and asking to be remembered for referral business. If you plan to send this letter try including a real estate tip you have found useful, in order to draw some attention. Continue to send letters throughout the coming year. You will be expected to attend the booth at certain times when the supplier booths are featured.

## System for Meeting Sales Associates

Like any other part of your business you will accomplish your goals at a convention if you have a system. Most conventions and particularly RE/MAX conventions provide a number of opportunities to meet Sales Associates. RE/MAX usually has a welcome reception, continental breakfasts, supplier/exhibitor lunches, fun-nights etc. All of which afford you the opportunity to meet Sales Associates and discuss business. Use these opportunities to meet new Sales Associates that may be cultivated for referrals, as opposed to Sales Associates from your own office.

Promote your city. Sales Associates want to deal with someone who will promote their city to their client. Never refer someone who isn't proud and excited about his or her city. Promote what you do to give their client a great experience in their new city.

Do make note of any specialty niches e.g. condos, commercial, military, cottages etc. Sales Associates often will know other RE/MAX Sales Associates in your city, however, if they have a client with particular needs that you specialize in, will refer them to you.

## During the Convention

Arrive the day before the welcome reception. The next morning, plan to visit offices, meet Sales Associates and pass out cards. Many Sales Associates do this so your visit will not be unexpected. Don't forget to tell them that if they have friends in your home town, they can refer them to you when buying or selling.

Create a small group of top Sales Associates from different cities and share ideas on how to improve your business. At lunches or dinners, try to sit with Sales Associates who are not from your home town. If you

2011-08-05

126

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION          RMLLC-WDMO-00019933

work a niche market e.g. Military, condos, luxury homes etc. seek out Sales Associates for referrals and exchange information in the specialty area. Conventions will stimulate your creativity.

Attend top producer panels, opening ceremonies, keynote speakers etc. to obtain new business ideas and motivation. At these seminars, Sales Associates will often place materials on chairs to be picked up by attendees. A better and less costly system (a lot of material is left on empty seats) is to stand at the door and hand out your brochure to Sales Associates as they go in.

**After the Convention**
Create a database of Sales Associates to follow up with for referrals. These would be treated like clients who refer you business. You will send them copies of pictures taken; correspond with ideas for building your business and make referrals to. These are Sales Associates you will follow up with before the next conference to arrange meeting for lunches and dinner etc. Send a postcard or letter to your data base of RE/MAX Sales Associates. Include pictures of yourself with other Sales Associates in your listing presentation. You can point out that networking at a convention brings referrals and referrals mean more buyers for your listings. Send a thank you note to each person from whom you received a giveaway and follow up note to everyone you met. Update your mailing list accordingly.
**If you can make ten good contacts at the convention, you'll have spent your time wisely.**

**Tips:**
- Make sure your time is as productive as possible.
- Pass out your personal promotional items with discretion.
- Be sure to spend time really talking with people and then give them something to remember you by. Expand your center of influence as much as possible.
- Be part of a referral group or network
- Exchange ideas and information, commit to send referrals to one another.
- Bring at least one marketing idea or system that you have developed that is working well for you and a copy for each person in the group.
- Bring a notebook so that you can jot down the best ideas.
- When exchanging business cards, write something about each person on the back of the card.
- Network and have fun!
- Brainstorm with top producers you meet at lunch and elsewhere for ideas
- Dress appropriately and be conscious of your image.

**Summary for making the most out of Conferences & Conventions**
- **Plan ahead -** What's your goal? Do you want to improve certain skills? Make contacts for referral business? Solve a business problem you're having? Whatever your goal, it must be defined before you go so you can review the schedule and plan your days accordingly.
- **Network -** During breaks, take the time to introduce yourself to strangers. But, forget talking about the weather, ask them where they're from and what they're seeing in their market. Make sure you have plenty of business cards to hand out. And, take the time to jot down (on the back of his or her business card) a brief description of the conversation you had e.g. "excellent drip marketing campaign." You need just a few words to jog your memory.

Case 4:19-cv-00332-SRB   Document 1076-4   Filed 08/24/23   Page 129 of 172
HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION                    RMLLC-WDMO-00019934

- **Share -** It can't be all take and no give. Be prepared to share your success strategies and offer information about your business. You'll be surprised at the number of ideas you can gain from your peers and they'll be thankful to get some fresh insight on marketing and business tactics.
- **Follow up -** After the conference, sort through your business cards, read the notes you wrote and send out a quick email. Make the email personalized and specific to the conversation you had with the person.

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION          RMLLC-WDMO-00019935

## Lesson 7: Budgeting and Organization

## Set the Budget

**Setting the Promotion Budget**
Once you have set your objectives you must decide how much to spend. Determining the right amount is difficult because there is no precise way to measure the exact results of spending promotional dollars. Here are a few of the methods used:

- **Percentage of commissions** – a percentage of past or anticipated sales. A common method it is usually in the form of "I spend 10% of my sales on advertising and promotion". Advantage of this method is that it is simple and ties expenses to productivity. Problem is that it implies sales cause advertising. You reduce advertising and promotion when sales go down and that may be when you need to increase it.
- **Competitive Parity** – you monitor how much another real estate Sales Associate is spending in your area and either match or exceed it. Competition is important to consider but you must be aware of your own objectives.
- **All you can afford** – common to real estate Sales Associates, many of whom have determined they can't afford anything. Implies you don't know anything about a relationship of return to investment.
- **Objective and Task** – whereby you determine your promotional objectives and the tasks necessary to meet them and therefore the cost needed to perform them. If the costs are more than you can afford, you must rework your objectives.

It may be difficult to determine how many postcards will give you the calls to meet your market share objective. Research indicates it takes 9 penetrations for a customer to become aware of your message, via ads, mailings, signs etc. However, your ad often gets missed, therefore, for you to get the 9 impressions you may need 27 ads. This is why sales associates who farm an area are often likely to give up before they gather the fruit of their efforts. Real estate Sales Associates are not known for their patience and in marketing you need plenty of it.

It is important for you to track your return on investment and for you to look upon marketing as an investment.

If you have $5000 to spend, you can invest it in all kinds of different marketing activities – mailers, newsletters, bus benches, classified ads etc. You must spend your money in areas that meet your objective and give you the largest return. For every dollar spent you must know whether you got back $2 or $10.

For example, a Sales Associate invested in a photo calendar campaign for his farm area. We tracked his return on that investment in terms of market share. His market share went from 5% to 17 %. An

Case 4:19-cv-00332-SRB   Document 1076-4   Filed 08/24/23   Page 131 of 172
HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION          RMLLC-WDMO-00019936

investment of $3000 realized over $50,000 in commissions. That's an extraordinary return and we knew going in it would be, because of prior experience.

You need to know your marketing money is working for you because it is so easy to throw away money on marketing that doesn't work.

**Invest in your own Customers.**
Goal is to move prospects to clients. Mailing to clients is the number one activity of a successful salesperson. Mail to make sales and to intensify relationship (calendars, Christmas cards). A good relationship results in repeat and referral business. Charities provide an excellent example of cost relationships. They will spend up to 80% of their budget on past contributors.
You need to analyze where your business is coming from and budget accordingly.

**Work from the Office**
There are too many distractions at home. Even the most dedicated and focused people get side-tracked by family and home. When you work from the office you are dressed for work and are in work mode.
You pick up tips and energy from other Sales Associates when you work from the office. Other Sales Associates talk about their new listings and/or buyers and you may know of a possible buyer or seller that matches up.

**Image Advertising should be Postponed -** Image advertising covers ongoing inclusion of your photo and slogan in newspapers and magazines or radio spots promoting your great client services. This is good marketing for the long term, but doesn't usually produce results until it's been run consistently for a long time. New Sales Associates need business their first year to survive.

**Budgeting for a good Website/Blog** might be very smart. With some template sites at under $40/month, proper layout and lead follow-up can yield fast results

**Income Tax (if applicable)**
Under the tax rules, you are a self-employed, commissioned sales person. You should ensure that a portion of your gross commission is set aside to pay your income tax.

All expenses that are incurred to earn income are potentially tax deductible, including, but not limited to:
- Vehicle expenses (a log book is required).(Gas, repairs, tires, lease etc.)
- Advertising, promotion and feature sheets
- Stationery and printing
- Travel to and attendance at conventions
- Interest on loans, bank accounts and credit cards for business purposes
- Bank fees for business purposes
- Licenses, fees and registrations
- Professional fees (legal and accounting)
- Salaries and/or commissions paid to assistants

NOTE: KEEP ALL RECEIPTS

Case 4:19-cv-00332-SRB   Document 1076-4   Filed 08/24/23   Page 132 of 172
HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION            RMLLC-WDMO-00019937

If you have any further questions in this regard - talk to your mentor, manager or an accountant.

**Track Results**

Your client management system set up should have a field where you enter where your client came from. Run reports by marketing method to know how many prospects you've gotten by type. If you also place commission amounts in the client record, those reports can tell you how much money that method has produced over time.

For internet marketing, it gets easier and far more accurate to determine how many prospects you've received from a website, right down to which page or form they used. This is tracked with the website statistics. A good site provider can also track your marketing by prospect name and the end result, purchased, sold, or removed.

"Don't keep doing the same thing over and over and expect a different result" is an old saying that applies. Don't be direct mailing into a neighborhood five years from now and not know how much in commissions the mailings have generated.

**Ongoing Expenses**

In the Goals section we discussed how to set a budget for revenue or commission earnings which also required you to budget for anticipated expenses, both for your business and personally.

**Set a Commission Goal**

At your goal setting meeting it is important to set realistic numbers. Start by determining your financial resources and commitments.

- actual total cost of living  - total of rent/mortgage, utilities, taxes, vacation, retirement savings, business expenses
- subtract outside income – spouse, investments, pension
- = break-even or amount you must earn
- Next determine the average commission per transaction for your area.
  (average sale price x average commission per end) e.g. $300,000 x 2% = $6000.
- C/D = # of ends needed

Here we will address that further. There are a number of investments that you will need to think about as a new Sales Associate. There are the supplies you need including a car, cell/smart phone, laptop or notebook computer, contact management software, GPS, open house signs etc.

Some other expenses you need to address:

**Personal Promotion -** It is common to see Sales Associates invest 10% of their commissions into personal promotion and advertising. Often this number doesn't include money spent marketing specific listings or property for sale and which may be 3% of gross commissions. As a new Sales Associate you may decide to budget a fixed dollar number for the first year based on your goals and financial capacity. A suggested minimum is $5000. Once you have established an amount or percentage, you may break it down further, for example:

Case 4:19-cv-00332-SRB   Document 1076-4   Filed 08/24/23   Page 133 of 172
HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION             RMLLC-WDMO-00019938

Target marketing to your farm/neighborhood/marketing area e.g. flyers, postcards etc.
Internet marketing – website, domain name fees, monthly maintenance
Marketing to your centre of influence and past clients – monthly mailings

The percentages/amounts budgeted will vary depending on where you are in your career. Where possible do joint advertising with affiliated companies to increase exposure or reduce costs. Know that being a household name is very ego flattering but expensive to accomplish.

