# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

SCOTT and RHONDA BURNETT, RYAN HENDRICKSON, JEROD BREIT, SCOTT TRUPIANO, JEREMY KEEL, SHELLY DREYER, HOLLEE ELLIS, and FRANCES HARVEY on behalf of themselves and all others similarly situated,
    Plaintiffs,

vs.

NATIONAL ASSOCIATION OF REALTORS, REALOGY HOLDINGS CORP., HOMESERVICES OF AMERICA, INC., BHH AFFILIATES, LLC, HSF AFFILIATES, LLC, RE/MAX LLC, and KELLER WILLIAMS REALTY, INC.
    Defendants.

**DIVISION**

Action Number

4:19-cv-00332-SRB

## THE HOMESERVICES DEFENDANTS' EXHIBIT INDEX

| | | |
|---|---|---|
| ✓ = offered & admitted w/o objection | Ltd | = admitted for limited purposes |
| Ex = offered, but objected to and excluded | X | = offered & admitted over objection |
| DB = admitted, de bene | NO | = marked, but not offered |
| | WD | = offered then withdrawn |

| Exhibit | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| HSD-3000 | | | | Rule 1006 Summary - Exhibits and backup data attached to Report [Dkt. No. 553-3] |
| HSD-3001 | | | | Kansas City Regional Association of Realtors Website, About Heartland MLS [https://kcrar.com/kcrar-members/heartland-mls/about-heartland-mls/] |
| HSD-3002 | | | | Kansas City Regional Association of Realtors Website, Become a Member, Benefits [https://kcrar.com/become-a-member/benefits/] |
| HSD-3003 | | | | Plaintiffs' Supplemental Answers to Defendant Re/Max, LLC's First Set of Interrogatories, dated May 7, 2021 |
| HSD-3004 | | | | Plaintiffs' Supplemental Objections and Responses to HomeServices of America's First Set of Interrogatories, dated May 7, 2021 |
| HSD-3005 | | | | Plaintiffs' Supplemental Objections and Responses To HomeServices of America's First Set of Interrogatories, dated January 24, 2022. |
| HSD-3006 | | | | Plaintiffs' Supplemental Objections and Responses To RE/MAX LLC's First Set of Interrogatories, marked as exhibit 3 during the deposition of Frances Harvey taken on August 15, 2022. |
| HSD-3007 | | | | Plaintiffs' Objections and Responses to HomeServices of America's First Set of Interrogatories, dated February 8, 2022 |
| HSD-3008 | | | | Plaintiffs' Supplemental Objections and Responses to HomeServices of America's First Set of Interrogatories, dated July 8, 2022. |
| HSD-3009 | | | | Handbook on Multiple Listing Policy, National Association of Realtors (1974) [NARSITZER0000639568-NARSITZER0000639624] [57 Pages] |
| HSD-3010 | | | | Handbook on Multiple Listing Policy, National Association of Realtors (1980) [NARSITZER0000019420-NARSITZER0000019456] [37 pages] |
| HSD-3011 | | | | Handbook on Multiple Listing Policy, National Association of Realtors (1992) [NARSITZER0000019714-NARSITZER0000019841] [128 pages] |
| HSD-3012 | | | | Handbook on Multiple Listing Policy, National Association of Realtors (1994) [NARSITZER0000019498-NARSITZER0000019613] [116 pages] |
| HSD-3013 | | | | Handbook on Multiple Listing Policy, National Association of Realtors (1997) [NARSITZER0000020078-NARSITZER0000020198] [121 pages] |
| HSD-3014 | | | | Handbook on Multiple Listing Policy, National Association of Realtors (1998) [NARSITZER0000019957-NARSITZER0000020077] [121 pages] |

Page # _____ I CERTIFY that I have this date _____ received from the Clerk, U.S. District Court, Western District of Missouri, the following numbered exhibits for which I will hold myself responsible:

_____ Name

_____
Signature

:exhibin.int

Case number: 4:19-cv-00332-SRB     Continuation

# EXHIBIT INDEX

Page # 2

| Exhibit | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| HSD-3015 | | | | Handbook on Multiple Listing Policy, National Association of Realtors (2004) [NARSITZER0000021077-NARSITZER0000021220] [144 pages] |
| HSD-3016 | | | | Handbook on Multiple Listing Policy, National Association of Realtors (2006) [NARSITZER0000020945-21076] [132 PAGES] |
| HSD-3017 | | | | Handbook on Multiple Listing Policy, National Association of Realtors (2010) [NARSITZER0000021826-NARSITZER0000021991] [166 pages] |
| HSD-3018 | | | | FTC Staff Report re The Real Estate Brokerage Industry: Los Angeles Regional Office Staff Report: Volumes 1 & 2 & The Butters Report (12/1983) [NARSITZER0000165422NARSITZER0000165422] [599 pages] |
| HSD-3019 | | | | Board of Directors Minutes, National Association of Realtors, 1996 Annual Convention San Francisco, CA (November 18, 1996) [NARSITZER0000008134-NARSITZER0000008153] [20 pages] |
| HSD-3020 | | | | NWMLS Rules and Regulations, April 2022 [33 pages] |
| HSD-3021 | | | | Negotiating Your Commission, Participant Workbook (2019) [BHH-MO-0002567-BHH-MO-0002570] [4 pages] |
| HSD-3022 | | | | Negotiating Your Commission v.1 [BHH-MO-0002592-BHH-MO-0002600] [9 pages] |
| HSD-3023 | | | | Letter from Federal Trade Commission to New York State Department of State (7/06/1990) [HSOA-PUBLICDOCS-000001-HSOA-PUBLICDOCS-000010] [10 pages] |
| HSD-3024 | | | | A Real Estate Agent of Your Own, U.S. News & World Report (3/13/1989) [HSOA-PUBLICDOCS-000011-HSOA-PUBLICDOCS-000012] [2 pages] |
| HSD-3025 | | | | Are Buyer brokers the future of real estate? Chicago Tribune (9/7/1991) [HSOA-PUBLICDOCS-000013-HSOA-PUBLICDOCS-000014] [2 pages] |
| HSD-3026 | | | | A Buyer's Agent Will Help You Negotiate Best Possible Deal, Rocket Mtn. News (9/2/1989) [HSOA-PUBLICDOCS-000015-HSOA-PUBLICDOCS-000017] [3 pages] |
| HSD-3027 | | | | More Buyers Are Going for Brokers, St. Petersburg Times (10/25/1992) [HSOA-PUBLICDOCS-000018-HSOA-PUBLICDOCS-000021] [4 pages] |

