IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| SCOTT AND RHONDA BURNETT, RYAN HENDRICKSON, JEROD BREIT, SCOTT TRUPIANO, JEREMY KEEL, HOLLEE ELLIS, and FRANCES HARVEY, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>THE NATIONAL ASSOCIATION OF REALTORS, REALOGY HOLDINGS CORP., HOMESERVICES OF AMERICA, INC., BHH AFFILIATES, LLC, HSF AFFILIATES, LLC, RE/MAX LLC, and KELLER WILLIAMS REALTY, INC.,<br><br>    Defendant. | Case No. 19-CV-00332-SRB |

**NOTICE OF PENDING SETTLEMENT AND JOINT MOTION TO STAY CASE AS TO REALOGY HOLDINGS CORP.**

  Scott and Rhonda Burnett, Ryan Hendrickson, Jerod Breit, Scott Trupiano, Jeremy Keel, Hollee Ellis, and Frances Harvey (collectively "Plaintiffs") and Anywhere Real Estate, Inc. (f/k/a Realogy Holdings Corp.) ("Anywhere" and, together with Plaintiffs, the "Parties") respectfully write to the Court to provide notice that Plaintiffs have reached an agreement with Anywhere to settle all claims asserted against Anywhere in this action as part of a proposed nationwide class settlement. This settlement was jointly negotiated with the Plaintiffs in *Moehrl v. The National Association of Realtors, et al.*, Case No. 1:19-CV-01610. The settlement encompasses both classes. This agreement is subject to the Court's approval under Federal Rule of Civil Procedure 23. Consistent with the Parties' agreement, Plaintiffs will promptly file a motion in this Court for preliminary approval of the proposed settlement.

  As provided by the agreement, Plaintiffs and Anywhere hereby jointly stipulate and request that the

Court stay all deadlines and proceedings solely as to Anywhere to preserve the resources of Plaintiffs, Anywhere, and the Court and to allow the Parties to formalize the settlement agreement and to seek preliminary and final approval of the settlement. As part of the stay, the Parties request that Anywhere be excused from participating in the pretrial conference on September 8, 2023.

Dated: September 5, 2023

Respectfully submitted by:

KETCHMARK & McCREIGHT

/s/ *Michael S. Ketchmark*
Michael S. Ketchmark  MO # 41018
Scott A. McCreight  MO # 44002
Ben H. Fadler  MO # 56588
11161 Overbrook Road, Suite 210
Leawood, KS 66211
Tele: (913) 266-4500
Fax: (913) 317-5030
mike@ketchmclaw.com
smccreight@ketchmclaw.com
bfadler@ketchmclaw.com

BOULWARE LAW LLC
Brandon J.B. Boulware  MO # 54150
Jeremy M. Suhr  MO # 60075
Erin D. Lawrence  MO # 63021
1600 Genessee, Suite 416
Kansas City, MO 64102
Tele: (816) 492-2826
Fax: (816) 492-2826
brandon@boulware-law.com
jeremy@boulware-law.com
erin@boulware-law.com

WILLIAMS DIRKS DAMERON LLC
Matthew L. Dameron  MO # 52093
Eric L. Dirks  MO # 54921
1100 Main Street, Suite 2600
Kansas City, MO 64105
Tele: (816) 945-7110
Fax: (816) 945-7118
matt@williamsdirks.com
dirks@williamsdirks.com

***Attorneys for Plaintiffs***

/s/ *Stacey Anne Mahoney*
Stacey Anne Mahoney, *pro hac vice*
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178
Telephone: (212) 309-6000
stacey.mahoney@morganlewis.com

**Counsel for Realogy Holdings Corp. (n/k/a Anywhere Real Estate, Inc.)**

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of September 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to counsel of record for this case.

/s/ Michael S. Ketchmark
*Attorney for Plaintiffs*