```
 1        IN THE UNITED STATES DISTRICT COURT
 2        FOR THE WESTERN DISTRICT OF MISSOURI
 3
 4
 5    SCOTT AND RHONDA BURNETT,
 6    RYAN HENDRICKSON, JEROD
 7    BREIT, SCOTT TRUPIANO and
 8    JEREMY KEEL, on behalf of
 9    themselves and all others
10    similarly situated,
11        Plaintiffs,
12        vs.    Case No.  4:19-CV-00332-SRB
13    THE NATIONAL ASSOCIATION OF
14    REALTORS, REALOGY HOLDINGS
15    CORP., HOMESERVICES OF AMERICA,
16    INC., BHH AFFILIATES, LLC, HSF
17    AFFILIATES, LLC, RE/MAX, LLC and
18    KELLER WILLIAMS REALTY, INC.,
19        Defendants.
20
21
22         DEPOSITION OF CAROLE McCABE
23       Taken on behalf of the Plaintiffs
24             April 1, 2022
25
```

```
 1      IN THE UNITED STATES DISTRICT COURT
        FOR THE WESTERN DISTRICT OF MISSOURI
 2

 3      SCOTT AND RHONDA BURNETT,
        RYAN HENDRICKSON, JEROD
 4      BREIT, SCOTT TRUPIANO and
        JEREMY KEEL, on behalf of
 5      themselves and all others
        similarly situated,
 6          Plaintiffs,
                vs.     Case No.
 7                      4:19-CV-00332-SRB
        THE NATIONAL ASSOCIATION OF
 8      REALTORS, REALOGY HOLDINGS
        CORP., HOMESERVICES OF AMERICA,
 9      INC., BHH AFFILIATES, LLC, HSF
        AFFILIATES, LLC, RE/MAX, LLC and
10      KELLER WILLIAMS REALTY, INC.,
            Defendants.
11

12

13          THE DEPOSITION OF WITNESS, CAROLE

14   McCABE, produced, sworn and examined on April 1,

15   2022, between the hours of 8:00 in the forenoon and

16   5:00 in the afternoon of that day at the offices of

17   Armstrong Teasdale, 7700 Forsyth, St. Louis, MO

18   63105 before Suzanne Benoist, a Certified Court

19   Reporter within and for the States of Missouri,

20   Kansas, Iowa and Illinois, in a certain cause now

21   pending In The United States District Court For The

22   Western District of Missouri, wherein SCOTT AND

23   RHONDA BURNETT, et al. are Plaintiffs and THE

24   NATIONAL ASSOCIATION OF REALTORS, et al. are

25   Defendants.
```

18   Q.   But it will be on the screen for you.

19   And what we see here is Corporate Allie Program,

20   Kevin Goffstein.  Let me stop there.

21        Do you know who Kevin Goffstein is?

22   A.   I do.

23   Q.   Who is that?

24   A.   He was a fellow board member.

25   Q.   Where does Kevin Goffstein work?

Page 25

1    A.   At Berkshire Hathaway, Home Services

2    Berkshire Hathaway Alliance.

3    Q.   That's a competitor of Coldwell

4    Banker Gundaker, isn't it?

5    A.   It is.