IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| SCOTT and RHONDA BURNETT, RYAN HENDRICKSON, JEROD BREIT, SCOTT TRUPIANO, JEREMY KEEL, SHELLY DREYER, HOLLEE ELLIS, and FRANCES HARVEY on behalf of themselves and all others similarly situated,<br><br>  Plaintiffs,<br><br>v.<br><br>THE NATIONAL ASSOCIATION OF REALTORS, REALOGY HOLDINGS CORP., HOMESERVICES OF AMERICA, INC., BHH AFFILIATES, LLC, HSF AFFILIATES, LLC, RE/MAX, LLC, and KELLER WILLIAMS REALTY, INC.,<br><br>  Defendants. | No: 4:19-cv-00332-SRB<br><br>Judge Stephen R. Bough |

**DEFENDANT RE/MAX, LLC'S AMENDED RULE 26(A)(1) DISCLOSURES**

Pursuant to Fed. R. Civ. P. 26(a)(1), Defendant RE/MAX, LLC ("RMLLC") makes the following amended disclosures to all parties. RMLLC provides these amended disclosures subject to and without waiving any applicable privilege, doctrine, or right, including the attorney-client privilege, the work product doctrine, and all other rights and privileges recognized under the laws of the United States, the State of Missouri, and all relevant jurisdictions. By making these amended disclosures, RMLLC does not concede the relevance or admissibility of any particular information, nor does it waive any objection to any discovery request that any party may serve in the course of this litigation. RMLLC makes these amended disclosures based on information currently and reasonably available to it. RMLLC reserves the right to supplement, amend, or correct this

information in accordance with Fed. R. Civ. P. 26(e) and to present additional evidence to support its claims and defenses with any filing or during any proceeding in this action, including trial.

### A. Individuals Likely to Have Discoverable Information

RMLLC discloses the following individuals that are likely to have discoverable information that RMLLC may use to support its claims and defenses in this case. Employees of RMLLC and RE/MAX Holdings, Inc. may be contacted through RMLLC's counsel, Jones Day, 110 N Wacker Drive, Chicago, Illinois, 60606, 312-782-3939. By identifying these individuals, RMLLC does not consent to or authorize any communications by Plaintiffs' counsel with any employee of RMLLC or any other individual or entity represented by counsel for RMLLC, and does not consent to or authorize any communications otherwise prohibited by all applicable rules of professional conduct.

1. **Joshua Sitzer**, *Plaintiff*
   Mr. Sitzer has knowledge of the allegations and claimed damages set forth in the First Amended Class Action Complaint. Mr. Sitzer may be contacted through Plaintiffs' counsel.

2. **Amy Winger**, *Plaintiff*
   Ms. Winger has knowledge of the allegations and claimed damages set forth in the First Amended Class Action Complaint. Ms. Winger may be contacted through Plaintiffs' counsel.

3. **Scott Burnett**, *Plaintiff*
   Mr. Burnett has knowledge of the allegations and claimed damages set forth in the Third Amended Class Action Complaint. Mr. Burnett may be contacted through Plaintiffs' counsel.

4. **Rhonda Burnett**, *Plaintiff*
   Ms. Burnett has knowledge of the allegations and claimed damages set forth in the Third Amended Class Action Complaint. Ms. Burnett may be contacted through Plaintiffs' counsel.

5. **Ryan Hendrickson**, *Plaintiff*
   Mr. Hendrickson has knowledge of the allegations and claimed damages set forth in the Third Amended Class Action Complaint. Mr. Hendrickson may be contacted through Plaintiffs' counsel.

6. **Jerod Breit**, *Plaintiff*
   Mr. Breit has knowledge of the allegations and claimed damages set forth in the Third Amended Class Action Complaint. Mr. Breit may be contacted through Plaintiffs' counsel.

7. **Scott Trupiano**, *Plaintiff*
   Mr. Trupiano has knowledge of the allegations and claimed damages set forth in the Third Amended Class Action Complaint. Mr. Trupiano may be contacted through Plaintiffs' counsel.

8. **Jeremy Keel**, *Plaintiff*
   Mr. Keel has knowledge of the allegations and claimed damages set forth in the Third Amended Class Action Complaint. Mr. Keel may be contacted through Plaintiffs' counsel.

