HIGHLY CONFIDENTIAL

```
 1           IN THE UNITED STATES DISTRICT COURT
 2            FOR THE WESTERN DISTRICT OF MISSOURI
 3
 4   SCOTT AND RHONDA BURNETT, RYAN       )
 5   HENDRICKSON, JEROD BREIT, SCOTT      )
 6   TRUPIANO, JEREMY KEEL, SHELLEY       )
 7   DREYER, HOLLEE ELLIS and FRANCIS     )
 8   ARVEY on behalf of themselves and    )
 9   all others similarly situated,       )
10            Plaintiffs,                 )
11      v.                                )
12   THE NATIONAL ASSOCIATION OF          )
13   REALTORS, REALOGY HOLDINGS CORP.,    )
14   HOMESERVICES OF AMERICA, INC., BHH   )
15   AFFILIATES, LLC, HSF AFFILIATES,     )
16   LLC, RE/MAX LLC, and KELLER          )
17   WILLIAMS REALTY, INC.,               )
18            Defendants.                 )
19
20     30(b)(6) HIGHLY CONFIDENTIAL VIDEO DEPOSITION
21                   OF RODNEY GANSHO
22                   CHICAGO, ILLINOIS
23         Wednesday, August 3, 2022, 9:07 a.m.
24
25   Job No.: 5320843
```

Veritext Legal Solutions
www.veritext.com   888-391-3376
Case 4:19-cv-00332-SRB   Document 1128-11   Filed 09/07/23   Page 1 of 2

```
                                                         Page 222                                                          Page 224
 1   CC'd to some folks including the -- somebody at --     1        MS. MAHONEY:  Sorry, Mike, Exhibit 98?
 2   here at with victoria@remax.                           2        MR. KETCHMARK:  I'm sorry.  980, Stacey,
 3        Do you see that?                                  3   I'm sorry.
 4   A    Yes, I see that.                                  4        THE WITNESS:  You can find her title at
 5   Q    And it's the subject of the hotel                 5   the bottom of the page, Director of Real Estate
 6   confirmation for the NAR RES spring meeting.           6   Services --
 7        Do you see that?                                  7   BY MR. KETCHMARK:
 8   A    I see that.                                       8   Q    Thank you.
 9   Q    And it lays forth the agenda that's going         9   A    -- Advocacy.
10   to happen when this group of competitors get         10   Q    She's a director of real estate services
11   together, this advisory group, April 17th and        11   at NAR, correct?
12   18th, and it lays out the agenda there.              12   A    She was, yes.
13        Do you see that?                                13   Q    She was.
14   A    I don't know if that's an agenda, but I         14        And when she sent this out, it was going
15   see a schedule of activities, yes.                   15   to various companies and folks, and the title
16   Q    Okay.  Okay.  And then if we want a list        16   is -- subject is the Top 75 Large Firm Directors,
17   of people with their confirmation numbers even,      17   and it's an agenda and briefing book.
18   heck, we can just jump over here, it's attached to   18        Do you see that?
19   that.  Actually lists these names again here that    19   A    I see that.
20   we went over, and lists if they need a hotel room    20   Q    And we have folks who are listed here.
21   and what their confirmation number is.               21   Again, we see Mr. Strandmo from HomeServices we.
22        See that?                                       22   See his name there, right?
23   A    I see that.                                     23   A    I see that.
24   Q    And it talks about how these competitors        24   Q    We see the CEO of HS Franchises, Mr. Gino
25   are getting together at this NAR function, that      25   Blefari on there, right?

                                                         Page 223                                                          Page 225
 1   there's going to be a reception and a dinner, and     1   A    I see that.
 2   that you'll have members of your executive            2   Q    Again, we see John Davis, who we spoke
 3   advisory group to join them, these other folks, at   3   about earlier, who was at the RES thing.  He's
 4   your reception and your dinner.  See that?           4   listed on there, right?
 5        MR. GLASS:  Object to form.                      5        MR. RAY:  Objection, form.
 6        MS. MAHONEY:  Objection, form.                   6   BY MR. KETCHMARK:
 7        THE WITNESS:  I see that.                        7   Q    Keller Williams, do you see that?
 8   BY MR. KETCHMARK:                                     8   A    I see that.
 9   Q    I mean, this is exactly the kind of event        9   Q    We see John Peyton from Realogy listed on
10   that your antitrust policy guys were focused on     10   there, right?
11   where conspiracy plans can be hatched, right?       11   A    I see that.
12        MR. GLASS:  Objection to form.                 12   Q    We see Mike Ryan from RE/MAX.
13        MS. MAHONEY:  Object to form.                  13        Do you see that?
14        THE WITNESS:  I don't know how to answer       14   A    I see that.
15   that, Counselor.                                    15   Q    We got Bob Goldberg, your chief executive
16   BY MR. KETCHMARK:                                   16   officer at NAR, CC'd there, right?
17   Q    I'll leave it to the jury.                     17   A    I see that.
18        (Exhibit 980 is first referred to.)            18   Q    You got your legal counsel who is on there
19   BY MR. KETCHMARK:                                   19   from NAR, correct?
20   Q    Let's turn to Exhibit 980.                     20   A    Correct.
21        Talking about this -- another e-mail that      21   Q    And it says:
22   goes out, and I won't go through all of them, but   22        Dear RES Advisory Group, attached is the
23   you certainly will agree that when this is being    23   agenda and briefing book for the Top 75 Large Firm
24   sent out from a Sarah Young at NAR, do you know     24   Directors Forum next week, NAR's midyear meeting.
25   what Ms. Young's job is?                            25        Do you see that?
```