| From: | Sarah C. Young [scyoung@nar.realtor] |
|---|---|
| Sent: | 10/25/2019 2:08:33 PM |
| To: | Jon Coile [joncoile@homeservices.com] |
| Subject: | Top 75 |
| Attachments: | 2019 Annual Top 75 Agenda.docx |

Hi Jon,

Top 75 will be on Saturday, Nov 9 from 1:00-3:00 PM. Attached is the agenda and location which I will send out to the group next week. I have you on the RES Advisory Group distribution list now, so you will get the email invite that I send to RES.

Talk soon!
Sarah

**From:** Jon Coile <joncoile@homeservices.com>
**Sent:** Friday, October 25, 2019 2:05 PM
**To:** Sarah C. Young <scyoung@nar.realtor>
**Subject:** Re: HOF Picture

Great! I will definitely be there in San Francisco. When and where is the Top 75 meeting?

Jon

Jon Coile
VP - MLS & Industry Relations
HomeServices of America, Inc.
410-991-3264
JonCoile@HomeServices.com
Chairman - Bright MLS

**From:** Sarah C. Young <scyoung@nar.realtor>
**Sent:** Friday, October 25, 2019 2:03:37 PM
**To:** Jon Coile <joncoile@homeservices.com>
**Subject:** RE: HOF Picture

That works!

**From:** Jon Coile <joncoile@homeservices.com>
**Sent:** Friday, October 25, 2019 1:57 PM
**To:** Sarah C. Young <scyoung@nar.realtor>
**Subject:** RE: HOF Picture

Thanks!

BTW I spoke to Gino. He said that occasionally he and Ron might still want to come to RES meetings. He wanted to know if I could be added to the group so there would always be at least one of the three of us, but never more than two. Would that work?

Thanks and see you in SF.

Jon



EXHIBIT
695

Highly Confidential – Outside Counsel Eyes Only – Subject to Protective Order      HSOA-MOe-0000069508

**From:** Sarah C. Young <scyoung@nar.realtor>
**Sent:** Friday, October 25, 2019 1:54 PM
**To:** Jon Coile <Jon@LNF.com>
**Subject:** HOF Picture

This is the best one!


**Sarah C. Young**
Director, Real Estate Services and Policy Oversight | Federal Policy and Industry Relations
NATIONAL ASSOCIATION OF REALTORS® | 500 New Jersey Ave NW | Washington, DC 20001
Email: scyoung@nar.realtor | Office: 202-383-1233
www.nar.realtor



The NATIONAL ASSOCIATION OF REALTORS® is an unrivaled advocate and resource in the real estate market for its members and their clients, and only members of NAR can call themselves REALTORS®.

**Sarah C. Young**
Director, Real Estate Services and Policy Oversight | Federal Policy and Industry Relations
NATIONAL ASSOCIATION OF REALTORS® | 500 New Jersey Ave NW | Washington, DC 20001
Email: scyoung@nar.realtor | Office: 202-383-1233
www.nar.realtor



The NATIONAL ASSOCIATION OF REALTORS® is an unrivaled advocate and resource in the real estate market for its members and their clients, and only members of NAR can call themselves REALTORS®.

Highly Confidential – Outside Counsel Eyes Only – Subject to Protective Order    HSOA-MOe-0000069509

# AGENDA

| | |
|---|---|
| **CHAIR** | Mark Woodroof (TX) |
| **VICE CHAIR** | Dottie Herman (NY) |
| **COMMITTEE LIAISON** | Jim Imhoff (WI) |
| **STAFF EXECUTIVE** | Sarah Young (DC) |

**PURPOSE**
The top 75 real estate firms on the Board of Directors are determined annually based on the greatest number of REALTOR® and REALTOR®–associate members as of July 31 for the following year. The forum is a closed meeting where the Top 75 Large Directors discuss hot button federal policy and real estate business issues. The Chair and Vice-Chair of the Real Estate Services Advisory Group set the forum agenda and run the meeting.

| | | |
|---|---|---|
| 12:30 PM | I. | Doors open – refreshments and snacks available |
| 1:00 PM | II. | Welcome and Introductions, Mark Woodroof, 2019 RES Chair |
| 1:10 PM | III. | RPAC Update, Jim Imhoff, 2019 Large Firm Liaison |
| 1:15 PM | IV. | NAR Economic Update, Lawrence Yun, NAR Chief Economist |
| 1:45 PM | V. | Legal Update, Katie Johnson, NAR Senior Vice-President and Chief Member Experience Officer |
| 2:15 PM | VI. | Strategic Business, Innovation and Technology Group Update, Glenn Shimkus, NAR Vice-President, Strategy and Innovation |
| 2:50 PM | VII. | Realtor.com Update, Suzanne Mueller, Chief Industry Relations Officer, Realtor.com |
| 3:00 PM | VIII. | Adjourn |



430 North Michigan Avenue • Chicago, IL 60611-4087 • 800.874.6500 • www.NAR.realtor

NATIONAL ASSOCIATION of REALTORS®