# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 22-2664

Scott Burnett, et al.

Appellees

Shelly Dreyer

Rhonda Burnett

Appellee

v.

National Association of Realtors

HomeServices of America

Appellant

Keller Williams Realty, Inc. and Realogy Holdings Corp.

BHH Affiliates, LLC and HSF Affiliates, LLC

Appellants

RE/MAX LLC

---

Appeal from U.S. District Court for the Western District of Missouri - Kansas City
(4:19-cv-00332-SRB)

---

**MANDATE**

In accordance with the opinion and judgment of August 2, 2023, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

September 13, 2023

Clerk, U.S. Court of Appeals, Eighth Circuit