IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| SCOTT AND RHONDA BURNETT, RYAN HENDRICKSON, JEROD BRIET, SCOTT TRUPIANO, JEREMY KEEL, HOLLEE ELLIS, and FRANCES HARVEY, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs<br><br>        v.<br><br>THE NATIONAL ASSOCIATION OF REALTORS, REALOGY HOLDINGS CORP., HOMESERVICES OF AMERICAN, INC., BHH AFFILIATES, LLC, HSF AFFILIATES, LLC, RE/MAX LLC, and KELLER WILLIAMS REALTY, INC.,<br><br>        Defendants. | Case No. 19-CV-00332-SRB |

**NOTICE OF PENDING SETTLEMENT AND JOINT MOTION
TO STAY CASE AS TO DEFENDANT RE/MAX, LLC**

Scott and Rhonda Burnett, Ryan Hendrickson, Jerod Breit, Scott Trupiano, Jeremy Keel, Hollee Ellis, and Frances Harvey (collectively "Plaintiffs") and RE/MAX, LLC ("RE/MAX" and, together with Plaintiffs, the "Parties") respectfully write to the Court to provide notice that Plaintiffs have reached an agreement with RE/MAX to settle all claims asserted against RE/MAX in this action as part of a proposed nationwide class settlement. This settlement was jointly negotiated with the Plaintiffs in *Moehrl v. The National Association of Realtors, et al.*, Case No. 1:19-CV-01610. The settlement encompasses both classes. This agreement is subject to the Court's approval under Federal Rule of Civil Procedure 23. Consistent with the Parties' agreement, Plaintiffs will file a motion in this Court for preliminary approval of the proposed settlement.

As provided by the agreement, Plaintiffs and RE/MAX hereby jointly stipulate and request that the Court stay all deadlines and proceedings solely as to RE/MAX to preserve the resources of

Plaintiffs, RE/MAX, and the Court and to allow the Parties to formalize the settlement agreement and to seek preliminary and final approval of the settlement.

Dated: September 18, 2023

Respectfully submitted by:

KETCHMARK & McCREIGHT

/s/ *Michael S. Ketchmark*
| | |
|---|---|
| Michael S. Ketchmark | MO # 41018 |
| Scott A. McCreight | MO # 44002 |
| Ben H. Fadler | MO # 56588 |

11161 Overbrook Road, Suite 210
Leawood, KS 66211
Tele: (913) 266-4500
Fax: (913) 317-5030
mike@ketchmclaw.com
smccreight@ketchmclaw.com
bfadler@ketchmclaw.com

BOULWARE LAW LLC
| | |
|---|---|
| Brandon J.B. Boulware | MO # 54150 |
| Jeremy M. Suhr | MO # 60075 |
| Erin D. Lawrence | MO # 63021 |

1600 Genessee, Suite 416
Kansas City, MO 64102
Tele: (816) 492-2826
Fax: (816) 492-2826
brandon@boulware-law.com
jeremy@boulware-law.com
erin@boulware-law.com

WILLIAMS DIRKS DAMERON LLC
| | |
|---|---|
| Matthew L. Dameron | MO # 52093 |
| Eric L. Dirks | MO # 54921 |

1100 Main Street, Suite 2600
Kansas City, MO 64105
Tele: (816) 945-7110
Fax: (816) 945-7118
matt@williamsdirks.com
dirks@williamsdirks.com

***Attorneys for Plaintiffs***

/s/ *Jeffrey A. LeVee*
Jeffrey A. LeVee (*Pro Hoc Vice*)
Eric P. Enson (*Pro Hoc Vice*)
Kelly M. Watne (*Pro Hoc Vice*)
JONES DAY
555 Flower St
Los Angeles, CA 90071
Tel: (213) 489-3939
jlevee@jonesday.com
epenson@jonesday.com
kwatne@jonesday.com

Danne W. Webb (MO #39384)
Andrea S. McMurtry (MO #62495)
HORN AYLWARD & BANDY, LLC
2600 Grand Blvd., Suite 1100
Kansas City, MO 64108
Tel: (816) 421-0700
dwebb@hab-law.com
amcmurtry@hab-law.com

***Counsel for Defendant RE/MAX, LLC***

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of September 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to counsel of record for this case.

/s/ Michael S. Ketchmark
*Attorney for Plaintiffs*