# VERDICT FORM

1. Do you find that a combination or conspiracy existed to follow and enforce the Mandatory Offer of Compensation Rule in the subject MLSs during the conspiracy period alleged in this case – April 29, 2015 through June 30, 2022?

**YES** _____     **NO** _____

*If your answer to Question 1 is "Yes", proceed to Question 2. If your answer to Question 1 is "No", stop here and your deliberations are complete; do not answer any remaining questions on this Verdict Form, and proceed to the signature page.*

2. Do you find that the combination or conspiracy set forth in Question 1 had the purpose or effect of raising, inflating, or stabilizing broker commission rates paid by home sellers?

**YES** _____     **NO** _____

*If your answer to Question 2 is "Yes", proceed to Question 3. If your answer to Question 2 is "No", stop here and your deliberations are complete; do not answer any remaining questions on this Verdict Form, and proceed to the signature page.*

3. Which of the following corporations or entities do you find knowingly and voluntarily joined the combination or conspiracy set forth in Question 1 with the purpose of furthering its goals?

| | | |
|---|---|---|
| National Association of Realtors | **YES** _____ | **NO** _____ |
| HomeServices of America, Inc. | **YES** _____ | **NO** _____ |
| BHH Affiliates, LLC | **YES** _____ | **NO** _____ |
| HSF Affiliates, LLC | **YES** _____ | **NO** _____ |
| Keller Williams Realty, Inc. | **YES** _____ | **NO** _____ |
| RE/MAX, LLC | **YES** _____ | **NO** _____ |
| Anywhere Real Estate, Inc. (f/k/a Realogy Holdings Corp.) | **YES** _____ | **NO** _____ |

4. Do you find that the combination or conspiracy set forth in Question 1 caused the Class Plaintiffs to pay more for real estate brokerage services when selling their homes than they would have paid absent that combination or conspiracy?

**YES** _____    **NO** _____

*If your answer to Question 4 is "Yes", proceed to Question 5  If your answer to Question 4 is "No", stop here and your deliberations are complete; do not answer any remaining questions on this Verdict Form, and proceed to the signature page.*

5. State the amount of damages proved by the Class Plaintiffs.

    $ _____

Please sign and date indicating that you unanimously agree on the above responses.

_____    _____

_____    _____

_____    _____

_____    _____

_____    _____

Date: _____

Plaintiffs' Proposed Verdict Form A (revised)

**Sources:**   *In re Urethane Antitrust Litig.*, Case No. 2:04-md-01616-JWL (D. Kan.), Verdict Form (Doc. 2799)