IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

SCOTT AND RHONDA BURNETT, RYAN )
HENDRICKSON, JEROD BREIT, SCOTT )
TRUPIANO, JEREMY KEEL, HOLLEE ELLIS, )
FRANCES HARVEY, AND SHELLY DREYER, )
on behalf of themselves and all others )
similarly situated, )
                      Plaintiffs, )
                      v. )    Case No. 4:19-CV-00332-SRB
THE NATIONAL ASSOCIATION OF )
REALTORS, REALOGY HOLDINGS CORP., )
HOMESERVICES OF AMERICA, INC., BHH )
AFFILIATES, LLC, HSF AFFILIATES, LLC, )
RE/MAX LLC, and KELLER WILLIAMS )
REALTY, INC., )
                      Defendants. )

## ORDER

On October 2, 2023, the Court presided over a telephone conference with the parties. For the reasons stated on the record, and upon review of the parties' briefs, it is hereby ORDERED that:

Plaintiffs' Motion in Limine Number 25 (Doc. #1115) is GRANTED;

Defendants' Motion in Limine Number 19 (Doc. #1137) is GRANTED;

Defendants' Motion in Limine Number 20 (Doc. #1143) is GRANTED;

Defendants' Motion in Limine Number 21 (Doc. #1145) is DENIED;

Defendants' Motion in Limine Number 22 (Doc. #1170) is DENIED;

Plaintiffs' Notice of Withdrawal (Doc. #1163) is GRANTED, and Defendants' Objection to Purported Withdrawal of Named Plaintiffs on the Eve of Trial and Motion to Strike (Doc. #1164) is DENIED; and

1

Defendants' Motion to Enforce Pretrial Rulings (Doc. #1169) is GRANTED IN PART AND DENIED IN PART. The motion is DENIED regarding Mr. Gary Keller's testimony and GRANTED in all other respects based upon the parties' agreement.

The parties may consult the transcript for further details or clarification.

**IT IS SO ORDERED.**

/s/ Stephen R. Bough
STEPHEN R. BOUGH
UNITED STATES DISTRICT JUDGE

Date: October 2, 2023