IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| RHONDA BURNETT, JEROD BREIT, JEREMY KEEL, HOLLEE ELLIS, and FRANCES HARVEY on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE NATIONAL ASSOCIATION OF REALTORS, REALOGY HOLDINGS CORP. (n/k/a ANYWHERE REAL ESTATE INC.), HOMESERVICES OF AMERICA, INC., BHH AFFILIATES, LLC, HSF AFFILIATES, LLC, RE/MAX LLC, and KELLER WILLIAMS REALTY, INC.<br><br>Defendants. | Case No.: 4:19-cv-00332-SRB |

## PLAINTIFFS' SECOND AMENDED WITNESS LIST

Plaintiffs Rhonda Burnett, Jerod Breit, Jeremy Keel, Hollee Ellis, and Frances Harvey (collectively "Plaintiffs") submit the following Second Amended Witness List. Plaintiffs' Second Amended Witness List withdraws the videotaped depositions of Ryan Gorman dated November 8, 2021, John Peyton dated March 17, 2022 and Cary Sylvester dated April 12, 2022, previously identified to be played.

Plaintiffs identify the following individuals who may be called as witnesses at the time of trial of this matter. By listing a witness below, Plaintiffs do not commit to calling the witness at trial of this matter. Plaintiffs do not waive any objections to proposed topics about which the witnesses may testify. In addition to those listed below, Plaintiffs reserve the right to call witnesses for rebuttal and/or impeachment purposes.

A. **Witnesses To Be Called Live At Trial**

1. Roger Alford
2. Jerod Breit
3. Rhonda Burnett
4. Hollee Ellis
5. Frances Harvey
6. Jeremy Keel
7. Todd Reynolds
8. Craig Schulman

B. **Witnesses To Be Called By Videotaped Deposition**

9. Nick Bailey (August 9, 2022)
10. Gino Blefari (February 8, 2022)
11. Michelle Figgs (February 4, 2022)
12. Rene Galicia (March 4, 2022)
13. Rodney Gansho (August 3, 2022)
14. Kevin Goffstein (October 5, 2023)
15. Bob Goldberg (November 22, 2021)
16. Ryan Gorman (August 22, 2022)
17. Gary Keller (January 19, 2022)
18. Darrell King (February 2, 2022)
19. David Liniger (April 4, 2022)
20. Meredith Maples (June 17, 2022)
21. Cliff Niersbach (January 26, 2021)

22. Jay Papasan (April 14, 2022)

23. Dana Strandmo (May 25, 2022)

24. Stefan Swanepoel (February 23, 2023)

25. Rosalie Warner (October 19, 2022)

26. Records custodian for each Defendant (if necessary)

Dated: October 9, 2023

Respectfully submitted by:

**KETCHMARK & McCREIGHT, P.C.**

*/s/ Scott A. McCreight*
Michael S. Ketchmark #41018
Scott A. McCreight #44002
Ben H. Fadler #56588
11161 Overbrook Road, Suite 210
Leawood, KS 66211
(913) 266-4500
mike@ketchmclaw.com
smccreight@ketchmclaw.com

Eric L. Dirks #54921
Matthew L. Dameron #52093
**WILLIAMS DIRKS DAMERON LLC**
1100 Main Street, Suite 2600
Kansas City, MO 64105
(816) 945-7110
dirks@williamsdirks.com
matt@williamsdirks.com

Brandon J.B. Boulware #54150
Jeremy M. Suhr #60075
Erin D. Lawrence #63021
**BOULWARE LAW LLC**
1600 Genessee, Suite 416
Kansas City, MO 64102
(816) 492-2826
brandon@boulware-law.com
jeremy@boulware-law.com
erin@boulware-law.com

Counsel for Plaintiffs and the Classes

3

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of October, 2023, the foregoing was sent via electronic mail to all counsel of record.

*/s/ Scott A. McCreight*
Attorney for Plaintiffs and the Classes
