# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| RHONDA BURNETT et al. ) | |
| Plaintiff, ) | |
| ) | Date: October 18, 2023 |
| vs. ) | Case No. 19-cv-00332-SRB |
| NATIONAL ASSOCIATION OF ) | |
| REALTORS et al ) | |
| Defendant. ) | |

## MINUTES OF JURY TRIAL

HONORABLE Stephen R. Bough, presiding at Kansas City, MO

Nature of Proceeding: Criminal Jury Trial – DAY 4

Time Commenced: 8:00 a.m.   Time Terminated 4:54 p.m.

Plaintiff by: Michael Ketchmark, Brandon Bouleware, Scott McCreight, Eric Dirks, Benjamin Fadler
Defendants by: Ethan Glass, Timothy Ray, Barack Echols, Robert MacGill, Jay Varon, David Kelly

| Proceedings | Witnesses |
|---|---|
| Court in session at 8:00 a.m. All Counsel present. Matters taken up outside the presence of the jury. Court recesses at 8:12 a.m. Jurors seated at 8:36 a.m. Plaintiff Michael Ketchmark calls Rodney Gansho via video deposition at 8:36 a.m. Plaintiff Michael Ketchmark calls Rene Galicia via video deposition at 9:23 a.m. Plaintiff Michael Ketchmark calls Michelle Figgs via video deposition at 9:33 a.m. Court takes a recess at 9:46 a.m. Court goes back on the record at 10:08 a.m. Plaintiff Michael Ketchmark calls Meredith Maples via video deposition 10:09 a.m. Court takes a brief recess at 11:20 a.m. Court goes back on the record at 11:30 a.m. Plaintiff Michael Ketchmark calls Nick Bailey via video deposition at 11:30 a.m. Jury dismissed at 11:53 a.m. Court recesses at 11:58 a.m. Jury seated at 12:59 p.m. Court back on the record at 12:59 p.m. Plaintiff Michael Ketchmark calls Hollee Ellis for direct examination. Witness sworn at 1:00 p.m. Barack Echols for Defendant Keller Williams cross examination 1:30 p.m. Robert MacGill for Defendant Home Services of America, HSF, and BFF begins cross examination at 1:54 p.m. Michael Ketchmark for Plaintiff redirects at 2:12 p.m. Witness excused at 2:18 p.m. Michael Ketchmark for Plaintiff calls Michael Gorman via video deposition at 2:19 p.m. Court takes a recess at 2:55 p.m. Court goes back on the record at 3:14 p.m. Plaintiff Michael Ketchmark calls Rhonda Burnett for direct examination. Witness sworn at 3:15 p.m. Robert MacGill with Defendant Home Services of America, HSF, and BFF being cross examination at 3:34 p.m. Michael Ketchmark with Plaintiff redirects 4:08 p.m. Witness excused 4:12 p.m. Plaintiff Michael Ketchmark calls Jeremy Keel 4:14 p.m. Witness sworn. Barack Echols for Defendant Keller Williams cross examination 4:25 p.m. Michael Ketchmark for Plaintiff redirects 4:49 p.m. Court recesses 4:54 p.m. | Rodney Gansho (via video deposition) 8:36 a.m. – 9:23 a.m. <br><br> Rene Galicia (via video deposition) 9:23 a.m. – 9:33 a.m. <br><br> Michelle Figgs (via video deposition) 9:33 a.m. – 9:46 a.m. <br><br> Meredith Maples (via video deposition) 10:09 a.m. – 11:20 a.m. <br><br> Nick Bailey (via video deposition) 11:30 a.m. – 11:53 a.m. <br><br> Hollee Ellis 1:00 p.m.- 1:29 p.m. 1:30 p.m. – 1:53 p.m. 1:54 p.m. - 2:12 p.m. 2:12 p.m. – 2:18 p.m. <br><br> Ryan Gorman (via video deposition) 2:19 p.m. – 2:55 p.m. <br><br> Rhonda Burnett 3:15 p.m. – 3:34 p.m. 3:34 p.m. – 4:12 p.m. <br><br> Jeremy Keel 4:14 p.m. – 4:25p.m. 4:25 p.m.- 4:49 p.m. 4:49 p.m. – 4:54 p.m. |