45:07
come on guys I'm going to give you audience yeah the most effective
45:14
Commission cutting objection handling techniques waits for the end to give us the best of Commission cut we have to be
45:21
concerned about compression of fees okay 1,000% okay now I have to be very
45:26
careful because CEO of real living and senior vice president of Berkshire Hathaway HomeServices I have a sacred
45:33
responsibility to represent the brands and the most professional this is a legal disclaimer ladies and gentlemen
45:40
but I'm going to but I've said this at our events but I asked the audience first of all the technique is
45:46
profanity-laced but I'm not going to use any of the swear words because I'm not gonna in my career today yeah so I'm
45:51
gonna give the technique that this top producer and one of the top producers in the country makes about two million a
45:56
year has been using for 40 years but I'm gonna bleep out the profanity but this is the only technique that I know works
46:03
every time yeah and so she was in my office I was present of the company and she says Alan this person wants me to
46:09
throw in ten thousand dollars at the closing yeah can I use your office now in the history
46:14
of my company this is a fact I never said a curse word we didn't have that culture when I played ball I would yeah
46:19
I never professionally or yeah in my home when you think but here's a technique I'm gonna turn to your audience somebody you might want to
46:27
write this down if you have your iPhone and here's a technique there's no bleeping bleeping
46:33
way I'm going to cut my bleeping bleeping Commission what do you think
46:38
I'm a bleeping bleeping hooker standing outside the Lincoln Tunnel at 3 o'clock in the morning giving bleeping bleeping
46:46
Stu bleep two sailors if you think I'm going to cut my bleeping bleeping Commission you can take this home and

46:53
shove it up your bleeping bleeping and I know that it will fit right did you everyone get that now after

47:00
sheep Tom after she finished I went into the office and I'll change your name to Susan yes I said Susan Iannone cover

47:07
this I'll never forget what you said but do you think I'm recommending describe to you exactly she said but do you think

47:15
he's gonna bring it up again okay yeah