UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| RHONDA BURNETT, JEROD BREIT, JEREMY KEEL, HOLLEE ELLIS, and FRANCES HARVEY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE NATIONAL ASSOCIATION OF REALTORS, REALOGY HOLDINGS CORP., HOMESERVICES OF AMERICA, INC., BHH AFFILIATES, LLC, HSF AFFILIATES, LLC, RE/MAX, LLC, and KELLER WILLIAMS REALTY, INC.,<br><br>Defendants. | Case No: 4:19-cv-00332-SRB<br><br>Judge Stephen R. Bough |

## DEFENDANT KELLER WILLIAMS REALTY, INC.'S MOTION FOR JUDGMENT AS A MATTER OF LAW

Defendant Keller Williams Realty, Inc. ("Keller Williams") moves the Court for an order granting it judgment as a matter of law under Rule 50(a). Plaintiffs have failed to prove various elements essential to their claim. Because the jury lacks a legally sufficient basis to find for Plaintiffs, judgment as a matter of law should be granted in favor of Keller Williams.

Specifically, judgment as a matter of law is warranted for all the reasons set forth in the HomeServices Defendants' Motion for Judgment as a Matter of Law and any Motion for Judgment as a Matter of Law filed by the National Association of REALTORS®, both of which Keller Williams joins and incorporates. Additionally—and as explained in the accompanying Suggestions in Support of this Motion—judgment as a matter of law in favor of Keller Williams is proper under Rule 50(a) because there is "no legally sufficient evidentiary basis" on which a

reasonable jury could find that Keller Williams participated in an unlawful agreement actionable under Section 1 of the Sherman Act. Accordingly, the Court should enter judgment as a matter of law in favor of Keller Williams.

Dated: October 25, 2023

David R. Buchanan
dbuchanan@bjpc.com
BROWN & JAMES, PC-KCMO
2345 Grand Boulevard
Suite 2100
Kansas City, MO 64108
(816) 472-0800

Timothy Ray, *pro hac vice*
timothy.ray@hklaw.com
Barack S. Echols, *pro hac vice*
barack.echols@hklaw.com
HOLLAND & KNIGHT LLP
150 North Riverside Plaza, Suite 2700
Chicago, IL 60606
(312) 263-3600

Respectfully submitted,

/s/ David C. Kully
David C. Kully, *pro hac vice*
david.kully@hklaw.com
Anna P. Hayes, *pro hac vice*
anna.hayes@hklaw.com
HOLLAND & KNIGHT LLP
800 17th Street NW, Suite 1100
Washington, DC 20530
(202) 469-5415

Jennifer Lada, *pro hac vice*
jennifer.lada@hklaw.com
HOLLAND & KNIGHT LLP
31 West 52nd Street, 12th Floor
New York, NY 10019
(212) 513-3513

Dina W. McKenney, *pro hac vice*
dina.mckenney@hklaw.com
HOLLAND & KNIGHT LLP
1722 Routh Street, Suite 1500
Dallas, Texas 75201
(214) 969-1757

***Counsel for Keller Williams Realty, Inc.***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 25, 2023, an electronic copy of the foregoing was filed with the Clerk of the Court by using the CM/ECF system, and service upon all counsel of record will be accomplished by the CM/ECF system.

/s/ *David C. Kully*
David C. Kully