UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| RHONDA BURNETT, JEROD BREIT, JEREMY KEEL, HOLLEE ELLIS, and FRANCES HARVEY on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE NATIONAL ASSOCIATION OF REALTORS, REALOGY HOLDINGS CORP., HOMESERVICES OF AMERICA, INC., BHH AFFILIATES, LLC, HSF AFFILIATES, LLC, RE/MAX LLC, and KELLER WILLIAMS REALTY, INC.,<br><br>Defendants. | Case No. 4:19-CV-00332-SRB<br><br>Honorable Judge Stephen R. Bough |

## DEFENDANT THE NATIONAL ASSOCIATION OF REALTORS'® MOTION FOR JUDGMENT AS A MATTER OF LAW

Defendant The National Association of REALTORS® ("NAR") moves the Court for an order granting it judgment as a matter of law under Rule 50(a). Plaintiffs have failed to prove various elements essential to their claim. Because the jury lacks a legally sufficient basis to find for Plaintiffs, judgment as a matter of law should be granted in favor of NAR.

Specifically, judgment as a matter of law is warranted for all the reasons set forth in the HomeServices Defendants' Motion for Judgment as a Matter of Law and Keller Williams Realty Inc.'s Motion for Judgment as a Matter of Law, both of which NAR joins and incorporates. Additionally—and as explained in the accompanying Suggestions in Support of this Motion— judgment as a matter of law in favor of NAR is proper under Rule 50(a) because there is "no legally sufficient evidentiary basis" on which a reasonable jury could find that NAR participated in an

1

unlawful agreement actionable under Section 1 of the Sherman Act. Accordingly, the Court should enter judgment as a matter of law in favor of NAR.

Dated: October 25, 2023                                    Respectfully submitted,

/s/ Ethan Glass
Ethan Glass (*pro hac vice*)
Samantha Strauss (*pro hac vice*)
Georgina Inglis (*pro hac vice)*
COOLEY LLP
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC 20004-2400
(202) 776-2244
eglass@cooley.com
sastrauss@cooley.com
ginglis@cooley.com

Beatriz Mejia (*pro hac vice*)
COOLEY LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
(415) 693-2000
mejiab@cooley.com

Sarah Topol (*pro hac vice*)
COOLEY LLP
55 Hudson Yards
New York, NY 10001
(212) 479-6000
stopol@cooley.com

Charles W. Hatfield (MO Bar # 40363)
Alexander C. Barrett (MO Bar # 68695)
STINSON LLP
230 W. McCarty Street
Jefferson City, MO 65101
(573) 636-6263
chuck.hatfield@stinson.com
alexander.barrett@stinson.com

***Attorneys for Defendant the NATIONAL ASSOCIATION OF REALTORS®***

# CERTIFICATE OF SERVICE

I hereby certify that on October 25, 2023, a copy of the foregoing document was electronically filed through the ECF system and will be sent electronically to all persons identified on the Notice of Electronic Filing.

/s/ *Ethan Glass*
Ethan Glass (*pro hac vice*)
1299 Pennsylvania Avenue, N.W.
Suite 700
Washington, DC 20004-2400
Phone (202) 776-2244
Fax (202) 842-7899
eglass@cooley.com

***Attorney for Defendant the NATIONAL ASSOCIATION OF REALTORS®***