# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| RHONDA BURNETT et al. ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **Date:** October 26, 2023 |
| vs. ) | **Case No.** 19-cv-00332-SRB |
| ) | |
| NATIONAL ASSOCIATION OF ) | |
| REALTORS et al ) | |
| ) | |
| **Defendant.** ) | |

## MINUTES OF JURY TRIAL

HONORABLE Stephen R. Bough, presiding at Kansas City, MO

Nature of Proceeding: Criminal Jury Trial – DAY 10

Time Commenced: 7:58 a.m.      Time Terminated 5:15 p.m.

Plaintiff by: Michael Ketchmark, Brandon Bouleware, Scott McCreight, Eric Dirks, Benjamin Fadler
Defendants by: Ethan Glass, Timothy Ray, Robert MacGill, Samantha Strauss, David Kelly, Beatriz Mejia
                 Matthew Ciulla, Jay Varon

| Proceedings | Witnesses |
|---|---|
| Court in session at 7:58 a.m. All Counsel present. Matters taken up outside the presence of the jury. Court recesses at 8:16 a.m. Court goes back on the record 8:31 a.m. Jury sat at 8:32 a.m. Jay Varon with Defendant Home Services of America, HSF, and BFF calls David Stevens. Plaintiff Michael Ketchmark cross examines the witness at 9:04 p.m. Jay Varon with Defendant Home Services of America, HSF, and BFF redirects at 9:31 a.m. Witness excused 9:36 p.m. Robert MacGill with Defendant Home Services of America, HSF, and BFF calls Stefan Swanepoel via video deposition at 9:36 a.m. Court takes a recess at 10:20 a.m. Court goes back on the record at 10:36 a.m. Video concludes 11: 06 a.m. Robert MacGill with Defendant Home Services of America, HSF, and BFF calls Dr. Lawrence Wu at 11:06 a.m. Jury is excused at 11:59 a.m. Matters taken up outside the presence of the jury. Court takes a recess at 12:03 p.m. Court goes back on the record at 1:00 p.m. Jury sat. Robert MacGill with Defendant Home Services of America, HSF, and BFF continues direct examination of Dr. Wu. Plaintiff Michael Ketchmark starts cross examination of Dr. Wu at 2:32 p.m. Court takes a recess at 3:12 p.m. The Court goes back on the record, jury sat and Michael Ketchmark with Plaintiff continues cross examination at 3:29 p.m. Robert MacGill with Defendant Home Services of America, HSF, and BFF redirects 4:00 p.m. Witness excused at 4:20 p.m. Defense plays video of Scott Trupiano. Jury is released at 5:10 p.m. Court adjourns at 5:15 p.m. | David Stevens<br>8:34 a.m. – 9:04 a.m.<br>9:04 a.m. – 9:31 a.m.<br>9:31 a.m. – 9:36 a.m.<br><br>Stefan Swanepoel (via video deposition)<br>9:36 a.m. – 10:20 a.m.<br>10:36 a.m. – 11:06 a.m.<br><br>Dr. Lawrence Wu<br>11:06 a.m. – 11:59 a.m.<br>1:00 p.m. – 2:32 p.m.<br>2:32 p.m. – 3:12 p.m.<br>3:29 p.m. – 4:00 p.m.<br>4:00 p.m. – 4:20 p.m. |