# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| RHONDA BURNETT et al. ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | **Date:** October 30, 2023 |
| vs. ) | **Case No.** 19-cv-00332-SRB |
| ) | |
| NATIONAL ASSOCIATION OF ) | |
| REALTORS et al ) | |
| ) | |
| **Defendants.** ) | |

## MINUTES OF JURY TRIAL

HONORABLE Stephen R. Bough, presiding at Kansas City, MO

Nature of Proceeding: Civil Jury Trial – Day 12

Time Commenced: 8:00 a.m.　　　　　　Time Terminated: 4:55 p.m.

Plaintiff by: Michael Ketchmark, Brandon Bouleware, Scott McCreight, Eric Dirks, Benjamin Fadler
Defendants by: Ethan Glass, Timothy Ray, Robert MacGill, Samantha Strauss, David Kelly, Beatriz Mejia
　　　　　　　Matthew Ciulla, Jay Varon

| Proceedings | Witnesses |
|---|---|
| Court in session at 8:00 a.m. Counsel present. Court takes evidentiary issues. Parties make a record regarding exhibits. Court in recess at 8:22 a.m. Court in session at 8:30 a.m. Counsel present. Jury returns to the courtroom. Timothy Ray for defendant Keller Williams Realty, Inc. calls Jen Davis. Witness sworn. Direct 8:31 a.m. Cross at 9:38 a.m. Redirect at 9:47 a.m. Witness excused at 9:52 a.m. Jury released for break at 9:52 a.m. Court in recess at 9:53 a.m. Court in session at 10:06 a.m. Counsel present. Jury returns to the courtroom. Court reads closing instructions. Plaintiff begins closing argument at 10:52 a.m. Court in recess for lunch at 12:22 p.m. Court in session at 1:30 p.m. Counsel present. Jury returns to the courtroom. Ethan Glass begins closing argument at 1:31 p.m. Robert MacGill beings closing argument at 2:20 p.m. Court in recess for break at 3:22 p.m. Court in session at 3:36 p.m. Counsel present. Jury returns to the courtroom. Timothy Ray begins closing argument at 3:38 p.m. Plaintiff begins rebuttal argument at 4:25 p.m. Jury retires to deliberate a 4:52 p.m. Jury announces they are retiring for the day at 4:55 p.m. and will return at 9:00 a.m. on 10/31/23. Court in recess at 4:55 p.m. | Jen Davis 8:31 a.m. – 9:52 a.m. |