# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| RHONDA BURNETT et al. ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | Date: October 27, 2023 |
| vs. ) | Case No. 19-cv-00332-SRB |
| ) | |
| NATIONAL ASSOCIATION OF ) | |
| REALTORS et al ) | |
| ) | |
| **Defendant.** ) | |

## MINUTES OF JURY TRIAL

HONORABLE Stephen R. Bough, presiding at Kansas City, MO

Nature of Proceeding: Criminal Jury Trial – DAY 13

Time Commenced: 9:08 a.m.      Time Terminated: 12:13 p.m.

Plaintiff by: Michael Ketchmark, Brandon Bouleware, Scott McCreight, Eric Dirks, Benjamin Fadler
Defendants by: Ethan Glass, Timothy Ray, Robert MacGill, Samantha Strauss, David Kelly, Beatriz Mejia
               Matthew Ciulla, Jay Varon

| Proceedings | Witnesses |
|---|---|
| 9:08 a.m. – Jury present and resumes deliberations. 10:27 a.m. - Jury submits Note #1. 10:33 a.m. – Court and counsel on the record to discuss Jury Note # 1. Written response provided to the jury. 11:30 a.m. – Jury informs the courtroom deputy they have reached a verdict. 12:00 p.m. - Jury returns into court with their verdict which is read by the Court and filed herein. Jury polled. Jury Excused.<br>12:12 p.m. – Court and parties present. Record made. 12:13 p.m. - Court adjourns. | |