IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

Sitzer et al v. National Association of Realtors et al
Case No. 19-cv-00332-SRB

JURY'S QUESTION OR REQUEST

**The jury has the following question/request:**

Could we have exhibit 4592A just in case it's needed?

Date: 10/31/23
Time: 10:27

By: Ian Yoakum

**Response from the Court:**

PLEASE SEE ATTACHED

Stephen R. Bough
U.S. District Court