# VERDICT FORM

1. Do you find that Class Plaintiffs have proved by a preponderance of the evidence that a conspiracy existed to follow and enforce the Cooperative Compensation Rule in the subject MLSs during the conspiracy period alleged in this case – April 29, 2015 through June 30, 2022?

YES __X__     NO _____

*If your answer to Question 1 is "Yes", proceed to Question 2. If your answer to Question 1 is "No", stop here and your deliberations are complete; do not answer any remaining questions on this Verdict Form, and proceed to the signature page.*

2. Do you find that the conspiracy set forth in Question 1 had the purpose or effect of raising, inflating, or stabilizing broker commission rates paid by home sellers?

YES __X__     NO _____

*If your answer to Question 2 is "Yes", proceed to Question 3. If your answer to Question 2 is "No", stop here and your deliberations are complete; do not answer any remaining questions on this Verdict Form, and proceed to the signature page.*

3. Which of the following corporations or entities do you find knowingly and voluntarily joined the conspiracy set forth in Question 1 with the purpose of furthering its goals?

| | | | |
|---|---|---|---|
| National Association of Realtors | YES __X__ | NO _____ |
| HomeServices of America, Inc. | YES __X__ | NO _____ |
| BHH Affiliates, LLC | YES __X__ | NO _____ |

| | | | |
|---|---|---|---|
| HSF Affiliates, LLC | YES | X | NO |
| Keller Williams Realty, Inc. | YES | X | NO |
| Anywhere Real Estate, Inc. | YES | X | NO |
| RE/MAX LLC | YES | X | NO |

4. Do you find that the conspiracy set forth in Question 1 caused the Class Plaintiffs to pay more for real estate brokerage services when selling their homes than they would have paid absent that conspiracy?

YES __X__   NO _____

*If your answer to Question 4 is "Yes", proceed to Question 5. If your answer to Question 4 is "No", stop here and your deliberations are complete; do not answer any remaining questions on this Verdict Form, and proceed to the signature page.*

5. State the amount of damages proved by the Class Plaintiffs.

$ __1,785,310,872__

Please sign and date indicating that you unanimously agree on the above responses.

[signatures]

Date: _____ 10/31/2023 _____