## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI

### WESTERN _____ DIVISION

RHONDA BURNETT

vs.

NATIONAL ASSOCIA[

)
)
)
)
)
)
)
)
)

Action Number

**19-0332-CV-**

## COURT'S EXHIBIT INDEX

| | | | |
|---|---|---|---|
| ✓ = offered & admitted w/o objection | | Ltd = admitted for limited purposes | |
| Ex = offered, but objected to and excluded | | X = offered & admitted over objection | |
| DB = admitted, de bene | | NO = marked, but not offered | |
| | | WD = offered then withdrawn | |

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 1 | | 10/23/23 | 3:05 a.m | Advertisement |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Page # _____ I CERTIFY that I have this date _____ received from the Clerk, U.S. District Court, Western District of Missouri, the following numbered exhibits for which I will hold myself responsible:

_____          _____ Name
        Signature

:exhibin.int