IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

RHONDA BURNETT, JEROD BREIT, )
JEREMY KEEL, HOLLEE ELLIS, and )
FRANCES HARVEY, on behalf of themselves )
And all others similarly situate, )
                                         )
                    Plaintiffs,          )
     v.                                  )    No. 19-CV-00332-SRB
                                         )
THE NATIONAL ASSOCIATION OF              )
REALTORS, REALOGY HOLDINGS               )
CORP., HOMESSERVICES OF AMERICA,         )
INC., BHH AFFILIATES, LLC, HSF           )
AFFILIATES, LCC, RE/MAX, LLC, and        )
KELLER WILLIAMS REALTY, INC.,            )
                                         )
                    Defendants.          )

## JUDGMENT IN A CIVIL CASE

__X__ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

____ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

____ **Decision by Court.** This action came before the Court. The issues have been determined and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**
　　　　Pursuant to the jury's October 31, 2023, verdict, judgment is entered in favor of class Plaintiffs in the amount of $1,785,310,872.00 against Defendants National Assocation of Realtors, HomeServices of America, Inc., BHH Affiliates, LLC, HSF Affiliates, LLC, Keller Williams Realty, Inc., Anywhere Real Estate, Inc. and RE/MAX LLC.

| | |
|---|---|
| November 1, 2023 | Paige Wymore-Wynn |
| Date | Clerk of Court |
| | |
| | /s/ Shauna Murphy-Carr |
| | (by) Deputy Clerk |