# IN THE UNITED STATES DISTRICT COURT FOR
# THE WESTERN DISTRICT OF MISSOURI

## PETITION FOR ADMISSION PRO HAC VICE

### Affidavit of Movant

I, **Brian C. Fries**, an active member in good standing of the Bar of the United States District Court for the Western District of Missouri, request that this court admit pro hac vice, **Theodore J. Boutrous, Jr.**, an attorney admitted to practice in a United States District Court, but not admitted to the Bar of this court, who will be counsel for the **HomeServices Defendants**, in the case(s) listed below. I am aware that the local rules of this court require that I participate in the preparation and presentation of said case(s), and that I accept service of all papers served. I also understand and agree that if the admittee does not sign up to receive CM/ECF filings, I will be responsible for notifying the admittee of all papers served by CM/ECF.

_[signature]_  
**Signature of Movant/Attorney**

**MO Bar Number:** 40830

**Date:** 11/6/2023

**Address:** Lathrop GPM LLP  
2345 Grand Blvd., Suite 2200  
Kansas City, MO 64108

**Phone:** (816) 292-2000

### Affidavit of Proposed Admittee

I, **Theodore J. Boutrous, Jr.**, certify that I reside outside the boundaries of the Western District of Missouri and I am not admitted to the Bar of this court. I am a member in good standing in the state(s) of **See Attachment** and the United States District Court(s) of **See Attachment**. (Attach additional page if necessary.) Pursuant to Local Rule 83.5(h), I certify I am a member in good standing in all bars of which I am a member. I understand that if this court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed below, and must accept service of all papers served. I am aware that I can register to receive CM/ECF filings. I understand and agree that should I choose not to register for CM/ECF, I will arrange with movant to keep me advised of papers served and filed in this case.

**Case Number(s):**  
4:19-cv-00332-SRB

**Case Title(s):**  
Rhonda Burnett, et al. v. National Association of Realtors, et al.

**Date:** November 6, 2023

**Signature:** _[signature]_

**State Bar of Residence & Bar Number:**  
California / 132099

**Address:** Gibson, Dunn & Crutcher LLP  
333 South Grand Ave., Los Angeles, CA 90071

**Phone:** (213) 229-7804

**Email:** TBoutrous@gibsondunn.com

Pursuant to WDMO Local Rule 83.5(h) a fee of $100 is required for each case in which the attorney is seeking admittance.

# Attachment

| Jurisdiction/Court | Admitted | Status |
|---|---|---|
| U.S. Supreme Court | January 14, 1991 | Active/Good Standing |
| **Federal Appellate Courts** | | |
| U.S. Court of Appeals, District of Columbia | October 4, 1989 | Active/Good Standing |
| U.S. Court of Appeals, District of Columbia Circuit | February 28, 1991 | Active/Good Standing |
| U.S. Court of Appeals for the Federal Circuit | June 29, 1999 | Active/Good Standing |
| U.S. Court of Appeals, First Circuit | July 14, 2016<br>Bar No. 1175757 | Active/Good Standing |
| U.S. Court of Appeals, Second Circuit | July 18, 2013 | Active/Good Standing |
| U.S. Court of Appeals, Third Circuit | June 20, 2007 | Active/Good Standing |
| U.S. Court of Appeals, Fourth Circuit | September 11, 1997 | Active/Good Standing |
| U.S. Court of Appeals, Fifth Circuit | May 9, 1991 | Active/Good Standing |
| U.S. Court of Appeals, Sixth Circuit | June 13, 1994 | Active/Good Standing |
| U.S. Court of Appeals, Seventh Circuit | May 28, 2010 | Active/Good Standing |
| U.S. Court of Appeals, Eighth Circuit | December 18, 1992 | Active/Good Standing |
| U.S. Court of Appeals, Ninth Circuit | October 15, 1992 | Active/Good Standing |
| U.S. Court of Appeals, Tenth Circuit | January 29, 1993 | Active/Good Standing |
| U.S. Court of Appeals, Eleventh Circuit | March 23, 2009 | Active/Good Standing |

| Federal District Courts | | |
|---|---|---|
| California – U.S. District Court, Central District | October 5, 2000 | Active/Good Standing |
| California – U.S. District Court, Northern District | December 19, 2005 | Active/Good Standing |
| California – U.S. District Court, Eastern District | July 11, 2011 | Active/Good Standing |
| California – U.S. District Court, Southern District | October 27, 2014 | Active/Good Standing |
| New York – U.S. District Court, Southern District | October 9, 2018 | Active/Good Standing |
| New York – U.S. District Court, Eastern District | November 6, 2020 | Active/Good Standing |
| District of Columbia – U.S. District Court | January 19, 1990 | Active/Good Standing |

| Bar Admissions | Bar No. | Admitted | Status |
|---|---|---|---|
| California State Bar | CA-132099 | December 15, 1987 | Active/Good Standing |
| District of Columbia Bar | DC-420440 | October 4, 1989 | Active/Good Standing |
| New York State Bar | NY-5518550 | July 1, 2017 | Active/Good Standing |
| United Kingdom (England & Wales) Solicitor – Registered Foreign Lawyer | 570766 | August 24, 2012 | Active/Good Standing |