# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | |
|---|---|
| RHONDA BURNETT, JEROD BREIT, JEREMY KEEL, HOLLEE ELLIS, and FRANCES HARVEY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE NATIONAL ASSOCIATION OF REALTORS, REALOGY HOLDINGS CORP., HOMESERVICES OF AMERICA, INC., BHH AFFILIATES, LLC, RE/MAX LLC, and KELLER WILLIAMS REALTY, INC.,<br><br>Defendants. | Case No. 4:19-cv-00332-SRB<br><br>**CLASS ACTION** |

### JOINT MOTION FOR VACATUR OF CLERK'S JUDGMENT AND ENTRY OF BRIEFING SCHEDULE FOR POST-TRIAL MOTIONS

Plaintiffs Rhonda Burnett, Jerod Breit, Jeremy Keel, Hollee Ellis, and Frances Harvey (Plaintiffs), and Defendants The National Association of Realtors, HomeServices of America, Inc., BHH Affiliates, LLC, HSF Affiliates, LLC, and Keller Williams Realty, Inc. (Defendants) jointly move the Court:

(1) To vacate the "Clerk's Judgment" (ECF No. 1296) to allow Plaintiffs to seek entry of judgment and to allow Defendants to object and comment on Plaintiffs' proposed form of judgment using the procedures set forth in Local Rule 58.2 and Federal Rule of Civil Procedure 58;

(2) To enter a briefing schedule for all post-trial motions, with any motions to be filed by Defendants on January 8, 2024; any oppositions to Defendants' motions due on February 26, 2024; and any replies to Plaintiffs' oppositions due on March 18, 2024;

(3) To stay execution of any judgment until 30 days after resolution of all post-trial motions; and

(4) To order that vacatur of Docket Entry No. 1296 does not preclude post-judgment interest from beginning to accrue on November 1, 2023, with the Parties reserving all rights and arguments as to the date on which prejudgment interest begins to run.

The Parties have agreed that Docket Entry No. 1296 should be vacated. Doing so will eliminate any uncertainty regarding the deadlines for post-trial motions and appeals.

The Parties have also agreed that, following submission of this joint motion, Plaintiffs will move for entry of judgment under Federal Rule of Civil Procedure 58 and using the process described in Local Rule 58.2, after which the Court can resolve any remaining differences between the Parties.

The Parties have further agreed to a briefing schedule that will afford the Parties and the Court adequate time to address the complex issues in this case based on the voluminous trial record. The Parties' agreement to stay execution of any judgment until 30 days after resolution of all post-trial motions also eliminates any confusion and provides additional time for the Parties to discuss the terms of a possible supersedeas bond.

As part of this agreement, Defendants have agreed that they will not argue that vacatur of Docket Entry No. 1296 is a reason for precluding post-judgment interest from beginning to accrue on November 1, 2023. Defendants reserve their rights to argue that post-judgment interest should

not accrue from that date for any other reason. Defendants also reserve their rights to seek a further stay of execution of the Court's judgment.

For these reasons, the Parties request that this Motion be granted and the Court vacate Docket Entry No. 1296, enter the proposed briefing schedule for post-trial motions, and stay execution of any judgment until 30 days after resolution of all post-trial motions.

Dated: November 14, 2023

Respectfully submitted,

BOULWARE LAW LLC
/s/ Brandon J.B. Boulware
Brandon J.B. Boulware    MO # 54150
Jeremy M. Suhr    MO # 60075
Erin D. Lawrence    MO # 63021
1600 Genessee, Suite 416
Kansas City, MO 64102
Tele: (816) 492-2826
brandon@boulware-law.com
jeremy@boulware-law.com
erin@boulware-law.com

KETCHMARK & McCREIGHT
Michael S. Ketchmark    MO # 41018
Scott A. McCreight    MO # 44002
Ben H. Fadler    MO # 56588
11161 Overbrook Road, Suite 210
Leawood, KS 66211
Tele: (913) 266-4500
mike@ketchmclaw.com
smccreight@ketchmclaw.com
bfadler@ketchmclaw.com

WILLIAMS DIRKS DAMERON LLC
Matthew L. Dameron    MO # 52093
Eric L. Dirks    MO # 54921
1100 Main Street, Suite 2600
Kansas City, MO 64105
Tele: (816) 945-7110
matt@williamsdirks.com
dirks@williamsdirks.com

***Attorneys for Plaintiffs***

/s/ David R. Buchanan
dbuchanan@bjpc.com
BROWN & JAMES, PC-KCMO
2345 Grand Boulevard
Suite 2100
Kansas City, MO 64108
(816) 472-0800

