UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| RHONDA BURNETT, JEROD BREIT, JEREMY KEEL, HOLLEE ELLIS, and FRANCES HARVEY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE NATIONAL ASSOCIATION OF REALTORS, REALOGY HOLDINGS CORP., HOMESERVICES OF AMERICA, INC., BHH AFFILIATES, LLC, RE/MAX LLC, and KELLER WILLIAMS REALTY, INC.,<br><br>Defendants. | Case No. 4:19-cv-00332-SRB<br><br>**CLASS ACTION** |

**[PROPOSED] ORDER**

Before the Court is the Joint Motion for Vacatur of Clerk's Judgment and Entry of Briefing Schedule (ECF No _ ), filed by Plaintiffs Rhonda Burnett, Jerod Breit, Jeremy Keel, Hollee Ellis, and Frances Harvey, and Defendants The National Association of Realtors, HomeServices of America, Inc., BHH Affiliates, LLC, HSF Affiliates, LLC, and Keller Williams Realty, Inc. Having considered the Motion, and for good cause shown, it is hereby ORDERED that:

(1)  The Clerk's Judgment (ECF No. 1296) is vacated;

(2)  Any post-trial motions to be filed by the Defendants shall be due on January 8, 2024; any oppositions to Defendants' motions shall be due on February 26, 2024; and any replies to Plaintiffs' oppositions shall be due on March 18, 2024;

(3) Execution of any judgment shall be stayed until 30 days after resolution of all post-trial motions; and

(4) Vacatur of Docket Entry No. 1296 does not preclude post-judgment interest from beginning to accrue on November 1, 2023, and all parties reserve all rights and arguments as to the date on which prejudgment interest begins to run.

**IT IS SO ORDERED.**

DATE: _____

STEPHEN R. BOUGH, JUDGE
UNITED STATES DISTRICT COURT