# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| RHONDA BURNETT, JEROD BREIT, JEREMY KEEL, HOLLEE ELLIS, and FRANCES HARVEY, on behalf of themselves and all others similarly situated, ) ) ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | Case No. 4:19-CV-00332-SRB |
| THE NATIONAL ASSOCIATION OF REALTORS, REALOGY HOLDINGS CORP., HOMESERVICES OF AMERICA, INC., BHH AFFILIATES, LLC, HSF AFFILIATES, LLC, RE/MAX LLC, and KELLER WILLIAMS REALTY, INC., ) ) ) ) ) ) ) ) | |
| Defendants. ) | |

## ORDER

Before the Court is the Joint Motion for Vacatur of Clerk's Judgment and Entry of Briefing Schedule (Doc. #1310). Upon review and for good cause shown, the Motion is GRANTED. It is hereby ORDERED that:

(1) The Clerk's Judgment (Doc. #1296) is vacated;

(2) Any post-trial motions to be filed by the Defendants shall be due on January 8, 2024; any oppositions to Defendants' motions shall be due on February 26, 2024; and any replies to Plaintiffs' oppositions shall be due on March 18, 2024;

(3) Execution of any judgment shall be stayed until 30 days after resolution of all post-trial motions; and

(4) Vacatur of the Clerk's Judgment (Doc. #1296) does not preclude post-judgment interest from beginning to accrue on November 1, 2023, and all parties reserve all rights and arguments as to the date on which prejudgment interest begins to run.

**IT IS SO ORDERED.**

/s/ Stephen R. Bough
STEPHEN R. BOUGH
UNITED STATES DISTRICT JUDGE

Date: November 14, 2023