UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| RHONDA BURNETT, JEROD BREIT, JEREMY KEEL, HOLLEE ELLIS, and FRANCES HARVEY, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> THE NATIONAL ASSOCIATION OF REALTORS, REALOGY HOLDINGS CORP., HOMESERVICES OF AMERICA, INC., BHH AFFILIATES, LLC, HSF AFFILIATES, LLC, RE/MAX, LLC, and KELLER WILLIAMS REALTY, INC., <br><br> Defendants. | Case No: 4:19-cv-00332-SRB <br><br> Judge Stephen R. Bough |

**DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMIT**

Defendants the National Association of REALTORS®, HomeServices of America, Inc., BHH Affiliates, LLC, HSF Affiliates, LLC, and Keller Williams Realty, Inc. (collectively, "Defendants") respectfully request leave to exceed the page limit applicable for each Defendant's post-trial motions. In support of this Motion, Defendants state as follows:

1. On November 14, 2023, the Court granted the parties' request to vacate the judgment and set a briefing schedule for post-trial motions. ECF No. 1311.

2. Based on this briefing schedule, Defendants' post-trial motions are due by January 8, 2024.

3. Local Rule 7.0(d)(a) specifies that suggestions in support of motions may not exceed fifteen (15) pages unless the Court orders otherwise.

4. Defendants respectfully request leave to exceed the imposed page limit to file suggestions in support of their respective post-trial motions. Those briefs, and the Defendants' requested page length for each, are as follows:

    a. Each Defendant may file its own suggestion in support of its Motion for Renewed Judgment as a Matter of Law (Rule 50(b)) of up to thirty (30) pages each.

    b. Each Defendant may file its own suggestion in support of its Motion for New Trial (Rule 59) of up to thirty (30) pages each.

5. Counsel for Defendants consulted with counsel for Plaintiffs as to this request and Plaintiffs stated that they do not oppose this Motion.

6. This Motion is not filed for the purpose of delay or harassment and will not cause prejudice to any party.

WHEREFORE, Defendants respectfully request that this Court enter an Order granting this Unopposed Motion for Leave to Exceed Page Limit.

Dated: January 3, 2024                                      Respectfully submitted,

| /s/ *Robert D. MacGill* | /s/ *Ethan Glass* |
|---|---|
| Robert D. MacGill, *pro hac vice* | Ethan Glass (*pro hac vice*) |
| Scott E. Murray, *pro hac vice* | Samantha Strauss (*pro hac vice*) |
| Matthew T. Ciulla, *pro hac vice* | Georgina Inglis (*pro hac vice)* |
| Patrick J. Sanders, *pro hac vice* | COOLEY LLP |
| MACGILL PC | 1299 Pennsylvania Avenue, NW |
| 156 E. Market St. | Suite 700 |
| Suite 1200 | Washington, DC  20004-2400 |
| Indianapolis, IN 46204 | (202) 776-2244 |
| (317) 721-1253 | eglass@cooley.com |
| robert.macgill@macgilllaw.com | sastrauss@cooley.com |
| matthew.ciulla@macgilllaw.com | ginglis@cooley.com |
| scott.murray@macgilllaw.com | |
| patrick.sanders@macgilllaw.com | Beatriz Mejia (*pro hac vice*) |
| | COOLEY LLP |
| Jay N. Varon, *pro hac vice* | 3 Embarcadero Center, 20th Floor |
| Jennifer M. Keas, *pro hac vice* | San Francisco, CA 94111 |
| jvaron@foley.com | (415) 693-2000 |
| jkeas@foley.com | mejiab@cooley.com |
| FOLEY & LARDNER LLP | |
| 3000 K Street NW, Suite 600 | Sarah Topol (*pro hac vice*) |
| Washington, DC 20007 | COOLEY LLP |
| (202) 672-5300 | 55 Hudson Yards |
| | New York, NY 10001 |
| Brian C. Fries | (212) 479-6000 |
| bfries@lathropgage.com | stopol@cooley.com |
| LATHROP GAGE LLP - KCMO | |
| 2345 Grand Avenue, Suite 2200 | Charles W. Hatfield (MO Bar # 40363) |
| Kansas City, MO 64108-2618 | Alexander C. Barrett (MO Bar # 68695) |
| (816) 292-2000 | STINSON LLP |
| | 230 W. McCarty Street |
| ***Attorneys for HomeServices of America, Inc., BHH Affiliates, LLC, and HSF Affiliates, LLC*** | Jefferson City, MO 65101 |
| | (573) 636-6263 |
| | chuck.hatfield@stinson.com |
| | alexander.barrett@stinson.com |
| | |
| | ***Attorneys for Defendant the NATIONAL ASSOCIATION OF REALTORS®*** |

3

*/s/ Timothy Ray*
Timothy Ray, *pro hac vice*
timothy.ray@hklaw.com
HOLLAND & KNIGHT LLP
150 North Riverside Plaza, Suite 2700
Chicago, IL 60606
(312) 263-3600

David C. Kully, *pro hac vice*
david.kully@hklaw.com
Anna P. Hayes, *pro hac vice*
anna.hayes@hklaw.com
HOLLAND & KNIGHT LLP
800 17th Street NW, Suite 1100
Washington, DC 20530
(202) 469-5415

Jennifer Lada, *pro hac vice*
jennifer.lada@hklaw.com
HOLLAND & KNIGHT LLP
31 West 52nd Street, 12th Floor
New York, NY 10019
(212) 513-3513

Dina W. McKenney, *pro hac vice*
dina.mckenney@hklaw.com
HOLLAND & KNIGHT LLP
1722 Routh Street, Suite 1500
Dallas, Texas 75201
(214) 969-1757

David R. Buchanan
dbuchanan@bjpc.com
BROWN & JAMES, PC-KCMO
2345 Grand Boulevard
Suite 2100
Kansas City, MO 64108
(816) 472-0800

**Counsel for Keller Williams Realty, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that on January 3, 2024, a copy of the foregoing document was electronically filed through the ECF system and will be sent electronically to all persons identified on the Notice of Electronic Filing.

/s/ *Ethan Glass*
Ethan Glass (*pro hac vice*)
1299 Pennsylvania Avenue, N.W.
Suite 700
Washington, DC  20004-2400
Phone (202) 776-2244
Fax (202) 842-7899
eglass@cooley.com

***Attorney for Defendant the NATIONAL ASSOCIATION OF REALTORS®***