# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | |
|---|---|
| RHONDA BURNETT, JEROD BREIT, JEREMY KEEL, HOLLEE ELLIS, and FRANCES HARVEY, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> THE NATIONAL ASSOCIATION OF REALTORS, REALOGY HOLDINGS CORP., HOMESERVICES OF AMERICA, INC., BHH AFFILIATES, LLC, HSF AFFILIATES, LLC, RE/MAX, LLC, and KELLER WILLIAMS REALTY, INC., <br><br> Defendants. | Case No: 4:19-cv-00332-SRB <br><br> Judge Stephen R. Bough |

### DEFENDANT KELLER WILLIAMS REALTY, INC.'S MOTION FOR NEW TRIAL

Pursuant to Federal Rule of Civil Procedure 59(a), Defendant Keller Williams Realty, Inc. ("Keller Williams") moves for a new trial. The verdict was against the great weight of the evidence and erroneous evidentiary rulings had a substantial impact on the verdict.

A new trial is warranted for all the reasons set forth in the accompanying Suggestions in Support of this Motion, as well as for the reasons stated in the Motions for New Trial submitted by the HomeServices Defendants and the National Association of REALTORS®, both of which Keller Williams joins and incorporates. Accordingly, the Court should order a new trial.

Dated: January 8, 2024                                  Respectfully submitted,

| | |
|---|---|
| David R. Buchanan<br>dbuchanan@bjpc.com<br>BROWN & JAMES, PC-KCMO<br>2345 Grand Boulevard<br>Suite 2100<br>Kansas City, MO 64108<br>(816) 472-0800 | */s/ David C. Kully*<br>David C. Kully, *pro hac vice*<br>david.kully@hklaw.com<br>Anna P. Hayes, *pro hac vice*<br>anna.hayes@hklaw.com<br>HOLLAND & KNIGHT LLP<br>800 17th Street NW, Suite 1100<br>Washington, DC 20530<br>(202) 469-5415 |
| Timothy Ray, *pro hac vice*<br>timothy.ray@hklaw.com<br>Barack S. Echols, *pro hac vice*<br>barack.echols@hklaw.com<br>HOLLAND & KNIGHT LLP<br>150 North Riverside Plaza, Suite 2700<br>Chicago, IL 60606<br>(312) 263-3600 | Jennifer Lada, *pro hac vice*<br>jennifer.lada@hklaw.com<br>HOLLAND & KNIGHT LLP<br>31 West 52nd Street, 12th Floor<br>New York, NY 10019<br>(212) 513-3513 |
| | Dina W. McKenney, *pro hac vice*<br>dina.mckenney@hklaw.com<br>HOLLAND & KNIGHT LLP<br>1722 Routh Street, Suite 1500<br>Dallas, Texas 75201<br>(214) 969-1757 |

**Counsel for Keller Williams Realty, Inc.**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 8, 2024, an electronic copy of the foregoing was filed with the Clerk of the Court by using the CM/ECF system, and service upon all counsel of record will be accomplished by the CM/ECF system.

/s/ *David C. Kully*
David C. Kully