# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | |
|---|---|
| RHONDA BURNETT, JEROD BREIT, HOLLEE ELLIS, FRANCES HARVEY, and JEREMY KEEL, on behalf of themselves and all others similarly situated,<br><br>                      Plaintiffs,<br>v.<br><br>THE NATIONAL ASSOCIATION OF REALTORS, REALOGY HOLDINGS CORP., HOMESERVICES OF AMERICA, INC., BHH AFFILIATES, LLC, HSF AFFILIATES, LLC, RE/MAX LLC, and KELLER WILLIAMS REALTY, INC.,<br>                      Defendants. | Case No. 19-CV-00332-SRB |

## **UNOPPOSED MOTION TO APPROVE FORM OF NOTICES**

On November 20, 2023, the Court granted preliminary approval of settlements with Anywhere Real Estate, Inc. and RE/MAX LLC. Doc. 1321. The parties are preparing to send and publish notice. Plaintiffs, Anywhere, and RE/MAX respectfully request that the Court approve the content of the various notices being sent and published. Exhibit A is the "long form" notice that will be posted to the settlement website. Exhibit B is the "email notice" that will be sent to identified class members via email. Exhibit C is the "postcard notice" that will be mailed to identified class members via U.S. mail. The notices are derived from and substantially similar to the notice provided to, and approved by, the Court as Exhibit B to the declaration of Jennifer Keough (Doc. 1319-1 at 76). These notices include the deadlines for filing objections and exclusions as well as the date of the final approval hearing. The long form notice will be posted to the website and the initial postcard notice will be mailed to Class Members at least 60 days prior

to the objection/opt out deadline. The email and publication campaign will continue throughout the notice period.

The parties wish to send these notices as soon as possible and, therefore, respectfully request that the Court grant this motion without delay and authorize the parties to send notice in substantial compliance with Exhibits A-C.

Dated: January 10, 2024　　　　　　　　　　Respectfully Submitted,

**WILLIAMS DIRKS DAMERON LLC**

*/s/ Eric L. Dirks*
Eric L. Dirks MO #54921
Matthew L. Dameron MO #52093
1100 Main Street, Suite 2600
Kansas City, Missouri 64105
Tel:　(816) 945-7110
Fax:　(816) 945-7118
dirks@williamsdirks.com
matt@williamsdirks.com

**BOULWARE LAW LLC**
Brandon J.B. Boulware MO # 54150
Jeremy M. Suhr MO # 60075
Erin D. Lawrence MO # 63021
1600 Genessee, Suite 416
Kansas City, MO 64102
Tel:　(816) 492-2826
brandon@boulware-law.com jeremy@boulware-law.com erin@boulware-law.com

**KETCHMARK AND MCCREIGHT P.C.**
Michael Ketchmark MO # 41018
Scott McCreight MO # 44002
11161 Overbrook Rd. Suite 210
Leawood, KS 66211
Tel:　(913) 266-4500
mike@ketchmclaw.com
smccreight@ketchmclaw.com

2
Case 4:19-cv-00332-SRB   Document 1365   Filed 01/10/24   Page 2 of 3

**COHEN MILSTEIN SELLERS & TOLL PLLC**
Benjamin D. Brown
Robert A. Braun
1100 New York Ave. NW, Fifth Floor
Washington, DC 20005
Telephone: (202) 408-4600
bbrown@cohenmilstein.com
rbraun@cohenmilstein.com

**HAGENS BERMAN SOBOL SHAPIRO LLP**
Steve W. Berman
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
steve@hbsslaw.com

Rio S. Pierce
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
riop@hbsslaw.com

**SUSMAN GODFREY L.L.P.**
Marc M. Seltzer
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Telephone: (310) 789-3100
mseltzer@susmangodfrey.com

**Co-Lead Settlement Class Counsel**