| | |
|---|---|
| RHONDA BURNETT, JEROD BREIT, JEREMY KEEL, HOLLEE ELLIS, and FRANCES HARVEY on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL ASSOCIATION OF REALTORS, REALOGY HOLDINGS CORP., HOMESERVICES OF AMERICA, INC., BHH AFFILIATES, LLC, HSF AFFILIATES, LLC, RE/MAX LLC, and KELLER WILLIAMS REALTY, INC.,<br><br>Defendants. | Case No. 4:19-CV-00332-SRB<br><br>Honorable Judge Bough |

## DEFENDANTS' MOTION TO COMPLETE THE RECORD

Defendants the National Association of REALTORS®, HomeServices of America, Inc., BHH Affiliates, LLC, HSF Affiliates, LLC, and Keller Williams Realty, Inc. (collectively, "Defendants") respectfully move to complete the trial record. For all the reasons set forth in the accompanying Suggestions in Support, Defendants ask that the Court grant the Motion and direct all parties to submit for the record all deposition clips and demonstratives that were presented to a witness or the jury at trial, as described in Appendix A to the Suggestions in Support of the Motion.

Dated: January 26, 2024

Respectfully submitted,

/s/ Ethan Glass

Ethan Glass (*pro hac vice*)
Samantha Strauss (*pro hac vice*)
Georgina Inglis (*pro hac vice)*
COOLEY LLP
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC 20004-2400
(202) 776-2244
eglass@cooley.com
sastrauss@cooley.com
ginglis@cooley.com

Beatriz Mejia (*pro hac vice*)
COOLEY LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
(415) 693-2000
mejiab@cooley.com

Sarah Topol (*pro hac vice*)
COOLEY LLP
55 Hudson Yards
New York, NY 10001
(212) 479-6000
stopol@cooley.com

Charles W. Hatfield (MO Bar # 40363)
Alexander C. Barrett (MO Bar # 68695)
STINSON LLP
230 W. McCarty Street
Jefferson City, MO 65101
(573) 636-6263
chuck.hatfield@stinson.com
alexander.barrett@stinson.com

William A. Burck (*pro hac vice*)
Michael D. Bonanno (*pro hac vice*)
Christopher G. Michel (*pro hac vice*)
Rachel G. Frank (*pro hac vice*)
Michael J. Sebring (*pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
1300 I Street NW, Suite 900
Washington, DC 20005
(202) 538-8000
williamburck@quinnemanuel.com
mikebonanno@quinnemanuel.com
christophermichel@quinnemanuel.com
rachelfrank@quinnemanuel.com
michaelsebring@quinnemanuel.com

John Bash (*pro hac vice*)
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
300 West 6th Street, Suite 2010
Austin, TX 78701
(737) 221-7006
johnbash@quinnemanuel.com

***Attorneys for Defendant the NATIONAL ASSOCIATION OF REALTORS®***

| | |
|---|---|
| Robert D. MacGill, *pro hac vice* <br> Scott E. Murray, *pro hac vice* <br> Matthew T. Ciulla, *pro hac vice* <br> Patrick J. Sanders, *pro hac vice* <br> MACGILL PC <br> 156 E. Market St. Suite 1200 <br> Indianapolis, IN 46204 <br> (317) 721-1253 <br> robert.macgill@macgilllaw.com <br> matthew.ciulla@macgilllaw.com <br> scott.murray@macgilllaw.com <br> patrick.sanders@macgilllaw.com <br><br> Jay N. Varon, *pro hac vice* <br> Jennifer M. Keas, *pro hac vice* <br> jvaron@foley.com <br> jkeas@foley.com <br> FOLEY & LARDNER LLP <br> 3000 K Street NW, Suite 600 <br> Washington, DC 20007 <br> (202) 672-5300 <br><br> Brian C. Fries <br> bfries@lathropgage.com <br> LATHROP GAGE LLP - KCMO <br> 2345 Grand Avenue, Suite 2200 <br> Kansas City, MO 64108-2618 <br> (816) 292-2000 | /s/ Christopher D. Dusseault <br> Theodore Joseph Boutrous, Jr., *pro hac vice* <br> Christopher D. Dusseault, *pro hac vice* <br> GIBSON, DUNN & CRUTCHER <br> 333 South Grand Avenue Los Angeles, CA 90071 (213) 229-7804 <br> tboutrous@gibsondunn.com <br> cdusseault@gibsondunn.com <br><br> Gregg J. Costa, *pro hac vice* <br> GIBSON, DUNN & CRUTCHER LLP <br> 811 Main Street <br> Suite 3000 <br> Houston, TX 77002 (346) 718-6649 <br> gcosta@gibsondunn.com <br><br> Julian Wolfe Kleinbrodt, *pro hac vice* <br> GIBSON, DUNN & CRUTCHER LLP <br> One Embarcadero Center <br> Suite 2600 <br> San Francisco, CA 94111 <br> (415) 393-8382 <br> jkleinbrodt@gibsondunn.com <br><br> Cynthia Richman, *pro hac vice* <br> Harry R.S. Phillips, *pro hac vice* <br> GIBSON, DUNN & CRUTCHER LLP <br> 1050 Connecticut Avenue NW <br> Washington, D.C. 20036 <br> (202) 955-8234 <br> crichman@gibsondunn.com <br> hphillips@gibsondunn.com |

***Attorneys for HomeServices of America, Inc., BHH Affiliates, LLC, and HSF Affiliates, LLC***

/s/ Timothy Ray
Timothy Ray, *pro hac vice*
timothy.ray@hklaw.com
HOLLAND & KNIGHT LLP
150 North Riverside Plaza, Suite 2700
Chicago, IL 60606
(312) 263-3600

David C. Kully, *pro hac vice*
david.kully@hklaw.com
Anna P. Hayes, *pro hac vice*
anna.hayes@hklaw.com
HOLLAND & KNIGHT LLP
800 17th Street NW, Suite 1100
Washington, DC 20530
(202) 469-5415

Dina W. McKenney, *pro hac vice*
dina.mckenney@hklaw.com
HOLLAND & KNIGHT LLP
1722 Routh Street, Suite 1500
Dallas, Texas 75201
(214) 969-1757

***Counsel for Keller Williams Realty, Inc.***

**CERTIFICATE OF SERVICE**

I hereby certify that on this January 26, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to counsel of record for this case.

*/s/ Ethan Glass*
Ethan Glass (*pro hac vice*)
1299 Pennsylvania Avenue, N.W.
Suite 700
Washington, DC 20004-2400
Phone (202) 776-2244
Fax (202) 842-7899
eglass@cooley.com

***Attorney for Defendant the NATIONAL ASSOCIATION OF REALTORS®***