UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| SCOTT AND RHONDA BURNETT, RYAN HENDRICKSON, JEROD BREIT, SCOTT TRUPIANO, JEREMY KEEL, HOLLEE ELLIS, and FRANCES HARVEY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE NATIONAL ASSOCIATION OF REALTORS, REALOGY HOLDINGS CORP., HOMESERVICES OF AMERICA, INC., BHH AFFILIATES, LLC, HSF AFFILIATES, LLC, RE/MAX, LLC, and KELLER WILLIAMS REALTY, INC.,<br><br>Defendants. | No: 4:19-cv-00332-SRB<br><br>Judge Stephen R. Bough |

**THE HOMESERVICES DEFENDANTS' MOTION TO DEEM DOCKET NOS. 1351/1352 and 1353/1354 AS FILED BY THE HOMESERVICES DEFENDANTS**

**OR, IN THE ALTERNATIVE**

**FOR LEAVE TO REFILE DOCKET NOS. 1351/1352 and 1353/1354 UNDER THE NAMES OF THE HOMESERVICES DEFENDANTS**

On January 8, 2024, Defendant Keller Williams timely filed a motion for new trial (Docs. 1351 and 1352) and for judgment as a matter of law (Docs. 1353 and 1354). The HomeServices Defendants[1] joined and incorporated these filings by reference:

---

[1] HOMESERVICES OF AMERICA, INC., BHH AFFILIATES, LLC, HSF AFFILIATES, LLC

| Doc | Filer | Title | HSD Joinder |
|-----|-------|-------|-------------|
| 1352 | KW | DEFENDANT KELLER WILLIAMS REALTY, INC.'S MOTION FOR NEW TRIAL | "To avoid duplicative briefing, the HomeServices Defendants fully join and incorporate by reference the arguments elaborating those grounds in the Rule 59(a) motions filed concurrently by the other Defendants. See The National Association of REALTORS® Motion for a New Trial; Keller Williams Realty, Inc.'s Motion for a New Trial." Doc. 1358 at 4 fn. |
| 1354 | KW | DEFENDANT KELLER WILLIAMS REALTY, INC.'S RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW | "The HomeServices Defendants also join in full in the Rule 50(b) motions filed by NAR and Keller Williams and incorporate the arguments in those motions herein." Doc. 1350 at 3 n.2. |

On February 2, 2024, Keller Williams purported to withdraw "without prejudice" the above-referenced motions. Doc. 1373.

The HomeServices Defendants expressly joined and incorporated by reference each motion filed by Keller Williams. As a result, Keller Williams' purported withdrawal of its motions is ineffective as to the HomeServices Defendants.[2] The HomeServices Defendants therefore respectfully request that the Court enter an order deeming the motion for new trial (Docs. 1351 and 1352) and for judgment as a matter of law (Docs. 1353 and 1354), as each filed on behalf of the HomeServices Defendants.

---

[2] Further supporting this Motion is the fact that Keller Williams has reserved the right to "renew" the supposedly withdrawn motions "in the event the settlement or settlement agreement is rescinded." Doc. 1373 at 1. It is in the interest of judicial efficiency and economy for the Court to resolve all of the post trial motions at once, as opposed to leaving these two motions out of the post trial resolution, subject to renewal at some unknown time.

In the alternative, the HomeServices Defendants respectfully request leave of Court to refile the motion for new trial (Docs. 1351 and 1352) and for judgment as a matter of law (Docs. 1353 and 1354) as new docket entries, signed by counsel for the HomeServices Defendants.

Dated: February 6, 2024

/s/ Robert D. MacGill
Robert D. MacGill, *pro hac vice*
Matthew T. Ciulla, *pro hac vice*
Scott E. Murray, *pro hac vice*
Patrick J. Sanders, *pro hac vice*
Robert.MacGill@MacGillLaw.com
Matthew.Ciulla@MacGillLaw.com
MacGILL PC
156 E. Market St.
Suite 1200
Indianapolis, IN 46204
(317) 721-1253

Jay N. Varon, *pro hac vice*
Jennifer M. Keas, *pro hac vice*
jvaron@foley.com
jkeas@foley.com
FOLEY & LARDNER LLP
3000 K Street NW, Suite 600
Washington, DC 20007
(202) 672-5300


Brian C. Fries
bfries@lathropgage.com
LATHROP GAGE LLP - KCMO
2345 Grand Avenue, Suite 2200
Kansas City, MO 64108-2618
(816) 292-2000

Theodore Joseph Boutrous, Jr, *pro hac vice*
Christopher D. Dusseault, *pro hac vice*
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071
(213) 229-7804
tboutrous@gibsondunn.com
cdusseault@gibsondunn.com

Gregg J. Costa, *pro hac vice*
Gibson, Dunn & Crutcher LLP
811 Main Street
Suite 3000
Houston, TX 77002
(346) 718-6649
gcosta@gibsondunn.com

Julian Wolfe Kleinbrodt, *pro hac vice*
Gibson, Dunn & Crutcher LLP
One Embarcadero Center
Suite 2600
San Francisco, CA 94111
(415) 393-8382
jkleinbrodt@gibsondunn.com

Cynthia Richman, *pro hac vice*
Harry R.S. Phillips, *pro hac vice*
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue NW
Washington, D.C. 20036
(202) 955-8234
crichman@gibsondunn.com
hphillips@gibsondunn.com

*Counsel for Defendants HomeServices of America, Inc., BHH Affiliates, LLC, and HSF Affiliates, LLC*

CERTIFICATE OF SERVICE

    I hereby certify that the foregoing was served by CMECF on all counsel of record on February 6, 2024.

                                                                         */s/Robert D. MacGill*
                                        One of the HomeServices Defendants' Attorneys