UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| RHONDA BURNETT, JEROD BREIT, JEREMY KEEL, HOLLEE ELLIS, and FRANCES HARVEY on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL ASSOCIATION OF REALTORS, REALOGY HOLDINGS CORP., HOMESERVICES OF AMERICA, INC., BHH AFFILIATES, LLC, HSF AFFILIATES, LLC, RE/MAX LLC, and KELLER WILLIAMS REALTY, INC.,<br><br>Defendants. | Case No. 4:19-CV-00332-SRB<br><br>Honorable Judge Bough |

**NATIONAL ASSOCIATION OF REALTORS®' MOTION FOR LEAVE TO REFILE DOCKET NOS. 1351/1352 AND 1353/1354 UNDER THE NAME OF THE NATIONAL ASSOCIATION OF REALTORS®**

On January 8, 2024 Defendant Keller Williams timely filed a motion for new trial (ECF 1351 and 1352) and for judgment as a matter of law (ECF 1353 and 1354). The National Association of REALTORS® ("NAR") joined and incorporated these filings by reference:

| ECF | Filer | Title | NAR Joinder |
|---|---|---|---|
| 1352 | KW | DEFENDANT KELLER WILLIAMS REALTY, INC.'s MOTION FOR NEW TRIAL | "Additionally, a new trial is warranted for all the reasons set forth in the HomeServices Defendants' Motion for a New Trial and Keller Williams Realty Inc.'s Motion for a New Trial, both of which NAR joins and incorporates[.]" ECF 1361 at 1; *see also* ECF 1362 at 1. |
| 1354 | KW | DEFENDANT KELLER WILLIAMS REALTY, INC.'s RENEWED MOTIONS FOR | "Additionally, judgment as a matter of law is warranted for all the reasons set forth in the HomeServices Defendants' Renewed Motion for Judgment as a Matter of Law and Keller Williams Realty Inc.'s Renewed Motion for Judgment as a |

| | JUDGMENT AS A MATTER OF LAW | Matter of Law, both of which NAR joins and incorporates." ECF 1359 at 1-2; *see also* ECF 1360 at 2 n.1. |
|---|---|---|

On February 2, 2024, Keller Williams purported to withdraw "without prejudice" the above-referenced motions. ECF 1373.

On February 6, 2024, the HomeServices Defendants moved for leave to refile Keller Williams' motion for new trial (ECF 1351 and 1352) and for judgment as a matter of law (ECF 1353 and 1354) under their own name. ECF 1375. The Court granted the HomeServices Defendants motion. ECF 1378. Like the HomeServices Defendants, NAR expressly joined and incorporated by reference each motion filed by Keller Williams. NAR therefore respectfully requests leave of the Court to refile the motion for new trial (ECF 1351 and 1352) and for judgment as a matter of law (ECF 1353 and 1354) as new docket entries, signed by counsel for NAR, for the same reasons that the Court granted the HomeServices Defendants leave to do so. ECF 1378.

Dated: February 7, 2024

Respectfully submitted,

*/s/ Ethan Glass*

Ethan Glass (*pro hac vice*)
Samantha Strauss (*pro hac vice*)
Georgina Inglis (*pro hac vice)*
COOLEY LLP
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC 20004-2400
(202) 776-2244
eglass@cooley.com
sastrauss@cooley.com
ginglis@cooley.com

Beatriz Mejia (*pro hac vice*)
COOLEY LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
(415) 693-2000
mejiab@cooley.com

Sarah Topol (*pro hac vice*)
COOLEY LLP
55 Hudson Yards
New York, NY 10001
(212) 479-6000
stopol@cooley.com

Charles W. Hatfield (MO Bar # 40363)
Alexander C. Barrett (MO Bar # 68695)
STINSON LLP
230 W. McCarty Street
Jefferson City, MO 65101
(573) 636-6263
chuck.hatfield@stinson.com
alexander.barrett@stinson.com

William A. Burck (*pro hac vice*)
Michael D. Bonanno (*pro hac vice*)
Christopher G. Michel (*pro hac vice*)
Michael J. Sebring (*pro hac vice*)
Rachel G. Frank (*pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
1300 I Street NW, Suite 900
Washington, DC 20005
(202) 538-8000
williamburck@quinnemanuel.com
mikebonanno@quinnemanuel.com
christophermichel@quinnemanuel.com
michaelsebring@quinnemanuel.com
rachelfrank@quinnemanuel.com

John Bash (*pro hac vice*)
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
300 West 6th Street, Suite 2010
Austin, TX 78701
(737) 221-7006
johnbash@quinnemanuel.com

***Attorneys for Defendant the NATIONAL ASSOCIATION OF REALTORS®***

# CERTIFICATE OF SERVICE

      I hereby certify that on this February 7, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to counsel of record for this case.

/s/ *Ethan Glass*
Ethan Glass (*pro hac vice*)
1299 Pennsylvania Avenue, N.W.
Suite 700
Washington, DC  20004-2400
Phone (202) 776-2244
Fax (202) 842-7899
eglass@cooley.com

***Attorney for Defendant the NATIONAL ASSOCIATION OF REALTORS®***