# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
### WESTERN DIVISION

| | |
|---|---|
| RHONDA BURNETT, JEROD BREIT, JEREMY KEEL, HOLLEE ELLIS, and FRANCES HARVEY, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> THE NATIONAL ASSOCIATION OF REALTORS, REALOGY HOLDINGS CORP., HOMESERVICES OF AMERICA, INC., BHH AFFILIATES, LLC, HSF AFFILIATES, LLC, RE/MAX, LLC, and KELLER WILLIAMS REALTY, INC., <br><br> Defendants. | Case No: 4:19-cv-00332-SRB <br><br> Judge Stephen R. Bough |

## DEFENDANT THE NATIONAL ASSOCIATION OF REALTORS'® ADDITIONAL RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW[1]

Pursuant to Federal Rule of Civil Procedure 50(b), Defendant the National Association of REALTORS® ("NAR") renews its motion for judgment as a matter of law. The jury's verdict in favor of Plaintiffs is deeply flawed as a matter of law. The Plaintiffs here were not direct purchasers from any of the named Defendants, and the long-established and state-authorized practices here were not tested under the rule of reason. The trial record was also bereft of any evidence that Defendants entered into a conspiracy with anyone, let alone legally sufficient evidence to satisfy the elements of Plaintiffs' antitrust claim.

Judgment as a matter of law is warranted for all the reasons set forth in the accompanying Suggestions in Support of this Motion. Accordingly, the Court should enter judgment as a matter of law in favor of NAR.

---

[1] This Motion is the refiling of Keller Williams' Renewed Motion for Judgment as a Matter of Law (ECF 1353). On February 8, 2024, the Court granted NAR's request to have this Motion refiled by NAR as a new docket entry signed by NAR's counsel. ECF 1383, 1384. This Motion is "deemed timely filed under Federal Rules of Civil Procedure 50(b)" in accordance with the Court's order. ECF 1384.

Dated: February 9, 2024                              Respectfully submitted,

/s/ Ethan Glass

| | |
|---|---|
| Ethan Glass (*pro hac vice*) | William A. Burck (*pro hac vice*) |
| Samantha Strauss (*pro hac vice*) | Michael D. Bonanno (*pro hac vice*) |
| Georgina Inglis (*pro hac vice)* | Christopher G. Michel (*pro hac vice*) |
| COOLEY LLP | Michael J. Sebring (*pro hac vice*) |
| 1299 Pennsylvania Avenue, NW | Rachel G. Frank (*pro hac vice*) |
| Suite 700 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| Washington, DC  20004-2400 | 1300 I Street NW, Suite 900 |
| (202) 776-2244 | Washington, DC 20005 |
| eglass@cooley.com | (202) 538-8000 |
| sastrauss@cooley.com | williamburck@quinnemanuel.com |
| ginglis@cooley.com | mikebonanno@quinnemanuel.com |
| | christophermichel@quinnemanuel.com |
| Beatriz Mejia (*pro hac vice*) | michaelsebring@quinnemanuel.com |
| COOLEY LLP | rachelfrank@quinnemanuel.com |
| 3 Embarcadero Center, 20th Floor | |
| San Francisco, CA 94111 | John Bash (*pro hac vice*) |
| (415) 693-2000 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| mejiab@cooley.com | 300 West 6th Street, Suite 2010 |
| | Austin, TX 78701 |
| Sarah Topol (*pro hac vice*) | (737) 221-7006 |
| COOLEY LLP | johnbash@quinnemanuel.com |
| 55 Hudson Yards | |
| New York, NY 10001 | |
| (212) 479-6000 | |
| stopol@cooley.com | |

Charles W. Hatfield (MO Bar # 40363)
Alexander C. Barrett (MO Bar # 68695)
STINSON LLP
230 W. McCarty Street
Jefferson City, MO 65101
(573) 636-6263
chuck.hatfield@stinson.com
alexander.barrett@stinson.com

***Attorneys for Defendant the NATIONAL ASSOCIATION OF REALTORS®***

2
Case 4:19-cv-00332-SRB   Document 1387   Filed 02/09/24   Page 2 of 3

## CERTIFICATE OF SERVICE

I hereby certify that on this February 9, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to counsel of record for this case.

/s/ *Ethan Glass*
Ethan Glass (*pro hac vice*)
1299 Pennsylvania Avenue, N.W.
Suite 700
Washington, DC 20004-2400
Phone (202) 776-2244
Fax (202) 842-7899
eglass@cooley.com

***Attorney for Defendant the NATIONAL ASSOCIATION OF REALTORS®***