# Exhibit 7

# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| RHONDA BURNETT, JEROD BREIT, HOLLEE ELLIS, FRANCES HARVEY, and JEREMY KEEL, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE NATIONAL ASSOCIATION OF REALTORS, REALOGY HOLDINGS CORP., HOMESERVICES OF AMERICA, INC., BHH AFFILIATES, LLC, HSF AFFILIATES, LLC, RE/MAX LLC, and KELLER WILLIAMS REALTY, INC.,<br><br>Defendants. | Case No. 19-CV-00332-SRB |

## DECLARATION OF DANIEL C. HEDLUND ON BEHALF OF GUSTAFSON GLUEK PLLC IN SUPPORT OF CLASS COUNSEL'S MOTION FOR ATTORNEY'S FEES, COSTS, EXPENSES AND SERVICE AWARDS

I, Daniel C. Hedlund, state under oath, as follows:

1. I am a partner at Gustafson Gluek PLLC. I am one of the attorneys for the *Moehrl* Plaintiffs. I submit this declaration in support of Class Counsel's motion for attorney's fees, costs, expenses, and service awards. I have full knowledge of the matters stated herein and would testify to these facts if called upon.

2. During the course of this litigation, my firm has been involved in various activities on behalf of the Plaintiffs, including the following:

- Investigation of the case and preparation of the complaints;

- Communications with client;

- Conferences with Lead Counsel regarding case status and strategy;

- Conduct legal and factual research regarding class certification motion.

3. All attorneys and paralegals and other support staff at my firm were instructed to keep contemporaneous time records reflecting their time spent on the case and did so. The schedule below reports the time spent by my firm's attorneys, paralegals and other support staff from inception until January 31, 2024. This submission does not include time relating to this motion. All hourly rates are my firm's usual and customary rates, for this and other similar matters as of January 31, 2024.

| TIMEKEEPER | POSTITION | HOURS | RATE | TOTAL |
|---|---|---|---|---|
| Daniel C. Hedlund | Partner | 20.50 | $1,100.00 | $22,500.00 |
| Jason S. Kilene | Partner | 22.75 | $1,000.00 | $22,750.00 |
| Michelle J. Looby | Partner | 5.00 | $975.00 | $4,875.00 |
| Daniel J. Nordin | Partner | 3.00 | $800.00 | $2,400.00 |
| Kaitlyn L. Dennis | Associate | 49.75 | $700.00 | $34,825.00 |
| Jamie L. Holzer | Paralegal | 17.5 | $350.00 | $6,125.00 |
| Diana Jakubauskiene | Paralegal | 3.00 | $350.00 | $1,050.00 |
| | TOTAL HOURS | 121.5 | TOTAL | $94,525.00 |

4. The schedule below reports a total of $528.25 in unreimbursed expenses that my firm incurred.

| ACTIVITY | TOTAL COST |
|---|---|
| Copy & Print | $0.00 |
| Court Fees | $450.00 |
| Document Storage, Production & ESI | $0.00 |
| Depositions | $0.00 |
| Experts & Consultants | $0.00 |
| Mediation | $0.00 |
| Miscellaneous - Long Distance | $1.05 |
| Postage | $0.00 |
| Process Service | $0.00 |
| Records & Transcripts | $0.00 |
| Research | $77.20 |
| Travel & Meals | $0.00 |
| **TOTAL** | **$528.25** |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 28th day of February, 2024, at Minneapolis, Minnesota.

*/s/ Daniel C. Hedlund*
DANIEL C. HEDLUND