IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| RHONDA BURNETT, JEROD BREIT, HOLLEE ELLIS, FRANCES HARVEY, and JEREMY KEEL, on behalf of themselves and all others similarly situated, | ) ) ) ) ) | |
| Plaintiffs | ) ) | |
| v. | ) ) | Case No. 4:19-cv-00332-SRB |
| THE NATIONAL ASSOCIATION OF REALTORS, REALOGY HOLDINGS CORP., n/k/a ANYWHERE REAL ESTATE, INC., HOMESERVICES OF AMERICAN, INC., BHH AFFILIATES, LLC, HSF AFFILIATES, LLC, RE/MAX LLC, and KELLER WILLIAMS REALTY, INC., | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

EXHIBIT INDEX TO (1) PLAINTIFFS' COMBINED SUGGESTIONS IN OPPOSITION TO DEFENDANTS' MOTION FOR NEW TRIAL AND (2) PLAINTIFFS' COMBINED SUGGESTIONS IN OPPOSITION TO DEFENDANTS' MOTIONS FOR JUDGMENT AS A MATTER OF LAW

| Exhibit | Description |
|---|---|
| A | *Leeder v. Nat'l Ass'n of Realtors*, No. 21-cv-00430, 2022 WL 1307100 (N.D. Ill. May 2, 2022) |
| 136 | 2015 Handbook on Multiple Listing Policy |
| 234 | D.A.N.G.E.R. Report |
| 235 | D.A.N.G.E.R. Report [Draft] [NARSITZER0000051326 - 51500] |
| 360 | 12/31/2021 MLS Clear Cooperation Policy [from NAR Website] |
| 459 | 9/21/2011 - 10/10/2011 Email chain re: Mega Camp Follow Up… [KWRI_00595618] |
| 479 | Native PPT: Video and the Millionaire Real Estate Agent [KWRI_00186777] |
| 503 | 2004 MREA Scripts Catalog: Working with Sellers (A Resource for the Millionaire Real Estate Agent) [KWRI_00564889 - 565296] |
| 601 | Proposal to the Professional Standards Committee of the National Association of Realtors [NARSITZER0000057906 - 57911] |
| 607 | 2/2/2012 - 2/8/2012 Email chain re: Information [NARSITZER0000058005 - 58009] |

| | |
|---|---|
| 626 | Excerpts from 4/1/2020 Keller Williams United States and Canada Policies & Guidelines Manual [KWRI_00466314, 466368 - 466369] |
| 654A | OneNotes notes of Michelle Figgs [KWRI_00729074, 729077] |
| 660A | 4/30/2015 Email re: journal article |
| 675 | 2019 Article: The MLS Path Forward [HSOA-MOe-0000003527 – 3559] |
| 679 | 11/7/2019 Email re: HomeServices Votes Yes on rule 8.0 [HSOA-MOe-0000026238 – 26239] |
| 684 | 7/28/2019 - 7/29/2019 Email re: Los Altos Weekly, Q3/Q4 planning prep and financials [HSOA-MOe-0000062408 – 62415] |
| 692 | 4/16/2009 Letter from Ron Peltier to NAR Multiple Listing Issues and Policies Committee (Attention: John Smaby, Chair) re: New Model Rules - MLS Section 6.1: Offers of Compensation and Short Sales [HSOA-MOe-0000238620] |
| 710 | 11/7/2019 Email re: HomeServices Votes Yes on rule 8.0 [HSOA-MOe-0000026238 – 26239] |
| 1634 | 2018 PPT: Get Your Full Commission [KWRI_00030257] |
| 1646 | 5/24/2018 Email re: win with sellers [KWRI_00315503 – 315677] |
| 1689A | Exclusive Sale and Listing Agreement (Redline) [NWMLS000001] |
| 1709 | 2022 Handbook on Multiple Listing Policy |
| 1724 | 2/5/2019 - 2/6/2019 Email re: SmartMLS - Mandatory Listing Policy [NARSITZER0000780041 – 780042] |
| 2054 | Berkshire Hathaway HomeServices Alliance Real Estate: Be…Prepared. Supported. Successful [BHHSALLIANCE-MO 0000021 – 53] |
| 2201 | 1/29/2016 Settlement Statement for 3630 Holmes Street (Burnett) [SITZER_0000000247 – 250] |
| 2212 | 3/3/2017 Settlement Statement for 3835 French Court (Breit) [SITZER_0000002764 – 2765] |
| 2527A | Table 9a – Summary of Total Damages Subject MLS Class |
| 2868C | Screenshot: Vision 2022 Commission Study – Average Buyer |
| 2869C | Screenshot: Vision 2023 Commission Study – Average Buyer |
| 2876A | Photograph: 2022 Family Reunion Audience |
| 2880 | Deposition designation playable transcript: 3/4/2022 deposition of Rene Galicia |
| 2881 | Deposition designation playable transcript: 8/3/2022 deposition of Rodney Gansho |
| 2885 | Deposition designation playable transcript: 1/19/2022 deposition of Gary Keller |
| 2889 | Deposition designation playable transcript: 1/26/2022 deposition of Cliff Niersbach |
| 2897 | Deposition designation playable transcript: 10/19/2022 deposition of Rosalie Warner |
| 2900 | Deposition designation playable transcript: 2/8/2022 deposition of Gino Blefari |
| 2902 | Deposition designation playable transcript: 2/4/2022 deposition of Michelle Figgs |
| 2904 | Rule 1006 Summary: Kansas City Area MLS Buyer Commission Percentages |
| 2905 | Rule 1006 Summary: Southern Missouri MLS Buyer Commission Percentages |
| 2906 | Rule 1006 Summary: Columbia Area MLS Buyer Commission Percentages |

