**Produced in Native Format**

PLAINTIFFS' TRIAL
EXHIBIT

**479**

4:19-cv-00332-SRB

EXHIBIT
479

# Video and the Millionaire Real Estate Agent

**J.P. Lewis**





Please discard all your trash as
you leave! Thank you.



Please complete an evaluation for
this session. Use any mobile device!

**www.evalfr.com**



Download a FREE copy of
this presentation. Go to

**familyreunion.kw.com/downloads**



Case 4:19-cv-00332-SRB   Document 1398-7   Filed 03/15/24   Page 4 of 23

# KWU PLUS

KWU PLUS is your quick learning hub with easy access to live and on-demand training on hot topics featuring top agents sharing best practices.

**YOUR ACCESS TO:**
> Quarterly "Listing Mastery" Video Series featuring Top Agents' Listing Presentations
> 180 Audio Scripts
> Recorded Premium training videos from Family Reunion
> And more!

**$79.99 at Family Reunion**  Regularly $99!

Go to *KWUConnect.com* for more information





# CONTINUING EDUCATION



Online continuing education, post-licensing, and pre-licensing education.

**20% off** for all KW Associates!

Go to *KWUConnect.com* for more course information

Case 4:19-cv-00332-SRB    Document 1398-7    Filed 03/15/24    Page 6 of 23

# LUNCH&LEARN
SERIES

Bring **Family Reunion 2016 back** to your market center!

**24 one-hour classes for your Market Center with:**
> Student materials
> Instructor materials
> Powerpoints
> Recordings of sessions at Family Reunion
> Printable Flyer

**$199 at Family Reunion.** Regularly $249!

Go to *KWUConnect.com* for more information



# Video and the Millionaire Real Estate Agent

## J.P. Lewis

Case 4:19-cv-00332-SRB   Document 1398-7   Filed 03/15/24   Page 8 of 23





J.P. Lewis

Austin, TX
Executive Director of
Media Services, KWRI

# The Millionaire Real Estate Agent

4 Models





Case 4:19-cv-00332-SRB   Document 1398-7   Filed 03/15/24   Page 10 of 23

#KwFr



# Economic Model

| | | | | | |
|---|---|---|---|---|---|
| | $1,200,000 | Gross Revenue from Sellers | | $1,200,000 | Gross Revenue from Buyers |
| ÷ | 3% | Commission | ÷ | 3% | Commission |
| = | $40,000,000 | Seller Sold Volume | = | $40,000,000 | Buyer Sold Volume |
| ÷ | $250,000 | Average Sales Price | ÷ | $250,000 | Average Sales Price |
| = | 160 | Sellers Sold | = | 160 | Buyers Sold |
| ÷ | 65% | % Conversion Rate | ÷ | 80% | % Conversion Rate |
| = | 246 | Seller Listings Taken | = | 200 | Buyer Listings Taken |
| ÷ | 80% | % Conversion Rate | ÷ | 65% | % Conversion Rate |
| = | 308 | Seller Listing Appointments | = | 308 | Buyer Listing Appointments |

Case 4:19-cv-00332-SRB   Document 1398-7   Filed 03/15/24   Page 11 of 23



#KwFR

# Lead Generation Model



Prospect and Market

**HAVEN'T MET**

**MET**

**MET** (Inner Circles)



# Budget Model



**COST OF SALES**

| | |
|---|---|
| 1. | Seller Specialist(s) |
| 1. | Buyer Specialist(s) |
| 1. | Other COS |
| | Total COS |

**OPERATING EXPENSES**

| Salaries | |
|---|---|
| 1. | Lead Generation |
| 1. | Occupancy |
| 1. | Technology |
| 1. | Phone |
| 1. | Supplies |
| 1. | Education |
| 1. | Equipment |
| 1. | Auto/Insurance |
| | Total Operating Expenses |
| | Total Expenses |

