| | |
|---|---|
| RHONDA BURNETT, JEROD BREIT, JEREMY KEEL, HOLLEE ELLIS, and FRANCES HARVEY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE NATIONAL ASSOCIATION OF REALTORS, REALOGY HOLDINGS CORP., HOMESERVICES OF AMERICA, INC., BHH AFFILIATES, LLC, HSF AFFILIATES, LLC, RE/MAX, LLC, and KELLER WILLIAMS REALTY, INC.,<br><br>Defendants. | Case No: 4:19-cv-00332-SRB<br><br>Judge Stephen R. Bough |

## NOTICE OF PENDING SETTLEMENT AND JOINT MOTION TO STAY CASE AS TO DEFENDANT NATIONAL ASSOCIATION OF REALTORS®

Rhonda Burnett, Jerod Breit, Jeremey Keel, Hollee Ellis, and Frances Harvey (collectively, "Plaintiffs"), and The National Association of REALTORS® ("NAR") (together with Plaintiffs, the "Parties") respectfully write to the Court to provide notice that the Plaintiffs have reached an agreement with NAR to settle all claims asserted against NAR in this action as part of a proposed nationwide class settlement. This agreement was jointly negotiated with the plaintiffs in *Burnett v. The National Association of Realtors*, No. 4:19-cv-00332 (W.D. Mo.), *Moehrl v. The National Association of Realtors*, No. 1:19-cv-01610 (N.D. Ill.), *Gibson v. National Association of Realtors*, No. 4:23-cv-00788 (W.D. Mo.), and *Umpa v. National Association of Realtors*, No. 4:23-cv-00945 (W.D. Mo.). This agreement is subject to the Court's approval under Rule 23 of the Federal Rules of Civil Procedure. Consistent with the agreement, Plaintiffs will file a motion in this Court for preliminary approval of the proposed settlement.

As provided by the agreement, Plaintiffs and NAR hereby jointly stipulate and request that the Court stay all deadlines and procedures solely as to NAR to preserve the resources of Plaintiffs, NAR, and the Court and to allow the Parties to formalize the agreement and to seek preliminary and final approval of the settlement.

Dated: March 22, 2024

Respectfully submitted,

*/s/ Michael S. Ketchmark*
Michael S. Ketchmark MO # 41018
Scott A. McCreight MO # 44002
Ben H. Fadler MO # 56588
KETCHMARK & McCREIGHT
11161 Overbrook Road, Suite 210
Leawood, KS 66211
Tele: (913) 266-4500
Fax: (913) 317-5030
mike@ketchmclaw.com
smccreight@ketchmclaw.com
bfadler@ketchmclaw.com

BOULWARE LAW LLC
Brandon J.B. Boulware MO # 54150
Jeremy M. Suhr MO # 60075
Erin D. Lawrence MO # 63021
1600 Genessee, Suite 416
Kansas City, MO 64102
Tele: (816) 492-2826
Fax: (816) 492-2826
brandon@boulware-law.com
jeremy@boulware-law.com
erin@boulware-law.com

WILLIAMS DIRKS DAMERON LLC
Matthew L. Dameron MO # 52093
Eric L. Dirks MO # 54921
1100 Main Street, Suite 2600
Kansas City, MO 64105
Tele: (816) 945-7110
Fax: (816) 945-7118
matt@williamsdirks.com
dirks@williamsdirks.com

***Attorneys for Plaintiffs***

| | |
|---|---|
| Ethan Glass (*pro hac vice*)<br>Samantha Strauss (*pro hac vice*)<br>Georgina Inglis (*pro hac vice)*<br>COOLEY LLP<br>1299 Pennsylvania Avenue, NW<br>Suite 700<br>Washington, DC  20004-2400<br>(202) 776-2244<br>eglass@cooley.com<br>sastrauss@cooley.com<br>ginglis@cooley.com<br><br>Beatriz Mejia (*pro hac vice*)<br>COOLEY LLP<br>3 Embarcadero Center, 20th Floor<br>San Francisco, CA 94111<br>(415) 693-2000<br>mejiab@cooley.com<br><br>Sarah Topol (*pro hac vice*)<br>COOLEY LLP<br>55 Hudson Yards<br>New York, NY 10001<br>(212) 479-6000<br>stopol@cooley.com<br><br>Charles W. Hatfield (MO Bar # 40363)<br>Alexander C. Barrett (MO Bar # 68695)<br>STINSON LLP<br>230 W. McCarty Street<br>Jefferson City, MO 65101<br>(573) 636-6263<br>chuck.hatfield@stinson.com<br>alexander.barrett@stinson.com | */s/ Ethan Glass*<br>William A. Burck (*pro hac vice*)<br>Michael D. Bonanno (*pro hac vice*)<br>Christopher G. Michel (*pro hac vice*)<br>Michael J. Sebring (*pro hac vice*)<br>Rachel G. Frank (*pro hac vice*)<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>1300 I Street NW, Suite 900<br>Washington, DC 20005<br>(202) 538-8000<br>williamburck@quinnemanuel.com<br>mikebonanno@quinnemanuel.com<br>christophermichel@quinnemanuel.com<br>michaelsebring@quinnemanuel.com<br>rachelfrank@quinnemanuel.com<br><br>John Bash (*pro hac vice*)<br>QUINN EMANUEL URQUHART<br>& SULLIVAN, LLP<br>300 West 6th Street, Suite 2010<br>Austin, TX 78701<br>(737) 221-7006<br>johnbash@quinnemanuel.com |

***Attorneys for Defendant the NATIONAL ASSOCIATION OF REALTORS®***

## CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2024, a copy of the foregoing document was electronically filed through the ECF system and will be sent electronically to all persons identified on the Notice of Electronic Filing.

/s/ *Ethan Glass*
Ethan Glass (*pro hac vice*)
1299 Pennsylvania Avenue, N.W.
Suite 700
Washington, DC 20004-2400
Phone (202) 776-2244
Fax (202) 842-7899
eglass@cooley.com

***Attorney for Defendant the NATIONAL ASSOCIATION OF REALTORS®***