UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| RHONDA BURNETT, JEROD BREIT, JEREMY KEEL, HOLLEE ELLIS, and FRANCES HARVEY, on behalf of themselves and all others similarly situated, | )<br>)<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Case No: 4:19-cv-00332-SRB<br>) |
| THE NATIONAL ASSOCIATION OF REALTORS, REALOGY HOLDINGS CORP., HOMESERVICES OF AMERICA, INC., BHH AFFILIATES, LLC, HSF AFFILIATES, LLC, RE/MAX, LLC, and KELLER WILLIAMS REALTY, INC., | )<br>) Judge Stephen R. Bough<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

## NATIONAL ASSOCIATION OF REALTORS'® NOTICE OF WITHDRAWAL OF POST-TRIAL MOTIONS WITHOUT PREDJUDICE

In connection with its agreement with the Plaintiffs to settle this litigation, the National Association of REALTORS® ("NAR") hereby withdraws from consideration by the Court its Renewed Motion for Judgment as a Matter of Law and supporting Suggestions (ECF 1359, 1360), its Motion for New Trial and supporting Suggestions (ECF 1361, 1362), its support for Defendants' Motion to Decertify the Class and supporting Suggestions (ECF 1355, 1356), its Additional Motion for New Trial and supporting Suggestions (ECF 1385, 1386), and its Additional Renewed Motion for Judgment as a Matter of Law and supporting Suggestions (ECF 1387, 1388). As the Parties have agreed in the settlement agreement NAR's withdrawal of these motions is without prejudice to renewal in the event the settlement or settlement agreement is rescinded. In such event, Plaintiffs agreed that they will not contend that NAR's renewal was rendered untimely by or was waived by the operation of the settlement agreement.

Dated: March 22, 2024

Respectfully submitted,

*/s/ Ethan Glass*

| | |
|---|---|
| Ethan Glass (*pro hac vice*)<br>Samantha Strauss (*pro hac vice*)<br>Georgina Inglis (*pro hac vice)*<br>COOLEY LLP<br>1299 Pennsylvania Avenue, NW<br>Suite 700<br>Washington, DC  20004-2400<br>(202) 776-2244<br>eglass@cooley.com<br>sastrauss@cooley.com<br>ginglis@cooley.com | William A. Burck (*pro hac vice*)<br>Michael D. Bonanno (*pro hac vice*)<br>Christopher G. Michel (*pro hac vice*)<br>Michael J. Sebring (*pro hac vice*)<br>Rachel G. Frank (*pro hac vice*)<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>1300 I Street NW, Suite 900<br>Washington, DC 20005<br>(202) 538-8000<br>williamburck@quinnemanuel.com<br>mikebonanno@quinnemanuel.com<br>christophermichel@quinnemanuel.com<br>michaelsebring@quinnemanuel.com<br>rachelfrank@quinnemanuel.com |
| Beatriz Mejia (*pro hac vice*)<br>COOLEY LLP<br>3 Embarcadero Center, 20th Floor<br>San Francisco, CA 94111<br>(415) 693-2000<br>mejiab@cooley.com | John Bash (*pro hac vice*)<br>QUINN EMANUEL URQUHART<br>& SULLIVAN, LLP<br>300 West 6th Street, Suite 2010<br>Austin, TX 78701<br>(737) 221-7006<br>johnbash@quinnemanuel.com |
| Sarah Topol (*pro hac vice*)<br>COOLEY LLP<br>55 Hudson Yards<br>New York, NY 10001<br>(212) 479-6000<br>stopol@cooley.com | |
| Charles W. Hatfield (MO Bar # 40363)<br>Alexander C. Barrett (MO Bar # 68695)<br>STINSON LLP<br>230 W. McCarty Street<br>Jefferson City, MO 65101<br>(573) 636-6263<br>chuck.hatfield@stinson.com<br>alexander.barrett@stinson.com | |

***Attorneys for Defendant the NATIONAL ASSOCIATION OF REALTORS®***

## CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2024, a copy of the foregoing document was electronically filed through the ECF system and will be sent electronically to all persons identified on the Notice of Electronic Filing.

/s/ *Ethan Glass*
Ethan Glass (*pro hac vice*)
1299 Pennsylvania Avenue, N.W.
Suite 700
Washington, DC 20004-2400
Phone (202) 776-2244
Fax (202) 842-7899
eglass@cooley.com

***Attorney for Defendant the NATIONAL ASSOCIATION OF REALTORS®***