IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| RHONDA BURNETT, JEROD BREIT, JEREMY KEEL, HOLLEE ELLIS, and and FRANCES HARVEY, on behalf of themselves and all others similarly situated, | ) ) ) ) ) | |
| Plaintiffs | ) ) | |
| v. | ) ) | Case No. 19-cv-00332-SRB |
| THE NATIONAL ASSOCIATION OF REALTORS, REALOGY HOLDINGS CORP. (n/k/a ANYWHERE REAL ESTATE, INC.), HOMESERVICES OF AMERICA, INC., BHH AFFILIATES, LLC, HSF AFFILIATES, LLC, RE/MAX LLC, and KELLER WILLIAMS REALTY, INC. | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## PLAINTIFFS' NOTICE OF FILING

Plaintiffs hereby file transcripts, or other identifying information as appropriate, of the following materials listed in Exhibit A of Defendants' Motion to Complete the Record (Doc. 1368 at 9-11).

| | |
|---|---|
| Exhibit 1 | Plaintiffs' Opening PowerPoint Presentation (Trial Tr. 13:22-80:11) |
| Exhibit 2 | Transcript of Robert Goldberg deposition video clip played by Plaintiffs in opening concerning NAR antitrust compliance guide (Trial Tr. 33:25-34:6) |
| Exhibit 3 | Transcript of Family Reunion/Gary Keller video clip played by Plaintiffs in opening (Trial Tr. 37:20-25) |
| Exhibit 4 | Transcript of Gary Keller deposition clip played by Plaintiffs in opening ("He said, We're not talking about commissions because, if we were, we'd be talking about sellers and buyers.") (Trial Tr. 38:5-36:1) |

| | |
|---|---|
| Exhibit 5 | Transcript of Darrell King deposition clip played by Plaintiffs in opening concerning Family Reunion and compliance manual (Trial Tr. 39:15-22) |
| Exhibit 6A | Transcript of one of the three separate Gary Keller deposition clips played by Plaintiffs in opening, the first about "talk in concepts" email and the second and third about Gary's books (Trial Tr. 40:19-41:12) |
| Exhibit 6B | Transcript of one of the three separate Gary Keller deposition clips played by Plaintiffs in opening, the first about "talk in concepts" email and the second and third about Gary's books (Trial Tr. 40:19-41:12) |
| Exhibit 6C | Transcript of one of the three separate Gary Keller deposition clips played by Plaintiffs in opening, the first about "talk in concepts" email and the second and third about Gary's books (Trial Tr. 40:19-41:12) |
| Exhibit 7A | Video clip of Gino Blefari played by Plaintiffs in opening concerning training material and "it only goes up" from 6% (portion of previously admitted exhibit P-1597X (timestamp - 1:32 to 1:48)) (Trial Tr. 42:16-43:9) |
| Exhibit 7B | Transcript of Gino Blefari deposition clip played by Plaintiffs in opening concerning training material and "it only goes up" from 6% (Trial Tr. 42:16-43:9) |
| Exhibit 8A | Transcript of one of the two separate Nick Bailey deposition clips played by Plaintiffs in opening about companies benefitting on either side of the transaction (Trial Tr. 43:24-44:3) |
| Exhibit 8B | Transcript of one of the two separate Nick Bailey deposition clips played by Plaintiffs in opening about companies benefitting on either side of the transaction (Trial Tr. 43:24-44:3) |
| Exhibit 9 | Transcript of Ryan Gorman deposition clip played by Plaintiffs during opening about Realogy's antitrust policy (Trial Tr. 44:4-18) |
| Exhibit 10 | Transcript of Gary Keller deposition clip played by Plaintiffs during opening concerning steering (Trial Tr. 47:8-18) |

| | |
|---|---|
| Exhibit 11 | Transcript of Michelle Figgs deposition clip played by Plaintiffs during opening concerning her notes (Trial Tr. 48:6-8) |
| Exhibit 12 | Transcript of Gary Keller deposition clip played by Plaintiffs during opening concerning training materials (Trial Tr. 48:17-49:2) |
| Exhibit 13 | HomeServices training video clip played by Plaintiffs during Opening (portion of previously admitted exhibit P-1598X (timestamp - 2:57 to 3:45)) (Trial Tr. 55:1-4) |
| Exhibit 14A | Transcript of one of the three separate deposition clips played of Robert Goldberg, Gary Keller, and Gino Blefari played by Plaintiffs during opening all concerning their companies following the cooperative compensation rule (Robert Goldberg Clip) (Trial Tr. 56:5-19) |
| Exhibit 14B | Transcript of one of the three separate deposition clips played of Robert Goldberg, Gary Keller, and Gino Blefari played by Plaintiffs during opening all concerning their companies following the cooperative compensation rule (Gary Keller Clip) (Trial Tr. 56:5-19) |
| Exhibit 14C | Transcript of one of the three separate deposition clips played of Robert Goldberg, Gary Keller, and Gino Blefari played by Plaintiffs during opening all concerning their companies following the cooperative compensation rule (Gino Blefari Clip) (Trial Tr. 56:5-19) |
| Exhibit 15 | Transcript of Kevin Goffstein deposition clip played by Plaintiffs during opening concerning HomeServices franchise policy (Trial Tr. 69:24-70:6) |
| Exhibit 16 | Transcript of Rosalie Warner deposition clip played by Plaintiffs during opening concerning ReeceNichols policy (Trial Tr. 72:16-18) |
| Exhibit 17 | Transcript of Rosalie Warner deposition clip played by Plaintiffs during opening concerning St. Louis franchise policy (mistakenly listed on Defendants' Exhibit A as a Mike Frazier deposition clip) (Trial Tr. 73:1-4) |
| Exhibit 18 | Exhibit PX-4562 introduced by Plaintiffs as impeachment during Bob Goldberg cross examination (Trial Tr. 1135:5-1137:17) |

