UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| RHONDA BURNETT, JEROD BREIT, JEREMY KEEL, HOLLEE ELLIS, and FRANCES HARVEY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE NATIONAL ASSOCIATION OF REALTORS, REALOGY HOLDINGS CORP., HOMESERVICES OF AMERICA, INC., BHH AFFILIATES, LLC, HSF AFFILIATES, LLC, RE/MAX, LLC, and KELLER WILLIAMS REALTY, INC.,<br><br>Defendants. | Case No: 4:19-cv-00332-SRB<br><br>Judge Stephen R. Bough |

## NATIONAL ASSOCIATION OF REALTORS'® NOTICE OF FILING

In accordance with the Court's Order (ECF 1389) granting Defendants' Motion to Complete the Record (ECF 1367) Defendant the National Association of REALTORS® submits the following materials:

| | |
|---|---|
| Exhibit A | 10/17/2023 Trial Tr. 81:2-110:16: NAR's Opening PowerPoint Presentation |
| Exhibit B | 10/19/2023 Trial Tr. 573:14-574:10: Craig Schulman deposition clip played by NAR as impeachment during Schulman's cross on the topic of him not seeing defendants discussing commission amounts with one another (no page and line provided) |
| Exhibit C | 10/20/2023 Trial Tr. 635:23-636:18: Craig Schulman deposition clip played by NAR as impeachment during Schulman's cross on the topic of incentives to offer compensation without the Rule (33:11-25 from Schulman deposition) |
| Exhibit D | 10/20/2023 Trial Tr. 678:12-679:5: Craig Schulman deposition clip played by NAR as impeachment during Schulman's cross on the topic of all economic predications being speculative (116:22-117:5) |
| Exhibit E | 10/20/2023 Trial Tr. 778:6-14: Alford deposition clip played by NAR as impeachment during cross examination (351:25-352:11) |
| Exhibit F | 10/30/2023 Trial Tr. 2390:19-2420:10: NAR's Closing PowerPoint Presentation |

Dated: April 1, 2024

Respectfully submitted,

/s/ Ethan Glass

| | |
|---|---|
| Ethan Glass (*pro hac vice*) | William A. Burck (*pro hac vice*) |
| Samantha Strauss (*pro hac vice*) | Michael D. Bonanno (*pro hac vice*) |
| Georgina Inglis (*pro hac vice)* | Christopher G. Michel (*pro hac vice*) |
| COOLEY LLP | Michael J. Sebring (*pro hac vice*) |
| 1299 Pennsylvania Avenue, NW | Rachel G. Frank (*pro hac vice*) |
| Suite 700 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| Washington, DC 20004-2400 | 1300 I Street NW, Suite 900 |
| (202) 776-2244 | Washington, DC 20005 |
| eglass@cooley.com | (202) 538-8000 |
| sastrauss@cooley.com | williamburck@quinnemanuel.com |
| ginglis@cooley.com | mikebonanno@quinnemanuel.com |
| | christophermichel@quinnemanuel.com |
| Beatriz Mejia (*pro hac vice*) | michaelsebring@quinnemanuel.com |
| COOLEY LLP | rachelfrank@quinnemanuel.com |
| 3 Embarcadero Center, 20th Floor | |
| San Francisco, CA 94111 | John Bash (*pro hac vice*) |
| (415) 693-2000 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| mejiab@cooley.com | 300 West 6th Street, Suite 2010 |
| | Austin, TX 78701 |
| Sarah Topol (*pro hac vice*) | (737) 221-7006 |
| COOLEY LLP | johnbash@quinnemanuel.com |
| 55 Hudson Yards | |
| New York, NY 10001 | |
| (212) 479-6000 | |
| stopol@cooley.com | |

Charles W. Hatfield (MO Bar # 40363)
Alexander C. Barrett (MO Bar # 68695)
STINSON LLP
230 W. McCarty Street
Jefferson City, MO 65101
(573) 636-6263
chuck.hatfield@stinson.com
alexander.barrett@stinson.com

***Attorneys for Defendant the NATIONAL ASSOCIATION OF REALTORS®***

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 1, 2024, a copy of the foregoing document was electronically filed through the ECF system and will be sent electronically to all persons identified on the Notice of Electronic Filing.

/s/ *Ethan Glass*
Ethan Glass (*pro hac vice*)
1299 Pennsylvania Avenue, N.W.
Suite 700
Washington, DC 20004-2400
Phone (202) 776-2244
Fax (202) 842-7899
eglass@cooley.com

***Attorney for Defendant the NATIONAL ASSOCIATION OF REALTORS®***