# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| RHONDA BURNETT, JEROD BREIT, JEREMY KEEL, HOLLEE ELLIS, and FRANCES HARVEY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE NATIONAL ASSOCIATION OF REALTORS, REALOGY HOLDINGS CORP., HOMESERVICES OF AMERICA, INC., BHH AFFILIATES, LLC, HSF AFFILIATES, LLC, RE/MAX, LLC, and KELLER WILLIAMS REALTY, INC.,<br><br>Defendants. | Case No: 4:19-cv-00332-SRB<br><br>Judge Stephen R. Bough |

## KELLER WILLIAMS REALTY, INC.'S NOTICE OF FILING

In accordance with the Court's Order (ECF No. 1389), Defendant Keller Williams Realty, Inc. hereby submits the following materials identified in Appendix A of the Suggestions in Support of Defendants' Motion to Complete the Record (ECF No. 1368, at A-3).

- **Exhibit 1: 10/17/2023 Keller Williams' Opening PowerPoint Presentation**

- **Exhibit 2: 10/30/2023 Keller Williams' Closing PowerPoint Presentation**

Dated: April 1, 2024

David R. Buchanan
dbuchanan@bjpc.com
BROWN & JAMES, PC-KCMO
2345 Grand Boulevard
Suite 2100
Kansas City, MO 64108
(816) 472-0800

Respectfully submitted,

*/s/ David C. Kully*
David C. Kully, *pro hac vice*
david.kully@hklaw.com
Anna P. Hayes, *pro hac vice*
anna.hayes@hklaw.com
HOLLAND & KNIGHT LLP
800 17th Street NW, Suite 1100
Washington, DC 20530
(202) 469-5415

Timothy Ray, *pro hac vice*
timothy.ray@hklaw.com
Barack S. Echols, *pro hac vice*
barack.echols@hklaw.com
HOLLAND & KNIGHT LLP
150 North Riverside Plaza, Suite 2700
Chicago, IL 60606
(312) 263-3600

Jennifer Lada, *pro hac vice*
jennifer.lada@hklaw.com
HOLLAND & KNIGHT LLP
31 West 52nd Street, 12th Floor
New York, NY 10019
(212) 513-3513

Dina W. McKenney, *pro hac vice*
dina.mckenney@hklaw.com
HOLLAND & KNIGHT LLP
1722 Routh Street, Suite 1500
Dallas, Texas 75201
(214) 969-1757

***Counsel for Keller Williams Realty, Inc.***

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 1, 2024, an electronic copy of the foregoing was filed with the Clerk of the Court by using the CM/ECF system, and service upon all counsel of record will be accomplished by the CM/ECF system.

/s/ *David C. Kully*
David C. Kully