5/5/24

US District Court
  For the Western District of Missouri
400 E 9th Street Rm 7462
Kansas City, Missouri 64106

   re: Burnett, et al vs. The National Association
       of Realtors, et al
       Case No. 19-CV-00332-SRB
       Objection to Settlement

To: The Honorable Court,

  I object to the payment of attorneys fees out of the settlement amount. Doing so inflates the value of the settlement amount in the exact same way that payment of Realtors fees out of home sale proceeds wrongly inflates the value of home prices. The defendants should be required to pay the full settlement amount in addition to attorneys fees.

Thank you,
Diane Kizer
Diane Kizer, 34756 Frontier Rd. Lewes, De 19958
5/5/24
(302) 893-5703

Class Member:
Home Sale: 8/31/2017
Broker: Keller Williams
        519 C Street NE
        Washington DC
Settlement Agent: KVS Title
File No. 032-21303

Property: 1817 D. Street, SE
          Washington, DC 20003
Sale Price: 750,000 $
Realtor Fees paid:
    Seller: 20,625.00 $
    Buyer: 20,625.00 $