IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| RHONDA BURNETT, JEROD BREIT, JEREMY KEEL, HOLLEE ELLIS, and FRANCES HARVEY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs<br><br>v.<br><br>THE NATIONAL ASSOCIATION OF REALTORS, REALOGY HOLDINGS CORP. (n/k/a ANYWHERE REAL ESTATE, INC.), HOMESERVICES OF AMERICA, INC., BHH AFFILIATES, LLC, HSF AFFILIATES, LLC, RE/MAX LLC, and KELLER WILLIAMS REALTY, INC.<br><br>Defendants. | Case No. 19-cv-00332-SRB |

## NOTICE OF PENDING SETTLEMENT AND JOINT MOTION TO STAY CASE AS TO THE HOMESERVICES DEFENDANTS

Plaintiffs Rhonda Burnett, Jerod Breit, Jeremy Keel, Hollee Ellis, and Frances Harvey (collective, "Plaintiffs") and Defendants HomeServices of America, Inc., BHH Affiliates, and HSF Affiliates, LLC (collectively, "HomeServices") hereby respectfully notify the Court that Plaintiffs have executed a binding term sheet with HomeServices to settle all claims asserted against HomeServices in this action as part of a proposed nationwide class settlement.[1] The settlement is subject to the Court's approval under Federal Rule of Civil Procedure 23. Consistent with the Parties' agreement, the Parties will cooperate to promptly execute a long form settlement agreement and then Plaintiffs will file a motion in this Court for preliminary approval of the proposed settlement.

---

[1] The settlement does not include and does not release Berkshire Hathaway Energy Company or any other corporate parent of HomeServices of America, Inc.

As provided by the settlement agreement, Plaintiffs and HomeServices hereby jointly request that the Court stay all deadlines and proceedings as to HomeServices, including the parties' pending post-trial motions and any entry of judgment, to preserve the resources of Plaintiffs, HomeServices and the Court. The stay would not preclude Plaintiffs from seeking preliminary and final approval of the settlement.

Dated: April 26, 2024

Respectfully submitted by:

BOULWARE LAW LLC

/s/ Brandon J.B. Boulware
| | |
|---|---|
| Brandon J.B. Boulware | MO # 54150 |
| Jeremy M. Suhr | MO # 60075 |
| Erin D. Lawrence | MO # 63021 |

1600 Genessee, Suite 416
Kansas City, MO 64102
Tele: (816) 492-2826
Fax: (816) 492-2826
brandon@boulware-law.com
jeremy@boulware-law.com

KETCHMARK & McCREIGHT
| | |
|---|---|
| Michael S. Ketchmark | MO # 41018 |
| Scott A. McCreight | MO # 44002 |
| Ben H. Fadler | MO # 56588 |

11161 Overbrook Road, Suite 210
Leawood, KS 66211
Tele: (913) 266-4500
Fax: (913) 317-5030
mike@ketchmclaw.com
smccreight@ketchmclaw.com

WILLIAMS DIRKS DAMERON LLC
| | |
|---|---|
| Matthew L. Dameron | MO # 52093 |
| Eric L. Dirks | MO # 54921 |

1100 Main Street, Suite 2600
Kansas City, MO 64105
Tele: (816) 945-7110
Fax: (816) 945-7118
matt@williamsdirks.com
dirks@williamsdirks.com

**Attorneys for Plaintiffs**

MACGILL PC

*/s/ Robert D. MacGill*
Matthew T. Ciulla, *pro hac vice*
Robert D. MacGill, *pro hac vice*
Scott E. Murray, *pro hac vice*
55 Monument Circle, Ste. 100c
Indianapolis, IN 46204
Tele: (317) 721-1253
matthew.ciulla@macgilllaw.com
robert.macgill@macgilllaw.com
scott.murray@macgilllaw.com

FOLEY & LARDNER LLP
Jennifer M. Keas, *pro hac vice*
Jay N. Varon, *pro hac vice*
3000 K Street NW, Ste. 600
Washington, DC 20007-5109
Tele: (202) 672-5436
jkeas@foley.com
jvaron@foley.com

LATHROP GPM LLP
Brian C. Fries             MO # 40830
2345 Grand Avenue, Ste. 2200
Kansas City, MO 64108-2618
Tele: (816) 292-2000
bfries@lathropgage.com

***Counsel for HomeServices of America, Inc., BHH Affiliates, LLC, HSF Affiliates, LLC***

**CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of April, 2024, the foregoing was filed on the Court's electronic system, which will send notification of the same to all counsel of record.

*/s/ Brandon J.B. Boulware*
Attorney for Plaintiffs

3

Case 4:19-cv-00332-SRB   Document 1462   Filed 04/26/24   Page 3 of 3