# KNIE & SHEALY
## ATTORNEYS AT LAW
250 Magnolia Street
Spartanburg, S.C. 29306
Telephone No. (864) 582-5118
Fax No. (864) 585-1615

Mailing Address:
P.O. Box 5159 (29304)

Patrick E. Knie
pat@knieshealy.com

May 6, 2024

VIA E-MAIL: tracey_peters@mow.uscourts.gov

The Honorable Stephen R. Bough
U.S. District Judge
Charles Evans Whittaker U.S. Courthouse
400 East 9th Street
Kansas City, Missouri 64106

RE: Rhonda Burnett, et al. v. The National Association of Realtors, et al. - C/A No. 19-CV-00332-SRB

Dear Judge Bough:

I, along with Matt Shealy and Mitch Slade, represent Objectors from the State of South Carolina regarding the upcoming settlement hearings which are scheduled before you on May 9 involving RE/MAX, Realogy, and Keller Williams. We are unsure as to whether any live testimony will be offered on behalf of the Plaintiff and/or proposed settling parties.

In the event, however, that live testimony is offered, we would respectfully ask this Court for the opportunity to cross-examine those witnesses. We believe there is a legal basis for doing so and refer the Court to *Herrera v. Charlotte Law School, LLC*, 818 Fed.Appx. 165 (2020). In that case, competing experts testified, and both experts were cross-examined. See Page 172. I wish to assure the Court that any such cross-examination will be short.

We look forward to appearing on May 9.

Sincerely,

Patrick E. Knie

PEK:mbg

The Honorable Stephen R. Bough
U.S. District Judge
May 6, 2024
Page 2

cc: Mr. Brandon J.B. Boulware
brandon@boulware-law.com
Boulware Law, LLC
1600 Genessee, Suite 416
Kansas City, Missouri 64102

Mr. Michael Ketchmark
mike@ketchmclaw.com
Ketchmark and McCreight P.C.
11161 Overbrook Road, Suite 210
Leawood, Kansas 66211

Mr. Eric L. Dirks
dirks@williamsdirks.com
Williams Dirks Dameron LLC
1100 Main Street, Suite 2600
Kansas City, Missouri 64105

Mr. David R. Buchanan
dbuchanan@bjpc.com
Brown & James, PC
2345 Grand Boulevard, Suite 2100
Kansas City, Missouri 64108

Mr. David C. Kully
david.kully@hklaw.com
Holland & Knight LLP
800 17th Street, NW, Suite 1100
Washington, DC 20530

Ms. Megan J. Ochs
mochs@atllp.com
Armstrong Teasdale LLP
2345 Grand Boulevard, Suite 1500
Kansas City, Missouri 64108

Ms. Stacey Anne Mahoney
stacey.mahoney@morganlewis.com
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, New York 10178

The Honorable Stephen R. Bough
U.S. District Judge
May 6, 2024
Page 2


cc: Mr. Danne W. Webb
dwebb@hab-law.com
Horn Aylward & Bandy, LLC
2600 Grand Boulevard, Suite 1100
Kansas City, Missouri 64108

Mr. Odeshoo Hasdoo
ehasdoo@jonesday.com
Jones Day
77 W. Wacker, Suite 3500
Chicago, Illinois 60605