**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | | |
|---|---|---|
| RHONDA BURNETT, JEROD BRIET, | ) | |
| HOLLEE ELLIS, FRANCES HARVEY, | ) | |
| and JEREMY KEEL, on behalf of themselves | ) | |
| and all others similarly situated, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 19-CV-00332-SRB |
| | ) | |
| THE NATIONAL ASSOCIATION OF | ) | |
| REALTORS, REALOGY HOLDINGS CORP., | ) | |
| HOMESERVICES OF AMERICAN, INC., BHH | ) | |
| AFFILIATES, LLC, HSF AFFILIATES, LLC, | ) | |
| RE/MAX LLC, and KELLER WILLIAMS | ) | |
| REALTY, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**JOINT MOTION TO CERTIFY FINAL SETTLEMENT APPROVAL ORDER**
**PURSUANT TO RULE 54(b)**

Plaintiffs and the Settling Defendants, Anywhere, RE/MAX and Keller Williams, jointly

request that this Court certify its Order Granting Final Settlement Approval pursuant to Rule 54(b).

Certification is appropriate here because there is no just reason to delay the practice changes relief

made available to the Class or prompt funding of the Settlements. It is also equitable to the Settling

Parties to have a resolution as soon as possible in light of the arguments made in the record and it

is efficient because settlement approval leaves no remaining issues as to these Settling Defendants.

Dated: May 9, 2024                    **WILLIAMS DIRKS DAMERON LLC**

                                     */s/ Eric L. Dirks*
                                     Eric L. Dirks MO #54921
                                     Matthew L. Dameron MO #52093
                                     1100 Main Street, Suite 2600
                                     Kansas City, Missouri 64105
                                     Tel:    (816) 945-7110

Fax:     (816) 945-7118
dirks@williamsdirks.com
matt@williamsdirks.com

**BOULWARE LAW LLC**
Brandon J.B. Boulware MO # 54150
Jeremy M. Suhr MO # 60075
Erin D. Lawrence MO # 63021
1600 Genessee, Suite 416
Kansas City, MO 64102
Tel:     (816) 492-2826
brandon@boulware-law.com
jeremy@boulware-law.com
erin@boulware-law.com

**KETCHMARK AND MCCREIGHT P.C.**
Michael Ketchmark MO # 41018
Scott McCreight MO # 44002
11161 Overbrook Rd. Suite 210
Leawood, KS 66211
Tel:     (913) 266-4500
mike@ketchmclaw.com
smccreight@ketchmclaw.com

*Attorneys for Plaintiffs*

*/s/ Jeffrey A. LeVee*
Jeffrey A. LeVee (Pro Hac Vice)
jlevee@jonesday.com
JONES DAY
555 Flower St
Los Angeles, California 90071
Tel:   (213) 489-3939
Fax:  (213) 243-2539

Eddie Hasdoo (Pro Hac Vice)
ehasdoo@jonesday.com
JONES DAY
110 N Wacker Drive, Suite 4800
Chicago, Illinois 60606
Tel:   (312) 782-3939
Fax:  (312) 782-8585

Danne W. Webb (MO #39384)
Andrea S. McMurtry (MO#62495)
HORN AYLWARD & BANDY, LLC

2600 Grand Blvd., Suite 1100
Kansas City, MO 64108
Telephone: (816) 421-0700
Facsimile: (816) 421-0899
Email: dwebb@hab-law.com
Email: amcmurtry@hab-law.com

***Counsel for Defendant RE/MAX, LLC***

*/s/ David R. Buchanan*
David R. Buchanan
dbuchanan@bjpc.com
BROWN & JAMES, PC-KCMO
2345 Grand Boulevard
Suite 2100
Kansas City, MO 64108
(816) 472-0800

Timothy Ray (Pro Hac Vice)
timothy.ray@hklaw.com
Barack S. Echols (Pro Hac Vice)
barack.echols@hklaw.com
HOLLAND & KNIGHT LLP
150 North Riverside Plaza, Suite 2700
Chicago, IL 60606
(312) 263-3600

Dina W. McKenney (Pro Hac Vice)
dina.mckenney@hklaw.com
HOLLAND & KNIGHT LLP
1722 Routh Street, Suite 1500
Dallas, Texas 75201
(214) 969-1757

Boris Bershteyn (Pro Hac Vice)
boris.bershteyn@skadden.com
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001
(212) 735-3000

David C.  Kully (Pro Hac Vice)
david.kully@hklaw.com
Anna P.  Hayes (Pro Hac Vice)
anna.hayes@hklaw.com

HOLLAND & KNIGHT LLP
800 17th Street NW, Suite 1100
Washington, DC 20530
(202) 469-5415

Jennifer Lada (Pro Hac Vice)
jennifer.lada@hklaw.com
HOLLAND & KNIGHT LLP
31 West 52nd Street, 12th Floor
New York, NY 10019
(212) 513-3513

***Counsel for Keller Williams Realty, Inc.***

*/s/ Aaron Van Oort*
Aaron Van Oort (Pro Hac Vice)
aaron.vanoort@faegredrinker.com
Kevin Wagner, pro hac vice
kevin.wagner@faegredrinker.com
FAEGRE DRINKER BIDDLE & REATH LLP
2200 Wells Fargo Center
90 S. 7th Street
Minneapolis, MN 55402
(612) 766-7000

Karrie Clinkinbeard
kclinkinbeard@atllp.com
ARMSTRONG TEASDALE LLP-KCMO
2345 Grand Boulevard, Suite 1500
Kansas City, MO 64108
(816) 221-3240

Stacey Anne Mahoney (Pro Hac Vice)
stacey.mahoney@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178
(212) 309-6000

Kenneth Michael Kliebard (Pro Hac Vice)
kenneth.kliebard@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
110 North Wacker Drive
Chicago, IL 60606
(312) 324-1000

William T. McEnroe (Pro Hac Vice)
william.mcenroe@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
2222 Market Street
Philadelphia, PA 19103
(215) 963-5001

*Counsel for Defendant Anywhere Real Estate Inc. (f/k/a Realogy Holdings Corp.)*