UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| RHONDA BURNETT, JEROD BREIT, HOLLEE ELLIS, FRANCES HARVEY, and JEREMY KEEL, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>THE NATIONAL ASSOCIATION OF REALTORS, REALOGY HOLDINGS CORP., HOMESERVICES OF AMERICA, INC., BHH AFFILIATES, LLC, HSF AFFILIATES, LLC, RE/MAX LLC, and KELLER WILLIAMS REALTY, INC.,<br><br>    Defendants. | Case No. 4:19-cv-00332-SRB |

**NOTICE OF APPEAL**

Notice is hereby given that James Mullis hereby appeals to the United States Court of Appeals for the Eighth Circuit from the district court's Order granting final approval of settlements with Anywhere Real Estate, Inc. (f/k/a Realogy Holdings Corp.), RE/MAX LLC, and Keller Williams Realty, Inc. entered on May 9, 2024 (ECF No. 1487); Order granting Joint Motion to Certify Final Settlement Approval Order Pursuant to Rule 54(b) entered on May 9, 2024 (ECF No. 1490); and all other orders adverse in whole or in part to Mr. Mullis.[1]

---

[1] Mr. Mullis is a member of the proposed settlement classes set forth in the Court's May 9, 2024 Order (ECF No. 1487 at 4) as well as a named plaintiff in *Batton v. Nat'l Ass'n of Realtors, et al.*, 21-cv-430 (N.D. Ill.) and *Batton v. Compass, et al.*, 23-cv-15618 (N.D. Ill.). Mr. Mullis objected to the approval of the class-action settlements between the plaintiffs in this action and defendants Anywhere Real Estate, Inc. (f/k/a Realogy Holdings Corp.), RE/MAX LLC, and Keller Williams Realty, Inc. *See* ECF No. 1447 (Apr. 13, 2024).

Respectfully submitted,

Dated: May 31, 2024

        */s/ Randall P. Ewing, Jr.*
        Randall P. Ewing, Jr. (Ill. Bar #6294238)
        George A. Zelcs (Ill. Bar No. 3123738)
        Ryan Z. Cortazar (Ill. Bar No. 6323766)
        **KOREIN TILLERY, LLC**
        205 North Michigan Avenue, Suite 1950
        Chicago, IL 60601
        Telephone: 312-641-9750
        Facsimile: 312-641-9751
        gzelcs@koreintillery.com
        rewing@koreintillery.com
        rcortazar@koreintillery.com

        Steven M. Berezney (MO Bar #56091)
        Michael E. Klenov
        Carol O'Keefe
        **KOREIN TILLERY LLC**
        505 N. 7th Street, Suite 3600
        St. Louis, MO 63101
        Telephone: (314) 241-4844
        sberezney@koreintillery.com
        mklenov@koreintillery.com
        cokeefe@koreintillery.com

        Vincent Briganti (*admitted pro hac vice*)
        Christian Levis (*admitted pro hac vice*)
        Noelle Forde (*admitted pro hac vice*)
        **LOWEY DANNENBERG, P.C.**
        44 South Broadway, Suite 1100
        White Plains, NY 10601
        Telephone: (914) 997-0500
        Facsimile: (914) 997-0035
        vbriganti@lowey.com
        clevis@lowey.com
        nforde@lowey.com

        *Attorneys for James Mullis*

## CERTIFICATE OF SERVICE

I hereby certify that on May 31, 2024, the foregoing was filed electronically with the Clerk of Court of the Western District of Missouri to be served by the Court's electronic filing system to all Counsel of Record:

*/s/ Randall P. Ewing, Jr.*
Name
