IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| RHONDA BURNETT, JEROD BREIT, JEREMY KEEL, HOLLEE ELLIS, and FRANCES HARVEY, on behalf of themselves and all others similarly situated, | ) ) ) ) ) ) | CASE NO. 19-CV-00332-SRB Judge Stephen R. Bough |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| THE NATIONAL ASSOCIATION OF REALTORS, REALOGY HOLDINGS CORP. (n/k/a ANYWHERE REAL ESTATE, INC.), HOMESERVICES OF AMERICA, INC., BHH AFFILIATES, LLC, HSF AFFILIATES, LLC, RE/MAX LLC, and KELLER WILLIAMS REALTY, INC., | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**OBJECTORS BENNY D. CHEATHAM, ROBERT DOUGLASS, DOUGLAS FENDER, AND DENA FENDER'S SUGGESTIONS IN SUPPORT OF THEIR RULE 59(e) MOTION TO ALTER OR AMEND THE ORDER FINALLY APPROVING THE SETTLEMENT BETWEEN THE NAMED PLAINTIFFS AND ANYWHERE REAL ESTATE INC. RE/MAX LLC AND KELLER WILLIAMS REALTY, INC.**

Objectors Benny D. Cheatham, Robert Douglass, Douglas Fender, and Dena Fender (Cheatham objectors) respectfully submit this Memorandum containing suggestions in support of their Rule 59(e) Motion to Alter or Amend the Judgment in the above case.

I. **Introduction**

On October 5, 2023, settlement agreements between RE/Max and Anywhere Real Estate Inc. and the named Plaintiffs were filed in the above action. Dkt. Nos. 1192-3 and 1192-

4. After trial of the remaining Defendants, Keller Williams came to a settlement agreement filed on February 1, 2024. Dkt. No. 1371-1.  In response to those settlement agreements, above Objectors filed an Objection on April 12, 2024.  Dkt. No. 1441.  Objectors then filed a Motion for Discovery with suggestions in support of that Motion dated April 16, 2024.  Dkt. No. 1452. Keller Williams filed suggestion in opposition (Dkt. No. 1464), and Objectors filed reply suggestions (Dkt. No. 1464).  Objectors reiterated their request for discovery at the fairness hearing. No Order has issued regarding that Motion.  As to the substance of the request, Objectors would rest on their previous submissions.

    **II.       The Motion was Timely**.

As is pointed out in the Reply Suggestions, there is an entire section of the Objection requesting discovery.  Dkt. No. 1441 at 12-13.  The actual request is phrased as "these Objectors are informed and believe that they should be entitled to the financial records under seal or subpoenaed for trial, any documents reviewed at mediation, and any other documents provided by Keller Williams used to prove its financial condition to the Plaintiffs."  Id. at 13.  The Motion is simply the mechanism by which Objectors are requesting that information.

Further the instant Objectors' attorneys did request Keller Williams' financial data from the Plaintiffs' attorneys weeks before the deadline for filing objections.  In a phone call with Brandon Boulware, which took place either shortly before or shortly after the MDL panel hearing on March 28, objectors' attorneys asked for Keller Williams financial data.  Objectors' attorneys have continually told Mr. Boulware, in each phone call, that they have a very high regard for the Plaintiffs' attorneys trial work in this case and do not question their fee requests. The Objectors' sole concern is with the great disparity between what has been proven about the "enormous profits" that the Defendants, including Keller Williams, have accumulated through

their scheme and the relatively insignificant amount Keller Williams proposes to return its clients. When Objectors' attorneys asked Mr. Boulware for the Keller Williams financial data that the proposed settlement would be based on, he told them he would discuss their request with his colleagues and get back to them.

**III.  Conclusion**

The Court has not ruled upon this Motion, though it appears that the Court intends to deny the Motion given it issued an Order giving final approval to the settlements between the named Plaintiffs and Anywhere, RE/Max, and Keller Williams. Objectors ask that the Motion be ruled upon so that they may include it in their appeal. Again, as to the substance, Objectors would rely on their previous submissions.

                                        KNIE & SHEALY

                                        */s/ Patrick E. Knie*

                                        Patrick E. Knie
                                        Federal I.D. No. 2370
                                        Matthew W. Shealy
                                        Federal I.D. No. 12823
                                        P.O. Box 5159
                                        250 Magnolia Street
                                        Spartanburg, S.C.  29304
                                        Telephone No. (864) 582-5118
                                        Telefax No. (864) 585-1615

                                        Mitch Slade
                                        MITCH SLADE LAW OFFICE, P.A.
                                        Federal I.D. No. 5352
                                        P.O. Box 1007
                                        Spartanburg, S.C.  29304
                                        Telephone: (864) 582-4212

                                        ATTORNEYS FOR OBJECTORS

June 3, 2024

3

4