IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| RHONDA BURNETT, JEROD BREIT, JEREMY KEEL, HOLLEE ELLIS, and FRANCES HARVEY, on behalf of themselves and all others similarly situated, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | CASE NO. 4:19-CV-00332-SRB |
| v. | ) ) | |
| THE NATIONAL ASSOCIATION OF REALTORS, REALOGY HOLDINGS CORP. (n/k/a ANYWHERE REAL ESTATE, INC.), HOMESERVICES OF AMERICA, INC., BHH AFFILIATES, LLC, HSF AFFILIATES, LLC, RE/MAX LLC, and KELLER WILLIAMS REALTY, INC., | ) ) ) ) ) ) ) ) ) | |
| Defendants. | | |

**NOTICE OF APPEAL**

Notice is hereby given that Objector Spring Way Center, LLC appeals to the United States Court of Appeals of the Eighth Circuit from the Court's Orders in this matter entered on May 9, 2024 and docketed with this Court at Docket Numbers 1487, 1489, and 1490.

Dated: June 7, 2024

By: */s/ Bruce C. Fox*
Bert S. Braud, Esquire
MO ID No.: 34325
bbraud@pophamlaw.com
THE POPHAM LAW FIRM
712 Broadway, Suite 100
Kansas City, MO 64105
(816) 221-2288

1

Bruce C. Fox, Esquire
*PRO HAC VICE*
Bruce.Fox@Obermayer.com
Andrew J. Horowitz, Esquire
*PRO HAC VICE*
Andrew.Horowitz@Obermayer.com
OBERMAYER REBMANN MAXWELL &
HIPPEL, LLP
525 William Penn Place, Ste. 1710
Pittsburgh, PA 15219
(412) 566-1500

*Counsel for Spring Way Center, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 7, 2024, this document was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the attorneys of record registered with the CM/ECF system.

*/s/ Bruce C. Fox*

Bruce C. Fox

3

Case 4:19-cv-00332-SRB   Document 1506   Filed 06/07/24   Page 3 of 3