IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| RHONDA BURNETT, JEROD BREIT, HOLLEE ELLIS, FRANCES HARVEY, and JEREMY KEEL, on behalf of themselves and all others similarly situated,<br><br>                Plaintiffs,<br>v.<br><br>THE NATIONAL ASSOCIATION OF REALTORS, REALOGY HOLDINGS CORP., HOMESERVICES OF AMERICA, INC., BHH AFFILIATES, LLC, HSF AFFILIATES, LLC, RE/MAX LLC, and KELLER WILLIAMS REALTY, INC.,<br><br>                Defendants. | Case No. 19-CV-00332-SRB |

## UNOPPOSED MOTION TO APPROVE FORM OF NOTICES

On April 23, 2024, the Court granted preliminary approval of the NAR Settlement. Doc. 1460. The Court authorized JND Legal Administration ("JND") to "implement the parties' Class Notice Plan as outlined in the Declaration of Jennifer M. Keough" *Id*. Plaintiffs and the HomeServices Defendants filed their Motion for Preliminary Approval on August 7, 2024. Doc. 1518. Plaintiffs are preparing to send and publish notice for the NAR Settlement, and, in the event the Court grants Plaintiffs' motion for preliminary approval as to the HomeServices Settlement (Doc. 1518), also for the HomeServices Settlement. Plaintiffs, NAR and HomeServices respectfully request that the Court approve the content of the various notices being sent and published. Exhibit A is the NAR "long form" notice that will be posted to the settlement website. Exhibit B is the HomeServices "long form" notice that will be posted to the settlement website. Exhibit C is the "email notice" that will be sent to identified class members via email. Exhibit D

is the "postcard notice" that will be mailed to identified class members via U.S. mail. The notices are derived from and substantially similar to the notices of settlements with Anywhere Real Estate Inc. ("Anywhere") and RE/MAX LLC ("RE/MAX") provided to, and approved by, the Court. *See Burnett* Doc. 1319-1 at 76 (Keough Declaration, Exhibit B); *see also* Docs. 1365, 1365-1, 1365-2, 1365-3, 1366 (proposed notices and order approving form of notices).

These notices include the deadlines for filing objections and exclusions as well as the date of the final approval hearing. The long form notice will be posted to the website, and the initial postcard notice will be mailed to Class Members at least 60 days prior to the objection/opt out deadline. The email and publication campaign will continue throughout the notice period.

The parties wish to send these notices as soon as possible and, therefore, respectfully request that the Court grant this motion without delay and authorize the parties to send notice in substantial compliance with Exhibits A-D, with the possible addition of other settling defendants.

Respectfully submitted by:

| **HAGENS BERMAN SOBOL SHAPIRO LLP** | **WILLIAMS DIRKS DAMERON LLC** |
|---|---|
| */s/ Jeannie Y. Evans* | */s/ Eric L. Dirks* |

Steve W. Berman (*pro hac vice*)
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
steve@hbsslaw.com

Rio S. Pierce (*pro hac vice*)
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
riop@hbsslaw.com

Michael A. Williams    MO # 47538
Matthew L. Dameron    MO # 52093
Eric L. Dirks    MO # 54921
1100 Main Street, Suite 2600
Kansas City, MO 64105
Tele: (816) 945 7110
Fax: (816) 945-7118
mwilliams@williamsdirks.com
matt@williamsdirks.com
dirks@williamsdirks.com

Jeannie Evans (*pro hac vice*)
Nathan Emmons (Mo. Bar. No. 70046)
455 North Cityfront Plaza Drive, Suite 2410
Chicago, IL 60611
Telephone: (708) 628-4949
jeannie@hbsslaw.com
nathane@hbsslaw.com

**COHEN MILSTEIN SELLERS & TOLL PLLC**
Benjamin D. Brown (*pro hac vice*)
Robert A. Braun (*pro hac vice*)
Sabrina Merold (*pro hac vice*)
1100 New York Ave. NW, Fifth Floor
Washington, DC 20005
Telephone: (202) 408-4600
bbrown@cohenmilstein.com
rbraun@cohenmilstein.com
smerold@cohenmilstein.com

Daniel Silverman (*pro hac vice*)
769 Centre Street, Suite 207
Boston, MA 02130
Telephone: (617) 858-1990
dsilverman@cohenmilstein.com

**SUSMAN GODFREY L.L.P.**
Marc M. Seltzer (*pro hac vice*)
Steven G. Sklaver (*pro hac vice*)
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Telephone: (310) 789-3100
mseltzer@susmangodfrey.com
ssklaver@susmangodfrey.com

Beatrice C. Franklin (*pro hac vice*)
One Manhattan West
New York, New York 10001
Telephone: (212) 336-8330
bfranklin@susmangodfrey.com

Matthew R. Berry (*pro hac vice*)
Floyd G. Short (*pro hac vice*)
Alexander W. Aiken (*pro hac vice*)
401 Union St., Suite 3000

**BOULWARE LAW LLC**
Brandon J.B. Boulware		MO # 54150
Jeremy M. Suhr			MO # 60075
Erin D. Lawrence			MO # 63021
1600 Genessee Street, Suite 416
Kansas City, MO 64102
Tele:	(816) 492-2826
Fax:	(816) 492-2826
brandon@boulware-law.com jeremy@boulware-law.com
erin@boulware-law.com

**KETCHMARK AND MCCREIGHT P.C.**
Michael Ketchmark		MO # 41018
Scott McCreight			MO # 44002
11161 Overbrook Rd. Suite 210
Leawood, Kansas 66211
Tele:	(913) 266-4500
mike@ketchmclaw.com
smccreight@ketchmclaw.com

*Attorneys for Plaintiffs and the Class*

Seattle, Washington 98101
Telephone: (206) 516-3880
mberry@susmangodfrey.com
fshort@susmangodfrey.com
aaiken@susmangodfrey.com

*Attorneys for Plaintiffs and the Class*