Art Gonzalez
1139 Sanford Ave.
Wilmington, Ca 90744
310-200-7010
Pro Se Plaintiff
Email: southbayhomesla@gmail.com

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

RHONDA BURNETT, JEROD BREIT, JEREMY ) **COVER PAGE**
KEEL, HOLLEE ELLIS, AND FRANCES HARVERY, ) CASE NO:4:19-cv-00332-SRB
ON BEHALF OF THEMSELVES )
AND ALL OTHERS SIMILARLY SITUATED )
PLAINTIFFS )
V. )
THE NATIONAL ASSOCIATION OF REALTORS, )
REALOGY HOLDING CORP., HOMESERVICES OF )
AMERICA, INC., BHH AFFILIATES, LLC, HSF )
AFFILIATES, LLC, RE/MAX, LLC, AND KELLER )
WILLIAMS REALTY, INC., )
 )

To the clerk, pro-se NAR member Art Gonzalez respectfully requests that in this amended proof of service that the entry in the docket read as follows, amended proof of service from NAR member Art Gonzalez with eXp Realty notified Steven J. Mintz from the U.S. Department of Justice that because of the Confusion the exists in the Real Estate Industry the Sellers might have misrepresented their claim as the Buyers are the ones that have payed for the commissions when the Adversary Commission Rule was mandated. Also, NAR member Art Gonzalez request that in the interested party section for NAR member Arturo Gonzalez that it read as follows, NAR Member Art Gonzalez with eXp Realty.

Respectfully submitted,

_____ 8-21-24

Art Gonzalez                Date:

- 1 -

# AMENDED PROOF OF SERVICE
Case No. CASE NO:4:19-cv-00332-SRB

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and not a party to the action. My Address is 1139 Sanford Ave., Wilmington Ca 90744

On the below date, I served the following document(s) described as:
**NOTICE OF MOTION FOR:**

**NOTICE:**
PRO-SE LITIGANT ART GONZALEZ WITH EXP REALTY IS NOTIFYING THE COURT OF 2 ISSUES. IT APPEARS THAT THE CLASS MEMBERS (SELLERS) HAVE UNINTENTIONALLY MISREPRESENTED THEIR CLAIM FOR DAMAGES DUE TO THE CONFUSION THAT EXISTS IN THE INDUSTRY CONCERNING THE COMMISSION STRUCTURE. THE CLASS MEMBERS SUBMITTED A CLAIM IN WHICH THEY PAID COMMISSIONS, HOWEVER, DUE TO THE CONFUSION THAT EXISTS AS POINTED OUT IN THE COMPLAINT IN REGARDS TO THE COMMISSION STRUCTURE, BUYERS ARE THE ONES THAT PAID FOR THE COMMISSIONS AND THEREFORE, THE CLASS MEMBERS DON'T HAVE A CLAIM. ALSO, THE NEW RULES ARE NOT TRANSPARENT AS IN SOME INSTANCES THE BUYER WILL BE STUCK PAYING THE SELLER'S AGENT COMMISSION. IN THE INTEREST OF JUSTICE THE COURT CAN TAKE ANY ACTION SUCH AS STAYING THE CASE OR OTHER ACTION IT DEEMS NECESSARY OTHER WISE NAR MEMBERS MAY SUFFER IRREPARABLE DAMAGE.

**SEE ATTACHED SERVICE LIST**

[X] **(BY U.S. MAIL)** I enclosed the above-stated document(s) in a sealed envelope or package addressed to the person(s) at the address(es) listed by placing the envelope or package for collection and mailing, following our ordinary business practices. I am readily familiar with the firm's practice for collection and processing correspondence for mailing. Under that practice, on the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the U.S. Postal Service, in a sealed envelope of package with the postage fully prepaid thereon. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit

[ ] **(BY FAX TRANSMISSION)** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed above. No error was reported by the fax machine that I used. A copy of the record of the fax transmission containing the time, date, and sending fax machine telephone number, which I printed out, is attached.

[ ] **(B)** I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses listed above. I placed the envelope or package for collection and delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

I declare under penalty of a perjury under the laws of the State of California that the foregoing is true and correct.

Executed on August 16th, 2024 at Wilmington, California.

*Carlota Gonzalez*
Carlota Gonzalez

1

## SERVICE LIST

1 | Steven J. Mintz
2 | U.S. Department of Justice- DC
  | 950 Pennsylvania Ave. NW
3 | Washington, DC 20530