7487 Morgan Avenue
Frisco, TX 75036
September 9, 2024

Clerk of the Court
United States District Court for the Western District of Missouri
400 E. 9th St., Room 7462
Kansas City, Missouri 64106

**RE: SETTLEMENT OBJECTION**
   Burnett et al. v. The National Association of Realtors et al., Case No. 19-CV-00332-SRB

Dear U.S. District Court Clerk,

I am still awaiting a response to my formally filed objection with this court. Please provide an update and next steps for filing our claim.

Thanks in advance,

*Jeffrey Nordquist*

Copies of the original objection were also provided to Class Counsel and Defendant's Counsel.
**Class Counsel:**
   Williams Dirks Dameron LLC c/o Eric Dirks 1100 Main Street, Suite 2600 Kansas City MO 64105
**Anywhere and RE/MAX Counsel:**
   Faegre Drinker Biddle & Reath LLP c/o Aaron Van Oort 2200 Wells Fargo Center, 90 South Seventh Street Minneapolis, MN 55402
   Jones Day c/o Jeffrey LeVee 555 S. Flower Street, 50th Floor Los Angeles, CA 90071

7487 Morgan Avenue
Frisco, TX 75036
March 15, 2024

Clerk of the Court
United States District Court for the Western District of Missouri
400 E. 9th St., Room 7462
Kansas City, Missouri 64106

RE: **SETTLEMENT OBJECTION**
**Burnett et al. v. The National Association of Realtors et al., Case No. 19-CV-00332-SRB**

Dear U.S. District Court Clerk,

I object to the proposed settlement terms of the aforementioned class action lawsuit.

Specifically, I object to the <u>inclusion criteria being different</u> depending on the realtors involved. The settlement currently envisions these inclusion criteria for "Any MLS in the United States other than the MLSs listed above":

Keller Williams:                              October 31, 2019 through February 1, 2024
Anywhere and Re/Max Settlements:   February 1, 2020 through February 1, 2024

**These inclusion criteria should be <u>harmonized across all affected parties</u> to include closing dates ranging from <u>October 31, 2019 through February 1, 2024</u>.**

Thank you in advance for your consideration,

*/s/ Jeffrey Nordquist*
Jeffrey Nordquist

Copies of this objection are also being provided to Class Counsel and Defendant's Counsel.
**Class Counsel:**
  Williams Dirks Dameron LLC c/o Eric Dirks 1100 Main Street, Suite 2600 Kansas City MO 64105
**Anywhere and RE/MAX Counsel:**
  Faegre Drinker Biddle & Reath LLP c/o Aaron Van Oort 2200 Wells Fargo Center, 90 South Seventh Street Minneapolis, MN 55402
  Jones Day c/o Jeffrey LeVee 555 S. Flower Street, 50th Floor Los Angeles, CA 90071