IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

```
RHONDA BURNETT, JEROD        )
BREIT, JEREMY KEEL,          )
HOLLEE ELLIS, and FRANCES    )
HARVEY, on behalf of         )
themselves and all others    )
similarly situated,          )
                             )
         Plaintiffs,         )   C/A NO.: 19-CV-00332-SRB
                             )
vs.                          )   NOTICE OF FILING
                             )
THE NATIONAL ASSOCIATION     )
OF REALTORS, REALOGY         )
HOLDINGS CORP.               )
(n/k/a ANYWHERE REAL         )
ESTATE, INC.),               )
HOMESERVICES OF AMERICA,     )
INC., BHH AFFILIATES,        )
LLC, HSF AFFILIATES, LLC,    )
RE/MAX LLC, and KELLER       )
WILLIAMS REALTY, INC.,       )
                             )
         Defendants.         )
```

Patrick E. Knie, Attorney for the Objectors, is filing the attached Objectors Benny D. Cheatham, Robert Douglass, Douglas Fender, and Dena Fender's Objection to the National Association of Realtors' Settlement. [Docket No. 1458].

***Signature Page to Follow***

KNIE & SHEALY

*/s/ Patrick E. Knie*
_____
Patrick E. Knie
Federal I.D. No. 2370
Matthew W. Shealy
Federal I.D. No. 12823
P.O. Box 5159
250 Magnolia Street
Spartanburg, S.C.  29304
Telephone No.  (864) 582-5118
Telefax No.    (864) 585-1615


Mitch Slade
MITCH SLADE LAW OFFICE, P.A.
Federal I.D. No. 5352
P.O. Box 1007
Spartanburg, S.C.  29304
Telephone: (864) 582-4212

ATTORNEYS FOR OBJECTORS

October 28, 2024