IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

```
RHONDA BURNETT, JEROD     )
BREIT, JEREMY KEEL,       )
HOLLEE ELLIS, and FRANCES )
HARVEY, on behalf of      )
themselves and all others )
similarly situated,       )
                          )
          Plaintiffs,     )    C/A NO.: 19-CV-00332-SRB
                          )
vs.                       )    AMENDED NOTICE OF FILING
                          )
THE NATIONAL ASSOCIATION  )
OF REALTORS, REALOGY      )
HOLDINGS CORP.            )
(n/k/a ANYWHERE REAL      )
ESTATE, INC.),            )
HOMESERVICES OF AMERICA,  )
INC., BHH AFFILIATES,     )
LLC, HSF AFFILIATES, LLC, )
RE/MAX LLC, and KELLER    )
WILLIAMS REALTY, INC.,    )
                          )
          Defendants.     )
```

Patrick E. Knie, Attorney for the Objectors, is filing the attached Objectors Benny D. Cheatham, Robert Douglass, Douglas Fender, and Dena Fender's Objection to the HomeServices Settlement. {Docket No. 1518}.

***Signature Page to Follow***

KNIE & SHEALY

                                /s/ Patrick E. Knie
                                _____
                                Patrick E. Knie
                                Federal I.D. No. 2370
                                Matthew W. Shealy
                                Federal I.D. No. 12823
                                P.O. Box 5159
                                250 Magnolia Street
                                Spartanburg, S.C.  29304
                                Telephone No.  (864) 582-5118
                                Telefax No.    (864) 585-1615


                                Mitch Slade
                                MITCH SLADE LAW OFFICE, P.A.
                                Federal I.D. No. 5352
                                P.O. Box 1007
                                Spartanburg, S.C.  29304
                                Telephone: (864) 582-4212

                                ATTORNEYS FOR OBJECTORS

October 28, 2024