Hao Zhe Wang
PO Box 7075
New York, NY 10150

November 7, 2024

The Honorable Judge Stephen R. Bough
United States District Court
Western District of Missouri
400 E 9th St
Kansas City MO 64106

RE: *Burnett v. The National Association of Realtors*, No. 4:19-cv-00332

Dear Honorable Sir,

I am a *pro se* non-attorney interested party in the above-captioned cases. I timely filed an objection to the NAR settlement and intent to appear at the fairness hearing on October 25, 2024. Dkt. 1547. The Court has since scheduled ordered all objectors to appear in person at the fairness hearing scheduled for November 26 at 1:30 pm. Dkt. 1566.

In my October 25 filing, I also asked for the Court's permission for me to bring my personal electronic devices to the hearing if I have to appear in person. The clerk's office confirmed that without the Court's order I would not be allowed to do so on November 26. The docket for this case is long, and it is impractical for me to bring hardcopies all relevant filings from plaintiffs, defendants, and other objectors. I have left a few voicemails with the courtroom deputy regarding this issue and am writing to renew my request for the permission to bring personal electronic devices to the hearing.

I have not been able to find Western District of Missouri's policies and restrictions on courtroom use of personal electronic devices on its website. But I am familiar with common restrictions in other federal courthouses, such as the disabling of audio and video recording functions. I am also ready to follow any instructions and restrictions this Court would impose on

my use of electronic devices should it grant my permission to bring these devices to the courtroom.

Most respectfully,

Hao Zhe Wang