IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| RHONDA BURNETT, JERROD BREIT, HOLLEE ELLIS, FRANCES HARVEY, AND JEREMY KEEL, on behalf of themselves and all others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>THE NATIONAL ASSOCIATION OF REALTORS, *et al.*<br><br>Defendants. | Case No. 19-CV-00332-SRB |

## ENTRY OF APPEARANCE

Matthew T. Swift hereby enters his appearance as counsel on behalf of the Opt-In Settling Defendants/Intervenors Brown Harris Stevens. Brown Harris Stevens includes all predecessor brokerages and affiliated brokerages entities and every brokerage owned by the parent entity Terra Holdings, LLC as described in Paragraph A.2 of the applicable Settlement Agreement.[1]

---

[1] Brown Harris Stevens Brooklyn, LLC, Brown Harris Stevens Residential Sales, LLC, Brown Harris Stevens Queens, LLC, Brown Harris Stevens Forest Hills, LLC, Brown Harris Stevens Riverdale, LLC, Brown Harris Stevens Development Marketing, LLC Brown Harris Stevens Marketing and Sales, LLC. Brown Harris Stevens Hudson Valley, LLC. Brown Harris Stevens of the Hamptons, LLC, Brown Harris Stevens Westhampton, LLC, Brown Harris Stevens New Jersey, LLC, Brown Harris Stevens of Palm Beach, Brown Harris Stevens. Miami, LLC, Brown Harris Stevens Connecticut, LLC, Halstead Brooklyn, LLC, Halstead East Hampton, LLC, Halstead Forest Hills, LLC, Halstead Hamptons, LLC, Halstead Property Development. Marketing, LLC, Halstead Hudson Valley, LLC, Halstead Queens, LLC, Halstead Connecticut, LLC, Halstead Property, LLC and Halstead Manhattan, LLC, Halstead New Jersey, LLC, Halstead New Jersey Development Marketing, LLC.

Respectfully submitted,

**POSPISIL SWIFT LLC**

/s/ *Matthew T. Swift*
Michael D. Pospisil   MO # 49139
Matthew T. Swift      MO # 63601
Pospisil Swift LLC
1600 Genessee St., Ste. 340
Kansas City, Missouri 64102
Telephone:  (816) 895-6440
Facsimile:  (816) 895-9161
Email: mdp@pslawkc.com
mts@pslawkc.com

ATTORNEYS FOR BROWN HARRIS
OPT-IN SETTLEMENT PARTIES

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the above pleading was served on all counsel of record via electronic filing on November 11, 2024.

/s/     *Matthew T. Swift*
Attorney