IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| RHONDA BURNETT, JEROD BREIT, HOLLEE ELLIS, FRANCES HARVEY, and JEREMY KEEL, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE NATIONAL ASSOCIATION OF REALTORS, REALOGY HOLDINGS CORP., HOMESERVICES OF AMERICA, INC., BHH AFFILIATES, LLC, HSF AFFILIATES, LLC, RE/MAX LLC, and KELLER WILLIAMS REALTY, INC.,<br><br>Defendants. | Case No. 19-CV-00332-SRB |

**PLAINTIFFS' RESPONSE TO TANYA MONESTIER'S MOTION FOR RECONSIDERATION**

In response to Objector Monestier's Motion for Reconsideration (Doc. 1574), Plaintiffs request that the Court consider and overrule her objection on the merits regardless of whether she attends the upcoming November 26, 2024 hearing. Plaintiffs will respond to it (and the few other timely submitted objections) ahead of the final approval hearing.

November 12, 2024

Respectfully Submitted,

*/s/ Robert A. Braun*

Benjamin D. Brown (*pro hac vice*)
Robert A. Braun (*pro hac vice*)
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Ave. NW, Fifth Floor
Washington, DC 20005
(202) 408-4600

*/s/ Eric L. Dirks*

Eric L. Dirks MO #54921
**WILLIAMS DIRKS DAMERON LLC**
1100 Main Street, Suite 2600
Kansas City, Missouri 64105
Tel: (816) 945-7110
Fax: (816) 945-7118
dirks@williamsdirks.com

1

bbrown@cohenmilstein.com
rbraun@cohenmilstein.com

Steve W. Berman (*pro hac vice*)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Avenue, Suite 2000
Seattle, WA 98101
(206) 623-7292
steve@hbsslaw.com

Rio S. Pierce (*pro hac vice*)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
(510) 725-3000
riop@hbsslaw.com

Marc M. Seltzer (*pro hac vice*)
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
(310) 789-3100
mseltzer@susmangodfrey.com
ssklaver@susmangodfrey.com

Brandon J.B. Boulware MO # 54150
Jeremy M. Suhr MO # 60075
**BOULWARE LAW LLC**
1600 Genessee, Suite 956A
Kansas City, MO 64102
Tel:    (816) 492-2826
brandon@boulware-law.com
jeremy@boulware-law.com

Michael Ketchmark MO # 41018
Scott McCreight MO # 44002
**KETCHMARK AND MCCREIGHT P.C.**
11161 Overbrook Rd. Suite 210
Leawood, KS 66211
Tel:    (913) 266-4500
mike@ketchmclaw.com
smccreight@ketchmclaw.com

*Attorneys for the Settlement Class*