IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| RHONDA BURNETT, JEROD BREIT, JEREMY KEEL, HOLLEE ELLIS, and FRANCES HARVEY, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>THE NATIONAL ASSOCIATION OF REALTORS, REALOGY HOLDINGS CORP. (n/k/a ANYWHERE REAL ESTATE, INC.), HOMESERVICES OF AMERICA, INC., BHH AFFILIATES, LLC, HSF AFFILIATES, LLC, RE/MAX LLC, and KELLER WILLIAMS REALTY, INC.,<br><br>    Defendants. | CASE NO. 19-CV-00332-SRB<br><br>Judge Stephen R. Bough<br><br>MOTION TO REVISE OR RECONSIDER THE ORDER OF THE HONORABLE STEPHEN R. BOUGH OF NOVEMBER 4, 2024 COMPELLING ATTENDANCE OF OBJECTORS |

TO: ATTORNEYS FOR THE SETTLING PARTIES

   YOU WILL PLEASE TAKE NOTICE that objectors Benny D. Cheatham, Robert Douglass, Douglas Fender, and Dena Fender move the Court, pursuant to Rule 59(e) of the Federal Rules of Civil Procedure, for a Motion to Revise or Reconsider the Order of the Honorable Stephen R. Bough requiring that they attend in person at the November 26, 2024 fairness hearing.

   Objectors Benny D. Cheatham, Robert Douglass, Douglas Fender, and Dena Fender rely on their suggestions in support of this FRCP 59(e) .

KNIE & SHEALY

*/s/ Patrick E. Knie*

Patrick E. Knie
Federal I.D. No. 2370
Matthew W. Shealy
Federal I.D. No. 12823
P.O. Box 5159
250 Magnolia Street
Spartanburg, S.C. 29304
Telephone No. (864) 582-5118
Telefax No. (864) 585-1615

Mitch Slade
MITCH SLADE LAW OFFICE, P.A.
Federal I.D. No. 5352
P.O. Box 1007
Spartanburg, S.C. 29304
Telephone: (864) 582-4212

ATTORNEYS FOR OBJECTORS

November 13, 2024

2

Case 4:19-cv-00332-SRB    Document 1578    Filed 11/13/24    Page 2 of 2