IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| RHONDA BURNETT, JEROD BREIT, JEREMY KEEL, HOLLEE ELLIS, and FRANCES HARVEY, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> THE NATIONAL ASSOCIATION OF REALTORS, REALOGY HOLDINGS CORP. (n/k/a ANYWHERE REAL ESTATE, INC.), HOMESERVICES OF AMERICA, INC., BHH AFFILIATES, LLC, HSF AFFILIATES, LLC, RE/MAX LLC, and KELLER WILLIAMS REALTY, INC., <br><br> Defendants. | CASE NO. 19-CV-00332-SRB <br><br> Judge Stephen R. Bough |

## OBJECTORS BENNY D. CHEATHAM, ROBERT DOUGLASS, DOUGLAS FENDER, AND DENA FENDER'S SUGGESTIONS IN SUPPORT OF THEIR RULE 59(e) MOTION TO ALTER OR AMEND THE ORDER REQUIRING THEIR ATTENDANCE IN PERSON AT THE NOVEMBER 26, 2024 FAIRNESS HEARING

Objectors Benny D. Cheatham, Robert Douglass, Douglas Fender, and Dena Fender (Cheatham objectors) respectfully submit this Memorandum containing suggestions in support of their Rule 59(e) Motion to Alter or Amend the Text Order docket number 1566 in the above case. Objectors, in order to avoid duplicating arguments already ably made, join in Mrs. Monestier's motion to reconsider (docket number 1574) this text order and incorporate those arguments herein. Objectors also point out the inequitable nature of requiring that they be present in their person, but not requiring Defendant representatives or the Plaintiffs themselves

to appear. Objectors' Counsel will still be present at the hearing in order to present their objection to the Court.

                    KNIE & SHEALY

                    */s/ Patrick E. Knie*

                    Patrick E. Knie
                    Federal I.D. No. 2370
                    Matthew W. Shealy
                    Federal I.D. No. 12823
                    P.O. Box 5159
                    250 Magnolia Street
                    Spartanburg, S.C. 29304
                    Telephone No. (864) 582-5118
                    Telefax No. (864) 585-1615

                    Mitch Slade
                    MITCH SLADE LAW OFFICE, P.A.
                    Federal I.D. No. 5352
                    P.O. Box 1007
                    Spartanburg, S.C. 29304
                    Telephone: (864) 582-4212

                    ATTORNEYS FOR OBJECTORS

November 13, 2024