IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| RHONDA BURNETT, JERROD BREIT, HOLLEE ELLIS, FRANCES HARVEY, AND JEREMY KEEL, on behalf of themselves and all others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>THE NATIONAL ASSOCIATION OF REALTORS, *et al.*<br><br>Defendants. | Case No. 19-CV-00332-SRB |

## ENTRY OF APPEARANCE

Matthew T. Swift hereby enters his appearance as counsel on behalf of Opt-In Settling Defendants/Intervenors RealTech Holdings, Inc., Suitey, Inc., The Agency IP Holding Co., LLC, UMRO Realty Corp dba The Agency, and The Agency Real Estate Franchising, LLC (collectively, "The Agency").

Respectfully submitted,

**POSPISIL SWIFT LLC**

*/s/ Matthew T. Swift*
Michael D. Pospisil   MO # 49139
Matthew T. Swift      MO # 63601
Pospisil Swift LLC
1600 Genessee St., Ste. 340
Kansas City, Missouri 64102
Telephone:  (816) 895-6440
Facsimile:   (816) 895-9161
Email: mdp@pslawkc.com
          mts@pslawkc.com

ATTORNEYS FOR OPT-IN SETTLING DEFENDANT/INTERVENOR THE AGENCY

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the above pleading was served on all counsel of record via electronic filing on November 13, 2024.

/s/   *Matthew T. Swift*
         Attorney

2
Case 4:19-cv-00332-SRB   Document 1580   Filed 11/13/24   Page 2 of 2