KOREIN TILLERY
*Attorneys at Law*
Michigan Plaza
205 North Michigan Avenue, Suite 1950
Chicago, IL 60601-4263

www.KoreinTillery.com

Randall P. Ewing Jr.
Rewing@koreintillery.com
*p: (312) 641-9750*
*f: (314) 241-3525*

November 18, 2024

The Honorable Stephen R. Bough
United States District Judge
Western District of Missouri
400 E. 9th Street, Room 7462
Kansas City, MO 64106

*Re:  Sitzer, et al. v. Nat'l Ass'n of Realtors, et al.*, **4:19-cv-00332-SRB**

Dear Judge Bough:

    I represent James Mullis, who has filed an objection to the pending settlements in this case. I write regarding the Court's November 4, 2024 order (Dkt. No. 1566) regarding the in-person presence of objectors and their attorneys at the November 26, 2024 final approval hearing.

    Mr. Mullis, a registered nurse located in Nevada, is unable to attend the hearing as his work schedule is already set and he is no longer able to take time off to travel and appear. I will appear at the fairness hearing on November 26, 2024, to present Mr. Mullis's objection.

                          Respectfully submitted,

                            Randall P. Ewing Jr.