# KNIE & SHEALY
### ATTORNEYS AT LAW
250 Magnolia Street
Spartanburg, S.C. 29306
Telephone No. (864) 582-5118
Fax No. (864) 585-1615

Mailing Address:
P.O. Box 5159 (29304)

Patrick E. Knie
pat@knieshealy.com

November 19, 2024

VIA E-MAIL: tracey_peters@mow.uscourts.gov

The Honorable Stephen R. Bough
U.S. District Judge
Charles Evans Whittaker U.S. Courthouse
400 East 9th Street
Kansas City, Missouri 64106

   RE: Rhonda Burnett, et al. v. The National Association
      of Realtors, et al. - C/A No. 19-CV-00332-SRB

Dear Judge Bough:

  We received the draft of the Final Approval Order in the *Gibson* case at approximately 6:00 p.m. on October 30 when the hearing was to commence at 10:00 a.m. on October 31. Because of the length of the Order and the late receipt thereof, it was difficult to fully review and comment thereon.

  We would therefore ask the Court to require Plaintiffs' counsel and Settling Defendants' counsel to supply us with a draft of the Order no later than 5:00 p.m. on November 22 for our review and comments at the hearing currently scheduled on November 26 at 1:30 p.m.

Sincerely,

Patrick E. Knie

PEK:mbg

cc: Mr. Mitch Slade
   mitch@mitchsladelaw.com
   Attorney at Law
   Post Office Box 1007
   Spartanburg, South Carolina 29304

The Honorable Stephen R. Bough
U.S. District Judge
November 19, 2024
Page 2

cc: Mr. Matthew W. Shealy
matt@knieshealy.com
Knie & Shealy
P.O Box 5159
Spartanburg, South Carolina 29304