IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| RHONDA BURNETT, JEROD BREIT, HOLLEE ELLIS, FRANCES HARVEY, and JEREMY KEEL, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>THE NATIONAL ASSOCIATION OF REALTORS, et al.,<br><br>Defendants. | Case No. 19-CV-00332-SRB |

## PLAINTIFFS' RESPONSE TO MOTION TO INTERVENE AND TO STAY

One day before the Court's final approval hearing, Rosalie Doyle, Jessica Winters, and John Guerra filed a purported "Motion to Intervene and to Stay this Action." Doc. 1605. The Motion should be denied because, among other things, it is untimely. Rule 24 expressly requires such a motion, whether as of right or permissive, to be timely. *See* Rule 24(a) and (b); *Osby v. Citigroup*, No. 5:07-CV-06085-NKL, 2012 WL 12906156, at *2 (W.D. Mo. May 29, 2012) (citing *United States v. Union Elec. Co.*, 64 F.3d 1152, 1158 (8th Cir.1995)). The relevant factors for determining whether a motion to intervene is timely are: "(1) how far the litigation had progressed at the time of the motion for intervention, (2) the prospective intervenor's prior knowledge of the pending action, (3) the reason for the delay in seeking intervention, and (4) the likelihood of prejudice to the parties in the action." *Id.* (*citing United States v. Ritchie Special Credit Invs., Ltd.,* 620 F.3d 824, 836 (8th Cir. 2010)).

The Eighth Circuit has previously upheld a district court's finding that a motion to intervene filed four months after preliminary approval of the settlement agreement was

untimely. *See In re Uponor, Inc., F1807 Plumbing Fittings Products Liability Litigation*, 716 F.3d 1057, 1066 (8th Cir. 2013). Additionally, cases from other circuits uniformly find that comparable motions to intervene are untimely. *D'Amato v. Deutsche Bank*, 236 F.3d 78, 84 (9th Cir. 2001) (upholding finding of untimeliness for motion filed 3 days before fairness hearing); *Scott v. Bond*, 734 Fed.Appx. 188, 190-92 (4th Cir. 2018) (upholding finding of untimeliness for motion filed after request for preliminary approval of settlement agreement); *CE Design Ltd. V. King Supply Co.*, 791 F.3d 722, 724-26 (7th Cir. 2015) (upholding finding of untimeliness for motion filed after settlement agreement was reached, but before district court approval); *Choike v. Slippery Rock Univ. of Pennsylvania of State System of Higher Education*, 297 Fed.Appx. 138, 141 (3d. Cir. 2008) (upholding finding of untimeliness for motion filed after the parties reached a class action settlement where "no legitimate reason" for the delay in filing the motion was given).

Here, it cannot be contested that the motion is untimely and must be rejected both under Rule 24(a) and (b) and the Court's own schedule for raising objections to the Settlement. Nor do movants provide any reason for the delay in filing. Moreover, they fail to comply with Rule 23(c)'s pleading requirement.

Finally, even if the motion were timely, the issues raised do not demonstrate that the Settlement should be denied. Rather, the issues raised appear be between NAR and some of its members. NAR has governance procedures and if its members are unhappy with NAR actions, there are more appropriate means of redressing such disputes than to derail settlement and stay this action.

The Motion to Intervene should be denied.

November 26, 2024                                           Respectfully Submitted,

**HAGENS BERMAN SOBOL SHAPIRO LLP**

*/s/ Steve W. Berman*
Steve W. Berman (*pro hac vice*)
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
steve@hbsslaw.com

Rio S. Pierce (*pro hac vice*)
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
riop@hbsslaw.com

Jeannie Evans (*pro hac vice*)
Nathan Emmons (Mo. Bar. No. 70046)
455 North Cityfront Plaza Drive, Suite 2410
Chicago, IL 60611
Telephone: (708) 628-4949
jeannie@hbsslaw.com
nathane@hbsslaw.com

**COHEN MILSTEIN SELLERS & TOLL PLLC**

Benjamin D. Brown (*pro hac vice*)
Robert A. Braun (*pro hac vice*)
Sabrina Merold (*pro hac vice*)
1100 New York Ave. NW, Fifth Floor
Washington, DC 20005
Telephone: (202) 408-4600
bbrown@cohenmilstein.com
rbraun@cohenmilstein.com
smerold@cohenmilstein.com

Daniel Silverman (*pro hac vice*)
769 Centre Street, Suite 207
Boston, MA 02130
Telephone: (617) 858-1990
dsilverman@cohenmilstein.com

**WILLIAMS DIRKS DAMERON LLC**

*/s/ Eric L. Dirks*
Eric L. Dirks                    MO # 54921
Michael A. Williams              MO # 47538
1100 Main Street, Suite 2600
Kansas City, MO 64105
Tele: (816) 945 7110
Fax: (816) 945-7118
dirks@williamsdirks.com
mwilliams@williamsdirks.com

**BOULWARE LAW LLC**
Brandon J.B. Boulware            MO # 54150
Jeremy M. Suhr                   MO # 60075
1600 Genessee Street, Suite 956A
Kansas City, MO 64102
Tele:   (816) 492-2826
Fax:    (816) 492-2826
brandon@boulware-law.com
jeremy@boulware-law.com

**KETCHMARK AND MCCREIGHT P.C.**
Michael Ketchmark                MO # 41018
Scott McCreight                  MO # 44002
11161 Overbrook Rd. Suite 210
Leawood, Kansas 66211
Tele:   (913) 266-4500
mike@ketchmclaw.com
smccreight@ketchmclaw.com

*Attorneys for Plaintiffs and the Class*

**SUSMAN GODFREY L.L.P.**
Marc M. Seltzer (*pro hac vice*)
Steven G. Sklaver (*pro hac vice*)
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Telephone: (310) 789-3100
mseltzer@susmangodfrey.com
ssklaver@susmangodfrey.com

Beatrice C. Franklin (*pro hac vice*)
One Manhattan West
New York, New York 10001
Telephone: (212) 336-8330
bfranklin@susmangodfrey.com

Matthew R. Berry (*pro hac vice*)
Floyd G. Short (*pro hac vice*)
Alexander W. Aiken (*pro hac vice*)
401 Union St., Suite 3000
Seattle, Washington 98101
Telephone: (206) 516-3880
mberry@susmangodfrey.com
fshort@susmangodfrey.com
aaiken@susmangodfrey.com

*Attorneys for Plaintiffs and the Class*