

PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED

RECEIVED
2024 DEC -2 AM 11:20
CLERK U.S. DIST. COURT
WEST DIST. OF MO
KANSAS CITY, MO

FROM:
Chia Whitehouse
13676 Chauvin Ave.
Orlando, FL 32827

TO:
The Honorable Stephen Bough
US District Court Western
District of Missouri
400 E. 9th Street Rm 7462
Kansas City, Missouri
64106

19-cv-332-SRB



PRIORITY MAIL
US POSTAGE PAID
$10.45
Retail
Origin: 32862
11/25/24
1169330801-12

0 Lb 3.10 Oz
RDC 03
C015

EXPECTED DELIVERY DAY: 11/27/24

SHIP TO:
STE 7462
400 E 9TH ST
KANSAS CITY MO 64106-2673

USPS TRACKING #
9505 5150 7503 4330 9137 12