# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| RHONDA BURNETT, JEROD BREIT, HOLLEE ELLIS, FRANCES HARVEY, AND JEREMY KEEL, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE NATIONAL ASSOCIATION OF REALTORS, REALOGY HOLDINGS CORP., HOMESERVICES OF AMERICA, INC., BHH AFFILIATES, LLC, HSF AFFILIATES, LLC, RE/MAX, LLC, and KELLER WILLIAMS REALTY, INC.,<br><br>Defendants.<br><br>TANYA MONESTIER,<br><br>Objector-Intervenor. | Case No. 19-CV-00332-SRB<br><br>Hon. Stephen R. Bough |

## OBJECTOR TANYA MONESTIER'S
## MOTION TO INTERVENE

Objector-Intervenor Tanya Monestier, proceeding *in pro per*, and for her Motion to Intervene, states as follows:

1. I move for this Court to permit my intervention as a party for the limited purpose of preserving appellate rights. The Court's orders on Wednesday November 25, 2024 denying my motion for reconsideration and striking my objection create legal ambiguity regarding my appellate standing that could delay resolution of my planned appeal with collateral litigation.

2. As I explain in the accompanying suggestions, I meet the standards for intervention under Fed. R. Civ. Proc. 24(a)(2), and appellate courts have reversed denials of intervention in similar circumstances.

3. I request that this Court make a ruling on the record on this motion for intervention, with detailed factual findings to permit *de novo* review.

4. I have followed the local rules promulgated by the District Court of the Western District of Missouri. I have done my best to comply with the rules as I understand them which require: a motion and a separate document with "suggestions" in support of the motion. The substantive motion is seven pages.

Dated: December 2, 2024.

/s/ *Tanya Monestier*
Tanya Monestier
101 Charleston Ave
Kenmore, NY 14217
Tel: (401) 644-2383
Email: tanyam@buffalo.edu

*In pro per*

## Certificate of Service

The undersigned certifies she electronically filed the foregoing Notice via the ECF system for the Western District of Missouri, thus effecting service on all attorneys registered for electronic filing.

Dated: December 2, 2024.             */s/ Tanya Monestier*