UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| RHONDA BURNETT, JEROD BREIT, JEREMY KEEL, HOLLEE ELLIS and FRANCES HARVEY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL ASSOCIATION OF REALTORS, et al.,<br><br>Defendants. | Civil Action No. 19-cv-00332-SRB |

# NOTICE OF APPEAL

Notice is hereby given that Objector Monty March appeals to the United States Court of Appeals of the Eighth Circuit from the Court's Order in this matter entered on November 27, 2024, and docketed with this Court at Docket Number 1622.

Dated: December 2, 2024

Respectfully submitted.

**MOTLEY RICE LLC**

*/s/ Michael M. Buchman*
Michael M. Buchman
Telephone: (212) 577-0050
mbuchman@motleyrice.com
Nathaniel Blakney
Telephone: (212) 577-0046
nblakney@motleyrice.com
Hannan A. Seirafi
Telephone: (212) 577-0044
hseirafi@motleyrice.com
800 Third Avenue, Suite 2401
New York, New York 10022

**MILLER LAW LLC**

Marvin A. Miller
Telephone: (312) 332-3400
MMiller@millerlawllc.com
Matthew Van Tine

1

Telephone: (312) 676-2668
MVantine@millerlawllc.com
53 W. Jackson Blvd., Suite 1320
Chicago, Illinois 60604

*Counsel for Objector Monty March*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on December 2, 2024, this document was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filling to the attorneys of record registered with the CM/ECF system.

*/s/ Michael M. Buchman*____

Michael M. Buchman