UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| DON GIBSON, LAUREN CRISS, JOHN MEINERS, and DANIEL UMPA, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>NATIONAL ASSOCIATION OF REALTORS; HOMESERVICES OF AMERICA, INC.; BHH AFFILIATES; HSF AFFILIATES, LLC; THE LONG & FOSTER COMPANIES, INC.; BERKSHIRE HATHAWAY ENERGY COMPANY; KELLER WILLIAMS REALTY, INC.; COMPASS, INC.; EXP WORLD HOLDINGS, INC.; EXP REALTY, LLC; REDFIN CORPORATION; WEICHERT CO.; WEICHERT REAL ESTATE AFFILIATES, INC.; FIVE D I, LLC d/b/a UNITED REAL ESTATE; HANNA HOLDINGS, INC.; DOUGLAS ELLIMAN, INC.; DOUGLAS ELLIMAN REALTY, LLC; AT WORLD PROPERTIES, LLC; THE REAL BROKERAGE, INC.; REAL BROKER, LLC; REALTY ONE GROUP, INC.; HOMESMART; INTERNATIONAL, LLC; ENGEL & VÖLKERS GMBH; ENGEL & VÖLKERS AMERICAS, INC.; NEXTHOME, INC.; EXIT REALTY CORP. INTERNATIONAL; EXIT REALTY CORP. USA; WINDERMERE REAL ESTATE SERVICES COMPANY, INC.; WILLIAM L. LYON & ASSOCIATES, INC.; WILLIAM RAVEIS REAL ESTATE, INC.; JOHN L. SCOTT REAL ESTATE AFFILIATES, INC.; JOHN L. SCOTT, INC.; THE KEYES COMPANY; ILLUSTRATED PROPERTIES, LLC; PARKS PILKERTON VILLAGE REAL ESTATE; CRYE-LEIKE, INC.; BAIRD & WARNER REAL ESTATE, INC.; REAL ESTATE ONE, INC.; THE K COMPANY REALTY, LLC d/b/a LOKATION,<br><br>    Defendants. | Case No. 4:19-cv-00332-SRB<br><br>[Consolidated with 4:23-cv-00945-SRB] |

**NOTICE OF APPEAL**

Notice is hereby given that James Mullis hereby appeals to the United States Court of Appeals for the Eighth Circuit from the district court's Order granting final approval of settlements with Compass, Inc.; The Real Brokerage Inc. and Real Broker, LLC; Realty ONE Group, Inc.; At World Properties LLC; Douglas Elliman Inc. and Douglas Elliman Realty, LLC; Redfin Corporation; Engel & Völkers GmbH, Engel & Völkers Americas, Inc., and Engel & Völkers New York Real Estate LLC; HomeSmart Holdings, Inc.; and Five D I, LLC (d/b/a United Real Estate), Premiere Plus Realty, Co., and Charles Rutenberg Realty - Orlando, LLC entered on November 4, 2024 (ECF No. 530), which order also directed entry of a final judgment as to those settling defendants (ECF No. 530 ¶ 113); and all other orders adverse in whole or in part to Mr. Mullis.[1]

Respectfully submitted,

Dated: December 2, 2024

/s/ *Randall P. Ewing, Jr.*
Randall P. Ewing, Jr. (Ill. Bar #6294238)
George A. Zelcs (Ill. Bar No. 3123738)
Ryan Z. Cortazar (Ill. Bar No. 6323766)
**KOREIN TILLERY, LLC**
205 North Michigan Avenue, Suite 1950
Chicago, IL 60601
Telephone: 312-641-9750
Facsimile: 312-641-9751
gzelcs@koreintillery.com
rewing@koreintillery.com
rcortazar@koreintillery.com

---

[1] Mr. Mullis is a member of the proposed settlement classes set forth in the Court's November 4, 2024 Order (ECF No. 530 at 4-5) as well as a named plaintiff in *Batton v. Nat'l Ass'n of Realtors, et al.*, 21-cv-430 (N.D. Ill.); *Batton v. Compass, et al.*, 23-cv-1561 (N.D. Ill.); *Lutz v. HomeServices of America, Inc., et al.*, No. 4:24-cv-10040 (S.D. Fla.); and *Davis v. Hanna Holdings, Inc.*, No. 2:24-cv-02374 (E.D. Pa.). Mr. Mullis objected to the approval of the class-action settlements between the plaintiffs in this action and the settling defendants. *See* ECF No. 471 (Oct. 3, 2024).

Steven M. Berezney (MO Bar #56091)
Michael E. Klenov
Carol O'Keefe
**KOREIN TILLERY LLC**
505 N. 7th Street, Suite 3600
St. Louis, MO 63101
Telephone: (314) 241-4844
sberezney@koreintillery.com
mklenov@koreintillery.com
cokeefe@koreintillery.com

Vincent Briganti (*admitted pro hac vice*)
Christian Levis (*admitted pro hac vice*)
Noelle Forde (*admitted pro hac vice*)
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone: (914) 997-0500
Facsimile: (914) 997-0035
vbriganti@lowey.com
clevis@lowey.com
nforde@lowey.com

*Attorneys for James Mullis*

## CERTIFICATE OF SERVICE

I hereby certify that on December 2, 2024, the foregoing was filed electronically with the Clerk of Court of the Western District of Missouri to be served by the Court's electronic filing system to all Counsel of Record:

/s/ <u>Randall P. Ewing, Jr.</u>
Randall P. Ewing, Jr.