# MISSOURI WESTERN DISTRICT - **KANSAS CITY**

Please note any additions or deletions to the style of the case from the style listed on the docket sheet (or attach an amended docket sheet with the final style of the case).

| | |
|---|---|
| Case Caption: Sitzer et al v. National Association of Realtors et al | Case No. 19-cv-00332-SRB |

Appellant: **James Mullis**

Appellee: **National Association of Realtors et al**

Appellant's Attorney(s):

**Randall Paul Ewing , Jr.**
Email: rewing@koreintillery.com

Appellee's Attorney(s):

**Alexander Barrett**
Email: alexander.barrett@stinson.com

**Charles W. Hatfield**
Email: chuck.hatfield@stinson.com

**David R. Buchanan**
Email: dbuchanan@bjpc.com

**Ethan Glass**
Email: eglass@cooley.com

**Jack R. Bierig**
Email: jack.bierig@afslaw.com

**Jacob K Danziger**
Email: jacob.danziger@afslaw.com

**John S Purcell**
Email: john.purcell@afslaw.com

**Molly L Wiltshire**
Email: molly.wiltshire@afslaw.com

**Robert J Wierenga**
Email: robert.wierenga@afslaw.com

**Suzanne L. Wahl**
Email: suzanne.wahl@afslaw.com

**Anne Bigler**
Email: abigler@cooley.com

**Beatriz Mejia**
Email: MEJIAB@cooley.com

**Christopher G Michel**
Email: christophermichel@quinnemanuel.com

**Deepti Bansal**
Email: DBANSAL@cooley.com

**Elizabeth Wright**
Email: ewright@cooley.com

**John Bash**
Email: johnbash@quinnemanuel.com

**Michael D Bonanno**
Email: mikebonanno@quinnemanuel.com

**Michael Sebring**
Email: michaelsebring@quinnemanuel.com

**Rachel G Frank**
Email: rachelfrank@quinnemanuel.com

**Samantha Strauss**
Email: sastrauss@cooley.com

**Sarah M. Topol**
Email: stopol@cooley.com

**William A Burck**
Email: williamburck@quinnemanuel.com

**Georgina Inglis**
Email: ginglis@cooley.com

**Brian C Fries**
Email: brian.fries@lathropgpm.com

**Jean Paul Bradshaw , II**
Email: jeanpaul.bradshaw@lathropgpm.com

**Jennifer M. Keas**
Email: jkeas@foley.com

**Matthew T Ciulla**
Email: matthew.ciulla@macgilllaw.com

**Robert D MacGill**
Email: robert.macgill@macgilllaw.com

**Christopher D. Dusseault**
Email: CDusseault@gibsondunn.com

**Cynthia Richman**
Email: CRichman@gibsondunn.com

**Gregg J. Costa**
Email: gcosta@gibsondunn.com

**Harry R.S. Philips**
Email: HPhillips2@gibsondunn.com

**Ian T Hampton**
Email: ihampton@foley.com

**Anna P. Hayes**
Email: anna.hayes@hklaw.com

**Danne Wayne Webb**
Email: dwebb@hab-law.com

**David C. Kully**
Email: david.kully@hklaw.com

**Jennifer Lada**
Email: jennifer.lada@hklaw.com

**Martin G. Durkin , Jr**
Email: martin.durkin@hklaw.com

**Timothy Ray**
Email: timothy.ray@hklaw.com

**William F. Farley**
Email: william.farley@hklaw.com

**Barack S Echols**
Email: barack.echols@hklaw.com

**Boris Bershteyn**
Email: boris.bershteyn@skadden.com

**Dina McKenney**
Email: dina.mckenney@hklaw.com

**Taylor L Connolly**
Email: tconnolly@bjpc.com

**Aaron Van Oort**
Email: aaron.vanoort@faegredrinker.com

Court Reporter(s):

Gayle Wambolt

Please return files and documents to:
**United States District Court**
**400 East 9th Street, Room 1510**
**Kansas City, MO   64106**

Contact Person for Appeal:
Jason_Terry@mow.uscourts.gov

| Length of Trial: | Fee: | IFP: | Pending IFP Motion: |
|---|---|---|---|
| 13 Days | Paid | No | No |
| Counsel: | Pending Motions? | Local Interest? | Simultaneous Release? |
| Retained | Yes (Doc 1628 & 1633) | No | No |

**Special Comments:**