# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | |
|---|---|
| RHONDA BURNETT, JEROD BREIT, JEREMY KEEL, HOLLEE ELLIS, and FRANCES HARVEY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>     v.<br><br>NATIONAL ASSOCIATION OF REALTORS, et al.,<br><br>Defendants. | Civil Action No. 4:19-cv-00332-SRB |

## NOTICE OF APPEAL

Notice is hereby given that Robert Friedman hereby appeals to the United States Court of Appeals for the Eighth Circuit from the District Court's Order granting final approval of settlements with the National Association of Realtors ("NAR"), HomeServices Defendants, and certain brokerages and multiple listing services ("MLSs") that have opted into the NAR Settlement, entered on November 27, 2024 (ECF No. 1622) and all other orders adverse in whole or in part to Mr. Friedman.[1]

---

[1] Mr. Friedman is a member of the proposed settlement classes set forth in the Court's November 27, 2024 Order (ECF No. 1622 ¶¶ 8, 14) as well as the named plaintiff in *Friedman v. Real Estate Board of New York*, 1:24-cv-0405 (S.D.N.Y.). Mr. Friedman objected to the approval of the class action settlements between the plaintiffs in this action and defendants NAR and the related opt-in settlements with Brown Harris Stevens and The Agency IP Holding Co., LLC NAR settlement. *See* ECF No. 1560 (Oct. 28, 2024).

Dated: December 3, 2024

Respectfully submitted,

**BERMAN TABACCO**

*/s/ Steven J. Buttacavoli*
Steven J. Buttacavoli (*pro hac vice*)
One Liberty Square
Boston, MA 02109
Telephone: (617) 542-8300
Facsimile: (617) 542-1194
sbuttacavoli@bermantabacco.com

Daniel Goldman (*pro hac vice*)
**BIENERT KATZMAN
LITRELL WILLIAMS LLP**
903 Calle Amanecer, Suite 350
San Clemente, CA 92673
Telephone: (973) 476-5485
dgoldman@bklwlaw.com

Todd A. Seaver (*pro hac vice*)
**BERMAN TABACCO**
425 California Street, Suite 2300
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382
tseaver@bermantabacco.com

*Counsel for Robert Friedman*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 3, 2024, the foregoing was filed electronically with the Clerk of Court of the Western District of Missouri to be served by the Court's electronic filing system to all Counsel of Record.

*/s/ Steven J. Buttacavoli*
Steven J. Buttacavoli

2