UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| RHONDA BURNETT, JEROD BREIT, HOLLEE ELLIS, FRANCES HARVEY, and JEREMY KEEL, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>THE NATIONAL ASSOCIATION OF REALTORS, REALOGY HOLDINGS CORP., HOMESERVICES OF AMERICA, INC., BHH AFFILIATES, LLC, HSF AFFILIATES, LLC, RE/MAX LLC, and KELLER WILLIAMS REALTY, INC.,<br><br>        Defendants. | Case No. 4:19-CV-00332-SRB<br><br>Hon. Stephen R. Bough |

## OBJECTOR JAMES MULLIS'S MOTION FOR ENTRY OF JUDGMENT AND SUGGESTIONS IN SUPPORT

Objector James Mullis, pursuant to Fed. R. Civ. P. 58(d), respectfully moves this Court for entry of final judgment, and in support thereof, states as follows:

On November 27, 2024, the Court granted final approval of class-action settlements in this action between Plaintiffs in this matter and Defendants the National Association of Realtors, HomeServices of America, Inc., BHH Affiliates, LLC, HSF Affiliates, LLC, and certain brokerages and MLSs that have opted-into the settlement. ECF No. 1622.

The Court has yet to enter a separate document of final judgment, which is required to fully dispose of the action pursuant to Fed. R. Civ. P. 58(a).

Respectfully submitted,

Dated: December 24, 2024

/s/ *Randall P. Ewing, Jr.*
Randall P. Ewing, Jr. (Ill. Bar #6294238)
George A. Zelcs (Ill. Bar No. 3123738)
Ryan Z. Cortazar (Ill. Bar No. 6323766)
**KOREIN TILLERY, LLC**
205 North Michigan Avenue, Suite 1950
Chicago, IL 60601
Telephone: 312-641-9750
Facsimile: 312-641-9751
gzelcs@koreintillery.com
rewing@koreintillery.com
rcortazar@koreintillery.com

Steven M. Berezney (MO Bar #56091)
Michael E. Klenov
Carol O'Keefe
**KOREIN TILLERY LLC**
505 N. 7th Street, Suite 3600
St. Louis, MO 63101
Telephone: (314) 241-4844
sberezney@koreintillery.com
mklenov@koreintillery.com
cokeefe@koreintillery.com

Vincent Briganti (*admitted pro hac vice*)
Christian Levis (*admitted pro hac vice*)
Noelle Forde (*admitted pro hac vice*)
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone: (914) 997-0500
Facsimile: (914) 997-0035
vbriganti@lowey.com
clevis@lowey.com
nforde@lowey.com

*Attorneys for James Mullis*

## CERTIFICATE OF SERVICE

I hereby certify that on December 24, 2024, the foregoing was filed electronically with the Clerk of Court of the Western District of Missouri to be served by the Court's electronic filing system to all Counsel of Record:

*Randall P. Ewing, Jr.*
Randall P. Ewing, Jr.
