IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

RHONDA BURNETT, JEROD BREIT, HOLLEE ELLIS, FRANCES HARVEY, and JEREMY KEEL, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

THE NATIONAL ASSOCIATION OF REALTORS, et al.,

Defendants.

Case No. 19-CV-00332-SRB

## PLAINTIFFS' MOTION FOR ENTRY OF JUDGMENT AS TO THE HOMESERVICES AND NAR SETTLEMENTS

The Court granted final approval of the HomeServices and NAR Settlements on November 27, 2024. Doc. 1622. Pursuant to Rule 58 and Rule 54(b), the parties agree that the Court should enter final judgments as to these Settlements, and as a result, as to the *Burnett* litigation.[1]

The first proposed judgment relates to the HomeServices Settlement. (Attached as Exhibit 1). The HomeServices Defendants do not oppose entry of Exhibit 1. The second proposed judgment relates to the NAR Settlement. (Attached as Exhibit 2). NAR does not oppose entry of Exhibit 2.[2]

January 10, 2025

Respectfully Submitted,

**HAGENS BERMAN SOBOL SHAPIRO LLP**

**WILLIAMS DIRKS DAMERON LLC**

---

[1] The proposed judgments also make reference to Rule 54(b) in addition to Rule 58 given that there are multiple independent settlements resolving claims against multiple parties.

[2] NAR states that it has not verified and cannot verify the contents of the Exhibits attached to Plaintiffs' proposed judgment.

/s/ Steve W. Berman
Steve W. Berman (*pro hac vice*)
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
steve@hbsslaw.com

Rio S. Pierce (*pro hac vice*)
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
riop@hbsslaw.com

Jeannie Evans (*pro hac vice*)
Nathan Emmons (Mo. Bar. No. 70046)
455 North Cityfront Plaza Drive, Suite 2410
Chicago, IL 60611
Telephone: (708) 628-4949
jeannie@hbsslaw.com
nathane@hbsslaw.com

**COHEN MILSTEIN SELLERS & TOLL PLLC**

Benjamin D. Brown (*pro hac vice*)
Robert A. Braun (*pro hac vice*)
Sabrina Merold (*pro hac vice*)
1100 New York Ave. NW, Suite 800
Washington, DC 20005
Telephone: (202) 408-4600
bbrown@cohenmilstein.com
rbraun@cohenmilstein.com
smerold@cohenmilstein.com

Daniel Silverman (*pro hac vice*)
769 Centre Street, Suite 207
Boston, MA 02130
Telephone: (617) 858-1990
dsilverman@cohenmilstein.com

**SUSMAN GODFREY L.L.P.**
Marc M. Seltzer (*pro hac vice*)
Steven G. Sklaver (*pro hac vice*)
1900 Avenue of the Stars, Suite 1400

/s/ Eric L. Dirks
Eric L. Dirks                MO # 54921
Michael A. Williams          MO # 47538
1100 Main Street, Suite 2600
Kansas City, MO 64105
Tele: (816) 945 7110
Fax: (816) 945-7118
dirks@williamsdirks.com
mwilliams@williamsdirks.com

**BOULWARE LAW LLC**
Brandon J.B. Boulware        MO # 54150
Jeremy M. Suhr               MO # 60075
1600 Genessee Street, Suite 956A
Kansas City, MO 64102
Tele:   (816) 492-2826
Fax:    (816) 492-2826
brandon@boulware-law.com
jeremy@boulware-law.com

**KETCHMARK AND MCCREIGHT P.C.**
Michael Ketchmark            MO # 41018
Scott McCreight              MO # 44002
11161 Overbrook Rd. Suite 210
Leawood, Kansas 66211
Tele:   (913) 266-4500
mike@ketchmclaw.com
smccreight@ketchmclaw.com

*Attorneys for Plaintiffs and the Class*

Los Angeles, California 90067
Telephone: (310) 789-3100
mseltzer@susmangodfrey.com
ssklaver@susmangodfrey.com

Beatrice C. Franklin (*pro hac vice*)
One Manhattan West
New York, New York 10001
Telephone: (212) 336-8330
bfranklin@susmangodfrey.com

Matthew R. Berry (*pro hac vice*)
Floyd G. Short (*pro hac vice*)
Alexander W. Aiken (*pro hac vice*)
401 Union St., Suite 3000
Seattle, Washington 98101
Telephone: (206) 516-3880
mberry@susmangodfrey.com
fshort@susmangodfrey.com
aaiken@susmangodfrey.com

*Attorneys for Plaintiffs and the Class*