# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| RHONDA BURNETT, JERROD BREIT, HOLLEE ELLIS, FRANCES HARVEY, AND JEREMY KEEL, on behalf of themselves and all others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>THE NATIONAL ASSOCIATION OF REALTORS, *et al.*<br><br>Defendants. | Case No. 19-CV-00332-SRB |

## MOTION TO AMEND THE FINAL JUDGMENT (DOC. NO. 1673)

The Opt-In Settlement Defendants/Intervenors Brown Harris Stevens [1] respectfully move the Court to Amend the Final Judgment (Doc. No. 1673) to: (1)

---

[1] Brown Harris Stevens includes: Brown Harris Stevens Brooklyn, LLC, Brown Harris Stevens Residential Sales, LLC, Brown Harris Stevens Queens, LLC, Brown Harris Stevens Forest Hills, LLC, Brown Harris Stevens Riverdale, LLC, Brown Harris Stevens Development Marketing, LLC Brown Harris Stevens Marketing and Sales, LLC. Brown Harris Stevens Hudson Valley, LLC. Brown Harris Stevens of the Hamptons, LLC, Brown Harris Stevens Westhampton, LLC, Brown Harris Stevens New Jersey, LLC, Brown Harris Stevens of Palm Beach, Brown Harris Stevens Miami, LLC, Brown Harris Stevens Connecticut, LLC, Halstead Brooklyn, LLC, Halstead East Hampton, LLC, Halstead Forest Hills, LLC, Halstead Hamptons, LLC, Halstead Property Development. Marketing, LLC, Halstead Hudson Valley, LLC, Halstead Queens, LLC, Halstead Connecticut, LLC, Halstead Property, LLC and Halstead Manhattan, LLC, Halstead New Jersey, LLC, Halstead New Jersey Development Marketing, LLC.

1

attach proposed Exhibits A-C (Docs. 1671-2)[2] to the Final Judgment; and (2) replace the Exhibit C that was previously provided to the Court with a new Exhibit C that adds two settling entities (Brown Harris Stevens CT, LLC and Halstead Manhattan, LLC) that were inadvertently omitted from the proposed Exhibit C. In support of this Motion, Brown Harris Stevens states as follows:

1. The Court entered Final Judgment approving the class action settlement between Plaintiffs and the National Association of Realtors and each Released Party on January 15, 2025.

2. The Final Judgment references Exhibits A-C but those Exhibits are not attached to it.

3. These exhibits were previously provided to the Court. However, Exhibit C inadvertently left off two entities: Brown Harris Stevens CT, LLC and Halstead Manhattan LLC.

4. The Exhibits referenced in the Judgment are attached hereto as Exhibits A, B, and C. Exhibit C is revised from that previously provided to the Court so as to include Brown Harris Stevens CT, LLC, and Halstead Manhattan LLC.[3]

5. For the sake of clarity, Brown Harris Stevens respectfully requests that

---

[2] Exhibits 2 to Doc. 1671 was deleted (along with Plaintiffs' proposed Order) by the Court. *See* Docket text entry, January 13, 2025. As direct by the Court and per Administrative Procedures, on that same date, Plaintiffs emailed the proposed Order in Word format (along with the Exhibits in PDF) to the Courtroom Deputy.

[3] Brown Harris Stevens has not and cannot verify the contents of the Exhibits previously submitted by Plaintiffs other than to its own related entities

2

Case 4:19-cv-00332-SRB   Document 1675   Filed 01/24/25   Page 2 of 4

the Court amend the Final Judgment (Doc. No. 1673) to include these exhibits.

6. Brown Harris Stevens has conferred with Plaintiffs and they do not oppose this motion.

For the foregoing reasons, Brown Harris Stevens respectfully requests the Court to Amend the Judgment (Doc. No. 1673) to include the Exhibits referenced therein.

Respectfully submitted,

**POSPISIL SWIFT LLC**

*/s/ Michael D. Pospisil*
Michael D. Pospisil   MO # 49139
Matthew T. Swift     MO # 63601
Pospisil Swift LLC
1600 Genessee St., Ste. 340
Kansas City, Missouri 64102
Telephone: (816) 895-6440
Facsimile: (816) 895-9161
Email: mdp@pslawkc.com
       mts@pslawkc.com

ATTORNEYS FOR OPT-IN
SETTLEMENT
DEFENDANTS/INTERVENORS
BROWN HARRIS STEVENS

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the above pleading was served on all counsel of record via electronic filing on January 24, 2025.

/s/ *Michael D. Pospisil*
Attorney