

# RESIDENTIAL REAL ESTATE BROKER COMMISSIONS ANTITRUST LITIGATION
## Exclusion Report
### (as of December 31, 2024)

| # | JND ID | Status | Name | Postmarked | NAR |
|---|--------|--------|------|------------|-----|
| 1 | DUL93WD2VM | Valid | JOHN WESOLAK | 8/21/24 | X |
| 2 | NSHX3NL4D5 | Valid | RHONDA WESOLAK | 8/21/24 | X |
| 3 | NW4B5PXC98 | Valid | STEPHAN OTTO | 8/28/24 | X |
| 4 | NT3QG97Z4D | Valid | WANG ZHEN HUA | 9/1/24 | X |
| 5 | NNMDBW8KQF | Valid | CAI CAI HUA | 9/1/24 | X |
| 6 | D8H6XW5LQT | Valid | STEPHANIE K. FRENCH | 9/9/24 | X |
| 7 | DZU7WLFSVR | Valid | MICHAEL MIKULA | 9/10/24 | X |
| 8 | NULYT9B2RG | Valid | HEATHER HARRIS | 9/11/24 | X |
| 9 | DLBRTSYK2Z | Valid | PATRICIA A. UNTALAN | 9/16/24 | X |
| 10 | DPUJRY5LXT | Valid | STEPHEN TRAVIS SCOTT | 9/24/24 | X |
| 11 | N9ZL68M2SR | Valid | LUKE DORNON | 9/27/24 | X |
| 12 | DHJAXSZY36 | Valid | JASON D. KNIGHT | 9/28/24 | X |
| 13 | DW3LSFUT6V | Valid | RUTH B. MERRITT | 9/29/24 | X |
| 14 | D7XRPQYC28 | Valid | LOLITTA YAMPEY JORG | 9/30/24 | X |
| 15 | D7FVS46CNH | Valid | MICHAEL A. DUCKETT | 10/2/24 | X |
| 16 | D7KXA4BD53 | Valid | HANNIBAL TRAVIS | 10/3/24 | X |
| 17 | DDHE5U9CYP | Valid | ERNALEE E. SLATER | 10/10/24 | X |
| 18 | N8SAJ659YX | Valid | KENNETH W. SLATER | 10/10/24 | X |
| 19 | D75QHXFTPV | Valid | CAROLYN S. JENNINGS | 10/16/24 | X |
| 20 | N3GUNSDJ45 | Valid | DON THRASHER | 10/17/24 | X |
| 21 | NECRBNZATW | Valid | BARBARA THRASHER | 10/17/24 | X |
| 22 | NNSYQUT9VX | Valid | ILDIKO TENYI | 10/21/24 | X |
| 23 | DZ8V4BS5QD | Valid | JOSEPH CRUZ | 10/21/24 | X |
| 24 | N6MFL8357C | Valid | BRIAN TIMOTHY FITZPATRICK | 10/26/24 | X |
| 25 | NJEP3GD8T7 | Valid | ABANDONED HOMES PROJECT SCATTERED SITE I LLC | 10/28/24 | X |
| 26 | NCVP37E6GL | Valid | ABANDONED HOMES PROJECT SCATTERED SITE II LLC | 10/28/24 | X |
| 27 | NUPZBGXH7N | Valid | PRO REO SETTLEMENT SERVICES, LLC | 10/28/24 | X |
| 28 | D25DFLPHNS | Valid | STEVEN EWALD | 10/28/24 | X |
| 29 | DBRCNQ5G6F | Valid | JAMES EDWARDS | 10/28/24 | X |
| 30 | DF7RLKQU8Z | Valid | JORDAN KULLMANN | 10/28/24 | X |
| 31 | DHD8FQXPCR | Valid | BEN SHADLE | 10/28/24 | X |
| 32 | DSC5T9BLE6 | Valid | COLLEEN DUVAL | 10/28/24 | X |
| 33 | DSGC3UDBJ7 | Valid | TIMOTHY CARUSO | 10/28/24 | X |
| 34 | DUW5MXDQVR | Valid | THEODORE P. BISBICOS | 10/28/24 | X |
| 35 | NPUSR2ZMXW | Valid | BRENTON R. STRINE | 10/28/24 | X |
| 36 | NTKD4NPBZ3 | Valid | SCOTT DAVIS | 10/28/24 | X |
| 37 | NUHX8G3E9L | Valid | LISA SHANKUS | 10/28/24 | X |
| 38 | NV937XBQ86 | Valid | MYA BATTON | 10/28/24 | X |
| 39 | NCFJ3TX2LU | Valid | AMBER J. WILLIAMSON | 10/28/24 | X |
| 40 | NEG6CKPRTL | Valid | MARLENE Y. WILLIAMSON | 10/28/24 | X |