**EXHIBIT B**

Alaska Multiple Listing Service, Inc.

Bay Area Real Estate Information Service, Inc.

Central Virginia Regional MLS, LLC

MetroList Services, Inc.

Minot Multiple Listing Service, Inc.

MiRealSource, Inc.

MLS Exchange, Inc.

Real Estate Information Network, Inc.

Richmond Real Estate Listing Management Service, LLC

Southeast Alaska Multiple Listing Service, Inc.

Southeast Georgia Multiple Listing Service, Inc.

Spanish Peaks MLS, Inc.

Upstate New York Real Estate Information Service, Inc.

West Penn Multi-List, Inc.

Western New York Real Estate Information Services, LLC

Fathom Holdings, Inc.

Brown Harris Stevens

Key Realty, Ltd.

Michael Saunders & Company

Pinnacle Estate Properties, Inc.

Rose & Womble Realty Company, LLC

Shorewest Realtors, Inc.

Silvercreek Realty Group LLC

UMRO Realty Corp dba The Agency

Vanguard Properties, Inc.

Watson Realty Corp.

McGraw Davisson Stewart LLC

Downing-Frye Realty, Inc.