**EXHIBIT C**

Aberdeen Multiple Listing Service, Inc.

Adirondack Champlain Valley MLS

Aiken Association of REALTORS® MLS

Allegheny Highland Association of REALTORS

Allegheny Valley Board of REALTORS

Altamaha Basin Board of REALTORS®

Amarillo Association of REALTORS, Inc. MLS

Nassau County Multiple Listing Service, Inc.

Americus Board of Realtors

Ann Arbor Area Board of Realtors

Arizona Regional Multiple Listing Service

Arkansas Valley Board of REALTORS®

Ashland Area Board of REALTORS

Ashland Board of REALTORS® MLS

AspenGlenwood MLS

Athens County Board of REALTORS

Badlands Board of Realtors, Inc.

Bagnell Dam Association of REALTORS Multiple Listing Service, Inc.

Bakersfield Association of REALTORS®/Golden Empire MLS

Baldwin County Association of REALTORS / Baldwin Realtors MLS

Batesville Board of REALTORS®/White River Valley Homes MLS

Battle Creek Area Association of REALTORS

Bay County Realtor Associaiton

Bay East Association of REALTORS

BeachesMLS

Beaumont Board of REALTORS®

Beckley Board of REALTORS®

Bedford Board of REALTORS® MLS

Bee County Board of REALTORS® MLS

Multiple Listing Service, Inc. d/b/a Berkshire County Multiple Listing Service

Big Bear Association of REALTORS

Big Sky Country MLS

Billings Association of REALTORS Multiple Listing Service

Black Hills Board of Realtors, Inc.

Bloomington Multiple Listing Services, Inc.

Imagine MLS/Bluegrass Realtors

Branch County Association of REALTORS® MLS

Brazoria County Board of Realtors MLS

Bridge AOR/bridgeMLS

Bright MLS

Bryan College Station Regional MLS

Calaveras County Association of REALTORS

California Desert Association of REALTORS / Greater Palm Springs MLS/ Greater Palm Springs REALTORS

California Regional Multiple Listing Service, Inc.

Cambria Somerset Association of Realtors

Carolina Multiple Listing Services, Inc., dba Canopy MLS

Cape Cod & Islands MLS

Cape Fear Realtors MLS, Inc.

Cape May County Multiple Listing Service Inc

Capital Area Technology & REALTOR Services

CAR MLS (Cooperative Arkansas Realtors MLS, Inc.)

Carolina Smokies Multiple Listing Service, Inc.

CBRAR Property Services, Inc.

Cedar Rapids Area Association of Realtors

Central Arizona Association of REALTORS®

Central Hill Country Board of REALTORS MLS

Central Iowa Multiple Listing Service

Central Kansas Property Ads

Central Kentucky Association of REALTORS®

Central Mississippi MLS, Inc.

Central Missouri Board of REALTORS, Inc.

Central Panhandle Association of REALTORS®

Central South Dakota Board of Realtors / Pierre Area Multiple Listing Service

Central Susquehanna Valley Board of REALTORS-Multiple Listing Service, INC.

Central Texas Multiple Listing Service, Inc.

Central Wisconsin Multiple Listing Service, Inc.

Charleston Trident Multiple Listing Service

Charlottesville Area Association of REALTORS MLS

Chautauqua-Cattaraugus Board of Realtors / Chautauqua-Cattaraugus Board of Realtors MLS

Cherokee County MLS Inc.

Cooperative Listing Service of Cheyenne

Clare-Gladwin Board of REALTORS

Classic MLS, Inc.

