UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| RHONDA BURNETT, JEROD BRETT, HOLLEE ELLIS, FRANCES HARVEY, and JERMEY KEEL, on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>THE NATIONAL ASSOCIATION OF REALTORS, REALOGY HOLDINGS CORP., HOMESERVICES OF AMERICA, INC., BHH AFFILIATES, LLC, HSF AFFILIATES, LLC, RE/MAX, LLC, AND KELER WILLIAMS REALTY, INC.,<br><br>*Defendants*. | Case No. 19-cv-00332-SRB |

## AMENDED NOTICE OF APPEAL

Please take notice that John Guerra, Rosalie Doyle, and Jessica Winters on behalf of themselves and all others similarly situated hereby appeals to the United States Court of Appeals for the Eighth Circuit from the Court's Orders entered November 26, 2024 (Docket Number 1617), November 27, 2024 (Docket Number 1622), April 23, 2024 (Docket Number 1460), the Final Judgment (Docket Number 1673), and all other prior, intermediate, and post orders entered in this case and cases consolidated therefrom and thereto by the United States District Court for the Western District of Missouri.

February 12, 2025

1

Case 4:19-cv-00332-SRB    Document 1679    Filed 02/12/25    Page 1 of 3

Respectfully submitted,

/s/ Nate Brown

Nate Brown, *Admitted Pro Hac Vice*
Texas State Bar No. 24133243
Massachusetts BBO No. 712497
The Law Office of Nate Brown
108 Wild Basin Rd S Ste 250
Austin, Texas 78746
nate@natebrownlaw.com
512.320.9045

ATTORNEY FOR INTERVENORS

2
Case 4:19-cv-00332-SRB    Document 1679    Filed 02/12/25    Page 2 of 3

## CERTIFICATE OF SERVICE

I hereby certify that on this Wednesday, February 12, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF, which will send a notice of electronic filing to all counsel of record for this case.

      /s/ Nate Brown
      By: Nate Brown

      ATTORNEY FOR INTERVENORS