## MISSOURI WESTERN DISTRICT - **KANSAS CITY**

Please note any additions or deletions to the style of the case from the style listed on the docket sheet (or attach an amended docket sheet with the final style of the case).

| | |
|---|---|
| Case Caption: Sitzer et al v. National Association of Realtors et al | Case No. 4:19-cv-00332-SRB |

| Appellant: | Appellee: **National Association of Realtors et al** |
|---|---|
| **Rosalie Doyle** <br> **Jessica Winters** <br> **John Guerra** | |

| Appellant's Attorney(s): | Appellee's Attorney(s): |
|---|---|
| **Joe D. Jacobson** <br> Jacobson Press PC <br> 222 South Central Avenue <br> Suite 550 <br> Clayton, MO 63105 <br> 314-899-9790 <br> Email: jacobson@archcitylawyers.com <br><br> **Nate Brown** <br> 108 Wild Basin Rd. S. <br> Suite 250 <br> Austin, TX 78746 <br> 512-775-6000 <br> Email: nate@natebrownlaw.com | See Below |

| Court Reporter(s): | Please return files and documents to: <br> **United States District Court** <br> **400 East 9th Street, Room 1510** <br> **Kansas City, MO   64106** |
|---|---|
| Gayle Wambolt | |
| | Contact Person for Appeal: <br> Jason_Terry@mow.uscourts.gov |

| Length of Trial: <br> 13 Days | Fee: <br> Paid | IFP: <br> No | Pending IFP Motion: <br> No |
|---|---|---|---|
| Counsel: <br> Retained | Pending Motions? <br> No | Local Interest? <br> No | Simultaneous Release? <br> No |

**Special Comments:** Amended NOA, no additional fees collected. Pending appeal case 24-3621

**Alexander Barrett**
Email: alexander.barrett@stinson.com

**Charles W. Hatfield**
Email: chuck.hatfield@stinson.com

**David R. Buchanan**
Email: dbuchanan@bjpc.com

**Ethan Glass**
Email: eglass@cooley.com

**Jack R. Bierig**
Email: jack.bierig@afslaw.com

**Jacob K Danziger**
Email: jacob.danziger@afslaw.com

**John S Purcell**
Email: john.purcell@afslaw.com

**Molly L Wiltshire**
Email: molly.wiltshire@afslaw.com

**Robert J Wierenga**
Email: robert.wierenga@afslaw.com

**Suzanne L. Wahl**
Email: suzanne.wahl@afslaw.com

**Beatriz Mejia**
Email: MEJIAB@cooley.com

**Christopher G Michel**
Email: christophermichel@quinnemanuel.com

**Deepti Bansal**
Email: DBANSAL@cooley.com

**Elizabeth Wright**
Email: ewright@cooley.com

**Georgina Inglis**
Email: ginglis@cooley.com

**John Bash**
Email: johnbash@quinnemanuel.com

**Michael D Bonanno**
Email: mikebonanno@quinnemanuel.com

**Michael Sebring**
Email: michaelsebring@quinnemanuel.com

**Rachel G Frank**
Email: rachelfrank@quinnemanuel.com

**Samantha Strauss**
Email: sastrauss@cooley.com

**Sarah M. Topol**
Email: stopol@cooley.com

**William A Burck**
Email: williamburck@quinnemanuel.com

**Brian C Fries**
Email: brian.fries@lathropgpm.com

**Jean Paul Bradshaw, II**
Email: jeanpaul.bradshaw@lathropgpm.com

**Jennifer M. Keas**
Email: jkeas@foley.com

**Matthew T Ciulla**
Email: matthew.ciulla@macgilllaw.com

**Robert D MacGill**
Email: robert.macgill@macgilllaw.com

**Christopher D. Dusseault**
Email: CDusseault@gibsondunn.com

**Cynthia Richman**
Email: CRichman@gibsondunn.com

**Gregg J. Costa**
Email: gcosta@gibsondunn.com

**Harry R.S. Philips**
Email: HPhillips2@gibsondunn.com

**Ian T Hampton**
Email: ihampton@foley.com

**Julian Kleinbrodt**
Email: jkleinbrodt@gibsondunn.com

**Patrick Sanders**
Email: patrick.sanders@macgilllaw.com

**Theodore Joseph Boutrous, Jr**
Email: tboutrous@gibsondunn.com

**Anna P. Hayes**
Email: anna.hayes@hklaw.com

**Danne Wayne Webb**
Email: dwebb@hab-law.com

**David C. Kully**
Email: david.kully@hklaw.com

**Jennifer Lada**
Email: jennifer.lada@hklaw.com

**Martin G. Durkin , Jr**
Email: martin.durkin@hklaw.com

**Timothy Ray**
Email: timothy.ray@hklaw.com

**William F. Farley**
Email: william.farley@hklaw.com

**Barack S Echols**
Email: barack.echols@hklaw.com

**Boris Bershteyn**
Email: boris.bershteyn@skadden.com

**Dina McKenney**
Email: dina.mckenney@hklaw.com

**Taylor L Connolly**
Email: tconnolly@bjpc.com

**Aaron Van Oort**
Email: aaron.vanoort@faegredrinker.com

**Kara Trouslot Stubbs**
Email: stubbs@bscr-law.com

**Kenneth M. Kliebard**
Email: kenneth.kliebard@morganlewis.com

**Kevin P. Wagner**
Email: kevin.wagner@faegredrinker.com

**Stacey Anne Mahoney**
Email: stacey.mahoney@morganlewis.com

**William T McEnroe**
Email: william.mcenroe@morganlewis.com

**Eugene A. Sokoloff**
Email: esokoloff@mololamken.com

**Justin M. Ellis**
Email: jelllis@mololamken.com

**Lauren M. Weinstein**
Email: lweinstein@mololamken.com

**Steven F. Molo**
 Email: smolo@mololamken.com

**William Cravens**
Email: william.cravens@morganlewis.com

**Eddie Hasdoo**
Email: ehasdoo@jonesday.com

**Jeffrey A LeVee**
Email: jlevee@jonesday.com

**Stephen James Miller**
Email: Stephen.miller96@gmail.com