# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| RHONDA BURNETT, JEROD BREIT, HOLLEE ELLIS, FRANCES HARVEY, and JEREMY KEEL, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE NATIONAL ASSOCIATION OF REALTORS, REALOGY HOLDINGS CORP., HOMESERVICES OF AMERICA, INC., BHH AFFILIATES, LLC, HSF AFFILIATES, LLC, RE/MAX, LLC, and KELLER WILLIAMS REALTY, INC.,<br><br>Defendants. | Case No. 19-CV-00332-SRB<br><br>Hon. Stephen R. Bough<br><br>**TANYA MONESTIER'S AMENDED NOTICE OF APPEAL** |

Notice is hereby given that objecting class member and intervenor Tanya Monestier supplements her notice of appeal. In addition to the orders mentioned in her notice of appeal (Dkt. 1656), Monestier appeals to the United States Court of Appeals for the Eighth Circuit from the Final Judgment as to defendants (Dkts. 1673 & 1674), entered January 15, 2025; the Corrected Final Judgment (Dkt. 1678), entered January 30, 2025; and from all opinions and orders that merge therein, including but not limited to the orders identified by her prior notice of appeal. Monestier reserves the right to amend her notice of appeal to reflect any new orders relevant to her appeal, including disposition of her currently-unresolved Motion to Put Non-Public Proposed Orders and Associated Communication on the Record (Dkt. 1654).

Dated: February 14, 2025.　　　　　　　*/s/ Tanya Monestier*
　　　　　　　　　　　　　　　　　　　Tanya Monestier
　　　　　　　　　　　　　　　　　　　101 Charleston Ave
　　　　　　　　　　　　　　　　　　　Kenmore, NY 14217
　　　　　　　　　　　　　　　　　　　Tel: (401) 644-2383
　　　　　　　　　　　　　　　　　　　Email: tanyam@buffalo.edu

　　　　　　　　　　　　　　　　　　　*In pro per*

## CERTIFICATE OF SERVICE

The undersigned certifies she electronically filed the foregoing Notice of Appeal via the public access system for the Western District of Missouri, which will effectuate filing on ECF and thus effecting service on all attorneys registered for electronic filing.

Dated: February 14, 2025.

*/s/ Tanya Monestier*