IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| SCOTT AND RHONDA BURNETT, RYAN HENDRICKSON, JEROD BREIT, SCOTT TRUPIANO, AND JEREMY KEEL, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> THE NATIONAL ASSOCIATION OF REALTORS, REALOGY HOLDINGS CORP., HOMESERVICES OF AMERICA, INC., BHH AFFILIATES, LLC, HSF AFFILIATES, LLC, RE/MAX LLC, and KELLER WILLIAMS REALTY, INC., <br><br> Defendants | Case No. 4:19-cv-00332-SRB |

## MOVANT'S PROCEDURAL NOTICE OF NON-OPPOSITION AND REQUEST FOR EXPEDITED RULING

Movant Jorge Zea respectfully files this procedural notice to: (1) inform the Court that no party filed an opposition to his Motion for Clarification and Declaratory Relief (Doc. 1686) by the April 14, 2025 deadline, and (2) request expedited consideration of the motion, given its well-founded, narrow, non-adversarial, and time-sensitive nature.

1

## I. Procedural Posture

On March 31, 2025, the Court docketed Movant's Motion for Clarification and Declaratory Relief (Doc. 1686) and set a deadline of April 14, 2025, for any opposition/response. To date, no party has filed an objection, response, or request for an extension.

## II. Basis for the Request

This notice is procedural in nature and does not raise new arguments. It highlights that: (1) The motion remains entirely unopposed; (2) The relief requested is clarificatory, not adversarial; (3) The issue implicates ongoing competition and market harm and classwide uncertainty if left unresolved.

## III. Request for Court Action

Movant respectfully requests that the Court:

1. Rule promptly on the motion, which is both well-founded and unopposed.; or, if the Court prefers, Schedule an expedited hearing or direct supplemental briefing from the parties.
2. Movant is available to appear in person (preferred) or via video conference should the Court find oral argument useful.

## CONCLUSION

Movant files this notice to assist the Court in resolving an unopposed and time-sensitive matter efficiently. Movant remains available to provide any further information the Court may require.

Respectfully submitted,

*[signature]*

Jorge Zea
Movant, Pro Se
2234 N. Federal Hwy PMB 68073
Boca Raton, FL 33431
(305) 244-7242
legal@bluelighthouserealty.com

Date: April 15th, 2025

# CERTIFICATE OF SERVICE

I hereby certify that on this 15th of April 2025, I mailed the original copy to the Clerk of Court for the United States District Court for the Western District of Missouri for filing.

Upon docketing, service will be effectuated through the Court's CM/ECF electronic filing system, which will automatically serve all counsel of record.

Respectfully submitted,

*/s/ Jorge Zea*
Jorge Zea
Movant, Pro Se
2234 N. Federal Hwy PMB 68073
Boca Raton, FL 33431
(305) 244-7242
legal@bluelighthouserealty.com

Date: April 15th, 2025

Jorge Zea
2234 N Federal Hwy PMB 68073
Boca Raton, FL 33431
legal@bluelighthouserealty.com
(305) 244-7242

April 15th, 2025

Clerk of Court
U.S. District Court
Western District of Missouri
400 E. 9th Street
Kansas City, MO 64106

**Re:** Case No. 19-CV-00332-SRB

MOVANT'S PROCEDURAL NOTICE OF NON-OPPOSITION
AND REQUEST FOR EXPEDITED RULING

Dear Clerk of Court,

Please find enclosed my original filing: Movant's Procedural Notice of Non-Opposition and Request for Expedited Ruling, submitted in connection with Case No. 4:19-cv-00332-SRB.

As I do not have access to the Court's electronic filing system, I respectfully request that this document be filed and docketed on my behalf.

Respectfully submitted,

Jorge Zea
Movant, Pro Se