# CERTIFICATE OF SERVICE

*Burnett et al v. National Association of Realtors et al*,
Case 4:19-cv-00332-SRB (W. D. Missouri)

I hereby certify that on April 14, 2025, a copy of *Plaintiffs' Suggestions In Opposition To Movant Jorge Zea's Motion For Clarification And Declaratory Relief* (Doc. 1687) was electronically filed through the ECF system and sent electronically to all persons identified on the Notice of Electronic Filing. On April 17, 2025, Plaintiffs served a copy of the same document by email on pro se movant Jorge Zea at the email address provided in his motion papers: legal@bluelighthouserealty.com.

                                      */s/ Jeannie Evans*
                                      Attorney for Plaintiffs