Visit UPS.

Apply sh

Windo

Use this envel
or inkjet print

Scan QR code to
schedule a pickup

Domestic Shipments
• To qualify for the letter rate, UPS
correspondence, urgent docume
8 oz. or less. UPS Express envelo
or weighing more than 8oz. will

International Shipments
• The UPS Express envelope ma
value. Certain countries consi
ups.com/importexport to ve

• To qualify for the letter rate,
UPS express envelopes wei

Note: UPS Express envelop
electronic media containing se
Do not send cash or cash equiva

International Shipping Notice — Carriage hereunder may be subject to the rules relating to liability and other terms and/or conditions established by the Convention for the Unification of Certain Rules Relating to International Carriage by Air (the "Warsaw Convention") and/or the Convention on the Contract for the International Carriage of Goods by Road (the "CMR Convention"). These commodities, technology or software were exported from the U.S. in accordance with the Export Administration Regulations. Diversion contrary to U.S. law prohibited.

This envelope is for use with the following services:

UPS Next Day Air®
UPS Worldwide Ex
UPS 2nd Day Air®
UPS Worldwide Ex

UPS Ground

JORGE ZEA
3052447242
JORGE ZEA
2234 N FEDERAL HWY
BOCA RATON FL 33431

0.1 LBS LTR

1 OF 1

SHIP TO:
CLERK OF COURTS
WESTERN DISTRICT US DISTRICT COURT
400 E 9TH ST
DOWNTOWN KANSAS CITY MO 64106

KS 641 9-01

UPS NEXT DAY AIR

TRACKING #: 1Z UT1 J18 01 3287 4832

1

BILLING: P/P

XOL 25.03.15    NV45 16.0A 04/2025*