Honorable Judge Stephen R. Bough

Charbs Evan Whittaker U.S. Courthouse

400 E 9th Street

Kansas City, MO 64106

Class Action Number 19-CV-332

May 4, 2025

Dear Judge Bough;

My previous letter of 10/5/24 explained my objections for the anti-trust lawsuit filed by Burnett. I regret the jury decision to find the defendants guilty as they served me and millions of other buyers without hiding their fees or charges.

That said their decision stands and we must abide. It may be of interest to the public that I have filed a complaint with the U.S. Department of Justice charging law firms across America with setting customary fees of 33 1/3% for their services which violate the Sherman anti-trust act.

I ask the court that in public best interest and to further the cause of economic justice that the court reduce the customary fee of 33 1/3 % fee plus expenses the plaintiffs are requesting to 6%. This should be fair considering the plaintiffs accuse the defendant of overcharging the public at 6% which in my experience is not true.

We cannot in these economically challenged times allow greed to triumph over justice. The public carries the burden of excess fee's and added expense for goods and services.

I ask the court to be the first in the nation to lift the burden to the public and reduce the massive and exploitive fees of the plaintiffs to 6% and no more than additional 2% to cover all other expenses.

Thank you for your patience and consideration of this matter, I hope the court will make my request know to both plaintiffs and defendants.

Sincerely

*Robert Duthler*

Robert Duthler

213 N. Watson St

St Louis, MI 48880

989 763 2717