|   | Account | Account Number | Credits | Debits | | | | Balance 6/6/2025 |
|---|---|---|---|---|---|---|---|---|
|   |   |   |   | JND | Taxes | Transfers* | Total |   |
| 1 | Anywhere | XXXXXX2005 | $31,336,017.90 | ($3,500,000.00) | ($36,643.83) | $0.00 | ($3,536,643.83) | $27,799,374.07 |
| 2 | Baird & Warner | XXXXXX2555 | $111,077.27 | $0.00 | $0.00 | $0.00 | $0.00 | $111,077.27 |
| 3 | Brooklyn | XXXXXX2458 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | CNYIS | XXXXXX2449 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | Compass | XXXXXX6704 | $60,216,502.74 | ($5,061,494.72) | ($80,000.00) | $0.00 | ($5,141,494.72) | $55,075,008.02 |
| 6 | Douglas Elliman | XXXXXX6759 | $8,046,931.99 | ($470,538.83) | ($17,500.00) | ($176,524.47) | ($664,563.30) | $7,382,368.69 |
| 7 | Engel & Volkers | XXXXXX9159 | $1,765,142.09 | ($28,074.43) | $0.00 | ($548,030.63) | ($576,105.06) | $1,189,037.03 |
| 8 | First Team | XXXXXX2412 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | HomeServices (HSA) | XXXXXX9355 | $68,300,231.94 | ($3,616,595.31) | $0.00 | $0.00 | ($3,616,595.31) | $64,683,636.63 |
| 10 | HomeSmart | XXXXXX8800 | $2,418,130.95 | ($19,116.36) | ($3,000.00) | ($373,296.22) | ($395,412.58) | $2,022,718.37 |
| 11 | John L Scott | XXXXXX1459 | $508,716.19 | $0.00 | ($1,296.00) | $0.00 | ($1,296.00) | $507,420.19 |
| 12 | JPAR QSF | XXXXXX2403 | $20,091.53 | $0.00 | $0.00 | $0.00 | $0.00 | $20,091.53 |
| 13 | Keller Williams | XXXXXX4859 | $52,186,323.52 | ($3,224,441.07) | ($96,000.00) | $0.00 | ($3,320,441.07) | $48,865,882.45 |
| 14 | Keyes | XXXXXX0557 | $305,574.53 | $0.00 | ($326.00) | $0.00 | ($326.00) | $305,248.53 |
| 15 | LoKation | XXXXXX1501 | $941,205.78 | $0.00 | ($3,830.00) | $0.00 | ($3,830.00) | $937,375.78 |
| 16 | NAR | XXXXXX6456 | $204,109,519.85 | ($5,014,605.43) | $0.00 | $0.00 | ($5,014,605.43) | $199,094,914.42 |
| 17 | NAR Opt In | XXXXXX8659 | $20,990,283.97 | $0.00 | ($150,000.00) | $0.00 | ($150,000.00) | $20,840,283.97 |
| 18 | NextHome | XXXXXX0307 | $123,035.86 | $0.00 | ($424.50) | $0.00 | ($424.50) | $122,611.36 |
| 19 | Properties | XXXXXX6802 | $6,757,345.63 | ($394,645.47) | ($14,500.00) | ($148,052.78) | ($557,198.25) | $6,200,147.38 |
| 20 | Real Brokerage | XXXXXX6553 | $10,469,914.09 | ($1,573,886.04) | ($21,000.00) | ($34,352.54) | ($1,629,238.58) | $8,840,675.51 |
| 21 | Real Estate One | XXXXXX2706 | $378,633.62 | $0.00 | $0.00 | $0.00 | $0.00 | $378,633.62 |
| 22 | Realty One | XXXXXX6857 | $1,285,250.05 | ($303,573.44) | $0.00 | ($113,886.75) | ($417,460.19) | $867,789.86 |
| 23 | RedFin | XXXXXX8757 | $9,521,185.13 | ($37,622.62) | ($21,000.00) | ($734,678.74) | ($793,301.36) | $8,727,883.77 |
| 24 | ReMax | XXXXXX1658 | $58,002,782.66 | ($3,598,034.11) | ($207,307.95) | $0.00 | ($3,805,342.06) | $54,197,440.60 |
| 25 | Seven Gables | XXXXXX8702 | $206,576.38 | $0.00 | ($1,750.00) | $0.00 | ($1,750.00) | $204,826.38 |
| 26 | Sibcy Cline | XXXXXX2500 | $101,000.08 | $0.00 | $0.00 | $0.00 | $0.00 | $101,000.08 |
| 27 | Side | XXXXXX2430 | $1,110,202.60 | $0.00 | $0.00 | $0.00 | $0.00 | $1,110,202.60 |
| 28 | Signature | XXXXXX2421 | $286,166.89 | $0.00 | $0.00 | $0.00 | $0.00 | $286,166.89 |
| 29 | United Real Estate | XXXXXX9104 | $764,777.14 | ($15,242.41) | $0.00 | ($297,842.73) | ($313,085.14) | $451,692.00 |
| 30 | Washington Fine Properties | XXXXXX9809 | $1,336,761.82 | $0.00 | ($10,500.00) | $0.00 | ($10,500.00) | $1,326,261.82 |
| Total | | | $541,599,382.20 | ($26,857,870.24) | ($665,078.28) | ($2,426,664.86) | ($29,949,613.38) | $511,649,768.82 |

\* Transfers between accounts for shared notice costs.