IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| RHONDA BURNETT, JEROD BREIT, HOLLEE ELLIS, FRANCES HARVEY, and JEREMY KEEL, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>THE NATIONAL ASSOCIATION OF REALTORS, et al.<br><br>　　　　　Defendants. | Case No. 19-CV-00332-SRB |

**UPDATE FROM CO-LEAD COUNSEL ON ENFORCEMENT OF**
**THE NATIONAL ASSOCIATION OF REALTORS SETTLEMENT AGREEMENT**

Co-Lead Counsel for the Settlement Class submit this update on their ongoing efforts to enforce the practice changes outlined in the National Association of Realtors ("NAR") Settlement Agreement ("NAR Settlement"), ECF No. 1458-1.

The NAR Settlement includes several robust monitoring and enforcement mechanisms. These grant Co-Lead Counsel authority to request proof of compliance from entities bound by the settlement's practice changes. For Multiple Listing Services ("MLSs") opting into the NAR Settlement as released parties, compliance with the required practice changes is mandatory, and they must "provide proof of compliance" upon request by Co-Lead Counsel. NAR Settlement Appendix B ¶¶ 4, 7. Similarly, local or state/territory Realtor associations, to be a released party under the settlement, must adhere to specific practice changes and provide proof of compliance when requested. NAR Settlement ¶¶ 7, 18.

1

Pursuant to these terms, Co-Lead Counsel have requested proof of compliance from eleven MLSs and fourteen Realtor associations, including some of the largest entities nationwide.[1] *See* Exs. A; B.[2] Co-Lead Counsel are diligently reviewing the submitted documentation from these entities to evaluate compliance with the NAR Settlement's practice changes.

This Court retains "jurisdiction over the implementation and enforcement" of the NAR Settlement (NAR Settlement ¶ 82), and Co-Lead Counsel will, if necessary, bring instances of noncompliance to the Court's attention.

Additionally, Co-Lead Counsel participated in a legal seminar hosted by the Council of Multiple Listing Services ("CMLS"), engaging with MLS leaders and their counsel to discuss settlement requirements and compliance. In the coming months, Co-Lead Counsel plan to request proof of compliance from additional MLSs and Realtor associations and will provide further updates on their ongoing enforcement efforts.

Date: July 10, 2025                                    Respectfully Submitted,

| | |
|---|---|
| **COHEN MILSTEIN SELLERS & TOLL PLLC** | **KETCHMARK AND MCCREIGHT P.C.** <br> Michael Ketchmark    MO # 41018 <br> Scott McCreight    MO # 44002 |
| /s/ Robert A. Braun <br> Benjamin D. Brown (*pro hac vice*) <br> Robert A. Braun (*pro hac vice*) <br> Sabrina Merold (*pro hac vice*) <br> 1100 New York Ave. NW, Fifth Floor <br> Washington, DC 20005 <br> Telephone: (202) 408-4600 | 11161 Overbrook Rd. Suite 210 <br> Leawood, Kansas 66211 <br> Tele:   (913) 266-4500 <br> mike@ketchmclaw.com <br> smccreight@ketchmclaw.com <br><br> **WILLIAMS DIRKS DAMERON LLC** |

---

[1] Presently, Plaintiffs have requested proof of compliance with the NAR Settlement from the following MLSs and Realtor associations: Stellar MLS; San Diego MLS; OneKey MLS; Charlottesville Area Association of Realtors; Imagine MLS; Canopy MLS; Northstar MLS; California Regional MLS; Bright MLS; Heartland MLS; Florida Gulf Coast MLS; Long Island Board of Realtors; Georgia Association of Realtors; NC Realtors; Texas Realtors; Pennsylvania Association of Realtors; New Jersey Realtors; Florida Realtors; Minnesota Realtors; California Association of Realtors; Colorado Association of Realtors; Idaho Realtors; New Mexico Association of Realtors; Oregon Realtors; and Rhode Island Association of Realtors.

[2] Exhibit A shows the information requested from the eleven MLSs and Exhibit B shows the information requested from the fourteen Realtor associations.

bbrown@cohenmilstein.com
rbraun@cohenmilstein.com
smerold@cohenmilstein.com

Daniel Silverman (*pro hac vice*)
769 Centre Street
Suite 207
Boston, MA 02130
Telephone: (617) 858-1990
dsilverman@cohenmilstein.com

**BOULWARE LAW LLC**
Brandon J.B. Boulware    MO # 54150
Jeremy M. Suhr    MO # 60075
Andrew J. Ascher    MO # 74551
1600 Genessee Street, Suite 956A
Kansas City, MO 64102
Tele:   (816) 492-2826
Fax:   (816) 492-2826
brandon@boulware-law.com
jeremy@boulware-law.com
andrew@boulware-law.com


**HAGENS BERMAN SOBOL SHAPIRO LLP**
Steve W. Berman (*pro hac vice*)
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
steve@hbsslaw.com

Rio S. Pierce (*pro hac vice*)
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
riop@hbsslaw.com

Nathan Emmons (Mo. Bar. No. 70046)
Jeannie Evans (*pro hac vice*)
455 North Cityfront Plaza Drive, Suite 2410
Chicago, IL 60611
Telephone: (708) 628-4949
nathane@hbsslaw.com
jeannie@hbsslaw.com

Eric L. Dirks    MO # 54921
1100 Main Street, Suite 2600
Kansas City, MO 64105
Tele: (816) 945 7110
Fax: (816) 945-7118
dirks@williamsdirks.com

**SUSMAN GODFREY L.L.P.**
Marc M. Seltzer (*pro hac vice*)
Steven G. Sklaver (*pro hac vice*)
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Telephone: (310) 789-3100
mseltzer@susmangodfrey.com
ssklaver@susmangodfrey.com

Beatrice C. Franklin (*pro hac vice*)
One Manhattan West
New York, New York 10001
Telephone: (212) 336-8330
bfranklin@susmangodfrey.com

Matthew R. Berry (*pro hac vice*)
Floyd G. Short (*pro hac vice*)
Alexander W. Aiken (*pro hac vice*)
401 Union St., Suite 3000
Seattle, Washington 98101
Telephone: (206) 516-3880
mberry@susmangodfrey.com
fshort@susmangodfrey.com
aaiken@susmangodfrey.com

*Attorneys for Plaintiffs and the Class*

3

## CERTIFICATE OF SERVICE

      I hereby certify that on July 10, 2025 a copy of the foregoing document was electronically filed through the ECF system and will be sent electronically to all persons identified on the Notice of Electronic Filing.

*/s/ Robert A. Braun*

Robert A. Braun

4

Case 4:19-cv-00332-SRB    Document 1699    Filed 07/10/25    Page 4 of 4