|   | Account | Account Number | Beginning Balance 6/7/25 | Credits | Debits | | | | Ending Balance 8/31/25 |
|---|---|---|---|---|---|---|---|---|---|
|   |   |   |   |   | JND | Taxes | Transfers* | Total |   |
| 1 | Anywhere | XXXXXX2005 | $27,799,374.07 | $174,494.83 | $0.00 | $0.00 | $0.00 | $0.00 | $27,973,868.90 |
| 2 | Baird & Warner | XXXXXX2555 | $111,077.27 | $669.51 | $33,904.50 | $0.00 | $0.00 | $33,904.50 | $77,842.28 |
| 3 | Brooklyn | XXXXXX2458 | $0.00 | $95,009.76 | $1,075.83 | $0.00 | $0.00 | $1,075.83 | $93,933.93 |
| 4 | CNYIS | XXXXXX2449 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | Compass | XXXXXX6704 | $55,075,008.02 | $345,439.28 | $29,232.93 | $50,000.00 | $0.00 | $79,232.93 | $55,341,214.37 |
| 6 | Douglas Elliman | XXXXXX6759 | $7,382,368.69 | $46,203.58 | $119,436.32 | $7,000.00 | $0.00 | $126,436.32 | $7,302,135.95 |
| 7 | Engel & Volkers | XXXXXX9159 | $1,189,037.03 | $1,735,566.66 | $106,336.86 | $0.00 | $0.00 | $106,336.86 | $2,818,266.83 |
| 8 | First Team | XXXXXX2412 | $0.00 | $154,194.47 | $15,411.14 | $0.00 | $0.00 | $15,411.14 | $138,783.33 |
| 9 | HomeServices (HSA) | XXXXXX9355 | $64,683,636.63 | $400,786.96 | $2,518,527.42 | $0.00 | $0.00 | $2,518,527.42 | $62,565,896.17 |
| 10 | HomeSmart | XXXXXX8800 | $2,022,718.37 | $2,366,880.42 | $72,432.35 | $0.00 | $0.00 | $72,432.35 | $4,317,166.44 |
| 11 | John L Scott | XXXXXX1459 | $507,420.19 | $3,170.85 | $100,000.00 | $300.00 | $0.00 | $100,300.00 | $410,291.04 |
| 12 | JPAR QSF | XXXXXX2403 | $20,091.53 | $20,150.18 | $10,787.80 | $0.00 | $0.00 | $10,787.80 | $29,453.91 |
| 13 | Keller Williams | XXXXXX4859 | $48,865,882.45 | $306,567.43 | $0.00 | $30,000.00 | $0.00 | $30,000.00 | $49,142,449.88 |
| 14 | Keyes | XXXXXX0557 | $305,248.53 | $1,885.79 | $200,000.00 | $0.00 | $0.00 | $200,000.00 | $107,134.32 |
| 15 | LoKation | XXXXXX1501 | $937,375.78 | $5,866.85 | $350,000.00 | $1,000.00 | $0.00 | $351,000.00 | $592,242.63 |
| 16 | NAR | XXXXXX6456 | $199,094,914.42 | $1,249,705.58 | $0.00 | $0.00 | $0.00 | $0.00 | $200,344,620.00 |
| 17 | NAR Opt In | XXXXXX8659 | $20,840,283.97 | $579,053.59 | $0.00 | $510,000.00 | $0.00 | $510,000.00 | $20,909,337.56 |
| 18 | NextHome | XXXXXX0307 | $122,611.36 | $762.07 | $123,373.43 | $0.00 | $0.00 | $123,373.43 | $0.00 |
| 19 | Properties | XXXXXX6802 | $6,200,147.38 | $38,798.59 | $100,172.41 | $7,000.00 | $0.00 | $107,172.41 | $6,131,773.56 |
| 20 | Real Brokerage | XXXXXX6553 | $8,840,675.51 | $55,333.03 | $142,553.04 | $8,000.00 | $0.00 | $150,553.04 | $8,745,455.50 |
| 21 | Real Estate One | XXXXXX2706 | $378,633.62 | $2,357.77 | $23,116.71 | $0.00 | $0.00 | $23,116.71 | $357,874.68 |
| 22 | Realty One | XXXXXX6857 | $867,789.86 | $5,384.08 | $77,055.70 | $0.00 | $0.00 | $77,055.70 | $796,118.24 |
| 23 | RedFin | XXXXXX8757 | $8,727,883.77 | $54,619.69 | $142,553.04 | $9,000.00 | $0.00 | $151,553.04 | $8,630,950.42 |
| 24 | ReMax | XXXXXX1658 | $54,197,440.60 | $339,368.41 | $177,524.83 | $52,000.00 | $0.00 | $229,524.83 | $54,307,284.18 |
| 25 | Seven Gables | XXXXXX8702 | $204,826.38 | $201,487.08 | $15,411.14 | $0.00 | $0.00 | $15,411.14 | $390,902.32 |
| 26 | Sibcy Cline | XXXXXX2500 | $101,000.08 | $622.70 | $13,792.97 | $0.00 | $0.00 | $13,792.97 | $87,829.81 |
| 27 | Side | XXXXXX2430 | $1,110,202.60 | $4,413,212.79 | $85,660.32 | $0.00 | $4,086.59 | $89,746.91 | $5,433,668.48 |
| 28 | Signature | XXXXXX2421 | $286,166.89 | $1,785.54 | $13,099.47 | $0.00 | $0.00 | $13,099.47 | $274,852.96 |
| 29 | United Real Estate | XXXXXX9104 | $451,692.00 | $2,788.01 | $57,791.77 | $0.00 | $0.00 | $57,791.77 | $396,688.24 |
| 30 | Washington Fine Properties | XXXXXX9809 | $1,326,261.82 | $8,788.11 | $20,034.48 | $2,500.00 | $0.00 | $22,534.48 | $1,312,515.45 |
| 31 | Raveis | XXXXXX5204 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Total |   |   | $511,649,768.82 | $12,610,953.61 | $4,549,284.46 | $676,800.00 | $4,086.59 | $5,230,171.05 | $519,030,551.38 |

* Transfers between accounts for shared notice costs.

Internal Use