**John L. Goodman**
17 Spicewood
Aliso Viejo, CA 92656-1420
949.433.5899
john.l.goodman@outlook.com

**Date:** September 18, 2025

**Clerk of the Court**
U.S. District Court for the Western District of Missouri
Charles Evans Whittaker Courthouse
400 E. 9th Street
Kansas City, MO 64106

**Re: In re: Real Estate Commission Antitrust Litigation**
**(Sitzer/Burnett; Case Nos. 4:19-cv-00332-SRB & 4:21-cv-00330-SRB)**

Dear Clerk of Court,

I am a member of the Settlement Class in the above-captioned case. I am writing to report a concern regarding the online claim form administered by CPT Group, Inc.

The claim form requires class members to select a "Payment Method" (PayPal, Venmo, Zelle, Direct Deposit, Visa, or Mailed Check) and will not accept the claim unless this section is completed. In addition, I contacted the claims administrator to ask whether there is any charge for selecting a payment method and, if so, how much.

I am concerned that requiring this information as a precondition to filing may prevent valid claims from being accepted, and that class members may be misled into believing that a fee is necessary to file a claim. My understanding is that the Court did not authorize any such fee for class members to participate in the settlement.

I respectfully request that the Court be made aware of this issue and, if appropriate, provide clarification or direction to ensure that no class member is denied the ability to file a valid claim based on payment method selection.

Thank you for your attention.

Respectfully submitted,

*[signature]*

John L. Goodman