# PRIORITY MAIL EXPRESS® FLAT RATE ENVELOPE

ONE RATE ■ ANY WEIGHT

45

This package is made from post-consumer waste. Please recycle - again.

**FROM:** (PLEASE PRINT)
JOHN L GOODMAN
17 SPICEWOOD
ALISO VIEJO, CA 92656

**TO:** (PLEASE PRINT)
CLERK OF THE COURT
US DISTRICT COURT WESTERN-MISSOURI
(CHARLES EVAN'S WHITAKER COURT)
400 E. 9TH STREET
KANSAS CITY, MO 64106

PO ZIP Code: 92654
Date Accepted: 9-18-25
Time Accepted: 1:45 PM
Scheduled Delivery Date: 9-19-25
Weight: 1.8 ozs
Flat Rate
Employee Signature: LH
Total Postage & Fees: 31.40

PME LAGUNA HILLS, CA 92654
SEP 18, 2025
$31.40
S2322P501629-31
RDC 07
64106

ER 241 711 249 US

EP13F October 2023
OD: 12 1/2 x 9 1/2
PS10001000006