# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| RHONDA BURNETT, JEROD BREIT, HOLLEE ELLIS, FRANCES HARVEY, and JEREMY KEEL, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>THE NATIONAL ASSOCIATION OF REALTORS, et al.,<br><br>Defendants. | Case No. 19-CV-00332-SRB |

## PLAINTIFFS' RESPONSE TO LETTER FROM JOHN GOODMAN

Plaintiffs file this response to the letter sent to the Court by John Goodman on or around September 18, 2025 (Doc. # 1711). Mr. Goodman's letter indicates a "concern regarding the online claim form administered by CPT Group, Inc." But CPT Group is not the claims administrator in this case. CPT is, however, the claims administrator in *1925 Hooper LLC, et al v. NAR*, No. 23-cv-05392 (N.D. Ga.). The objection deadline in *Hooper* was September 20, 2025. It appears that Mr. Goodman may have intended to file an objection in the *Hooper* case.[1]

Moreover, the claims administrator in this case (JND) advised that Mr. Goodman has not submitted a claim in any *Burnett*, *Gibson*, or *Keel* settlements and have no record of Mr. Goodman contacting them. Nor does Mr. Goodman's filing appear to be an objection to any of those settlements, given that the claims and objections deadlines for all pending settlements have long passed. Thus, to the extent Mr. Goodman's letter could be construed as an objection, it is untimely.

---

[1] Plaintiffs' counsel emailed Mr. Goodman on September 23, 2025 regarding this potential confusion.

Finally, Mr. Goodman's concerns do not appear to apply to the claim forms used or payment options available for any *Burnett*, *Gibson*, or *Keel* settlements. None of the payment options offered to class members for settlements approved in those cases require claimants to pay any fees.

September 23, 2025

Respectfully Submitted,

| **HAGENS BERMAN SOBOL SHAPIRO LLP** | **WILLIAMS DIRKS DAMERON LLC** |
|---|---|

*/s/ Steve W. Berman*
Steve W. Berman (*pro hac vice*)
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
steve@hbsslaw.com

Rio S. Pierce (*pro hac vice*)
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
riop@hbsslaw.com

Jeannie Evans (*pro hac vice*)
Nathan Emmons (Mo. Bar. No. 70046)
455 North Cityfront Plaza Drive, Suite 2410
Chicago, IL 60611
Telephone: (708) 628-4949
jeannie@hbsslaw.com
nathane@hbsslaw.com

**COHEN MILSTEIN SELLERS & TOLL PLLC**

Benjamin D. Brown (*pro hac vice*)
Robert A. Braun (*pro hac vice*)
Sabrina Merold (*pro hac vice*)
1100 New York Ave. NW, Suite 800
Washington, DC 20005
Telephone: (202) 408-4600
bbrown@cohenmilstein.com
rbraun@cohenmilstein.com
smerold@cohenmilstein.com

*/s/ Eric L. Dirks*
Eric L. Dirks                MO # 54921
Michael A. Williams          MO # 47538
1100 Main Street, Suite 2600
Kansas City, MO 64105
Tele: (816) 945 7110
Fax: (816) 945-7118
dirks@williamsdirks.com
mwilliams@williamsdirks.com

**BOULWARE LAW LLC**

Brandon J.B. Boulware        MO # 54150
Jeremy M. Suhr               MO # 60075
1600 Genessee Street, Suite 760
Kansas City, MO 64102
Tele:   (816) 492-2826
Fax:    (816) 492-2826
brandon@boulware-law.com
jeremy@boulware-law.com

**KETCHMARK AND MCCREIGHT P.C.**
Michael Ketchmark            MO # 41018
Scott McCreight              MO # 44002
11161 Overbrook Rd. Suite 210
Leawood, Kansas 66211
Tele:   (913) 266-4500
mike@ketchmclaw.com
smccreight@ketchmclaw.com

***Attorneys for Plaintiffs and the Class***

Daniel Silverman (*pro hac vice*)
769 Centre Street, Suite 207
Boston, MA 02130
Telephone: (617) 858-1990
dsilverman@cohenmilstein.com


**SUSMAN GODFREY L.L.P.**
Marc M. Seltzer (*pro hac vice*)
Steven G. Sklaver (*pro hac vice*)
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Telephone: (310) 789-3100
mseltzer@susmangodfrey.com
ssklaver@susmangodfrey.com

Beatrice C. Franklin (*pro hac vice*)
One Manhattan West
New York, New York 10001
Telephone: (212) 336-8330
bfranklin@susmangodfrey.com

Matthew R. Berry (*pro hac vice*)
Floyd G. Short (*pro hac vice*)
Alexander W. Aiken (*pro hac vice*)
401 Union St., Suite 3000
Seattle, Washington 98101
Telephone: (206) 516-3880
mberry@susmangodfrey.com
fshort@susmangodfrey.com
aaiken@susmangodfrey.com

*Attorneys for Plaintiffs and the Class*