IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| RHONDA BURNETT, JEROD BREIT, JEREMY KEEL, HOLLEE ELLIS, and FRANCES HARVEY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE NATIONAL ASSOCIATION OF REALTORS, et al.,<br><br>Defendants. | Case No. 4:19-cv-00332-SRB |

## ORDER

On May 7, 2025, the Court ordered that JND Legal Administration and Huntington Bank provide to the Court a quarterly accounting of all fees and charges made to the settlement fund. (Doc. #1692.) On October 20, 2025, Plaintiffs' Class Counsel filed a notice with the Court that the settlement escrow account previously held at Huntington Bank will be transferred to an institutional money market fund offered through Morgan Stanley. (Doc. #1716.)

Upon review of the record, it is hereby ORDERED that JND Legal Administration, along with Morgan Stanley, continue to comply with the Court's May 7, 2025, Order and file a quarterly accounting of all fees and charges made to the settlement fund. Such fees and charges include, but are not limited to, rebates, awards and/or credits from vendors, and financial benefits from banks or any institutions. It is further ORDERED that the next accounting is due within thirty (30) days from the date of this Order and quarterly thereafter.

**IT IS SO ORDERED.**

/s/ Stephen R. Bough
STEPHEN R. BOUGH
Dated: October 22, 2025          UNITED STATES DISTRICT JUDGE