# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 25-2570
_____

Rhonda Burnett; Jerod Breit; Jeremy Keel; Frances Harvey; Hollee Ellis; Shelly Dreyer

Plaintiffs

v.

National Association of Realtors; Home Services of America

Defendants - Appellees

Keller Williams Realty, Inc.

Defendant

Realogy Holdings Corp.; BHH Affiliates, LLC; HSF Affiliates, LLC

Defendants - Appellees

RE/MAX LLC

Defendant

v.

Hao Zhe Wang

Interested party - Appellant

_____

Appeal from U.S. District Court for the Western District of Missouri - Kansas City
(4:19-cv-00332-SRB)
_____

# JUDGMENT

Before SMITH, SHEPHERD, and GRASZ, Circuit Judges.

This court has reviewed the original file of the United States District Court. It is ordered by the court that the district court's order denying the motion to unseal documents is affirmed. See Eighth Circuit Rule 47A(a).

October 27, 2025

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Susan E. Bindler