| | Account | Account Number | Beginning Balance 9/1/25 | Credits | JND | Taxes |
|---|---|---|---|---|---|---|
| 1 | Anywhere | XXXXXX2005 | $27,973,868.90 | $239,004.24 | $0.00 | $42,000.00 |
| 2 | Baird & Warner | XXXXXX2555 | $77,842.28 | $331,529.74 | $0.00 | $0.00 |
| 3 | Brooklyn | XXXXXX2458 | $93,933.93 | $722.05 | $0.00 | $0.00 |
| 4 | CNYIS | XXXXXX2449 | $0.00 | $126,339.25 | $0.00 | $0.00 |
| 5 | Compass | XXXXXX6704 | $55,341,214.37 | $472,954.89 | $0.00 | $60,000.00 |
| 6 | Douglas Elliman | XXXXXX6759 | $7,302,135.95 | $62,479.79 | $0.00 | $0.00 |
| 7 | Engel & Volkers | XXXXXX9159 | $2,818,266.83 | $24,132.43 | $0.00 | $0.00 |
| 8 | First Team | XXXXXX2412 | $138,783.33 | $1,062.45 | $0.00 | $0.00 |
| 9 | HomeServices (HSA) | XXXXXX9355 | $62,565,896.17 | $535,366.17 | $0.00 | $0.00 |
| 10 | HomeSmart | XXXXXX8800 | $4,317,166.44 | $36,939.80 | $0.00 | $0.00 |
| 11 | John L Scott | XXXXXX1459 | $410,291.04 | $3,195.66 | $0.00 | $0.00 |
| 12 | JPAR QSF | XXXXXX2403 | $29,453.91 | $30,282.96 | $0.00 | $0.00 |
| 13 | Keller Williams | XXXXXX4859 | $49,142,449.88 | $419,909.46 | $0.00 | $65,000.00 |
| 14 | Keyes | XXXXXX0557 | $107,134.32 | $930.67 | $0.00 | $0.00 |
| 15 | LoKation | XXXXXX1501 | $592,242.63 | $4,740.66 | $0.00 | $0.00 |
| 16 | NAR | XXXXXX6456 | $200,344,620.00 | $1,713,228.38 | $0.00 | $0.00 |
| 17 | NAR Opt In | XXXXXX8659 | $20,909,337.56 | $1,044,660.11 | $0.00 | $260,000.00 |
| 18 | NextHome | XXXXXX0307 | $0.00 | $120,549.91 | $0.00 | $0.00 |
| 19 | Properties | XXXXXX6802 | $6,131,773.56 | $52,465.70 | $0.00 | $0.00 |
| 20 | Real Brokerage | XXXXXX6553 | $8,745,455.50 | $74,829.23 | $0.00 | $0.00 |
| 21 | Real Estate One | XXXXXX2706 | $357,874.68 | $2,739.88 | $0.00 | $0.00 |
| 22 | Realty One | XXXXXX6857 | $796,118.24 | $6,831.32 | $0.00 | $0.00 |
| 23 | RedFin | XXXXXX8757 | $8,630,950.42 | $73,850.04 | $0.00 | $0.00 |
| 24 | ReMax | XXXXXX1658 | $54,307,284.18 | $464,101.26 | $0.00 | $60,000.00 |
| 25 | Seven Gables | XXXXXX8702 | $390,902.32 | $2,934.42 | $0.00 | $0.00 |
| 26 | Sibcy Cline | XXXXXX2500 | $87,829.81 | $4,131,026.35 | $0.00 | $0.00 |
| 27 | Side | XXXXXX2430 | $5,433,668.48 | $41,743.12 | $0.00 | $0.00 |
| 28 | Signature | XXXXXX2421 | $274,852.96 | $2,106.84 | $0.00 | $0.00 |
| 29 | United Real Estate | XXXXXX9104 | $396,688.24 | $3,409.79 | $0.00 | $0.00 |
| 30 | Washington Fine Properties | XXXXXX9809 | $1,312,515.45 | $10,072.49 | $0.00 | $0.00 |
| 31 | Raveis | XXXXXX5204 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Total** | | | **$519,030,551.38** | **$10,034,139.06** | **$0.00** | **$487,000.00** |

\* Transfers between Realtors accounts.

| Debits | | | | Ending Balance 11/30/25 |
|---|---|---|---|---|
| Transfers* | Wires to Law Firms | Transfer to Morgan Stanley | Total | |
| $0.00 | | $28,170,873.14 | $28,212,873.14 | $0.00 |
| $44,486.93 | | $364,885.09 | $409,372.02 | $0.00 |
| $37,855.67 | | $56,800.31 | $94,655.98 | $0.00 |
| $113,763.10 | | $12,576.15 | $126,339.25 | $0.00 |
| $0.00 | | $55,754,169.26 | $55,814,169.26 | $0.00 |
| $0.00 | | $7,364,615.74 | $7,364,615.74 | $0.00 |
| $0.00 | | $2,842,399.26 | $2,842,399.26 | $0.00 |
| $59,798.34 | | $80,047.44 | $139,845.78 | $0.00 |
| $0.00 | | $63,101,262.34 | $63,101,262.34 | $0.00 |
| $0.00 | | $4,354,106.24 | $4,354,106.24 | $0.00 |
| $203,884.18 | | $209,602.52 | $413,486.70 | $0.00 |
| $19,993.92 | | $39,742.95 | $59,736.87 | $0.00 |
| $0.00 | | $49,497,359.34 | $49,562,359.34 | $0.00 |
| $107,721.18 | | $343.81 | $108,064.99 | $0.00 |
| $377,107.84 | | $219,875.45 | $596,983.29 | $0.00 |
| $0.00 | | $202,057,848.38 | $202,057,848.38 | $0.00 |
| $126,040.24 | | $21,567,957.43 | $21,953,997.67 | $0.00 |
| $166.95 | | $120,382.96 | $120,549.91 | $0.00 |
| $0.00 | | $6,184,239.26 | $6,184,239.26 | $0.00 |
| $0.00 | | $8,820,284.73 | $8,820,284.73 | $0.00 |
| $151,780.39 | | $208,834.17 | $360,614.56 | $0.00 |
| $0.00 | | $802,949.56 | $802,949.56 | $0.00 |
| $0.00 | | $8,704,800.46 | $8,704,800.46 | $0.00 |
| $0.00 | | $54,711,385.44 | $54,771,385.44 | $0.00 |
| $162,464.24 | | $231,372.50 | $393,836.74 | $0.00 |
| $0.00 | $4,170,834.45 | $48,021.71 | $4,218,856.16 | $0.00 |
| $2,200,713.73 | | $3,274,697.87 | $5,475,411.60 | $0.00 |
| $114,720.28 | | $162,239.52 | $276,959.80 | $0.00 |
| $0.00 | | $400,098.03 | $400,098.03 | $0.00 |
| $535,901.67 | | $786,686.27 | $1,322,587.94 | $0.00 |
| $0.00 | | $0.00 | $0.00 | $0.00 |
| **$4,256,398.66** | **$4,170,834.45** | **$520,150,457.33** | **$529,064,690.44** | **$0.00** |