**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

| | |
|---|---|
| RHONDA BURNETT, et al., on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> THE NATIONAL ASSOCIATION OF REALTORS, et al., <br><br> Defendants. | Case No. 19-CV-00332-SRB |

## PLAINTIFFS' STATEMENT REGARDING THE COURT'S SHOW CAUSE ORDER DKT. 1729

On April 16, 2026 the Court issued an order requiring the parties, JND, and Morgan Stanley to show cause why "all contracts, terms, proposals, escrow agreements, invoices, and bank statements should not be publicly filed on ECF and added to the Court's website."

Plaintiffs do not oppose the public filing of these administrative materials so long as personal information is redacted. For example, the Morgan Stanley documents show Account Numbers and Taxpayer ID numbers. That information should not be placed in the public record.

Plaintiffs have conferred with Morgan Stanley and its position is the same as Plaintiffs. Attached as Exhibit 1 is Morgan Stanley's letter to the Court responding to the Court's Order.

JND's position is that confidential pricing information should not be made public. JND's position statement is attached as Exhibit 2.

Additionally, at the Court's May 5, 2026 hearing, the Court asked for more information about JND's billing and activities in the case. JND's response is contained in Exhibit 2. In the

1

same vein, the Court requested a short summary of JND's activities and bills. The summary is attached as Exhibit 3.

Finally, the Court inquired at the May 5 hearing whether there was an agreement signed by JND and Plaintiffs' counsel. There is not a signed document. Instead, the agreement that sets forth JND's proposal, engagement, payment rates, terms and conditions, and scope of responsibilities in this case was produced to the Court in camera via hand delivery on or around March 19, 2025.

Dated: May 18, 2026

Respectfully submitted,

**WILLIAMS DIRKS DAMERON LLC**

*/s/ Eric L. Dirks*
Eric L. Dirks MO # 54921
1100 Main Street, Suite 2600
Kansas City, MO 64105
Tele: (816) 945 7110
Fax: (816) 945-7118
dirks@williamsdirks.com

**BOULWARE LAW LLC**

Brandon J.B. Boulware MO # 54150
Jeremy M. Suhr MO # 60075
1600 Genessee Street, Suite 956A
Kansas City, MO 64102
Tele: (816) 492-2826
Fax: (816) 492-2826
brandon@boulware-law.com
jeremy@boulware-law.com

**KETCHMARK AND MCCREIGHT P.C.**

Michael Ketchmark MO # 41018
Scott McCreight MO # 44002 11161
Overbrook Rd. Suite 210
Leawood, Kansas 66211
Tele: (913) 266-4500
mike@ketchmclaw.com
smccreight@ketchmclaw.com

**HAGENS BERMAN SOBOL SHAPIRO LLP**

Steve W. Berman (*pro hac vice*)
steve@hbsslaw.com
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292

Rio S. Pierce (*pro hac vice*)
riop@hbsslaw.com
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000

Nathan Emmons (Mo. Bar. No. 70046)
455 North Cityfront Plaza Drive, Suite 2410
Chicago, IL 60611
Telephone: (708) 628-4949
nathane@hbsslaw.com

**COHEN MILSTEIN SELLERS & TOLL PLLC**

Benjamin D. Brown (*pro hac vice*)
Robert A. Braun (*pro hac vice*)
Sabrina Merold (*pro hac vice*) 1100
New York Ave. NW, Suit 800
Washington, DC 20005
Telephone: (202) 408-4600
bbrown@cohenmilstein.com
rbraun@cohenmilstein.com
smerold@cohenmilstein.com

Daniel Silverman (*pro hac vice*)
769 Centre Street, Suite 207
Boston, MA 02130
Telephone: (617) 858-1990
dsilverman@cohenmilstein.com

**SUSMAN GODFREY L.L.P.**

Marc M. Seltzer (*pro hac vice*)
Steven G. Sklaver (*pro hac vice*)
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Telephone: (310) 789-3100
mseltzer@susmangodfrey.com
ssklaver@susmangodfrey.com

Beatrice C. Franklin (*pro hac vice*)
One Manhattan West
New York, New York 10001
Telephone: (212) 336-8330
bfranklin@susmangodfrey.com

Matthew R. Berry (*pro hac vice*)
Floyd G. Short (*pro hac vice*)
Alexander W. Aiken (*pro hac vice*)
401 Union St., Suite 3000
Seattle, Washington 98101
Telephone: (206) 516-3880
mberry@susmangodfrey.com
fshort@susmangodfrey.com
aaiken@susmangodfrey.com

***Attorneys for Plaintiffs and the Class***