**Personal Development Expense** – What additional courses should be taken to aid your career? You may decide to attend a RE/MAX conference. You will need to budget for transportation, promotional items you will need, hotel costs, registration expenses, meals etc. Do you need to budget for mentor or coaching assistance? Are there books and tapes you should be buying or are they available to borrow?

**Communication Expenses** – What are your cell phone expenses? Do you need a pager? Internet service? Does your office/region have a corporate discount with their suppliers?

**Digital Camera** – Use for on-line tours

**GPS** – Having GPS may save you gas and time when it comes to finding properties

**Laptop/Notebook Computer and Contact Management System** – You need to manage a database of contacts and your center of influence.

**Website Expenses** –There are a couple of options to consider. As a new Sales Associates you may want to look at template sites designed for real estate Sales Associates which may be rented for a monthly fee. There are many companies which provide this service and have RE/MAX designs which you may choose from. To have a site custom designed may be cost prohibitive. Check with your broker/owner and region to see what they recommend and talk to other Sales Associates in your office. How are listings to be added? Is there a maintenance fee? Are you planning on paying for website placement? Buying ad words? Domain name costs?

**Listing Expenses** – once you have established the number of listings you plan on taking, you need to budget expenses for marketing. How often will you advertise? Open house? Is there a multiple listing service (if applicable) fee? Feature sheet expense? Just Sold / Just Listed Cards?

**Signage** –Signs may be purchased and in some areas rented. Check with you broker/owner or manager for sign companies local Sales Associates are using and/or check the approved supplier lists available on RE/MAX Mainstreet or with your region. These companies will already have RE/MAX graphics and will ensure you meet the standards requirements. You will also need open house and possibly directional signs, sold stickers, sign riders etc.

**Prospecting Expenses** – How often and what will you send to your circle of influence? Do you plan to farm a neighborhood, market niche? How often? Be sure to budget for print materials and postage/delivery expenses.

Case 4:19-cv-00332-SRB   Document 1076-4   Filed 08/24/23   Page 134 of 172
HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION          RMLLC-WDMO-00019939

## Assistants

Once your business is up and running you may wonder when you should consider adding an assistant. Typically we see real estate Sales Associates consider assistants when they are doing over 30 transactions a year or are earning more than their annual personal and business expenses. If you are earning about the average annual commissions for a veteran RE/MAX Sales Associate you should consider an assistant. To start with you may decide to share an assistant or use someone part time. You may consider a virtual assistant. They should be hired to do paperwork and other jobs which free you up to spend more time with prospects and clients. Assistants should boost your business, in other words assistants make you money and will take your business to the next level. Once you have an office assistant, you may consider adding a licensed assistant to handle buyers etc. if you are generating more leads than you have time to handle. In the meantime, refer these leads to new Sales Associates in your office and take a referral fee. Below are personal and business expense items which you may put into a spreadsheet and analyze based on projected revenue to aid you in the budgeting process.

| Real Estate | Monthly $ | Annual $ | | Personal | Monthly $ | Annual $ |
|---|---|---|---|---|---|---|
| RE/MAX desk fee | | | | Rent or Mortgage | | |
| RE/MAX monthly fees | | | | Automobile Payment(s) | | |
| RE/MAX annual fee | | | | Home Insurance | | |
| Cell/Smart Phone expense | | | | Food | | |
| Long-distance | | | | Electric | | |
| Monthly service fee | | | | Telephone | | |
| Admin fees | | | | Gas | | |
| Annual fee | | | | Water/Sewer/Trash | | |
| Newspaper/periodical advert | | | | Other Utilities | | |
| Membership - board | | | | Auto Insurance | | |
| other | | | | Dish/Cable TV | | |
| Postage | | | | Internet/DSL | | |
| Donations | | | | Health Insurance | | |
| Licenses/Dues | | | | Medical Expense | | |
| MLS Dues and Fees | | | | Children school expense | | |
| Business Cards | | | | Clothing | | |
| Sign charges | | | | Entertainment | | |
| Auto Expense - lease/purchase | | | | **Enter an expense | | |
| Auto Expense - gas | | | | **Enter an expense | | |
| Auto Expense - maintenance | | | | **Enter an expense | | |
| Auto Expense - Insurance | | | | **Enter an expense | | |
| Auto misc - wash/parking | | | | **Enter an expense | | |
| Computer/Internet | | | | **Enter an expense | | |

2011-08-05

133

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION          RMLLC-WDMO-00019940

| | | | | | |
|---|---|---|---|---|---|
| Marketing - Mailers | | | **Enter an expense | | |
| Marketing - Website | | | | | |
| Marketing - Pay Per Click | | | | | |
| Marketing - Print | | | | | |
| Marketing - Brochures | | | TOTALS | $ - | $ - |
| Marketing - Other | | | | | |
| Marketing - Other | | | | | |
| Office Supplies | | | | | |
| Copy Expenses | | | | | |
| Education Expenses | | | | | |
| Client Entertainment/Gifts | | | | | |
| Group insurance/medical | | | | | |
| Errors & Omission Insurance | | | | | |
| Equipment leases | | | | | |
| Website expense/maintenance | | | | | |
| | | | | | |
| **Enter an expense | | | | | |
| **Enter an expense | | | | | |
| **Enter an expense | | | | | |
| **Enter an expense | | | | | |
| **Enter an expense | | | | | |
| **Enter an expense | | | | | |
| | | | | | |
| | $ - | $ - | | | |

## Effective time management

In you are a daily planner, you must:

- Include all activities you want to accomplish.
- Prioritize your day - do things that will make you money first.
- Delegate the things that must be done, and not by you.
- Create a system that is simple and works.

**Common Time Wasters:**

- Negative talk
- Coffee breaks
- Looking for telephone numbers
- Getting organized to start
- Showing properties to unqualified buyers
- Taking overpriced listings
- Playing office

2011-08-05

134

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION                RMLLC-WDMO-00019941

- Writing bad ads

NOTE: RE/MAX statistics show 100% club members work a minimum of 55 hours per week and spend 50% of their time with customers.

For each working day, establish a prospecting appointment time of a minimum of two hours. This prospecting time is the foundation of your business and it is imperative you hold incoming calls, go on voice mail and/or have your calls screened.

- Use Your Appointment Book Wisely
- Use your calendar, appointment book, smart phone etc. to your advantage. Take a month at a time and schedule in your basics; such as, hours per day for prospecting, hours per week for the office meeting, hours per week for previewing properties, hours on Sunday for your open house, etc. These are appointments with yourself. Schedule everything else around these. Remember, a good Sales Associate never breaks appointments. Don't be so quick to change these times. All of these activities are important.
- When you write items in your appointment book, you know what you are going to do that day and it makes it fun to get up and go. Also use your appointment book to schedule when items need to be accomplished, such as sending out your open house invitations, completing your board orientation, picking up your new signs, etc. When you turn the page and see something written in the time slot or on that day—do it! It's just that simple. Showing property, doing a CMA, going to an inspection, etc. all come around the other activities. There's always time in a day to write an offer or take a listing; I guarantee you will find it!
- It takes a lot of self-discipline to stick to your schedule. The great news is that if you do it regularly it becomes habit and the time just flies. You hear Sales Associates complain all the time that they don't have any listings or buyers, and yet if you look at their schedule, there is also nothing written down about prospecting on a consistent basis. If you start your career using your appointment book and stick to it—you are going to be successful.

When budgeting your time, the first item to be set aside is your time off i.e. the day each week you will set aside for rest and family and the time taken for vacations. This is very important as we have found that Sales Associates who schedule time off increase production and enjoy a better lifestyle. It is important that your customers know when you are taking time off and who they may call for assistance in your absence. What happens if an offer was to come in or they see a home they may want to buy?

Select a Sales Associate in your office to take your calls when you are away. Typically this will be an Sales Associate who is doing a similar volume of business and you will agree to take his/her call when they are on holiday.

Pointers

- Be at the office by 8:00 a.m. every day
- Attend the weekly sales meeting and view new listings
- Attend scheduled prospecting events or block time to accomplish each day
- Evening may be spent showing homes, canvassing/door knocking, presenting offers
- Don't go home without an appointment for the next day
- Set goals for the next day – write a to do list the night before
- Make you daily required calls

2011-08-05                                                                                              135

**Getting started**

- Establish a routine that you are in the office every day for a specified period of time, prepared to prospect.
- Get your photo taken by a professional photographer. Use for your business cards, marketing pieces, web pages, blog sites, etc.
- You will spend a lot of time in your car so prepare it for business. Keep it clean and in good repair. Handy items to have available are GPS, flashlights, tissues, maps, note pads, mileage/expense book, etc.
- Learn about the new computer hardware, notebooks etc. Make sure they are compatible with your contact management software and MLS (IF APPLICABLE) if you have it.
- Become familiar with the different builders in your market and introduce yourself to them. Learn about their products and compensation systems. Collect floor plans and model location maps.
- Get an appointment book and start using it. Start by blocking out days off and vacations. Then block out time each week for office and area meetings, special events, ongoing education, prospecting and open houses.
- Become a neighborhood expert. Familiarize yourself with your office's and your area's inventory of available homes. Attend all office and area tours. Schedule previews prior to showing buyers. Inventory knowledge will give you strength and credibility in dealing with prospects and clients. Stay current on what is available, what has gone into contract, and what has sold.
- Explore RE/MAX Mainstreet and your region and office websites.
- Develop your listing presentation and marketing plan.
- Develop your prospecting plan. It is something that must be done on a daily basis for the rest of your career.
- Write personal notes daily. Get involved in your community. Network with people as much as possible.
- Write out your goals and prepare your business plan. A defined "road map" will help you focus on what it is you need to do to realize your vision. Written, specific goals that are reduced to daily activities will give you direction for the future.
- Explore cost effective ways to be visible in your community. Become a member of the board of a non-profit organization or volunteer for a community program.
- Start making contact with your center of influence. Send out an announcement letter, marketing pieces containing information of value e.g. a newsletter, area market update, local events calendar, etc.
- Practice your listing presentation, open house and telephone dialogues, and completing listings and offers. Get help if needed from other RE/MAX sales associates or your manager.
- Get educated. Read business and real estate books. Find-out if your office or real estate board has a library you can borrow from. Watch videos on RE/MAX Mainstreet.