| Exhibit | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| HSD-3028 | | | | Representation Still a Question, Orlando Sentinel (12/03/1989) [HSOA-PUBLICDOCS-000022-HSOA-PUBLICDOCS-000024] [3 pages] |
| HSD-3029 | | | | Brokers Who Serve Buyers Only, New York Times (9/27/1981) [HSOA-PUBLICDOCS-000028-HSOA-PUBLICDOCS-000030] [3 pages] |
| HSD-3030 | | | | Buyer-broker transactions on rise across nation, Chicago Tribune (5/16/1993) [HSOA-PUBLICDOCS-000031-HSOA-PUBLICDOCS-000033] [3 pages] |
| HSD-3031 | | | | AARP pamphlet, Buying a Home: What Buyers and Sellers Need to Know About Real Estate Agents [HSOA-PUBLICDOCS-000034-HSOA-PUBLICDOCS-000038] [5 pages] |
| HSD-3032 | | | | Buying a Home: Who Works for Whom? New York Times (1/26/1992) [HSOA-PUBLICDOCS-000039-HSOA-PUBLICDOCS-000044] [6 pages] |
| HSD-3033 | | | | Changing the rules Realtors' move may make using buyer brokers easier, Chicago Tribune (1/10/1993) [HSOA-PUBLICDOCS-000045-HSOA-PUBLICDOCS-000048] [4 pages] |
| HSD-3034 | | | | Cornell Real Estate Review: Compensation Structure of Buyer Brokers and Residential Real Estate Transactions (2009) [HSOA-PUBLICDOCS-000049-HSOA-PUBLICDOCS-000065] [17 pages] |
| HSD-3035 | | | | Growing idea: Agents who work for buyers, Chicago Tribune (1/13/1990) [HSOA-PUBLICDOCS-000066-HSOA-PUBLICDOCS-000067] [2 pages] |
| HSD-3036 | | | | Home Buying, Selling 101; How to find professionals to smoothen this complex transaction, Star Tribune (5/24/1992) [HSOA-PUBLICDOCS-000068-HSOA-PUBLICDOCS-000069] [2 pages] |
| HSD-3037 | | | | Press article titled Hunter's guide New breed of broker represents the home buyer, Chicago Tribune (9/27/1991) [HSOA-PUBLICDOCS-000070-HSOA-PUBLICDOCS-000071] [2 pages] |
| HSD-3038 | | | | Money Matters How to Talk to and Select Lawyers Financial Planners Tax Preparers Real Estate Brokers Problem Solving (1986) [HSOA-PUBLICDOCS-000072-HSOA-PUBLICDOCS-000088] [17 pages] |
| HSD-3039 | | | | More NH Buyers Are Hiring Own Brokers to Handle Sale, The Union Leader (9/01/1990) [HSOA-PUBLICDOCS-000089-HSOA-PUBLICDOCS-000090] [2 pages] |
| HSD-3040 | | | | New agents represent the buyer, not the seller, when house is sold; Buyers, someone's on your side, Hartford Courant (12/28/1991) [HSOA-PUBLICDOCS-000091-HSOA-PUBLICDOCS-000094] [4 pages] |

Case number: 4:19-cv-00332-SRB    Continuation
EXHIBIT INDEX                                    Page # 4

| Exhibit | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| HSD-3041 | | | | Univ. of Arkansas at Little Rock Law Review article: Agency - Selling Brokers are Subagents of Sellers in Real Estate Transactions Involving Multiple Listing Services (1986) [HSOA-PUBLICDOCS-000095-HSOA-PUBLICDOCS-000107] [13 pages] |
| HSD-3042 | | | | The Effect of Different Brokerage Modes on Closing Costs and House Prices, The Journal of Real Estate Research (1995) [HSOA-PUBLICDOCS-000108-HSOA-PUBLICDOCS-000120] [13 pages] |
| HSD-3043 | | | | The Effects of an Informational Disclosure Form on the Real Estate Agency Representational Model, The Journal of Real Estate Research (1992) [HSOA-PUBLICDOCS-000121-HSOA-PUBLICDOCS-000131] [11 pages] |
| HSD-3044 | | | | The Role of the Broker in Residential Real Estate Transaction: A Report to the Federal Trade Commission on the Status of State Agency Law as it Affects the Role of Residential Real Estate Brokers (August 1979) |
| HSD-3045 | | | | The Residential Real Estate Brokerage Industry, FTC, A Staff Report by the Los Angeles Regional Office (1983) [HSOA-PUBLICDOCS-000246-HSOA-PUBLICDOCS-000868] [623 pages] |
| HSD-3046 | | | | Press article titled Whom does the agent represent? (12/20/1987) |
| HSD-3047 | | | | Agency Relationships in Real Estate, John W. Reilly (1987) [HSOA-PUBLICDOCS-000872] [214 pages] |
| HSD-3048 | | | | The Buyer Agency Your Competitive Edge in Real Estate, Gail Lyons, Don Harlan (1991, 1993, and 1997 Eds.) [HSOA-PUBLICDOCS-000872] [236] |
| HSD-3049 | | | | The Buyer Agency Your Competitive Edge in Real Estate, Gail Lyons, Don Harlan (1991, 1993, and 1997 Eds.) [HSOA-PUBLICDOCS-000872] [212] |
| HSD-3050 | | | | The Buyer Agency Your Competitive Edge in Real Estate, Gail Lyons, Don Harlan (1991, 1993, and 1997 Eds.) [HSOA-PUBLICDOCS-000872] [234] |
| HSD-3051 | | | | DANGER Report [Swanepoel Ex. 4] [146 pages] |
| HSD-3052 | | | | Excerpt from July 22, 2021 Schulman Dep. [Swanepoel Ex. 5] [12 pages] |