9. **Shelly Dreyer**, *Plaintiff*
   Ms. Dreyer has knowledge of the allegations and claimed damages set forth in the Third Amended Class Action Complaint. Ms. Dreyer may be contacted through Plaintiffs' counsel.

10. **Hollee Ellis**, *Plaintiff*
    Ms. Ellis has knowledge of the allegations and claimed damages set forth in the Third Amended Class Action Complaint. Ms. Ellis may be contacted through Plaintiffs' counsel.

11. **Frances Harvey**, *Plaintiff*
    Ms. Harvey has knowledge of the allegations and claimed damages set forth in the Third Amended Class Action Complaint. Ms. Harvey may be contacted through Plaintiffs' counsel.

12. **All professionals, including real estate professionals, brokers, agents, attorneys, and all others, who assisted any Plaintiff with any real estate transaction**
    These individuals may have knowledge about each Plaintiff's real estate transactions and any negotiations with the Plaintiff and/or with the buyer of Plaintiff's real estate. Contact information for such individuals is either unknown at this time or has been disclosed in discovery to Plaintiffs and RMLLC.

13. **Representatives of the Heartland MLS**
    These individuals may have knowledge of the Heartland MLS's adoption and implementation, if any, of the rules in NAR's Handbook on Multiple Listing Policy ("Handbook"), NAR's Code of Ethics, and NAR's Standards of Practice, and the use of its MLS for disclosure of commissions. Such representatives may be contacted through MLS's counsel, Robert A. Henderson and/or Phillip J. R. Zeeck, 900 W. 48th Place, Suite 900, Kansas City, MO 64112; 816-753-1536.

14. **Representatives of the Mid America Regional Information System ("MARIS") MLS**

These individuals may have knowledge of the MARIS MLS's adoption and implementation, if any, of the rules in NAR's Handbook, NAR's Code of Ethics, and NAR's Standards of Practice, and the use of its MLS for disclosure of commissions. Such representatives may be contacted through MLS's counsel, Robert A. Henderson and/or Phillip J. R. Zeeck, 900 W. 48th Place, Suite 900, Kansas City, MO 64112; 816-753-1536.

15. **Representatives of the Southern Missouri Regional MLS**
These individuals may have knowledge of the Southern Missouri Regional MLS's adoption and implementation, if any, of the rules in NAR's Handbook, NAR's Code of Ethics, and NAR's Standards of Practice, and the use of its MLS for disclosure of commissions. Such representatives may be contacted through MLS's counsel, Robert A. Henderson and/or Phillip J. R. Zeeck, 900 W. 48th Place, Suite 900, Kansas City, MO 64112; 816-753-1536.

16. **Representatives of the Columbia Board of Realtors MLS**
These individuals may have knowledge of the Columbia Board of Realtors MLS's adoption and implementation, if any, of the rules in NAR's Handbook, NAR's Code of Ethics, and NAR's Standards of Practice, and the use of its MLS for disclosure of commissions. Such representatives may be contacted through MLS's counsel, Robert A. Henderson and/or Phillip J. R. Zeeck, 900 W. 48th Place, Suite 900, Kansas City, MO 64112; 816-753-1536.

17. **Representatives of real estate associations operating in the Subject MLSs**
These individuals may have knowledge regarding the adoption, implementation, and enforcement, if any, of the rule Plaintiffs refer to as the "Adversary Commission Rule," and operation of the local MLS. Contact information for such individuals is either unknown at this time or has been disclosed in discovery to Plaintiffs and RMLLC.

18. **Representatives of the National Association of REALTORS® (NAR)**
These individuals may have knowledge of NAR's Handbook, NAR's Code of Ethics, and NAR's Standards of Practice; the adoption and history of the rule referred to by Plaintiffs as the "Adversary Commission Rule"; the 2015 report referenced in ¶ 14 of the Third Amended Class Action Complaint; availability of MLS data to third-party websites and consumers, as referred to in ¶ 102 of the Third Amended Class Action Complaint; and the extent of RMLLC's involvement with NAR. Such representatives may be contacted through NAR's counsel.

19. **Representatives of all Defendants**
These individuals may have knowledge of the absence of any agreement among Defendants regarding the rule Plaintiffs refer to as the "Adversary Commission Rule." Such representatives may be contacted through each Defendant's respective counsel.