Timothy Ray, *pro hac vice*
timothy.ray@hklaw.com
Barack S. Echols, *pro hac vice*
barack.echols@hklaw.com
HOLLAND & KNIGHT LLP
150 North Riverside Plaza, Suite 2700
Chicago, IL 60606
(312) 263-3600

*/s/ David C. Kully*
David C. Kully, *pro hac vice*
david.kully@hklaw.com
Anna P. Hayes, *pro hac vice*
anna.hayes@hklaw.com
HOLLAND & KNIGHT LLP
800 17th Street NW, Suite 1100
Washington, DC 20530
(202) 469-5415

Jennifer Lada, *pro hac vice*
jennifer.lada@hklaw.com
HOLLAND & KNIGHT LLP
31 West 52nd Street, 12th Floor
New York, NY 10019
(212) 513-3513

Dina W. McKenney, *pro hac vice*
dina.mckenney@hklaw.com
HOLLAND & KNIGHT LLP
1722 Routh Street, Suite 1500
Dallas, Texas 75201
(214) 969-1757

***Attorneys for Keller Williams Realty, Inc.***

*/s/ Ethan Glass*
Ethan Glass (*pro hac vice*)
Samantha Strauss (*pro hac vice*)
Georgina Inglis (*pro hac vice*)
COOLEY LLP
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC 20004-2400
(202) 776-2244
eglass@cooley.com
sastrauss@cooley.com

Beatriz Mejia (*pro hac vice*)
COOLEY LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
(415) 693-2000
mejiab@cooley.com

Sarah Topol (*pro hac vice*)
COOLEY LLP
55 Hudson Yards
New York, NY 10001
(212) 479-6000
stopol@cooley.com

Charles W. Hatfield (MO Bar # 40363)
Alexander C. Barrett (MO Bar # 68695)
STINSON LLP
230 W. McCarty Street
Jefferson City, MO 65101
(573) 636-6263
chuck.hatfield@stinson.com
alexander.barrett@stinson.com

***Attorneys for Defendant the NATIONAL ASSOCIATION OF REALTORS®***

Theodore Joseph Boutrous, Jr, *pro hac vice*
Christopher D. Duseault, *pro hac vice*
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071
(213) 229-7804
tboutrous@gibsondunn.com
cdusseault@gibsondunn.com

Gregg Costa, *pro hac vice*
Samuel Dawson Adkisson, *pro hac vice*
Gibson, Dunn & Crutcher LLP
811 Main St.
Suite 3000
Houston, TX 77002
(346) 718-6649
gcosta@gibsondunn.com

Julian Wolfe Kleinbrodt, *pro hac vice*
Gibson, Dunn & Crutcher LLP
555 Mission St.
Suite 3000
San Francisco, CA 94105
(415) 393-8382
jkleinbrodt@gibsondunn.com

Cynthia Richman, *pro hac vice*
Harry R.S. Phillips, *pro hac vice*
Gibson, Dunn & Crutcher LLP
1050 Connecticut Ave, N.W.
Washington, D.C. 20036
(202) 955-8234
crichman@gibsondunn.com
hphillips@gibsondunn.com

/s/ Robert D. MacGill
Robert D. MacGill, *pro hac vice*
Scott E. Murray, *pro hac vice*
Matthew T. Ciulla, *pro hac vice*
Patrick J. Sanders, *pro hac vice*
MACGILL PC
156 E. Market St.
Suite 1200
Indianapolis, IN 46204
(317) 721-1253
Robert.MacGill@MacGillLaw.com
Scott.Murray@MacGillLaw.com
Matthew.Ciulla@MacGillLaw.com
Patrick.Sanders@MacGillLaw.com

Brian C. Fries
bfries@lathropgage.com
LATHROP GAGE LLP - KCMO
2345 Grand Avenue, Suite 2200
Kansas City, MO 64108-2618
(816) 292-2000

Jay N. Varon, *pro hac vice*
Jennifer M. Keas, *pro hac vice*
FOLEY & LARDNER LLP
3000 K Street NW
Washington, DC 20007
(202) 672-5300
jvaron@foley.com
jkeas@foley.com

***Counsel for Defendants HomeServices of America, Inc., BHH Affiliates, LLC, and HSF Affiliates, LLC.***

5

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 14, 2023, an electronic copy of the foregoing was filed with the Clerk of the Court by using the CM/ECF system and service upon all counsel of record will be accomplished by the CM/ECF system.

/s/ <i>Robert D. MacGill</i>

106806216.1