| 2907 | Rule 1006 Summary: St. Louis Area MLS Buyer Commission Percentages |
| 2908 | Rule 1006 Summary: Subject MLSs Buyer Commission Percentages |
| 2922 | 12/15/2021 ReeceNicols Affiliated Business Arrangement Disclosure Statement |
| 3533 | 3/1992 NAR Report of the Presidential Advisory Group [NARSITZER0000005797 – 5874] |
| 4509 | Berkshire Hathaway HomeServices Franchise Agreement [BHH-MO-0003130 – 3199] |
| 4511 | 2014 Berkshire Hathaway HomeServices Alliance Real Estate Operations Manual, Sales Associate Policies & Procedures [BHHSALLIANCE-MO 0000089 – 209] |
| 4512 | 1/8/2020 Berkshire Hathaway HomeServices Alliance Real Estate Sales Associate Policy & Procedures Manual [BHHALLIANCE-MO 0000210 – 306] |
| 4513 | Berkshire Hathaway HomeServices Alliance Real Estate Re Accelerate Listing Paperwork [BHHSALLIANCE-MO 0000365 – 421] |
| 4561 | Deposition designation playable transcript: 10/05/2023 deposition of Kevin Goffstein |
| 4592A | Table 9 from the Schulman report |
| 4602 | 5/20/2020 Calendar entry re: MLS Standards Work Group – Group Exercise Call #1 [NARSITZER0000795773 – 795774] |
| 4613A | 1/25/2019 REBNY RLS Universal Co-Brokerage Agreement Rules & Regulations |

Dated: March 15, 2024

Respectfully submitted by:

BOULWARE LAW LLC

/s/ Jeremy M. Suhr

| Brandon J.B. Boulware | MO # 54150 |
| Jeremy M. Suhr | MO # 60075 |
| Erin D. Lawrence | MO # 63021 |

1600 Genessee, Suite 416
Kansas City, MO 64102
Tele:  (816) 492-2826
Fax:   (816) 492-2826
brandon@boulware-law.com
jeremy@boulware-law.com
erin@boulware-law.com


KETCHMARK & McCREIGHT

| Michael S. Ketchmark | MO # 41018 |
| Scott A. McCreight | MO # 44002 |
| Ben H. Fadler | MO # 56588 |

11161 Overbrook Road, Suite 210
Leawood, KS 66211

Tele: (913) 266-4500
Fax: (913) 317-5030
mike@ketchmclaw.com
smccreight@ketchmclaw.com
bfadler@ketchmclaw.com

WILLIAMS DIRKS DAMERON LLC
Matthew L. Dameron    MO # 52093
Eric L. Dirks    MO # 54921
1100 Main Street, Suite 2600
Kansas City, MO 64105
Tele: (816) 945-7110
Fax: (816) 945-7118
matt@williamsdirks.com
dirks@williamsdirks.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of March 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to counsel of record for this case.

/s/ Jeremy M. Suhr
*Attorney for Plaintiffs*