#KwFR



# Organizational Model



Case 4:19-cv-00332-SRB   Document 1398-7   Filed 03/15/24   Page 14 of 23

FAMILY REUNION
2016

#KwFR

# MREA Video Trends

- **Website & YouTube Channel:**
  - Video blog – how to's, market updates, FAQ's, etc
  - Team introductions
  - Listing/lifestyle videos
  - Neighborhood/community tours
  - Client testimonials
  - Agent bio/UVP
- **Social Media:**
  - Fun, authentic, value driven touches
  - Client appreciation/celebration
  - Listing/lifestyle videos when appropriate
  - Short neighborhood/community tours/updates
- **Video Email:**
  - Customer Service – what to expect next, team member handoff, post transaction follow-up
  - Drip Campaigns – market updates, buyer/seller tips, how to's, FAQ's, etc.  (link back to video blog)
    - ISA – lead conversion/nuture
    - Previous clients
    - Target group/farm
- **Hidden video page/YouTube playlist:**
  - Team training videos
  - Pre-listing packet video for seller
  - Listing/neighborhood videos to show at listing appointment

FAMILY REUNION
2016



#KwFR

## GOAL: HELP 256 FAMILIES

### $70M VOLUME, $1.65M GCI

| PRIORITY #1 | 122 LISTINGS CLOSED @ $300k (2% comm) = $732,000 GCI ($36.6M) | | Tracking 1/1/16 |
|---|---|---|---|
| STRATEGY 1: | FSBOs, Expired, Withdrawn | 52 FAMILIES | 0 FAMILIES |
| STRATEGY 2: | Sphere/Past Client Touch Program | 20 FAMILIES | 0 FAMILIES |
| STRATEGY 3: | Agent to Agent Referral Touch Program | 8 FAMILIES | 0 FAMILIES |
| STRATEGY 4: | Georgetown Expansion | 20 FAMILIES | 0 FAMILIES |
| STRATEGY 5: | St Louis Expansion | 20 FAMILIES | 0 FAMILIES |
| STRATEGY 6: | Inside ATX Podcast | 2 FAMILIES | 0 FAMILIES |
| PRIORITY #2 | 134 BUYERS CLOSED @ $250k (2.75% comm) = $921,250 GCI ($33.5M) | | Tracking 1/1/16 |
| STRATEGY 1: | PPC Ad Words | 40 FAMILIES | 0 FAMILIES |
| STRATEGY 2: | Sphere/Past Client Touch Program | 36 FAMILIES | 0 FAMILIES |
| STRATEGY 3: | Agent to Agent Referral Touch Program | 24 FAMILIES | 0 FAMILIES |
| STRATEGY 4: | Georgetown Expansion | 16 FAMILIES | 0 FAMILIES |
| STRATEGY 5: | St Louis Expansion | 16 FAMILIES | 0 FAMILIES |
| STRATEGY 6: | Inside ATX Podcast | 2 FAMILIES | 0 FAMILIES |
| PRIORITY #3 | GREAT SYSTEMS | Target Date | Finish Date |
| STRATEGY 1: | Outside Sales (ASHLEY) | November 2015 | |
| STRATEGY 2: | Client Touch (APRIL) | December 2015 | |
| STRATEGY 3: | Agent Touch (APRIL) | December 2015 | |
| STRATEGY 4: | Expansion (WENDY) | On-going | |
| STRATEGY 5: | Tracking (APRIL) | On-going | |
| STRATEGY 6: | Inside ATX Podcast (JAY) | January 2016 | |
| PRIORITY #4 | AMAZING PEOPLE | Target Date | Finish Date |
| PERSON 1: | Outside Sales | November 2015 | November 2015 |
| PERSON 2: | Outside Sales | November 2015 | |
| PERSON 3: | Marketing/Inside ATX | November 2015 | November 2015 |
| PERSON 4: | Personal Assistant | December 2015 | |
| PERSON 5: | Marketing Manager | December 2015 | |
| PERSON 6: | Listing Agent | March 2016 | |
| PERSON 7: | Closing Manager | March 2016 | |
| PERSONS 8 & 9: | Expansion Agents | August 2016 | |