| | |
|---|---|
| Exhibit 19 | Exhibit PX-4565 introduced by Plaintiffs as impeachment during Bob Goldberg's cross examination (Trial Tr. 1137:25-1139:13) |
| Exhibit 20 | Transcript of Rodney Gansho deposition clip played by Plaintiffs as impeachment during his cross examination concerning NAR affiliated MLSs (starting with 43:13) (Trial Tr. 1263:4-20) |
| Exhibit 21 | Exhibit PX-4609 (Inman Article) introduced by Plaintiffs as impeachment during Rodney Gansho's cross examination (Trial Tr. 1282:1-1284:16) |
| Exhibit 22 | Allan Dalton podcast clip played by Plaintiffs as impeachment during Ron Peltier's cross examination, referred to by Plaintiffs as PX-4604 (produced natively to defense counsel) (Trial Tr. 1349:8-23) |
| Exhibit 23 | Transcript of Mike Frazier deposition clip played by Plaintiffs during his cross examination concerning whether buyers would compensate buyers' agents without the cooperative compensation rule (Trial Tr. 1630:1-17) |
| Exhibit 24A | Transcript of one of the three Mike Frazier deposition clips played by Plaintiffs during his cross examination concerning whether buyers will sign buyer agency agreements without the rule (two of three clips identified, 102:25 and 104:21) (Trial Tr. 1637:7-17) |
| Exhibit 24B | Transcript of one of the three Mike Frazier deposition clips played by Plaintiffs during his cross examination concerning whether buyers will sign buyer agency agreements without the rule (two of three clips identified, 102:25 and 104:21) (Trial Tr. 1637:7-17) |
| Exhibit 24C | Transcript of one of the three Mike Frazier deposition clips played by Plaintiffs during his cross examination concerning whether buyers will sign buyer agency agreements without the rule (two of three clips identified, 102:25 and 104:21) (Trial Tr. 1637:7-17) |
| Exhibit 25 | Transcript of Krista Wilson deposition clip played by Plaintiffs during her cross examination concerning if every buyer agreement has a clause that the buyer will pay the fee if it is not covered by the MLS (Trial Tr. 1688:10-1689:1) |

| Exhibit 26 | Transcript of Gary Keller deposition clip played by Plaintiffs during his cross examination as impeachment concerning if NAR makes rules and enforces them when they get together and meet (Trial Tr. 2046:3-14) |
| --- | --- |
| Exhibit 27 | Transcript of Gary Keller deposition clip played by Plaintiffs during his cross examination as impeachment concerning if KW requires its sales agents to join NAR (Trial Tr. 2047:9-17) |
| Exhibit 28 | Transcript of Gary Keller deposition clip played by Plaintiffs during his cross examination as impeachment concerning the "talk in concepts" email (Trial Tr. 2077:5-13) |
| Exhibit 29 | Transcript of Gary Keller deposition clip played by Plaintiffs during his cross examination as impeachment concerning whether agents can discuss commissions (Trial Tr. 2081:24-2082:8) |
| Exhibit 30 | Transcript of Gary Keller deposition clip played by Plaintiffs during his cross examination as impeachment concerning whether Keller can talk about commissions (Trial Tr. 2082:18-20) |
| Exhibit 31 | Plaintiffs' Closing PowerPoint Presentation (Trial Tr. 2328:19-2390:10) |

Dated: March 28, 2024

Respectfully submitted,

**KETCHMARK AND MCCREIGHT P.C.**
*/s/ Scott A. McCreight*
Michael S. Ketchmark MO # 41018
Scott A. McCreight MO # 44002
Ben H. Fadler MO # 56588
11161 Overbrook Road, Suite 210
Leawood, KS 66211
Tele:   (913) 266-4500
Fax:   (913) 317-5030
mike@ketchmclaw.com
smccreight@ketchmclaw.com
bfadler@ketchmclaw.com

**BOULWARE LAW LLC**
Brandon J.B. Boulware MO # 54150

Jeremy M. Suhr MO # 60075
Erin D. Lawrence MO # 63021
1600 Genessee, Suite 416
Kansas City, MO 64102
Tele: (816) 492-2826
Fax: (816) 492-2826
brandon@boulware-law.com
jeremy@boulware-law.com
erin@boulware-law.com

**WILLIAMS DIRKS DAMERON LLC**
Matthew L. Dameron MO # 52093
Eric L. Dirks MO # 54921
1100 Main Street, Suite 2600
Kansas City, MO 64105
Tele: (816) 945-7110
Fax: (816) 945-7118
matt@williamsdirks.com
dirks@williamsdirks.com

Counsel for Plaintiffs and the Classes