Clatsop Multiple Listing Service

Clearfield Jefferson Association of Realtors

Coastal Carolinas Multiple Listing Service

Coastal Mendocino Association of Realtors d/b/a CMAR MLS

Coeur d'Alene Multiple Listing Service

Colorado Real Estate Network

Columbia Board of REALTORS

Columbia Greene Northern Dutchess MLS

Columbus and Central Ohio Regional Multiple Listing Service

Columbus Board of Realtors MLS (OH)

Columbus Board of REALTORS (NE)

Conejo Simi Moorpark Association of Realtors

Contra Costa Association of Realtors & MLS

Cortland County Board of Realtors

Covington Association of Realtors

Crisp Area Board of REALTORS

Crystal Coast MLS, Inc.

Cullman Association of REALTORS®

Dalhart Board of Realtors

Dalton MLS, Inc.

Dan River Region Association of Realtors

Darien Multiple Listing Service, Inc.

Dayton REALTORS

Daytona Beach Area Association of REALTORS, Inc.

Del Norte Association of Realtors

Del Rio Board of REALTORS MLS

Des Moines Area Association of Realtors®

Dixie Gilchrist Levy Multiple Listing Service, Inc.

Dodge City Area Board of Realtors

Door County Board of REALTORS / Door County Board of Realtors Multiple Listing Service, Inc.

Douglas - Coffee County Board of REALTORS / Douglas - Coffee County MLS

Dublin Board of REALTORS® MLS

Duncan Association of REALTORS

Eagle Pass Board of REALTORS MLS

East Alabama Board of REALTORS MLS

East Central Association of REALTORS

East Central Indiana Multiple Listing Services / East Central Indians BORMLS

East Central Iowa Multiple Listing Service Inc.

East Central South Dakota Realtors

East Mississippi Realtors

East Tennessee Realtors

West Memphis Board of Realtors d/b/a Eastern Asrkansas Realtors Association MLS

Eastern Kentucky Association of REALTORS

Eastern Shore Association of REALTORS

Eastern Upper Peninsula Board of REALTORS

Elk Cameron Board of Realtors MLS

MLS of Elkart County, Inc. / Elkhart County Board of Realtors, Inc

Elko County REALTORS

Elmira-Corning Regional Board of Realtors, Inc.

Emerald Coast Association of REALTORS Inc./Emerald Coast MLS, Inc.

The Eufaula Board of Realtors

Realtor Multiple Listing Service

Fayette-Nicholas Board of REALTORS®

Firelands Association of REALTORS / Firelands MLS

Flint Hills Association of REALTORS®

Florida Gulf Coast Multiple Listing Service, Inc.

Florida Keys Multiple Listing Service, Inc.

Fort Dodge Board of REALTORS d/b/a Fort Dodge MLS

Fort Smith Board of REALTORS® MLS

Fresno Association of REALTORS

Gainesville Multiple Listing Inc. n/k/a GMLS Holdings, Inc.

Galveston Association of Realtors

Garden City Board of Realtors

Georgia Multiple Listing Service

Global MLS, Inc.

Golden Isles Multiple Listing Services, Inc.

Golden Triangle Association of REALTORS®, Inc. MLS

Goodland Property Ads

Grand County Board of Realtors Inc. d/b/a Grand County Association of Realtors

Grand Forks Area Association of REALTORS®

The Multiple Listing Service of the Grand Island Board of Realtors, Inc.

Grand Junction Area Realtor Association

Great North MLS

Great Plains Realtors MLS, Inc. / Great Plans Association of Realtors, Inc.

Great Plains Regional MLS, LLC

Great Smoky Mountain Association of REALTORS

Greater Alabama MLS, Inc.

Southwest Multiple Listing Service, Inc. / Greater Albuquerque Association of REALTORS®

Greater Antelope Valley Association of REALTORS

Greater Augusta Association of REALTORS, Inc.

Greater Baton Rouge Association of Realtors, Inc.

Greater Binghamton Association of REALTORS®

Greater Central Louisiana Realtors Association

Greater Chattanooga Association of REALTORS®

Multiple Listing Service of the Greater El Paso Association of REALTORS®, Inc.

Greater Erie Board of Realtors, Inc.