Case 4:19-cv-00332-SRB   Document 1076-4   Filed 08/24/23   Page 138 of 172
HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION          RMLLC-WDMO-00019943



# Appendix

## Sample marketing program

Dear Mr. and Mrs. _____

I am pleased to present the following report as a suggested action plan. It describes the manner in which we would proceed with the task of marketing your property, to ensure the best possible sale is negotiated on your property in the shortest period of time.

You will benefit in retaining our services for the marketing of your property by dealing with a reputable, professional real estate organization with a proven track record in residential marketing. This includes expert knowledge and experience, access to the most current real estate technology and information, along with the professional guidance needed to successfully manage the sale of your home. In this capacity it is our responsibility to develop, organize, and execute an effective marketing program, to result in a satisfactory sale.

I will take several approaches to represent your property. You can expect an aggressive marketing program that has continually had a high level of success.

I look forward to representing you!

Respectfully,

Case 4:19-cv-00332-SRB   Document 1076-4   Filed 08/24/23   Page 139 of 172
HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION          RMLLC-WDMO-00019944

**Marketing Program**

My commitment to you is to market your property and to ensure you receive the best price and terms with the least inconvenience to you and to keep you informed of the process and progress. This is achieved by following a system/plan.

There are three important considerations that are requisite in obtaining the best price and terms.

1. Ensure proper visibility/exposure to prospective purchasers
2. Ensure accurate pricing from the beginning with quick adjustments
3. Knowledge/experience of Sales Associate on terms, conditions and negotiations

**Ensure Proper Visibility/Exposure to Prospective Purchasers**

**Sign**

The RE/MAX "For Sale" sign - the most direct marketing tool of all - will go up in front of your property to catch the attention of people walking or driving by. People who inquire about your home after seeing a For Sale sign are likely to be interested in your neighborhood and already like the look of your home. A For Sale sign also lets your neighbor know you are selling and they may know someone who is interested in the area. Your neighbor might even be interested in buying it himself; plenty of people move on to bigger and better homes in the area they have lived in for years.

**Multiple Listing Service (if applicable)**

The properties will be listed on the _____ Real Estate Board Multiple Listing Service (if applicable). This will expose the properties to its ____ members.

**Feature Sheets**

We will prepare a full color feature sheet on the property and distribute to potential customers and real estate firms throughout the community.

**Advertising**

The property when listed will be advertised in the _____, the highest read real estate publication in _____.

I will determine additional print advertising - from classified ads in daily and weekly newspapers and further advertising in _____. Your property may also be part of a mailer sent around the neighborhood to let people who may be thinking of a move know what is available nearby, to former customers who may be ready for another move, and to clients who already have their homes for sale but have not found a new home.

2011-08-05

138

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION          RMLLC-WDMO-00019945

**Internet**

All properties are listed on a minimum of four sites on the Internet:

www.mysite.com My personal website

www.remaxmyoffice.com Our office website

www.remaxregionalsite.com Our Regional website

www.remax.com RE/MAX LLC International website

**RE/MAX Sales Associates**

Our Sales Associates cover the entire City of _____ and surrounding area. At RE/MAX, Sales Associates typically generate over 70% of their business from personal and business referrals. RE/MAX _____ sells over __ % of the homes sold in _____. I will ensure your property is exposed to these Sales Associates and their waiting buyers.

**Other Sales Associates**

I ensure your listing is promoted to Sales Associates from other companies who work in the area of each property listed. Sending a feature sheet under covering letter to each real estate office will do this.

**Comparative Market Analysis**

I will prepare a professional Comparative Market Analysis that will consider recently sold comparable homes as well as homes with which your home may be competing. It will establish the appropriate pricing for your home. Once that is established we can list the property on MLS and begin our other marketing activities.

**Exclusive Listing (optional)**

To create excitement and to ensure your home is priced to sell, we start with an exclusive listing for one to two weeks your home is on the market, after which your home is placed on MLS (if applicable). There are many advantages to our unique marketing strategy:

- We advise other Sales Associates that a new listing will be coming on the market and if they have customers they can arrange for a sneak preview. The customer feels an advantage over others in the market place and the fear of losing an "unknown" opportunity causes excitement in the exclusive showing.
- The feedback from these customers allows us to make any last minute changes to our marketing strategy before "going on the market".
- We use this time to have an appraisal done by a third party. This will confirm our price or allow for a price adjustment before going on MLS (if applicable). This appraisal also gives our clients additional confidence that their home is priced to receive the maximum offer.
- We also use this time to prepare our marketing materials - feature sheets, flyers etc. So they are immediately available when the house hits MLS (if applicable).

Case 4:19-cv-00332-SRB   Document 1076-4   Filed 08/24/23   Page 141 of 172
HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION            RMLLC-WDMO-00019946

At RE/MAX, Sales Associates generate 70% of their business from personal and business. We sell over the majority of the homes sold in our city. I will ensure your property is exposed to these sales to associates and their waiting buyers. I am skilled in promoting my listings to Sales Associates working at other local real estate offices.

**My Buyers**

Once the listing is complete, I will check my contact lists and begin trying to pinpoint and pre-qualify potential purchasers for your home. This will help prevent an endless parade of unqualified buyers from going through your house.

**Teamwork**

It is important that we work together and have a good working relationship. Essentially you and I form a team for the purpose of selling your home.

As the owner, you will be responsible for trying to assist in the marketing of your property where possible - without actually becoming physically involved in showings. Examples of this would be having the home available whenever possible for showings, open houses etc, keeping the home neat and clean for showings (See my letter on preparing your home for showing) keeping a low profile during showings (or preferably go out somewhere).

**Progress Reports**

Whether the response is good or bad, I believe you should be aware of what steps are being taken to market the home on your behalf, and to report feedback from other Sales Associates and buyers who have viewed your home. There are many other specific marketing activities that may be undertaken. I will review these with you so you have a good understanding of the process to be followed.

- Contact Sales Associates working the area of the listing by sending a copy of the feature sheet
- Distributing a copy of the listing to past clients and potential prospects
- Contacting 50 houses around the listing
- Contact with client a minimum of once per week
- Advertising on submission of MLS (if applicable) listing, and open houses as often as you can stand them

**Action Plan**

Upon receipt of a request to list, a computerized market analysis would be completed and discussed with you.

Once the property is listed on MLS (if applicable), the following steps would immediately take place:

- Utility costs (gas, electricity) for the past year requested
- Color feature sheets prepared
- Two hundred "Just Listed" cards prepared and delivered in the neighborhood
- For Sale sign ordered.

2011-08-05

140

Case 4:19-cv-00332-SRB   Document 1076-4   Filed 08/24/23   Page 142 of 172
HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION                    RMLLC-WDMO-00019947

- ○ Copy of feature sheet sent to local Sales Associates
- ○ Open house scheduled

**Ensure Proper Pricing from the Beginning with Quick Adjustments**

I complete and provide the following documents:

**Comparative Market Analysis (CMA)**

The critical component in the sale of any property is price. To assist in determining the correct price you require a market analysis for the property. This analysis would compare prices of recent sales and active listings in the area the properties are situated and recommend a list price. A minimum of three comparable properties would be used.

**Monthly Property Status Report**

A Monthly Property Status Report gives you a detailed analysis of the property's marketing and includes recent comparable information, suggested changes to the marketing strategy and pricing. The monthly report will be faxed to you, commenting on calls, showings etc. Feedback from other Sales Associates and buyers who have viewed them will be provided.

**Knowledge/Experience of Sales Associate on Terms, Conditions and Negotiations**
Our record speaks for itself. RE/MAX gets results! We have a financial investment in our listings and as a result are aggressive in ensuring they sell. Our Sales Associates are the most experienced in the industry.

**The RE/MAX Network**

RE/MAX has 90,000 Sales Associates in over 6,000 offices spanning over 85 countries!

RE/MAX (office name)

RE/MAX _____ has #__ locations to serve you with approx. ___ Sales Associates.

**Top of the Line Marketing**

We utilize both the traditional, tried-and-true methods of advertisement, as well as some of the newest electronic programs to get your property information into the homes and offices of the people that matter most.

**Bulk Mail Flyers:** Periodically, I mail professionally designed and printed flyers to every home in your area, advertising listing information as well as my website.

**In-Office Flyers:** Every time the listing information for your property changes, i.e. price adjustment, I create a flyer that I distribute to all the Sales Associates in my office as well as the other real estate offices. This way, your property stays at the top of their minds and they have the most up to date information about it.

Case 4:19-cv-00332-SRB   Document 1076-4   Filed 08/24/23   Page 143 of 172
HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION                    RMLLC-WDMO-00019948

**Sales Associate's Tour:** Once a week the Sales Associates in our office visit new listings within the office, and I make sure all of my listings are on the tour. This way your home is more than just information on paper, Sales Associates can better describe it to their buyers, and it stays foremost their minds! Can you think of somewhere else you'd like to see your home advertised? Let us know; we'd love to do it!

**Unparalleled Service**

At RE/MAX, we understand that selling your home may be the most important transaction you ever make, and therefore, can also potentially be the most stressful! That's why it's so important to have professionals working for you around the clock to make things go as smoothly as possible. I will keep you informed every step of the way so that you are fully in control of the sale of your home.

Below is an outline of the services we offer to aid you in the comfortable, easy to understand sale of your home:

**Marketing:** See details on my comprehensive marketing plan.

**Scheduling Showings:** We will take care of appointment coordination, access to your home the way you feel most comfortable, and feedback.

**Regular Feedback from Showings:** We know how important it is to you to find out the result of each and every showing, which is why you'll receive a call with feedback after **every** showing. Also, we have professional strategies for turning cool showings into warm prospective buyers

**Weekly contact:** You can expect to hear from us at the end of every week whether we have good news or no news. With my assistant in the office full time and my 24h paging service (if applicable), we'll be easy to reach for any questions or concerns you have at any time.

**Listing Updates:** Monthly, we will send you a package of information created especially for your property. It will show you up to date comparable properties that are currently for sale and recently sold in your area. It will include a current market report, as well as a summary of the advertising efforts and action seen on your property. You can always be confident that you are making informed decisions.

**Transfer of Title:** You won't have to lift a finger. Just tell us which lawyer or notary you'd like to use for your transaction, or we can recommend some reputable ones, and our office takes care of the rest.

Instead of a resume, introduce yourself to clients and prospects by using:

**Meet _____**                                                                 **(photo)**

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION                    RMLLC-WDMO-00019949

Comfortable and confident, those are the feelings you come away with after meeting _____.  Here is someone you can relate to and whose company you will enjoy.  _____ has that ability to impart trust and caring, because he/she wants your real estate experience to be enjoyable adventure.