| Exhibit | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| HSD-3053 | | | | Excerpt from May 6, 2022 Schulman Merits Rep. [Swanepoel Ex. 6] [6 pages] |
| HSD-3054 | | | | 2017 Kansas City Regional Association of Realtors Bylaws [KCRAR 00000064-KCRAR 00000090] [27 pages] |
| HSD-3055 | | | | John Hatfield email to Kipp Cooper, Elaina Lueker, Rob Wagoner re: How I explain Commission in my Orientation Class (11/27/2019) [KCRAR 00000029-KCRAR 00000031] [3 pages] |
| HSD-3056 | | | | Avoid Anti-Trust [KCRAR 00000033] [1 page] |
| HSD-3057 | | | | Kansas City Regional Association of Realtors, Welcome to Your Realtor Community [KCRAR 00000103-KCRAR 00000104] [2 pages] |
| HSD-3058 | | | | Bylaws of Heartland Multiple Listing Service, Inc. (2021) [KCRAR 00000159-KCRAR 00000176] [18 pages] |
| HSD-3059 | | | | Kansas City Regional Association of Realtors Bylaws (2017) [KCRAR 00000064-KCRAR 00000090] [27 pages] |
| HSD-3060 | | | | Application for Realtor Membership in Kansas City Regional Association of Realtors [KCRAR 00000108-KCRAR 00000111] [4 pages] |
| HSD-3061 | | | | KCRAR Dues Billing FAQ 2022 [KCRAR 00000157-KCRAR 00000158] [2 pages] |
| HSD-3062 | | | | Your Exclusive Buyer Agency Agreement [Keel] (2021) [Sitzer_003142-SITZER_003148] [7 Pages] |
| HSD-3063 | | | | Closing Disclosure [Keel] (10/20/2021) [SITZER_003188-SITZER_003193] [6 pages] |
| HSD-3064 | | | | Private Mortgage Insurance Disclosure Fixed Rate Mortgage (10/26/2021) [Keel] [SITZER_003292-SITZER_003293] [2 pages] |
| HSD-3065 | | | | Keel Text Messages (9/21) [SITZER_003315-SITZER_003318] [4 pages] |
| HSD-3066 | | | | Keel Text Messages (10/21) [SITZER_003322-SITZER_003328] [7 pages] |

| Exhibit | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| HSD-3067 | | | | Keel Text Messages (10/21) [SITZER_003331] [1 page] |
| HSD-3068 | | | | Residential Real Estate Sale Contract (10/20/21) [Keel] [SITZER_003336-SITZER_003358] [23 Pages] |
| HSD-3069 | | | | Counter Offer Addendum (9/25/21) [SITZER_003367-SITZER_003370] [4 pages] |
| HSD-3070 | | | | Breit Loan Pre-Approval Letter (10/19/2021) [Sitzer_003427-Sitzer_003428] [2 pages] |
| HSD-3071 | | | | Breit emails with Brookelynn Smith and Bradley Hamann RE 1537 Omar – Jerod Breit (10/26/2021) [Sitzer_003449-Sitzer_003453] [5 pages] |
| HSD-3072 | | | | Breit email with Bradley Hamann RE Breit: Timeline to Closing / Initial Estimate (10/19/2021) [SITZER_003463-SITZER_003464] [2 pages] |
| HSD-3073 | | | | Breit email with Bradley Hamann RE Closing Process Call at 10:00 AM on 11-8-21. (11/7/2021) [SITZER_003476-SITZER_003477] [2 pages] |
| HSD-3074 | | | | Email from Bradley Hamann to Jerod Breit re Closing Statement Review: 1537 Omar Drive (11/16/2021) [Sitzer_003478] [1 page] |
| HSD-3075 | | | | Email from Bradley Hamann to Jerod Breit et al re E-introduction: Jared to Jerod! (10/20/2021) [Sitzer_003496-003498] [3 pages] |
| HSD-3076 | | | | Email from Bradley Hamann to Jerod Breit re Inspection Preparation: 1537 Omar Drive (10/22/2021) [Sitzer_003508-003510] [3 pages] |
| HSD-3077 | | | | Email from Bradley Hamann to Jerod Breit re Follow Up (10/6/2021) [Sitzer_003699-003702] [4 pages] |
| HSD-3078 | | | | Email from Jerod Breit to Bradley Hamann re Update (12/3/2021) [Sitzer_003733-34] [2 pages] |
| HSD-3079 | | | | Hamann Sense Real Estate Informational Meeting Document [SITZER_003744] [1 page] |
| HSD-3080 | | | | "As Is" Addendum to Purchase Agreement (10/19/2021) [SITZER_003792] [1 page] |
| HSD-3081 | | | | 1537 Omar Drive, Indianapolis, IN 46202-1363 MLS Listing [SITZER_003793] [1 page] |
| HSD-3082 | | | | Closing Disclosure Breit (11/19/2021) [SITZER_003917-SITZER_003922] [6 pages] |