20. **Dave Liniger**, *Chairman of the Board & Co-Founder, RE/MAX Holdings, Inc.*
    Mr. Liniger may have knowledge of the extent of RMLLC's involvement with NAR; the absence of any agreement among Defendants, alleged co-conspirators, or anyone else regarding the rule Plaintiffs refer to as the "Adversary Commission Rule"; RMLLC's corporate structure; and RMLLC's business.

21. **Adam Contos**, *former Chief Executive Officer, RE/MAX Holdings, Inc.*
    Mr. Contos may have knowledge of the extent of RMLLC's involvement with NAR; the absence of any agreement among Defendants, alleged co-conspirators, or anyone else regarding the rule Plaintiffs refer to as the "Adversary Commission Rule"; RMLLC's corporate structure; RMLLC's business; and RMLLC's relationship with franchisees.

22. **Serene Smith**, *Chief Operating Officer, RE/MAX Holdings, Inc.*
    Ms. Smith may have knowledge of the extent of RE/MAX's involvement with NAR; the absence of any agreement among Defendants, alleged co-conspirators, or anyone else regarding the rule Plaintiffs refer to as the "Adversary Commission Rule"; RMLLC's corporate structure; RMLLC's business; and RMLLC's relationship with franchisees.

23. **Nick Bailey**, *President and Chief Executive Officer, RE/MAX, LLC*
    Mr. Bailey may have knowledge of RMLLC's relationship with franchisees; the extent of RMLLC's involvement with NAR; the absence of any agreement among Defendants, alleged co-conspirators, or anyone else regarding the rule Plaintiffs refer to as the "Adversary Commission Rule"; RMLLC's corporate structure; and RMLLC's business.

24. **Amy Somerville**, *former Senior Vice President, Professional Development & Engagement, RMLLC*
    Ms. Somerville may have knowledge of RMLLC's relationship with franchisees; the extent of RE/MAX's involvement with NAR; the absence of any agreement among Defendants, alleged co-conspirators, or anyone else regarding the rule Plaintiffs refer to as the "Adversary Commission Rule"; RMLLC's corporate structure; and RMLLC's business.

25. **Genevieve Lawrence**, *Director, Business Data Analytics, RMLLC*
    Ms. Lawrence has knowledge of RMLLC's information systems and available data.

26. **Karri Callahan**, *Chief Financial Officer, RE/MAX Holdings, Inc.*
    Ms. Callahan may have knowledge of the extent of RMLLC's involvement with NAR; the absence of any agreement among Defendants, alleged co-conspirators, or anyone else regarding the rule Plaintiffs refer to as the "Adversary Commission Rule"; RMLLC's corporate structure; RMLLC's business; RMLLC's finances; and RMLLC's relationship with franchisees.

27. **Sandra Hancock**, *Broker/Owner and Manager of Results Realty, LLC, d/b/a RE/MAX Results*
    Ms. Hancock may have knowledge of real estate agents affiliated with RE/MAX Results, RMLLC's relationship with franchisees, the policies set by RMLLC for franchisees such as RE/MAX Results, the transaction entered into by Jerod Breit for the sale of 3835 French Court, St. Louis, Missouri, and the practice of offering compensation to cooperating brokers. Ms. Hancock may be contacted through Results Realty, LLC, d/b/a RE/MAX Results at 8081 Manchester Road, St. Louis, MO 63144, 314-775-0614.

28. **Dennis Curtin**, *President and Director of Regional Services, Inc., d/b/a RE/MAX Regional Services*
    Mr. Curtin may have knowledge of RMLLC's relationship with franchisees, and with the independently owned and operated sub-franchisor responsible for the independent region that has the exclusive right to enter into franchise agreements with franchisees in part of Missouri. He may also have knowledge of his role as a member of NAR. Contact information for Mr. Curtin may be obtained through Jones Day, Eddie Hasdoo, 110 N. Wacker Drive, Chicago, IL 60606, 312-269-4214.

29. **Any witness identified by any other party**
    These individuals may have knowledge of the allegations and claimed damages set forth in the Third Amended Class Action Complaint; the lack of any agreement among Defendants regarding the rule Plaintiffs refer to as the "Adversary Commission Rule"; and defenses to the Third Amended Class Action Complaint.