### 122 SELLERS CLOSED

| Strategy | Appointments | Tracking 1/1/16 | Closings | Tracking 1/1/16 |
|---|---|---|---|---|
| Austin FSBOs, Expired, Withdrawn | 250 | | 52 | |
| Austin Sphere/Past Client | 25 | | 20 | |
| Agent to Agent Referral | 12 | | 8 | |
| Georgetown FSBOs, Expired, Withdrawn | 55 | | 10 | |
| Georgetown Other | 20 | | 10 | |
| St Louis FSBOs, Expired, Withdrawn | 55 | | 10 | |
| St Louis Other | 20 | | 10 | |
| Inside ATX Podcast | 4 | | 2 | |
| Total | 441 | 0 | 122 | 0 |

### 134 BUYERS CLOSED

| Strategy | Appointments | Tracking 1/1/16 | Closings | Tracking 1/1/16 |
|---|---|---|---|---|
| Austin PPC | 120 | | 40 | |
| Sphere/Past Client | 50 | | 36 | |
| Agent to Agent Referral | 36 | | 24 | |
| Georgetown PPC | 40 | | 8 | |
| Georgetown Other | 16 | | 8 | |
| St Louis PPC | 40 | | 8 | |
| St Louis Other | 16 | | 8 | |
| Inside ATX Podcast | 4 | | 2 | |
| Total | 322 | 0 | 134 | 456 |



#KwFR



**PERSON**

Business Development Director

Closing Coordinator

Closing Coordinator (2)

Creative Director

Inside Sales (2)

Inside Sales (3)

Lead Listing Agent

Listing Manager

Operations Director

Personal Assistant

VA

**INCOME**

Income Buyer Side

Income Listing Side

Total Income

**COST OF SALE**

Home Selling Expenses

ISA/OSA Commission Paid

Agent Commission Paid Out

**TOTAL COS**

Gross Profit

**EXPENSES**

Salaries/Benefits

Lead Generation

KW Rent Expenses

Podcast

Communication/Technology

Education/Dues/Fees

Automobile

Supplies/Office Expenses

Professional Services

Travel

Meals and Entertainment

**TOTAL EXPENSE**



Net Ordinary Income

Other Income/Expense

Other Income

Interest Income

Total Other Income

Other Expense

Contributions

Officer Salary/Taxes

Personal Asst Salary/Tax

Coaching/Consulting

Other Rent (S Corp)

Total Other Expense

Net Other Income

**NET INCOME**

FAMILY REUNION
2016

#KwFR

# Summary



testimonial **videos**



PLAY VIDEO

Sue Adler Team Client "Mix And Mingle" Party Buzzzzz

PLAY VIDEO

Christine Harmon's Interview About Her NJ Home Buying And Selling Experiences With Sue Adler

FAMILY REUNION 2016

#KwFR



Case 4:19-cv-00332-SRB   Document 138R-7   Filed 02/15/24   Page 19 of 23

# For this breakout only…

MREA Video Mastermind
&
Sneak Peak at MREA 2

with Jay Papasan and JP Lewis



# Claim your seat on way out!

Case 4:19-cv-00332-SRB   Document 1398-7   Filed 03/15/24   Page 20 of 23







# For this breakout only…



MREA Video Mastermind
&
Sneak Peak at MREA 2

with Jay Papasan and JP Lewis

# Claim your seat on way out!

Case 4:19-cv-00332-SRB   Document 1398-7   Filed 03/15/24   Page 22 of 23



# Thank You.



Please discard all your trash as you leave!



Please complete an evaluation for this session.
Use any mobile device!
**www.evalfr.com**



Download a FREE copy of this presentation. Go to

**familyreunion.kw.com/downloads**