Greater Fairbanks Board of REALTORS

Greater Fort Polk Area REALTORS

Greater Greenville Association of Realtors  MLS

Greater Kalamazoo Association of REALTORS

Greater La Crosse MLS Corporation

Greater Lansing Association of REALTORS / Greater Lansing Realtors

Greater Lehigh Valley Realtors, Inc.

Grearter Mason City Board of Realtors

Greater McAllen Association of REALTORS

Greater Metropolitan Association of Realtors MLS / GMAR MLS

The Greater Northwoods MLS, Inc.

Greater Owensboro Realtor Association

Greater Pocatello Association of REALTORS MLS

Multiple Listing Service of the Greater Portsmouth Area Board of Realtors

Grand Rapids Real Estate Board d/b/a Greater Regional Alliance of Realtors

Greater Scranton Board of Realtors MLS

Southern MLS, LLC d/b/a Greater Southern MLS

Greater Tyler Association of REALTORS® Multiple Listing Services, Inc.

Greenbrier Valley Board of Realtors

Greenville Area Board of Realtors / Multiple Listing Service of Greenville Mississippi

Greenwich Multiple Listing Service, Inc.

Multiple Listing Service of Greenwood, South Carolina, Inc. / Multiple Listing Service of South Carolina, Inc.

Grenada Board of REALTORS

Guam Association of Realtors/Guam Flex MLS

Gulf Coast Multiple Listing Service

Gulf South Real Estate Information Network, Inc.

Harrisonburg-Rockingham Association of REALTORS

Hattiesburg Area Assn. of REALTORS, Inc.

Hawaii Information Service

Hays Board of REALTORS®, Inc.

The Heart of Kentucky Association of Realtors

Heart of Missouri Board of Realtors

Heartland Multiple Listing Service, Inc.

Heartland MLS Inc.

Henderson Audubon Board of REALTORS MLS

Henderson County Board of REALTORS

Hernando County Information Services, Inc.

HiCentral MLS

High Country Multiple Listing Service, INC.

Highland Lakes Association of Realtors / Highland Lakes MLS, Inc.

Highlands-Cashiers Multiple Listing Service

Multiple Listing Service of the Hillsdale County Board of REALTORS

Hinesville Area Multilist Corporation

Hopkinsville Christian and Todd County Association of REALTORS

Houston Area Realtors MLS

Houston Realtors Information Service, Inc.

Multiple Listing Service of Ulster County Inc. d/b/a Hudson Valley Catskill Regional MLS

Humboldt Association of Realtors, Inc. / Humboldt Multiple Listing Service

Huntington Board of Realtors

Huron Board of Realtors

Idyllwild Association of REALTORS / Realty Pro MLS

Imperial County Association of Realtors

Incline Village REALTORS

Intermountain Multiple Listing Service

Iowa City Area Association of Realtors

Iowa Great Lakes Board of Realtors

IRES

Indiana Regional MLS, LLC.

Iron County Board of REALTORS

Ithaca Board of Realtors Multuple Listing Service

Jackson Multiple Listing Service, Inc.

Jefferson City Area Board of REALTORS, Inc.

Jefferson-Lewis Board of REALTORS

Kanawha Valley Board of REALTORS

Kansas Property Ads

Kerrville Board of REALTORS® MLS

Key West Association of REALTORS® MLS

Kings County Board of REALTORS® MLS

Klamath County Association of REALTORS®

Knox County Board of REALTORS®

Kosciusko Board of REALTORS MLS

LBOR Service Corporation, Inc.

Lake Country Board of Realtors

Lake Havasu Association of Realtors MLS

Multiple Listing Service of the Lake Martin Area Associationof Realtors

Lake of the Ozarks Board of REALTORS

Lake Superior Area REALTORS, Inc.

Lakeway Area Association of REALTORS

Lancaster MLS

Laramie Board of Realtors

Laredo Association of Realtors

Greater Las Vegas Association of Realtors Multiple Listing Service / Greater Las Vegas Association of Realtors

Lassen Association of Realtors

Laurel Board of REALTORS, Inc.