_____ is a resident of _____, where he/she is married and has two children.  He/She has over ___ years of experience in helping people buy and sells homes.  He/She believes in a professional approach but not a clinical one. He/She lets you make the decision, but ensures you have the benefit of his/her wisdom and expertise, to ensure there will be no regrets later.  Buying and selling a home has been well documented as a stressful and demanding experience.  _____ takes these factors out of the process and gives you the confidence you need to make your housing experience what it should be … positive and rewarding.  Because that is what he/she believes it can be.  Working with people to make dreams come true.

_____ has a marketing plan designed to see you through your real estate buying or selling process. He/She also works with RE/MAX Sales Associates from around the world, should relocating be your plan.

_____ is a graduate of The University of _____.  He/She attended _____ high school.  His/Her interests outside of real estate include _____ and _____.

Call _____, meet a friend.


## Top Reasons to use a Sales Associate

The number one reason, of course, is that the Multiple Listing Service, (MLS) (if applicable) provides exposure to literally thousands of people through Sales Associates; the efforts of a For Sale by Owner just cannot compare with the exposure the listing will have on MLS.

- The internet! I have my own personal website, www.mysite.com; I actively market, where I post all of my listing information including dozens of photos. RE/MAX has two of its own sites as well, www.regionalsite.com and www.remaxrealty.com, where all RE/MAX listings are posted.
- Real estate offices have secretarial assistance during peak hours and message answering and paging services during off peak hours. I also have my own assistant, which means that at all times you will have at least two professionals available to handle inquiries, set up showings, set a variety of marketing strategies into action, and the list goes on. Any time a private seller is away from home; his home is off the market.
- A seller selling privately can expect to put in a minimum of 80 hours "work" into the project. This does not account for other out of pocket expenditures such as marketing and a lawn sign. Selling a home can be extremely stressful.
- A Sales Associate must adhere to a rigorous code of ethics. A direct buyer or seller is not so constrained. Purchasers want the protection a Sales Associate can offer.
- By use of a comparative market analysis (CMA), a salesperson can help a seller choose the right price to ask. While some sellers ask too little, others ask for too much. Once a house sits unsold

Case 4:19-cv-00332-SRB   Document 1076-4   Filed 08/24/23   Page 145 of 172
HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION          RMLLC-WDMO-00019950

for too long, it becomes stale. Often a seller is forced to reduce the price and may have to accept less money for his home than he would have received had he started at the right price originally.

- A property depreciates the longer it is on the market. The first two or three weeks are a crucial period. Many owners fail to take advantage of this excitement by limiting the market to their own contacts and advertising.
- Market value is influenced by perceived value just as much as by the concrete statistics. Sales Associates are able to offer suggestions about how to improve a home's "show ability" and hence increase that value.
- Much of a real estate company's business comes from corporate or personal referrals. This market is unavailable to private sellers.
- Out of town buyers seldom have the time or knowledge to deal directly with owners, but they do contact sales representatives through relocation systems.
- The best buyers work with Sales Associates. People who have been transferred from out of town, people who have their home for sale, or people who have sold their home all work with sales representatives.
- Other homeowners who have already listed their homes usually purchase through the company with which their own home is listed.
- Sales Associates are capable of qualifying prospects so that only those who qualify to buy the home are introduced to it. This eliminates most "lookers" and non-serious purchasers and saves you a lot of time and falsely "getting your hopes up."
- Sales Associates screen all prospects and accompany all potential buyers through the property. There is less chance that strangers who may have activities in mind other that of buying a house will come, and it makes opening your home to the public safer in general.
- Showing your home becomes much less of a headache: you get advanced notice of appointments, and you are not required to be home.
- Private showings eliminate the possibility of a personality conflict between seller and purchaser.
- Demonstrating property is an art. Not everyone enjoys poking through other people's closets. It's the salesperson's job to demonstrate the home's strong points and its features.
- A Sales Associate can select the best route to a showing and point out comparable properties that will assure that the property is shown in the best light possible.
- Virtually every buyer has objections, which sales representatives are trained to handle. A private seller is more emotionally involved, and may be less equipped to quell these concerns.
- Private sales attract bargain hunters. Any time a buyer doesn't buy from a store or through a salesperson he expects to pay less. In effect, he expects to save the commissions or profits that would normally go to the sales-person or store owner. Why should someone do all the work a sales representative would normally do and still pay the full price? For example, if the seller is trying to save about six percent commission and the buyer is trying to save six percent, now they are 12 percent apart.
- Not all buyers will come out and say what is bothering them, particularly in front of the seller. A real estate professional is trained to smoke these out and handle them professionally.
- Real estate professionals are trained to follow-up all leads, inquiries and showings. Such follow-up is normally expected and does not have a detrimental effect on a seller's bargaining position, while a private seller doing follow-up can seem desperate.

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION          RMLLC-WDMO-00019951

- In real estate, the offers are in writing and irrevocable. Private buyers often give verbal offers and then revoke them.
- Sales Associates are trained to negotiate better than a seller can on his/her own behalf.
- A Sales Associate is aware of many different ways to finance a purchase and often have reliable financing contacts, while a private seller doesn't normally assist in finding suitable financing.
- A Sales Associate can help eliminate red tape and keep legal costs to a minimum. If you are not using a Sales Associate to draw up your contracts and collect other legal documents, a lawyer will have to do it for you, and they will charge you accordingly.
- Sales Associates stay involved with the deal until the transaction is closed.
- A buyer can remain secure in the thought that although a seller may leave town, the Sales Associate will be there to help out should a problem arise after closing.
- From a buyer's perspective, a licensed real estate representative is more credible than an owner, who will not likely be around after the sale.

**Something to consider - selling your own property is a hassle for which most people are ill-prepared. Most real estate commissions are cheaper than most law suits.**

## Answers to FAQ

### Can I sell my house myself?

Some people believe they can save a considerable amount of money by selling on their own. They look at the average commission on a house, and remember stories of friends or relatives who managed to get through the process with seemingly little trouble. It can be done, they say - so why can't I?

A small percentage of homeowners handle their own sales. But in order to join the ranks of the successful ones, you need to realistically assess exactly what's involved. The routine parts of the job involve pricing your house accurately, determining whether or not a buyer is qualified, creating and paying for your own advertising, familiarizing yourself with enough basic real estate regulations to understand (and possibly even prepare) a real estate contract, and coordinating the details of a closing. The greatest downsides are the demand on your time, and the possibility that a mistake may cost you the money you're trying to save.

The best reason for working with real estate brokers is the enormous amount of information they have at their disposal - information that can help make your house sell faster and easier. Professionals know about market trends, houses in your neighborhood, and the people most likely to buy there. They also know how to reach the largest number of people who may be interested in your house, and are trained in areas like screening potential buyers and negotiating with them. Finally, they're always "on-call", and willing to do the things most of us hate: working on the weekends, answering the phone at all hours, and always being polite about it.

### What is the MLS, and why do I need it?

A Multiple Listing Service, or MLS (if applicable), makes it easier to reach a large number of prospective

Case 4:19-cv-00332-SRB   Document 1076-4   Filed 08/24/23   Page 147 of 172

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION        RMLLC-WDMO-00019952

buyers and dramatically increase the property's exposure. This is a Sales Associate's best resource for finding his buyer a home.

Quite simply, it's a system under which participating brokers at the Real Estate Board agree to share commission on the sale of houses listed by any one of them. So, for example, if you list your house with one broker and another actually sells it, they split the commission. The advantage to you is clear: more people have an interest in selling your house and your home is exposed to many more buyers since Sales Associates have access to the largest buyer pool available.

## What makes a house sell?

An entire book could be devoted to answering this question. But to be as concise as possible, a successful sale requires that you concentrate on five considerations: your price, terms, condition, location, and market exposure. Since you can't control all of them, you may have to overcompensate in one or more areas to offset a competitive disadvantage in another.

## How do I price my house?

In a single word, realistically. See the section further on about the criteria that professional appraisers use to value a home. Today's residential real estate market is no place to look for easy profit. That's not to say you can't get what your house is "worth"... you just get what it's worth today! You have to be realistic about its value, and price it accordingly. A good place to start is by determining the fair market value.

## What is "fair market value," and how do I determine mine?

Simply put, the fair market value of a house is the highest price an informed buyer will pay, assuming there is no unusual pressure to complete the purchase. It is usually not the asking price. To get an estimate of fair market value, call me and ask for a free Competitive Market Analysis (CMA) of your house. The analysis will give you a realistic figure based on the most recent and relevant transactions in the local real estate market.

## What's the difference between fair market value and asking price?

Generally speaking, the owner's asking price - the advertised price of a house when it goes on the market - is set 3-5% above estimated market value. You can assume that some negotiation will be necessary to reach an agreement with a buyer. However, too large a variation in price above market value will result in reduced showings and typically only "bottom fishing" offers.

## Why couldn't we just try it for a while at that price?

Homes that are overpriced will not sell and will end up becoming stagnant on the market. The longer your house sits on the market, the less interest it will generate. Potential buyers start to ask, "What's wrong with this house? Why hasn't it sold?" Reducing the price later does not generate nearly as much new interest as a new listing does, and it contributes to the stigma that there may be something wrong with it. This can also weaken your negotiating position once you do have an offer.

## Who can help me determine the right asking price?

Sales Associates suggest asking prices based on a variety of information you may not have at your

Case 4:19-cv-00332-SRB   Document 1076-4   Filed 08/24/23   Page 148 of 172
HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION          RMLLC-WDMO-00019953

disposal, including recent listing and selling prices of houses in your neighborhood. If you're not completely confident in their suggestions, you may want to order an appraisal.

Next, establish clear priorities. If you had to choose, are you more concerned with selling quickly, or getting the most money possible? Do you think the Sales Associate's suggested asking price is reasonable? What would you pay for the house if you were the buyer?

Someone else - a neighbor, friend or relative - may point out advantages or disadvantages about your house that you hadn't thought about. Third-party views will help you start thinking of your house as a commodity, with positive and negative selling points. Then you should decide on a price that you feel is competitive and consistent with what other houses in your area have sold for.

### How flexible should I be about the asking price?
Most buyers also leave room for negotiation when they make an offer. Thus, a certain degree of flexibility is usually called for on the part of both the buyer and the seller. A range of 1-2% above the mid-point of your property's market value range is often best!
While it is ultimately your decision to accept or reject an offer, or present a counter-proposal, a good Sales Associate can be of great assistance to you during the negotiating process. In fact, negotiation is one of the most valuable skills a Sales Associate can offer you.
As negotiations proceed I will advise you of your options in responding to each offer from the buyer. A cool, rational manner, in what is often a long, emotionally-charged process, will usually net you a significantly higher price.

### How do I find the Sales Associate that's right for me?
A good place to start is by talking to friends, neighbors, relatives - anyone whose recommendation you trust. Many Sales Associates build a major portion of their business from referrals. To do this, obviously they must provide an extremely high level of caring service to the people they deal with. This should be your first choice in choosing a qualified Sales Associate.