| Exhibit | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| HSD-3083 | | | | Closing Disclosure Breit (12/14/2021) [SITZER_004141-SITZER_004150] [10 pages] |
| HSD-3084 | | | | Ellis Text Messages [SITZER_005621-SITZER_005849] [228 pages] |
| HSD-3085 | | | | BHH Alliance Real Estate Sales Associate Policy & Procedures Manual (01/08/2020) [BHHSALLIANCE-MO 0000210-BHHSALLIANCE-MO 0000306] [97 pages] |
| HSD-3086 | | | | BHHS Alliance Listing Agreement (3/8/2018) [BHHSALLIANCE-MO 0000307-BHHSALLIANCE-MO 0000311] [5 pages] |
| HSD-3087 | | | | BHH Alliance Operations Manual, Sales Associate Policies & Procedures (08/00/2014) [BHHSALLIANCE-MO 0000089-BHHSALLIANCE-MO 0000209] [121 pages] |
| HSD-3088 | | | | ReeceNichols: Compensation Offer (01/00/2021) [RN-MO-0801718] [1 page] |
| HSD-3089 | | | | BHHS Franchise Agreement between Franchisor: BHH Affiliates, LLC (HSF Affiliates LLC), signed by Patricia Mansur-Brown, and Franchisee: Savannah, LLC, signed by Maryann Vitale Alles (02/28/2014) [BHH-MO-0002677-BHH-MO-0002746] [70 pages] |
| HSD-3090 | | | | Amended and Restated First Amendment to Real Estate Brokerage Franchise Agreement between Franchisor: BHH Affiliates, LLC (HSF Affiliates LLC), signed by Patricia Mansur-Brown and Franchisee: S&G Lake Ozark Realty, LLC, signed by Martin Gum and Susan Spica (01/15/2015) [BHH-MO-0002747-BHH-MO-0002756] [10 pages] |
| HSD-3091 | | | | Amended and Restated First Amendment to Real Estate Brokerage Franchise Agreement between Franchisor: BHH Affiliates, LLC (HSF Affiliates LLC), signed by Patricia Mansur-Brown and Franchisee: Rhino Realty Group, LLC, signed by Adam Stein (06/03/2014) [BHH-MO-0002757-BHH-MO-0002763] [7 pages] |
| HSD-3092 | | | | First Amendment to Real Estate Brokerage Franchise Agreement between Franchisor: BHH Affiliates, LLC (HSF Affiliates LLC), signed by Patricia Mansur-Brown and Franchisee: Debbie Han Real Estate, Inc., signed by Debbie Hahn (05/26/2014) [BHH-MO-0002764-BHH-MO-0002769] [6 pages] |
| HSD-3093 | | | | First Amendment to Real Estate Brokerage Franchise Agreement between Franchisor: BHH Affiliates, LLC (HSF Affiliates LLC), signed by Patricia Mansur-Brown and Franchisee: Savannah, LLC, signed by Maryann Vitale Alles (2/28/2014) [BHH-MO-0002770-BHH-MO-0002775] [6 pages] |

| Exhibit | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| HSD-3094 | | | | First Amendment to Real Estate Brokerage Franchise Agreement between Franchisor: BHH Affiliates, LLC (HSF Affiliates LLC), signed by Patricia Mansur-Brown and Franchisee: BHH KC Real Estate, LLC, signed by Linda Vaughan (07/01/2013) [BHH-MO-0002776-BHH-MO-0002778] [3 pages] |
| HSD-3095 | | | | First Amendment to Real Estate Brokerage Franchise Agreement between Franchisor: BHH Affiliates, LLC (HSF Affiliates LLC), signed by Patricia Mansur-Brown and Franchisee: Bridgeport Realtors, Inc., signed by Roger Skinner (10/22/2014) [BHH-MO-0002779-BHH-MO-0002785] [7 pages] |
| HSD-3096 | | | | BHHS Franchise Agreement between Franchisor: BHH Affiliates, LLC (HSF Affiliates LLC), signed by Patricia Mansur-Brown and Franchisee: BHH KC Real Estate, LLC, signed by Linda Vaughan (07/01/2013) [BHH-MO-0002786-BHH-MO-0002853] [68 pages] |
| HSD-3097 | | | | BHHS Franchise Agreement between Franchisor: BHH Affiliates, LLC (HSF Affiliates LLC), signed by Patricia Mansur-Brown and Franchisee: Debbie Han Real Estate, Inc., signed by Debbie Hahn (5/26/2014) [BHH-MO-0002854-BHH-MO-0002922] [69 pages] |
| HSD-3098 | | | | BHHS Franchise Agreement between Franchisor: BHH Affiliates, LLC (HSF Affiliates LLC), signed by Patricia Mansur-Brown and Franchisee: Premier Vision Properties, LLC, signed by Jody Calvin (07/14/2015) [BHH-MO-0002923-BHH-MO-0002991] [69 pages] |
| HSD-3099 | | | | BHHS Franchise Agreement between Franchisor: BHH Affiliates, LLC (HSF Affiliates LLC), signed by Patricia Mansur-Brown and Franchisee: Bridgeport Realtors, Inc., signed by Roger Skinner (10/22/2014) [BHH-MO-0002992-BHH-MO-0003060] [69 pages] |
| HSD-3100 | | | | BHHS Franchise Agreement between Franchisor: BHH Affiliates, LLC (HSF Affiliates LLC), signed by Patricia Mansur-Brown and Franchisee: S&G Lake Ozark Realty, LLC, signed by Martin Gum and Susan Spica (02/08/2014) [BHH-MO-0003061-BHH-MO-0003129] [69 pages] |
| HSD-3101 | | | | BHHS Franchise Agreement between Franchisor: BHH Affiliates, LLC (HSF Affiliates LLC), signed by Patricia Mansur-Brown and Franchisee: Greater Metro, Inc., signed by Andrea Lawrence and Kevin Goffstein (02/25/2014) [BHH-MO-0003130-BHH-MO-0003199] [70 pages] |
| HSD-3102 | | | | Addendum to Franchise Agreement between BHH Affiliates, LLC, signed by Patricia Mansur-Brown and Franchisee: Premier Vision Properties, LLC, signed by John Calvin (04/09/2020) [BHH-MO-0003200-BHH-MO-0003201] [2 pages] |