In addition to the individuals listed above, RMLLC may rely upon one or more additional individuals that are, or have been, identified by the parties during the course of discovery, as well as expert witnesses that have been identified in accordance with the scheduling orders, to support RMLLC's claims and defenses. RMLLC will also rely on any additional witnesses necessary for impeachment or rebuttal.

**B.    Documents, Electronically Stored Information, and Tangible Things RMLLC May Use to Support Its Claims and Defenses**

Based on information currently and reasonably available, RMLLC identifies the following categories of non-privileged documents, electronically stored information, and tangible things within RMLLC's possession, custody, or control that it may use to support its claims and defenses, other than solely for impeachment.

1. Agreements between RMLLC and its franchisees or sub-franchisors, and agreements between RMLLC's sub-franchisors and their franchisees, believed to be operating within the Subject MLSs.

2. Franchise Disclosure Documents for the geographic areas believed to be covered by the Subject MLSs.

3. Manuals, policies, and guidelines that RMLLC franchisees believed to be operating in the Subject MLSs are required to follow.

4. Mandatory training materials provided by RMLLC to its franchisees believed to be operating within the Subject MLSs.

5. Communications regarding RMLLC's relationship with those franchisees or sub-franchisors that are related to the claims or defenses in the litigation.

6. Communications among RMLLC employees, if any, relevant to the claims and defenses in the litigation regarding NAR, NAR rules, RMLLC's lack of control over franchisees and sub-franchisors, and other allegations of the Third Amended Class Action Complaint.

7. Internal reports and assessments regarding the real estate industry, including methods for selling homes, the home sale and purchase process, and compensation for real estate services.

8. Third party reports and assessments regarding the real estate industry, including methods for selling homes, the home sale and purchase process, and compensation for real estate services.

9. The data RMLLC receives from franchisees relevant to the allegations of the Third Amended Class Action Complaint.

C. **Computation of Damages**

RMLLC does not allege any damages at this time but reserves the right to do so, as well as seek the right to seek any costs or attorneys' fees incurred in connection with its defense of this action. Further, RMLLC denies liability to Plaintiffs for any damages.

D. **Applicable Insurance Agreements**

Based on RMLLC's present insurance and applicable deductibles, no insurance carrier would be liable to satisfy part or all of any likely judgment that may be entered in this action, or to indemnify or reimburse for payments made to satisfy any likely judgment.

Dated: August 24, 2022                                By: */s/ Jeffrey LeVee*

                Jeffrey A. Levee (Pro Hac Vice)
                jlevee@jonesday.com
                Eric P. Enson (Pro Hac Vice)
                epenson@jonesday.com
                Kelly M. Watne (Pro Hac Vice)
                kwatne@jonesday.com
                JONES DAY
                555 Flower St
                Los Angeles, California 90071
                Tel: (213) 489-3939
                Fax: (213) 243-2539

                Eddie Hasdoo (Pro Hac Vice)
                ehasdoo@jonesday.com
                JONES DAY
                110 N. Wacker Drive
                Chicago, Illinois 60606
                Tel: (312) 782-3939
                Fax: (312) 782-8585

                Danne W. Webb (MO #39384)
                Andrea S. McMurtry (MO #62495)
                HORN AYLWARD & BANDY, LLC
                2600 Grand Blvd., Suite 1100
                Kansas City, MO 64108
                Telephone: (816) 421-0700
                Facsimile: (816) 421-0899
                Email: dwebb@hab-law.com
                Email: amcmurtry@hab-law.com

                *Counsel for Defendant RE/MAX, LLC*

# CERTIFICATE OF SERVICE

I hereby certify that on August 24, 2022, I served Defendant RE/MAX, LLC's Objections and Responses to Plaintiffs' Requests for Admission to RE/MAX, LLC on the following counsel of record via email:

| PLAINTIFFS | NATIONAL ASSOCIATION OF REALTORS |
|---|---|
| Amy R. Jackson<br>amy@williamsdirks.com<br>Courtney Marie Stout<br>cstout@williamsdirks.com<br>Eric L. Dirks<br>dirks@williamsdirks.com<br>Matthew Lee Dameron<br>matt@williamsdirks.com<br>WILLIAMS DIRKS DAMERON LLC<br>1100 Main St, Suite 2600<br>Kansas City, MO 64105<br>(816) 945-7127 | Charles W. Hatfield<br>chuck.hatfield@stinson.com<br>Alex Barrett<br>alexander.barrett@stinson.com<br>STINSON LLP – JC<br>230 W McCarty St<br>Jefferson City, MO 65101<br>(573) 636-6263 |
| Erin D. Lawrence<br>erin@boulware-law.com<br>Jeremy M. Suhr<br>jeremy@boulware-law.com<br>Brandon J.B. Boulware<br>brandon@boulware-law.com<br>BOULWARE LAW LLC<br>1600 Genessee St., Suite 416<br>Kansas City, MO 64102<br>(816) 492-2826 | Jack R. Bierig<br>Jack.bierig@afslaw.com<br>ARENTFOX SCHIFF<br>233 S Wacker, Suite 7100<br>Chicago, IL 60606<br>(312) 258-5500<br><br>Suzanne L. Wahl<br>suzanne.wahl@afslaw.com<br>350 S. Main St.<br>Suite 200<br>Ann Arbor, MI 48104<br>734-222-1517 |
| Michael S. Ketchmark<br>mike@ketchmclaw.com<br>Scott A. McReight<br>smccreight@ketchmclaw.com<br>Ben H. Fadler<br>bfadler@ketchmclaw.com<br>KETCHMARK & McCREIGHT<br>11161 Overbrook Rd., Suite 210<br>Leawood, KS 66211<br>(913) 266-4500 | Ethan Glass<br>Samantha Strauss<br>COOLEY LLP<br>1299 Pennsylvania Avenue, NW<br>Suite 700<br>Washington, DC 20004-2400<br>(202) 842-7800<br>eglass@cooley.com<br>sastrauss@cooley.com |

**HOMESERVICES OF AMERICA, INC.**

Brian C. Fries
brian.fries@lathropgpm.com
LATHROP GPM LLP
2345 Grand Ave, Suite 2200
Kansas City, MO 64108
(816) 292-2000

Matthew T Ciulla
matthew.ciulla@macgilllaw.com
Robert D. MacGill
Robert.macgill@macgilllaw.com
MacGill PC
55 Monument Circle
Suite 1200c
Indianapolis, IN 46204
(317) 721-1253

Jay N. Varon
jvaron@foley.com
FOLEY AND LARDNER LLP
111 Huntington Ave.
Suite 2600
Boston, MA 02199
(202) 672-5380

Jennifer M. Keas
jkeas@foley.com
3000 K Street NW, Suite 600
Washington, DC 20007
(202) 672-5436

**KELLER WILLIAMS REALTY, INC.**

David R. Buchanan
dbuchanan@bjpc.com
BROWN & JAMES, PC
2345 Grand Blvd, Suite 2100
Kansas City, MO 64108
(816) 472-0800

Anna P. Hayes
anna.hayes@hklaw.com
David C. Kully
david.kully@hklaw.com
HOLLAND & KNIGHT LLP
800 17th St NW, Suite 1100
Washington, DC 20006
(202) 469-5441

Martin G. Durkin, Jr.
martin.durkin@hklaw.com
Timothy Ray
timothy.ray@hklaw.com
William F. Farley
william.farley@hklaw.com
HOLLAND & KNIGHT LLP
150 N Riverside Plaza, Suite 2700
Chicago, IL 60606
(312) 263-3600

**REALOGY HOLDINGS CORP.**

Kenneth M. Kliebard
Kenneth.kliebard@morganlewis.com
MORGAN, LEWIS & BOCKIUS, LLP
77 W Wacker Dr
Chicago, IL 60601
(312) 324-1774

Stacey A. Mahoney
Stacey.mahoney@morganlewis.com
MORGAN, LEWIS & BOCKIUS, LLP
101 Park Ave
New York, NY 10178
(212) 209-6000

Megan J. Ochs
mochs@armstrongteasdale.com
Karrie J. Clinkinbeard
kclinkinbeard@armstrongteasdale.com
ARMSTRONG TEASDALE LLP
2345 Grand Blvd, Suite 1500
Kansas City, MO 64108
(816) 221-3420

By: */s/ Irma Kroneman*
    Irma Kroneman

*Counsel for Defendant RE/MAX, LLC*