Lawrence Multiple Listing Service, Inc.

Lawton Board of Realtors / Lawton Board of Realtors MLS

Lee County Association of REALTORS, Inc.

Lenawee County Association of REALTORS

Lewis & Clark Board of Realtors MLS

Lincoln County Board of REALTORS MLS

Longleaf Pine Realtors, Inc. MLS

Longview Area Association of Realtors

Lowcountry Regional MLS, Inc.

Lubbock Association of REALTORS, Inc.

Lufkin Multiple Listing Service

Luzerne County Association of REALTORS®

Lynchburg Association of REALTORS®

Madisonville Hopkins County Board of Realtors, INC.

Maine Real Estate Information System, Inc. dba Maine Listings

Mammoth Lakes Board of REALTORS

Mansfield Association of REALTORS®

Marathon and Lower Keys Association of REALTORS®

Marco Multi/List, Inc.

MARIS MLS

Martha's Vineyard Multiple Listing Service, Inc.

Martin County Realtors of the Treasure Coast, Inc.

Martinsville Henry & Patrick Counties Association of REALTORS

Mason Oceana Manistee Board of REALTORS

Matagorda County Board of REALTORS MLS

MCBR MLS, INC

McKean County Association of Realtors MLS

Memphis Area Association of Realtors MLS

Mercer-Tazewell County Board of REALTORS

Metro Search, Inc.

Multiple Listing Service, Inc. (Metro MLS)

MIAMI Association of REALTORS, Inc.

MIBOR Service Corporation

Mid Carolina Regional Association of Realtors

Mid-Eastern Indiana Association of REALTORS, Inc.

Mid-Kansas Multiple Listing Service, Inc.

Midland Board of REALTORS

Midlands MLS Inc.

Mississippi Gulf Coast Multiple Listing Service, Inc.

Mitchell Board of REALTORS / Mitchell Multiple Listing

YES MLS d/b/a/ MLS NOW

Central Oregon Association of Realtors d/b/a MLS of Central Oregon

Multiple Listing Service of Greenwood South Carolina Inc.

MLS of Naples, Inc.

Randolph County Board of Realtors, Inc.

Multiple Listing Service of Central West Tenneessee Association of Realtors, Inc.

Yakima Association of Realtors/ MLS of Yakima

MLS Technology, Inc.

MLS United, LLC

MLSListings

MLSOK, Inc.

Mid New York Regional MLS

Monmouth Ocean Regional Realtors

Montana Regional MLS LLC

Montcalm County Association of REALTORS®

Multiple Listing Service of the Montgomery Area Association of REALTORS, Inc.

Moultrie Board of REALTORS

Mount Rushmore Area Association of Realtors

Mountain Central Association of Realtors

Mountain Home MLS Inc.

Mountain Lakes Board of Realtors

Multilist Service of Springfield REALTORS®, Inc.

Multiple Listing Service of Central West Tennessee Association of Realtors

Multiple Listing Service of Goldsboro, Inc.

Multiple Listing Service of Greater Cincinnati

Multiple Listing Service of Southern Arizona

Multiple Listing Service of Spartanburg, Inc.

Muscatine Board of Realtors

Nacogdoches Area MLS, LLC

Natchez Board of REALTORS® INC MLS

Navarre Area Board of Realtors

New Canaan Multiple Listing Service

New Jersey MLS Inc.

The New Mexico Multiple Listing Service, Inc.

NEW RIVER VALLEY MULTIPLE LISTING SERVICE, INC.

New Smyrna Beach Board of Realtors

NewportMLS, Inc.