A second way is to work with a Sales Associate who guarantees his or her service... someone who is willing to put their reputation and money on the line if they don't provide the kind of service that you deserve and need.

Another way to find a Sales Associate well-suited to sell your house specifically is by responding to an Sales Associate whose marketing efforts are particularly appealing and successful. The very existence of such self-marketing efforts suggests that the Sales Associate may have more to offer you than the Sales Associate who picks up the phone when you call the local real estate office.

### What makes a Sales Associate Effective?
We like to think good training and experience make the best Sales Associates. But the truth is, not every Sales Associate is right for every seller. And that's why we suggest you follow this simple formula to help you decide whether a particular Sales Associate will work well for you:

**COMPETENCE + COMFORT => CONFIDENCE**

Case 4:19-cv-00332-SRB   Document 1076-4   Filed 08/24/23   Page 149 of 172
HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION          RMLLC-WDMO-00019954

**Competence**: When you first meet with real estate Sales Associates, they'll do their best to show you that they have what it takes to sell your house. You can expect to see a portfolio of credentials, past achievements, sales volume and letters of recommendation. Look for evidence that their background is relevant to your needs - someone whose portfolio includes success with houses in your price range or type of property and someone whose method of business is to provide the best service to his clientele.

A Sales Associate who subscribes to on-going training, who keeps up with the latest trends in the industry, is going to be of much more value to you that someone who stopped learning the day they got their license. There are several top real estate trainers who bring their programs to our area on a regular basis. These trainers talk to top Sales Associates across North America daily and bring that accumulated experience to their teaching.

**Comfort:** The Sales Associate you choose should be very interested in what your goals and needs are, and should be someone you get along with! You're going to be dealing with this individual on a daily basis, maybe for months, during a time that can be emotionally trying for you and your family. Indeed, your Sales Associate may well become something of a family member, who shares in the tension, anticipation, frustration, and ultimately the joy of selling your house.

It takes a unique combination of those two characteristics to inspire the **confidence** and trust a homeowner needs to maintain peace of mind through the process of selling a house.

### Should I select a Sales Associate based on their suggested selling price?
It is tempting to work with a Sales Associate that pacifies or flatters you with the price you want to hear, but don't be fooled. These Sales Associates will end up doing you a disservice in making your home a non-productive listing.

### When is the best time to list a house for sale?
As soon as you decide to sell it! If you want to get the best price for your house, the key is to give yourself as much time as possible to sell it. More time means more potential buyers will probably see the house. This should result in more offers; it also gives you time to consider more options if the market is slow or initial interest is low.

### Is there any seasonality to the market?
Peak selling seasons vary from year to year in our area and weather sometimes has a lot to do with it. But keep in mind that there are also more houses on the market during the prime seasons, so you'll have more competition. So while there is seasonality in the real estate market, it's better to time your sale based on your needs and not market predictions.

### What about market conditions - price trends, interest rates, and the economy in general? Should they have any bearing on when I list?
Probably not. Even if you're under no pressure to sell, waiting for better market conditions is not likely to increase your profit potential. Real estate industry analysts don't foresee a return to the "boom" market of earlier years any time soon; they're also likely to tell you it's possible to sell your house in any kind of market, provided it's effectively marketed. Again, it's better to time your sale based on your needs and not market predictions.

Case 4:19-cv-00332-SRB   Document 1076-4   Filed 08/24/23   Page 150 of 172
HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION          RMLLC-WDMO-00019955

### How long should it take to sell?

Average listing times vary from 30 to 180 days, according to market conditions in a particular neighborhood, type of property and price range; and of course, price, terms, condition, location and exposure play an even greater role. Selling in any market is easier if you keep time on your side. Most professionals will tell you that allowing yourself at least three to four months of listing time will put you in a position to get a better return from their marketing efforts.

### What if I can't sell my present house before we have to move?

If you don't have to sell in order to buy a new home, renting your existing property may be one option to think about. Consider the advantages and disadvantages. If you're being transferred, you may be able to obtain a short-term rental in your new location while you're becoming familiar with the new area. Either way, we can usually help by advising you how much you can expect to pay for rent in the new neighborhood, or what you need to charge for rent to cover your mortgage payments and other costs you'll entail as a landlord.

### What if I DO have to sell my current house first?

First of all, you are best advised, in a buyer's market, to sell your property first with a long closing... enough time to be able to find another home on the market (after yours is sold firm) without being rushed about it! That time is usually 90 - 120 days. Since the average closing time is 60 days, you will then have 30 - 60 days to find your new home and close in the normal time period.

### What if my Sales Associate doesn't sell my home?

Besides commission, the most important matter you negotiate at the time of listing your house with a broker is the duration of the listing contract. Terms vary, but listing agreements are seldom for less than three months or greater than one year.

So what if you find yourself dissatisfied midway through your contract? While the listing contract is legally binding, a few brokers offer homeowners an "out" if they are unhappy with the service they are receiving. If you are not satisfied for any reason, at any time, your property can be taken off the market immediately.

### Should I fix my house up before it goes on the market?

Unless your house is nearly new, chances are you'll want to do some work to get it ready to market. The type and amount of work depends largely on the price you're asking, the time you have to sell, and of course, the present condition of the house.

If you're in a hurry to sell, do the "little things" that make your house look better from the outside and show better inside. Several specific ideas for making low-cost improvements follow.

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION                    RMLLC-WDMO-00019956

**What is "curb appeal" and how do I create it?**
"Curb appeal" is the common real estate term for everything prospective buyers can see from the street that might make them want to turn in and take a look. Improving curb appeal is critical to generating traffic. While it does take time, it needn't be difficult or expensive, provided you keep two key words in mind: neat and neutral. Remember, when a family looks at a house, they're trying to paint a picture of what it would be like as their home. You want to give them as clean a canvas as possible.

**What should I do to make the house show better**?
Try to make it easy for prospective buyers to imagine your house as their home. Clear as much from your walls, shelves and countertops as you can. Give your prospects plenty of room to dream. See my **Preparing Your Home** checklist for more ideas.

**Should I make any MAJOR home improvements?**
Certain home improvements are useful to almost everyone and have been proven to add value or speed to the sale of houses. These include building a deck or patio, basement finishing, some kitchen remodeling (updating colors on cabinets, countertops, appliances, panels, etc.), and new floor and/or wall coverings, especially in bathrooms. However, professional renovators have found that, no matter how much you improve any given house, you're unlikely to sell it for more than 15% above the median price of the other houses in your neighborhood, whether you do $1,000 worth of work or $50,000. That's why you might want to ask your Sales Associate's opinion about the viability of recouping the cost of any major renovation you have in mind before you start the work.

**Should I do the work myself?**
You know your talents best. But be warned that it's not a good idea to engage in larger jobs involving mechanical systems (heating, electrical, plumbing, etc.) or work that must meet local building codes, unless you're licensed to do so. Your efforts could make you responsible for more than you realize if something you worked on goes wrong after you sell.

**Am I liable for repairs after the offer has been accepted?**
In certain situations. If the purchaser's building inspection reveals major problems with your house's structure or mechanical systems (heating, electrical, plumbing, etc.), the buyer may wish to negotiate the price downward on the basis of anticipated repair costs. So even though the repairs won't be made until after the sale, practically speaking, you do pay them.

Sometimes, repairs may be required before the transfer of the title takes place. This is especially true in sales that involve financing that's insured or guaranteed by the government. You may have also heard about lawsuits involving vendors who failed to disclose major problems before the sale - like an addition to the house that wasn't built to code. That's another good reason to retain a lawyer or Sales Associate who knows as much about the condition of your property as you do. It's also a good idea to get the buyer's written acknowledgment of any major problems when you accept their offer.

Case 4:19-cv-00332-SRB   Document 1076-4   Filed 08/24/23   Page 152 of 172
HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION            RMLLC-WDMO-00019957

**How do I reach the right potential buyers?**

Today, people are moving further and more frequently than they used to. The result is that the pool of potential buyers for your house is much larger and spread far wider than ever before, and the competition to reach them is fierce.

Real estate brokers have responded by developing increasingly sophisticated marketing techniques that define likely buyers, where to find them, how to reach them, and how to persuade them to buy one house over another. The fact is, virtually everything we've discussed up to this point, from pricing to home improvements, the Competitive Market Analysis to the "For Sale" sign in the yard, is part of a marketing process that's put into motion when you decide to work with a good broker.

**Should we try to avoid being at home when the house is shown?**

You should definitely try to be out of the house during any showings your Sales Associate has scheduled. If you do need to be home, don't "hang around" or follow them through the property. People often feel uncomfortable speaking candidly and asking questions when the current owners are present. You want them to feel as free as possible to picture your house as their "dream home"... to relax, settle in and visualize their own furniture in every room. I hope the Home Seller's Guide has helped clear up any questions or concerns you may have had about selling your home. More detailed information on the marketing plan would be discussed separately with a Comparative Market Analysis (CMA). My job is to make the selling process as easy as possible, and by doing so, to allow you to enjoy the excitement that goes with finding your next home.

# Helpful Selling Hints

- **Let the Sales Associate do his/her Job**
  We strongly recommend that your home be shown by appointment only. If someone sees the For Sale sign and knocks on your door, refer them to the Sales Associate handling your home. After all, the Sales Associate is professionally trained to handle the situation. Doing this will increase the chances of a quick sale.
- **Let's Make a Good First Impression**
  The first thing a potential buyer sees is the exterior of your home. A freshly manicured landscape will ensure the first impression is a good one.
- **A Little Work Can Make A Lot of Difference**
  Fixing leaky faucets, a coat of paint or new wall paper will not only increase the chance of selling your home; it could increase the price as well.
- **Bigger is Better**
  Removing unnecessary articles from the basement, attic and closet will show the perspective buyer just how much space your home really has.
- **Show the Whole House**
  Be sure all of the rooms in the house look the best they can. For a dull, dark room, a coat of paint will be a valuable asset. Don't forget the basement, give it the same consideration.
- **Ensure Buyer's Safety**
  Make it a point to check that all passage and stairways are clear of all obstacles.

Case 4:19-cv-00332-SRB   Document 1076-4   Filed 08/24/23   Page 153 of 172
HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION          RMLLC-WDMO-00019958

- **Closet Space Can Sell Your Home**
  Large closets are an important selling feature. Be sure they are uncluttered, well organized and neat.
- **The Key to Bedrooms**
  Fresh and Clean! Freshly laundered, bright, cheerful curtains and bedspread will leave a good impression.
9. **Buyers Are Not Walking on Water**
  Be sure the carpets and floors are always kept clean. Professional steam cleaning may improve your chance of selling.