| Exhibit | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| HSD-3103 | | | | BHHS Franchise Agreement between Franchisor: BHH Affiliates, LLC (HSF Affiliates LLC), signed by Patricia Mansur-Brown and Franchisee: Rhino Realty Group, LLC, signed by Adam Stein (03/19/2014) [BHH-MO-0003202-BHH-MO-0003270] [69 pages] |
| HSD-3104 | | | | First Amendment to Real Estate Brokerage Franchise Agreement between Franchisor: BHH Affiliates, LLC (HSF Affiliates LLC), signed by Patricia Mansur-Brown and Franchisee: Brockman-Hunt, LLC, signed by Philip Hunt and Sonya Brockman (03/16/2014) [BHH-MO-0003271-BHH-MO-0003274] [4 pages] |
| HSD-3105 | | | | First Amendment to Real Estate Brokerage Franchise Agreement between Franchisor: BHH Affiliates, LLC (HSF Affiliates LLC), signed by Patricia Mansur-Brown and Franchisee: Brockman-Hunt, LLC, signed by Philip Hunt and Sonya Brockman (03/16/2014) [BHH-MO-0003275-BHH-MO-0003343] [69 pages] |
| HSD-3106 | | | | First Amendment to Real Estate Brokerage Franchise Agreement between BHH Affiliates, LLC (HSF Affiliates LLC), signed by Patricia Mansur-Brown and Franchisee: Premier Vision Properties, LLC, signed by John Calvin (07/14/2015) [BHH-MO-0003344-BHH-MO-0003349] [6 pages] |
| HSD-3107 | | | | First Amendment to Real Estate Brokerage Franchise Agreement between Franchisor: BHH Affiliates, LLC (HSF Affiliates LLC), signed by Patricia Mansur-Brown and Franchisee: Greater Metro, Inc., signed by Andrea Lawrence and Kevin Goffstein (02/16/2014) [BHH-MO-0003350-BHH-MO-0003354] [5 pages] |
| HSD-3108 | | | | Address and Property Search [Hendrickson Ex. 5] |
| HSD-3109 | | | | Finding Your Why by Casey Zillner Powerpoint Presentation [RN-MO-0801027-RN-MO-0801035] [9 pages] |
| HSD-3110 | | | | ReeceNichols Real Estate Building Your Business 1 Relationship at a Time! Powerpoint Presentation [RN-MO-0801036-RN-MO-0801077] [42 pages] |
| HSD-3111 | | | | ReeceNichols Presentation: Who are you as an agent? [RN-MO-0801114-RN-MO-0801126] [13 pages] |
| HSD-3112 | | | | Burns Class Cert Dec. Ex. A (compilation of ReeceNichols seller surveys), Tab 1 [RN-Moe-0000000730-RN-Moe-0000000733] [4 pages] |
| HSD-3113 | | | | Burns Class Cert Dec. Ex. A (compilation of ReeceNichols seller surveys), Tab 2 [RN-Moe-0000000987-RN-Moe-0000000989] [3 pages] |

| Exhibit | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| HSD-3114 | | | | Burns Class Cert Dec. Ex. A (compilation of ReeceNichols seller surveys), Tab 3 [RN-Moe-0000001179-RN-Moe-0000001181] [3 pages] |
| HSD-3115 | | | | Burns Class Cert Dec. Ex. A (compilation of ReeceNichols seller surveys), [Tab 4 | [RN-Moe-0000002382-RN-Moe-0000002385] [3 pages] |
| HSD-3116 | | | | Burns Class Cert Dec. Ex. A (compilation of ReeceNichols seller surveys), Tab 5 [RN-Moe-0000003749-RN-Moe-0000003752] [5 pages] |
| HSD-3117 | | | | Burns Class Cert Dec. Ex. A (compilation of ReeceNichols seller surveys), Tab 6 [RN-Moe-0000004015-RN-Moe-0000004017] [3 pages] |
| HSD-3118 | | | | Burns Class Cert Dec. Ex. A (compilation of ReeceNichols seller surveys), Tab 7 [RN-Moe-0000031269-RN-Moe-0000031272] [4 pages] |
| HSD-3119 | | | | Burns Class Cert Dec. Ex. A (compilation of ReeceNichols seller surveys), Tab 8 [RN-MOe-0000031537-RN-MOe-0000031540] [4 pages] |
| HSD-3120 | | | | Burns Class Cert Dec. Ex. B (email string dated December 29, 2019) [RN-MOe-0000031051-RN-MOe-0000031051] [1 page] |
| HSD-3121 | | | | Burns Class Cert Dec. Ex. C (Missouri Realtors Seller's Agency Listing Contract (Exclusive Right to Sell)) [RN-MO-0801710-RN-MO-0801716] [7 pages] |
| HSD-3122 | | | | Burns Class Cert Dec. Ex. D (Missouri Realtors Seller's Agency Listing Contract (Optional)) [RN-MO-0801701-RN-MO-0801707] [7 pages] |
| HSD-3123 | | | | Burns Class Cert Dec. Ex. E (custom listing agreement used by the Van Noy Group) [RN-MO-0801678-RN-MO-0801685] [8 pages] |
| HSD-3124 | | | | Burns Class Cert Dec. Ex. F (ReeceNichols "Compensation Offer" form) [RN-MO-0801718-RN-MO-0801718] [1 page] |
| HSD-3125 | | | | Burns Class Cert Dec. Ex. G (ReeceNichols Private Office Listing Addendum) [RN-MO-0801717-RN-MO-0801717] [1 page ] |
| HSD-3126 | | | | Rule 1006 summary based on Burns Class Cert Dec. Ex. H [RN-MO-0801719-0802074] (+ unstamped spreadsheet in exhibit p. 82 of 483 of the PDF) |
| HSD-3127 | | | | Burns Class Cert Dec. Ex. I (2018 email exchange with a ReeceNichols buyer's agent) [RN-MO-0000007288-RN-MO-0000007289] [2 pages] |
| HSD-3128 | | | | Burns Class Cert Dec. Ex. J (ReeceNichols commission reduction letter) [RN-MO-0801709-RN-MO-0801709] [1 page] |