NoCoast MLS

Nolan County Board of Realtors

Norfolk Board of REALTORS

North Carolina Mountains MLS

North Carolina Regional MLS LLC

North Central Board of REALTORS

North Central Indiana Association of Realtors

North Central Mississippi Realtors

North Central West Virginia Real Estate Information Network

North Florida Multiple Listing Service, Inc

Northeast Arkansas Board of REALTORS

Northeast Central Association of REALTORS

Northeast Iowa Regional Board of Realtors

Northeast Realtors of Louisiana

Northeast Mississippi Board of REALTORS

Northeast Oklahoma Board of REALTORS

Northeast South Dakota Association of Realtors

Northeast Washington Association of REALTORS

Northeast Wyoming Realtor Alliance

Northern Arizona Association of Realtors Multiple Listing Service

Northern Great Lakes REALTORS MLS, LLC

Northern Kentucky Multiple Listing Service, Inc.

Northern Michigan MLS

Northern Mountains of Pennsylvania Multiple Listing Service

Northern Neck Association of Realtors

Northern Nevada Regional Multiple Listing Service Inc.

North Santa Barbara County Regional MLS

Regional Listing Service of Minnesota, Inc.

Northwest Arkansas Board of Realtors

NorthWest Illinois Alliance of Realtors

Northwest Indiana Realtors Association Multiple Listing Service

Northwest Iowa Regional Board of Realtors

Northwest Minnesota Association of REALTORS® Inc.

Northwest Ohio Real Estate Information Systems, Inc.

Northwest Oklahoma Association of REALTORS, Inc.

Northwest Wyoming Board of Realtors

Northwestern Wisconsin Multiple Listing Service, Inc.

North Texas Real Estate Information Network, Inc. (NTREIN)

NTREIS, Inc. (North Texas Real Estate Informations Systems, Inc.)

Odessa Board of REALTORS

Ojai Valley Board of Realtors

Olympic Listing Service

OneKey MLS, LLC

Oregon Data Share, LLC

Otero County Association of REALTORS / OCAR

Otsego-Delaware Multiple Listing Service

Outer Banks Association of REALTORS

Ozark Gateway Association of REALTORS

Ozark Trail Board of Realtors

Ozarks Board of Realtors

Pacific Regional Multiple Listing Service

Palestine Board of REALTORS MLS

Palm Beach Board of Realtors MLS / The Palm Beach Board of Realtors, Inc.

Palmetto MLS / Central Carolina Realtors Association

Pampa Association of REALTORS

Park City Multiple Listing Service, Inc.

Pearl River County Board of Realtors

Pensacola Multiple Listing Service

Permian Basin Board of Realtors

Pike Wayne MLS

Pikes Peak REALTOR® Services Corp.

Plainview Association of REALTORS®

Plumas Association of REALTORS® / PlumasMLS

Prescott Area Association of REALTORS

PrimeMLS, Inc.

Pueblo Association of REALTORS, INC.

Quincy Association of REALTORS, INC.

Range Association of Realtors / Range MLS

Realcomp II Ltd.

Northeast Florida Multiple Listing Service, Inc. dba realMLS

Realtor Association of Southern Kentucky (RASK)

Realtor Services Corporation

REALTOR® Association of Acadiana

Greater Pee Dee Multiple Listing Service, Inc.

REALTORS Association of Indian River County, Inc.

REALTOR Association of Southern Minnesota

Realtors of Greater Augusta

REALTORS® Association of Citrus County

REALTOR® Association of Franklin & Gulf Counties, Inc.

REALTORS Association of Maui, Inc.

REALTORS Association of Northeast Wisconsin Multiple Listing Service Inc

Realtor Association of the Sioux Empire

REALTORS® of Central Colorado, Inc.

REALTORS® of Greater Mid-Nebraska

RealTracs, Inc.

Metrolist Inc. d/b/a REcolorado

Reelfoot Regional Association of REALTORS®, Inc.

Regional Multiple Listing Service, Inc.

Ridgecrest Area Association of REALTORS® INC MLS

Rio Grande Valley Multiple Listing Service

River Counties Multiple Listing Service

RMLS Alliance, LLC.