# 20 Secrets to Improve Your Home's Value

**On the Outside:**

- Resurface the driveway and redo the walk so your home makes the right "cared-for" first impression.
- Install a new front door with brass fixtures to make your entry welcoming then paint or stain the door surround.
- Replace the garage door and install an automatic opener.
- Put in a new flower bed, green up the lawn, and replace any overgrown buses in front.
- Power wash your siding and deck, and repaint the trim or, if needed, the whole house.
- Consider sought-after double or triple-pane windows or storm windows and doors that keep the temperature indoors comfortable all year round.
- Install or upgrade porch and pole light fixtures to give your home a touch of elegance.
- Redo the roof and gutters to guard against hidden leaks.

**On the Inside**

- Repaint all interior walls using a neutral color to make the whole house shine.
- Install new carpeting and vinyl or ceramic flooring.
- Refinish wood floors to give that "new house" look.
- Hang new chandeliers, recessed or track lighting to make pleasant rooms brilliant.
- Keep things cool with attractive ceiling fans
- Add elegance by replacing switch and outlet plates and register vents with shiny brass ones.
- Make over the kitchen, new counter tops, and appliances will help it sell. Today's buyers want a disposal and dishwasher; consider replacing or refacing cabinets to bring them up to date.
- Replace bathroom lighting, toilet seats, medicine cabinets, bathroom hardware to bring a sparkle that goes beyond clean.
- Update your home's energy efficiency, possibly with new furnace or additional insulation and new weather stripping so it cost less to operate.
- Install cable TV lines and an extra phone line to the best room for a home office - even if you don't need them - to upgrade your home's electronic capabilities.
- Reorganize and add closet shelves to make closets function better and appear more spacious.
- Buy that new living room sofa or family room furniture you planned for the new house to improve the look of the home you'll be selling.

Case 4:19-cv-00332-SRB   Document 1076-4   Filed 08/24/23   Page 154 of 172
HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION          RMLLC-WDMO-00019959

**Why Moving Often Beats Remodeling**

Now that you know how to fix up your home, why not make some improvements and then stay put? Consider these reasons:

- If your home was too small, too far away from work or family, had the wrong floor plan, or lacked the features you really want, your fixed-up home will still not suit you well.
- If you choose to remodel, you'll find yourself living in a construction site and overseeing the many phases of building
- If you pay to remodel, chances are you'll recover less than 100% of what the remodeling cost.

**How Long Does It Take To Market A Property?**

According to market conditions, the length of time it takes to market a house will vary. While some properties sell in just a few days, other may require several months. There are six factors that influence the time it takes to sell a property.

**Competition**

Every Buyer makes his decision about which home to buy, and how much it is worth compared to his other choices at the time of purchase. The supply of other homes the Buyer will compare with your home is constantly changing each week and month. The current COMPETITION always affects the buyer's opinion of your property and what he will think it is worth. So the question is, what will the buyer's other choices be at the time they are shown your property?

**Financing**

If financing should cost too much, or if the seller requires more down payment than most people have, then the financing may delay or prevent the sale.

**Price**

If the property has not sold after a reasonable length of time but other similar properties have sold, then the price may need to be reduced. If this is true and the price is not reduced, a sale may be delayed or prevented.

**Property**

If the property should show poorly or have major defects which are not corrected, a sale may not take place until the defects are corrected or until the price has been adjusted to compensate for them.

**Timing**

Timing is the condition of the real estate market at the time of the sale. Supply and demand are the factors influencing whether it is a Seller's or a Buyer's market. Neither the seller nor RE/MAX can change the condition of the market at the time the property is for sale. It must be accepted for what it is.

**Marketing**

At RE/MAX, marketing techniques are constantly being tested and updated for best results. But even expert marketing has its limitations because marketing cannot overcome any of the first five factors if they are out of balance and remain uncorrected. We will supply you with a constant flow of updated information which will help you determine the marketability of your property.

Case 4:19-cv-00332-SRB   Document 1076-4   Filed 08/24/23   Page 155 of 172
HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION          RMLLC-WDMO-00019960

# Tips on Low Cost Improvements

## Interior Improvements

- Wash all windows inside and out. Curtains and drapes should be fresh and attractive.
- Open all drapes, pull up shades, and let the light in.
- Get all bugs and flies off all light fixtures. Wash fixtures and bulbs.
- Put higher watt bulbs in all fixtures for better lighting.
- If you cannot get rid of stains in toilet bowl, buy a new one. This applies to all bathrooms, including the one in the basement that is seldom used.
- If possible, send all cats, dogs, parrots, hamsters and pet monkey to your brother-in-law from the day the house goes on the market until the day it is sold, and get rid of the odors that are left behind. Over fifty percent of home purchasers are either allergic to, afraid of, or simply dislike animals.
- Clean all rubbish out of all fireplaces, particularly the ones that have not been lit in the last three years.
- Put two coats of off-white paint over chartreuse, tangerine, purple, orange or any dark colored walls. Also if walls are dirty, one coat of white paint will work wonders.
- Remove every bit of grease from the inside of the oven or ovens and burner trays.
- Fix the front doorbell, storm door and front entry (first impressions are lasting).
- Shampoo the carpets or carpeting.
- Put new washers in all dripping faucets.
- Throw away the torn shower curtain and put up a new one.
- Remove junk from the attic, basement, closets and tool shed, and have a successful garage sale. Contribute whatever remains to the next garbage pickup.
- Organize closets.
- Turn off all blaring phonographs, stereos, and television sets while house is being shown. Soft music is more desirable.
- Water all dying plants or get rid of them.
- Adjust all doors, including closets and windows so they can be opened and closed.
- Dust, clean and scrub everything that means EVERYTHING from attic to basement.
- Replace broken tiles on walls or floors and repaste loose or dangling wallpaper.
- Make the beds and keep all clothes out of sight.
- Keep kitchen countertop and sink clean and clear.
- Secure all banisters and handrails.

## Exterior Improvements

- Rake leaves, mow lawn and keep edges neat. Lawns and flowers should be weeded regularly. Trees and shrubs should be pruned and trimmed.
- Remove old lawn mowers, tractors, disabled autos, broken lawn ornaments, topless tables, armless lawn furniture and seat less chairs. They are reasons for a buyer to make a U-turn.
- Hoses should be coiled or placed inconspicuously when not being used; other garden equipment should be stored in some type of shelter when not in use.

Case 4:19-cv-00332-SRB   Document 1076-4   Filed 08/24/23   Page 156 of 172
HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION          RMLLC-WDMO-00019961

- A yard should be free from unnecessary clutter, a place should be provided for children's toys and equipment. All animal litter should be removed daily.
- Fix the garage door so it opens and closes. House and garage doors should be free from finger marks. Wood surfaces should be kept painted, oiled or stained.
- Porches, steps, verandas, balconies, patios and other extensions of the home must be uncluttered, clean and repaired.
- Shades and awnings in good repair without faded colors will improve exterior house appearance.
- Keep garbage cans deodorized and out of sight or placed inconspicuously.
- Walks and entrances should be well maintained and free from excess water, ice and snow. Put some crushed stone on walkways and driveways that turn muddy in the rain and fill in any pot holes.
- Keep gates, fences, walls and outer buildings repaired and painted.
- Outdoor furniture should be kept clean. Firewood should be neatly stacked. Barbecue grill should be cleaned.
- Metal accessories (door knobs, door knockers, lamps, etc.) need cleaned and polished.
- Attach the downspouts to the gutters and paint, if needed. Any loose roof shingles, tiles, etc. should be secured or repaired.
- Paint the front, back and side entrance doors. Nothing looks worse than a peeling door.
- The fence is falling and so is the sale. Get rid of it or replace it.
- Buy a new mailbox without graffiti on it.
- Remove the half-dozen, slightly tilted, multicolored "For Sale" signs.
- Air coolers should be stored neatly if not in use.
- If you are neither prepared to nor want to spend hundreds of dollars for exterior painting, be ready to make an immediate price adjustment, or listen to everyone who views the home say, "It will cost a fortune to have the house painted!" If you can afford it, the money spent tidying up will be well worth the investment.
- Paint all chimneys and replace broken brick or stone.

## Overview of the Selling Process

The initial step in readying for sale includes an initial tour of the property, and recommended repairs to ensure the property looks its best. Staging recommendations are made to "showcase the property".

This is followed by measurement of building and outbuildings as well as all rooms, noting the important details including type of: construction; foundation; heating/cooling; electrical; plumbing; flooring; exterior & roof. As well the lot size and shape are also noted. Photographs are taken at this time, or as soon as the property is in the condition for picture taking.

During the tour, notations are also made on the features paying close attention to the "fixtures" and "chattels" and the sellers wishes with respect to the inclusion or exclusion of particular items.

Once all the above is compiled, the marketing materials and the MLS Data Input Sheet (if applicable) are then prepared and the For Sale Sign is then ordered for installation. This information is then added to the Multiple Listing Database for all Sales Associates to cross-match with their buyers and posted for public viewing.

Case 4:19-cv-00332-SRB   Document 1076-4   Filed 08/24/23   Page 157 of 172
HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION          RMLLC-WDMO-00019962

**Showings:**

All showings will be booked through me. You will not receive any calls directly, and no one without an appointment or any buyer should come to your door without first arranging an appointment respecting your particular scheduling needs. My main concern for you is that you have minimal intrusion on your home-time during the sales process.

**Offers:**

As soon as I am notified of, or given any offers, I will contact you to arrange to bring the offers to you at your convenience. You will then be able to review any and all offers, and ask questions to ensure that you make an informed decision.

With any offer, you may:

- Accept it
- Reject it
- Counter it

In countering it, you in essence are making an offer to the buyer to sell the property, taking the terms that they offered that you like, and giving the terms that you would like.

The buyer then may:

- Accept it
- Reject it
- Counter it

Eventually, we will either come to terms that both you and the buyer are happy with or not.

Once we have an accepted offer, the deposit check the buyer gave with the offer will be placed in the RE/MAX Trust Account and await your lawyers instructions once the sale is final. The buyer will no doubt have certain "conditions" that need to be satisfied by them. The most common is that they arrange mortgage approval. Other conditions may be:

- A home inspection and/or engineers report (this should be at the buyers expense, not yours)
- Their lawyers approval of the offer

The buyer will have a deadline to satisfy their conditions, usually ranging anywhere from 1 or 2 days to 1 week, and must do this in writing within that timeframe. I will keep you posted on the status of the offer every step of the way.

Once the offer is final (all conditions have been satisfied) the Sold sign will be ordered for installation and I will deliver a full set of the offer paperwork to your lawyer so they may begin their work.

**Closing/Possession:**

On the date of possession, your lawyer will collect the balance of the down payment from the buyer's lawyer, and instruct us on the deposit we have in our Trust Account.