| Exhibit | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| HSD-3129 | | | | Wilson Class Cert Dec. Ex. A (compilation of ReeceNichols buyer surveys), Tab 1 [RN-Moe-0000002873-RN-Moe-0000002875] [3 pages] |
| HSD-3130 | | | | Wilson Class Cert Dec. Ex. A (compilation of ReeceNichols buyer surveys), Tab 2 [RN-Moe-0000001651-RN-Moe-0000001653] [3 pages] |
| HSD-3131 | | | | Wilson Class Cert Dec. Ex. A (compilation of ReeceNichols buyer surveys), Tab 3 RN-Moe-0000003069-RN-Moe-0000003071] [3 pages] |
| HSD-3132 | | | | Wilson Class Cert Dec. Ex. A (compilation of ReeceNichols buyer surveys), Tab 4 [RN-Moe-0000003490-RN-Moe-0000003492] [3 pages] |
| HSD-3133 | | | | Wilson Class Cert Dec. Ex. A (compilation of ReeceNichols buyer surveys), Tab 5 [RN-Moe-0000003528-RN-Moe-0000003530] [3 pages] |
| HSD-3134 | | | | Wilson Class Cert Dec. Ex. A (compilation of ReeceNichols buyer surveys), Tab 6 [RN-Moe-0000005219-RN-Moe-0000005221] [3 pages] |
| HSD-3135 | | | | Wilson Class Cert Dec. Ex. A (compilation of ReeceNichols buyer surveys), Tab 7 [RN-Moe-0000005998-RN-Moe-0000006000] [3 pages] |
| HSD-3136 | | | | Wilson Class Cert Dec. Ex. A (compilation of ReeceNichols buyer surveys), Tab 8 [RN-Moe-0000002076-RN-Moe-0000002078] [3 pages] |
| HSD-3137 | | | | Wilson Class Cert Dec. Ex. A (compilation of ReeceNichols buyer surveys), Tab 9 [RN-Moe-0000019874-RN-Moe-0000019876] [3 pages] |
| HSD-3138 | | | | Wilson Class Cert Dec. Ex. A (compilation of ReeceNichols buyer surveys), Tab 10 [RN-Moe-0000001158-RN-Moe-0000001160] [3 pages] |
| HSD-3139 | | | | Wilson Class Cert Dec. Ex. A (compilation of ReeceNichols buyer surveys), Tab 11 [RN-Moe-0000001369-RN-Moe-0000001371] [3 pages] |
| HSD-3140 | | | | Wilson Class Cert Dec. Ex. A (compilation of ReeceNichols buyer surveys), Tab 12 [RN-Moe-0000002780-RN-Moe-0000002782] [3 pages] |
| HSD-3141 | | | | Wilson Class Cert Dec. Ex. A (compilation of ReeceNichols buyer surveys), Tab 13 [RN-Moe-0000003195-RN-Moe-0000003197] [3 pages] |
| HSD-3142 | | | | Wilson Class Cert Dec. Ex. A (compilation of ReeceNichols buyer surveys), Tab 14 [RN-Moe-0000003263-RN-Moe-0000003265] [3 pages] |
| HSD-3143 | | | | Wilson Class Cert Dec. Ex. A (compilation of ReeceNichols buyer surveys), Tab 15 [RN-Moe-0000017633-RN-Moe-0000017635] [3 pages] |