ROAM MLS, LLC / Bayou Board of REALTORS, Inc.

Multiple Listing Service of Roanoke Valley, Inc.

MLS-RVLG, Inc.

Rockbridge Highlands Realtors

Rock-Green MLS LLC

Rockport Area Association of REALTORS® MLS

Royal Gorge Association of REALTORS®

Ruidoso / Lincoln County Association of REALTORS® MLS

Saginaw Board of Realtors

San Angelo Association of REALTORS

SABOR MLS, LLC / The San Antonio Board of REALTORS, INC.

San Diego Multiple Listing Service

San Francisco Association of REALTORS®

San Juan County Board of Realtors®, Inc.

Sanibel & Captiva Islands Association of REALTORS®

Santa Barbara Multiple Listing Service, Inc.

Santa Fe Association of Realtors, Inc.

Savannah Multi-List Corporation

Scioto Valley Realtors

Sedona Verde Valley Association of Realtors

Multiple Listing Service of Bonner County Association of REALTORS, Inc. dba Selkirk Association of REALTORS & Multiple Listing Service

Shasta Association of REALTORS®

Sheridan County Board of Realtors MLS

Greater Shiawassee Association of Realtors

MLS of Shoals Area Association of REALTORS®

Silver City Regional Multiple Listing Service

Siskiyou Association of REALTORS

Snake River Regional MLS

Multiple Listing Service of the South Bend Area Realtors

South Central Association of Realtors

South Central Kansas MLS

South Central Kentucky Association of REALTORS Inc

South Central Wisconsin MLS Corp.

South Georgia MLS

South Jersey Shore Regional MLS

South Padre Island Board of REALTORS

South Tahoe Association of REALTORS Multiple Listing Service

South Texas Multiple Listing Service, Inc.

Southeast Alabama Multiple Listing Service

Southeast Alaska Multiple Listing Service, Inc.

Southeast Kansas MLS

Southeast Minnesota Realtors Multiple Listing Service

Southeastern Border Association of REALTORS/ Southeastern Michigan Multiple Listing Service

Multiple Listing Service of Southeastern Indiana

Southern Indiana REALTORS Association

Southern Missouri Regional MLS, LLC

Southern New Mexico MLS/The Multiple Listing and Information Service, Inc.

Southern Oregon Multiple Listing Service, Inc.

Southern Piedmont Land & LakeS Association of REALTORS®

Southshore MLS, Inc.

Southwest Georgia Board of REALTORS

Southwest Georgia Multiple Listing Service, Inc.

Southwest Indiana Association of REALTORS® (SIAR)/ EBOR Service Corp.

Southwest Iowa Association of REALTORS®

Southwest Kansas Board of REALTORS® MLS

Southwest Mississippi Board of REALTORS® MLS

Southwest Missouri Multiple Listing, Inc.

Southwest Virginia Association of REALTORS®

Real Estate Information System of Southwestern Michigan, Inc.

Space Coast MLS

Spokane Association of REALTORS MLS

St Croix Board of Realtors MLS

St. Augustine & St. Johns County MLS, Inc. / St. Augustine & St. Johns County Board of Realtors, Inc.

St. Cloud Area Multiple Listing Service, Inc.

St. John Board of Realtors MLS

St Joseph County Association of Realtors

St. Lawrence County Board of Realtors

St. Thomas Board of Realtors MLS

State Wide MLS Inc.

Staten Island Multiple Listing Service, Inc.

Steamboat Springs Board of REALTORS® MLS

Stellar MLS

Stillwater Board of REALTORS®

Summit MLS Inc.

Sumter Board of REALTORS®

Sun Valley Board of REALTORS® and MLS

Sunflower MLS, Inc.

Tahoe Sierra Multiple Listing Service, Inc.