If the buyer has a mortgage, your lawyer will let you know when you can expect your money, this typically happens in anywhere from 1 to 4 weeks after possession. The buyer will be paying you interest

2011-08-05                                                                                      156

Case 4:19-cv-00332-SRB   Document 1076-4   Filed 08/24/23   Page 158 of 172
HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION            RMLLC-WDMO-00019963

on the money, until such time as your lawyer has received the balance of the sale price. The reason for the delay to put it simply is that the bank will not forward the mortgage money until the title to the land has changed to have the buyer's name(s) on it and the seller's name(s) removed. This is what takes the 1-4 weeks to happen, during that time yours, and the buyers lawyer will place "trust conditions" on the sale so that the buyer can take possession and the seller is protected as well.

This is a brief overview of the process from the listing of your property through the finalization of sale and possession. It is general in nature of the typical process that occurs, however can differ from transaction to transaction. Should you wish to know more details on your sale, please contact your lawyer.

## Sample Buyers Agreement

### Purchasers' Exclusive Single Agency Agreement

This agreement made between RE/MAX _____ of 3056 Smith Ave. Georgetown, Manitoba R3P 2H2, Telephone 204-834-7900, herein after referred to Broker, and _____ of _____

(Purchaser)                                          (Address)

This Agreement begins upon signing and ends on _____ or upon earlier successful fulfillment of the terms of this Agreement.

Purchaser hereby retains Broker for the purpose of locating property to be purchased by Purchaser meeting the following general description:

TYPE: _____  LOCATION: _____  PRICE RANGE: _____

Broker agrees to use responsible efforts to find the required property and to procure accepted offer to purchase or option to purchase or agreement to exchange on the required property and agrees that Broker will not accept a commission from the owner to said property unless such commission is consented to by Purchaser before any offer to purchase or other agreement is executed.

Purchaser agrees to compensate Broker as set out more specifically below, if Purchaser, or any other person acting on the Purchaser's behalf, buys a real property of the general nature described about during the currency of this Agreement.

Should the Broker not be able to be paid commission by the Seller, the Purchaser agrees to pay the Broker a commission of _____ when (a) legally (Dollar amount, percentage, other) enforceable agreement between a Vendor and the Purchaser for the purchase of a property is entered into during the currency of this Agreement; or (b) within 90 days after the expiry of this Agreement, a legally enforceable agreement between a Vendor and the Purchaser for the purchase of a property which was introduced to the Purchaser by or through the efforts of the Broker during the term of the Agreement. Such commission shall be payable on completion of the purchase of the property.

For the purpose of this Agreement, "buy" and "purchase" shall be deemed to include the entering into any Agreement to exchange real property or the obtaining of any option to purchase any real property during

Case 4:19-cv-00332-SRB   Document 1076-4   Filed 08/24/23   Page 159 of 172
HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION                    RMLLC-WDMO-00019964

the currency of this Agreement or within ninety (90) days after the expiration of this Agreement, if said exchange or option is subsequently completed.

The ninety (90) days hold over provision in the above noted purchase clauses cannot be enforced by Broker if Purchaser purchases real property pursuant to a new Exclusive Single Agency Agreement entered into between Purchaser and any other registered real estate Broker after the expiration of this Agreement as set out below. Any commission payable to any one of Broker's sub-Sales Associates shall be paid out of the commission which Purchaser pays Broker. Broker is authorized to negotiate for a commission paid by the Vendor, the payment of which will satisfy the Purchaser's obligation to pay commission under this Agreement. The Payment of any commission by the Vendor from the sale's proceeds will not make Broker either the Sales Associate or sub-Sales Associate of the Vendor or the Vendor's Sales Associate.

Purchaser agrees that during the currency of the Agreement, Purchaser will work exclusively with Broker for the purchase, exchange and/or option of any real property of the general nature described above. Purchaser also agrees to furnish Broker with personal and financial information to ensure Purchaser's ability to purchase, exchange and/or option real property of the general nature described above.

This Exclusive Single Agency Agreement shall expire at one minute before midnight of the _____ day of _____ 2011.

This Agreement has been read and fully understood, and Purchaser acknowledges having received a true copy on signing. Any representation contained herein is true to the best of Purchaser's knowledge, information and belief.

PURCHASER

I/We agree to employ RE/MAX _____ on the terms and conditions stated herein:

DATED at _____ this _____ day of _____, 2011.

___ _____ _____
(Witness)  (Purchaser)

_____ _____
(Witness)  (Purchaser)

RE/MAX _____ agrees to render services to Purchaser on the terms and conditions stated herein:

DATED at _____ this _____ day of _____, 2011.

_____ _____
(Witness)  (Broker Representative)

**This is a sample only.**

You need to draw up your own agreement with the assistance of your manager and perhaps a lawyer.

Case 4:19-cv-00332-SRB   Document 1076-4   Filed 08/24/23   Page 160 of 172
HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION          RMLLC-WDMO-00019965

# For Sale by Owner Letters

### FSBO Letter One

Dear Homeowner,
After three weeks in the marketplace, we generally evaluate the effectiveness of our marketing efforts and ask ourselves questions including:

- Have we generated sufficient inquiries?
- Have we had sufficient showings?
- Have we had any written offers?

If the answers to any of these questions is no, then it's usually time for a change. Because without a change you can expect the same results.

This is where I can be of help; by showing you what to do next, and why the services I offer will ensure a sale, in the shortest period of time and for the most money. It would be my pleasure to give you a hand. Please feel free to call on me.

### FSBO Letter Two

Dear Homeowner,
Just a note, as I see your home is still being offered for sale. Often one of the problems homeowners face is lack of feedback on why a buyer is not making an offer. Another is the fact buyers often are misleading in their comments as they don't want to offend the seller. This is why buyers like to work with Sales Associates. They get objectivity in the buying decision and advice on a purchase that for many is the most amount of money ever spent on one item.

By hiring a professional to sell your home you ensure the marketing effort is exposing your home to all potential buyers. You also get the feedback you can use to ensure a sale in the shortest period of time – before buyers start to wonder if there is a problem with the property that is resulting in its not selling.

Please call me to discuss these and other aspects of selling your home.

### FSBO Letter Three

2011-08-05 159

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION          RMLLC-WDMO-00019966

Dear Homeowner,

The first few weeks are the most important time in the home selling process. By now, all of the homebuyers who were in the market for a privately sold home have seen yours. You must now wait for buyers to come into the market who are looking for a home like yours.

As Sales Associates, we have numerous buyers that are not looking privately. Some are past clients, others are people relocating to Mytown, others like first time buyers, are concerned about paying too much and seek professional advice.

By marketing your home with a RE/MAX you have a new opportunity to sell to one of these buyers. As a specialist in your neighborhood, I would welcome the opportunity to discuss our marketing plan. It is designed to get you the most money in the shortest period of time and with the least inconvenience.

Please call me for a no obligation meeting.

## FSBO Letter Four

Dear Homeowner,

After three weeks on the market we generally evaluate the effectiveness of our marketing and decide on corrective action that may be required to sell the home. We would assess the frequency of showings, feedback from showings, offers written etc.

It may be that you are going through a similar process and would appreciate professional advice on the reasons your home has not sold. As a specialist in the area, I would appreciate the opportunity to discuss my marketing plan and why bit is successful.

We guarantee your satisfaction and there is no obligation.

## FSBO Letter Five

Dear Homeowner,

As a Sales Associate who has sold a lot of homes, I understand the frustration when a good house is not selling. I also realize that there is a reason for this and carefully review the marketing effort to determine what needs to be done. The key is to take remedial action as soon as possible. It does not take long for buyers to start asking serious questions as to why a property is not selling.

Currently, you have an advantage as your home is not being exposed to many buyers who have chosen to work with Sales Associates. However, the result may be the same without a careful review of the marketing.

It would be a pleasure for me to have the opportunity to see your home and present my marketing plan. RE/MAX sell one of every three homes sold in Mytown and I am sure our professional assistance would prove of value.

Please call at your convenience for a no obligation interview.

2011-08-05                                                                                  160

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION          RMLLC-WDMO-00019967

**FSBO Letter Six**

**The Value of Exposure**

The last study undertaken by the National Association of Sales Associates shows that Sales Associates get their clients, on average, 9% more for their home than selling privately. That more than pays the commission.
The reason is exposure. It is simple supply and demand. In Mytown, there are over ___ Sales Associates. Sales Associates sell, on average, _____ homes each year in Mytown. Therefore, they have over _____ buyers or approx. __ each. None of these buy privately!

That is a lot of lost exposure you could use for your home.

For you to get market value for your home, by definition, you need to maximize exposure.

- **Exposure creates interest.**
- **Interest creates demand.**
- **Demand creates competition.**
- **Competition creates value.**

I know I can get more for your property than you can get selling it yourself.
Attached is some information about myself. It would be my pleasure to meet and describe my plan for maximizing exposure for your home.

Please call me at _____ for a private consultation.

**FSBO Letter Seven**

**The Out of Town Buyer**

Out of town buyers, with very few exceptions, work with Sales Associates. These buyers more often than not are looking at Mytown for retirement or have professions that allow them to work from any location and have decided to reside here for our beautiful location and lifestyle. For this reason they are in a position to buy what they want, buy quickly, and are qualified buyers making them much sought after.
This is an important element of the real estate market for you to expose your home to.

For a confidential interview on how to maximize your exposure to these buyers, call _____.

**FSBO Letter Eight**

**The Internet**

How important is it to expose your home to buyers on the Internet?

The Internet is only one of many tools Sales Associates use to maximize exposure to your home. It is, however, becoming increasingly important. Estimates are that as many as 80% of homebuyers preview homes on the Internet prior to buying. At RE/MAX we recognize the value of this exposure and advertise our listings on numerous sites.

Case 4:19-cv-00332-SRB   Document 1076-4   Filed 08/24/23   Page 163 of 172
HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION          RMLLC-WDMO-00019968

- www.remaxregionalsite.com    RE/MAX Regional Internet site
- www.remaxmytown.com    RE/MAX _____ office real estate site.
- www.mysite.com    My personal website

Believe it or not, these are just a few of the sites your home will be advertised on, giving you a lot of exposure for your property. Although few buyers purchase their homes over the Internet, it is a useful tool for both local and out of town buyers to narrow their search to a few select properties they can then personally preview.

For a confidential discussion on these and other tools I use to maximize exposure for your home, call me at _____.

## FSBO Letter Nine
### The Question of Time

Once you have decided to sell your home, a lot of questions pop up as to timing.

- Should I buy or sell first?
- I know when I would like to move, I can't afford to move twice, so when should I put my home on the market?
- At what point should I consider a Sales Associate?
- How do I ensure my home sells in time so I am able to buy the house I want before it sells to someone else?
- How do I prevent losing prime market time by selling to an unqualified buyer?