| Exhibit | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| HSD-3144 | | | | Wilson Class Cert Dec. Ex. A (compilation of ReeceNichols buyer surveys), Tab 16 [RN-Moe-0000018426-RN-Moe-0000018428] [3 pages] |
| HSD-3145 | | | | Wilson Class Cert Dec. Ex. A (compilation of ReeceNichols buyer surveys), Tab 17 [RN-Moe-0000017297-RN-Moe-0000017299] [3 pages] |
| HSD-3146 | | | | Wilson Class Cert Dec. Ex. A (compilation of ReeceNichols buyer surveys), Tab 18 [RN-Moe-0000008519-RN-Moe-0000008521] [3 pages] |
| HSD-3147 | | | | Wilson Class Cert Dec. Ex. A (compilation of ReeceNichols buyer surveys), Tab 19 [RN-Moe-0000000407-RN-Moe-0000000409] [3 pages] |
| HSD-3148 | | | | Wilson Class Cert Dec. Ex. A (compilation of ReeceNichols buyer surveys), Tab 20 [RN-Moe-0000001342-RN-Moe-0000001344] [3 pages] |
| HSD-3149 | | | | Wilson Class Cert Dec. Ex. A (compilation of ReeceNichols buyer surveys), Tab 21 [RN-Moe-0000001469-RN-Moe-0000001471] [3 pages] |
| HSD-3150 | | | | Wilson Class Cert Dec. Ex. A (compilation of ReeceNichols buyer surveys), Tab 22 [RN-Moe-0000015655-RN-Moe-0000015657] [3 pages] |
| HSD-3151 | | | | Wilson Class Cert Dec. Ex. A (compilation of ReeceNichols buyer surveys), Tab 23 [RN-Moe-0000017154-RN-Moe-0000017156] [3 pages] |
| HSD-3152 | | | | Wilson Class Cert Dec. Ex. A (compilation of ReeceNichols buyer surveys), Tab 24 [RN-Moe-0000018715-RN-Moe-0000018718] [4 pages] |
| HSD-3153 | | | | Wilson Class Cert Dec. Ex. A (compilation of ReeceNichols buyer surveys), Tab 25 [RN-Moe-0000000533-RN-Moe-0000000535] [3 pages] |
| HSD-3154 | | | | Wilson Class Cert Dec. Ex. A (compilation of ReeceNichols buyer surveys), Tab 26 [RN-Moe-0000018261-RN-Moe-0000018263] [3 pages] |
| HSD-3155 | | | | Wilson Class Cert Dec. Ex. A (compilation of ReeceNichols buyer surveys), Tab 27 [RN-Moe-0000011351-RN-Moe-0000011353] [3 pages] |
| HSD-3156 | | | | Wilson Class Cert Dec. Ex. A (compilation of ReeceNichols buyer surveys), Tab 28 [RN-Moe-0000017174-RN-Moe-0000017176] [3 pages] |
| HSD-3157 | | | | Wilson Class Cert Dec. Ex. A (compilation of ReeceNichols buyer surveys), Tab 29 [RN-Moe-0000018657-RN-Moe-0000018659] [3 pages] |
| HSD-3158 | | | | Wilson Class Cert Dec. Ex. A (compilation of ReeceNichols buyer surveys), Tab 30 [RN-Moe-0000019420-RN-Moe-0000019422] [3 pages] |

Case number: 4:19-cv-00332-SRB    Continuation
EXHIBIT INDEX                                  Page # 13

Case number: 4:19-cv-00332-SRB    Continuation
# EXHIBIT INDEX
Page # 13

| Exhibit | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| HSD-3159 | | | | Wilson Class Cert Dec. Ex. A (compilation of ReeceNichols buyer surveys), Tab 31 [RN-Moe-0000017560-RN-Moe-0000017562] [3 pages] |
| HSD-3160 | | | | Wilson Class Cert Dec. Ex. A (compilation of ReeceNichols buyer surveys), Tab 32 [RN-Moe-0000016157-RN-Moe-0000016159] [3 pages] |
| HSD-3161 | | | | Wilson Class Cert Dec. Ex. A (compilation of ReeceNichols buyer surveys), Tab 33 [RN-Moe-0000003224-RN-Moe-0000003226] [3 pages] |
| HSD-3162 | | | | Wilson Class Cert Dec. Ex. A (compilation of ReeceNichols buyer surveys), Tab 34 [RN-Moe-0000018724-RN-Moe-0000018724] [3 pages] |
| HSD-3163 | | | | Wilson Class Cert Dec. Ex. A (compilation of ReeceNichols buyer surveys), Tab 35 [RN-Moe-0000002275-RN-Moe-0000002277] [3 pages] |
| HSD-3164 | | | | Wilson Class Cert Dec. Ex. A (compilation of ReeceNichols buyer surveys), Tab 36 [RN-Moe-0000004988-RN-Moe-0000004990] [3 pages] |
| HSD-3165 | | | | Wilson Class Cert Dec. Ex. A (compilation of ReeceNichols buyer surveys), Tab 37 [RN-Moe-0000005271-RN-Moe-0000005273] [3 pages] |
| HSD-3166 | | | | Wilson Class Cert Dec. Ex. A (compilation of ReeceNichols buyer surveys), Tab 38 [RN-Moe-0000017360-RN-Moe-0000017362] [3 pages] |
| HSD-3167 | | | | Wilson Class Cert Dec. Ex. A (compilation of ReeceNichols buyer surveys), Tab 39 [RN-Moe-0000003602-RN-Moe-0000003605] [4 pages] |
| HSD-3168 | | | | Wilson Class Cert Dec. Ex. A (compilation of ReeceNichols buyer surveys), Tab 40 [RN-Moe-0000009118-RN-Moe-0000009120] [3 pages] |
| HSD-3169 | | | | Wilson Class Cert Dec. Ex. A (compilation of ReeceNichols buyer surveys), Tab 41 [RN-Moe-0000012367-RN-Moe-0000012369] [3 pages] |
| HSD-3170 | | | | Wilson Class Cert Dec. Ex. A (compilation of ReeceNichols buyer surveys), Tab 42 [RN-Moe-0000004592-RN-Moe-0000004594] [3 pages] |
| HSD-3171 | | | | Wilson Class Cert Dec. Ex. A (compilation of ReeceNichols buyer surveys), Tab 43 [RN-Moe-0000019732-RN-Moe-0000019734] [3 pages] |
| HSD-3172 | | | | Wilson Class Cert Dec. Ex. A (compilation of ReeceNichols buyer surveys), Tab 44 [RN-Moe-0000002689-RN-Moe-0000002691] [3 pages] |
| HSD-3173 | | | | Wilson Class Cert Dec. Ex. A (compilation of ReeceNichols buyer surveys), Tab 45 [RN-Moe-0000004773-RN-Moe-0000004775] [3 pages] |