Taos County Association of REALTORS®

Tehachapi MLS

Tehema County Association of REALTORS®

Telluride Association of REALTORS® MLS

Tennessee Valley Association of REALTORS® MLS

Tennessee Virginia Regional MLS

Multiple Listing Service of The Terre Haute Area Association of REALTORS®

Teton Board of REALTORS® MLS

Texarkana Board of Realtors

Texas Association of Realtors MLS / Texas REALTORS MLS

The MLS

Thomasville Area Board of REALTORS® MLS

Tiftarea MLS, LLC

Tillamook County Board of REALTORS® MLS

Triad Multiple Listing Service Inc

Triangle MLS Inc.

Tri-Lakes MLS, Inc.

Trinity County Association of Realtors MLS

Tulare County Association of REALTORS® MLS

Tuolumne County Association of REALTORS®

unlock MLS / Austin/Central Texas Realty Information Service

The Upper Cumberland Association of REALTORS INC.

Upper Peninsula Association of Realtors

Upstate Alliance of REALTORS®

Vail MultiList Service, Inc.

ValleyMLS.com, Inc.

Ventura County Multiple Listing Service / Ventura County Coastal Association of Realtors

Vicksburg Warren County Board of REALTORS

Waco Association of REALTORS® MLS

Walker Area Association of REALTORS®

Warren County Board of REALTORS® MLS

Wasatch Front Regional Multiple Listing Service, Inc. (DBA UtahRealEstate.com)

WASHINGTON COUNTY BOARD OF REALTORS® (UT) & its Multiple Listing Service

Water Wonderland MLS, Inc.

West Alabama Multiple Listing Service, Inc.

West Branch Valley Association Of REALTORS® MLS

West Central Association of REALTORS (MO)

West Central Association of REALTORs (OH)

West Central Association of REALTORS (MI)

West Metro Board of Realtors

West Michigan Lakeshore Assoc. of REALTORS MLS

West Plains Board of REALTORS

Western Arizona Realtor Data Exchange

Western Kentucky Regional MLS Inc.

Western Nebraska Board of REALTORS

Western Regional Information Systems & Technology Inc. / WRIST Inc.

Western Upstate Multiple Listing Service of South Carolina, Inc.

The Wheeling Board of REALTORS

White Mountain Association of Realtors®

Wichita Falls Association of Realtors

Williamsburg Multiple Listing Service, Inc.

Wiregrass Multiple Listing Service

Wyoming Multiple Listing Service

Xposure MLS Puerto Rico / Mid Island Association of Realtors

Yuma Association of Realtors

Key Realty One, LLC

Key Realty Indiana LLC

Terra Holdings, LLC

RealTech Holdings, Inc.

Suitey, Inc.

The Agency IP Holding Co., LLC

The Agency Real Estate Franchising, LLC

Brown Harris Stevens Brooklyn, LLC

Brown Harris Stevens Residential Sales, LLC

Brown Harris Stevens Queens, LLC

Brown Harris Stevens Forest Hills, LLC

Brown Harris Stevens Riverdale, LLC

Brown Harris Stevens Development Marketing, LLC

Brown Harris Stevens Marketing and Sales, LLC

Brown Harris Stevens Hudson Valley, LLC

Brown Harris Stevens of the Hamptons, LLC

Brown Harris Stevens Westhampton, LLC

Brown Harris Stevens New Jersey, LLC

Brown Harris Stevens of Palm Beach

Brown Harris Stevens Miami, LLC

Brown Harris Stevens CT, LLC

Halstead Brooklyn, LLC

Halstead East Hampton, LLC

Halstead Forest Hills, LLC

Halstead Hamptons, LLC

Halstead Property Development Marketing, LLC

Halstead Hudson Valley, LLC

Halstead Queens, LLC

Halstead Connecticut, LLC

Halstead Property, LLC

Halstead Manhattan LLC

Halstead New Jersey, LLC

Halstead New Jersey Development Marketing, LLC