I can help you time your move so as to minimize these risks. A mistake here could cost a homeowner thousands of dollars so you are wise to carefully review the options you have available.

Do you know how long it typically takes homes to sell in your area? What is the lead time between sale and possession? How do I know whether the buyer will close? There is a lot to the timing of a real estate transaction and due to the large dollars involved, it pays to get good counsel.

For a private consultation on these and other issues surrounding the sale of your home, call me. It would be my pleasure to help.

## FSBO Letter Ten

### Questions to ask when interviewing a Sales Associate

I spent a lot of time coming up with these questions… to ensure I could pass the quiz.

Finding a Sales Associate you enjoy working with and whom you can trust is the common concern of all homebuyers and sellers. It is why referrals by past clients and customers are so important to Sales Associates.

Case 4:19-cv-00332-SRB   Document 1076-4   Filed 08/24/23   Page 164 of 172
HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION    RMLLC-WDMO-00019969

- Do you have experience selling homes in our neighborhood?
- How long have you been selling real estate?
- Do you have testimonial letters from your clients?
- May we have a copy of your marketing plan?
- When will my property be advertised?
- Do you do open houses? How often?
- What makes you different from other Sales Associates?
- How often will you be in contact with us?

There are, of course, many other questions you can and will ask. The key is to find someone you can put your confidence in.

Also, does the Sales Associate work for a company recognized as the industry leader. The fact is RE/MAX sells more homes than anyone else in Mytown. Maximum exposure to these Sales Associates is a key to getting your home sold – for the most money – with the least inconvenience to you.

It would be my pleasure to have an opportunity to interview to sell your home. Please call me at _____.

**FSBO Letter Eleven**

**The Service question or what do you pay for?**

If you market your home through me, I will get it the exposure to ensure you receive top dollar. This will more than pay for the cost of my service. In addition, I will perform a number of other services to add value to your home selling process. Here are just a few:

- Take calls from interested buyers and Sales Associates with clients.
- Sell those Sales Associates and buyers on the features of your home.
- Prepare a first class feature sheet.
- Ensure buyers are qualified prior to viewing.
- Ensuring you are not rushing home, rescheduling family events and cleaning your home from top to bottom for people who can't afford it or are "tire kickers".
- Being available when you are not, for out of town and other qualified buyers.
- Coordinating appointments to suit your and the buyers schedule.
- Embark on a comprehensive marketing plan to expose your home to all interested buyers.
- Place the necessary advertisements, MLS exposure as discussed in the marketing plan.
- Negotiate to ensure you receive top dollar.
- Handle the inspection and disclosure processes (so you don't get sued!).
- Review with you my " Home Seller's Guide"

There really is a lot to selling a home. It would be my pleasure to meet with you to discuss a plan to ensure you get top dollar for your home. Call today.

2011-08-05                                                                                           163

**FSBO Letter Twelve**

**What can go wrong selling it privately?**

Fortunately, most real estate transactions close without any problems. The buyer is happy with their purchase and life goes on. We do, however, live in a more litigious age and the old axiom "buyer beware" no longer is the panacea it once was for sellers of real estate. It is to protect against these events that causes many a seller to look for the protection a Sales Associate can provide.

Why do buyers sue?

There are latent defects not disclosed by the seller.

A common example is water seepage.

Fixtures are removed.

There is a difference between a fixture and a chattel.

Sellers may not remove fixtures such as built-ins, shelving, and mirrors.

The feature sheet has errors in it.

Verbal statements made by the seller are exaggerated or misunderstood.

There are errors in utility or realty taxes.

Rental items are not disclosed

Square footage is miscalculated.

Unfortunately there are as many problems as there are lawyers. A Sales Associate can protect you from these concerns. I can review with you the pitfalls and how they are overcome. We can ensure adequate disclosures and safeguards are in place to protect against potential lawsuits.

For one, Sales Associates are insured (if applicable), so that for any errors made, buyers have recourse to that insurance. But, more importantly, Sales Associates are trained to spot potential problems and ensure they are covered off before they become problems. Because we know the potential for errors and mistakes we ensure or clients are protected. There are few things worse than fighting off lawsuits. My "Home Seller's Guide" explains how to I protect against the many pitfalls that come up in a real estate transaction.

It would be my pleasure to meet with you and discuss a marketing plan for your home. Call me at _____.

Case 4:19-cv-00332-SRB   Document 1076-4   Filed 08/24/23   Page 166 of 172
HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION          RMLLC-WDMO-00019971

P.S. One of the reasons so many buyers work with Sales Associates is to protect themselves from problems. It is important to expose your home to these prospects.

**FSBO Letter Thirteen**

**What a Sales Associate can do for you:**

The following is a list of some of the services I perform on your behalf:

- Walk through the process of selling your home from beginning to end
- Providing comparable information about the prices for which other properties have sold and analyzing the data for you to get a true comparison.
- Supplying information on local customs and regulations
- Placing your home on MLS and the Internet
- Placing advertisements on your home
- Fielding enquiries
- Negotiating the sales contract
- Qualifying potential buyers to ensure they can buy the property
- Alerting you to potential risks
- Complying with disclosure requirements
- Providing an estimate of closing costs
- Helping prepare for a smooth closing

Also,

- Suggest simple imaginative changes that make a home more suitable for sale
- Provide you with up-to-date information about what is happening in the marketplace and the price, financing and condition of competing properties
- Market your property to other Sales Associates and the public
- Know when where and how to advertise your property
- Help you objectively evaluate every buyer's proposal

It would be my pleasure to discuss a plan to sell your home. Please call me at _____

Case 4:19-cv-00332-SRB   Document 1076-4   Filed 08/24/23   Page 167 of 172
HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION          RMLLC-WDMO-00019972

## Suggested Readings

| Title | Author |
|---|---|
| 1,000 Barrels a Second | Peter Tertzakian |
| 1421 | Gavin Menzies |
| 50 Companies that Changed the World | Howard Rothman |
| Blueprints for Continuous Improvement | Richard Hodgetts |
| Double-Digit Growth | Michael Treacy |
| Eat That Frog | Brian Tracy |
| Everybody Wins | Phil Harkins and Keith Hollihan |
| First Things First | Stephen Covey |
| Generations at Work | Zemke/Raines/Flipczak |
| George Foreman | George Foreman |
| Give and Take | Chester Karrass (?) |
| Good To Great | Jim Collins |
| How Full Is Your Bucket? | Tom Rath/Donald Clifton |
| Iacocca: An Autobiography | Lee Iacocca |
| It's Your Ship | Capt. D. Michael Abrashoff |
| Leadership & The One-Minute Manager | Ken Blanchard, Patricia Zigarmi |
| Love Is The Killer App | Tim Sanders |
| Managing Transitions | William Bridges |
| Megatrends Asia | John Naisbitt |
| Monday Morning Leadership | David Cottrell |
| One Billion Customers: Lessons from Frontlines… | James McGregor |
| Over the Top | Zig Ziglar |
| People Styles at Work | Bolton & Bolton |

Case 4:19-cv-00332-SRB   Document 1076-4   Filed 08/24/23   Page 168 of 172
HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION          RMLLC-WDMO-00019973

| | |
|---|---|
| Principle-Centered Leadership | Stephen Covey |
| Reaching the Performance Zone | Gerald Kushel |
| Recharge Your Team | Donna Deeprose |
| Reinventing the Corporation | John Naisbitt |
| Secrets of Closing the Sale | Zig Ziglar |
| Shackleton's Way | Margot Morrell/Stephanie Capparell |
| The Age of Paradox | Charles Handy |
| The Double Win | Denis Waitley |
| The Elephant & The Flea | Charles Handy |
| The Essentials of Business Writing | Claudine Boros |
| The Executive Deskbook | Auren Uris |
| The Greatest Salesmen in the World | Og Mandino |
| The Innovator's Dilemma | Clayton M. Christensen |
| The Knack of Selling Yourself | James Mangan |
| The Leadership Pill | Kenneth H Blanchard/Marc Muchnick |
| The Magic of Getting What You Want | David Schwartz |
| The Organized Executive | Stephanie Winston |
| The Richest Man in Babylon | George Clason |
| The Stress of Organizational Change | Price Pritchett/Ron Pound |
| The Success Principles | Jack Canfield |
| The Tactics of Very Successful People | B. Eugene Griessman |
| The Winner's Edge | Denis Waitley |
| The Wisdom of Teams | Jon Katzenbach/Douglas Smith |
| The World Is Flat | Thomas Friedman |
| Think and Grow Rich | Napoleon Hill |

Case 4:19-cv-00332-SRB   Document 1076-4   Filed 08/24/23   Page 169 of 172
HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION          RMLLC-WDMO-00019974

| | |
|---|---|
| Three Billion New Capitalists | Clyde Prestowitz |
| Top Performance | Zig Ziglar |
| Turned On | Roger Dow |
| Unconventional Success | David Swenson |
| Who Moved My Cheese? | Spencer Johnson, M.D. |
| You're the Greatest: How Validated Employees… | Frank Maguire |

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION          RMLLC-WDMO-00019975

# Broker Owner Welcome Kit Checklist for new Sales Associates (to go with list of tools required)

- ✓ Welcome Letter
- ✓ Business Cards-Samples
- ✓ Announcement Ad-Samples
- ✓ Personal History Form
    - Address Information
    - Career Summary
    - Why RE/MAX
    - Financial Disclosure
    - Spousal/Family Info
    - Production History (Experienced Associates)
    - Interests/Hobbies
    - Clubs/Associations/Memberships
    - Awards/Recognition
    - Education
- ✓ Member Profile
- ✓ Independent Contractor Agreement (if applicable)
- ✓ Licensed Assistant Addendum (if applicable)
- ✓ RE/MAX Alternative Payment Plan - RAPP Contract/Addendum (if applicable)
- ✓ Policy Manual-Acknowledgement of Receipt
- ✓ Group Insurance Program Information
- ✓ RE/MAX Mainstreet Email Address
- ✓ Keys
- ✓ Photo-for office use e.g. Awards, Ads, Promotion
- ✓ Office Orientation-Supplies and Equipment
- ✓ Telephone, Fax, and Photocopies access codes
- ✓ Internet Access
- ✓ Disk/Office Assigned
- ✓ Real Estate Board/ MLS access, codes
- ✓ Copy of Real Estate License
- ✓ Income Tax Authorization or Remittance
- ✓ Registration for Sales Associate Orientation (SAO)
- ✓ Real Estate Board Transfer – application for membership

2011-08-05

169

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION     RMLLC-WDMO-00019976

- ✓ Letters Announcing Move – Samples
- ✓ Office Roster/Phone List

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY INFORMATION          RMLLC-WDMO-00019977