Case number: 4:19-cv-00332-SRB    Continuation
EXHIBIT INDEX    Page # 14

| Exhibit | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| HSD-3174 | | | | Wilson Class Cert Dec. Ex. A (compilation of ReeceNichols buyer surveys), Tab 46 [RN-Moe-0000009144-RN-Moe-0000009146] [3 pages] |
| HSD-3175 | | | | Wilson Class Cert Dec. Ex. A (compilation of ReeceNichols buyer surveys), Tab 47 [RN-Moe-0000008438-RN-Moe-0000008440] [3 pages] |
| HSD-3176 | | | | Wilson Class Cert Dec. Ex. A (compilation of ReeceNichols buyer surveys), Tab 48 [RN-Moe-0000002533-RN-Moe-0000002535] [3 pages] |
| HSD-3177 | | | | Wilson Class Cert Dec. Ex. A (compilation of ReeceNichols buyer surveys), Tab 49 [RN-Moe-0000013308-RN-Moe-0000013310] [3 pages] |
| HSD-3178 | | | | Wilson Class Cert Dec. Ex. A (compilation of ReeceNichols buyer surveys), Tab 50 [RN-Moe-0000015050-RN-Moe-0000015053] [4 pages] |
| HSD-3179 | | | | Wilson Class Cert Dec. Ex. B (2018 ReeceNichols email string) [RN-Moe-0000000318-RN-Moe-0000000318] [1 page] |
| HSD-3180 | | | | Wilson Class Cert Dec. Ex. C (2019 ReeceNichols email string) [RN-Moe-0000051861-RN-Moe-0000051864] [4 pages] |
| HSD-3181 | | | | Wilson Class Cert Dec. Ex. D (custom listing agreement used by the Koehler Bortnick Team) [RN-MO-0801693-RN-MO-0801700] [8 pages] |
| HSD-3182 | | | | Wilson Class Cert Dec. Ex. E (ReeceNichols "Choose Your Level 6-7-8" document) [RN-MO-0801708-RN-MO-0801708] [1 page] |
| HSD-3183 | | | | Wilson Class Cert Dec. Ex. F (ReeceNichols email string) [RN-MO-0801708-RN-MO-0801708] [1 page] |
| HSD-3184 | | | | Wilson Class Cert Dec. Ex. G (ReeceNichols' form buyer agency agreement) [RN-MO-0801686-RN-MO-0801692] [7 pages] |
| HSD-3185 | | | | Ex. FF to Keas MSJ Dec. (not filed but referenced in para. 33 of dec.; spreadsheet results for searches of NARSITZER0000870517) |
| HSD-3186 | | | | Closing Disclosure (1/28/2015) [Burnett] [RN-MO-0794806-RN-MO-0794815] [10 pages] |
| HSD-3187 | | | | Amendment #2 (12/29/2015) [Burnett] [RN-MO-0794818-RN-MO-0794821] [4 pages] |
| HSD-3188 | | | | Commission Instructions (1/11/2016) [Burnett] [RN-MO-0794822] [1 page] |

Case number: 4:19-cv-00332-SRB   Continuation
EXHIBIT INDEX                                   Page # 15

| Exhibit | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| HSD-3189 | | | | ReeceNichols Burnett Transaction File [RN-MO-0794824-RN-MO-0794830] [7 pages] |
| HSD-3190 | | | | Counter Offer Addendum [Burnett] (12/29/2015) [RN-MO-0794832-RN-MO-0794864] [33 pages] |
| HSD-3191 | | | | ReeceNichols Affiliated Business Arrangement Disclosure Statement (2015) [Burnett] [RN-MO-0794876] [1 page] |
| HSD-3192 | | | | Exclusive Right to Sell Contract and MLS Listing [Burnett] (3/11/2016) [RN-MO-0794877-RN-MO-0794884] [8 pages] |
| HSD-3193 | | | | Rule 1006 from HomeServices Data |
| HSD-3194 | | | | Rule 1006 from KW Data |
| HSD-3195 | | | | Rule 1006 from Realogy Data |
| HSD-3196 | | | | Rule 1006 from ReMax Data |
| HSD-3197 | | | | Rule 1006 from MLS Transaction Data |
| HSD-3198 | | | | Rule 1006 from NWMLS Data |
| HSD-3199 | | | | Rule 1006 from WPMLS Data |
| HSD-3200 | | | | Spreadsheet tallying the number of views of certain BHH training materials [Warner Ex. 2000] [24 pages] |
| HSD-3201 | | | | 20 Ways to Validate Your Value [BHH-MO-0003409] |
| HSD-3202 | | | | rCertified Module 2: Developing a Proactive Broker to Broker Referral Pipeline [HSOA-Moe-0000410431-HSOA-MOe-0000410442] [12 pages] |
| HSD-3203 | | | | NAR 2023 Home Buyers and Sellers Generational Trends Report [https://www.nar.realtor/sites/default/files/documents/2023-home-buyers-and-sellers-generational-trends-report-03-28-2023.pdf] [137 pages] |

| Exhibit | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| HSD-3204 | | | | Missouri Real Estate Commission "Statutes and Rule" [https://pr.mo.gov/boards/realestate/RuleBook.pdf] [115 pages] |
| | | | | All exhibits necessary for impeachment |
| | | | | All exhibits necessary for rebuttal |
| | | | | Demonstrative exhibits |
| | | | | Rule 1006 summaries |
| | | | | All documents produced, filed, or discovered after the date of this list |
| | | | | All transcripts of depositions or other testimony taken after the date of this list, and all exhibits thereto |
| | | | | Records custodian declarations |
| | | | | All non-objectionable exhibits on any party's exhibit list |
| | | | | The HomeServices Defendants reserve the right to add any exhibit that was included on any Defendant's exhibit list(s) exchanged with Plaintiffs at any time. |
| | | | | The HomeServices Defendants reserve the right to add exhibits in response to any new exhibits that Plaintiffs or any other parties add after the publication of this list. |
| | | | | The HomeServices Defendants reserve the right to object to any exhibit that plaintiffs add after the publication of this list. |

The HomeServices Defendants hereby join and incorporate by reference all objections to Plaintiffs' exhibits that have been lodged by any other Defendant at any time during any pretrial proceedings.